

RULE 83.2 OF THE JOINT LOCAL RULES FOR THE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

**Permission to Practice in a Particular Case\***

    (a)    **Procedure.** An attorney who has not been admitted to the Bar of the Court may represent parties before the Court if the attorney has paid the prescribed *pro hac vice* admission fee to the Clerk of the Court and been granted leave by the Court to appear *pro hac vice* in a particular case. A separate motion for each attorney requesting *pro hac vice* admission must include the following information:

        (1)    *Admission Status.* The motion must identify each Bar in which the attorney is a member and include a statement indicating that the attorney requesting admission is admitted to practice, currently in active status, and in good standing as an attorney in another United States court or the highest court of any state.

        (2)    *Disciplinary History.* The motion must disclose whether the attorney is currently or has ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority.

        (3)    *Consent to Jurisdiction.* The motion must include a statement indicating that the attorney consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

        (4)    *ECF Training.* The motion must identify the method of training completed by the attorney before use of the Court's electronic filing system.

    (b)    The Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice* under this rule.

    (c)    **Sanctions.** Nothing in this rule detracts from the Court's power to sanction unprofessional conduct.

\*The Attorney General or any other officer of the Department of Justice need not seek admission pro hac vice under this rule. See 28 U.S.C. § 515(a).

---

Effective January 21, 2016, the prescribed fee is $125.