

# RULE 83.1 OF THE JOINT LOCAL RULES FOR THE EASTERN AND WESTERN DISTRICTS OF KENTUCKY

**Attorney Admission to Practice**

    (a)    **Applicant Eligibility.** An attorney may apply for admission to the Bar of the Court if:

        (1)    The attorney has been admitted to practice before the Supreme Court of Kentucky;

        (2)    The attorney is in good standing with the Supreme Court of Kentucky; and

        (3)    The attorney is of good moral and professional character.

    (b)    **Admission Procedure.** An applicant must provide the Clerk with the following:

        (1)    an Application for Admission;

        (2)    an Authorization and Release;

        (3)    an affidavit of sponsorship signed by a member of the bar; and

        (4)    the prescribed fee[1]; and

        (5)    a statement identifying the method of training completed before use of the Court's electronic filing system.

    (c)    **Admission.** After the Court grants the attorney's application, the applicant may be admitted by mail or by appointment in open court.

        (1)    **Admission by Mail.** Upon request, the Clerk will promptly mail a Certificate of Admission to the applicant.

        (2)    **Admission in Open Court**. Upon request, the Clerk will arrange for a hearing at which time the sponsor will move to admit the applicant. The presiding judge will administer the attorney's oath or affirmation in open court.

---

[1] Effective December 1, 2023, the prescribed fee is $199.