**Exhibit A**

The States' Motion for a § 705 Stay and Preliminary Injunction

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:24-cv-00072-DLB-CJS<br>) District Judge David L. Bunning<br>) Magistrate Judge Candace J. Smith<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF JAMES E. BRYSON**

Pursuant to 28 U.S.C. § 1746, I, James E. Bryson, duly affirm under penalty of perjury as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2. My name is James E. Bryson, and I serve as the Commissioner of the Tennessee Department of Finance & Administration. As Commissioner, I serve as the Governor's Chief Financial Officer.

3. Educational programs and activities in Tennessee that are funded through the Tennessee Department of Education received an estimated $1,824,790,100 in federal funds and an estimated $6,256,607,600 in state funds in Fiscal Year 2022–2023. Approximately eighty percent of those federal funds, amounting to about $1,459,832,100, are administered by the U.S.

1

Department of Education. The Tennessee Department of Education's total annual budget for Fiscal Year 2022–2023 was estimated to be $8,272,296,200, making federal funds administered by the U.S. Department of Education an estimated 17.6% of the Department's total estimated annual budget. The total estimated annual budget is greater than the sum of the estimated federal and state funds received because the Tennessee Department of Education also receives funds from other sources that are neither federal nor state.

4. Federal funds were distributed to the following educational programs and activities in Tennessee through the Tennessee Department of Education. These numbers include funds administered by several federal agencies, but with the exception of the School Nutrition Program funds, almost all of the federal funding described below is administered by the U.S. Department of Education:

| Programs | Estimated Federal Funding | Estimated State Funding |
| --- | --- | --- |
| Administration | $2,053,500 | $48,121,700 |
| Technology, Infrastructure, and Support Systems | $325,100 | $6,412,900 |
| Academic Offices | $6,441,600 | $10,672,600 |
| Data and Research | $9,646,800 | $33,601,800 |
| Early Childhood Education | $236,200 | $91,042,600 |
| Centers of Regional Excellence (CORE) | $2,148,500 | $31,459,400 |
| ESSA and Federal Programs | $387,978,700 | $1,275,300 |
| Improving Schools Program | $29,986,900 | $35,918,800 |
| School Nutrition Program | $413,464,100 | $4,833,700 |
| Special Education Services | $253,469,000 | $1,134,300 |

| College, Career and Technical Education | $25,252,800 | $510,766,300 |
|---|---|---|
| Alvin C. York Institute | $60,000 | $6,823,600 |

5. The information above describes only the federal funds distributed through the Tennessee Department of Education. It is estimated that public higher education institutions in Tennessee, including state universities, community colleges, and Tennessee Colleges of Applied Technology, received $4,722,200 in federal funding—$4,208,700 of which the U.S. Department of Education administers—and $2,803,724,000 in state funding in Fiscal Year 2022–2023.

_____
James E. Bryson

Dated: May 2, 2024