**Exhibit C**

The States' Motion for a § 705 Stay and Preliminary Injunction

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 2:24-cv-00072-DLB-CJS<br>District Judge David L. Bunning<br>Magistrate Judge Candace J. Smith |

## DECLARATION OF JOSHUA MASON

Pursuant to 28 U.S.C. § 1746, I, Joshua Mason, duly affirm under penalty of perjury as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2. My name is Joshua Mason, and I serve as Assistant Commissioner of State Special Schools for the Tennessee Department of Education ("Department"). I have served in this capacity since May 31, 2020, and prior to that, I served as Senior Director of Leadership at the Department. My responsibilities include supervising the directors of Tennessee's state special schools.

3. The Department directly operates several state special schools: the Tennessee School for the Blind, the Tennessee Schools for the Deaf (campuses in Knoxville, Nashville, and Jackson), and the Alvin C. York Agricultural Institute.

1

4.  Tennessee's state special schools maintain separate bathroom and locker room facilities for males and females.

5.  Tennessee's state special schools maintain separate male and female sport teams for basketball (Alvin C. York Agricultural Institute, Tennessee School for the Deaf Knoxville), soccer (Alvin C. York Agricultural Institute), swimming (Tennessee School for the Blind), and track (Alvin C. York Agricultural Institute, Tennessee School for the Blind).

6.  Two of Tennessee's special schools, the Tennessee School for the Deaf (Knoxville campus) and the Tennessee School for the Blind, provide residential learning opportunities for some of their students. These schools provide separate bedrooms for males and females.

7.  Tennessee's special schools must generally incur costs to comply with a new federal rule implementing Title IX. These include updating policies and training materials to reflect new requirements and incurring additional training costs for Title IX Coordinators.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Joshua Mason

Dated: May 2, 2024