**Exhibit D**

The States' Motion for a § 705 Stay and Preliminary Injunction

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) Case No. 2:24-cv-00072-DLB-CJS ) District Judge David L. Bunning ) Magistrate Judge Candace J. Smith ) ) ) ) ) ) |

## **DECLARATION OF DR. STEVEN GENTILE**

Pursuant to 28 U.S.C. § 1746, I, Dr. Steven Gentile, duly affirm under penalty of perjury as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2. My name is Steven Gentile, and I serve as the Executive Director of the Tennessee Higher Education Commission. I have served in this capacity since November 16, 2023, and prior to that, I served as Interim Executive Director and Chief Policy and Strategy Officer. My responsibilities include leading the State of Tennessee's higher education coordinating board and exercising authority over academic program approval, student- and institution-level data collection, capital and facilities projects, and the distribution of student financial aid.

1

3. The Tennessee Higher Education Commission was created in 1967 by the Tennessee General Assembly to achieve coordination and foster unity with regard to higher education in the State. The Commission coordinates and provides guidance to the institutions governed by the University of Tennessee Board of Trustees, the six locally-governed state universities, and the community colleges, and colleges of applied technology governed by the Tennessee Board of Regents. There are currently ten public universities, two special purpose institutes, thirteen community colleges, and twenty-seven colleges of applied technology in Tennessee that serve approximately 250,000 students.

4. Tennessee's public higher education institutions are arms of the State and alter egos of Tennessee.

5. All of Tennessee's public higher education institutions receive federal funds and are subject to the requirements of Title IX.

6. If any program or activity at one of Tennessee's public higher education institutions is determined not to be in compliance with the requirements of Title IX, the U.S. Department of Education may terminate federal funding to that program or activity.

7. Tennessee's public higher education institutions use federal funds for many purposes, including:

    a. Student loans;

    b. Student grant aid (scholarships);

    c. Research and service;

    d. Veterans' affairs (i.e., GI Bill);

    e. Funding for Historically Black Colleges and Universities.

8.      The loss of federal funds to Tennessee's public higher education institutions would require these institutions to either eliminate certain educational services currently offered using federal funds or to seek new funding to pay for those services. In the latter case, such services might need to be paused while new funding is obtained. Additionally, students who currently rely on federal funds to attend Tennessee public higher education institutions could be forced to interrupt their education, potentially leading to disenrollment or even abandonment of their pursuit of a degree, workforce certification, or other educational attainment.

9.      I declare under penalty of perjury that the foregoing is true and correct.

_____
Steven Gentile

Dated: _____May 2_____, 2024