**Exhibit E**

The States' Motion for a § 705 Stay and Preliminary Injunction

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, | ) ) ) ) ) ) ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) Case No. 2:24-cv-00072-DLB-CJS ) District Judge David L. Bunning |
| MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, | ) Magistrate Judge Candace J. Smith ) ) ) ) |
| *Defendants.* | ) ) |

## DECLARATION OF CHRISTIE L. BLACK

Pursuant to 28 U.S.C. § 1746, I, Christie L. Black, duly affirm under penalty of perjury as follows:

1.     I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2.     My name is Christie L. Black, and I serve as Paralegal in the Office of the Attorney General of Tennessee.  I have served in this capacity since May 17, 2021.  My responsibilities include providing litigation and administrative support to the attorneys in the Education and Employment Division of the Office of the Tennessee Attorney General and Reporter.

1

3.      On April 24, 2024, I accessed the policy attached as Exhibit 1 on the Tennessee School of the Deaf's website, https://www.tsdeaf.org/apps/pages/policies.  It is a true and accurate copy of the Tennessee School of the Deaf policy governing interscholastic athletics as posted on the school's website.  The policy is also available at https://perma.cc/5YS9-Q7AP.

4.      On April 24, 2024, I accessed the policy attached as Exhibit 2 on the Tennessee School of the Blind's website, https://www.tsbtigers.org/apps/pages/school-policies.  It is a true and accurate copy of the Tennessee School of the Blind policy governing interscholastic athletics as posted on the school's website.  The policy is also available at https://perma.cc/EEV7-LARZ.

5.      On April 24, 2024, I accessed the policy attached as Exhibit 3 at https://www.knoxschools.org/cms/lib/TN01917079/Centricity/domain/974/board%20policies/C-250%20Accommodations%20for%20Restrooms%20and%20Changing%20Facilities.pdf.  The policy is also accessible via the webpage for the Knox County Schools Board Policies, descriptor code C-250, at https://www.knoxschools.org/Page/2107.  The attached is a true and accurate copy of the Knox County, Tennessee, Schools policy governing "Accommodations for Restrooms and Changing Facilities" as posted on the Knox County Schools' website.  The policy is also available at https://perma.cc/ZY2R-87ZQ.

6.      On April 24, 2024, I accessed the policy attached as Exhibit 4 on the Fayette County Board of Education's website, https://tsba.net/fayette-county-board-of-education-policy-manual/#support-services, via the Support Services tab and by clicking on "Access to Private Facilities," Directory No. 3.220.  It is a true and accurate copy of the Fayette County, Tennessee, Public Schools policy governing "Access to Private Facilities" as posted on the board's website.  The policy is also available at https://bit.ly/4da7ryu.

7.     On April 24, 2024, I accessed the policy attached as Exhibit 5 on the Fayette County Board of Education's website, https://tsba.net/fayette-county-board-of-education-policy-manual/#instructional-services, via the Instructional Services Tab and by clicking on "Interscholastic Athletics," Directory No. 4.301.  It is a true and accurate copy of the Fayette County, Tennessee, Public Schools policy governing interscholastic athletics as posted on the board's website.  The policy is also available at https://bit.ly/44bnfwN under "Interscholastic Athletics," Directory No. 4.301.

8.     On April 24, 2024, I accessed the policy attached as Exhibit 6 on the Hardeman County Board of Education's website, https://tsba.net/hardeman-county-board-of-education-policy-manual/#support-services, via the Support Services tab and by clicking on "Access to Private Facilities," Directory No. 3.220.  It is a true and accurate copy of the Hardeman County, Tennessee, Schools policy governing "Access to Private Facilities" as posted on the board's website.  The policy is also available at https://bit.ly/3WcTqK8.

9.     On April 24, 2024, I accessed the policy attached as Exhibit 7 on the Hardeman County Board of Education's website, https://tsba.net/hardeman-county-board-of-education-policy-manual/#instructional-services, via the Instructional Services Tab and by clicking on "Interscholastic Athletics," Directory No. 4.301.  It is a true and accurate copy of the Hardeman County, Tennessee, Schools policy governing interscholastic athletics as posted on the board's website.  The policy is also available at https://bit.ly/4aQ9JRC.

10.     On April 24, 2024, I accessed the policy attached as Exhibit 8 on the Rutherford County Board of Education's website, https://tsba.net/rutherford-county-board-of-education-policy-manual/#support-services, via the Support Services tab and by clicking on "Access to Private Facilities," Directory No. 3.220.  It is a true and accurate copy of the Rutherford County,

3

Tennessee, Schools policy governing "Access to Private Facilities" as posted on the board's website. The policy is also available at https://bit.ly/4dbQALC.

11.     On April 24, 2024, I accessed the policy attached as Exhibit 9 on the Rutherford County Board of Education's website, https://tsba.net/rutherford-county-board-of-education-policy-manual/#instructional-services, via the Instructional Services Tab and by clicking on "Interscholastic Athletics," Directory No. 4.301. It is a true and accurate copy of the Rutherford County, Tennessee, Schools policy governing interscholastic athletics as posted on the board's website. The policy is also available at https://bit.ly/4deSKua.

12.     On April 24, 2024, I accessed the policy attached as Exhibit 10 on the Tipton County Board of Education's website, https://tsba.net/tipton-county-board-of-education-policy-manual/#support-services, via the Support Services tab and by clicking on "Access to Private Facilities," Directory No. 3.220. It is a true and accurate copy of the Tipton County, Tennessee, Schools policy governing "Access to Private Facilities" as posted on the board's website. The policy is also available at https://bit.ly/3Jwdhg7.

13.     On April 24, 2024, I accessed the policy attached as Exhibit 11 on the Tipton County Board of Education's website, https://tsba.net/tipton-county-board-of-education-policy-manual/#instructional-services, via the Instructional Services Tab and by clicking on "Interscholastic Athletics," Directory No. 4.301. It is a true and accurate copy of the Tipton County, Tennessee, Schools policy governing interscholastic athletics as posted on the board's website. The policy is also available at https://bit.ly/3WbcHM8.

14.     On April 24, 2024, I accessed the policy attached as Exhibit 12 on the Williamson County Board of Education's website, https://tsba.net/williamson-county-board-of-education-policy-manual/#support-services, via the Support Services tab and by clicking on "Access to

Private Facilities," Directory No. 3.220.  It is a true and accurate copy of the Williamson County, Tennessee, Schools policy governing "Access to Private Facilities" as posted on the board's website.  The policy is also available at https://bit.ly/3UAbIEg.

15.    On April 24, 2024, I accessed the policy attached as Exhibit 13 on the Williamson County Board of Education's website,  https://tsba.net/williamson-county-board-of-education-policy-manual/#instructional-services, via the Instructional Services Tab and by clicking on "Interscholastic Athletics," Directory No. 4.301.  It is a true and accurate copy of the Williamson County, Tennessee, Schools policy governing interscholastic athletics as posted on the board's website.  The policy is also available at https://bit.ly/4aUXjbu.

16.    I declare under penalty of perjury that the foregoing is true and correct.

Christi L. Black
Name

Dated: May 1 , 2024

5

**Exhibit E-1**

The States' Motion for a § 705 Stay and Preliminary Injunction



| Tennessee Schools for the Deaf | |
|---|---|
| **Interscholastic Athletics** | |
| Policy Number: 4.3010 | Monitoring Review: Annually |
| Adopted Date: December 15, 2019 | |
| Last Revised Date: December 19, 2023 | |
| Reviewed Date: December 19, 2023 | |

## I.  General

(1)  All Tennessee Schools for the Deaf students shall have equal athletic opportunities. Students shall not, on the basis of sex, race, color, national origin, disability, or any other category protected by state or federal law, be excluded from participation in, be denied the benefits of, be treated differently, or otherwise discriminated against in any Tennessee Schools for the Deaf athletic program. Equal athletic opportunities shall be provided for members of both sexes.[1] Student athletes shall only be allowed to participate in athletic activities or events that align with the student's sex indicated on his/her original birth certificate.[2] The director of schools or designee shall require the parent/guardian to provide the student's original birth certificate prior to participation in any interscholastic athletics. If the original birth certificate is not available or does not indicate the student's sex at the time of birth, the parent/guardian shall provide medical documentation showing evidence of the student's sex at birth.

(2)  Interscholastic athletics shall be administered as a part of the regular school program and shall be the director of instruction's responsibility. Principals shall ensure that school regulations regarding participation in a sport are reasonable. Athletic schedules shall be filed in each school principal's office. The principal or designee shall accompany an athletic team on trips. Transportation of teams to athletic games is approved by the director of schools.

(3)  The bylaws of the Tennessee Secondary School Athletic Association or Tennessee Middle School Athletic Association shall regulate the operation and control of athletics at Tennessee Schools for the Deaf.[3] The director of schools shall develop a code of conduct for all coaches to follow in order to ensure the health and safety of athletes.[4]

## II.  Insurance and Physical Examinations

(1)  In the event that the Tennessee Schools for the Deaf insurance provider does not extend coverage to a student athlete, the student athlete must provide proof of independently secured catastrophic coverage and liability coverage, with the Tennessee Schools for the Deaf as a named insured, of not less than the limits set forth in state law.[5] It shall be the responsibility of the parent/guardian to

---

[1] 34 C.F.R. § 106.41; 20 U.S.C.A. § 1681, et. seq.
[2] T.C.A. § 49-6-310(a)
[3] TRR/MS 0520-01-02-.08(1)
[4] T.C.A. § 49-6-3601
[5] T.C.A. § 29-20-403



provide health and hospitalization insurance for all students participating in interscholastic athletics.

(2)     Every student shall complete an annual physical examination prior to participation in interscholastic athletics.[6] The student's parent or guardian shall be responsible for covering the cost of the examination, and these records shall be on file in the athletic director's office.

### III.     Scheduling Conflicts

(1)     Students shall not be dismissed from school for the purpose of attending the practice of any interscholastic sport during the school day without written permission from the director of schools or designee.[7] This does not prevent the inclusion of regular physical training lessons in the daily school program.

(2)     Students shall not be required to attend a school athletic event, or event related to participation on a school athletic team, if the event is on an official school holiday, observed day of worship, or religious holiday. The student's parent or legal guardian shall notify the coach in writing three (3) full school days prior to the event if a student will not participate in a school athletic event due to one of the aforementioned reasons.[8]

### IV.     Severe Weather[4]

(1)     Severe weather is any type of weather that could impede the safety of any athlete by compromising the playing conditions of the interscholastic sport. Severe weather includes, but is not limited to, thunder, lightning, and extreme temperatures. When severe weather is forecasted, suspension of play shall be discussed with all players, coaches, and officials, if applicable

(2)     All coaches who oversee or participate in outdoor training, practice, or competition shall annually complete a heat illness prevention course approved by the Tennessee Department of Health as well as receive training on activity modifications based on environmental conditions.

### V.     Prohibition Against Hazing[9]

(1)     Coaches, employees, and volunteers shall not encourage, permit, condone, or tolerate hazing activities and must report all observed or reported instances to the director of schools within twenty-four (24) hours of observation or report. Hazing is defined as any intentional or reckless act occurring on or off of school property by one (1) student acting alone or with others, that is directed against any other student, that endangers the mental or physical health or safety of that student or coerces a student to endanger that student's mental or physical health or safety.

---

[6] 20 U.S.C.A. § 1232h(c); TRR/MS 0520-01-13-.01(1)(a)
[7]  T.C.A. § 49-6-1002(a)
[8] T.C.A. § 49-6-1002(c)
[9] T.C.A. § 49-2-120

**Exhibit E-2**

The States' Motion for a § 705 Stay and Preliminary Injunction



| Tennessee School for the Blind | |
|---|---|
| **Interscholastic Athletics** | |
| Policy Number: 4.3010 | Monitoring Review: Annually |
| Adopted Date: December 15, 2019 | Signature: |
| Last Revised Date: December 9, 2022 | Dr. Penny Schwinn_cw   Digitally signed by Dr. Penny Schwinn_cw Date: 2023.03.20 10:10:34 -05'00' |
| Reviewed Date: December 9, 2022 | |
| Approved by: Dr. Penny Schwinn, Commissioner | |

## I.    General

(1)    All Tennessee School for the Blind students shall have equal athletic opportunities. Students shall not, on the basis of sex, race, color, national origin, disability, or any other category protected by state or federal law, be excluded from participation in, be denied the benefits of, be treated differently, or otherwise discriminated against in any Tennessee School for the Blind athletic program. Equal athletic opportunities shall be provided for members of both sexes.[1] Student athletes shall only be allowed to participate in athletic activities or events that align with the student's sex indicated on his/her original birth certificate.[2] The director of schools or designee shall require the parent/guardian to provide the student's original birth certificate prior to participation in any interscholastic athletics. If the original birth certificate is not available or does not indicate the student's sex at the time of birth, the parent/guardian shall provide medical documentation showing evidence of the student's sex at birth.

(2)    Interscholastic athletics shall be administered as a part of the regular school program and shall be the principal's responsibility. Principals shall ensure that school regulations regarding participation in a sport are reasonable. Athletic schedules shall be filed in each school principal's office. The principal or designee shall accompany an athletic team on trips. Transportation of teams to athletic games is approved by the director of schools.

(3)    The bylaws of the Tennessee Secondary School Athletic Association or the North Central Association of Schools for the Blind shall regulate the operation and control of athletics at Tennessee School for the Blind.[3] The director of schools shall develop a code of conduct for all coaches to follow in order to ensure the health and safety of athletes.[4]

## II.    Insurance and Physical Examinations

(1)    In the event that the Tennessee School for the Blind's insurance provider does not extend coverage to a student athlete, the student athlete must provide proof of independently secured catastrophic coverage and liability coverage, with the Tennessee School for the Blind as a named insured, of not

---

[1] 34 C.F.R. § 106.41; USCA § 1681, et. seq.
[2] T.C.A. § 49-6-310
[3] TRR/MS 0520-01-02-.08(1)
[4] T.C.A. § 49-6-3601



less than the limits set forth in state law.[5] It shall be the responsibility of the parent/guardian to provide health and hospitalization insurance for all students participating in interscholastic athletics.

(2)     Every student shall complete an annual physical examination prior to participation in interscholastic athletics.[6] The student's parent or guardian shall be responsible for covering the cost of the examination, and these records shall be on file in the director of school's office.

## III.     Scheduling Conflicts

(1)     Students shall not be dismissed from school for the purpose of attending the practice of any interscholastic sport during the school day without written permission from the director of schools.[7] This does not prevent the inclusion of regular physical training lessons in the daily school program.

(2)     Students shall not be required to attend a school athletic event, or event related to participation on a school athletic team, if the event is on an official school holiday, observed day of worship, or religious holiday. The student's parent or legal guardian shall notify the coach in writing three (3) full school days prior to the event if a student will not participate in a school athletic event due to one of the aforementioned reasons.[8]

(3)     All coaches who oversee or participate in outdoor training, practice, or competition shall annually complete a heat illness prevention course approved by the Tennessee Department of Health as well as receive training on activity modifications based on environmental conditions.

## IV.     Prohibition Against Hazing[9]

(1)     Coaches, employees, and volunteers shall not encourage, permit, condone, or tolerate hazing activities and must report all observed or reported instances to the Director of Schools within twenty-four (24) hours of observation or report. Hazing is defined as any intentional or reckless act occurring on or off of school property by one (1) student acting alone or with others, that is directed against any other student, that endangers the mental or physical health or safety of that student or coerces a student to endanger that student's mental or physical health or safety.

---

[5] T.C.A. § 29-20-403
[6] 20 USCA § 1232h(c); TRR/MS 0520-01-13-.01(1)(a)
[7] T.C.A. § 49-6-1002(a)
[8] T.C.A. § 49-6-1002(c)
[9] T.C.A. § 49-2-120

**Exhibit E-3**

The States' Motion for a § 705 Stay and Preliminary Injunction

| Section J:<br><br>**General School Administration** | **Knox County Board of Education Policy** | | |
|---|---|---|---|
| | Descriptor Term:<br><br>**Accommodations for Restrooms and Changing Facilities** | Descriptor Code:<br>**C-250** | Issued:<br>**9/21** |
| | | Reviewed:<br>**2/24** | Revised:<br>**12/22** |

All Knox County Schools shall, to the extent practicable, provide a reasonable accommodation to a student, teacher, or employee of the school who:

1. Desires greater privacy when using a multi-occupancy restroom or changing facility designated for the student's, teacher's, or employee's sex and located within the school building, or when using multi-occupancy sleeping quarters designated for the student's, teacher's, or employee's sex while the student, teacher, or employee is attending a public school-sponsored activity; and

2. Provides a written request for a reasonable accommodation to the school principal. If the student requesting a reasonable accommodation is under eighteen (18) years of age, then the student's parent or legal guardian must provide the written request on the student's behalf.[1]

The school principal shall evaluate the request on behalf of the school and, to the extent practicable, provide a reasonable accommodation. The principal shall issue a decision approving or denying the request in writing. If the principal denies the request, then the grounds for denial must be provided in the principal's written decision. A valid original birth certificate is to be provided to determine a student's sex at the time of birth.[2]

**Definition**

A "reasonable accommodation" includes, but is not limited to, access to a single-occupancy restroom or changing facility or use of an employee restroom or changing facility. However, a reasonable accommodation does not include: access to a restroom or changing facility that is designated for use by members of the opposite sex while members of the opposite sex are present or could be present; requesting that a school construct, remodel, or in any way perform physical or structural changes to a school facility; or requesting that a school limit access to a restroom or changing facility that is designated for use by members of the opposite sex, if limiting access results in a violation of state or local building codes or standards.[1]

**Appeal upon Denial**

1. If a written request for a reasonable accommodation is denied by the principal, then the student, teacher, or employee, or the student's parent or legal guardian, as applicable, may appeal the decision to the Knox County Schools Assistant Superintendent of Business and Talent, by submitting a written request for an appeal to the Assistant Superintendent of Business and Talent, within fifteen (15) calendar days of the individual's receipt of the principal's written decision denying their request for accommodation. The Assistant Superintendent of Business and Talent shall investigate and attempt to resolve the complaint within fifteen (15) calendar days of receipt of the written request for an appeal.

2. If a written request for a reasonable accommodation is denied by the Assistant Superintendent of Business and Talent, then the student, teacher, employee, or the student's parent or legal guardian, as applicable, may appeal the denial to the Director of Schools.

3. If a written request for a reasonable accommodation is denied by the Director of Schools, then the student, teacher, employee, or the student's parent or legal guardian, as applicable, may appeal the denial by requesting a hearing on the matter before an impartial hearing officer selected by the Knox County Board of Education.

4. To appeal the Director of School's decision, the student, teacher, employee, or the student's parent or legal guardian, as applicable, must give written notice to the Director of Schools of the individual's request for a hearing within fifteen (15) calendar days of the individual's receipt of the Director of School's decision denying the request for accommodation.

5. The Director of Schools shall name an impartial hearing officer within five (5) days following the Director of School's receipt of a request for a hearing.

   (a) The impartial hearing officer shall notify all parties of the hearing officer's assignment and schedule a hearing no later than thirty (30) days following the Director of School's receipt of the individual's request for a hearing;
   (b) The impartial hearing officer may conduct all or part of the hearing by telephone if each participant has an opportunity to participate by telephone;
   (c) The hearing must be conducted privately; and
   (d) The impartial hearing officer shall, within ten (10) days of the hearing's conclusion, provide a written decision to all parties.

**Mandates**

Only those members of the same sex shall be allowed in a multi-occupancy restroom or changing facility designated for the student's, teacher's, or employee's sex within Knox County Schools' buildings.

Only those members of the same sex shall be allowed to share sleeping quarters with each other while at school or participating in school-sponsored activities, unless the member of the of the opposite sex is a family member of the student, teacher, or employee. In the case of the exception, there shall be separate quarters for the family members.

Single occupancy restrooms in Knox County Schools' buildings shall be marked as unisex.

---

Legal Reference:

1. T.C.A. § 49-2-801 et seq.

Cross Reference:

- Knox County Board of Education Policy I-171 "Interscholastic Athletics."

Approved as to Legal Form
By Knox County Law Director 1/11/2024
/*Gary T. Dupler*/Deputy Law Director

**Exhibit E-4**

The States' Motion for a § 705 Stay and Preliminary Injunction

| **Fayette County Board of Education** | | | |
|---|---|---|---|
| Monitoring:<br>Review: Annually, in October | **Descriptor Term:**<br><br>**Access to Private Facilities** | Descriptor Code:<br>**3.220** | Issued Date:<br>**11/02/23** |
| | | Rescinds:<br>**3.220** | Issued:<br>**11/03/22** |

1 Students, employees, or teachers may request reasonable accommodations if they desire greater
2 privacy when using multi-occupancy restrooms or changing facilities located in the school building or
3 when using multi-occupancy sleeping quarters while attending a school-sponsored activity.[1]

4 Such requests shall be submitted in writing to the principal, and any appeals regarding the principal's
5 decision shall be in accordance with state law.[1]

6 The Director of Schools shall develop an administrative procedure on access to private facilities.

---

Legal References

1.   Public Acts of 2021, Chapter No. 452

**Exhibit E-5**

The States' Motion for a § 705 Stay and Preliminary Injunction

| **Fayette County Board of Education** | | | |
|---|---|---|---|
| Monitoring:<br>**Review: Annually, in November** | Descriptor Term:<br>**Interscholastic Athletics** | Descriptor Code:<br>**4.301** | Issued Date:<br>**12/07/23** |
| | | Rescinds:<br>**4.301** | Issued:<br>**12/01/22** |

*General*

No person shall, on the basis of sex, be excluded from participation in, be denied the benefits of, be treated differently from another person, or otherwise be discriminated against in any athletic program of the school. Equal athletic opportunities shall be provided for members of both sexes.[1] Student athletes shall only be allowed to participate in athletic activities or events that align with the student's sex indicated on his/her original birth certificate.[2] The Director of Schools/designee shall require the parent/guardian to provide the student's original birth certificate prior to participation in any interscholastic athletics. If the original birth certificate is not available or does not indicate the student's sex at the time of birth, the parent/guardian shall provide medical documentation showing evidence of the student's sex at birth.

Interscholastic athletics shall be administered as a part of the regular school program and shall be the principal's responsibility. Principals shall ensure that school regulations regarding participation in a sport are reasonable. Athletic schedules shall be filed in each principal's office. The principal shall accompany an athletic team on trips. Transportation of teams to athletic games is approved by the Board, provided the team's school reimburses the board for mileage.

Bylaws of the Tennessee Secondary School Athletic Association shall regulate the operation and control of athletics.[3] The Director of Schools shall develop a code of conduct for all coaches to follow in order to ensure the health and safety of athletes.[4]

**INSURANCE & PHYSICAL EXAMINATIONS**

In the event that the school's insurance provider does not extend coverage to an athlete, that athlete shall provide proof of independently secured catastrophic coverage and liability coverage, with the school district as a named insured, of not less than the limits set forth in state law.[5]  It shall be the responsibility of the parent(s)/guardian(s) to provide health and hospitalization insurance for all students participating in interscholastic athletics.

Prior to participation in interscholastic athletics, every student shall complete an annual physical examination.[6] The parent(s)/guardian(s) of each student shall be responsible for covering the cost of the examination, and these records shall be on file in the principal's office.

**SCHEDULING CONFLICTS**

No principal or teacher shall dismiss his/her school or any group of students for the purpose of attending the practice of any interscholastic sport during the school day without written permission from the Board.[7]  This does not prevent regular physical training lessons in the daily school program.

Students shall not be required to attend a school athletic event, or event related to participation on a school athletic team, if the event is on an official school holiday, observed day of worship, or religious holiday. The student's parent/guardian shall notify the coach in writing three (3) full school days prior to the event.[8]

**SEVERE WEATHER[4]**

Severe weather is any type of weather that could impede the safety of any athlete by compromising the playing conditions of the interscholastic sport. Severe weather includes, but is not limited to, thunder, lightning, and extreme temperatures. When severe weather is forecasted, suspension of play shall be discussed with all players, coaches, and officials, if applicable.

All coaches who oversee or participate in outdoor training, practice, or competition shall annually complete a heat illness prevention course approved by the Tennessee Department of Health as well as receive training on activity modifications based on environmental conditions.

**PROHIBITION AGAINST HAZING**

Coaches, employees, and volunteers of the school district shall not encourage, permit, condone, or tolerate hazing activities.[9]

_____                    _____

Legal References                                                    Cross References

1. 34 CFR § 106.41; 20 USCA § 1681 et seq.          Special Use of School Vehicles 3.402
2. TCA 49-6-310(a)                                              Student Insurance Program 3.601
3. TRR/MS 0520-01-02-.08(1)                              Extracurricular Activities 4.300
4. TCA 49-6-3601                                                 Attendance 6.200
5. TCA 29-20-403
6. 20 USCA § 1232h(c); TRR/MS 0520-01-13-.01(1)(a)
7. TCA 49-6-1002(a)
8. TCA 49-6-1002(c)
9. TCA 49-2-120

**Exhibit E-6**

The States' Motion for a § 705 Stay and Preliminary Injunction

| **Hardeman County Board of Education** | | | |
|---|---|---|---|
| Monitoring:<br>**Review: Annually, in October** | Descriptor Term:<br><br>**Access to Private Facilities** | Descriptor Code:<br>**3.220** | Issued Date:<br>**07/08/21** |
| | | Rescinds: | Issued: |

1  Students, employees, or teachers may request reasonable accommodations if they desire greater
2  privacy when using multi-occupancy restrooms or changing facilities located in the school building or
3  when using multi-occupancy sleeping quarters while attending a school-sponsored activity.[1]

4  Such requests shall be submitted in writing to the principal, and any appeals regarding the principal's
5  decision shall be in accordance with state law.[1]

6  The Director of Schools shall develop an administrative procedure on access to private facilities.

_____

Legal References

1.   Public Acts of 2021, Chapter No. 452

**Exhibit E-7**

The States' Motion for a § 705 Stay and Preliminary Injunction

| **Hardeman County Board of Education** | | | |
|---|---|---|---|
| Monitoring:<br>**Review: Annually,<br>in November** | Descriptor Term:<br>**Interscholastic Athletics** | Descriptor Code:<br>**4.301** | Issued Date:<br>**07/08/21** |
| | | Rescinds:<br>**4.301** | Issued:<br>**08/17/17** |

*General*

No person shall, on the basis of sex, be excluded from participation in, be denied the benefits of, be treated differently from another person, or otherwise be discriminated against in any athletic program of the school. Equal athletic opportunities shall be provided for members of both sexes.[1] Student athletes shall only be allowed to participate in athletic activities or events that align with the student's sex indicated on his/her original birth certificate.[2] The Director of Schools/designee shall require the parent/guardian to provide the student's original birth certificate prior to participation in any interscholastic athletics. If the original birth certificate is not available or does not indicate the student's sex at the time of birth, the parent/guardian shall provide medical documentation showing evidence of the student's sex at birth.

Interscholastic athletics shall be administered as a part of the regular school program and shall be the principal's responsibility. Principals shall ensure that school regulations regarding participation in a sport are reasonable. Athletic schedules shall be filed in each principal's office. The principal/designee shall accompany an athletic team on trips. Transportation of teams to athletic games is approved by the Board, provided the team's school reimburses the Board for mileage.

Bylaws of the Tennessee Secondary School Athletic Association shall regulate the operation and control of athletics.[3] The Director of Schools shall develop a code of conduct for all coaches to follow in order to ensure the health and safety of athletes.[4]

**INSURANCE & PHYSICAL EXAMINATIONS**

In the event that the school's insurance provider does not extend coverage to an athlete, the athlete shall provide proof of independently secured catastrophic coverage and liability coverage, with the school district as a named insured, of not less than the limits set forth in state law.[5] It shall be the responsibility of the parent(s)/guardian(s) to provide health and hospitalization insurance for all students participating in interscholastic athletics.

Prior to participation in interscholastic athletics, every student shall complete an annual physical examination.[6] The parent(s)/guardian(s) of each student shall be responsible for covering the cost of the examination, and these records shall be on file in the principal's office.

**SCHEDULING CONFLICTS**

No principal or teacher shall dismiss his/her school or any group of students for the purpose of attending the practice of any interscholastic sport during the school day without written permission from the Board.[7] This does not prevent regular physical training lessons in the daily school program.

Students shall not be required to attend a school athletic event, or event related to participation on a school athletic team, if the event is on an official school holiday, observed day of worship, or religious holiday. The student's parent/guardian shall notify the coach in writing three (3) full school days prior to the event.[8]

**SEVERE WEATHER**[4]

Severe weather is any type of weather that could impede the safety of any athlete by compromising the playing conditions of the interscholastic sport. Severe weather includes, but is not limited to, thunder, lightning, and extreme temperatures. When severe weather is forecasted, suspension of play shall be discussed with all players, coaches, and officials, if applicable.

All coaches who oversee or participate in outdoor training, practice, or competition shall annually complete a heat illness prevention course approved by the Tennessee Department of Health as well as receive training on activity modifications based on environmental conditions.

**PROHIBITION AGAINST HAZING**

Coaches, employees, and volunteers of the school district shall not encourage, permit, condone, or tolerate hazing activities.[9]

---

Legal References

1. 34 CFR § 106.41; 20 USCA § 1681 et seq.
2. Public Acts of 2021, Chapter No. 40
3. TRR/MS 0520-01-02-.08(1)
4. Public Acts of 2021, Chapter No. 272
5. TCA 29-20-403
6. 20 USCA § 1232h(c); TRR/MS 0520-01-13-.01(1)(a)
7. TCA 49-6-1002(a)
8. TCA 49-6-1002(c)
9. TCA 49-2-120

Cross References

Special Use of School Vehicles 3.402
Student Insurance Program 3.601
Extracurricular Activities 4.300
Attendance 6.200

**Exhibit E-8**

The States' Motion for a § 705 Stay and Preliminary Injunction

# Rutherford County Board of Education

| Monitoring: **Review: Annually, in October** | Descriptor Term: **Access to Private Facilities** | Descriptor Code: **3.220** | Issued Date: **07/22/21** |
|---|---|---|---|
| | | Rescinds: | Issued: |

1 Students, employees, or teachers may request reasonable accommodations if they desire greater
2 privacy when using multi-occupancy restrooms or changing facilities located in the school building or
3 when using multi-occupancy sleeping quarters while attending a school-sponsored activity.[1]

4 Such requests shall be submitted in writing to the principal, and any appeals regarding the principal's
5 decision shall be in accordance with state law.[1]

6 The Director of Schools shall develop an administrative procedure on access to private facilities.

———————————————

Legal References

1.   Public Acts of 2021, Chapter No. 452

**Exhibit E-9**

The States' Motion for a § 705 Stay and Preliminary Injunction

| Rutherford County Board of Education | | | |
|---|---|---|---|
| Monitoring:<br>**Review: Annually, in November** | Descriptor Term:<br>**Interscholastic Athletics** | Descriptor Code:<br>**4.301** | Issued Date:<br>**07/22/21** |
| | | Rescinds:<br>**4.301** | Issued:<br>**08/16/17** |

*General*

No person shall, on the basis of sex, be excluded from participation in, be denied the benefits of, be treated differently from another person, or otherwise be discriminated against in any athletic program of the school. Equal athletic opportunities shall be provided for members of both sexes.[1] Student athletes shall only be allowed to participate in athletic activities or events that align with the student's sex indicated on his/her original birth certificate.[2] The Director of Schools/designee shall require the parent/guardian to provide the student's original birth certificate prior to participation in any interscholastic athletics. If the original birth certificate is not available or does not indicate the student's sex at the time of birth, the parent/guardian shall provide medical documentation showing evidence of the student's sex at birth.

Interscholastic athletics shall be administered as a part of the regular school program and shall be the principal's responsibility. Principals shall ensure that school regulations regarding participation in a sport are reasonable. Athletic schedules shall be filed in each principal's office. The principal/designee shall accompany an athletic team on trips. Transportation of teams to athletic games is approved by the Board, provided the team's school reimburses the Board for mileage.

Bylaws of the Tennessee Secondary School Athletic Association shall regulate the operation and control of athletics.[3] The Director of Schools shall develop a code of conduct for all coaches to follow in order to ensure the health and safety of athletes.[4]

**INSURANCE & PHYSICAL EXAMINATIONS**

In the event that the school's insurance provider does not extend coverage to an athlete, the athlete shall provide proof of independently secured catastrophic coverage and liability coverage, with the school district as a named insured, of not less than the limits set forth in state law.[5] It shall be the responsibility of the parent(s)/guardian(s) to provide health and hospitalization insurance for all students participating in interscholastic athletics.

Prior to participation in interscholastic athletics, every student shall complete an annual physical examination.[6] The parent(s)/guardian(s) of each student shall be responsible for covering the cost of the examination, and these records shall be on file in the principal's office.

**SCHEDULING CONFLICTS**

No principal or teacher shall dismiss his/her school or any group of students for the purpose of attending the practice of any interscholastic sport during the school day without written permission from the Board.[7] This does not prevent regular physical training lessons in the daily school program. The Board authorizes the Director of Schools to approve participation in all post-season tournaments, playoffs, or the other post-season athletic events if a school becomes eligible to participate in such post-season

athletic event prior to the next regularly scheduled meeting of the Board of Education. It shall be the duty of the principal to contact the Director of Schools office to obtain the necessary approval.

Students shall not be disqualified from participation on a school athletic team solely on the basis of participation in another sport except where the season overlaps by more than two weeks.

Students who move out of their school area but wish to continue attendance in the original school may continue to participate in athletics, providing a zone exemption has been approved unless prohibited by TSSAA regulations. The Board specifically forbids the recruitment of students in any fashion.

Students shall not be required to attend a school athletic event, or event related to participation on a school athletic team, if the event is on an official school holiday, observed day of worship, or religious holiday. The student's parent/guardian shall notify the coach in writing three (3) full school days prior to the event.[8]

## SEVERE WEATHER[4]

Severe weather is any type of weather that could impede the safety of any athlete by compromising the playing conditions of the interscholastic sport. Severe weather includes, but is not limited to, thunder, lightning, and extreme temperatures. When severe weather is forecasted, suspension of play shall be discussed with players, coaches, and officials, as applicable.

Beginning in the 2022-2023 school year, all coaches who oversee or participate in outdoor training, practice, or competition shall annually complete a heat illness prevention course approved by the Tennessee Department of Health as well as receive training on activity modifications based on environmental conditions.

## PROHIBITION AGAINST HAZING

Coaches, employees, and volunteers of the school district shall not encourage, permit, condone, or tolerate hazing activities.[9]

---

Legal References

1. 34 CFR § 106.41; 20 USCA § 1681 et seq.
2. Public Acts of 2021, Chapter No. 40
3. TRR/MS 0520-01-02-.08(1)
4. Public Acts of 2021, Chapter No. 272
5. TCA 29-20-403
6. 20 USCA § 1232h(c); TRR/MS 0520-01-13-.01(1)(a)
7. TCA 49-6-1002(a)
8. TCA 49-6-1002(c)
9. TCA 49-2-120

Cross References

Special Use of School Vehicles 3.402
Student Insurance Program 3.601
Extracurricular Activities 4.300
Attendance 6.200

**Exhibit E-10**

The States' Motion for a § 705 Stay and Preliminary Injunction

| Tipton County Board of Education | | | |
|---|---|---|---|
| Monitoring:<br>**Review: Annually, in October** | Descriptor Term:<br><br>**Access to Private Facilities** | Descriptor Code:<br>**3.220** | Issued Date:<br>**09/09/21** |
| | | Rescinds: | Issued: |

1  Students, employees, or teachers may request reasonable accommodations if they desire greater
2  privacy when using multi-occupancy restrooms or changing facilities located in the school building or
3  when using multi-occupancy sleeping quarters while attending a school-sponsored activity.[1]

4  Such requests shall be submitted in writing to the principal, and any appeals regarding the principal's
5  decision shall be in accordance with state law.[1]

6  The Director of Schools shall develop an administrative procedure on access to private facilities.

_____

Legal References

1.   Public Acts of 2021, Chapter No. 452

**Exhibit E-11**

The States' Motion for a § 705 Stay and Preliminary Injunction

| **Tipton County Board of Education** | | | |
|---|---|---|---|
| Monitoring:<br>**Review: Annually, in November** | Descriptor Term:<br>**Interscholastic Athletics** | Descriptor Code:<br>**4.301** | Issued Date:<br>**09/09/21** |
| | | Rescinds:<br>**4.301** | Issued:<br>**10/05/17** |

No person shall, on the basis of sex, be excluded from participation in, be denied the benefits of, be treated differently from another person or otherwise be discriminated against in any athletic program of the school. Equal athletic opportunities shall be provided for members of both sexes.[1] Student athletes shall only be allowed to participate in athletic activities or events that align with the student's sex indicated on his/her original birth certificate.[2] The Director of Schools/designee shall require the parent/guardian to provide the student's original birth certificate prior to participation in any interscholastic athletics. If the original birth certificate is not available or does not indicate the student's sex at the time of birth, the parent/guardian shall provide medical documentation showing evidence of the student's sex at birth.

Interscholastic athletics shall be administered as a part of the regular school program and shall be the principal's responsibility. Principals shall ensure that school regulations regarding participation in a sport are reasonable. Athletic schedules shall be filed in each school principal's office. The principal or his/her designee must accompany an athletic team on trips. Transportation of teams to athletic games is approved by the Board, provided the team's school reimburses the Board for mileage.

Bylaws of the Tennessee Secondary School Athletic Association shall regulate the operation and control of secondary athletics.[3] The Director of Schools shall develop a code of conduct for all coaches to follow in order to ensure the health and safety of athletes.[4]

**INSURANCE & PHYSICAL EXAMINATIONS**

In the event that the school's insurance provider does not extend coverage to an athlete, that athlete must provide proof of independently secured catastrophic coverage and liability coverage, with the school system as a named insured, of not less than the limits set forth in state law.[5] It shall be the responsibility of the parent(s)/guardian(s) to provide health and hospitalization insurance for all students participating in interscholastic athletics.

Prior to participation in interscholastic athletics, every student must complete an annual physical examination.[6] The parents/guardians of each student shall be responsible for covering the cost of the examination, and these records shall be on file in the principal's office.

**SCHEDULING CONFLICTS**

No principal or teacher of any school under the control of the Board shall dismiss his/her school or any group of students for the purpose of attending the practice of any interscholastic sport during the school day without written permission from the Board.[7] This does not prevent the inclusion of regular physical training lessons in the daily school program.[4]

Students shall not be required to attend a school athletic event, or event related to participation on a school athletic team, if the event is on an official school holiday, observed day of worship, or religious

holiday.  The student's parents or legal guardian shall notify the coach in writing three (3) full school days prior to the event.[8]

**SEVERE WEATHER**[4]

Severe weather is any type of weather that could impede the safety of any athlete by compromising the playing conditions of the interscholastic sport. Severe weather includes, but is not limited to, thunder, lightning, and extreme temperatures. When severe weather is forecasted, suspension of play shall be discussed with all players, coaches, and officials, if applicable.

All coaches who oversee or participate in outdoor training, practice, or competition shall annually complete a heat illness prevention course approved by the Tennessee Department of Health as well as receive training on activity modifications based on environmental conditions.

**PROHIBITION AGAINST HAZING**

Coaches, employees, and volunteers of the school district shall not encourage, permit, condone or tolerate hazing activities.[9]

---

Legal References

1. 34 CFR § 106.41; 20 USCA § 1681 et seq.
2. Public Acts of 2021, Chapter No. 40
3. TRR/MS 0520-01-02-.08(1)
4. Public Acts of 2021, Chapter No. 272
5. TCA 29-20-403
6. 20 USCA § 1232h(c); TRR/MS 0520-01-13-.01(1)(a)
7. TCA 49-6-1002(a)
8. TCA 49-6-1002(c)
9. TCA 49-2-120

Cross References

Special Use of School Vehicles 3.402
Student Insurance Program 3.601
Extracurricular Activities 4.300
Attendance 6.200

**Exhibit E-12**

The States' Motion for a § 705 Stay and Preliminary Injunction

| **Williamson County Board of Education** | | | |
|---|---|---|---|
| Monitoring:<br>**Review: Annually, in October** | Descriptor Term:<br><br>**Access to Private Facilities** | Descriptor Code:<br>**3.220** | Issued Date:<br>**08/16/21** |
| | | Rescinds: | Issued: |

1   Students, employees, or teachers may request reasonable accommodations if they desire greater
2   privacy when using multi-occupancy restrooms or changing facilities located in the school building or
3   when using multi-occupancy sleeping quarters while attending a school-sponsored activity.[1]

4   Such requests shall be submitted in writing to the principal, and any appeals regarding the principal's
5   decision shall be in accordance with state law.[1]

6   The Superintendent of Schools shall develop an administrative procedure on access to private facilities.

---

Legal References

1.   Public Acts of 2021, Chapter No. 452

**Exhibit E-13**

The States' Motion for a § 705 Stay and Preliminary Injunction

# Williamson County Board of Education

| Monitoring: **Review: Annually, in November** | Descriptor Term: **Interscholastic Athletics** | Descriptor Code: **4.301** | Issued Date: **08/16/21** |
|---|---|---|---|
| | | Rescinds: **4.301** | Issued: **06/17/19** |

**GENERAL PROVISIONS**

No person shall, on the basis of sex, be excluded from participation in, be denied the benefits of, be treated differently from another person, or otherwise be discriminated against in any athletic program of the school. Equal athletic opportunities shall be provided for members of both sexes.[1] Student athletes shall only be allowed to participate in athletic activities or events that align with the student's sex indicated on his/her original birth certificate.[2] The Superintendent of Schools/designee shall require the parent/guardian to provide the student's original birth certificate prior to participation in any interscholastic athletics. If the original birth certificate is not available or does not indicate the student's sex at the time of birth, the parent/guardian shall provide medical documentation showing evidence of the student's sex at birth.

All WCS school sponsored sports programs must be sanctioned by the Tennessee Secondary Schools Athletic Association (TSSAA) or the Tennessee Middle Schools Athletic Association (TMSAA).[3] The Superintendent of Schools shall develop a code of conduct for all coaches to follow in order to ensure the health and safety of athletes.[4]

**PROHIBITION AGAINST HAZING**

Coaches, employees, and volunteers of the school district shall not encourage, permit, condone, or tolerate hazing activities.[5]

**PHYSICAL EXAMINATIONS**

Prior to the participation of interscholastic athletics, every student shall complete an annual physical examination.[6] These activities include, but are not limited to, weight training outside of the instructional day, conditioning, open facilities, tryouts, practices, and athletic contests. Cost of the examination shall be borne by the parent or guardian of the student.

**SCHEDULING CONFLICTS**

No principal or teacher shall dismiss his/her school or any group of students for the purpose of attending the practice of any interscholastic sport during the school day without the written permission from the Board.[7] This does not prevent regular physical training lessons in the daily school program.

Students shall not be required to attend a school athletic event, or event related to participation on a school athletic team, if the event is on an official school holiday, observed day of worship, or religious holiday. The student's parent/guardian shall notify the coach in writing three (3) full school days prior to the event.[8]

**SEVERE WEATHER**[4]

Severe weather is any type of weather that could impede the safety of any athlete by compromising the playing conditions of the interscholastic sport. Severe weather includes, but is not limited to, thunder, lightning, and extreme temperatures. When severe weather is forecasted, suspension of play shall be discussed with all players, coaches, and officials, if applicable.

All coaches who oversee or participate in outdoor training, practice, or competition shall annually complete a heat illness prevention course approved by the Tennessee Department of Health as well as receive training on activity modifications based on environmental conditions.

In addition to the provisions listed above, all other district policies and procedures relating to school operations remain in effect for activities relating to school-sponsored athletic events.

I.   The Principal shall be responsible for the administration and control of the interscholastic athletic program within his/her school.

   a.   The Principal or his designee is required to accompany an athletic team on its trips, and all trip requests shall be made according to the procedures established by the Williamson County Schools administration.

   b.   Coaches shall follow the chain of command procedures for Williamson County Schools for any request related to athletics. Coaches must obtain a purchase order prior to committing the district or any school to purchasing any products or service.

   c.   School athletics are to be coached by personnel employed by Williamson County Schools. Such coaches are to be compensated only from Board funds, according to the current salary schedule. Coaches shall not receive pay other than from Williamson County Schools for any athletic-related services provided to any student who is or may be participating in that coach's sport except that coaches may participate in school authorized clinics, camps, etc.

   d.   Any student, except as outlined below, shall be eligible to try out for any athletic team. Academic and citizenship requirements for being a member of an athletic team shall be carefully considered and developed to promote the welfare of the individual student. Only students in grade 6-12 shall engage in interscholastic activities.

   e.   Students who move out of their school transportation zone but continue attendance in the original school per board policy may continue to participate in athletics. The Board specifically forbids recruiting of students in any fashion.

   f.   Schools may not schedule, and students may not participate in any athletic team practice during the school day.[3] No student or faculty may be dismissed during the school day from school premises or the regular activities of the student's or school's schedule in order to play an athletic contest or interscholastic game without the written approval of the Superintendent of Schools which will be reported to the Board. This restriction would NOT apply to tournaments/play-off games scheduled by the TSSAA.

   g.   It shall be the responsibility of the parent(s) or guardian to provide health and hospitalization insurance for all students participating in interscholastic athletics.[9]

h. All fundraising requests related to school-sponsored athletic programs must adhere to WCS Board policies governing fundraisers.

i. Schools may charge WCS Board authorized fees to students who choose to participate in school-sponsored athletic activities.

II. Any sport not sanctioned by the TSSAA or TMSAA sports is not school-sponsored and is often referred to as a "club sport." Because they are not WCS programs, no school funds may be used to support these individual or team sports programs.

a. Schools cannot provide a pay supplement to any individual who is acting as a coach for any club sport.

b. While WCS employees may choose to serve as coaches for the separate legal entities managing these club sports, at no time should the club sport responsibilities be performed during the employee's regularly scheduled work day nor should release time ever be granted for the employee to perform these duties or attend any club sport event.

c. If there is a student-led club associated with a club sport, it shall be established pursuant to Board Policy 4.802, Student Equal Access.

d. Any organizer/coach of a high school club sport activity who wishes for participants to be eligible to receive a waiver of the .5 elective P.E. credit must submit the appropriate form to the school's athletic director for approval from the district office. Individual participants will have the P.E. credit waived only after the activity has received the approval by district office staff AND the individual students have submitted the appropriate form to his/her school counselor.

e. Schools may not charge any fees for participation in club sport activities.

f. All fundraising requests must adhere to WCS Board policies governing fundraisers.

g. Schools may not authorize student field trips for participation in club sport activities.

h. Schools may provide meeting/practice space for club sport activities in accordance with board policy.

i. Club sports affiliated with Non-Profits may be included in school and district communication.

j. Students participating in club sport activities are subject to all school attendance rules and procedures applicable to any other students.

**High School Interscholastic Activities**

The By-Laws of Tennessee Secondary School Athletic Association shall be adopted as a part of the regulation for the operation and control of athletics in the high schools of Williamson County.

To be eligible to participate in the interscholastic athletic activities during any semester, the high school student shall at least meet current TSSAA standards.

    a. Any student classified as a second semester junior or as a senior who moves out of the county may complete his/her senior year, with payment of tuition, and continue to participate in athletics within the guidelines of the athletic governing body.

    b. If a high school student is forced to withdraw from school or is prevented from enrolling in school, due to the student's illness, his/her accident, or his/her disability, the Principal may request a ruling in regard to the student's eligibility, provided the student was eligible at the time the illness or accident forced the student to withdraw or prevented the student from enrolling in school.  If ruled eligible, such a student shall be charged with a semester of attendance for athletic purposes for the semester of non-attendance or withdrawal.

**Middle School Interscholastic Athletics**

The By-Laws of Tennessee Middle School Athletic Association shall be adopted as a part of the regulation for the operation and control of athletics in the middle schools of Williamson County.

To be eligible to participate in the interscholastic athletic activities during any semester, the middle school student shall at least meet current TMSAA standards.

Eligibility for Middle School Athletics for those middle schools who are member of TMSAA will be determined as follows:

    a. The middle school student shall have been academically promoted to the next higher grade. Any student repeating a grade is ineligible to participate. A student who is ineligible at the beginning of the school year may gain eligibility the second semester by passing five (5) subjects, or the equivalent, the preceding semester, provided the student is not repeating the same grade.

    b. If a middle school student is forced to withdraw from school or prevented from enrolling in school, due to the student's illness, his/her accident, or his/her disability, the principal may request a ruling in regard to the student's eligibility, provided the student was eligible at the time the illness or accident forced the student to withdraw or prevented the student from enrolling in school. If ruled eligible, such a student shall be charged with a semester of attendance for athletic purposes for the semester of non-attendance or withdrawal.

Legal References

    1. 34 CFR § 106.41; 20 USCA § 1681 et seq.
    2. Public Acts of 2021, Chapter No. 40
    3. TRR/MS 0520-01-02-.08(1)

Cross References

Special Use of School Vehicles 3.402
Student Insurance Program 3.601
Extracurricular Activities 4.300

4. Public Acts of 2021, Chapter No. 272          Attendance 6.200
5. TCA 49-2-120
6. 20 USCA § 1232h(c); TRR/MS 0520-01-13-.01(1)(a)
7. TCA 49-6-1002(a)
8. TCA 49-6-1002(c)
9. TCA 29-20-403