**Exhibit F**

The States' Motion for a § 705 Stay and Preliminary Injunction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**STATE OF TENNESSEE**, *et al.,*

   *Plaintiffs*

v.

Civil Action No.
2:24-cv-00072-DLB-CJS

**MIGUEL CARDONA,** and
**U.S. DEPARTMENT OF EDUCATION**

   *Defendants*

## DECLARATION OF CHRISTOPER L. THACKER

1) I, Christopher L. Thacker, am an officer of the Commonwealth of Kentucky, and General Counsel to the Kentucky Office of Attorney General, which represents the Commonwealth in this litigation.

2) I am over 18 years of age, and except as otherwise stated, I have personal knowledge of the matters set forth herein and can and will testify thereto if called upon to do so.

3) On April 3, 2024, the Office of the Attorney General sent requests for information, pursuant to Kentucky's Open Records Act, to the Council on Postsecondary Education ("CPE") and the Kentucky Department of Education ("KDE"). KDE's responses to those open records requests indicate that Kentucky has 1,477 public schools serving students in pre-school through twelfth grade. KDE's publicly available "School Report Card" reports that for

1

    the 2022-2023 school year, 687,294 students were enrolled in public primary schools and 28,723 students were enrolled in public secondary schools.[1]

4) According to a report published by EdChoice Kentucky, more than 58,000 primary and secondary students are enrolled in private schools in Kentucky.[2] The Kentucky Board of Education has identified 608 certified non-public primary and secondary schools in Kentucky.[3]

5) According to CPE, Kentucky has 42 postsecondary institutions; and for the 2022-2023 school year, 250,828 students were enrolled in these institutions.[4]

6) The U.S. Department of Education reports that Kentucky received $1,143,299,717 in federal education funding (excluding loans) during 2023.[5]

7) KDE has reported that for public primary and secondary schools in Kentucky, federal funds account for over 17% of district funding.[6] Information published by KDE indicates that this funding comes through a variety of federal

---

[1] *School Report Card*, KENTUCKY DEPARTMENT OF EDUCATION, https://www.kyschoolreportcard.com/organization/20/school_overview/students/enrollment?year=2023 (last visited May 2, 2024).

[2] Gary W. Houchens, PhD, *Ending the Status Quo: Kentucky Parents Increasingly Choose Nonpublic Education Options*, EDCHOICE KENTUCKY, HTTPS://STATIC1.SQUARESPACE.COM/STATIC/625706BF5718E61DD1FF6824/T/647F5E2F373155773197730C/1686068784344/EDCHOICE+REPORT+ENDING+THE+STATUS+QUO.PDF (covering data from the 2021-2022 school year).

[3] *KBE Certified Non-Public Schools*, KENTUCKY BOARD OF EDUCATION, https://www.education.ky.gov/federal/fed/Documents/KBE%20Certified%20Non-Public%20Schools.pdf (last visited May 2, 2024).

[4] *Student Enrollment*, COUNCIL ON POSTSECONDARY EDUCATION, https://reports.ky.gov/t/CPE/views/KentuckyPostsecondaryEducationInteractiveDataDashboard/Enrollment?%3AshowAppBanner=false&%3Adisplay_count=n&%3AshowVizHome=n&%3Aorigin=viz_share_link&%3AisGuestRedirectFromVizportal=y&%3Aembed=y (last visited May 2, 2024).

[5] *Fiscal Years 2023-2025 State Tables for the U.S. Department of Education*, U.S. DEPARTMENT OF EDUCATION, https://www2.ed.gov/about/overview/budget/statetables/index.html (last visited May 2, 2024) (data available in "State tables by State" excel sheet).

[6] *School Report Card – Financial Transparency*, KENTUCKY DEPARTMENT OF EDUCATION, https://www.kyschoolreportcard.com/organization/20?year=2022#financial_transparency (last visited May 2, 2024).

programs, including, but not limited to, the National School Lunch Program, the Fresh Fruit and Vegetable Program, the Individuals with Disabilities Education Act Basic Grant, State Assessments Formula Grants, and Title I grants. For the 2018-2019 fiscal year, KDE reported that public primary and secondary schools received over 467 million dollars in federal grant funding.[7]

8) In total, the U.S. Department of Education reports that Kentucky received over 617 million dollars for primary and secondary level education programs in 2023.[8] This total covers funding for both public and non-public schools.

9) The U.S. Department of Education further reports that all postsecondary schools identified by CPE receive federal funding. For instance, every postsecondary institution identified by CPE receives funding via the Pell Grant program. In 2019, the most recent year with individual school data available from the U.S. Department of Education, postsecondary institutions in Kentucky received over $241 million dollars in Pell Grants alone.[9]

10) Based on the budget enacted by Kentucky's legislature during the 2024 general session,[10] public postsecondary schools expect to receive over 936 million

---

[7] *FY2018-2019 District Allocations 032020*, *available at* https://www.education.ky.gov/_layouts/download.aspx?SourceUrl=https://www.education.ky.gov/districts/fin/Documents/Copy%20of%20FY2018-2019%20District%20Allocations%20032020.xls.
[8] *Supra* note 5. Kentucky could have received even more federal funding. The Department of Education explains that the state totals "do not reflect all Department funds that a State receives. States and other entities may also receive Department funds awarded on a competitive basis."
[9] *Distribution of Federal Pell Grant Program Funds by Institution*, U.S. DEPARTMENT OF EDUCATION, https://www2.ed.gov/finaid/prof/resources/data/pell-institution.html (last visited May 2, 2024). According to the State Tables (which are not divided by school), Kentucky postsecondary institutions received over 423 million dollars in Pell Grants in 2023. *Supra* note 5.
[10] 24 RS HB 6, *available at* https://apps.legislature.ky.gov/recorddocuments/bill/24RS/hb6/bill.pdf.

dollars in federal funds for the 2024-2025 school year.[11] Under the same biennial budget, Kentucky's community and technical schools anticipate receiving over 294 million dollars in federal funds.[12]

11) The U.S. Department of Education's Equity in Athletics Data Analysis reports that twenty-seven postsecondary institutions in Kentucky offer intercollegiate athletics programs.[13] All of these institutions are reported as offering sex-specific sports teams.[14] In 2022, the 27 institutions reported providing $108,466,385 in athletic scholarships.[15] Of that amount, $44,271,901 was reported as being provided to female athletes.[16]

12) It is my understanding that if any program or activity at one of Kentucky's schools is determined to be not in compliance with the requirements of Title IX, the U.S. Department of Education may terminate federal funding to the non-compliant program or activity. The loss of federal funds would require that school to either eliminate the services currently offered using federal funds or to seek new funding to pay for those services. In the latter case, such services might need to be paused while new funding is obtained. The loss of federal funding for education would result in harm to the educational system in Kentucky and to Kentucky's students.

---

[11] *Id.*
[12] *Id.*
[13] *Download Custom Data*, U.S. DEPARTMENT OF EDUCATION EQUITY IN ATHLETICS DATA ANALYSIS, https://ope.ed.gov/athletics/#/customdata/datafiltered (using data from 2022).
[14] *Id.*
[15] *Id.*
[16] *Id.*

4

5

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

*/s/ Christopher L. Thacker*
Christopher L. Thacker
