**Exhibit I**

The States' Motion for a § 705 Stay and Preliminary Injunction

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, and STATE OF WEST VIRGINIA, | )<br>)<br>)<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) Civil Action No. 2:24-cv-72 |
| MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, | )<br>)<br>)<br>)<br>)<br>) |
| *Defendants*. | ) |

## **DECLARATION OF MICHAEL MAUL**

Pursuant to 28 U.S.C. § 1746, I, Michael Maul, duly affirm under penalty of perjury as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2. My name is Michael Maul, and I serve as the Director of the Virginia Department of Planning & Budget. As Director, I oversee the development and direction of the budgeting process within Virginia state government.

3. In Fiscal Year 2022, Virginia spent nearly $1.5 billion in federal funds for public education programs and activities excluding federal COVID-related funding. Federal funds comprised 15.2% of the total spending of nearly $9.7 billion for public education programs and activities.

1

4. Virginia public higher education institutions spent over $1.0 billion in federal funds in Fiscal Year 2022, excluding federal COVID-related funding. Federal funds comprised 11.1% of the total spending of over $9.4 billion for Virginia public higher education institutions.

5. In Fiscal Year 2023, Virginia spent nearly $1.3 billion in federal funds for public education programs and activities excluding federal COVID-related funding. Federal funds comprised 12.1% of the total spending of just over $10.7 billion for public education programs and activities.

6. Virginia public higher education institutions spent over $1.1 billion in federal funds in Fiscal Year 2023, excluding federal COVID-related funding. Federal funds comprised 10.9% of the total spending of nearly $10.3 billion for Virginia public higher education institutions.

_____
Michael Maul

Dated: _____May 2_____, 2024