**Exhibit J**

The States' Motion for a § 705 Stay and Preliminary Injunction

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, and STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Civil Action No. 2:24-cv-72 |

## DECLARATION OF LISA COONS

Pursuant to 28 U.S.C. § 1746, I, Lisa Coons, duly affirm under penalty of perjury as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2. I am Virginia's Superintendent of Public Instruction. In this capacity, I serve as the Executive Officer of the Virginia Department of Education ("the Department") and the Secretary of the Virginia Board of Education. Prior to my appointment as Virginia's Chief School Officer in 2023, I served as chief academic officer for the Tennessee Department of Education for several years, where I led all academic programming from birth to grade 12. I have also served as a teacher, principal and assistant superintendent in Tennessee and Ohio. I hold a doctorate in

1

education from Lipscomb University. I have personal knowledge of the matters set forth below or have knowledge of those matters based on my review of information and records gathered by members of my staff.

3. The Department supports the education of approximately 1,261,962 students in Virginia who are educated in public schools under the supervision of 131 local school boards, *Va. Const. art. VIII § 7.*

4. The Department administers the distribution of state and federal funds to all K through grade 12 public schools in Virginia. All public-school divisions in Virginia receive federal funds.

5. Educational programs and activities in Virginia that are funded through *Direct Aid to Public Education* in the state budget received an estimated $1.48 billion in federal funds and an estimated $8.09 billion in state funds in Fiscal Year 2022. *Direct Aid to Public Education* total annual expenditures for FY 2022 was $9.57 billion, making federal funds an estimated 15.5% of the total estimated annual budget.

6. Federal funds are used for many purposes, including to support some of the most vulnerable student populations in Virginia public schools, including low-income students, English Learners, homeless students and students with disabilities.

7. If any program or activity at one of Virginia's public schools is determined not to be in compliance with the requirements of Title IX, the U.S. Department of Education may terminate federal funding to the non-compliant program or activity.

8. The loss of federal funds to a Virginia public school would require that school to either eliminate certain educational services currently offered using federal funds or to seek new funding to pay for those services. In the latter case, such services might need to be paused while

new funding is obtained. The federal education grants that would be in jeopardy would include those provided under the Carl D. Perkins Act, the Elementary and Secondary Education Act (ESEA), and the Individuals with Disabilities Education Act (IDEA).

9. Virginia recipients of Title IX funds must generally incur costs to comply with a federal rule implementing Title IX. These may include updating policies and training materials that reflect policies inconsistent with such a rule and incurring additional training costs for Title IX Coordinators.

10. I declare under penalty of perjury that the foregoing is true and correct.

Lisa Coons, Superintendent of Public Instruction

Dated: 5/2, 2024