**Exhibit K**

The States' Motion for a § 705 Stay and Preliminary Injunction

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, and STATE OF WEST VIRGINIA, )<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:24-cv-72<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF PATRICIA TRICE

Pursuant to 28 U.S.C. § 1746, I, Patricia Trice, duly affirm under penalty of perjury as follows:

1.  I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2.  My name is Patricia Trice, and I serve as Superintendent of the Virginia School for the Deaf and the Blind ("VSDB"). I began serving in this capacity during the 2014-2015 school year, and prior to that, I served as principal at VSDB. My responsibilities include overseeing the daily operation of the VSDB.

3.  The VSDB is a state agency that serves students whose primary disability involves vision or hearing loss including those students who are deaf, hard of hearing, blind, vision impaired, blind-deaf, or sensory impaired with other disabilities.

4. The VSDB maintains separate bathroom and locker room facilities for males and females.

5. Currently, the VSDB maintains separate male and female sport teams for basketball and goalball.

6. The VSDB provides residential learning opportunities for approximately 60 percent of its students. The VSDB provides separate bedrooms for males and females.

7. The VSDB must generally incur costs to comply with a new federal rule implementing Title IX. These include updating policies and training materials to reflect new requirements and incurring additional training costs for Title IX Coordinators.

8. I declare under penalty of perjury that the foregoing is true and correct.

_____
Patricia Trice

Dated: May 2, 2024