**Exhibit L**

The States' Motion for a § 705 Stay and Preliminary Injunction

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

STATE OF TENNESSEE, )
COMMONWEALTH OF KENTUCKY, )
STATE OF OHIO, STATE OF INDIANA, )
and STATE OF WEST VIRGINIA, )
  )
    *Plaintiffs*, )
  )
v. ) Civil Action No. 2:24-cv-72
  )
MIGUEL CARDONA, in his official )
capacity as Secretary of Education, and )
UNITED STATES DEPARTMENT OF )
EDUCATION, )
  )
    *Defendants.* )

## DECLARATION OF DR. ALAN EDWARDS

Pursuant to 28 U.S.C. § 1746, I, Dr. Alan Edwards, duly affirm under penalty of perjury as follows:

1.    I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2.    My name is Alan Edwards, and I serve as the Interim Director of the State Council of Higher Education for Virginia (SCHEV). I have served in this capacity since January 1, 2024, and prior to that, I served as SCHEV's Director of Strategic Planning and Policy Studies. The responsibilities of the Director of SCHEV include working with the Commonwealth of Virginia's higher education coordinating board and exercising authority over academic program approval, student- and institution-level data collection, and the distribution of student financial aid.

1

3. The State Council of Higher Education for Virginia was created in 1956 by the Virginia General Assembly "to advocate and promote the development and operation of an educationally and economically sound, vigorous, progressive, and coordinated system of higher education in the Commonwealth of Virginia and to lead state-level strategic planning and policy development and implementation based on research and analysis...." Code of Virginia § 23.1-200 (A). The Council is also directed to "seek to facilitate collaboration among institutions of higher education that will enhance quality and create operational efficiencies and work with institutions of higher education and their governing boards on board development." *Id.*

4. The Commonwealth of Virginia has fifteen public four-year institutions of higher education, twenty-four public two-year institutions of higher education, five regional higher education centers, and one public/private medical school. The public four-year and two-year institutions of higher education had a fall 2023 headcount of over 368,000 students.

5. Virginia's public higher education institutions are arms of the Commonwealth.

6. Public higher education institutions in Virginia received over $2 billion in federal funds in the federal Fiscal Year 2022 and are subject to the requirements of Title IX.

7. If any program or activity at one of Virginia's public higher education institutions is determined not to be in compliance with the requirements of Title IX, the U.S. Department of Education may terminate federal funding to that program or activity.

8. Virginia's public higher education institutions use federal funds for many purposes, including:

    a. Student loans;

    b. Student grant aid (scholarships);

    c. Research and service;

2

   d. Veterans' affairs (i.e., GI Bill);

   e. Funding for Historically Black Colleges and Universities.

9. The loss of federal funds to Virginia's public higher education institutions would require these institutions to either eliminate certain educational services currently offered using federal funds or to seek new funding to pay for those services. In the latter case, such services might need to be paused while new funding is obtained. Additionally, students who currently rely on federal funds to attend Virginia public higher education institutions could be forced to interrupt their education, potentially leading to disenrollment or even abandonment of their pursuit of a degree, workforce certification, or other educational attainment.

10. I declare under penalty of perjury that the foregoing is true and correct.

*[signature: Alan Edwards]*

Alan Edwards

Dated: _May 2_, 2024