**Exhibit M**

The States' Motion for a § 705 Stay and Preliminary Injunction

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| STATE OF TENNESSEE,<br>COMMONWEALTH OF KENTUCKY,<br>STATE OF OHIO, STATE OF INDIANA,<br>COMMONWEALTH OF VIRGINIA, and<br>STATE OF WEST VIRGINIA,<br><br>    *Plaintiffs,*<br><br>v.<br><br>MIGUEL CARDONA, in his official<br>capacity as Secretary of Education, and<br>UNITED STATES DEPARTMENT OF<br>EDUCATION,<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-72-DLB-CJS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MELANIE B. PURKEY**

Pursuant to 28 U.S.C. § 1746, I, Melanie B. Purkey, duly affirm under penalty of perjury as follows:

1.      I am over 18 years of age and am competent to make this Declaration based on my personal knowledge, my work experience at the West Virginia Department of Education (WVDE), and information provided to me by WVDE personnel.

2.      My name is Melanie B. Purkey, and I serve as Assistant Superintendent for the Division of Federal Programs and Support at the WVDE. I have served in this capacity since 2017, and prior to that, I served as Director of Federal Elementary and Secondary Education Act (ESEA) Programs. My current responsibilities include acting as the WVDE's authorized representative for federal funding and providing leadership for the Offices of Child Nutrition, ESEA Programs, Special Education and Student Support and Well-being.

1

3.     The WVDE is a West Virginia state agency, under the supervision of the West Virginia State Superintendent of Schools, whose purpose is to carry into effect West Virginia school laws and West Virginia Board of Education (WVBE) policies. The WVDE supports the State Superintendent and the WVBE to fulfill their responsibility to exercise general supervision of the public schools as required by Article XII, § 2 of the West Virginia Constitution, and West Virginia Code §§ 18-2-5 and 18-3-3.

4.     There are approximately 245,000 students enrolled in West Virginia public schools.

5.     The WVDE administers the distribution of state funds appropriated by the West Virginia Legislature and federal funds to all kindergarten through grade 12 public schools in West Virginia. All of West Virginia's public schools receive federal funds and are subject to the requirements of Title IX.

6.     In Fiscal Year 2023, the WVDE expended an estimated 731,500,000 in federal funds and an estimated 2,010,900,000 in state funds for public educational programs and activities in West Virginia. An additional 4,723,000 was expended from other sources, such as philanthropic donations. Thus, the WVDE's total expenditures for Fiscal Year 2023 was estimated to be 2,747,000,000, making federal funds an estimated 26.63% of the WVDE's total annual expenditures.

7.     Federal funds were received and expended from the following educational programs and activities in West Virginia through the WVDE:

2

| Federal Program | Amount Expended in Fiscal Year 2023 | Purpose | Federal Funding Agency |
|---|---|---|---|
| Startalk | 57,040.93 | Teaching less-common languages and exploring language careers | NSA |
| Title I | 94,064,701.94 | Provide supplementary education services to low- achieving students in high-poverty schools | USDE |
| Neglected & Delinquent | 1,501,286.66 | Prevention and intervention programs for children and youth who are neglected, delinquent or at-risk | USDE |
| Homeless | 616,267.16 | Educational supports for students experiencing homelessness | USDE |
| After School | 8,726,052.54 | Creates community learning centers that provide academic enrichment during non-school hours targeting high-poverty and low-performing schools | USDE |
| Rural & Low Income | 1,919,596.93 | Provides rural districts with financial assistance for initiatives aimed at improving student achievement | USDE |
| English Language | 438,248.53 | Provides support to ensure that English learners attain English language proficiency and meet state academic standards | USDE |
| Title II | 14,600,157.37 | Supports improvement in the quality and effectiveness of teachers and school leaders in K-12 schools | USDE |
| Title VI | 2,867,429.10 | Supports the development of state assessments and standards required by the ESEA Sec. 1111(b) | USDE |
| Title IV | 8,047,878.19 | Funds support access to well-rounded education, improving school safety and student health, and use of technology to improve academic achievement and digital literacy | USDE |
| CV12 Esser | 104,532,530.11 | CARES Act Education Stabilization Funding for K-12 schools | USDE |
| CRRSAA EANS | 1,842,929.48 | CRRSAA Emergency Assistance to Non-public schools | USDE |

| ARPA | 163,710,814.28 | ARP Education Stabilization Funding for K-12 schools | USDE |
|---|---|---|---|
| ARPA5 | 2,989,943.45 | ARP Emergency Assistance to Non-public Schools | USDE |
| ARPA4 | 957,229.87 | ARP ESSER for Homeless Children and Youth | USDE |
| HIV | 24,062.36 | Supports administration of the Youth Risk Behavior Survey and the School Health Profiles Study | CDC |
| AWARE/ AWARE2 | 2,956,848.67 | Aims to increase awareness of and capacity to address mental health issues among school-aged youth | SAMHSA |
| NAEP | 139,612.47 | Supports state participation in the National Assessment of Education Progress | USDE |
| LFS | 179,162.50 | Aims to increase purchasing of local and regional foods for distribution to schools | USDA |
| TIG | 152,853.00 | Child Nutrition Technology Innovation Grant | USDA |
| BRFST | 54,323,030.45 | National School Breakfast Program | USDA |
| LNCH/SCA | 120,812,586.87 | Supply Chain Assistance funds to alleviate disruptions in the school meals programs | USDA |
| MILK | 9,587.24 | Subsidies to encourage the consumption of fluid milk by children | USDA |
| SPADM/CC/CIL | 19,375,444.75 | Child and Adult Care Food Program to provide meals at day-care programs for children and adults | USDA |
| SUM | 4,203,948.71 | Summer Food Services Program for Children | USDA |
| SAE | 2,039,573.40 | State Administrative Expenses for Child Nutrition Programs | USDA |
| NSLP | 203,898.39 | National School Lunch Program Equipment Assistance Grants | USDA |
| FFVLEA | 2,788,722.22 | Funds to purchase additional fresh fruits and vegetables for school meals | USDA |

| PEBT/LLPEBT | 144,077.62 | Local Administration Funds for Pandemic-EBT | USDA |
|---|---|---|---|
| ABE | 3,707,598.61 | Adult Education Grant | USDE |
| CTE | 10,142,415.94 | Perkins Title I Grants for Career and Technical Education | USDE |
| IDEA | 78,992,944.21 | Special Education Grant | USDE |
| IDEA ARPA | 6,461,762.97 | ARP Special Education Grants for Pandemic Relief | USDE |
| Preschool | 3,345,826.76 | Special Education Preschool Grants | USDE |
| Preschool ARPA | 637,179.02 | ARP Special Education Preschool Grants for Pandemic Relief | USDE |
| Deaf & Blind | 130,510.37 | Special Education Technical Assist. and Dissemination to Improve Services and Results for Children with Disabilities | USDE |
| **Total Federal Expenditures** | **731,492,109.68** | | |

8.    A loss of federal funding due to non-compliance with Title IX could result in elimination of certain educational services in West Virginia's public schools.

9    Further, approximately 2,880 professional school personnel and 1,406 school service personnel positions in West Virginia's public school system are federally funded, as well as approximately 99 positions at the WVDE.  If that funding was taken away, those staff positions may have to be cut.

10.    I declare under penalty of perjury that the foregoing is true and correct.


Melanie B. Purkey

Dated: _April 29_____, 2024

5