**Exhibit O**

The States' Motion for a § 705 Stay and Preliminary Injunction

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, and STATE OF WEST VIRGINIA, | :<br>:<br>:<br>: |
| *Plaintiffs*, | : |
| v. | :<br>: Case No. 2:24-cv-00072-DLB-CJS |
| MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, | :<br>:<br>:<br>: |
| *Defendants*. | : |

## DECLARATION OF JONATHAN D. BLANTON

I, Jonathan D. Blanton, make the following Declaration pursuant to 28 U.S.C. §1746, and state that under the penalty of perjury the following is true and correct to the best of my knowledge and belief.

1.    I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

1

2. I serve as the First Assistant Attorney General for the Office of the Ohio Attorney General. I have served in this capacity since July 31, 2022.

3. I have reviewed the following information publicly available regarding funds dispersed to the States. *See* Fiscal Years 2023-2025 State Tables for the U.S. Department of Education, US Dep't of Education (March 15, 2024), https://www2.ed.gov/about/overview/budget/statetables/index.html. Per those tables, in 2023, the State of Ohio received over $5.2 billion in funding from the U.S. Department of Education, and expects to receive additional funds of equal or greater amount in future fiscal years.

4. If any program or activity at one of Ohio's public educational institutions is determined not to be in compliance with the requirements of Title IX, the U.S. Department of Education may terminate federal funding to the non-compliant program or activity.

I have read the above, and it is all true and correct.

DATED: May 3, 2024

Jonathan D. Blanton