IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　*Defendants*. | Civil Action No. 2:24-cv-00072 |

## [PROPOSED] ORDER

The Plaintiff States moved the Court to enter a 5 U.S.C. § 705 stay and a preliminary injunction against the final rule promulgated by the U.S. Department of Education titled, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024) ("Final Rule"). After considering the parties' arguments and all relevant authority, it is hereby

**ORDERED** that the Plaintiff States' motion is **GRANTED**; it is further

**ORDERED** that the effective date of the Final Rule is stayed under 5 U.S.C. § 705, thus denying the Final Rule any legally operative effect during the pendency of these proceedings; it is further

**ORDERED** that the Final Rule is **PRELIMINARILY ENJOINED**. The Defendants may not enforce, rely on, implement, or otherwise act pursuant to the Final Rule's challenged provisions against the parties in this action. It is

**SO ORDERED**.

_____                                         _____
Date                                                                              United States District Court Judge