# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No. 2:24-cv-00072-DLB-CJS <br> District Judge David L. Bunning <br> Magistrate Judge Candace J. Smith |

## THE STATES' EMERGENCY MOTION
## FOR BRIEFING SCHEDULE AND HEARING

The Plaintiff States respectfully move this Court to enter the schedule proposed below and set this matter for a hearing no later than the week of May 28, 2024, or at the Court's earliest convenience, if the Court wishes to hold one. In support, the States state as follows:

1. This suit challenges the U.S. Department of Education's recently published regulations redefining the scope of Title IX of the Educational Amendments Act. *See* Doc. # 1-2, U.S. Dep't of Educ., Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance, 89 Fed. Reg. 33,474 (Apr. 29, 2024) ("Final Rule"); *see also* Doc. # 1. Among other things, the Final Rule will prohibit all institutions receiving federal funds from maintaining sex-separate, private spaces like bathrooms, locker rooms, and shower facilities, as well as most other educational activities and programs, when doing so conflicts with students' subjective sense of their gender.

1

2. The Final Rule was published in the Federal Register on April 29, 2024, and it becomes effective on August 1, 2024.

3. The States filed their complaint challenging the Final Rule as unlawful on April 30, 2024. *See* Doc. # 1.

4. Three days later, on May 3, 2024, the States filed a motion for preliminary injunction, a supporting memorandum, and supporting declarations.

5. As detailed in these filings, the States and their citizens face imminent irreparable harm if the Final Rule is allowed to take effect and will begin incurring nonrecoverable compliance costs before the effective date.

6. To ensure that the Court can consider the merits of this matter fully before the Final Rule becomes effective—and to minimize irreparable harms to the States and their citizens—the States propose the following schedule:

   a. The Defendants shall respond to the motion for preliminary injunction on or before May 17, 2024.

   b. The States shall file their reply on or before May 24, 2024.

   c. If the Court believes a hearing would help its consideration of the motion, all parties shall appear before the Court for a hearing on the motion during the week of May 28, 2024, or at the Court's earliest convenience.

7. The States are contemporaneously serving this filing on contacts for the Department, as well as providing them via-email to attorneys at the Department of Justice who recently participated as counsel for the Department in a prior Title IX matter.

Dated: May 3, 2024

**RUSSELL COLEMAN**
  Attorney General

/s/ *Lindsey R. Keiser*
JUSTIN D. CLARK
  Civil Chief
VICTOR B. MADDOX
  Counsel for Special Litigation
LINDSEY R. KEISER
  Assistant Attorney General
**Kentucky Office of the Attorney General**
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
victor.maddox@ky.gov
justind.clark@ky.gov
lindsey.keiser@ky.gov

*Counsel for the Commonwealth of Kentucky*

Respectfully submitted,

**JONATHAN SKRMETTI**
  Attorney General and Reporter

/s/ *Whitney D. Hermandorfer*
J. MATTHEW RICE*
  Solicitor General
WHITNEY D. HERMANDORFER*
  Director of Strategic Litigation
STEVEN J. GRIFFIN*
  Senior Counsel for Strategic Litigation &
Assistant Solicitor General
VIRGINIA N. ADAMSON*
  Counsel for Strategic Litigation &
Assistant Solicitor General
BRIAN DANIEL MOUNCE*
  Counsel for Strategic Litigation &
Assistant Solicitor General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
matt.rice@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
steven.griffin@ag.tn.gov
jenna.adamson@ag.tn.gov
brian.mounce@ag.tn.gov

*Counsel for the State of Tennessee*

| | |
|---|---|
| **THEODORE E. ROKITA**<br>  Attorney General<br><br>/s/ *James A. Barta*<br>JAMES A. BARTA*<br>  Solicitor General<br>CORRINE L. YOUNGS*<br>  Policy Director and Legislative Counsel<br>JOSHUA DAVID*<br>  Deputy Attorney General - Policy<br>**Indiana Attorney General's Office**<br>IGCS – 5th Floor<br>302 W. Washington St.<br>Indianapolis, IN 46204<br>(317) 232-0709<br>james.barta@atg.in.gov<br>corrine.youngs@atg.in.gov<br>joshua.david@atg.in.gov<br><br>*Counsel for the State of Indiana* | **DAVE YOST**<br>  Attorney General<br><br>/s/*T. Elliot Gaiser*<br>T. ELLIOT GAISER*<br>  Solicitor General<br>MATHURA SRIDHARAN*<br>  Deputy Solicitor General<br>**Office of the Ohio Attorney General**<br>30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>(614) 466-8980<br>thomas.gaiser@ohioago.gov<br>mathura.sridharan@ohioago.gov<br><br>*Counsel for the State of Ohio* |
| **JASON S. MIYARES**<br>  Attorney General<br><br>/s/ *Kevin M. Gallagher*<br>KEVIN M. GALLAGHER*<br>  Principal Deputy Solicitor General<br>BRENDAN T. CHESTNUT*<br>  Deputy Solicitor General<br>**Virginia Attorney General's Office**<br>202 North 9th Street<br>Richmond, Virginia 23219<br>(804) 786-2071<br>kgallagher@oag.state.va.us<br>bchestnut@oag.state.va.us<br><br>*Counsel for the Commonwealth of Virginia* | **PATRICK MORRISEY**<br>  Attorney General<br><br>/s/ *Michael R. Williams*<br>MICHAEL R. WILLIAMS*<br>  Principal Deputy Solicitor General<br>**Office of the West Virginia Attorney General**<br>State Capitol, Bldg. 1, Room E-26<br>1900 Kanawha Blvd. E.<br>Charleston, West Virginia 25305<br>304-558-2021<br>michael.r.williams@wvago.gov<br><br>*Counsel for the State of West Virginia* |

## CERTIFICATE OF SERVICE

      I certify that on May 3, 2024, the above document was filed with the CM/ECF filing system and sent via regular U.S. mail, postage prepaid, to:

**Miguel Cardona**
United States Department of Education
400 Maryland Avenue SW
Washington, D.C. 20202

**United States Department of Education**
400 Maryland Avenue SW
Washington, D.C. 20202

                                                   */s/ Lindsey R. Keiser*
                                                   Lindsey R. Keiser