IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Civil Action No. 2:24-cv-00072 |

## [PROPOSED] ORDER

The Plaintiff States have challenged the final rule promulgated by the U.S. Department of Education titled, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024) ("Final Rule"). Plaintiff States filed a complaint on April 30, 2024, and then three days later filed a motion for a stay under 5 U.S.C. § 705 and a preliminary injunction. The Plaintiff States alleged they and their citizens face imminent irreparable harm and, accordingly, also asked this Court for an expedited briefing schedule and hearing for their motion for preliminary injunction.

It is hereby **ORDERED** that the Plaintiff States' motion is **GRANTED.**

The Parties will adhere to the following schedule:

1. The Defendants shall respond to the Plaintiff States' motion for preliminary injunction on or before May 17, 2024.

2. The Plaintiff States shall file their reply on or before May 24, 2024.

3. A hearing on the motion for preliminary injunction will be scheduled for May \_\_, 2024 at \_\_\_\_.

It is **SO ORDERED**.

_____     _____
Date                                                                United States District Court Judge