# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, *Plaintiffs,* and **Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross, *Proposed Intervenor-Plaintiffs,* v. **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, *Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS |

# ORDER GRANTING INTERVENOR-PLAINTIFFS' MOTION TO INTERVENE

This matter is before the Court on Intervenor-Plaintiffs' Motion to Intervene. The Court, having reviewed the motion and related pleadings and materials and being otherwise sufficiently advised finds as follows:

The Intervenors are entitled to intervene as of right under Federal Rule of Civil Procedure 24(a) because (1) their motion to intervene is timely; (2) they have substantial legal interests at stake in this case; (3) their substantial interests would be impaired if they were prohibited from intervening; and (4) the existing parties do not adequately represent Intervenors' interests.

The Court alternatively exercises its discretion to permit Intervenors to intervene under Federal Rule of Civil Procedure 24(b) because (1) their motion to intervene is timely; (2) their claims share common questions of law and fact; and (3) their intervention will not cause undue delay or prejudice to the existing parties.

For these reasons,

IT IS HEREBY ORDERED that Intervenor-Plaintiffs' Motion to Intervene is GRANTED.

SO ORDERED.