## Exhibit List

| Title | Exhibit No. |
| --- | --- |
| Declaration of A.C. | A |
| Meet Records | B |
| Declaration of David Schmus, Executive Director of Christian Educators Association International | C |
| Declaration of Brett Campbell | D |
| Declaration of Michelle Keaton | E |
| Declaration of Amy McKay | F |
| Declaration of Silvia Moore | G |
| Declaration of Joshua Taylor | H |