# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, <br><br> *Plaintiffs,* <br><br> and <br><br> **Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross, <br><br> *Proposed Intervenor-Plaintiffs,* <br><br> v. <br><br> **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, <br><br> *Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS |

## DECLARATION OF BRETT CAMPBELL

1

I, Brett Campbell, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. I have personal knowledge of the information below.

2. I am a Christian and a current member of the Christian Educators Association International. I have been a member since 2023.

3. Christian Educators is a professional association that provides legal and spiritual resources for teachers.

4. When I first began teaching, I needed to get insurance coverage. I decided to get insurance from Christian Educators because it shares my convictions and seeks to equip and protect educators in ways that align with my values.

5. Since high school I have felt called to teach. My own teachers were incredible. I wanted to help students reach their potential and do my best to set an example for them as my teachers did for me.

6. In May 2023, I received my degree in Secondary Education with a focus in History from Tennessee Technological University.

7. In the fall of 2023, I began teaching 7th grade social studies at Warren County Middle School in Warren County, Tennessee.

8. This is my first position as a teacher, and it has already been incredibly rewarding.

9. Middle school is a challenging time for many students and a time of growth and maturing.

10. Getting to walk with students during this season of life is a privilege. I try to convey the subject matter to them but also to help them develop important life skills like communication, time management, and a healthy sense of self.

11. Social studies covers a broad range of historical topics and themes. The students enjoy trying to better understand the past and how we can learn from it.

2

12. My faith impacts my work. It is my source of hope and pervades my approach to teaching and my interactions with others, in and out of the classroom.

13. Love is at the heart of the Christian faith. My beliefs inspire me to reflect authentic love in my interactions with students, faculty, and staff.

14. As part of my religious beliefs, I also believe that God created every person to reflect Him. Therefore, I believe everyone deserves to be treated with dignity, kindness, and compassion. I strive to do that with my colleagues and students.

15. I also believe that God created two distinct sexes, male and female, and that people cannot change their sex and should not try to change their sex. According to my beliefs, God determines each person's sex and that is something we should accept as a gift, rather than reject. So I believe that people should seek to accept their bodies and live consistent with their sex because this allows them to flourish.

16. I teach five classes of 25-30 students. Each day, I interact with about 150 students.

17. In addition to my classes, I speak with students outside of class in hallway conversations or when they stop by my classroom.

18. Students have requested that I refer to them using different names than their given names because they identify as the opposite sex or as non-binary.

19. Currently 3 students in my classes identify as transgender. Outside of class, I also interact with several other students who identify as transgender. Overall, about 7 students at Warren County Middle School identify as transgender.

20. While I call students by their requested name, I do not and will not call them by pronouns that differ from their sex because doing so violates my religious beliefs.

3

21. I believe that by using inaccurate pronouns—pronouns that reflect people's gender identity and contradict their sex—I am lying to them and accepting and promoting views contrary to my religious beliefs. Specifically, I believe doing so contradicts my beliefs about humanity, God's creation of two sexes, and God's design for human flourishing. Not only that, I also believe that using inaccurate pronouns is inconsistent with my duty as a teacher to tell the truth.

22. I could not use inaccurate pronouns when referring to students or colleagues without violating my faith.

23. Some of my students are aware that I am a Christian, so it would be especially harmful for me to speak and act in a way that my students know violates my beliefs. It would make me look like a hypocrite.

24. My faith and duty as a witness to my students compel me to live with integrity—consistent with my convictions on and off campus.

25. To my knowledge, Warren County does not require teachers to use inaccurate pronouns. No official or administrator at the school has ever told me I must use pronouns inconsistent with someone's sex.

26. As I understand it, Tennessee law protects public school teachers from being compelled to use pronouns not consistent with someone's sex.

27. I also understand that, under another Tennessee state law, students and staff must use restrooms consistent with their sex, without regard to gender identity.

28. Our school does not have separate restrooms for the teachers. We use the same school restrooms as the students.

29. The restrooms are designated for males and females and are multi-use.

30. I would not be comfortable and do not want to use the same restroom as a female student or staff member. It would be awkward and embarrassing for me

4

to do so. I especially do not want to share this space all alone with a girl, someone who could be as young as 12 years old, while I go to the restroom.

31. The male restrooms have both stalls and urinals. The stalls are standard metal frames with a latch between the doors and the wall panels. The panels end more than a foot above the ground and only are about 6.5 feet high.

32. The restrooms are not set up to provide much privacy, which is why they are separated by sex.

33. Getting to know the other teachers through conversations in the teachers' lounge is a fun part of being a teacher.

34. Sometimes during the lunch break or in our classrooms when we are not teaching, other teachers and I discuss the challenges facing educators today. This helps me to learn from my colleagues and to better support them.

35. Some of our conversations have been about gender-identity issues. This topic inevitably comes up. For example, teachers discuss how students have asked teachers to refer to them by certain pronouns or names and how teachers have to update their class rosters and student profiles. Teachers have also discussed whether it's in the best interest of children to be treated like they are the opposite sex.

36. During those conversations, I have conveyed that my faith teaches that sex is immutable and is based on biology. I have also discussed that I believe it is harmful for students to be treated as the opposite sex. In these conversations with other teachers, I have affirmed that I believe it is in the best interest of students to be treated consistent with their sex as recorded on their original birth certificate.

37. No school official has ever told me to stop discussing my views on gender identity with other teachers and staff.

38. If the Title IX rule requires all teachers to use preferred pronouns, I will not be able to do that because I cannot speak contrary to my religious beliefs.

5

39. I am also afraid that the new Title IX rule will prevent me from discussing my views with other teachers or responding honestly if a student asks me my views on gender identity.

40. Warren County Board of Education has a policy requiring that all employees are trained in complying with federal laws including Title IX. We are required to report any behavior that we reasonably believe constitutes a Title IX violation to the district's Title IX Coordinator.

41. In the Title IX training that employees receive, we are told to immediately report conduct that we think may constitute a violation. The training tells us that if we are unsure whether certain behavior qualifies as a Title IX violation, we should report the conduct to the Title IX Coordinator immediately without seeking further information.

42. It is my understanding that the new Title IX rule takes effect on August 1, 2024. Starting then, I will avoid talking about these issues at school for fear of the repercussions. I will not share my beliefs on issues like gender identity on campus for fear of being reprimanded by the school or violating the regulation. I don't want to risk exposing myself to punishment, and it's better that I avoid speaking my views than take that risk.

43. For example, I will no longer tell staff or students that a boy who identifies as a girl is still a boy (or vice versa), that there are only two sexes, that people can't change their sex, and that people are better off living consistent with their given sex. If the topic comes up after August 1, I will simply say I can't talk about that right now.

## DECLARATION UNDER PENALTY OF PERJURY

I, __Brett Campbell__, a citizen of the United States and a resident of the State of __Tennessee__, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this __1__ day of __May__, 2024 at __McMinnville__, Tennessee.

*Brett Campbell*
Brett Campbell