# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

|  |  |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, <br><br> *Plaintiffs,* <br><br> *and* <br><br> **Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross, <br><br> *Proposed Intervenor-Plaintiffs,* <br><br> v. <br><br> **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, <br><br> *Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS |

**DECLARATION OF JOSHUA TAYLOR**

1

I, Joshua Taylor, declare as follows:

1.      I am over the age of eighteen and competent to testify. I have personal knowledge of the information below.

2.      I am a Christian and a resident of Coffee County, Tennessee.

3.      I am in my tenth year of teaching in public schools and my fifth year of teaching at Coffee County Central High School, a public school in Tennessee.

4.      For over five years, I have been a member of Christian Educators Association International, which has provided my insurance coverage. I appreciate the liability protection, but I am also very grateful to Christian Educators for the way it equips Christian teachers to serve in public schools.

5.      Christian Educators helps us to understand the role of faith in the workplace and the legal parameters that govern public school teachers. This helps me to be confident in who I am as a Christian and also that I am following the law.

6.      I currently teach 10-12th graders at Coffee County Central High.

7.      I teach statistics, geometry, and the Bible as Literature.

8.      I deeply believe in the value of public education. It sets students up for success and a bright future.

9.      As a Christian, I deeply believe in the dignity and value of each and every person. I strive to reflect this to my students and to witness to them a life of hope and meaning.

10.      I believe God has a plan for each person and that He has created every person and has equipped each person with particular traits, gifts, and talents.

11.      I also believe that God has created every person either male or female. I do not believe that a male can be a girl or a female can be a boy. I think when people accept who they are, they pursue the best path for them and increase their opportunity to flourish.

12.    Coffee County Central High has about 50 students that I know of who identify as transgender, meaning that they present and ask to be referred to as non-binary or in a way that indicates they are the opposite sex.

13.    In my time teaching, I have taught about 10 students who identify as transgender.

14.    I currently have one student in class who identifies as transgender, and I regularly interact with students, including students who identify as transgender, outside of class.

15.    Over the course of teaching, I have been asked by students about ten times to use pronouns that do not reflect the student's sex.

16.    Students have even requested to be referred to based on gender identity rather than their sex when I am doing roll call as the proctor for a standardized test like the ACT.

17.    I am not able to use pronouns that indicate that someone is a member of the opposite sex.

18.    Doing so would violate my belief that God created everyone as either male or female and that people are meant to live in accord with their sex.

19.    It is my understanding that Tennessee has a law that protects teachers from having to use pronouns contrary to a student's sex.

20.    On one occasion, though, I was in parent-teacher conferences and was speaking to the parents about how their child was performing. I referred to their child as their "daughter," and they emphatically corrected me by speaking about their "son" and "his" experience in the class.

21.    This was an extremely uncomfortable experience for me.

22.    Because our school system does not require that teachers use pronouns contrary to a student's sex, I am able to speak consistently with my beliefs.

23.    The topic of gender identity has also occasionally come up in class.

3

24.     In the Bible as Literature class I teach, I cover the first book of the Bible, which states "male and female He created them." Genesis 1:27.

25.     I also talk to the other teachers between classes and in the teachers' lounge about gender-identity issues.

26.     I usually eat lunch with the other math teachers. The topic of gender identity comes up most often at the beginning of the year since teachers are navigating student requests to use pronouns different from the sex on file with the school.

27.     I have told the other teachers that it is my policy to call students by "what they are," and that I don't agree with using inaccurate pronouns, meaning pronouns that do not accurately reflect someone's sex.

28.     For example, I have discussed with my colleagues, including those who teach biology, that sex is based on biology and is not something that is chosen based on other factors, like someone's perceptions of their gender identity.

29.     Outside of class, I moderate Refuge 305, a Christian student club that meets before school. Meetings are run by the students, but I attend as a supervisor.

30.     Because I teach the Bible as Literature, my students have occasionally asked me outside of class what the Bible teaches on certain topics.

31.     Although I do not ever proselytize any students at school, many of the students are aware that I am Christian because of my roles in supervising the Christian club and in teaching the Bible as Literature class.

32.     I believe this makes it especially important that I not violate my faith. I do not want a student, religious or non-religious, to think they need to compromise their beliefs in the school setting.

33.     My school takes Title IX compliance very seriously. Every year the district distributes the Title IX policy to all students, staff, and parents or guardians.

34.     The school trains all employees in how to comply with Title IX requirements and with federal law. The employee handbook states that Title IX compliance is required by the district's policy.

35.     Under the district's policy, any individual who is aware of conduct that could constitute a Title IX violation is to report that possible violation to the Title IX Coordinator.

36.     Currently, our school does not require me to use inaccurate pronouns. No school official has ever told me that I have to use inaccurate pronouns. Nor has my school ever threatened to punish me for expressing my religious views on gender identity, whether to other teachers or when asked by students.

37.     But under the new Title IX rules as I understand them, I would be required to use pronouns that do not reflect an individual's sex if they identify as transgender.

38.     I could also be required to report myself and other teachers for not using these inaccurate pronouns or for sharing our beliefs about gender identity in various settings, such as over lunch in the teachers' lounge, if those beliefs criticized gender ideology and sufficiently offended someone. That will make it a hard place for me to work given my religious beliefs.

39.     At my school, teachers use the same restrooms as students. That is just standard practice for most teachers given the layout of the school.

40.     There are male and female-designated teacher-only restrooms, but they are farther from my classroom and usually not convenient for me and many other teachers to use.

41.     Because of this, I generally use the male restroom near my class, which is open to male students and teachers.

42.     Under the new Title IX rules, it would also be open to female students and teachers if they identify as male.

5

43.     There are currently female students in the school who identify as male.

44.     It would be inappropriate, embarrassing, and uncomfortable for me to be in the male restroom with a female student.

45.     The restrooms have minimal privacy. In the restroom nearest to my classroom, there are several urinals and metal stalls, none of which lock and one of which does not have a door.

46.     I do not want and should not be forced to share a restroom with a female student, including a student who could be as young as 14.

47.     But under the new rules, I would be required to do so.

48.     It is my understanding that the rules take effect on August 1. Starting then, I will not be as open to sharing my views on gender identity with my colleagues and with students who ask for my opinion because I fear I will be punished for violating the new rules. For example, I will no longer express my belief that there are only two sexes and that people can't change their sex. I will no longer be willing to share my opinion that a boy is not and cannot become a girl no matter how he identifies. I will try to avoid the topic or say, I can't talk about that.

49.     I don't think it is worth the risk of expressing my beliefs if there could be serious repercussions. I don't want to be punished or exposed to possible punishment and maybe lose my job for expressing my views.

50.     Come August 1, I also will be forced to walk to a farther restroom or be forced to share a restroom with female students and teachers if they identify as male.

6

## DECLARATION UNDER PENALTY OF PERJURY

I, _Joshua Taylor_, a citizen of the United States and a resident of

the State of _Tennessee_, hereby declare under penalty of perjury pursuant to 28

U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this _2nd_ day of _May_, 2024 at _Manchester_, Tennessee.

_[signature]_
Joshua Taylor

7