# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br><br>*Plaintiffs,*<br><br>and<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Proposed Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS |

**CORPORATE DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for Proposed Intervenor-Plaintiff, Christian Educators Association International, certify to the best of my knowledge and belief:

My client has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1. It issues no stock and has no parent corporation.

Respectfully submitted this 3rd day of May, 2024.

Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W. Frampton, IV*
South Carolina Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Rachel A. Rouleau*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

Natalie D. Thompson**
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*s/ Edward L. Metzger III*
Edward L. Metzger III
Kentucky Bar No. 94138
OMEGA LAW PLLC
P.O. Box 559
Union, KY 41091
(859) 898-2140
Lee@nkylaw.net

*Counsel for Proposed Intervenor-Plaintiffs*

*\*Motion for pro hac vice admission filed concurrently*

*\*\*Motion for pro hac vice admission filed concurrently; practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of May, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system, and a true and exact copy of the foregoing document will be served by U.S. Certified Mail, to the parties identified below:

U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

The Honorable Miguel Cardona
Secretary of the U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

United States of America
c/o Carlton S. Shier, IV
   United States Attorney
Attn: Civil Process Clerk
U.S. Attorney's Office for the Eastern District for The Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, KY 40507-1612

By: *s/ Edward L. Metzger III*
Edward L. Metzger III
Kentucky Bar No. 94138
OMEGA LAW PLLC
P.O. Box 559
Union, KY 41091
(859) 898-2140
Lee@nkylaw.net