# EXHIBIT A

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Henry Wilkins Frampton IV (Henry Wilkins Frampton IV) was duly sworn and admitted as an attorney in this state on January 30, 2007 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
CLERK

Columbia, South Carolina

April 25, 2024

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.

# HENRY W. FRAMPTON, IV
# BAR AND COURT ADMISSIONS

| STATE BARS | DATE ADMITTED |
|---|---|
| State Bar of South Carolina (No. 75314) | January 30, 2007 |
| State Bar of Nebraska (No. 26662) | November 15, 2018 |

| STATE COURTS | DATE ADMITTED |
|---|---|
| Supreme Court of South Carolina | January 30, 2007 |
| Supreme Court of Nebraska | November 15, 2018 |

| FEDERAL COURTS | DATE ADMITTED |
|---|---|
| U.S. District Court for the District of South Carolina | December 24, 2008 |
| U.S. District Court for the District of Nebraska | November 15, 2018 |
| U.S. District Court for the Western District of Michigan | August 5, 2022 |
| U.S. District Court for the Eastern District of Tennessee | November 3, 2021 |
| United States Court of Appeals for the 4th Circuit | July 29, 2014 |
| United States Court of Appeals for the 9th Circuit | July 3, 2017 |
| United States Court of Appeals for the 11th Circuit | June 6, 2023 |
| Supreme Court of the United States | August 26, 2016 |