IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, <br><br> *Plaintiffs,* <br><br> *and* <br><br> **Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross, <br><br> *Proposed Intervenor-Plaintiffs,* <br><br> v. <br><br> **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, <br><br> *Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS |

**MOTION FOR ADMISSION**
*PRO HAC VICE* – JONATHAN A. SCRUGGS

1

In accordance with Local Rule 83.2 the undersigned moves for the admission *pro hac vice* of Jonathan A. Scruggs of the law firm of Alliance Defending Freedom, 15100 N. 90th Street, Scottsdale, Arizona 85260, 480-444-0020, for purposes of appearance as co-counsel on behalf of Proposed Intervenor-Plaintiffs in the above-referenced case only.

1. Jonathan A. Scruggs is a member in good standing of the State Bars of Tennessee and Arizona. A Certificate of Good Standing is attached as Exhibit A along with his bar/court admissions list.

2. Jonathan A. Scruggs is licensed to practice law in the States of Tennessee and Arizona and his extensive bar/court admissions list is attached.

3. Jonathan A. Scruggs has no prior disciplinary history with any court, state, territory or the District of Columbia and has never been disbarred, suspended from practice or subject to other disciplinary action by any court, bar or other admitting or licensing authority.

4. Jonathan A. Scruggs consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Jonathan A. Scruggs has completed ECF training through the Court's Electronic Case Filing Tutorial.

6. Movant, Edward L. Metzger III of the law firm of Omega Law PLLC, P.O. Box 559, Union, Kentucky 41091, 859-898-2140, is a member in good standing of The Kentucky Bar and the United States District Court for the Eastern District of Kentucky and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically,

and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

     Movant requests this Court to enter an Order to permit Jonathan A. Scruggs to appear before this Court on behalf of Proposed Intervenor-Plaintiffs, for all purposes relating to the proceedings in the above-styled matter.

Respectfully submitted this 3rd day of May, 2024.

                                      *s/ Edward L. Metzger III*
                                      Edward L. Metzger III
                                      Kentucky Bar No. 94138
                                      OMEGA LAW PLLC
                                      P.O. Box 559
                                      Union, KY 41091
                                      (859) 898-2140
                                      Lee@nkylaw.net

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of May, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system, and a true and exact copy of the foregoing document will be served by U.S. Certified Mail, to the parties identified below:

U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

United States of America
c/o Carlton S. Shier, IV
   United States Attorney
Attn: Civil Process Clerk
U.S. Attorney's Office for the Eastern District for The Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, KY 40507-1612

The Honorable Miguel Cardona
Secretary of the U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

By: *s/ Edward L. Metzger III*
Edward L. Metzger III
Kentucky Bar No. 94138
OMEGA LAW PLLC
P.O. Box 559
Union, KY 41091
(859) 898-2140
Lee@nkylaw.net

4