# EXHIBIT A

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### *JONATHAN ANDREW SCRUGGS*

*was on the 15th day of October, 2013 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 18th day of March, 2024.*

TRACIE K. LINDEMAN, Clerk

By *Ana Ramirez*
*Deputy Clerk III*



# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JONATHAN ANDREW SCRUGGS,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 15, 2013, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  03-16-2024

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS1428AF436F7

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-452-3300 (TDD) 602-452-3545

# JONATHAN A. SCRUGGS
# BAR AND COURT ADMISSIONS

**STATE BARS**                                          **DATE ADMITTED**

State Bar of Tennessee (No. 25679) ...............................................................November 13, 2006
State Bar of Arizona (No. 030505) ....................................................................October 15, 2013

**STATE COURTS**                                     **DATE ADMITTED**

Supreme Court of Tennessee ............................................................................November 13, 2006
Supreme Court of Arizona ................................................................................October 15, 2013

**FEDERAL COURTS**                               **DATE ADMITTED**

U.S. District Court for the Western District of Tennessee ...................................January 29, 2007
U.S. District Court for the Eastern District of Wisconsin.....................................February 8, 2008
U.S. District Court for the Middle District of Tennessee .....................................August 23, 2010
U.S. District Court for the Northern District of New York ....................................... May 31, 2011
U.S. District Court for the Western District of Oklahoma ..................................October 28, 2011
U.S. District Court for the Western District of New York ......................................... May 3, 2012
U.S. District Court for the District of Arizona.....................................................December 4, 2013
U.S. District Court for the District of Colorado.............................................. September 15, 2016
U.S. District Court for the Western District of Michigan......................................... May 15, 2017
U.S. District Court for the Eastern District of Michigan .......................................... March 8, 2018
U.S. District Court for the Eastern District of Tennessee............................................July 22, 2021

United States Court of Appeals for the 4th Circuit.................................................... April 18, 2007
United States Court of Appeals for the 6th Circuit........................................................ May 4, 2007
United States Court of Appeals for the 7th Circuit...................................................... May 11, 2007
United States Court of Appeals for the 5th Circuit....................................................... April 1, 2009
United States Court of Appeals for the 11th Circuit.........................................December 23, 2009
United States Court of Appeals for the 8th Circuit..................................................... May 13, 2011
United States Court of Appeals for the 9th Circuit .................................................... June 11, 2012
United States Court of Appeals for the 10th Circuit.................................................. June 27, 2012
United States Court of Appeals for the 3rd Circuit............................................. February 21, 2018
United States Court of Appeals for the District of Columbia Circuit..........................July 13, 2018
United States Court of Appeals for the 2nd Circuit.............................................. January 27, 2022

Supreme Court of the United States (Bar No. 301398) ............................................... April 3, 2017