# EXHIBIT A



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Rachel Ann Csutoros*

*was duly qualified and admitted on June 29, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 03, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

# RACHEL A. ROULEAU
# BAR AND COURT ADMISSIONS

**STATE BARS**                                                                                                    **DATE ADMITTED**

State Bar of Massachusetts (No. 706225)....................................................................January 6, 2020
State Bar of the District of Columbia (No. 90000659)...............................................June 29, 2022
State Bar of Virginia (No. 297783).................................................................................July 5, 2022

**STATE COURTS**                                                                            **DATE ADMITTED**

Supreme Court of Massachusetts..........................................................................January 6, 2020
Supreme Court of Virginia......................................................................................July 15, 2022

**FEDERAL COURTS**                                                               **DATE ADMITTED**

U.S. District Court for the Western District of Michigan............................................June 3, 2021
U.S. District Court for the District of Colorado................................................... September 8, 2023