# EXHIBIT A

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Natalie Deyo Thompson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 2013.

I further certify that the records of this office show that, as of this date

**Natalie Deyo Thompson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 16th day of April, 2024.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 3529C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 16, 2024

Re: Ms. Natalie Deyo Thompson, State Bar Number 24088529

To Whom It May Concern:

This is to certify that Ms. Natalie Deyo Thompson was licensed to practice law in Texas on November 01, 2013, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# NATALIE D. THOMPSON
# BAR & COURT ADMISSIONS

| **STATE BARS** | **DATE ADMITTED** |
|---|---|
| Texas | 11/01/2013 |

| **STATE COURTS** | **DATE ADMITTED** |
|---|---|
| Supreme Court of Texas | 11/01/2013 |

| **FEDERAL COURTS** | **DATE ADMITTED** |
|---|---|
| Supreme Court of the United States | 10/05/2019 |
| United States Court of Appeals for the Fifth Circuit | 10/11/2016 |
| United States Court of Appeals for the Ninth Circuit | 06/18/2020 |
| United States Court of Appeals for the Eleventh Circuit | 10/31/2019 |
| United States District Court for the Eastern District of Texas | 01/19/2016 |
| United States District Court for the Northern District of Texas | 01/08/2016 |
| United States District Court for the Southern District of Texas | 04/14/2016 |
| United States District Court for the Western District of Texas | 04/18/2016 |