# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee; Commonwealth of Kentucky; State of Ohio; State of Indiana; Commonwealth of Virginia; and State of West Virginia**, <br><br> *Plaintiffs,* <br><br> and <br><br> **Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross, <br><br> *Proposed Plaintiff-Intervenors,* <br><br> v. <br><br> **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, <br><br> *Defendants.* | **Case No.:** 2:24-cv-00072-DLB-CJS <br><br><br> **ORDER FOR ADMISSION** *PRO HAC VICE* – **NATALIE D. THOMPSON** |

On this day, the Motion for Admission Pro Hac Vice for Natalie D. Thompson came before this Court. There being no objection to the Motion, this Court finds that the Motion should be and is hereby granted. Accordingly, Natalie D. Thompson is hereby admitted to practice before this Court in this matter on a *pro hac vice* basis as counsel for Proposed Intervenors-Plaintiffs.

IT IS SO ORDERED.