**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

STATE OF TENNESSEE,
COMMONWEALTH OF KENTUCKY,
STATE OF OHIO, STATE OF INDIANA,
COMMONWEALTH OF VIRGINIA, and
STATE OF WEST VIRGINIA,

      *Plaintiffs,*

v.

MIGUEL CARDONA, in his official
capacity as Secretary of Education, and
UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants.*

Civil Action No. 2:24-cv-00072

---

## DECLARATION OF MICHAEL R. WILLIAMS

---

In support of the motion to be admitted pro hac vice for the purpose of representing Plaintiff State of West Virginia in the above-referenced action, Michael R. Williams states the following:

1. Applicant is an attorney with the West Virginia Attorney General's Office, with offices at 1900 Kanawha Blvd. E., State Capitol, Bldg. 1, Room E-26, Charleston, West Virginia 25305.

2. Applicant is admitted to practice, currently in active standing as an attorney in the following United States courts and highest courts of the following States:

      West Virginia, Bar No. 14148, 2022
      District of Columbia, Bar No. 994953, 2010
      Michigan, Bar No. P79827, 2015
      Virginia, Bar No. 79214, 2009

U.S. Court of Appeals for the Third Circuit, 2012
U.S. Court of Appeals for the Fourth Circuit, 2011
U.S. Court of Appeals for the Fifth Circuit, 2023
U.S. Court of Appeals for the Sixth Circuit, 2016
U.S. Court of Appeals for the Eighth Circuit, 2012
U.S. Court of Appeals for the Ninth Circuit, 2020
U.S. Court of Appeals for the Tenth Circuit, 2012
U.S. Court of Appeals for the Eleventh Circuit, 2022
U.S. Court of Appeals for the D.C. Circuit, 2021
U.S. District Court for the District of Columbia, 2012
U.S. District Court for the District of Maryland, 2011
U.S. District Court for the Eastern District of Michigan, 2015
U.S. District Court for the Western District of Michigan, 2017
U.S. District Court for the District of North Dakota, 2022
U.S. District Court for the Southern District of West Virginia, 2022
U.S. District Court for the Northern District of West Virginia, 2022
U.S. Supreme Court, 2017

3. Applicant has never been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Applicant has completed ECF training by viewing the website tutorial, attending training sessions hosted by other district courts, reviewing this district's written manual, and completing ECF filings in many other district courts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 3, 2024.

MICHAEL R. WILLIAMS