IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

STATE OF TENNESSEE, *et al.*

PLAINTIFFS

v.  Case No. 2:24-cv-00072-DLB-CJS

MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION

DEFENDANTS.

## DECLARATION OF KEVIN M. GALLAGHER

In support of the motion to be admitted pro hac vice for the purpose of representing Plaintiff Commonwealth of Virginia in the above-referenced action, Kevin M. Gallagher states the following:

1. Applicant is the Principal Deputy Solicitor General for the Virginia Office of the Attorney General, located at 202 N. 9th Street, Richmond, VA 23219; Telephone: 804-786-2071; Email: KGallagher@oag.state.va.us.

2. Applicant is admitted to practice, currently in active standing as an attorney in the following United States courts and highest courts of the following States:

    U.S. Court of Appeals for the First Circuit, 2024
    U.S. Court of Appeals for the Third Circuit, 2024
    U.S. Court of Appeals for the Fourth Circuit, 2022
    U.S. Court of Appeals for the Fifth Circuit, 2024
    U.S. Court of Appeals for the Sixth Circuit, 2015
    U.S. Court of Appeals for the Ninth Circuit, 2024
    U.S. Court of Appeals for the Eleventh Circuit, 2023
    U.S. Court of Appeals for the District of Columbia Circuit, 2024

United States District Court for the District of the District of Columbia, 2020
U.S. District Court for the Eastern District of Virginia, 2017
U.S. District Court for the District of North Dakota, 2023
Virginia, Bar No.: 87548, 2015
District of Columbia, Bar No.: 1031415, 2016

3. Applicant has never been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.

4. He consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Applicant has completed ECF training by viewing the website tutorial, attending training sessions hosted by other district courts, reviewing this district's written manual, and completing ECF filings in many other district courts.

Dated: May 6, 2024                                   Respectfully submitted,


                                                     /s/ Kevin M. Gallagher
                                                     KEVIN M. GALLAGHER
                                                        PRINCIPAL DEPUTY SOLICITOR GENERAL

JASON S. MIYARES                     Office of the Attorney General
  Attorney General                   202 North Ninth Street
                                     Richmond, Virginia 23219
Brendan T. Chestnut                  (804) 692-0551 – Telephone
  Deputy Solicitor General           (804) 371-2087 – Facsimile
                                     KGallagher@oag.state.va.us

                                     Counsel for Plaintiff the Commonwealth of Virginia