IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

STATE OF TENNESSEE, *et al.*

PLAINTIFFS

v.  Case No. 2:24-cv-00072-DLB-CJS

MIGUEL CARDONA, in his official
capacity as Secretary of Education, and
UNITED STATES DEPARTMENT OF
EDUCATION

DEFENDANTS.

## DECLARATION OF BRENDAN T. CHESTNUT

In support of the motion to be admitted pro hac vice for the purpose of representing Plaintiff, Commonwealth of Virginia in the above-referenced action, Brendan T. Chestnut states the following:

1. Applicant is a Deputy Solicitor General for the Virginia Office of the Attorney General, located at 202 N. 9th Street, Richmond, VA 23219; Telephone: 804-786-2071; Email: BChestnut@oag.state.va.us.

2. Applicant is admitted to practice, currently in active standing as an attorney in the following United States courts and highest courts of the following States:

   New York, Bar No. 5259023, 2014
   Virginia, Bar No. 99806, 2024
   U.S. Court of Appeals for the Fourth Circuit, 2024

3. Applicant has never been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.

4. He consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Applicant has completed ECF training by viewing the website tutorial, attending training sessions hosted by other district courts, and reviewing this district's written manual.

Dated: May 6, 2024                                      Respectfully submitted,

*/s/ Brendan T. Chestnut*
BRENDAN T. CHESTNUT
  DEPUTY SOLICITOR GENERAL

JASON S. MIYARES
  *Attorney General*

Kevin M. Gallagher
  *Principal Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 692-0551 – Telephone
(804) 371-2087 – Facsimile
BChestnut@oag.state.va.us

*Counsel for Plaintiff the Commonwealth of Virginia*

2