**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 24-72-DLB-CJS**

**STATE OF TENNESSEE, et al.**                        **PLAINTIFFS**

**v.**                            <u>**ORDER**</u>

**MIGUEL CARDONA**,
*in his official capacity as Secretary of Education,* **and**
**UNITED STATES DEPARTMENT OF EDUCATION**        **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to paragraph 6 of the Court's December 22, 2022 General Order 22-19, which authorizes a judge to reassign a case to another judge willing to accept the assignment,

**IT IS ORDERED** that this case is **REASSIGNED** to Chief Judge Danny C. Reeves.

This 7th day of May, 2024.



Signed By:
David L. Bunning  DB
United States District Judge