IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs,*<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Civil Action No. 2:24-cv-00072 |

## DECLARATION OF T. ELLIOT GAISER

In support of the motion to be admitted pro hac vice for the purpose of representing Plaintiff State of Ohio in the above-referenced action, T. Elliot Gaiser states the following:

1. Applicant is an attorney with the Ohio Attorney General's Office, with offices at 30 E. Broad St., 17th Floor, Columbus, Ohio 43215.

2. Applicant is admitted to practice, currently in active standing as an attorney in the following United States courts and highest courts of the following States:

State of Ohio
US Court of Appeals for the DC Circuit

      US Court of Appeals for the 5th Circuit
      US Court of Appeals for the 6th Circuit
      US Court of Appeals for the 7th Circuit
      US Court of Appeals for the 8th Circuit
      US Court of Appeals for the 11th Circuit
      USDC Southern District of Ohio
      USDC Eastern District of Michigan
      USDC District of Columbia

3. Applicant has never been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Applicant has completed ECF training by viewing the website tutorial, attending training sessions hosted by other district courts, reviewing this district's written manual, and completing ECF filings in many other district courts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2024

                                                    T. ELLIOT GAISER