**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

STATE OF TENNESSEE,
COMMONWEALTH OF KENTUCKY,
STATE OF OHIO, STATE OF INDIANA,
COMMONWEALTH OF VIRGINIA, and
STATE OF WEST VIRGINIA,

     *Plaintiffs*,

v.

MIGUEL CARDONA, in his official
capacity as Secretary of Education, and
UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Civil Action No. 2:24-cv-00072

---

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

---

The motion for admission to practice *pro hac vice* in the above-captioned matter is **GRANTED**. The applicant, T. Elliot Gaiser, is permitted to argue or try this case in whole or in part as counsel for the State of Ohio. It is

     **SO ORDERED**.


_____
Date

_____
United States District Judge