UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al. | ) | |
| | ) | Civil Action No. 2:24-72-DCR-CJS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MIGUEL CARDONA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Attorney Rachel A. Rouleau has filed a motion to appear *pro hac vice* on behalf of proposed Plaintiff-Intervenors Christian Educators Association International and A.C., by her next friend and mother, Abigail Cross.   (R. 24).   Having considered the matter and finding that the requirements of Local Rule 83.2 are satisfied, it is hereby

**ORDERED** that the motion to appear *pro hac vice* (R. 24) is **GRANTED**.

Dated this 7th day of May, 2024.



Signed By:

*Candace J. Smith*

United States Magistrate Judge

J:\DATA\Orders\civil cov\2024\24-72-DCR order grantg PHV (R. 24).docx