UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al. | ) | |
| | ) | Civil Action No. 2:24-72-DCR-CJS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MIGUEL CARDONA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Attorney Brendan T. Chestnut has filed a motion to appear *pro hac vice* on behalf of Plaintiff Commonwealth of Virginia. (R. 28). Having considered the matter and finding that the requirements of Local Rule 83.2 are satisfied, it is hereby

**ORDERED** that the motion to appear *pro hac vice* (R. 28) is **GRANTED**.

Dated this 7th day of May, 2024.



Signed By:
Candace J. Smith
United States Magistrate Judge

J:\DATA\Orders\civil cov\2024\24-72-DCR order grantg PHV (R. 28).docx