**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  Defendants. | Case No. 2:24-cv-00072-DLB-CJS<br>District Judge David L. Bunning<br>Magistrate Judge Candace J. Smith |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Pardis Gheibi, United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of all Defendants.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Counsel for the Defendants*