# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No. 2:24-cv-00072-DLB-CJS<br>District Judge David L. Bunning<br>Magistrate Judge Candace J. Smith |

## [PROPOSED] ORDER

It is hereby ORDERED that Defendants' Cross-Motion for Extension of Time is GRANTED. The Parties will adhere to the following schedule:

1. Defendants shall respond to Plaintiffs' motion for preliminary injunction on or before June 7, 2024.

2. Plaintiffs shall file their reply to Defendants' response on or before June 21, 2024.

3. A hearing on the motion for preliminary injunction will be scheduled for __, 2024 at ____.

It is SO ORDERED.

_____           _____
Date                             HON. DAVID L. BUNNING
                                 United States District Court Judge