IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs,*<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. 2:24-cv-00072-DLB-CJS<br>District Judge David L. Bunning<br>Magistrate Judge Candace J. Smith |

## DECLARATION OF WHITNEY D. HERMANDORFER

In support of the motion to be admitted pro hac vice for the purpose of representing Plaintiff State of Tennessee in the above-referenced action, Whitney D. Hermandorfer represents the following:

1. She is Director of the Strategic Litigation Unit at the Office of the Tennessee Attorney General and Reporter at P.O. Box 20207, Nashville, TN 37202; Telephone: 615-741-3491; Fax: 615-741-2009; Email: whitney.hermandorfer@ag.tn.gov.

2. She was admitted to the State bars of Virginia, the District of Columbia, and Tennessee in 2015, 2020, and 2023, respectively, and is a member in good standing of those bars.

3. She is authorized to practice in:

    - The Supreme Court of the United States

- The U.S. Court of Appeals for the Third Circuit
- The U.S. Court of Appeals for the Fifth Circuit
- The U.S. Court of Appeals for the Sixth Circuit
- The U.S. Court of Appeals for the Seventh Circuit
- The U.S. Court of Appeals for the Eighth Circuit
- The U.S. Court of Appeals for the Ninth Circuit
- The U.S. Court of Appeals for the Tenth Circuit
- The U.S. Court of Appeals for the District of Columbia Circuit
- The U.S. District Court for the Middle District of Tennessee
- The U.S. District Court for the Eastern District of Tennessee
- The U.S. District Court for the Western District of Tennessee
- The U.S. District Court for the District of Columbia
- The U.S. District Court for the District of North Dakota

4. She has not been the subject of any disbarment, suspension, or disciplinary proceeding.

5. She consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. She has reviewed the CM/ECF filing systems Presentation and Learning Modules located on the U.S. District Court for the Eastern District of Kentucky webpage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 6, 2024

Respectfully submitted,

/s/ Whitney D. Hermandorfer

WHITNEY D. HERMANDORFER
Director of Strategic Litigation
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
whitney.hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*