# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br> *Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br> *Defendants*. | Civil Action No. 2:24-cv-00072 |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice pro hac vice in the above-captioned matter is **GRANTED**. The applicant, Whitney D. Hermandorfer, is permitted to argue or try this case in whole or in part as counsel for the State of Tennessee. It is

 **SO ORDERED**.

_____          _____
Date                   United States District Judge