# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs,*<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. 2:24-cv-00072-DLB-CJS<br>District Judge David L. Bunning<br>Magistrate Judge Candace J. Smith |

## DECLARATION OF VIRGINIA N. ADAMSON

In support of the motion to be admitted pro hac vice for the purpose of representing Plaintiff State of Tennessee in the above-referenced action, Virginia N. Adamson represents the following:

1. She is Strategic Litigation Counsel and Assistant Solicitor General at the Office of the Attorney General of Tennessee, P.O. Box 20207, Nashville, Tennessee 37202; Telephone: 615-741-3491; Email: Jenna.Adamson@ag.tn.gov.

2. She was admitted to the State bar of Virginia in 2019 and the State bar of Tennessee in 2021 and is a member in good standing of both bars. She is also admitted to practice in the U.S. District Court for the Middle District of Tennessee and is a member in good standing of the bar of that court.

3. She is also authorized to practice in:

   - The U.S. Court of Appeals for the Fifth Circuit
   - The U.S. Court of Appeals for the Sixth Circuit
   - The U.S. Court of Appeals for the Eleventh Circuit
   - The U.S. District Court for the Eastern District of Tennessee

4. She has not been the subject of any disbarment, suspension, or disciplinary proceeding.

5. She consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. She has reviewed the CM/ECF filing systems Presentation and Learning Modules located on the U.S. District Court for the Eastern District of Kentucky webpage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 6, 2024

Respectfully submitted,

*Virginia N Adamson*
VIRGINIA N. ADAMSON
Counsel for Strategic Litigation & Assistance
Solicitor General
OFFICE OF THE TENNESSEE ATTORNEY GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
jenna.adamson@ag.tn.gov

*Counsel for the State of Tennessee*