IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs,*<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:24-cv-00072-DLB-CJS<br>) District Judge David L. Bunning<br>) Magistrate Judge Candace J. Smith<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF J. MATTHEW RICE

In support of the motion to be admitted pro hac vice for the purpose of representing Plaintiff State of Tennessee in the above-referenced action, J. Matthew Rice states the following:

1. J. Matthew Rice is the Solicitor General for the Office of the Tennessee Attorney General, P.O. Box 20207, Nashville, Tennessee 37202; Telephone: 615-741-3491; Email: Matt.Rice@ag.tn.gov.

2. He was admitted to the state bar of Texas in 2016, the bar of District of Columbia in 2017, and the state bar of Tennessee in 2022. He is a member in good standing in each of those state bars.

3. He is also authorized to practice in:

- The Supreme Court of the United States

- The U.S. Court of Appeals for the First Circuit
- The U.S. Court of Appeals for the Third Circuit
- The U.S. Court of Appeals for the Fourth Circuit
- The U.S. Court of Appeals for the Fifth Circuit
- The U.S. Court of Appeals for the Sixth Circuit
- The U.S. Court of Appeals for the Seventh Circuit
- The U.S. Court of Appeals for the Ninth Circuit
- The U.S. Court of Appeals for the District of Columbia Circuit
- The U.S. District Court for the Eastern District of Tennessee
- The U.S. District Court for the Middle District of Tennessee
- The U.S. District Court for the Western District of Tennessee

4. He has not been the subject of any disbarment, suspension, or disciplinary proceedings.

5. He consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. He has reviewed the CM/ECF filing systems Presentation and Learning Modules located on the U.S. District Court for the Eastern District of Kentucky webpage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 6, 2024

Respectfully submitted,

J. MATTHEW RICE
Solicitor General
Tennessee Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
matt.rice@ag.tn.gov

*Counsel for the State of Tennessee*