## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Civil Action No. 2:24-cv-00072 |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.2, the Plaintiff States request that Steven J. Griffin be admitted *pro hac vice* for the purpose of representing Plaintiff State of Tennessee in the above-referenced action. In support of this application, a declaration from Steven J. Griffin and a certificate of good standing are attached.

Respectfully submitted,

*/s/ Lindsey R. Keiser*
JUSTIN D. CLARK
  Civil Chief
VICTOR B. MADDOX
  Counsel for Special Litigation
LINDSEY R. KEISER
  Assistant Attorney General
Kentucky Office of the Attorney General
700 Capital Ave., Suite 118
Frankfort, KY 40601
(502) 696-5517
justind.clark@ky.gov
victor.maddox@ky.gov
lindsey.keiser@ky.gov

*Counsel for the Commonwealth of Kentucky*

## CERTIFICATE OF SERVICE

I certify that on May 7, 2024, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

*/s/ Lindsey R. Keiser*
*Counsel for the Commonwealth of Kentucky*

2