# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 2:24-cv-00072-DLB-CJS<br>District Judge David L. Bunning<br>Magistrate Judge Candace J. Smith |

## DECLARATION OF STEVEN J. GRIFFIN

In support of the motion to be admitted pro hac vice for the purpose of representing Plaintiff State of Tennessee in the above-reference action, Steven J. Griffin states the following:

1. Steven J. Griffin is Senior Counsel for Strategic Litigation and Assistant Solicitor General at the Office of the Tennessee Attorney General, P.O. Box 20207, Nashville, Tennessee 37202; Telephone: 615-741-3491; Email: steven.griffin@ag.tn.gov.

2. He was admitted to the state bar of Mississippi in 2009, the state bar of South Carolina in 2020, and the state bar of Tennessee in 2023. He is a member in good standing in each of those state bars.

3. He is also authorized to practice in:

   - The Supreme Court of the United States
   - The U.S. Court of Appeals for the Fifth Circuit
   - The U.S. Court of Appeals for the Sixth Circuit

- The U.S. Court of Appeals for the District of Columbia Circuit
- The U.S. District Court for the Northern District of Mississippi
- The U.S. District Court for the Southern District of Mississippi
- The U.S. District Court for the Middle District of Tennessee
- The U.S. District Court for the Western District of Tennessee
- The U.S. District Court for the Eastern District of Tennessee

4. He has not been the subject of any disbarment, suspension, or disciplinary proceedings.

5. He consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. He has reviewed the CM/ECF filing systems Presentation and Learning Modules located on the U.S. District Court for the Eastern District of Kentucky webpage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 6, 2024

Respectfully submitted,

STEVEN J. GRIFFIN
Senior Counsel for Strategic Litigation & Assistant Solicitor General
OFFICE OF THE TENNESSEE ATTORNEY GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
Steven.griffin@ag.tn.gov

*Counsel for the State of Tennessee*