# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

### CERTIFICATE OF GOOD STANDING

I, LYLE W. CAYCE, Clerk of this Court, certify that **Steven James Griffin** was duly admitted to practice in this Court on October 05, 2009, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on March 26, 2024

*Lyle W. Cayce*
LYLE W. CAYCE
Clerk

By: *Sabrina B. Short*
Sabrina B. Short
Deputy Clerk

**A True Copy**
**Certified Mar 26, 2024**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**