IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs,*<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. 2:24-cv-00072-DLB-CJS<br>District Judge David L. Bunning<br>Magistrate Judge Candace J. Smith |

## DECLARATION OF BRIAN DANIEL MOUNCE

In support of the motion to be admitted pro hac vice for the purpose of representing Plaintiff State of Tennessee in the above-referenced action, Brian Daniel Mounce states the following:

1. He is Strategic Litigation Counsel and Assistant Solicitor General at the Office of the Attorney General of Tennessee, P.O. Box 20207, Nashville, Tennessee 37202; Telephone: 615-741-3491; Email: brian.mounce@ag.tn.gov.

2. He was admitted to the State bar of Tennessee in 2021 and is a member in good standing.

3. He is authorized to practice in:

    - The U.S. Court of Appeals for the Sixth Circuit
    - The U.S. District Court for the Western District of Tennessee

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. He consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. He has reviewed the CM/ECF filing systems Presentation and Learning Modules located on the United States District Court Eastern District of Kentucky Webpage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 6, 2024.

Respectfully submitted,

BRIAN DANIEL MOUNCE
Counsel for Strategic Litigation & Assistant Solicitor General
OFFICE OF THE TENNESSEE ATTORNEY GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
brian.mounce@ag.tn.gov

*Counsel for the State of Tennessee*