# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

TO ALL WHOM IT MAY CONCERN, GREETINGS:
THIS IS TO CERTIFY THAT

## Brian Daniel Mounce,

OF **Nashville**, STATE OF **Tennessee** WAS ON MOTION, FIRST MADE TO THE COURT ON **HIS** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **23rd** DAY OF **May**, IN THE YEAR OF OUR LORD TWO THOUSAND AND TWENTY-TWO, AND THAT **HE**, IS NOW IN GOOD STANDING.



In Testimony Whereof, I Kelly L Stephens, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this **29th** day of **April** in year of our Lord two thousand and twenty-four.

*Kelly L. Stephens*

**Kelly L. Stephens**
Clerk, United States Court of Appeals
for the Sixth Circuit

*Angela L. Ferguson*

Angela Ferguson
Deputy Clerk