**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 2:24-cv-00072 |
| MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is

**GRANTED**. The applicant, Brian Daniel Mounce, is permitted to argue or try this case in whole

or in part as counsel for the State of Tennessee. It is

**SO ORDERED**.

_____
Date

_____
United States District Judge