AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| State of Tennessee, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  No. 2:24-72-DCR-CJS |
| Miguel Cardona | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of West Virginia.

Date:    05/08/2024

/s/ Michael R. Williams
*Attorney's signature*

Michael Williams (WV Bar #14148)
*Printed name and bar number*

State Capitol Complex, Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305
*Address*

michael.r.williams@wvago.gov
*E-mail address*

(304) 558-2021
*Telephone number*

(304) 558-0140
*FAX number*