UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| STATE OF TENNESSEE, et al. ) | |
| ) | Civil Action No. 2:24-72-DCR-CJS |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MIGUEL CARDONA, et al. ) | |
| ) | |
| Defendants. ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Attorney J. Matthew Rice has filed a motion to appear *pro hac vice* on behalf of Plaintiff State of Tennessee. (R. 45). Having considered the matter and finding that the requirements of Local Rule 83.2 are satisfied, it is hereby

**ORDERED** that the motion to appear *pro hac vice* (R. 45) is **GRANTED**.

Dated this 8th day of May, 2024.



Signed By:
Candace J. Smith
United States Magistrate Judge

J:\DATA\Orders\civil cov\2024\24-72-DCR order grantg PHV (R. 45).docx