# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Civil Action No. 2:24-cv-00072 |

## DECLARATION OF JAMES A. BARTA

In support of the motion to be admitted *pro hac vice* for the purpose of representing Plaintiff State of Indiana in the above-referenced action, James A. Barta represents the following:

1. Applicant is the Solicitor General at the Office of the Indiana Attorney General, 302 W. Washington Street, IGCS-5th Floor, Indianapolis, Indiana, 46204; Telephone: (317) 232-0709; Fax: (317) 232-7979; Email: james.barta@atg.in.gov.

2. Applicant was admitted to the state bar of Indiana in 2013 and is a member in good standing of that bar.

3. He is authorized to practice in:

| Court | Admission Date |
|---|---|
| *Indiana (Bar # 31589-49) | November 5, 2013 |
| *District of Columbia Bar (Bar # 1032613) | June 6, 2016 |

| | |
|---|---|
| *U.S. Supreme Court | October 1, 2018 |
| *U.S. Court of Appeals, Fourth Circuit | March 13, 2018 |
| *U.S. Court of Appeals, Fifth Circuit | December 9, 2020 |
| *U.S. Court of Appeals, Sixth Circuit | January 14, 2015 |
| *U.S. Court of Appeals, Seventh Circuit | October 5, 2018 |
| *U.S. Court of Appeals, Eighth Circuit | October 6, 2023 |
| *U.S. Court of Appeals, Ninth Circuit | July 18, 2019 |
| *U.S. Court of Appeals, Eleventh Circuit (EDF# 935931928) | March 13, 2024 |
| *U.S. Court of Appeals, D.C. Circuit | November 22, 2017 |
| *U.S. Court of Appeals, Federal Circuit | October 23, 2018 |
| *U.S. District Court for the Northern District of Indiana | May 6, 2022 |
| *U.S. District Court for the Southern District of Indiana | May 6, 2022 |
| *U.S. District Court for the Eastern District of Michigan | May 21, 2014 |
| *U.S. District Court for the District of North Dakota | September 20, 2023 |
| *U.S. District Court for the District of Columbia (Bar # 1032613) | November 6, 2017 |

4. Applicant has not been the subject of any disbarment or disciplinary proceeding.

5. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Applicant has completed CM/ECF tutorial training for mandatory electronic case filing on the court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 8, 2024.

JAMES A. BARTA

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### JAMES ALLEN BARTA

is a member of the bar of the Supreme Court of Indiana since admission on  November 5, 2013 , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 24th day of April, 2024.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court