# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00072 |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is **GRANTED**. The applicant, James A. Barta, is permitted to argue or try this case in whole or in part as counsel for the State of Indiana. It is

**SO ORDERED**.

_____                           _____
Date                                                                         United States District Judge