IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:24-cv-00072<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CORRINE L. YOUNGS

In support of the motion to be admitted *pro hac vice* for the purpose of representing Plaintiff State of Indiana in the above-referenced action, Corrine L. Youngs represents the following:

1. Applicant is the Policy Director and Legislative Counsel at the Office of the Indiana Attorney General, 302 W. Washington Street, IGCS-5th Floor, Indianapolis, Indiana, 46204; Telephone: (317) 232-0709; Fax: (317) 234-0276; Email: corrine.youngs@atg.in.gov.

2. Applicant was admitted to the state bar of Indiana in 2015 and is a member in good standing of that bar.

3. Applicant is authorized to practice in:

| Court | Admission Date |
|---|---|
| *Indiana (Bar # 32725-49) | September 28, 2015 |

| | |
|---|---|
| *U.S. Court of Appeals, Seventh Circuit | October 5, 2018 |
| *U.S. Court of Appeals, Ninth Circuit | July 18, 2019 |
| *U.S. Court of Appeals, D.C. Circuit | February 15, 2018 |
| *U.S. District Court for the Northern District of Indiana | September 28, 2015 |
| *U.S. District Court for the Southern District of Indiana | September 28, 2015 |
| *U.S. District Court for the Eastern District of Wisconsin | October 21, 2015 |

4. Applicant has not been the subject of any disbarment or disciplinary proceeding.

5. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Applicant has completed CM/ECF tutorial training for mandatory electronic case filing on the court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 8, 2024.

_____
CORRINE L. YOUNGS

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

**CORRINE LORRAINE YOUNGS**

is a member of the bar of the Supreme Court of Indiana since admission on  September 28, 2015 , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 29th day of April, 2024.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court