# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) Case No. 2:24-cv-00072-DCR-CJS <br> ) District Judge Danny C. Reeves <br> ) Magistrate Judge Candace J. Smith <br> ) ) ) ) ) ) |

## DECLARATION OF JONATHAN T. SKRMETTI

In support of the motion to be admitted pro hac vice for the purpose of representing Plaintiff State of Tennessee in the above-referenced action, Jonathan T. Skrmetti states the following:

1. Jonathan T. Skrmetti is the Attorney General for the Office of the Tennessee Attorney General, P.O. Box 20207, Nashville, Tennessee 37202; Telephone: 615-741-3491; Email: tnattygen@ag.tn.gov.

2. He was a member of the state bar of Connecticut from 2004 to 2013. He was admitted to the state bar of Tennessee in 2013 and is a member in good standing of that bar.

3. He is also authorized to practice in:

    - The U.S. Court of Appeals for the Third Circuit
    - The U.S. Court of Appeals for the Sixth Circuit
    - The U.S. District Court for the District of Connecticut

- The U.S. District Court for the Western District of Tennessee

4. He has not been the subject of any disbarment, suspension, or disciplinary proceedings.

5. He consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. He is familiar with the CM/ECF system and has personally used it to file a variety of pleadings, as well as supervised the filing of pleadings via CM/ECF, over his twenty-year career.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 7, 2024

Respectfully submitted,

JONATHAN T. SKRMETTI
Attorney General
Tennessee Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
tnattygen@ag.tn.gov

*Counsel for the State of Tennessee*