# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, *Plaintiffs*, v. MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, *Defendants*. | Case No. 2:24-cv-00072-DCR-CJS District Judge Danny C. Reeves Magistrate Judge Candace J. Smith |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice pro hac vice in the above-captioned matter is **GRANTED**. The applicant, Jonathan T. Skrmetti, is permitted to argue or try this case in whole or in part as counsel for the State of Tennessee. It is

**SO ORDERED**.

_____                        _____
Date                                                                   United States District Judge