# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, <br><br> *Plaintiffs,* <br><br> and <br><br> **Christian Educators Association International**; and **A.C.**, by her next friend and mother, Abigail Cross, <br><br> *Intervenor-Plaintiffs,* <br><br> v. <br><br> **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, <br><br> *Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS <br><br> District Court Judge Danny C. Reeves <br><br> Oral Argument Requested |

## INTERVENOR-PLAINTIFFS MOTION FOR A § 705 STAY AND PRELIMINARY INJUNCTION

The Intervenor-Plaintiffs Christian Educators Association International and A.C. challenge the U.S. Department of Education's ("Department") recently published regulations redefining the scope of Title IX, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024). The new rules become effective on August 1, 2024. Intervenors respectfully ask this Court, before August 1, to stay the rules' effective date under 5 U.S.C. § 705, or to preliminarily enjoin Defendants from enforcing these new rules within Plaintiff States Tennessee, Kentucky, Ohio, Indiana, Virginia, and West Virginia.

Reason for Stay

Intervenors challenge the Department's attempt to redefine Title IX's prohibition on sex discrimination to cover gender-identity discrimination. The States' Mot. for a § 705 Stay and Prelim. Inj. 1–3 (Doc. 19) ("States' Mot."). Relief is warranted because the rules are contrary to law, contravene the Constitution, and are arbitrary and capricious in violation of the Administrative Procedures Act, 5 U.S.C. § 706. *Id.* at 2.

Further, the rules will irreparably harm Intervenors. The rules threaten to infringe on Christian Educators' members' rights to free speech, religious liberty, and bodily privacy. And for members in Tennessee and Kentucky, the rules threaten to preempt Tennessee and Kentucky laws protecting these rights. For A.C., the rules force her to compete against males in sports and to share private spaces like restrooms, locker rooms, and hotel rooms on overnight trips with male classmates. They need relief now.

Finally, the balance of equities and public interest favor a stay. State's Mot. 3. After all, Intervenors seek to effectuate Title IX's purpose and uphold their constitutional rights.

In support of their motion, Intervenors rely on any filed pleadings, including:

1

- Intervenor-Plaintiffs' Memo. in Supp. of their Mot. for a Stay and Prelim. Inj. (attached)
- Memo. in Supp. of the States' Mot. for a § 705 Stay and Prelim. Inj. (Doc. 19-1)
- (Proposed) Intervenor-Plaintiffs' Complaint (Doc. 21-3)
- Declaration of A.C. (Doc. 21-5)
- Exhibit B to Intervenor's Complaint containing athletic records (Doc. 21-6)
- Declaration of David Schmus (Doc. 21-7)
- Declaration of Brett Campbell (Doc. 21-8)
- Declaration of Michelle Keaton (Doc. 21-9)
- Declaration of Amy McKay (Doc. 21-10)
- Declaration of Silvia Moore (Doc. 21-11)
- Declaration of Joshua Taylor (Doc. 21-12)
- Declaration of Rachel Rouleau (attached)
- Any other supporting documents (if filed)

Intervenors move for preliminary relief under the APA, 5 U.S.C. § 705, which allows courts to stay the effective date of a challenged rule pending judicial review. Intervenors also move for a preliminary injunction under Federal Rule of Civil Procedure 65.

Scope of Injunction

Intervenors request entry of an order:

a) Declaring the rules' redefinition of sex discrimination, including its revision of the sexual-harassment regulations, unlawful under Title IX, the Administrative Procedure Act, and the U.S. Constitution;

b) Staying the effective date of the Department's rules under 5 U.S.C. § 705, and thus denying it legally operative effect, during the pendency of these proceedings;

c) Preliminarily enjoining the Department, and any other agency or employee of the United States, from enforcing, relying on, implementing, or otherwise acting pursuant to the rules' challenged provisions; and

d) Granting any and all other preliminary relief the Court deems just and proper.

Intervenors also request that this Court waive any security requirement of Federal Rule of Civil Procedure 65(c). No security requirement attends a stay under 5 U.S.C. § 705.

Respectfully submitted this 16th day of May, 2024.

By: */s/ Rachel A. Rouleau*

Rachel A. Rouleau*  
Virginia Bar No. 97783  
**Alliance Defending Freedom**  
44180 Riverside Parkway  
Lansdowne, Virginia 20176  
(571) 707-2119  
(571) 707-4790 Fax  
rrouleau@ADFlegal.org  

Jonathan A. Scruggs*  
Arizona Bar No. 030505  
Henry W. Frampton, IV*  
South Carolina Bar No. 75314  
**Alliance Defending Freedom**  
15100 N. 90th Street  
Scottsdale, Arizona 85260  
(480) 444-0020  
(480) 444-0028 Fax  
jscruggs@ADFlegal.org  
hframpton@ADFlegal.org  

Edward L. Metzger III  
Kentucky Bar No. 94138  
OMEGA LAW PLLC  
P.O. Box 559  
Union, KY 41091  
(859) 898-2140  
Lee@nkylaw.net  

3

Natalie D. Thompson*
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for Intervenor-Plaintiffs*

*Admitted pro hac vice

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send a notification to all counsel of record.

                                        By: */s/ Rachel A. Rouleau*
                                        Rachel A. Rouleau*
                                        Virginia Bar No. 97783
                                        **Alliance Defending Freedom**
                                        44180 Riverside Parkway
                                        Lansdowne, Virginia 20176
                                        (571) 707-2119
                                        (571) 707-4790 Fax
                                        rrouleau@ADFlegal.org