# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

**State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,

  *Plaintiffs*,

and

**Christian Educators Association International**; and **A.C.**, by her next friend and mother, Abigail Cross,

  *Intervenor-Plaintiffs*,

  v.

**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,

  *Defendants*.

**Case No.** 2:24-cv-00072-DLB-CJS

District Court Judge Danny C. Reeves

## DECLARATION OF RACHEL A. ROULEAU

I, Rachel A. Rouleau, under penalty of perjury, declare as follows:

  1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. I have personal knowledge of the information below.

  2. I am an attorney on the legal team for Plaintiff-Intervenor A.C. and Christian Educators Association International in this litigation. I testify to the following based on own personal knowledge.

  3. In their complaint, Intervenors allege that a male named B.P.J. competed against and beat A.C. during athletic competitions in middle school. (Proposed) Intervenor-Pls.' Compl. § III (Doc. 21-3).

4. Exhibit B of the Intervenors' complaint are true and correct copies of B.P.J.'s and A.C.'s athletic records taken from athletic.net. *See* Doc. 21-6. We redacted those records to protect the confidentiality of A.C. and B.P.J.

5. Since Intervenors filed their complaint, B.P.J. has competed in two additional track and field meets in which B.P.J. displaced more girls. These records are publicly available at athletic.net. Attached to this declaration is Exhibit A, which is a true and correct copy of records my legal team downloaded off athletic.net on May 14, 2024. We redacted B.P.J.'s name from these public records to maintain confidentiality.

6. Below is a chart we compiled of the number of girls B.P.J. has displaced (meaning beat or placed above) in competition from 2021 through 2024. During those three years, B.P.J. competed on the Bridgeport Middle School cross country team and the track and field team competing in discus and shot put. These totals represent the number of girls B.P.J. displaced in both sports, not counting competitors who were disqualified or did not compete in an event.

7. We also compiled the number of times B.P.J. displaced girls in both sports, not counting competitors who were disqualified or did not compete in an event.

8. These numbers were compiled from Exhibit B to Intervenor's Complaint (Doc. 21-6) and Exhibit A to this declaration.

| School Year | Number of Girls BPJ Displaced |
|---|---|
| 2021–2022 | 65 |
| 2022–2023 | 128 |
| 2023–2024 | 126 |
| **Total (no overlap)** | **283** |

| School Year | Number of Times BPJ Displaced Girls |
|---|---|
| 2021–2022 | 73 |
| 2022–2023 | 291 |
| 2023–2024 | 340 |
| **Total** | **704** |

## DECLARATION UNDER PENALTY OF PERJURY

I, Rachel A. Rouleau, a citizen of the United States and a resident of the State of Virginia, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of May, 2024, at Lansdowne, Virginia.

_____
Rachel A. Rouleau

# EXHIBIT A



Team Results Management

# Harry Green Statewide Middle School Invitational   MS

**OFFICIAL**   Sat, May 11, 2024   Bridgeport HS   Wayne Jamison Field, WV US

## Womens Middle School Shot Put  6lb

### Finals

| # | | Name | Team | Mark | | |
|---|---|---|---|---|---|---|
| 1 | KR | Kaylee Robinson | Charles Town | 35 10.00 | 10.92n PR | Yr: 8 |
| 2 |    | B.P.J. | Bridgeport | 35 03.00 | 10.74n PR | Yr: 8 |
| 3 | AV | Arianna Viglianco | Bridgeport | 30 00.00 | 9.14n | Yr: 8 |
| 4 | JH | Josie Higginbottom | Bruceton | 29 02.00 | 8.89n | Yr: 7 |
| 5 | RW | Raegan Wortman | Milton | 28 11.00 | 8.81n PR | Yr: 7 |
| 6 | SG | Sierra Greathouse | West Preston | 28 08.00 | 8.74n PR | Yr: 6 |
| 7 | OK | Olivea Kimmons | West Preston | 28 02.00 | 8.59n | Yr: 8 |
| 8 | GT | Grace Taylor | Hamilton | 27 05.50 | 8.37n | Yr: 8 |
| 9 | LW | Lila Weglinski | Mountaineer (Morga... | 27 02.00 | 8.28n | Yr: 8 |
| 10 | IW | Isabelle Wolfe | Mountaineer (Morga... | 27 01.00 | 8.26n PR | Yr: 6 |
| 11 | SP | Shyanne Polan | Hamilton | 26 06.00 | 8.08n | Yr: 8 |
| 12 | MS | McKenna Smith | St. Francis Central Ca... | 26 05.50 | 8.06n PR | Yr: 8 |
| 13 | EL | Emma Lewis | Aurora | 26 04.00 | 8.03n PR | Yr: 7 |
| 14 | BS | Brooklin Swanson | Elkview | 24 02.50 | 7.38n | Yr: 8 |
| 15 | RR | Riley Rupert | Pleasants County | 23 10.50 | 7.28n | Yr: 8 |
| 16 | PW | Palia Watson | Charles Town | 23 06.00 | 7.16n | Yr: 8 |
| 17 |    | Katilynn Downey | St. Francis Central Ca... | 23 02.00 | 7.06n | Yr: 7 |
| 18 | EC | Emma Cadle | Winfield | 22 01.00 | 6.73n | Yr: 7 |
| 19 | KJ | Kenzie Jackson | Hayes | 21 06.00 | 6.55n PR | Yr: 8 |
| 20 | PS | Paisley Schnopp | Bruceton | 21 00.00 | 6.40n | Yr: 7 |
| 21 | AK | Aryanna Keith | Pleasants County | 19 03.00 | 5.87n | Yr: 6 |
| 22 | MJ | Malia Jones | Westwood | 16 09.00 | 5.11n PR | Yr: 6 |
| 23 | AD | Amelia Doerner | Westwood | 16 07.00 | 5.05n | Yr: 7 |

| -- | AF | Aaliyah Friend | East Preston | DNS | Yr: 8 |
| -- | AR | Angel Redman | Keyser | DNS | Yr: 7 |

2024 RunnerSpace.com
2024 Athletic.net - All rights reserved



Team Results Management

# Harry Green Statewide Middle School Invitational — MS

**OFFICIAL**  Sat, May 11, 2024  Bridgeport HS   Wayne Jamison Field, WV US

## Womens Middle School Discus — 1kg

### Finals

| Place | | Athlete | Team | Mark | | Result | Yr |
|---|---|---|---|---|---|---|---|
| 1 | KR | Kaylee Robinson | Charles Town | 89 | 11 | 27.41m | Yr: 8 |
| 2 | | B.P.J. | Bridgeport | 79 | 00 | 24.08m | Yr: 8 |
| 3 | RW | Raegan Wortman | Milton | 77 | 02 | 23.52m | Yr: 7 |
| 4 | SC | Sophia Christensen | Mountaineer (Morga... | 66 | 05 | 20.24m | Yr: 7 |
| 5 | EL | Emma Lewis | Aurora | 66 | 04 | 20.22m PR | Yr: 7 |
| 6 | | Haven Dickerson | Bridgeport | 65 | 06 | 19.96m | Yr: 8 |
| 7 | JH | Josie Higginbottom | Bruceton | 62 | 01 | 18.92m | Yr: 7 |
| 8 | EC | Emma Cadle | Winfield | 59 | 00 | 17.98m | Yr: 7 |
| 9 | | Katilynn Downey | St. Francis Central Ca... | 57 | 04 | 17.48m PR | Yr: 7 |
| 10 | SG | Sierra Greathouse | West Preston | 56 | 08 | 17.27m | Yr: 6 |
| 11 | GT | Grace Taylor | Hamilton | 55 | 09 | 16.99m | Yr: 8 |
| 12 | RR | Riley Rupert | Pleasants County | 53 | 03 | 16.23m | Yr: 8 |
| 13 | EG | Elizabeth Gray | Pleasants County | 52 | 00 | 15.85m | Yr: 7 |
| 14 | OK | Olivea Kimmons | West Preston | 49 | 02 | 14.99m | Yr: 8 |
| 15 | KM | Kaitlyn McMillen | Mountaineer (Morga... | 48 | 02 | 14.68m | Yr: 7 |
| 16 | PS | Paisley Schnopp | Bruceton | 45 | 06 | 13.87m | Yr: 7 |
| 17 | AF | Ava Fisher | Charles Town | 44 | 09 | 13.64m | Yr: 6 |
| 18 | BS | Brooklin Swanson | Elkview | 42 | 02 | 12.85m | Yr: 8 |
| 19 | KJ | Kenzie Jackson | Hayes | 41 | 04 | 12.60m | Yr: 8 |
| 20 | CB | Caroline Bozek | St. Francis Central Ca... | 36 | 07 | 11.15m PR | Yr: 6 |
| | AF | Aaliyah Friend | East Preston | DNS | | | Yr: 8 |
| | AR | Angel Redman | Keyser | DNS | | | Yr: 7 |

2024 RunnerSpace.com
2024 Athletic.net - All rights reserved

Case: 2:24-cv-00072-DCR-CJS   Doc #: 63-2   Filed: 05/16/24   Page: 9 of 12 - Page ID#: 1431
2024 RunnerSpace.com
2024 Athletic.net - All rights reserved



Team Results Management

# 8th Grade Spectacular MS

**OFFICIAL** · Tue, May 7, 2024 · Liberty High School · Mazzei Reaser Athletic Complex, WV US

## Womens Middle School Shot Put 6lb

### Finals

| | | | | | |
|---|---|---|---|---|---|
| 1 | | B.P.J. | Bridgeport | 34 00.50 | 10.38m Yr: 8 |
| 2 | AV | Arianna Viglianco | Bridgeport | 32 10.00 | 10.01n PR • Yr: 8 |
| 3 | KM | Kyonna Marbury | West Fairmont | 28 07.00 | 8.71n PR • Yr: 8 |
| 3 | IB | Isabella Bowers | Buckhannon Upshur | 28 07.00 | 8.71n PR • Yr: 8 |
| 5 | | Haven Dickerson | Bridgeport | 27 11.00 | 8.51n PR • Yr: 8 |
| 6 | IT | Isabella Toothman | West Fairmont | 26 07.00 | 8.10n PR • Yr: 8 |
| 7 | AP | Annaleigh Pierce | Lincoln | 25 07.50 | 7.81m Yr: 8 |
| 8 | BF | Bailey Fernatt | Taylor County | 25 05.50 | 7.76m Yr: 8 |
| 9 | EC | Ella Carlson | Bridgeport | 25 05.00 | 7.75m Yr: 8 |
| 10 | OR | Olivia Reed | Bridgeport | 25 00.00 | 7.62n PR • Yr: 8 |
| 11 | BS | Brayliegh Scheuvror | Mountaineer (Clarks... | 24 10.00 | 7.57n PR • Yr: 8 |
| 12 | KS | Katie Samples | Buckhannon Upshur | 24 09.50 | 7.56m Yr: 8 |
| 13 | EB | Elizabeth Brittain | Bridgeport | 24 04.00 | 7.42n PR • Yr: 8 |
| 14 | NT | Natalee Turner | Washington Irving | 23 08.00 | 7.21n PR • Yr: 8 |
| 15 | ZS | Zarah Small | Washington Irving | 23 03.50 | 7.10m Yr: 8 |
| 16 | JS | Jayda Stone | West Fairmont | 20 04.00 | 6.20n PR • Yr: 8 |
| 17 | MC | Micah Cain | Mountaineer (Clarks... | 19 05.00 | 5.92n PR • Yr: 8 |
| 18 | KR | Kenleigh Rittenhous | Robert L. Bland | 17 10.00 | 5.44n PR • Yr: 8 |
| | AP | Alawna Powell | Lincoln | FOUL | Yr: 8 |
| | ES | Emmy Salerno | Lincoln | FOUL | Yr: 8 |
| | RC | Ruveah Carrillo | West Fairmont | DNS | Yr: 8 |
| | SS | Sabrina Shriver | Lincoln | FOUL | Yr: 8 |
| | KG | Katrina Guthrie | Lincoln | FOUL | Yr: 8 |

| DP | Dahlia Plemons | West Fairmont | DNS | Yr: 8 |



Team Results Management

# 8th Grade Spectacular  MS

**OFFICIAL**  📅 Tue, May 7, 2024  📍 Liberty High School    Mazzei Reaser Athletic Complex, WV US

## Womens Middle School Discus 1kg

### Finals

| Place | | Name | Team | Mark | | |
|---|---|---|---|---|---|---|
| 1 | | B.P.J. | Bridgeport | 82 01.50 | 25.03m | Yr: 8 |
| 2 | AM | Ava McGill | Lincoln | 79 07.50 | 24.27m | Yr: 8 |
| 3 | | Haven Dickerson | Bridgeport | 72 04 | 22.05m PR | Yr: 8 |
| 4 | KS | Katie Samples | Buckhannon Upshur | 62 11.50 | 19.19m | Yr: 8 |
| 5 | BF | Bailey Fernatt | Taylor County | 62 06.50 | 19.06m | Yr: 8 |
| 6 | KY | Kaylee Yost | Mountaineer (Clarks...) | 59 00.50 | 18.00m PR | Yr: 8 |
| 7 | ZS | Zarah Small | Washington Irving | 54 05 | 16.59m PR | Yr: 8 |
| 8 | NT | Natalee Turner | Washington Irving | 54 04.50 | 16.57m | Yr: 8 |
| 9 | EC | Ella Carlson | Bridgeport | 52 07 | 16.03m | Yr: 8 |
| 10 | EB | Elizabeth Brittain | Bridgeport | 35 10 | 10.92m PR | Yr: 8 |
| 11 | KR | Kenleigh Rittenhouse | Robert L. Bland | 31 07.50 | 9.64m | Yr: 8 |
| | IT | Isabella Toothman | West Fairmont | FOUL | | Yr: 8 |
| | ZB | Zayna Buckso | West Fairmont | FOUL | | Yr: 8 |
| | KM | Kyonna Marbury | West Fairmont | FOUL | | Yr: 8 |
| | SS | Sabrina Shriver | Lincoln | FOUL | | Yr: 8 |

2024 RunnerSpace.com
2024 Athletic.net   All rights reserved