# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, <br><br> *Plaintiffs,* <br><br> and <br><br> **Christian Educators Association International**; and **A.C.**, by her next friend and mother, Abigail Cross, <br><br> *Intervenor-Plaintiffs,* <br><br> v. <br><br> **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, <br><br> *Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS <br><br> District Court Judge Danny C. Reeves |

## ORDER

Before the court is Intervenor-Plaintiffs Christian Educators Association International's and A.C.'s motion for a 5 U.S.C. § 705 stay of the effective date of the U.S. Department of Education's final rule, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024) ("Final Rule"). Intervenors alternatively move for a preliminary injunction enjoining the rules. After considering the parties' arguments, it is hereby,

**ORDERED** that the Intervenor-Plaintiffs' motion is **GRANTED**; it is further

1

**ORDERED** that the effective date of the Final Rule is stayed under 5 U.S.C. § 705 during the pendency of these proceedings; it is further **ORDERED** that the Final Rule is **PRELIMINARILY ENJOINED** during the pendency of these proceedings. The Defendants may not enforce, rely on, implement, or otherwise act pursuant to the Final Rule's challenged provisions against the parties within the states of Indiana, Kentucky, Ohio, Tennessee, Virginia, and West Virginia.

**IT IS SO ORDERED**.