UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.,*<br><br>Plaintiffs,<br><br>and<br><br>CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, *et al.,*<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 2:24-cv-00072-DCR-CJS<br>District Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

**[PROPOSED] ORDER**

It is hereby ORDERED that Defendants' Motion for Clarification Regarding the Deadline for Response to Intervenor-Plaintiffs' Motion for Stay and Preliminary Injunction is GRANTED. It is further ORDERED that Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for a Stay and Preliminary Injunction is GRANTED.

1. Defendants shall respond to Intervenor-Plaintiffs' Motion for Stay and Preliminary Injunction no later than June 6, 2024;

2. Defendants shall respond to Plaintiffs' Motion for Stay and Preliminary Injunction no later than June 6, 2024.

It is SO ORDERED.

_____            _____
Date                                         HON. DANNY C. REEVES
                                             United States District Court Judge