**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,

*Plaintiffs*,

and

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, and A.C., by her next friend and mother, Abigail Cross,

*Intervenor-Plaintiffs*,

v.

MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants*.

Case No. 2:24-cv-00072-DCR-CJS
District Judge Danny C. Reeves
Magistrate Judge Candace J. Smith

**THE STATES AND INTERVENOR-PLAINTIFFS' JOINT RESPONSE TO DEFENDANTS' SCHEDULING MOTION**

The Plaintiff States and Intervenor-Plaintiffs write in response to Defendants' May 20, 2024 scheduling motion. *See* Defs.' Mot. for Clarification & Ext. of Time, Doc. # 64. In that motion, Defendants seek (1) an extension of time to respond to the States' motion for preliminary relief along the lines of a proposal this Court already rejected, and (2) clarification that Defendants' response to Intervenor-Plaintiffs' motion for preliminary relief is due June 6, 2024. *Id.* at 2. The States and Intervenor-Plaintiffs offer this joint response to Defendants' motion and related scheduling matters.

**The States' Motion for Preliminary Relief**

This Court should reject Defendants' second attempt to delay their time for responding to the States' motion for preliminary relief. As this Court concluded in denying Defendants' initial request for a similar extension and setting a hearing for the week of June 10, "the States have a legitimate interest in minimizing nonrecoverable compliance costs which they will no doubt begin to incur well before the August 1, 2024 effective date." Order (May 8, 2024), Doc. # 49, at 2. These harms have begun. Defendants provide no good reason why the filing of Intervenor-Plaintiffs' motion for preliminary relief warrants delaying the schedule for the States' motion (pending since May 3, 2024) or depriving the States of their scheduled time to reply. If anything, Intervenor-Plaintiffs' motion only highlights the widespread irreparable harm the Final Rule inflicts—which is reason to resolve the preliminary relief requests expeditiously, not delay their consideration further.

**Intervenor-Plaintiffs' Motion for Preliminary Relief and Hearing on Motions**

Though Defendants assert that Intervenor-Plaintiffs' motion for preliminary relief focuses on new claims and evidence, *see* Defs.' Mot. 4, the principal arguments Intervenor-Plaintiffs set out overlap substantially with the States' motion. Defendants nonetheless seek 21 days to respond to Intervenor-Plaintiffs' motion for preliminary relief, placing their proposed response deadline on June 6, 2024. Currently, this Court has set aside June 10-14, 2024, for a hearing on the States' motion for preliminary relief. Order (May 8, 2024), Doc. # 49, at 2. Defendants' first preference thus appears to be to place both pending motions on the same, delayed track for resolution.

While the States and the Intervenor-Plaintiffs oppose Defendants' proposed timeline, they share a preference for proceeding in a manner that would permit the prompt hearing and consolidated resolution of the pending preliminary-relief motions. Should this Court be inclined to permit Defendants their requested time to respond to Intervenor-Plaintiffs' pending motion for preliminary relief, neither the States nor the Intervenor-Plaintiffs would oppose proceeding with the schedule and

hearing on the preliminary-relief motions as follows:

- **May 24, 2024**: Defendants' response to the States' motion for a preliminary injunction/stay (current deadline)
- **June 6, 2024**: Defendants' response to the Intervenor-Plaintiffs' motion for a preliminary injunction/stay (default deadline)
- **June 7, 2024**: The States' reply in support of their motion for a preliminary injunction/stay (current deadline)
- **June 12, 2024**: Intervenor-Plaintiffs' reply in support of their motion for a preliminary injunction/stay (8 days prior to default deadline)
- **June 13 or 14, 2024**: Consolidated oral argument on the States' and Intervenor-Plaintiffs' motions for a preliminary injunction/stay

The States and the Intervenor-Plaintiffs are of course prepared to proceed however this Court prefers; they offer this modified schedule as one possibility that would permit the completion of both sides' briefing, as well as oral argument on the pending motions, within the time period this Court originally designated in its scheduling order. To preserve this Court's and the parties' resources and the current hearing timeline, and as is common in Administrative Procedure Act (APA) challenges,[1] the Plaintiff States and the Intervenor-Plaintiffs are prepared to submit their preliminary relief motions based on the written declarations and related documentary evidence.

[1] A similar motion for preliminary relief from the Final Rule by Alabama and a coalition of other States and private plaintiffs will be argued on the papers on July 1, 2024. *See* 5/15/2024 Minute Order, *Alabama v. Cardona*, No. 7:24-cv-00533 (N.D. Ala.); *accord Kentucky v. U.S. EPA*, 3/13/2023 Hr'g, No. 3:23-CV-00007 (E.D. Ky.); *Kentucky v. Biden*, 11/24/2021 Hr'g, No. 3:21-CV-55 (E.D. Ky.); *Tennessee v. U.S. Dep't of Educ.*, 11/3/2021 Hr'g, No. 3:21-cv-00308 (E.D. Tenn.).

Dated: May 20, 2024

Respectfully submitted,

**RUSSELL COLEMAN**
Attorney General

*/s/ Lindsey R. Keiser*
JUSTIN D. CLARK
Civil Chief
VICTOR B. MADDOX
Counsel for Special Litigation
LINDSEY R. KEISER
Assistant Attorney General
**Kentucky Office of the Attorney General**
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
victor.maddox@ky.gov
justind.clark@ky.gov
lindsey.keiser@ky.gov

*Counsel for the Commonwealth of Kentucky*

**THEODORE E. ROKITA**
Attorney General

*/s/ James A. Barta*
JAMES A. BARTA*
Solicitor General
CORRINE L. YOUNGS*
Policy Director and Legislative Counsel
JOSHUA DAVID*
Deputy Attorney General - Policy
**Indiana Attorney General's Office**
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov
corrine.youngs@atg.in.gov
joshua.david@atg.in.gov

*Counsel for the State of Indiana*

**JONATHAN SKRMETTI**
Attorney General and Reporter

*/s/ Whitney D. Hermandorfer*
J. MATTHEW RICE*
Solicitor General
WHITNEY D. HERMANDORFER*
Director of Strategic Litigation
STEVEN J. GRIFFIN*
Senior Counsel for Strategic Litigation & Assistant Solicitor General
VIRGINIA N. ADAMSON*
Counsel for Strategic Litigation & Assistant Solicitor General
BRIAN DANIEL MOUNCE*
Counsel for Strategic Litigation & Assistant Solicitor General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
matt.rice@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
steven.griffin@ag.tn.gov
jenna.adamson@ag.tn.gov
brian.mounce@ag.tn.gov

*Counsel for the State of Tennessee*

**DAVE YOST**
Attorney General

*/s/T. Elliot Gaiser*
T. ELLIOT GAISER*
Solicitor General
MATHURA SRIDHARAN*
Deputy Solicitor General
**Office of the Ohio Attorney General**
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
thomas.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov

*Counsel for the State of Ohio*

**JASON S. MIYARES**
Attorney General

/s/ *Kevin M. Gallagher*
KEVIN M. GALLAGHER*
Principal Deputy Solicitor General
BRENDAN T. CHESTNUT*
Deputy Solicitor General
**Virginia Attorney General's Office**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us
bchestnut@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

**PATRICK MORRISEY**
Attorney General

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
Principal Deputy Solicitor General
**Office of the West Virginia Attorney General**
State Capitol, Bldg. 1, Room E-26
1900 Kanawha Blvd. E.
Charleston, West Virginia 25305
304-558-2021
michael.r.williams@wvago.gov

*Counsel for the State of West Virginia*

/s/ *Rachel A. Rouleau*
RACHEL A. ROULEAU*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

JONATHAN A. SCRUGGS*
Arizona Bar No. 030505
HENRY W. FRAMPTON, IV*
South Carolina Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

NATALIE D. THOMPSON*
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

EDWARD L. METZGER III
Kentucky Bar No. 94138
**OMEGA LAW PLLC**
P.O. Box 559
Union, KY 41091
(859) 898-2140
Lee@nkylaw.net

*Counsel for Intervenor-Plaintiffs*

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on May 20, 2024, the above document was filed with the CM/ECF filing system, which sent notification to all counsel of record.

*/s/ Whitney D. Hermandorfer*
WHITNEY D. HERMANDORFER