IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| STATE OF TENNESSEE ) | | |
| COMMONWEALTH OF KENTUCKY ) | | |
| STATE OF OHIO, STATE OF INDIANA, ) | | |
| COMMONWEALTH OF VIRGINIA, and ) | | |
| STATE OF WEST VIRGINIA, ) | | |
| ) | | |
| Plaintiffs, ) | CASE 2-24-CV-00072 | |
| ) | | |
| v. ) | | |
| ) | | |
| MIGUEL CARDONA, in hi official ca- ) | | |
| pacity as Secretary of Education, and ) | | |
| UNITED STATES DEPARTMENT OF ) | | |
| EDUCATION. ) | | |

## MOTION TO INTERVENE

Comes the citizen of the United States, as Intervenor in the above-styled case, under Federal Rule of Civil Procedure 24(a), this is filed timely in that Intervenor began as soon as she practically could when she heard of the case, as a citizen who is forced to support the Department of Education through federal taxation, and she is impacted by not only the possibility of being forced to occupy a bathroom with the opposite sex, which is the subject of this suit, but the suit further involves federal overreach beyond the scope of the State and Federal Bill(s) of Rights, particularly Amendment 9 and 10 (Exh. B) of the Federal Bill of Rights, and the State of Tennessee Constitution (Exh. A). In addition the foundational entrance of the State of Tennessee necessitates Intervention in that it broadens the artificial significance of Title 9 and its companion legislation, Title 42. Intervenor objects in full force the intrusion and violation of her native Rights, under which all officials take a sworn oath. Without this Intervention, the suit will be devoid of full exposure and completion in its determination to closure and freedom

Page 2

from unnatural and unAmerican force. Intervenor has consistently exercised her Rights, and in 2021, entered a "Motion to Intervene and Complaint and Request to Discontinue Suit," an objection in the Memphis ADA-related force of "mandates." ordering wearing masks during the Covid plague. She brought forth arguments relative to Federal extortion/mandates. (No. 21-cv-02552-SHL/atc)

Title 9 is companion of the so-called "Civil Rights Act," which should have been voided ignored and outlawed years prior to this current action. The very tenor of this unnatural force was the object of warning by the late Senator Strom Thurmond.

**AFFIRMATIVE ACTION – By its attempt to regulate and govern the private businesses, which are miscalled public accommodations in this bill, this proposal would inject the Government into the most sensitive areas of human contractural relations, agreements for person services. In so doing, constitutional interpretations of long standing are being swept aside in favor of tortuous rationalizations which studiously ignore the constitutionally forbidden imposition of involuntary service on citizens."**

**The following classifies the hideous *grant*mandates' as the worst in the history of the world.**

**"This bill, by vesting the power to withhold or terminate Federal funds, creates a concentration of power of economic coercion unequaled in the history of governments – a power concentration which defies the experience of mankind with the temptation of power to corrupt."**

This prophetic warning from the dreadful Johnson Administration now has its full application in what is called a "bathroom bill," the abyss into which such warped legislation ultimately falls.

Compare the original **CIVIL RIGHTS LAW** which was the product of a bloody and divisive Civil War and which promised ultimate liberty to all citizens of the United States, without discrimination.

## THE CIVIL RIGHTS LAW

Text Of civil rights law – Constitutional amendments and other civil rights laws referred to.

The following law of enfranchisement was passed by congress, in **March, 1866:**

SECTION 1. That all persons in the United States, and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States, and such citizens,

Page 3

of every race and color, without regard to any previous condition of slavery, or involuntary service, except as a punishment for crime, whereof the party shall have been duly convicted, shall have the same right, in every state and territory, to make and enforce contracts, to sue, to be sued, be parties and give evidence, to inherit, purchase, lease, sell, hold, and convey personal property; and to full and equal benefit of all laws and proceedings for the security of person and property, as are enjoyed by white citizens, and shall be subject to the like punishment, pains and penalties, and to none other; any law, statute, ordinance, regulation, or custom to the contrary notwithstanding.

SEC. 2. And that any person who, under color of any law, statute, ordinance, regulation of custom, shall subject, or cause to be subjected, any inhabitant of any state or territory, to the deprivation of any right, secured or protected by this act, or to punishment, pains or penalties, on account of such person having at any time been held in a condition of slavery, or involuntary servitude, except for the punishment of crime, whereof the party shall have been duly convicted, or by the reason of his color, or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by a fine not exceeding one thousand dollars or imprisonment not exceeding one year, or both, in the discretion of the court.

SEC. 3. That the district courts of the United States, within their respective districts, shall have, exclusively of the courts of the several states, cognizance of all crimes and offenses committed against the provisions of this act, and also, concurrently with the circuit courts of the United States, of all cases, civil and criminal affecting persons who are denied, or cannot enforce in the courts of judicial tribunal of the state or locality where they may be, any of the rights secured to them by the first section of this act; and if any suit,or prosecution, civil or criminal, has been, or shall be, commenced in any state court, against such person, for any cause whatsoever, civil or military, or any other person for any arrest, or imprisonment, trespasses, or wrong, done or committed, by virtue, or under color of any authority derived from this act, or the act establishing a bureau for the relief of freedmen and refugees, and all acts amendatory thereof, or for refusing to do any act upon the ground that it would be inconsistent with this, such defendant shall have the right to remove such cause for trial to the proper district or circuit court, in the manner prescribed ny the act relating to *habeas corpus* and regulating judicial proceedings in certain cases, approved March 3, 1863, and all acts amendatory thereto. The jurisdiction in civil and criminal matters, hereby conferred on the district and circuit courts of the United States, shall be exercised and enforced, in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but, in all cases where such laws are not adapted to the object, or are deficient, in the provisions necessary to furnish suitable remedies and punish offenses against the law, the common law, as modified and changed by the constitution and statutes of the state wherein the court having jurisdiction of the cause, civil or criminal is held, so far as the same is not inconsistent with the constitution and laws of the United States, shall be extended, and govern the said courts in the trial and disposition of such causes; and, if of a criminal nature, in the infliction of punishment on the party found guilty.

SEC. 4. That the district attorneys, marshals, and deputy marshals, of the United States; the commissioners appointed by the circuit and territorial courts of the United States; with power of arresting, imprisoning, or bailing, offenders against the laws of the United States; the officers and agents of the Freedmen's Bureau; and every other officer who may be specially empowered by the president of the United States, shall be, and they are hereby specially authorized and required at the expense of the United States, to institute proceedings against all, and every person, who shall violate

Page 4

the provisions of this act, and cause him, or them, to be arrested and imprisoned, or bailed, as the case may be, for trial before such of the United States, or territorial courts, as, by this act, have cognizance of the offense; and with a view to affording reasonable protection to all persons in their constitutional rights, of equality before the law, without distinction of race, or color, or previous condition of slavery, whereof the party shall have been duly convicted, and for the prompt discharge of the duties of this act, it shall be the duty of the circuit courts of the United States, and the superior courts of the territories of the United States, from time to time, to increase the number of commissioners so as to afford a speedy and convenient means for the arrest and examination of persons charged with a violation of this act.

SEC. 5. That said commissioner shall have concurrent jurisdiction with the judges of the circuit an dictrict courts of the United States, and the judges of the superior courts of the territories, severally and collectively, in term time and vacation, upon satisfactory proof being made, to issue warrants and precepts for arresting and bringing before them all offenders against the provisions of this act, and, on examination, to discharge, admit to bail or commit them for trial as the fact may warrant.

SEC. 6. And such commissioners are hereby authorized and required to exercise and discharge all the powers and duties conferred on them by this act, and the same duties with regard to offenses created by this act, as they are authorized by law to exercise with regard to other offenses against the laws of the United States. It shall be the duty of all marshals, and deputy marshals, to obey and execute all warrants and precepts issued under the provisions of this act, when to them directed; and should any marshal, or deputy marshal, refuse to receive such warrant, or other process, when tendered, or to use all proper means diligently to execute the same, he shall, on conviction thereof, be fined in the sum of one thousand dollars, to the use of the person upon whom the accused is alleged to have committed the offense; and the better to enable the said commissioner to execute their duties faithfully and efficiently, in conformity with the constitution of the United States and the requirements of this act, they are hereby authorized and empowered, within their counties, respectively, to appoint, in writing under their hands, one or more suitable persons, from time to time, to execute all such warrants and other process as may be issued by them in the lawful performance of their respective duties; and the person so appointed to execute any warrant or process, aforesaid, shall have authority to summon, and call to their aid, the bystanders of a *posse comitatus* of the proper county, or such portion of the land on naval forces of the United States, or of the militia, as may be necessary to the performance of the duty with which they are charged, and to insure a faithful observance of the clause of the constitution which prohibits slavery, in conformity with the provisions of this act; and said warrants shall run, and be executed, by said officers, anywhere in the state or territory within which they are issued.

SEC. 7. That any person who shall, knowingly and wrongfully, obstruct, hinder or prevent any officer, or other person charged with the execution of any warrant or process issued under the provisions of this act, or any person ,or persons, lawfully assisting him, or them, from arresting any person for whose apprehension such warrant or process may have been issued, or shall rescue, or attempt to rescue, such person from the custody of the officer, or other person, or persons, the authority herein given and declared, or shall aid, abet or assist any person so arrested, as aforesaid, directly or indirectly, to escape from the custody of the officer, or other persons legally authorized, as aforesaid; or shall harbor, or conceal, any person for whom a warrant or process shall have been issued, as aforesaid, so as to prevent his discovery and arrest, after notice or knowledge of the fact that a warrant has been issued for the apprehension of such person, shall, for either of said offenses, be subject to a fine not exceeding one thousand dollars and imprisonment not exceeding six months, by indictment before the district court of the United States for the district in which said offense may have been committed, on or before the proper court of criminal jurisdiction.

SEC. 8. That the district attorneys, the marshals, their deputies, shall be paid for their services, etc.

SEC. 9. That whenever the president of the United States shall have reason to believe that offenses have been, or are likely to be committed against the provisions of this act, within any judicial district, it shall be lawful for him, in his discretion, to direct the judge, marshal and district attorney of such district to attend at such place within the district, and for such time as he may designate, for the purpose of the move speedy arrest and trial of persons charged with the violation of this act; and it shall be the duty of every judge, or other officer, when any such requisition shall be received by him, to attend at the place, and for the time therein designated.

SEC. 10. That it shall be lawful for the president of the United States, or such persons as he may empower for that purpose, to employ such part of the land or naval forces of the United States, or of the militia, as shall be necessary to prevent the violation and enforce the due execution of this act.

SEC. 11. That, upon all questions of law arising in any cause under the provisions of this act, a final appeal may be taken to the supreme court of the United States."

***************

This **Law** gave perfect liberty to all persons in the United States and should have stood the test of time.

Entered here for the record is the Sworn Affidavit that Intervenor submitted in the above-referenced case which shows the freedoms enjoyed PRIOR to the so-called "Civil Rights **ACT**," in contrast to the Civil Rights **LAW**. It necessitates entering the testimony of Intervenor's Mother and secured liberty to exercise her God-given freedoms **before** the "Civil Rights **Act**."

## SWORN AFFIDAVIT (copy)

I, PEGGY JUNE GRIFFIN, solemnly swear that the following facts are true to the best of my knowledge and recollection.

1. That my Mother, PEGGY ANN GARNER COOK COBB, graduated from Chattanooga College of Law in Chattanooga, Tennessee, in 1944.

2. That she came to her law degree under the CIVIL RIGHTS LAW, called the "Law of enfranchisement which was passed by Congress, in March, 1866:"* and also as an American citizen, residing and enjoying the privileges of both the Federal Bill of Rights and the Tennessee Declaration of Rights, to proceed in any Court of Law, both as a graduate of the Chattanooga College of Law and her citizenship.

Page 6

3, That she, a few years prior to her death on March 29, 1975, attempted to pass the Tennessee Bar Exam, by massive study of her library of law books which she had mastered as a student at the Chattanooga College of Law...

4. That I, seeing her laboring under the burden of such extensive homework of preparation, told her to forget all that labor and just memorize supreme Court decisions of the last ten years and she would pass the Exam.

5. That upon hearing this, she laughed at me and said, in so many words, that 'things were not that bad,' and she continued in her hard and studious labor.

6. That she phoned me from Knoxville, having taken the Exam and failed, said to me, in so many words: "Guess what the text was on?"

7. I replied to her, in so many words: "Supreme Court decisions of the last ten years?"

8. She, with a broken heart, seeing the downfall of real law, and the sham that law school had become, saw the degeneration of her health until she passed away with cancer in 1975.

9. That she, on her death bed, instituted a precedent-setting suit against her husband, Newton A. Cobb, who had willed her around $5,000, of his massive insurance company's proceeds, virtually eliminating her Right to his Estate,

10. That she, on her deathbed, filed suit, with the able defense of the prominent Chattanooga attorney, Robert Lawson, who also knew fundamental Tennessee law, that provided remedy for widows who were mandated to file against any action that excluded her from her rightful dowry..(end quote)

11. That this suit successfully sailed through the lower, middle and supreme Court and became precedent law on the Tennessee law books, Peggy Cook v.Newton Cobb, guaranteeing that widows were not left destitute and were more or less mandated to receive their just portion, setting the Justice of the Tennessee Law as a hallmark of righteousness in law for widows.

12. That the 1964 so-called "Civil Rights" Act eclipsed good law, the Civil Rights Law, which was certified by the blood of Civil War Veterans on both sides of the Mason-Dixon line, which blood guaranteed that all individuals had total independent freedom to act as individuals, in ownership of property, jury rights, and all individual privileges not previously enjoyed, with attendant penalties against persons who attempted to interfere with these blood-bought Rights.

13. That my Mother exercised all the privileges guaranteed her in the Civil Rights LAW and came to great prominence, prior to the artificial and fraudulent Civil Rights ACT of 1964, which robbed individuals of those independent and kingly privileges, dividing them into groups, Blacks,Women, and descending collectives requiring the mediation of a Lawyer, under a complicated system of supreme Court decisions, which were contrary to the simple, God-given Rights guaranteed by State and Federal Bills of Rights, especially the ability to represent themselves in Court.

14. That thousands of individuals came to prominence as manufacturers, university professors, and other professional occupations PRIOR to the spurious 1964 "Civil Rights Act,"

15. That this Act robbed the Individual of the ability to show skills or qualification and made a sham of personal achievement, having now unable to prove that they came to their occupations or prominence by their hard work or skills, and that they will never be able to

Page 8

enjoy the soul's privileges of personal achievement. The 1964 so-called 'Civil Rights Act," places a cloud over the titles of achievement or prominence, whether as Judges, elected offices, performers, ministers, or employees. Such individuals can never say: " I achieved by my skill and ambition;" rather such individuals are bounden slaves to a Usurper.

16. That any Judge whose office was attained after 1964 is possibly prejudiced toward the individual who came up "the right way," and should be recused from any case involving government funds and so-called "affirmative action."

17. That the redistribution of the wealth with its strangling extortion/exaction through mandates is fraudulent and criminal, and all such persons who author or contribute to this extortion/exaction, should be punished to the limit of the law, as felons of the highest order. (See Exh. D for definitions).

18. Exhibit C demonstrates the toe-hold that such extortioners exercised against counties and States in a letter to Rhea County Executive George Thacker "promising" that the County must line up or lose road funds. Such a threat and insult flies in the face of true Americanism whose Ten Commandments and the Bill of Rights guarantee autonomy to the individual and the States themselves. Such ancient principles firmly embedded in early writings after the Revolution include the prominent and scholarly declarations from the prominent founding principles of the nation, upheld by the Methodist-Episcopal church in 1820.

XXIII. *Of the Rulers of the United States of America.*

"The resident, the congress, the general assemblies, the governors, and the councils of state, *as he delegates of the people,* are the rulers of the United States of America, according to the division of power made to them, and by the constitutions of their respective states. And the said states are a sovereign and independent nation, and *ought not to be subject to any*

*foreign jurisdiction." (emphasis mine)*

19. Wisdom and resistance to the arbitrary power promoted by the so- called 'Civil Rights Act" is demonstrated in the prophetic utterance and resistance by the prominent Senator Strom Thurmond in his startling declaration:

"Affirmative Action" by former Sen. Strom Thurmond
By its attempt to regulate and govern the private businesses, which are miscalled public accommodations in this bill, this proposal would inject the Government into the most sensitive areas of human contractual relations, agreements for personal services. In so doing, constitutional interpretations of long standing are being swept aside in favor of tortuous rationalizations which studiously ignore the constitutionally forbidden imposition of involuntary service on citizens."

And the following classifies the hideous 'grant/mandates' as the worst in the history of the world.

"This bill, by vesting the power to withhold or terminate Federal funds, creates a concentration of power of economic coercion unequaled in the history of governments - a power concentration which defies the experience of mankind with the temptation of power to corrupt."

To obey mandates is to desecrate and violate the Spirit and Letter of the Tenn. Decl. Of Rights which forbids adherence to arbitrary power.

Art. I, Sect. 2.

"Section 2. That government being instituted for the common benefit, the doctrine of nonresistance against arbitrary power and oppression is absurd, slavish and destructive of the good and happiness of mankind."
Art. XI. Section 16. Misc Provisions The declaration of rights hereto prefixed is declared to be a part of the Constitution of the state, and shall never be violated on any pretense whatever. And to guard against transgression of the high powers, we have delegated, we declare that everything in the bill of rights contained, is excepted out of the general powers of the government, and shall forever remain inviolate.

20. That Tennesseans are ordered to resist arbitrary power which such extortion/exaction is represented by the ADA/Covid grant system in this.

20. That the Tenn. Declaration of Rights can never be abrogated under any pretense whatever. The Governor of Tennessee and every elected official and the legal department is bound by the Tenn. Declaration of Rights, else such are subject to recall and charges of

Page 10

insubordination.

21. That the State of Tennessee passed legislation into law which forbid the forces of tyranny regarding Covid , medical procedures HJR 0013, signed by the Governor of Tennessee, necessitating new laws to bypass such force.

22. That the United States taxpayer is forced to send their income tax to Washington which is then recycled and used against them, forcing their integrity into submission to an unAmerican force of jaded law.

23, That I protest loudly and with all the legitimate force of citizenship the use of tax dollars to pay attorneys which may be involved in contrary litigation to enforce edicts regarding so-called 'bathroom bills," or other heinous and unnatural forces of laws based on the so-called 'Civil Rights Law" or Title 9.

24. That Congress be forced to repeal all aspects of the so-called "Civil Rights Law, that the lawyers for such dark and unnatural forces be required to recompense counties for their legal fees, which have not only enriched their coffers for such entities as "bathroom bills," but county budgets must be given monetary retribution for all costs relative to the losses of their Ninth and Tenth Amendment Rights to hold Bible classes or any other traditional Bible ceremonies, graduation festivities, or other attacks and monetary intimidation exercised by those who ignored the CIVIL RIGHTS LAW in order to fatten their coffers from the so-called CIVIL RIGHTS ACT. History will record the damage done to the economy of the United States in closing down all businesses which would not bow to the unnatural forces of so-called "Affirmative Action," for example, as well as the darkness and crime associated with the so-called "Dead Beat Act," 42 USC 666, 1996, and extortion/mandates crippling millions of men in a phenomena unequaled by the darkest imaginations. For such so-called "Civil Rights" legal combines to be able to cripple businesses,or individuals to live in mortal fear of

Page 11

a lawsuit by reckless litigation and wild intimidation, to hinder free enterprise since 1964 deserves a great penalty than this Court can exercise.

THEREFORE, based on the above, Intervenor concludes that all persons complicit in such extortion/exaction must be brought to give an account and be penalized according to the law for their part and enforcement in such criminal activity, including the authors, enforcement and those complicit in this illegal activity, which has been foisted on a helpless public since 1964 and which has caused so much grief and heartache to our military veterans who endured and suffered their lives, their fortunes and their sacred honor to be mutilated by unlawful and hideous political racketeering. Persons who maintained their patriotic integrity and resisted at every juncture such force should be sought out and publicly commended for their faithfulness to this great Republic.

The strife, distress and heartache which they have endured can hardly be calculated in this brief.

Subjected to name-calling and ridicule for standing for personal and God-given Rights, and for the very founding principles of this great United States, Americans now see the ultimate outcome of this disastrous piece of cursed legislation until the day has come the common citizen is astonished to consider they may have to defend the normal practice of separate bathrooms.

The degradation in ignoring the fruit of the Civil War and the real freedom the Civil Rights Law certified must be exonerated by ending the Mandates and government overreach and utilizing the wonderful gift of God in the Ninth and Tenth Amendment to the United States Bill of Rights. Thus ends an era of degradation, ruined economy, corporate neglect of blood-purchased liberties to begin a day of true liberation to operate our lives according to

Page 12

ancient and just foundations.

In the words of the immortal General Douglas MacArthur on the USS Missouri at the unconditional surrender: **"These proceedings are closed."**

Respectfully submitted,

*[signature]*

June Griffin
265 Crestview Lane
Dayton, Tennessee 37321
(423) 775-0774