Exhibit (A)

Tennessee Constitution – Declaration of Rights

Art. 1, Section 2. "That government being instituted for the common benefit, the doctrine of nonresistance against arbitrary power ad oppression is absurd, slavish and destructive of the good and happiness of mankind."

Art. XI. Section 16. Misc. Provisions. "The declaration of rights hereto prefixed is declared to be a part of the Constitution of the state, and shall never be violated on any pretense whatever. And to guard against transgression of the high powers we have delegated, we declare that everything in the bill of rights contained, is excepted out of the General powers of government, and shall forever remain inviolate.

## Ninth Amendment

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## Tenth Amendment

The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.


Exh. C



**STATE OF TENNESSEE**
**DEPARTMENT OF TRANSPORTATION**
BUREAU OF ENGINEERING
SUITE 700, JAMES K. POLK BUILDING
505 DEADERICK STREET
NASHVILLE, TENNESSEE 37243-1402
(615) 741-0791

JOHN C. SCHROER
COMMISSIONER

BILL HASLAM
GOVERNOR

November 14, 2016

County Executive George Thacker
375 Church Street Suite 215
Dayton, TN 37321

RE: Americans with Disabilities Act (ADA) Compliance and Self-Certification

County Executive George Thacker:

Attached you will find a letter from the Federal Highway Administration Tennessee Division, in which the Tennessee Department of Transportation (TDOT) has been informed we must ensure every city and county with fifty (50) employees or more must have an ADA Transition Plan and Self-Evaluation in order to receive Transportation Funds.

This letter also serves as notice of the deadline for submission of compliance documentation. The deadlines for submission are as follows:

**December 2016**
- Communities with 50 employees or more in their jurisdiction must provide TDOT with documentation stating they have named a qualified person as their ADA Coordinator
- Communities must provide TDOT the Coordinator's contact information.
- Communities must develop and publish an ADA grievance procedure

**December 2017**
- Communities must provide a written letter from the Mayor outlining the development of their Transition Plan
- Letter from the Mayor must be adopted by the City Council or County Commissioners using the city's or county's own procedures

September 2018
- Communities must provide documentation showing they have completed or are making significant progress towards completing an ADA Transition Plan and Self Evaluation

- All self-certification forms are expected to be returned to TDOT.
  Note: Projects may not be advanced within the city or county without this self-certification form

December 2019
- FHWA will require all Transition Plans be completed prior to communities resigning TIP certification

Submission of these deliverables will place TDOT and your community in compliance with the Americans with Disabilities Act of 1990 and the Rehabilitation Act of 1973, Section 504. Following submission, the ADA Transition Plan Form will be received by Deborah Fleming, TDOT's Senior Regional Planner and Margaret Mahler, TDOT's ADA Coordinator. Copies of this form must accompany all applications for funding.

For additional information concerning ADA requirements, please contact Ms. Margaret Zeman Mahler at Margaret.Z.Mahler@tn.gov.

Sincerely,

Paul D. Degges

Paul D. Degges, P.E.
Deputy Commissioner/Chief Engineer

# Exh. D

The sum of the federal grant/mandate. today equals guilt by extortion aka exaction, a crime.

EXACT', verb transitive egzact'. [Latin exigo, exactum.
1. To force or compel to pay or yield; to demand or require authoritatively; to extort by means of authority or without pity or justice. It is an offense for an officer to exact illegal or unreasonable fees. It is customary for conquerors to exact tribute or contributions from conquered countries.

2. Extortion; a wresting from one unjustly; the taking advantage of one's necessities, to compel him to pay illegal or exorbitant tribute, fees or rewards. .

Penalties for Extortion

Extortion is generally a felony, punishable by fines and/or imprisonment and can include restitution. Threats to loss of, say road funds, if MANDATE is not complied with bears strong color of Extortion/Exaction.

Exaction and Extortion are twins. Condemned in the Bible, the supporting document of principles of our laws and statutes.

Exaction: To tax, harass or tyrannize, Strong's Exhaustive Concordance (Hebrew)

Deuteronomy 15:2 And this is the manner of the release: Every creditor that lendeth ought unto his neighbour shall release it; he shall not exact it of his neighbour, or of his brother; because it is called the LORD's release.

*Ezekiel* 45:9 kjv
Thus saith the Lord GOD; Let it suffice you, O princes of Israel: **remove violence and spoil, and execute judgment and justice, take away your exactions from my people, saith the Lord GOD.**

Neh. 5:7, 10, 11 -
Then I consulted with myself, and I rebuked the nobles, and the rulers, and said unto them, Ye exact usury, every one of his brother. And I set a great assembly against them. And I said unto them, We after our ability have redeemed our brethren the Jews, which were sold unto the heathen; and will ye even sell your brethren? or shall they be sold unto us? Then held they their peace, and found nothing to answer. Also I said, It is not good that ye do: ought ye not to walk in the fear of our God because of the reproach of the heathen our enemies? I

<u>likewise, and my brethren, and my servants, might exact of them money and corn: I pray you, let us leave off this usury. Restore, I pray you, to them, even this day, their lands, their vineyards, their oliveyards, and their houses, also the hundredth part of the money, and of the corn, the wine, and the oil, that ye exact of them.</u>

Nehemiah 10:31 (KJV)and if the people of the land bring ware or any victuals on the sabbath day to sell, that we would not buy it of them on the sabbath, or on the holy day: and that we would leave the seventh year, and the exaction of every debt.

Psalms 89:22-24 King James Version (KJV)**The enemy shall not exact upon him; Nor the son of wickedness afflict him**. And I will beat down his foes before his face, And plague them that hate him. But my faithfulness and my mercy shall be with him: And in my name shall his horn be exalted.

# Exh. D

The sum of the federal grant/mandate. today equals guilt by extortion aka exaction, a crime.

EXACT', verb transitive egzact'. [Latin exigo, exactum.
1. To force or compel to pay or yield; to demand or require authoritatively; to extort by means of authority or without pity or justice. It is an offense for an officer to exact illegal or unreasonable fees. It is customary for conquerors to exact tribute or contributions from conquered countries.

2. Extortion; a wresting from one unjustly; the taking advantage of one's necessities, to compel him to pay illegal or exorbitant tribute, fees or rewards. .

Penalties for Extortion

Extortion is generally a felony, punishable by fines and/or imprisonment and can include restitution. Threats to loss of, say road funds, if MANDATE is not complied with bears strong color of Extortion/Exaction.

Exaction and Extortion are twins. Condemned in the Bible, the supporting document of principles of our laws and statutes.

Exaction: To tax, harass or tyrannize, Strong's Exhaustive Concordance (Hebrew)

Deuteronomy 15:2  And this is the manner of the release: Every creditor that lendeth ought unto his neighbour shall release it; he shall not exact it of his neighbour, or of his brother; because it is called the LORD's release.

*Ezekiel* 45:9 kjv
Thus saith the Lord GOD; Let it suffice you, O princes of Israel: **remove violence and spoil, and execute judgment and justice, take away your exactions from my people, saith the Lord GOD.**

Neh. 5:7, 10, 11 -
Then I consulted with myself, and I rebuked the nobles, and the rulers, and said unto them, Ye exact usury, every one of his brother. And I set a great assembly against them. And I said unto them, We after our ability have redeemed our brethren the Jews, which were sold unto the heathen; and will ye even sell your brethren? or shall they be sold unto us? Then held they their peace, and found nothing to answer. Also I said, It is not good that ye do: ought ye not to walk in the fear of our God because of the reproach of the heathen our enemies? I

> likewise, and my brethren, and my servants, might exact of them money and corn: I pray you, let us leave off this usury. Restore, I pray you, to them, even this day, their lands, their vineyards, their oliveyards, and their houses, also the hundredth part of the money, and of the corn, the wine, and the oil, that ye exact of them.

Nehemiah 10:31 (KJV)and if the people of the land bring ware or any victuals on the sabbath day to sell, that we would not buy it of them on the sabbath, or on the holy day: and that we would leave the seventh year, and the exaction of every debt.

Psalms 89:22-24 King James Version (KJV)**The enemy shall not exact upon him; Nor the son of wickedness afflict him**. And I will beat down his foes before his face, And plague them that hate him. But my faithfulness and my mercy shall be with him: And in my name shall his horn be exalted.

## CERTIFICATE OF SERVICE

This is to certify that copies of the MOTION TO INTERVENE has been sent by United States Postal Service to all interested parties, by Intervenor, as listed below on May 16, 2024.

Jonathan Skrmetti
Attorney General'et al
General Office of the Tennessee Attorney General'sPOB 20207
Nashville, TN 37202 (615) 741-3491

Jason S. Miyares
Attorney General et al
Virginia Attorney General's Office
202 North 9th Street
Richmond Virginia 23219 (804) 786-2071

Patrick Morrisey
Attorney General et al
West Virginia General State Capitol
Building 1. Room E-26
1900 Kanawha Blvd.
E. Charleston, West Virginia 25305 (304) 558-2021

Russell Coleman
Attorney General et al
700 Capital Avenue
Suite 118
Frankfort, Kentucky 40601 (502) 696-5300

James A. Barta
Solicitor General et al
Deputy Atty. General-Policy Indiana
Attorney General's Office
IGCS 5TH Floor 302 W. Washington St.
Indianapolis, IN 46204 (317) 232-0709

Dave Yost
Attorney General, et al
General Office of the Ohio Attorney General
30 E. Broad Street
17th Floor
Columbus, Ohio 43215 (614) 466-8980

*June Griffin*
June Griffin
265 Crestview Lane, Dayton, TN 37321 (423) 775-0774