

U.S. POSTAGE PAID
FCM LG ENV
DAYTON, TN 37321
MAY 15, 2024
R2305H126718-14

Retail

RDC 99

June Griffin
265 Crestview Ln.
Dayton, TN 37321-6022

United States District Court
Eastern District of Kentucky
35 W. Fifth Avenue
Covington, Ky. 41011

BACK OF ENVELOPE