UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 24-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIGUEL CARDONA, in his Official | ) | **ORDER** |
| Capacity as Secretary of Education, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

Defendants Miguel Cardona and the United States Department of Education have filed a motion for clarification regarding their deadline for filing a response to the intervenor plaintiffs' motion for a preliminary injunction. The defendants also seek an extension of time in which to respond to the States' motion for a preliminary injunction so that both the plaintiffs' and the intervenor-plaintiffs' motions may be addressed in a single brief that will be due on the same day.

The Court previously denied the defendants' request for additional time to respond to the States' motion. It is unnecessary for the defendants' responses to be consolidated into a single document—this second request for an extension will be denied. The defendants will be given the standard period under Local Rule 7.1(c) to respond to the intervenor plaintiffs' motion. Accordingly, it is hereby

**ORDERED** as follows:

1.     The defendants' motion for clarification/extension of time is **GRANTED**, in part and **DENIED**, in part.

2.     Briefing is governed by Local Rule 7.1.  The defendants must respond to the intervenor plaintiffs' motion for a preliminary injunction on or before **Thursday, June 6, 2024**.

Dated: May 20, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky