UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 24-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIGUEL CARDONA, in his Official | ) | **ORDER** |
| Capacity as Secretary of Education, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Having considered the matter, it is hereby

**ORDERED** as follows:

1. The intervenor plaintiffs' motion for a preliminary injunction/stay is scheduled for hearing from **Monday, June 10, 2024,** at the hour of **9:00 a.m.**, and continuing as necessary through **Friday, June 14, 2024.** The hearing will take place at the United States Courthouse in **Lexington, Kentucky**.

2. The parties are directed to tender to the Court a list of witnesses and a brief description of the anticipated testimony of each witness no later than **Monday, June 3, 2024**. These items may be submitted electronically to Reeves_Chambers@kyed.uscourts.gov.

Dated: May 21, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky