UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 24-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIGUEL CARDONA, in his Official | ) | **COURTROOM** |
| Capacity as Secretary of Education, et al., | ) | **DECORUM ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

To promote efficiency and professionalism, it is hereby **ORDERED** as follows:

1. Counsel and the parties are directed to strictly adhere to the Court's hearing schedules and to be present at the time set for the beginning of any proceeding, as well as the resumption of any proceeding, following any recess.

2. Counsel must refrain from engaging in or employing dilatory tactics or tactics that are intended or designed, directly or indirectly, to cause unnecessary expense or prevent the orderly administration of justice.

3. Unless physical limitations prevent compliance, counsel are directed to stand when Court sessions are opened, recessed, or adjourned. Likewise, counsel shall stand when addressing, or being addressed by, the Court. Absent leave of Court, counsel are directed to stand at the lectern/podium while examining witnesses or while making statements and arguments.

4. Counsel must refrain from assuming an undignified posture in the Courtroom and should be properly attired in a proper and dignified manner.

5. No food or drinks may be brought into the Courtroom by parties, witnesses, or attorneys.

6. Counsel, parties, and witnesses must avoid unnecessary talking and conversation during proceedings. This includes discussions occurring prior to or following proceedings in which counsel, parties and witnesses are present in, or adjacent to, the Courtroom in which proceedings are occurring.

7. Counsel must address all remarks to the Court, rather than to opposing counsel.

8. Counsel must avoid disparaging personal remarks or acrimony toward opposing counsel and remain wholly detached from harboring ill feelings toward the litigants or witnesses.

9. Counsel are directed to refer to all persons, including witnesses, parties, and opposing counsel by surnames only.

10. Only one attorney for each party may examine or cross-examine each witness. The attorney stating objections during direct examination shall be the only attorney recognized for cross-examination.

11. Counsel must receive permission before approaching any witness during his or her testimony. Likewise, counsel must receive permission before approaching the bench.

12. Any paper, item or exhibit not previously marked for identification must first be handed to the Deputy Clerk of the Court to be marked for identification before being tendered to a witness for his or her examination. Likewise, any paper, item, or exhibit to be shown to a witness for identification and/or offered into evidence must first be presented to opposing counsel for examination.

13. Counsel must refrain from making gestures, facial expressions, audible comments, or similar expressions which could be construed as manifestations of approval or disapproval during the testimony of witnesses or arguments of opposing counsel. This directive also applies to all persons seated at or adjacent to counsel table.

14. Any witness called by a party is deemed to be under the control of that party. The witness may be excused if said calling party so desires or announces. Should opposing counsel desire the witness to be available for testimony later during the proceeding, counsel must so state and shall be responsible for securing the subsequent attendance of the witness.

15. All persons, including but not limited to counsel for the parties, are expected to comply with all orders or directives of Deputy United States Marshals and Court Security Officers strictly and absolutely prior to, during, and following all Court proceedings.

**      **      **

Failure to comply with any of the rules and procedures outlined above may result in the imposition of sanctions, monetary or otherwise.

Dated: May 21, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky