UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 24-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIGUEL CARDONA, in his Official | ) | **ORDER** |
| Capacity as Secretary of Education, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered May 8, 2024 [Record No. 50], it is hereby

**ORDERED** that the Clerk is directed to file the Complaint tendered by Intervenor-Plaintiffs Christian Educators Association International and A.C., by her next friend and mother, Abigail Cross, at Record No. 21-3.

Dated: May 21, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -