# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, <br><br> *Plaintiffs,* <br><br> and <br><br> **Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross, <br><br> *Proposed Intervenor-Plaintiffs,* <br><br> v. <br><br> **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, <br><br> *Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS |

## DECLARATION OF AMY MCKAY

1

I, Amy McKay, declare as follows:

1. I am over the age of eighteen and competent to testify. I have personal knowledge of the information below.

2. I am a Christian and a resident of Shelby County, Tennessee.

3. I have been teaching in public schools for twenty-four years.

4. I have been a member of the Christian Educators Association International for one year.

5. Christian Educators provides me insurance coverage and also supports me as a teacher in ways that reflect my beliefs.

6. I learned about Christian Educators from my sister, who is also a member. In the past, I had received liability coverage from an organization that supported causes I disagreed with. I knew I needed to look for coverage elsewhere. Finding Christian Educators has been a blessing.

7. With Christian Educators, I know my contributions go toward causes that I support. I enjoy getting insurance coverage from an organization that I feel represents me well.

8. My faith impacts how I teach. Because of my faith, I treat everyone with love and compassion and try to set an example for students and colleagues.

9. My faith teaches that people are created by God and deserve to be treated with dignity and respect. I also believe that God created everyone male or female and that someone's sex cannot be changed. I believe that people should live consistent with their God-given sex.

10. I do not believe that a male can be a woman and likewise don't think a female can be a man.

11. I believe that a person's sex is a central part of who they were created to be.

2

12. I cannot speak or act in a way that goes against my faith.

13. I currently teach 7th grade English at Arlington Middle School in Shelby County, Tennessee, a public school in Tennessee.

14. This is my first year teaching at Arlington Middle School.

15. Before teaching at Arlington Middle, I taught English for ten years to 9th through 11th graders at Arlington High School.

16. Both Arlington Middle School and Arlington High School are part of the Arlington Community Schools District.

17. I greatly enjoy teaching students in Arlington Community Schools.

18. When I taught at the high school, I also coached girls' softball.

19. When I went to college, I participated in college athletics and played softball. Women's sports are extremely important to me. I worked hard as an athlete to get a college scholarship for softball, and I love working with high school athletes to achieve their dreams.

20. I try to be approachable to students. Students inside and outside of class often strike up conversations with me about various topics. I know not all students will agree with my perspectives about everything, but I believe teachers should be someone students know they can trust to be genuine with them.

21. Several of the students I taught at Arlington High School identify as transgender.

22. As far as I know, the high school has between 10 and 15 students who identify as transgender. And as far as I know, Arlington Middle School has around 4 students who identify as transgender.

23. On about 5 occasions, students have requested that I use inaccurate pronouns—that is pronouns that are inconsistent with the students' sex and instead reflect a contrary gender identity.

24. On a few occasions, a student's classmate will push me to use inaccurate pronouns when interacting with their friends who identify as transgender.

25. My religious beliefs do not allow me to address students in a way that indicates that they are a member of the opposite sex.

26. Using pronouns that do not align with a student's sex violates my beliefs.

27. When I have called students who identify as transgender in a way that reflects their sex not their gender identity, the student often responds by giving me a bad look. Frequently, they and their friends will roll their eyes.

28. I have often been afraid students would complain to school officials that I was not referring to them in the way they wanted.

29. Arlington Community Schools District does not require that I use inaccurate pronouns, meaning pronouns that do not reflect a person's sex. No administrator has ever said that I must use inaccurate pronouns.

30. Arlington Community Schools likewise has students participate in sports based on their sex rather than their gender identity.

31. When I was coaching softball, an incoming male student expressed interest in joining the female softball team. The athletic director told the student that only females were allowed on the girls' sports teams at Arlington High.

32. I was relieved because I would not have been comfortable having a male athlete on the girls' team when I coached. I didn't want to participate in taking away opportunities from female athletes on the team.

33. As this example shows, issues related to gender identity frequently come up at the schools where I have worked. In fact, I have often spoken with other teachers about this topic in the teachers' lounge. I have shared my beliefs that

people cannot change their sex and that I believe it is harmful to tell students that they are the opposite sex.

34. Differences between boys are girls are particularly clear in athletics. I have told my colleagues that I do not believe men who identify as women should be able to compete in women's sports. I have shared how hard I worked to play softball in college and how unfair it would've been to allow a man to take my place on the team.

35. I have told them that I would never let my son, a student-athlete about to begin playing college baseball, decide he wanted to play women's softball because that would be unfair.

36. The differences apply off the field as well. I have expressed to my colleagues that males cannot be girls, and females cannot be boys. I have shared my religious belief that God made man and woman distinct. This is very clear in the Bible. I have voiced my belief that regardless of people's preferences, they cannot change their sex and that changes to outward appearance do not alter someone's sex.

37. When I have shared my opinion, other teachers have pushed back, saying that it is respectful to use the pronouns requested by students. I have shared that I believe that teachers' rights also must be respected, and that teachers cannot be required to refer to students based on gender identity rather than sex.

38. I think it is important that teachers and staff have the freedom to discuss their views on controversial topics like this, as it helps us to support one another and to talk through the best way to respect and support students.

39. As an educator, I also feel that it is important for me to advocate for students in my personal capacity.

40. I have posted numerous times on social media about the importance of protecting women's sports.

5

41. As a female athlete myself, the former coach of a girls' softball team, and the mother of a female athlete, I believe it is critical that males not be permitted to compete against women. Allowing males to compete on women's teams jeopardizes safety and fairness in women's sports.

42. Some of my colleagues follow me on social media.

43. On two occasions, I have had the school administration talk to me about something I posted. In one instance, I removed the post after they spoke to me about it. I know that the school administration is aware of my expression on social media.

44. Arlington Community Schools abide by Title IX.

45. Under the Arlington Community Schools Board Policies, all employees must receive annual training on how to identify and report Title IX violations to the district's designated Title IX Coordinator.

46. The district's Title IX policy is posted on the Arlington Community Schools website and printed in every student handbook.

47. As a teacher, if I am informed of or if I witness something that qualifies as sexual harassment under Title IX, the Arlington Community Schools Title IX policy requires that I report this immediately.

48. From what I understand, the new Title IX rule changes the definition of sexual harassment to include words and actions that previously would not constitute a violation.

49. I am now afraid about sharing my views at school and on social media about issues related to gender identity because I worry that I may violate the new rules. For example, I want to continue to express my beliefs to colleagues and students who ask whether men who identify as women should participate in women's sports, whether they are in fact men, and whether they should be able to access women's sports teams and women's private areas like bathrooms. I want to

6

continue to share that I think living contrary to your sex is harmful and that boys cannot become girls and girls cannot become boys. I want to explain to others why I don't use inaccurate pronouns and why I believe doing so would constitute lying and require me to speak views contrary to my faith.

50. Beginning August 1, 2024, when these rules go into effect, I will no longer speak openly about my views on gender identity at school for fear that the school will punish me or that I will be found to have violated federal law. I will also limit what I post on social media on these topics for fear of being reported. I would rather stop speaking my views on these topics and avoid the risk of being punished. This certainly will affect how I interact with students and colleagues. I will not bring up topics that I would have, and I will avoid engaging in conversations on topics related to gender identity until I know I won't be punished for expressing my views.

51. For example, after August 1, I will no longer tell students or staff at school that there are only two sexes. If I am asked directly to say that or what I think about it, I will simply say, I can't talk about that right now.

52. I also will not report myself or other teachers merely for speaking views critical of gender ideology or for declining to use inaccurate pronouns. But I am afraid that come August 1, I will be required to do so because of school policy once combined with the new Title IX changes.

53. I think that requiring teachers to report themselves and one another for expressing their views on topics like gender identity will be harmful to inter-faculty, staff, and student relationships and prevent us from supporting one another. I fear it will substantially affect how we teach and interact with others. It will prevent me from having open and honest discussions about gender identity as I have done in the past.

## DECLARATION UNDER PENALTY OF PERJURY

I, ___Amy McKay_____, a citizen of the United States and a resident of the State of ___Tennessee____, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this _2_ day of __May_, 2024 at ___Arlington___, Tennessee.

Amy McKay

8