265 Crestview Lane
Dayton, TN 37321
(423) 775-0774
May 21, 2024

Eastern District of Kentucky
FILED

MAY 28 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

TO: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY, COVINGTON DIVISION

and

ALL INTERESTED PARTIES TO;   CASE 2-24-CV-00072

FROM: JUNE GRIFFIN, INTERVENOR

SUBJECT;  CORRECTION – MOTION TO INTERVENE

Intervenor begs the Court and clerical personnel to pardon the inconvenience caused by this insert, and beg to insert enclosed pages in this Motion to Intervene dated May 16, 2024, due to a typing error..

Thank you for your kind consideration.

*June Griffin*
June Griffin
265 Crestview Lane
Dayton, TN 37321
(423) 775-0774