Page 10

insubordination.

21. That the State of Tennessee passed legislation into law which forbid the forces of tyranny regarding Covid , medical procedures HJR 0013, signed by the Governor of Tennessee, necessitating new laws to bypass such force.

22. That the United States taxpayer is forced to send their income tax to Washington which is then recycled and used against them, forcing their integrity into submission to an unAmerican force of jaded law.

23, That I protest loudly and with all the legitimate force of citizenship the use of tax dollars to pay attorneys which may be involved in contrary litigation to enforce edicts regarding so-called 'bathroom bills," or other heinous and unnatural forces of laws based on the so-called 'Civil Rights Act" or Title 9.

24. That Congress be forced to repeal all aspects of the so-called "Civil Rights Act", that the lawyers for such dark and unnatural forces be required to recompense counties for their legal fees, which have not only enriched their coffers for such entities as "bathroom bills," but county budgets must be given monetary retribution for all costs relative to the losses of their Ninth and Tenth Amendment Rights to hold Bible classes or any other traditional Bible ceremonies, graduation festivities, or other attacks and monetary intimidation exercised by those who ignored the CIVIL RIGHTS LAW in order to fatten their coffers from the so-called CIVIL RIGHTS ACT. History will record the damage done to the economy of the United States in closing down all businesses which would not bow to the unnatural forces of so-called "Affirmative Action," for example, as well as the darkness and crime associated with the so-called "Dead Beat Act," 42 USC 666, 1996, and extortion/mandates crippling millions of men in a phenomena unequaled by the darkest imaginations. For such so-called "Civil Rights" legal combines to be able to cripple businesses,or individuals to live in mortal fear of

Page 11

a lawsuit by reckless litigation and wild intimidation, to hinder free enterprise since 1964 deserves a great penalty than this Court can exercise.

THEREFORE, based on the above, Intervenor concludes that all persons complicit in such extortion/exaction must be brought to give an account and be penalized according to the law for their part and enforcement in such criminal activity, including the authors, enforcement and those complicit in this illegal activity, which has been foisted on a helpless public since 1964 and which has caused so much grief and heartache to our military veterans who endured and suffered their lives, their fortunes and their sacred honor to be mutilated by unlawful and hideous political racketeering. Persons who maintained their patriotic integrity and resisted at every juncture such force should be sought out and publicly commended for their faithfulness to this great Republic.

The strife, distress and heartache which they have endured can hardly be calculated in this brief.

Subjected to name-calling and ridicule for standing for personal and God-given Rights, and for the very founding principles of this great United States, Americans now see the ultimate outcome of this disastrous piece of cursed legislation until the day has come the common citizen is astonished to consider they may have to defend the normal practice of separate bathrooms.

The degradation in ignoring the fruit of the Civil War and the real freedom the Civil Rights Law certified must be exonerated by ending the Mandates and government overreach and utilizing the wonderful gift of God in the Ninth and Tenth Amendment to the United States Bill of Rights. Thus ends an era of degradation, ruined economy, corporate neglect of blood-purchased liberties to begin a day of true liberation to operate our lives according to