June Griffin
265 Crestview Ln.
Dayton, TN 37321-6022

(STILL)
IN GOD WE ₥ TRUST

CHATTANOGA TN 373
22 MAY 2024 PM 1 L

United States District Court
Eastern District of Kentucky
35 W. Fifth Street
Covington, Ky 41011




BACK OF ENVELOPE