# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, *et al.*, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 2:24-cv-00072-DCR-CJS <br> District Judge Danny C. Reeves <br> Magistrate Judge Candace J. Smith |

### JOINT STATEMENT BY ALL PARTIES REGARDING HEARING ON PLAINTIFFS' MOTIONS FOR STAY AND PRELIMINARY INJUNCTION

Plaintiffs State of Tennessee, Commonwealth of Kentucky, State of Ohio, State of Indiana, Commonwealth of Virginia and State of West Virginia; Intervenor-Plaintiffs Christian Educators Association and A.C.; and Defendants United States Department of Education and its Secretary Miguel Cardona (collectively the "Parties") respectfully inform the Court of their position regarding the upcoming hearing on Plaintiffs' motions for stay and preliminary injunction (ECF Nos. 19 & 63) ("Plaintiffs' motions").

On May 21, 2024, the Court set a hearing on Plaintiffs' motions for June 10, 2024, and continuing as necessary through Friday, June 14, 2024. (ECF No. 69). The Court further ordered the parties to "tender to the Court a list of witnesses and a brief description of the anticipated

1

testimony of each witness no later than Monday, June 3, 2024." (*Id.*). The Parties have conferred regarding the Court's order, and agree that live witness testimony is not necessary to resolve Plaintiffs' motions. Rather, as is common in Administrative Procedure Act (APA) challenges, Plaintiffs' motions can be resolved based on consideration of the motion papers, which include the Parties' briefs, attached declarations and other associated exhibits, as well as oral argument. Proceeding with oral argument could further efficient resolution of Plaintiffs' motions through a hearing held on June 10, 2024 without occupying the Court's calendar for additional days.

Plaintiffs and Intervenor-Plaintiffs further note that, while they agree with Defendants that their motions can be resolved based on the written record alone, they are prepared to call witnesses to testify at the hearing. Consistent with the Court's May 21, 2024 Order, ECF No. 69, Plaintiffs and Intervenor-Plaintiffs will provide a witness list to the Court by June 3, 2024 absent further instruction from the Court in light of the Parties' agreement.

Dated: May 31, 2024
Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Counsel for Defendants*

<div style="display: flex;">

<div style="flex: 1;">

**RUSSELL COLEMAN**
  Attorney General

*/s/ Lindsey R. Keiser*
JUSTIN D. CLARK
  Civil Chief
VICTOR B. MADDOX
  Counsel for Special Litigation
LINDSEY R. KEISER
  Assistant Attorney General
**Kentucky Office of the Attorney General**
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
victor.maddox@ky.gov
justind.clark@ky.gov
lindsey.keiser@ky.gov

*Counsel for the Commonwealth of Kentucky*


**THEODORE E. ROKITA**
  Attorney General

*/s/ James A. Barta*
JAMES A. BARTA*
  Solicitor General
CORRINE L. YOUNGS*
  Policy Director and Legislative Counsel
JOSHUA DAVID*
  Deputy Attorney General - Policy
**Indiana Attorney General's Office**
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov
corrine.youngs@atg.in.gov
joshua.david@atg.in.gov

*Counsel for the State of Indiana*

</div>

<div style="flex: 1;">

**JONATHAN SKRMETTI**
  Attorney General and Reporter

*/s/ Whitney D. Hermandorfer*
J. MATTHEW RICE*
  Solicitor General
WHITNEY D. HERMANDORFER*
  Director of Strategic Litigation
STEVEN J. GRIFFIN*
  Senior Counsel for Strategic Litigation &
Assistant Solicitor General
VIRGINIA N. ADAMSON*
  Counsel for Strategic Litigation &
Assistant Solicitor General
BRIAN DANIEL MOUNCE*
  Counsel for Strategic Litigation &
Assistant Solicitor General
**Office of the Tennessee**
**Attorney General & Reporter**
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
matt.rice@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
steven.griffin@ag.tn.gov
jenna.adamson@ag.tn.gov
brian.mounce@ag.tn.gov

*Counsel for the State of Tennessee*

**DAVE YOST**
  Attorney General

*/s/T. Elliot Gaiser*
T. ELLIOT GAISER*
  Solicitor General
MATHURA SRIDHARAN*
  Deputy Solicitor General
**Office of the Ohio Attorney General**
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
thomas.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov

*Counsel for the State of Ohio*

</div>

</div>

**JASON S. MIYARES**
  Attorney General

*/s/ Kevin M. Gallagher*
KEVIN M. GALLAGHER*
  Principal Deputy Solicitor General
BRENDAN T. CHESTNUT*
  Deputy Solicitor General
**Virginia Attorney General's Office**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us
bchestnut@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

*/s/ Rachel A. Rouleau*
RACHEL A. ROULEAU*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

JONATHAN A. SCRUGGS*
Arizona Bar No. 030505
HENRY W. FRAMPTON, IV*
South Carolina Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

**PATRICK MORRISEY**
  Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS*
  Principal Deputy Solicitor General
**Office of the West Virginia Attorney General**
State Capitol, Bldg. 1, Room E-26
1900 Kanawha Blvd. E.
Charleston, West Virginia 25305
304-558-2021
michael.r.williams@wvago.gov

*Counsel for the State of West Virginia*

NATALIE D. THOMPSON*
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

EDWARD L. METZGER III
Kentucky Bar No. 94138
**OMEGA LAW PLLC**
P.O. Box 559
Union, KY 41091
(859) 898-2140
Lee@nkylaw.net

*Counsel for Intervenor-Plaintiffs*

*Admitted pro hac vice

4

## CERTIFICATE OF SERVICE

  I hereby certify that on May 31, 2024, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

<p align="center"><em><u>/s/ Pardis Gheibi</u></em></p>