UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| STATE OF TENNESSEE, et al., | ) |
| Plaintiffs, | ) Civil Action No. 2: 24-072-DCR |
| V. | ) |
| MIGUEL CARDONA, in his Official Capacity as Secretary of Education, et al., | ) **ORDER** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a joint statement regarding the upcoming hearing on the plaintiffs' motions for a preliminary injunction. In sum, they agree that witness testimony is unnecessary to resolve the plaintiffs' and intervening plaintiffs' motions and that oral argument can be limited to one day—June 10, 2024. Although the Court previously instructed the parties to tender witness lists on or before June 3, 2024, the decision of whether to present witness testimony is entirely up to the parties.

Accordingly, it is hereby

**ORDERED** that, if a party does not intend to present witness testimony during the preliminary injunction hearing, the party is directed to tender a notice **on or before June 3, 2024**, indicating that the party will not present witness testimony on any injunctive factor to be considered in connection with the relief requested by the plaintiffs and intervening plaintiffs.

Dated: May 31, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky