# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, *et al.*, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 2:24-cv-00072-DCR-CJS <br> District Judge Danny C. Reeves <br> Magistrate Judge Candace J. Smith |

## DEFENDANTS' NOTICE REGARDING HEARING ON
## PLAINTIFFS' MOTIONS FOR STAY AND PRELIMINARY INJUNCTION

Defendants United States Department of Education and its Secretary Miguel Cardona (collectively the "Parties") respectfully inform the Court that they do not intend to present witness testimony during the hearing on Plaintiffs' motions for stay and preliminary injunction (ECF Nos. 19 & 63) ("Plaintiffs' motions").

As noted in the Parties Joint Statement filed on May 31, 2024, all parties have conferred regarding the Court's order, and agree that there is no need for live witness testimony during the hearing on Plaintiffs' motions. (ECF No. 80). On May 31, 2024, the Court issued the following order: "if a party does not intend to present witness testimony during the preliminary injunction hearing, the party is directed to tender a notice on or before June 3, 2024, indicating that the party

1

will not present witness testimony on any injunctive factor to be considered in connection with the relief requested by the plaintiffs and intervening plaintiffs." May 31, 2024, Minute Order.

Pursuant to the Court's May 31, 2024, Minute Order, Defendants notify the Court that they do not intend to present witness testimony during the preliminary injunction hearing.

Dated: May 31, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

<u>/s/ Pardis Gheibi</u>