IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br><br>*Plaintiffs,*<br><br>and<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DCR-CJS |

**PROOF OF SERVICE ON MIGUEL CARDONA**

1

I, Julie Peterson, do solemnly swear that the facts set forth below are true to the best of my personal knowledge:

1. I am a senior paralegal for Alliance Defending Freedom.

2. The following documents were served on The Honorable Miguel Cardona, Secretary of the United States Department of Education, in his official capacity via certified mail on May 3, 2024:

- Motion to Intervene and Memorandum in Support; Proposed Order; Proposed Complaint; Exhibit List with Exhibits A-H; and Corporate Disclosure Statement.
- Motion for Pro Hac Vice Admission of Jonathan A. Scruggs with attached Exhibit A and Proposed Order;
- Motion for Pro Hac Vice Admission of Henry W. Frampton, IV with attached Exhibit A and Proposed Order;
- Motion for Pro Hac Vice Admission of Rachel A. Rouleau with attached Exhibit A and Proposed Order; and
- Motion for Pro Hac Vice Admission of Natalie D. Thompson with attached Exhibit A and Proposed Order;

3. Confirmation of service is attached as Exhibit 1.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 31, 2024.

*s/ Julie Peterson*
Julie Peterson
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, a copy of the foregoing Proof of Service was filed with the Clerk of Court using the CM/ECF system. I further certify that the foregoing document was served using the CM/ECF system on all counsel of record.

Respectfully submitted this 31st day of May, 2024.

*s/ Rachel A. Rouleau*
Rachel A. Rouleau (Virginia Bar No. 97783)
**Alliance Defending Freedom**
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
(571) 707-4790
rrouleau@ADFlegal.org

*Co-Counsel for Intervenor-Plaintiffs*