# EXHIBIT 1



# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

# 70222410000150016867

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:25 am on May 14, 2024 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20202
May 14, 2024, 7:25 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                                                 ⌄

USPS Tracking Plus®                                                                                  ⌄

Product Information                                                                                  ⌄

See Less ⌃

Track Another Package

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs