IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,

*Plaintiffs,*

and

**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,

*Intervenor-Plaintiffs,*

v.

**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,

*Defendants.*

**Case No.** 2:24-cv-00072-DCR-CJS

**PROOF OF SERVICE ON THE UNITED STATES
DEPARTMENT OF EDUCATION**

1

I, Julie Peterson, do solemnly swear that the facts set forth below are true to the best of my personal knowledge:

1. I am a senior paralegal for Alliance Defending Freedom.
2. The following documents were served on The United States Department of Education via certified mail on May 3, 2024:

    - Motion to Intervene and Memorandum in Support; Proposed Order; Proposed Complaint; Exhibit List with Exhibits A-H; and Corporate Disclosure Statement.
    - Motion for Pro Hac Vice Admission of Jonathan A. Scruggs with attached Exhibit A and Proposed Order;
    - Motion for Pro Hac Vice Admission of Henry W. Frampton, IV with attached Exhibit A and Proposed Order;
    - Motion for Pro Hac Vice Admission of Rachel A. Rouleau with attached Exhibit A and Proposed Order; and
    - Motion for Pro Hac Vice Admission of Natalie D. Thompson with attached Exhibit A and Proposed Order;

3. Confirmation of service is attached as Exhibit 1.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 31, 2024.

           *s/ Julie Peterson*
           Julie Peterson
           Alliance Defending Freedom
           15100 N. 90th Street
           Scottsdale, Arizona 85260

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, a copy of the foregoing Proof of Service was filed with the Clerk of Court using the CM/ECF system. I further certify that the foregoing document was served using the CM/ECF system on all counsel of record.

Respectfully submitted this 31st day of May, 2024.

*s/ Rachel A. Rouleau*
Rachel A. Rouleau (Virginia Bar No. 97783)
**Alliance Defending Freedom**
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
(571) 707-4790
rrouleau@ADFlegal.org

*Co-Counsel for Intervenor-Plaintiffs*