# EXHIBIT 1



# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

# 70222410000150016874

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:25 am on May 14, 2024 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20202
May 14, 2024, 7:25 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                    ∨

USPS Tracking Plus®                                                     ∨

Product Information                                                     ∧

Feedback

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | 9590940277082122053737 (/go/TrackConfirmAction?tLabels=9590940277082122053737) |

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs