UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

Eastern District of Kentucky
FILED
MAY 31 2024
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs,*<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. 2:24-cv-00072-DCR-CJS<br><br>District Judge Danny C. Reeves<br><br>Magistrate Judge Candace J. Smith |

## MOTION FOR ADMISSION *PRO HAC VICE* – GIANCARLO G. PICCININI

Pursuant to Local Civil Rule 83.2, Giancarlo G. Piccinini hereby moves for admission *pro hac vice* to the United States District Court for the Eastern District of Kentucky to appear and participate as counsel for proposed *amici curiae* the States of New Jersey, California, and Pennsylvania ("Proposed State Amici")[1] in the above-captioned proceeding. In support of this motion, I hereby declare:

1. I am a Deputy Attorney General with the State of New Jersey, Department of Law and Public Safety, Division of Law. I am a member in good standing of the Bars of the State of New Jersey (Bar No. 414322022), the United States Court of Appeals for the Third Circuit, the United States District Court for the District of New Jersey, and the United States District Court for

---

[1] Proposed State Amici intend to file a Motion for Leave to Appear as Amici Curiae on or about May 31, 2024.

the District of Columbia. Attached hereto is a Certificate of Good Standing from the Supreme Court of New Jersey.

2. I am not currently, and have never been, disbarred, suspended from practice, or subject to any other disciplinary action by any court, state, territory, or the District of Columbia.

3. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. I am experienced in using the CM/ECF system in multiple federal courts and have reviewed the training materials provided on this Court's website.

5. My identifying information is as follows:

> Giancarlo G. Piccinini
> Office of the New Jersey Attorney General
> 124 Halsey Street
> P.O. Box 45029
> Newark, New Jersey 07101
> (973) 648-3574
> Giancarlo.Piccinini@law.njoag.gov

6. In further support of this motion, I have submitted the prescribed fee via CM/ECF in accordance with Local Rule 83.2.

WHEREFORE, the undersigned respectfully moves this Court to enter an order of admission *pro hac vice* for the purposes of this cause only, permitting Giancarlo G. Piccinini to serve as counsel for Proposed Amici States in this matter.

Dated: May 29, 2024

Respectfully submitted,

Giancarlo G. Piccinini
Deputy Attorney General