# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 2:24-cv-00072-DCR-CJS<br><br>District Judge Danny C. Reeves<br><br>Magistrate Judge Candace J. Smith |

## [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF GIANCARLO G. PICCININI

Before the Court is the Motion for Admission *Pro Hac Vice* of Giancarlo G. Piccinini. The Court, having considered the requests, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The Motion for Admission *Pro Hac Vice* of NAME is **GRANTED**; and

2. Giancarlo G. Piccinini is **ADMITTED** *pro hac vice* as counsel for proposed amici curiae.


This _____ day of _____, 2024.


_____
United States District Judge

ATTN: Robert R. Carr, Clerk
United States District Court
Eastern District of Kentucky
35 W. 5th Street
Covington, KY 41011-1401