# U.S. District Court

## Kentucky Eastern - Covington

Receipt Date: Jun 3, 2024 9:17AM

George Wagner
124 Halsey Street
5th Floor
Newark, NJ 07101

| Rcpt. No: 200001571 | | Trans. Date: Jun 3, 2024 9:17AM | | | Cashier ID: #TrBh |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111 | Pro Hac Vice | DKYE524FP000001 /001<br>LIBRARY FUND | 1 | 125.00 | 125.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $125.00 |
| | Total Due Prior to Payment: | $125.00 |
| | Total Tendered: | $125.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: Pro Hac Fee: Attorney Giancarlo G. Piccinini; 2:24-cv-00072-DCR-CJS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.