UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 24-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIGUEL CARDONA, in his Official | ) | **ORDER** |
| Capacity as Secretary of Education, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The states of New Jersey, California, Pennsylvania, Colorado, Delaware, Hawaii, Illinois, Massachusetts, Michigan, Minnesota, New York, Oregon, Rhode Island, Vermont, Washington, and the District of Columbia have tendered a brief as *amici curiae* in opposition to the plaintiffs' motion for a stay and preliminary injunction. The participation of *amici curiae* is "a privilege within the sound discretion of the courts, depending upon a finding that the proffered information of [*amici*] is timely, useful, or otherwise necessary to the administration of justice." *BancInsure, Inc. v. U.K. Bancorporation Inc./United Kentucky Bank of Pendleton County, Inc.*, 830 F. Supp. 2d 294, 307 (E.D. Ky. 2011) (quoting *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991)). Further, the proper role of *amici* is "to aid the Court in resolving doubtful issues of the law rather than present[ing] a partisan view of the facts." *Id.* (citation omitted).

Proposed *amici* did not file a motion for leave or otherwise explain why they should be permitted to participate in this case. The Court has reviewed the tendered brief and concludes

- 1 -

that it does not add to the Court's understanding of the issues, as it largely echoes the arguments that have already been made by the Department of Education. And while attorney Giancarlo G. Piccinini appears to meet the requirements under Local Rule 83.2, his motion for *pro hac vice* admission will be denied since the Court declines *amici*'s request to participate in this matter. Accordingly, it is hereby

**ORDERED** as follows:

1. Attorney Giancarlo G. Piccinini's motion for *pro hac vice* admission [Record No. 86] is **DENIED**.

2. The Clerk of the Court is directed to **STRIKE** the filing at Record No. 85.

Dated: June 3, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky