# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, <br><br> *Plaintiffs,* <br><br> and <br><br> **Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross, <br><br> *Intervenor-Plaintiffs,* <br><br> v. <br><br> **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, <br><br> *Defendants.* | **Case No.** 2:24-cv-00072-DCR-CJS <br><br> District Court Judge Danny C. Reeves |

**INTERVENOR-PLAINTIFFS' NOTICE REGARDING LIVE TESTIMONY**

Intervenor-Plaintiffs will not provide any live witness testimony on any injunctive factor to be considered in connection with the relief requested by the plaintiffs or intervening plaintiffs in their motions for preliminary injunctive relief. Intervenor-Plaintiffs will rest on the sworn declarations and other competent evidence presented in support of their preliminary-injunction motion.

---

Respectfully submitted June 3, 2024.

Respectfully submitted June 3, 2024.

Edward L. Metzger III
Kentucky Bar No. 94138
OMEGA LAW PLLC
P.O. Box 559
Union, KY 41091
(859) 898-2140
Lee@nkylaw.net

*s/ Henry W. Frampton, IV*

Jonathan A. Scruggs\*
Arizona Bar No. 030505
Henry W. Frampton, IV\*
South Carolina Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Rachel A. Rouleau\*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

Natalie D. Thompson\*\*
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for Intervenor-Plaintiffs*

\*Admitted *pro hac vice*

\*\*Admitted *pro hac vice; practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*

## CERTIFICATE OF SERVICE

 I hereby certify that on June 3, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

        By: *s/ Henry W. Frampton, IV*
        Henry W. Frampton, IV*
        South Carolina Bar No. 75314
        **Alliance Defending Freedom**
        15100 N. 90th Street
        Scottsdale, Arizona 85260
        (480) 444-0020
        (480) 444-0028 Fax
        hframpton@ADFlegal.org