UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 24-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIGUEL CARDONA, in his Official Capacity as Secretary of Education, et al., | ) ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Having considered the parties' recent filings, it is hereby

**ORDERED** that the preliminary injunction hearing will begin at hour of **9:00 a.m.** on Monday, June 10, 2024, at the United States Courthouse in Lexington, Kentucky.

Dated: June 4, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky