**Exhibit C**

Reply in Support of the States' Motion for a § 705 Stay and Preliminary Injunction



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS, REGION IV**

61 FORSYTH ST., SOUTHWEST, SUITE 19T10
ATLANTA, GA 30303-8927

REGION IV

ALABAMA
FLORIDA
GEORGIA
TENNESSEE

May 16, 2023

**Via E-Mail Only**

Cynthia Wieland
10992 Dixon Robinson Drive
Arlington, Tennessee 38002
Email: **alexanderhamiltonhood3@gmail.com**

Re: OCR Complaint # 04-23-1383

Dear Ms. Wieland:

On April 9, 2023, the U.S. Department of Education, Office for Civil Rights (OCR), received your complaint against Arlington Community Schools (District). You alleged that the District discriminated against your son, Max Wieland, a student at Arlington High School (School), on the basis of sex. Where appropriate, this letter will refer to your son as the Student.

OCR enforces Title IX of the Education Amendments of 1972 (Title IX), 20 U.S.C. §§ 1681 *et seq.*, and its implementing regulation, 34 C.F.R. Part 106, which prohibit discrimination on the basis of sex in any education program or activity receiving Federal financial assistance. OCR also enforces Section 504 of the Rehabilitation Act of 1973 (Section 504), 29 U.S.C. § 794, and its implementing regulation, 34 C.F.R. Part 104, which prohibit discrimination on the basis of disability by recipients of Federal financial assistance. Additionally, OCR enforces Title II of the Americans with Disabilities Act (Title II), 42 U.S.C. §§ 12131, *et seq.*, and its implementing regulation, 28 C.F.R. Part 35, which prohibit discrimination on the basis of disability by public entities. As a recipient of Federal financial assistance from the Department of Education and a public entity, the District is subject to these laws and to OCR's jurisdiction.

You alleged that from August 2021 through April 2023, the District refused to allow the Student to use restrooms that align with his gender identity, change the Student's name to his preferred name in the District's Learning Management System and in forward-facing documents, and consistently use his preferred name in verbal communications with the Student. You further alleged that during the same timeframe the District has failed to appropriately respond to incidents of harassment of the Student, who is transgender, and other LGBTQ students in the School.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

EXHIBIT 2

OCR Complaint # 04-23-1383
Page 2 of 2

Based on the above, OCR will investigate:

1. Whether the District discriminated against the Student on the basis of sex, in violation of Title IX and its implementing regulation at 34 C.F.R. Part 106.

2. Whether the District responded to harassment based on sex of the Student and other students, consistent with the requirements of Title IX and its implementing regulation at 34 C.F.R. Part 106.

3. Whether the District responded to harassment based on disability of the Student and other students, consistent with the requirements of Section 504 and Title II and their implementing regulations at 34 C.F.R. Part 104 and 28 C.F.R. Part 35, respectively.

4. **Whether** the District discriminated against the Student based on disability, in violation of Section 504 and Title II and their implementing regulations at 34 C.F.R. Part 104 and 28 C.F.R. Part 35, respectively.

Please note that opening these allegations for investigation in no way implies that OCR has made a determination with regard to their merits. During the investigation, OCR is a neutral factfinder, collecting and analyzing relevant evidence from the complainant, the recipient, and other sources, as appropriate. OCR will conduct its investigation in accordance with OCR's *Case Processing Manual*. A summary of OCR's complaint processing procedures can be found here: https://www2.ed.gov/about/offices/list/ocr/complaints-how.html.

Please be advised that the District must not harass, coerce, intimidate, discriminate, or otherwise retaliate against an individual because that individual asserts a right or privilege under a law enforced by OCR or files a complaint, testifies, assists, or participates in a proceeding under a law enforced by OCR. If this happens, the individual may file a retaliation complaint with OCR.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. If OCR receives such a request, we will seek to protect, to the extent provided by law, personally identifiable information that, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

If you have any questions regarding this letter, please feel free to contact Scott R. Sausser, Senior Attorney, at scott.sausser@ed.gov or 202-987-0007.

Sincerely,

*Jana Erickson*

Jana L. Erickson
Program Manager