# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, *Plaintiffs*, and CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, and A.C., by her next friend and mother, Abigail Cross, *Intervenor-Plaintiffs*, v. MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, *Defendants*. | Case No. 2:24-cv-00072-DCR-CJS<br>District Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

## [PROPOSED] ORDER

Having considered the States' Motion for Leave to File Supplemental Declarations in Support of Their Motion for a § 705 Stay and Preliminary Injunction, it is hereby **ORDERED** that the motion for leave to file is **GRANTED**. It is furthered **ORDERED** that the States' Supplemental Declarations filed in conjunction with the Reply in Support of the States' Motion for a § 705 Stay and Preliminary Injunction, Docs. #92-1 and #92-2, are deemed accepted and duly filed. It is

**SO ORDERED**.

_____            _____
Date                           United States District Judge