UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| STATE OF TENNESSEE, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> MIGUEL CARDONA, in his Official ) <br> Capacity as Secretary of Education, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 2: 24-072-DCR <br><br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

The plaintiff-States seek leave to file two additional declarations concerning the plaintiffs' compliance costs with respect to the Final Rule. The tendered declarations are relatively brief and provide additional information which may be helpful to the Court. [*See* Record Nos. 92-1, 92-2.] Further, the defendants take no position on the States' motion to file the additional declarations. Accordingly, it is hereby

**ORDERED** that the plaintiff-States' motion to file additional declarations [Record No. 93] is **GRANTED**.

Dated: June 7, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky