(EDKy-111)

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                       CIVIL MINUTES-GENERAL
```

Covington Case No. 2: 24-CV-074-DCR    at: Lexington    Date: June 7, 2024

Style: State of Tennessee, et al., v. Miguel Cordona, in his Official Capacity as Secretary of Education, et al.,

DOCKET ENTRY:

PRESENT: HON. DANNY C. REEVES, CHIEF UNITED STATES DISTRICT JUDGE

| Lisa Moore | Lauren Gootee |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Whitney D. Hermandorfer                   Elizabeth Tulis, DOJ
Steven J. Griffin                         Emily B. Nestler, DOJ
Justin D. Clark                           Pardis Ghebi, DOJ
Lindsey Keiser
Victor B. Maddox

ATTORNEYS PRESENT FOR INTERVENOR PLAINTIFFS:

Henry W. Frampton, IV
Rachel A. Rouleau

PROCEEDINGS:              MOTION HEARING

    This matter was called for hearing with counsel present as noted. Testimony was presented regarding the motions for § 705 Stay and Preliminary Injunction. [Record Nos. 19 and 63] The parties subsequently argued their respective position on the matter. Having heard testimony and arguments of counsel and being otherwise sufficiently advised, it is hereby

    **ORDERED** that the pending motions shall stand submitted upon submission of the Intervenor Plaintiffs' reply brief.

    Dated: June 10, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

Copies: COR
Clerks Initials: lkm

| TIC: | 4 | 22 |