# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  KENTUCKY

(Central Division at Lexington)

STATE OF TENNESSEE, et al.  **WITNESS LIST**

V.

MIGUEL CORDONA, in his official capacity as Secretary of Education, et al.  Case Number: 2: 24-CV-074-DCR

| PRESIDING JUDGE<br>Chief Judge Danny C. Reeves | PLAINTIFF'S ATTORNEYS<br>Steven Griffin, Whitney Hermandorfer, Virginia Adamson, Justin D. Clark, Lindsey Keiser, Victor B. Maddox | INTERVENOR PLAINTIFFS ATTORNEYS<br>Henry Frampton, IV, Rachel Rouleau |
|---|---|---|
| HEARING DATE<br>June 10, 2024 – Motion Hearing | | |
| DEFENDANTS ATTORNEYS<br>Emily Nestler, Pardis Ghebi, Elizabeth Tulis | COURT REPORTER<br>Lauren Gootee | COURTROOM DEPUTY<br>Lisa Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| W1 | | 06/10/24 | | | **Witness: Christy Ballard, Tennessee Dept of Education General Counsel** |
| W2 | | 06/10/24 | | | **Witness: David Thurman, Director - Tennessee Dept of Finance** |
| W3 | | 06/10/24 | | | **Witness: Steven Gentile, Ed.D., Tennessee Higher Education Commission, Executive Director** |

Page 1 of 1