UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 2:24-cv-00072-DCR-CJS<br>Chief District Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

**NOTICE OF APPEAL**

NOTICE is hereby given that Defendants Miguel Cardona, in his official capacity as Secretary of Education, and United States Department of Education (together "Defendants") appeal to the United States Court of Appeals for the Sixth Circuit from the Court's June 17, 2024, Memorandum Opinion and Order (ECF No. 100) granting Plaintiffs' and Plaintiff-Intervenors' motions for preliminary injunction (ECF Nos. 19 & 63).

Dated: June 24, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Pardis Gheibi*
ELIZABETH TULIS
REBECCA KOPPLIN
BENJAMIN TAKEMOTO
HANNAH SOLOMON-STRAUSS
PARDIS GHEIBI
Trial Attorneys

1

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on June 24, 2024, the above document was filed with the CM/ECF filing system.

*/s/ Pardis Gheibi*
