UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 2:24-cv-00072-DCR-CJS<br>Chief District Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for a Partial Stay Pending Appeal, IT IS HEREBY ORDERED that the Motion is GRANTED. The preliminary injunction entered in the Court's June 17, 2024, Memorandum Opinion (ECF No. 100) is hereby stayed pending Defendants' appeal thereof to the United States Court of Appeals for the Sixth Circuit, except as to the following provisions of the 2024 Rule: (i) 34 C.F.R. § 106.31(a)(2), and (ii) the "hostile environment harassment" definition in 34 C.F.R. § 106.2, as applied to discrimination on the basis of gender identity.

_____                                          _____
Date                                                                              Danny C. Reeves, Chief Judge