# EXHIBIT 1



# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

# 70222410000150011527

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:15 pm on May 10, 2024 in LEXINGTON, KY 40507.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

LEXINGTON, KY 40507
May 10, 2024, 1:15 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Feedback

**Track Another Package**

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs