IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

|  |  |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br>     *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*, <br><br>     *Defendants*. | No. 2:24-cv-00072 |

### DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF STATES' AND INTERVENOR-PLAINTIFFS' COMPLAINTS

Defendants respectfully move this Court to extend their deadlines to respond to the Complaints filed by the Plaintiff States and Intervenor-Plaintiffs until July 22, 2024.

Good cause exists for this request. Thus far, the parties have been occupied with the preliminary-injunction proceedings, which concluded with the issuance of the Preliminary Injunction by this Court on June 17, 2024. *See* ECF No. 100. Currently, Defendants' deadline to respond to Plaintiff States' Complaint is July 1, 2024, and Defendants' deadline to respond to Intervenor-Plaintiffs' Complaint is July 9, 2024. The requested extensions of both these deadlines to July 22, 2024 will not affect any other existing deadlines.

There is good cause for the requested extension. First, the additional time would allow the parties a meaningful opportunity to meet and confer regarding their views on how the next phase of this case might proceed in this Court, including a proposed schedule and order of events that takes account of this Court's preliminary injunction order and the related appeals thereof. Any

consensus the parties might reach on those issues has the potential to affect or obviate the deadlines for responses to the Complaints if the Court agrees to it.

Second, the requested extension would allow Defendants to fully evaluate and respond to the claims in both Complaints, in a manner that takes account of the Court's order on Plaintiffs' preliminary injunction motion. Additional time is also needed in order to allow time for the requisite coordination and intra- and inter-agency review that must be employed in order for Defendants to submit their response to the Complaints.

Undersigned counsel reached out to Plaintiff States' counsel and Intervenor-Plaintiffs' counsel on June 25, 2024, to request their respective positions on this motion to extend deadlines for response to Plaintiffs' complaints until July 22, 2024. Undersigned counsel was informed that Plaintiff States and Intervenor-Plaintiffs both consent to Defendants' request. A proposed order is attached.

Dated: June 25, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　EMILY B. NESTLER
　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　*/s/ Pardis Gheibi*
　　　　　　　　　　　　　　　　　　　ELIZABETH TULIS
　　　　　　　　　　　　　　　　　　　REBECCA KOPPLIN
　　　　　　　　　　　　　　　　　　　BENJAMIN TAKEMOTO
　　　　　　　　　　　　　　　　　　　HANNAH SOLOMON-STRAUSS
　　　　　　　　　　　　　　　　　　　PARDIS GHEIBI
　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　P.O. Box No. 883, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　　Phone: 202-305-3246

        Fax: (202) 616-8470
        E-mail: Pardis.Gheibi@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

I certify that on June 25, 2024, I conferred via e-mail with counsel for Plaintiffs in the above-captioned case about this motion. By email on June 25, 2024, Whitney Hermandorfer of the Office of the Tennessee Attorney General informed me that the Plaintiff States consent to the motion. By email on June 25, 2024, Jonathan Scruggs, counsel for Plaintiff-Intervenors, informed me that Plaintiff-Intervenors also consent to the motion.

/s/ *Pardis Gheibi*

**CERTIFICATE OF SERVICE**

I certify that on June 25, 2024, the above document was filed with the CM/ECF filing system.

/s/ *Pardis Gheibi*