UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 2:24-cv-00072-DCR-CJS<br>Chief District Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time, IT IS HEREBY ORDERED that the Motion is GRANTED. The Defendants' deadline to respond to Plaintiff States' Complaint is extended until July 22, 2024. The Defendants' deadline to respond to Intervenor-Plaintiffs' Complaint is extended until July 22, 2024.

_____  _____
Date                                                              Danny C. Reeves, Chief Judge

1