IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA<br><br>  *Plaintiffs*,<br><br>and<br><br>CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, and A.C. by her next friend and mother, Abigail Cross<br><br>  *Intervenor-Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendants*. | Case No. 2:24-cv-00072-DCR-CJS<br>District Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

## [PROPOSED] SCHEDULING ORDER

The Plaintiff States moved the Court to enter a Scheduling Order governing the future course of this civil action and its ultimate disposition on the merits. The Court being sufficiently advised, it is hereby

**ORDERED** that the Plaintiff States' motion is **GRANTED**; it is further

**ORDERED** that the following schedule is adopted:

  <u>July 12, 2024</u>:  Plaintiff States to file motion for summary judgment

  <u>August 2, 2024</u>:  Defendants to file the Administrative Record

| | |
|---|---|
| <u>August 2, 2024</u>: | Defendants to file their responses to Plaintiff States' dispositive motions and any incorporated cross-motions |
| <u>August 16, 2024</u>: | Plaintiffs States to file their responses to Defendants' cross-motions and incorporated replies in support of their own dispositive motions |
| <u>August 30, 2024</u>: | Defendants to file their replies in support of any cross-motions |

Oral argument on the merits issues [shall be held on _____, 2024]/[ shall not be held].

**SO ORDERED**.

_____  _____
Date   United States District Court Judge