UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 24-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIGUEL CARDONA, in his Official Capacity as Secretary of Education, et al., | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Having reported the parties' agreement that no discovery is needed in this matter, the plaintiff-States seek entry of a briefing schedule for dispositive motions. In the interest of expeditious resolution of this matter, it is hereby

**ORDERED** as follows:

1. The defendants are directed to file a response to the plaintiffs' motion for entry of a briefing schedule **on or before Monday, July 8, 2024**. The defendants' response should include their proposed briefing schedule for resolution of the issues presented in this case.

2. The plaintiffs' motion will stand submitted to the Court upon filing of the defendants' response.

Dated: July 3, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky