IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*, <br><br> *Defendants*. | No. 2:24-cv-00072 |

**[PROPOSED] ORDER**

It is hereby ORDERED that proceedings in this case are STAYED pending appeal. The parties are instructed to file a joint status report with a proposal for further proceedings within fourteen days of issuance of the Court of Appeals' mandate.

Dated: _____

_____
Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky