UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 24-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIGUEL CARDONA, in his Official Capacity as Secretary of Education, et al., | ) ) | **NOTICE** |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The defendants have filed a motion for a stay of district court proceedings pending appeal or, in the alternative, for a stay of the defendants' deadlines to respond to the plaintiff-States' and Intervenor plaintiffs' Complaints. [Record No. 116] The defendants' motion in the alternative is articulated, in part, as a "request [for] an extension of the deadline" to respond to the plaintiffs' Complaints. [*Id.*] As such, the Court construes the request as a motion for an extension of time, for which there is a shortened period for filing a response in opposition under Local Rule 7.1(b).

The defendants' motion further states: "Plaintiffs have indicated their agreement that an answer need not be filed." [*Id.* at 2] For the Court to consider such a proposition, the parties must file a stipulation obviating the need for the defendants to file Answers/responsive pleadings to the Complaint and Intervening Complaint.

Accordingly,

**NOTICE** is given that the plaintiff-States' response to the motion for a stay of proceedings or, in the alternative, for an extension/stay of the defendants' deadlines to respond

- 1 -

to the Complaints is due **on or before Monday, July 15, 2024**. The matter will stand submitted to the Court upon the filing of the States' response. Absent a stipulation regarding the filing of Answers/responsive pleadings, the Court will not consider a position that waives the filing requirement.

Dated: July 12, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky