United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 07/17/2024.

**Case Name:**   TN, et al v. Miguel Cardona, et al
**Case Number:**   24-5588

**Docket Text:**
ORDER filed - We therefore deny the motion to stay the district courtís preliminary injunction. To mitigate any harm to the Department, we will expedite its appeal of the district courtís issuance of a preliminary injunction and direct the Clerk's Office to set a briefing schedule so that the case may be heard by a randomly assigned argument merits panel during the October sitting. Jeffrey S. Sutton, Chief Circuit Judge; Alice M. Batchelder, Circuit Judge and Andre B. Mathis, (DISSENTING) Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Ms. Virginia Adamson
Mr. James A. Barta
Mr. John J. Bursch
Mr. James A. Campbell
Mr. Robert R. Carr
Mr. James Patrick Davy
Mr. Thomas Elliot Gaiser
Mr. Kevin Michael Gallagher
Ms. Pardis Gheibi
Mr. Steven James Griffin
Ms. Whitney D. Hermandorfer
Ms. Lindsey Keiser
Mr. Matthew Franklin Kuhn
Mr. Edward L. Metzger III
Mr. Brian Daniel Mounce
 Steven A. Myers
Ms. Melissa N. Patterson
Mr. David Peters
Mr. James Matthew Rice
Mr. Jonathan Andrew Scruggs

Ms. Mathura Jaya Sridharan
Mr. Jack Starcher
Mr. Jacob P. Warner
Mr. Michael Ray Williams
Mr. Charles P. Wisdom Jr.