**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

|  |  |
|---|---|
| STATE OF TENNESSEE, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*,<br><br>    *Defendants.* | Case No. 2:24-cv-00072-DCR-CJS<br>Chief District Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

**STIPULATION REGARDING ANSWERS/RESPONSIVE PLEADINGS TO THE**
**COMPLAINT AND INTERVENING COMPLAINT**

The parties hereby stipulate and agree that there is no need for Defendants to file a separate response to the Complaint and Intervening Complaint, and that Defendants' response to the Complaint and Intervening Complaint can and shall be consolidated with their motion for summary judgment. The parties further stipulate as follows:

1.  On June 25, 2024, Defendants filed an unopposed motion to extend the deadlines to answer the Complaint and Intervening Complaint until July 22, 2024, *see* ECF No. 106, which the Court granted. *See* June 26, 2024, Minute Order.

2.  In a separate motion relating to the schedule for dispositive motions in this case, Defendants indicated that Plaintiffs and Intervenor-Plaintiffs have agreed that Defendants need not file an answer to the Complaint and Intervening Complaint. ECF No. 116 at 2. On July 12, 2024, this Court issued a Notice, stating that "for the Court to consider such a proposition, the parties must file a stipulation obviating the need for the defendants to file Answers/responsive pleadings to the Complaint and Intervening Complaint." *See* ECF No. 119 at 1.

-1-

3.   The Court has since entered a scheduling order in this case, which sets forth a summary judgment briefing schedule. ECF No. 121. In accordance with that schedule, Plaintiffs' motion for summary judgment is due on or before July 26, 2024, and Defendants' response and cross-motion for summary judgment is due on or before August 23, 2024.

4.   The parties have further conferred regarding Defendants' response to the complaint and, consistent with the Court's July 12, 2024 Notice, Defendants, Plaintiffs, and Intervenor-Plaintiffs, by and through their undersigned counsel, hereby stipulate that there is no need for Defendants to file a separate response to the Complaint and Intervening Complaint, and further stipulate that Defendants' response to the Complaint and Intervening Complaint can and should be consolidated with their motion for summary judgment.

Dated: July 17, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

/s/ Pardis Gheibi
ELIZABETH TULIS
REBECCA KOPPLIN
BENJAMIN TAKEMOTO
HANNAH SOLOMON-STRAUSS
PARDIS GHEIBI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: 202-305-3246
Fax: (202) 616-8470
E-mail: Pardis.Gheibi@usdoj.gov

Attorneys for Defendants

-2-

**RUSSELL COLEMAN**
  Attorney General

*/s/ Lindsey R. Keiser*
JUSTIN D. CLARK
  Civil Chief
VICTOR B. MADDOX
  Counsel for Special Litigation
LINDSEY R. KEISER
  Assistant Attorney General
**Kentucky Office of the Attorney General**
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
victor.maddox@ky.gov
justind.clark@ky.gov
lindsey.keiser@ky.gov

*Counsel for the Commonwealth of Kentucky*

**THEODORE E. ROKITA**
  Attorney General

*/s/ James A. Barta*
JAMES A. BARTA*
  Solicitor General
CORRINE L. YOUNGS*
  Policy Director and Legislative Counsel
JOSHUA DAVID*
  Deputy Attorney General - Policy
**Indiana Attorney General's Office**
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov
corrine.youngs@atg.in.gov
joshua.david@atg.in.gov

*Counsel for the State of Indiana*

**JASON S. MIYARES**
  Attorney General

*/s/ Kevin M. Gallagher*
KEVIN M. GALLAGHER*
  Principal Deputy Solicitor General
BRENDAN T. CHESTNUT*

**JONATHAN SKRMETTI**
  Attorney General and Reporter

*/s/ Whitney D. Hermandorfer*
J. MATTHEW RICE*
  Solicitor General
WHITNEY D. HERMANDORFER*
  Director of Strategic Litigation
STEVEN J. GRIFFIN*
  Senior Counsel for Strategic Litigation &
Assistant Solicitor General
VIRGINIA N. ADAMSON*
  Counsel for Strategic Litigation &
Assistant Solicitor General
BRIAN DANIEL MOUNCE*
  Counsel for Strategic Litigation &
Assistant Solicitor General
**Office of the Tennessee**
**Attorney General & Reporter**
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
matt.rice@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
steven.griffin@ag.tn.gov
jenna.adamson@ag.tn.gov
brian.mounce@ag.tn.gov

*Counsel for the State of Tennessee*

**DAVE YOST**
  Attorney General

*/s/T. Elliot Gaiser*
T. ELLIOT GAISER*
  Solicitor General
MATHURA SRIDHARAN*
  Deputy Solicitor General
**Office of the Ohio Attorney General**
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
thomas.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov

*Counsel for the State of Ohio*
**PATRICK MORRISEY**
  Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS*

Deputy Solicitor General
**Virginia Attorney General's Office**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us
bchestnut@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

Principal Deputy Solicitor General
**Office of the West Virginia Attorney General**
State Capitol, Bldg. 1, Room E-26
1900 Kanawha Blvd. E.
Charleston, West Virginia 25305
304-558-2021
michael.r.williams@wvago.gov

*Counsel for the State of West Virginia*

*/s/ Rachel A. Rouleau*
RACHEL A. ROULEAU*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

JONATHAN A. SCRUGGS*
Arizona Bar No. 030505
HENRY W. FRAMPTON, IV*
South Carolina Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org

NATALIE D. THOMPSON*
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

EDWARD L. METZGER III
Kentucky Bar No. 94138
**OMEGA LAW PLLC**
P.O. Box 559
Union, KY 41091

(859) 898-2140
Lee@nkylaw.net

*Counsel for Intervenor-Plaintiffs*

-4-

hframpton@ADFlegal.org

*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2024, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.


*/s/ Pardis Gheibi*