UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| STATE OF TENNESSEE, et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br> V.  )<br>  )<br> MIGUEL CARDONA, in his Official  )<br> Capacity as Secretary of Education, et al.,  )<br>  )<br>  Defendants.  ) | Civil Action No. 2: 24-072-DCR<br><br><br><br>**ORDER** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Having considered the parties' stipulation concerning the defendants' obligation to respond to the Complaint and Intervening Complaint, it is hereby

**ORDERED** as follows:

1. The defendants' July 22, 2024, deadline for filing responsive pleadings is **SET ASIDE**.

2. The defendants' responsive pleadings will be consolidated with any motion for summary judgment, which is due **on or before Friday, August 23, 2024**.

Dated: July 19, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -