# TABLE OF CONTENTS: APPENDIX
# TO INTERVENOR-PLAINTIFFS' BRIEF IN SUPPORT OF THEIR
# MOTION FOR SUMMARY JUDGMENT

| Description | Appendix Page Number(s) |
|---|---|
| Declaration of A.C. | 1–13 |
| Declaration of David Schmus | 14–30 |
| Declaration of Brett Campbell | 31–37 |
| Declaration of Michelle Keaton | 38–45 |
| Declaration of Amy McKay | 46–53 |
| Declaration of Silvia Moore | 54–59 |
| Declaration of Joshua Taylor | 60–66 |
| Declaration of Christian Winkler | 67–75 |
| Declaration of Te'Andra Parker | 76–82 |
| Declaration of William Field | 83–90 |
| Supplemental Declaration of A.C. | 91–96 |
| Supplemental Declaration of Joshua Taylor | 97–101 |
| Supplemental Declaration of Amy McKay | 102–105 |
| Supplemental Declaration of Rachel A. Rouleau | 106–109 |
| Athletic Records of B.P.J. | 110–177 |