# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br><br>*Plaintiffs,*<br><br>and<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Proposed Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS |

## DECLARATION OF MICHELLE KEATON

1

Intervenor-Pls. MSJ 038

I, Michelle Keaton, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. I have personal knowledge of the information below.

2. I am currently a member of the Christian Educators Association International. I have been a member of Christian Educators since 2021.

3. I am a Christian, and I joined Christian Educators because its mission aligns with my own Christian faith and beliefs. When I became a teacher, I looked for an educational association that would not only provide the insurance coverage I needed, but that also aligned with my values. Christian Educators does not fund causes that violate my religious beliefs.

4. I also joined Christian Educators to get legal advice on how to handle any situations that might come up in the school context.

5. Teaching is my opportunity to show God's love to others; it provides me with a platform through which I can have a positive impact on children. Christian Educators supports this goal and provides me with the resources necessary to do my job from a biblical perspective.

6. I currently work as a business teacher in Dr. Paul Kelley Volunteer Academy, a public school in Knox County Schools in Tennessee. In our public school, we primarily teach juniors and seniors from surrounding schools who are in danger of not graduating high school. We provide more intensive instructional support and alternative teaching methods to ensure these students can graduate on time and become college and career ready.

7. I was hired at Dr. Paul Kelly Academy in 2016. I have been a teacher for 22 years, and for almost all 22 of those years, I have taught in Knox County.

**Intervenor-Pls. MSJ 039**

8. Knox County Schools has established Title IX policies that say the school complies with Title IX. My county is committed to following the Title IX policies.

9. During my time as a teacher, I have received training on Title IX.

10. At the beginning of this year, I attended a staff training on all the pertinent regulations we need to abide by in our classrooms. There were two slides that discussed Title IX requirements. We have this meeting at the beginning of every school year. I attended this meeting at the start of the 2023–24 school year.

11. Once my school provides me the information on the pertinent regulations, we sign a document attesting that we have received the information about school-required policies.

12. My school district takes Title IX compliance very seriously.

13. We have a process for Title IX violations at our school. When there are Title IX violations or complaints, there is a chain of command that flows up to the school superintendent. There is also a self-reporting requirement for Title IX violations in my school district.

14. Each year, I have regular contact with about 30–45 students through my classes.

15. This year, I had one student who was gender-confused and identified contrary to their sex. This student was in my class and requested that I use pronouns that did not align with the student's sex. The principal brought up the issue with me. Thankfully, the situation resolved itself, and I was never required to use inaccurate pronouns. I would not have done so if ordered to.

16. In the 2021–2022 school year, I experienced a similar situation. A student in my class requested that I use pronouns that didn't match the student's sex. I did not want to use the inaccurate pronouns, and the student expressed

Intervenor-Pls. MSJ 040

concern to my principal. Thankfully, the situation was resolved without me having to use inaccurate pronouns.

17. No school administrator or principal has ever informed me that I must use a student's pronouns that do not align with the student's sex.

18. That was not the only interaction over gender-identity issues that I had with that student who this year wanted me to use inaccurate pronouns. One day, three students were out talking in the hallway, and class was about to start. At first, I told the group they needed to go to class. A few minutes later, they still had not gone to class, so I asked the students to go to class. I referred to each student according to their sex, not their gender identity. One of the students was the student who asked me to use inaccurate pronouns, and I referred to that student according to the student's sex.

19. The students were upset that I did not refer to the student according to the student's gender identity. One of those students expressed distress about how I referenced the student. That same student reported false allegations against me to my principal.

20. I care deeply for my students, and I do not want to lie to them or encourage them into a situation that will only make their lives more difficult. I believe that God created each person in his image, that God created two distinct sexes, male and female, and that sex is immutable. Because of my religious beliefs, I will not lie to my students, and I will not promote the view that people can change their sex, or that people should live contrary to their sex. If I were forced to use pronouns that do not match someone's sex, it would violate my religious beliefs and express views I disagree with.

21. Given the many students I teach and interact with regularly, I expect the number of requests I receive for using different pronouns to increase.

Intervenor-Pls. MSJ 041

22. I do not want to devalue the God-given worth of a person by perpetuating what I believe is a lie. To affirm or use a pronoun contrary to someone's sex would be inconsistent with my beliefs and what I believe is God's design for that person. I simply cannot affirm that a boy is a girl or vice versa, and I cannot, consistent with my religious beliefs, participate in a process of encouraging students to live contrary to their sex. I believe that the "social transition" process will harm them.

23. I am aware that using pronouns a student requests as part of expressing a new gender identity is called "social transition." It is my understanding that this "social transition" process often leads to children then undergoing dangerous medical procedures, like taking puberty blockers or cross-sex hormones and undergoing surgeries, in an effort to make them look like the opposite sex. I do not want to encourage students to go down that road of making potentially irreversible and life-changing decisions they may later regret. So I will not lie to my students by using pronouns that conflict with their sex.

24. I would object to using inaccurate pronouns of teachers, staff, or students based on my conscience because that policy would force me to violate my deeply held religious beliefs and force me to communicate ideas contrary to my beliefs.

25. I also do not want to stop expressing my beliefs about gender identity in school even if others disagree with me.

26. I have experienced issues with my colleagues when I express my religious beliefs. For example, one day in the hallway, I was talking with a fellow teacher when she received a notification that Tennessee's law protecting children from drag shows passed and would go into effect. I told her that I was happy it passed. A teacher who was walking by heard my comment, turned around, and began to yell at me. She told me that she did not understand why I would be happy

Intervenor-Pls. MSJ 042

about that law, and she attacked the sincerity of my religious beliefs because of my views on the law. She even told me that my expressing my opinion on the Tennessee law passing was the equivalent of using hate speech.

27. She was yelling at me so loudly that other teachers came out of their rooms to see what the commotion was. She was visibly upset and offended by what I had said.

28. But even when others disagree with my beliefs, I do not want to be forced to stop discussing my beliefs on topics that are important to me.

29. I also do not want to have to censor my speech with others.

30. One day, one of my students came to me outside of class time to express his distress that another teacher was negatively discussing Florida's law that would protect young children from hearing about sexual orientation and gender identity. He wanted to know what I thought about it and knew I would welcome a conversation with him. We briefly discussed the matter.

31. I want to continue expressing my views in appropriate settings during the school day, such as when I'm interacting with my colleagues during lunch or in the hall, as I have done in the past. I fear that if the Biden Administration's Title IX rule changes go into effect, I will be kept from speaking the truth about religious and controversial topics, particularly as they relate to gender ideology.

32. Specifically, I want to be free to tell my colleagues about my religious beliefs when asked and when the topic comes up and explain how God created two distinct sexes and how gender ideology is inconsistent with common sense and my religious beliefs. I want to explain why I am participating in this lawsuit and why I think it's important to reject the false idea that people can or should try to change their sex. I want to explain that a boy is not a girl or vice versa and that it is a lie to say otherwise.

Intervenor-Pls. MSJ 043

33. Many of my colleagues disagree with me on topics of gender identity, women's sports, and even medical transition efforts. Some colleagues have scolded me and asked me who am I to judge others on what they want to be called. Other colleagues have said they will use a student's preferred pronoun when a student requests it because they do not care. Many of my colleagues disagree with my views on human sexuality. The principal wants everyone to feel comfortable in the school.

34. I will not be able to comply with any new Title IX rule changes or new school policies that require me to use pronouns that do not align with someone's biological sex. If that happens, I fear I will be fired, or I will have to quit my job.

35. I also know I will not be able to abide by the school district's requirement that I report myself or others for violating these new changes to the Title IX rules. I will not use a pronoun that does not align with a student's biological sex, and I will not self-report that violation or report that Title IX violation if I hear other teachers referring to students only using pronouns that align with a student's sex.

36. It is my understanding that the new Title IX changes go into effect August 1. To avoid violating those regulations and to avoid being punished by my school for expressing my beliefs, I may have to quit my job if I know I will be forced to speak and convey messages that I disagree with.

Intervenor-Pls. MSJ 044

DECLARATION UNDER PENALTY OF PERJURY

I, _Michelle Keaton_, a citizen of the United States and a resident of the State of _Tennessee_, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this _02_ day of _May_, 2024 at _9:00_, A.M.

_Michelle Keaton_
Michelle Keaton

8

Intervenor-Pls. MSJ 045