# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br><br>*Plaintiffs,*<br><br>and<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Proposed Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS |

**DECLARATION OF SILVIA MOORE IN SUPPORT OF
MOTION TO INTERVENE**

1

Intervenor-Pls. MSJ 054

I, Silvia Moore, declare as follows:

1. I am a 52-year-old resident of Arlington, Tennessee, and have personal knowledge of the information below.

2. I am a Christian, a public-school teacher, and a member of the Christian Educator's Association. I have been a member of Christian Educators for the last two years.

3. I joined Christian Educators because it reflects my Christian values. It does not use my membership dues to fund causes that I disagree with. It represents me and my interests well. And it offers teacher's insurance at affordable rates.

4. My Christian faith impacts how I teach in the classroom. I try to be kind to my students and show dignity and respect to everyone I interact with.

5. I was first hired by Bartlett City Schools in 2016 to teach Spanish to middle schoolers. I currently teach around 100 students.

6. My school has a policy that says it complies with Title IX's prohibition on sex discrimination. Each year, at the beginning of the school year, we have online training and professional development that includes training on Title IX.

7. According to school policies, all forms of sexual harassment and discrimination on the basis of sex are prohibited. For that prohibition, the school policy cites 34 CFR §106.1, the prior version of the Title IX regulations.

8. According to these policies, I am expected to report any Title IX violations to my school.

9. My school also has a code of conduct that requires all teachers to comply with all applicable federal and state laws and to report anyone who violates this code within 30 days. Failure to report is considered a violation of the code. And according to this code, failure to comply with the code will result in disciplinary

action up to and including dismissal. Every teacher must agree to sign this code of conduct to continue working at the school.

10. Every year my school conducts multiple trainings on different topics, including sexual harassment and discrimination. Every year teachers must complete online trainings. Teachers can test out of some trainings, but not every training. Teachers are given the option to answer questions regarding sexual harassment and discrimination instead of sitting for the trainings every year.

11. School administrators have communicated to me that they expect me and other school employees to comply with Title IX.

12. To my knowledge, my school does not have a policy about students who identify as the opposite sex or who ask to be referred to by inaccurate pronouns, meaning pronouns contrary to their sex. In fact, no school administrator has ever communicated to me that I must use inaccurate pronouns. It is my understanding that Tennessee state law currently protects my right to use pronouns consistent with someone's sex.

13. I do not object to using nicknames if the students request them. But I will not use inaccurate pronouns—such as referring to a female student with he/him pronouns, or a male student with they/them pronouns—because to me, that would be lying. That would violate my conscience and my religious beliefs about God's design for humanity. I cannot say whatever words I am asked to say, especially if it would entail communicating false information.

14. I believe that God created two distinct sexes and that God created humans to live consistent with their sex. So I cannot affirm the opposite, by using pronouns to communicate to people that their sex is irrelevant or that it's ok to try to change their sex or that there are more than two sexes.

15. Two years ago, I had a female student who came to me at the beginning of the school year and asked me to call her by a different name. I agreed

3

**Intervenor-Pls. MSJ 056**

to do so. The female student also asked me to use male pronouns to refer to her. I said that I could not do that. The student is registered in our school system as female, and I know the student to be female based on my years of teaching in that school. The student did not press the issue.

16. There continue to be students in our school system who identify as transgender. I have had students in the past who identify as transgender, and I expect to have students in the future who do, too. So far, that has not been an issue because my school has not required me to use inaccurate pronouns.

17. I also interact with students outside the classroom in the hallway or after school in the Spanish club that I sponsor. If there are students who identify as transgender who attend Spanish club or interact with me outside of class, I will not be able to use pronouns that do not align with their biological sex.

18. I would also like to share my beliefs on gender and sexuality with my colleagues and students in appropriate settings. I have expressed my beliefs about biological sex and gendered language in my classroom with my students. For example, I talked with my students about the Spanish language and how all the nouns have gender, either male or female. One of my students mentioned a peer and said that the student did not have a male or female gender. The student asked how we should refer to that student. I responded that there are only two genders, male and female, and we should refer to the student accordingly.

19. In another class, we read a story written in Spanish that emphasized the differences between men and women. The students read the story about a family with a mom, a dad, and some of their children. One of my students commented that some people who are not women can have surgery, and then give birth to a child. I told this student that only women can have babies.

20. I interact with my fellow colleagues daily on an informal basis. I sometimes eat with other teachers in the school's teachers' lounge. I also speak with

Intervenor-Pls. MSJ 057

other educators between classes in the halls, during school breaks, in meetings, and in the many trainings we have every year.

21. Because of my faith, I want to express my beliefs on gender identity and the immutability of sex. However, I fear that the new Title IX rules will keep me from having these conversations with my colleagues.

22. I also fear that when the Title IX rules change, my school district will be forced to require me, and other teachers, to use inaccurate pronouns to address students who identify contrary to their sex. I also fear I will be punished for expressing views that align with common sense and my religious beliefs about biology, human sexuality, and gender. I fear that my school will punish me if I will not tell students that there are more than two distinct sexes or that a man can be a woman or vice versa. I also fear that I will violate my school's policy for not reporting myself and others for violating the new Title IX rules. All of this will put me in a very difficult position and leave it unclear what I can and cannot say to comply with state, local, and federal laws.

23. If I am forced to use inaccurate pronouns or to speak in a way contrary to my religious beliefs, I will have to quit my job. I cannot lie and speak views contrary to my beliefs.

Intervenor-Pls. MSJ 058

DECLARATION UNDER PENALTY OF PERJURY

I, Silvia Moore, a citizen of the United States and a resident of the State of Tennessee, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 2 day of May, 2024 at Arlington, TN.

_____
Silvia Moore

6

Intervenor-Pls. MSJ 059