# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br><br>*Plaintiffs,*<br><br>and<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DCR-CJS<br><br>District Court Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

## DECLARATION OF CHRISTIAN WINKLER

1

**Intervenor-Pls. MSJ 067**

I, Christian Winkler, under penalty of perjury, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. I have personal knowledge of the information below.

2. I am a Christian and a member of the Christian Educators Association International, which I joined in 2023.

3. Christian Educators is an association that supports Christian teachers throughout the United States and provides them with legal and spiritual resources.

4. I joined Christian Educators because I wanted to be part of something that supports others. I wanted to receive benefits from an organization that supports me and others who share my beliefs. There is not a legal voice for Christians in the public education system, and I admired how Christian Educators encourages its members in a gentle, genuine way.

5. I have been a teacher for almost three years, and I feel that it is a calling in my life. I want to teach students how to read, write, and think critically in all aspects of their lives. I have dedicated my life to serving children and I want to make sure I do my job well. My faith informs my teaching, even though I teach in a neutral way, because my faith informs all parts of my life.

6. I began working at Bluegrass Middle School in Elizabethtown, Kentucky, in 2023. This is my second position as a teacher. Bluegrass Middle School is a public school bound by Title IX.

7. My school is very strict about Title IX compliance. Every year, my school conducts multiple Title IX trainings we must attend to ensure we know the regulations and will follow them. Every year I have to sign a document that says I am aware of the regulations and will follow them.

Intervenor-Pls. MSJ 068

8. School administrators have clearly communicated to the educators at my school that we must comply with Title IX. It is also mandatory to report Title IX violations I see around the school.

9. At my school, we do not have a policy about students who identify as the opposite sex or who ask to be referred to by pronouns inconsistent with their sex.

10. The two counselors at my school have told me when dealing with a student who requests pronouns that do not align with their sex, to do "whatever you feel is right."

11. It is also my understanding that Kentucky has a law that protects my right to use pronouns consistent with someone's sex.

12. I teach social studies to sixth and seventh-grade students. My students are in a stage of life where they learn and grow rapidly. They are maturing and learning more about who they are and who they want to be.

13. I do not want to lie to my students. I want to treat all my students with dignity and respect. I believe that referring to my students as something they are not is disrespectful.

14. Through my faith, I believe that God created two distinct sexes, male and female and that people cannot change their sex. God designed our sex and I believe we should accept our bodies and live consistently with our sex, which promotes flourishing.

15. I always teach my classes and interact with my students with my faith in mind.

16. Throughout the day, I interact with roughly 115 students. The class sizes vary, but on average, I have around 20 students in each class.

17. I also interact with students in the hallway, at lunch, and even during after-school events, like school dances and fall festivals.

Intervenor-Pls. MSJ 069

18. I have had students request that I use pronouns inconsistent with their biological sex. This past year, I had two students in my classes who identified as a gender that did not align with their biological sex.

19. At the beginning of the school year, I pass around a student survey that asks the students their names. On this survey, one of the female students wrote that she goes by a male name and uses male pronouns.

20. I knew that because of my faith, I would not be able to use masculine pronouns for a biological female student. I went to the school counselors, and they told me to "do whatever feels right." Other colleagues told me that I should just refer to my students in any way that they request.

21. Thankfully, my school does not have a policy that violates my religious beliefs, and I was able to continue referring to my student in a way consistent with my beliefs. I refrained from using any pronouns for this student and continued using her female name in class when it was necessary.

22. I have interacted with this student outside of my classroom, in the hallways, and even at the Fall Festival last October.

23. My interactions in class with this student were difficult as many of my other students made sure to let me know that this student identifies as a different gender, and I needed to use her chosen name and pronouns.

24. At one point during class, my students asked me why I would not refer to this student as a male as requested. I told my class that they are all young and are still going through many changes in their lives. This child's parent named them this name, so I will refer to this student as this name until their name changes in the system.

25. Our school has an online system where the students' grades and other information is posted. On that system, the student's name and pronouns are posted. Students and parents can have the school change the child's name on this

4

Intervenor-Pls. MSJ 070

system. I will use the student's name that is written on that system. But I will not use a pronoun for a child that does not align with their biological sex.

26. I tell the students I will use the name that is tracked on the online system the school maintains.

27. I also had another student in my class who uses pronouns that do not align with the student's biological sex. Navigating the situation with this student was difficult as the other students in my class routinely told me that this student uses different pronouns.

28. The other students in my class routinely tell me that I need to be respectful of these students' gender identity.

29. I have had conversations with students in my class about how men and women are designed differently. Sometimes it has come up in a casual way, where I ask a bigger male to help me move a desk and not a smaller female. One girl asked me why I asked the male, and I expressed that men and women are different and men are on average bigger and stronger than women.

30. I have also had conversations with my students outside of my classroom. After class one day, a student asked me about my faith, and we had a conversation about it. I don't proselytize to my students, but I will answer questions about my faith when my students ask.

31. I also interact with other teachers and administrators at school, and we discuss some of these issues. My colleagues told me to use the students' names and pronouns that they request.

32. I told them that I will not be able to violate my religious beliefs by lying to my students.

33. I also talk to my colleagues about my faith. My faith is very important to me, so I will regularly carry booklets that explain my faith and will hand them

5

Intervenor-Pls. MSJ 071

out to other teachers. I have had a few colleagues tell me to save my resources and not to distribute it to them.

34. I have had conversations with my colleagues about the biological distinctions between men and women. When we are in the lunchroom or in the hallway, teachers have discussions about the current events in the world. We have had discussions about men competing in women's sports and men taking opportunities away from women.

35. In this conversation, I mentioned the advantages that males have over females in most sports, such as greater height, strength, and speed. I also talked about the safety risks to women of having to compete in contact sports against men who are categorically bigger, stronger, faster, and have different physiology. Some people regard these differences as mere stereotypes and accuse me of unfairly stereotyping women, but I believe they are real biological differences that are important to the discussion.

36. One of my colleagues told me that I was sexist for expressing this view.

37. I have also expressed the idea that God has created men and women different with different biological makeups. When I discuss my religious views on sex and gender with my students and colleagues in informal settings, I have stated my belief that males and females are of equal worth and dignity but inherently different from each other in important ways. These differences include the capacity to bear children, the proper ordering of marriage, and a variety of ways in which males and females complement each other.

38. Many people regard these physical differences as mere stereotypes and would accuse me of stereotyping women by discussing them, but I believe these differences are real and part of the way God created the world.

6

Intervenor-Pls. MSJ 072

39. I want to continue to express my views in school with my colleagues and my students, as I have done in the past. I fear that if these Title IX rule changes are permitted to go into effect, I will be kept from speaking about controversial topics, specifically as they relate to gender identity.

40. When the topic comes up, I want to continue expressing my beliefs with colleagues and, when appropriate, with students that there are two distinct sexes, male and female, and we cannot change our sex.

41. I will not be able to comply with any new Title IX rule changes or school policies that require me to use pronouns that do not align with a student's biological sex. If that happens, I do not know what I would do. I fear I would be fired, or I may have to quit my job.

42. I also understand that the Title IX rule changes may allow females who identify as male to use the men's restroom. While the teachers have a separate restroom in the teachers' lounge, the bathroom is only a single-use restroom. There is one for men and one for women. In an emergency, the teachers will routinely use the students' restroom.

43. The restrooms are designated for male and female students and are multiple use.

44. I would not be comfortable and do not want to use the same restroom as a female student or staff member. It would be uncomfortable for me to do so. I especially do not want to share this space alone with a female student who could be as young as 12 years old.

45. The male restrooms have one stall and many urinals. The one stall was broken for a while this year; it was missing one of the wall panels. The restroom does not provide much privacy, which is why there are designated restrooms for males and females.

7

Intervenor-Pls. MSJ 073

46. I also know I will not be able to abide by the requirement that I report myself or others for violating the Title IX rule changes. I will not use pronouns that do not align with a student's biological sex, and I will not self-report that violation or report another teacher who refers to students as their biological sex. I cannot lie and speak views contrary to my beliefs.

**Intervenor-Pls. MSJ 074**

## DECLARATION UNDER PENALTY OF PERJURY

I, Christian Winkler, a citizen of the United States and a resident of the State of Kentucky, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of July, 2024 at Elizabethtown, Kentucky.

_____
Christian Winkler

**Intervenor-Pls. MSJ 075**