# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, <br><br> *Plaintiffs,* <br><br> and <br><br> **Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross, <br><br> *Intervenor-Plaintiffs,* <br><br> v. <br><br> **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, <br><br> *Defendants.* | **Case No.** 2:24-cv-00072-DCR-CJS <br><br> District Court Judge Danny C. Reeves <br> Magistrate Judge Candace J. Smith |

## DECLARATION OF WILLIAM FIELD

1

**Intervenor-Pls. MSJ 083**

I, William Field, under penalty of perjury, declare as follows:

1. I am a resident of Lafayette, Indiana, in Tippecanoe County, and have personal knowledge of the information below.

2. I am over the age of eighteen, of sound mind, and competent to sign this declaration.

3. I am a member of Christian Educators Association. I appreciate the work that Christian Educators does to promote the flourishing of Christians teaching in the public-school setting.

4. Being a Christian is central to who I am and informs every decision I make.

5. As a Christian, I believe that every person has dignity and is invaluable. I believe, as the Bible teaches, that every person is created by God, in his image and likeness, as a male or female.

6. I believe that people's sex is an important part of who they are and has real implications for their calling and the way that they reflect God's image to the world.

7. This belief informs my role as a professor. I am cognizant that each student I teach and each employee I work with is worthy of dignity and respect, and I try to manifest this belief in my interactions with them.

8. Since 1977, I have been a Professor of Agricultural and Biological Engineering at Purdue University, a public, land-grant university, in West Lafayette, Indiana. I currently hold the position of full professor. Purdue is a public university that is bound by Title IX.

9. Before joining the faculty at Purdue, I taught agricultural mechanics at a high school for low-income students in upstate New York and later at a two-year technical college in Minnesota.

Intervenor-Pls. MSJ 084

10. I chose to pursue education because I enjoy engaging with other people and challenging students to think critically about important issues.

11. In the last fifty years, I have taught every semester.

12. At Purdue, I teach graduate-level courses related to agro-security and homeland security focused on security issues as they relate to rural areas and food sources and transportation.

13. Each semester, I usually teach between 50 and 75 students.

14. I also co-advise a club within the Department I serve.

15. Given the high proportion of students, including students at Purdue, who identify as LGBTQ, I expect that some of the students in my courses or club identify as transgender or non-binary, but I do not ask students for their requested pronouns. I do not believe that would be appropriate.

16. To my knowledge, the University does not require me to refer to a student as a member of the opposite sex even if they identify that way.

17. I could not refer to a student as the opposite sex, because this would violate my faith and my duty as a professor. I think referring to a student as the opposite sex is unscientific and would be lying and would communicate ideas that violate my religious beliefs.

18. I treat students and colleagues with respect, and I also try to stand up for freedom of speech and academic freedom when I believe it is being unconstitutionally threatened.

19. For example, once a university administrator sought to ban Chick-fil-A from catering college events. The administrator wanted to prohibit Chick-fil-A because they disagreed with what they perceived were the company's views on human sexuality.

20. While I respect the administrator's right to disagree, I was concerned that excluding Chick-fil-A because of the views of the organization or its leaders

3

**Intervenor-Pls. MSJ 085**

would stifle free expression on campus and potentially silence students and faculty who shared those beliefs on human sexuality, as I do.

21. In response, I pushed back against this action by bringing Chick-fil-A gift cards for people to take as they entered the meeting. A complaint was brought against me for harassment for expressing disapproval of the motion to exclude Chick-fil-A. After going through the process required to address this charge, the University recognized that I had simply exercised my right to express a different view. The University determined that I had not violated University policy.

22. It was difficult for me to go through this process, but I felt that I needed to take a stand on this issue. That way, other students and faculty would not experience a similar backlash for exercising their rights and be intimated into not expressing their views.

23. Being able to pursue truth is critical in the university setting and is necessary for fostering an environment where students can truly learn.

24. Because my students know that I value open discussions and authentic expression, they often come to speak with me about sensitive and hot-button public issues.

25. On more than one occasion, students have come to my office to discuss issues they have encountered on campus related to free speech.

26. For example, a student came to me after he had been silenced by a professor for saying he found it comforting to read the Bible during a conversation related to gender and gender fluidity. I talked with him about how to handle this situation.

27. Occasionally, I share my views with colleagues and students that there are only two sexes, that sex is biological and immutable, and that I do not think a scientific institution should deny this.

4

Intervenor-Pls. MSJ 086

28. I have also expressed the view that I do not think males should use women's restrooms because I think this raises significant safety and privacy concerns.

29. On my office door, I have a sign that says welcome in eight languages. It says that all are welcome and lists many examples including "those who believe every human being is created in the image and likeness of God and therefore of immeasurable worth," "those who do not believe there is a conflict with believing in God and believing in science," and "those who still hold the door for their mother."

30. Some people might be offended by this sign or by the views I have expressed to students and colleagues since they involve my Christian views on sexuality and gender or because my views may be seen by others as sex stereotyping.

31. But I have seen many students stop to read the sign, and I think that as a professor it is important that I expose students to ideas that may be unpopular, such as the reality of sex or the complementarity of men and women.

32. I believe these are important aspects of the created order.

33. Once I was at a training where the speaker claimed to be gender fluid and asserted the right to use whichever restroom aligned with that person's purported identity at the time. I asked how this would respect the rights of Muslims, Catholics, Eastern Orthodox members, Baptists, and other people who hold to faith traditions that teach that sex is immutable or espouse standards of modesty between the sexes.

34. The speaker did not have a response to this. Some of my colleagues expressed afterward that I should not have asked this question, but I thought it was important to acknowledge that not everyone shared the speaker's view.

35. My office building has restrooms that are designated for men, women, and families.

Intervenor-Pls. MSJ 087

36. The male restroom that I use is multi-person occupancy. The restroom has urinals and stalls with metal frames that only provide minimal privacy.

37. If a female entered the male restroom, I would think this was deeply inappropriate and would immediately leave.

38. Purdue is committed to abiding by Title IX. The University has a dedicated Title IX page filled with resources on policies related to Title IX and information on how to report a violation.

39. Professors are encouraged to report violations of Title IX to a designated Title IX coordinator.

40. And there is a formal grievance process for submitting and processing complaints.

41. Purdue has already begun providing links to external training materials explaining the 2024 rule on the webpage of resources for the University's Title IX staff.

42. If Purdue puts these requirements in place, I will not feel free to express my views as I have in the past. I will be concerned that if I try to speak the truth, I will be reprimanded.

43. Under the new rules, I would be reticent to speak my views on issues related to human identity, including human sexuality and gender identity, for fear of being punished.

44. For example, I would be reluctant to speak to colleagues or students about my view that men should not use women's restrooms or to advocate for allowing companies or organizations that hold traditional views on sexuality to serve the campus.

45. Under the new rules, I would be concerned that this may be considered harassment and that, unlike in the past, the University would not recognize that I was engaging in protected speech.

46.   The new rules would also require Purdue to allow females in the men's restroom. If this happened, I would immediately exit and feel uncomfortable and inappropriate that a female student or colleague was in a private space.

47.   I am concerned about how these new rules would impact safety, privacy, and academic freedom on campus.

**Intervenor-Pls. MSJ 089**

## DECLARATION UNDER PENALTY OF PERJURY

I, <ins>William E. Field</ins> a citizen of the United States and a resident of the State of <ins>Indiana</ins>, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this <ins>24</ins> day of July, 2024 at <ins>1:00 p.m. / Lafayette, IN</ins>

*[signature]*
William Field

8

Intervenor-Pls. MSJ 090