IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br><br>*Plaintiffs,*<br><br>and<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DCR-CJS<br><br>District Court Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

**SUPPLEMENTAL DECLARATION OF A.C.**

1

**Intervenor-Pls. MSJ 091**

I, A.C., under penalty of perjury, declare as follows:

1. I am a 15-year-old resident of Bridgeport, West Virginia, in Harrison County, and have personal knowledge of the information below.

2. I am a female, rising tenth-grade student at Bridgeport High School (BHS) where I compete on the girls' track and field team.

3. In sixth through eighth grade, I attended Bridgeport Middle School (BMS). In seventh grade (the 2021–22 school year), I joined the girls' track and field team. Another BMS student named B.P.J. joined the girls' track and field team. B.P.J. is a male who identifies as a girl. During those two years in middle school, I competed against B.P.J. in both shot put and discus and interacted with B.P.J. daily at weekday practices and meets.

4. I knew B.P.J. was a male identifying as a female, and I felt uncomfortable changing in the same locker room as B.P.J. One day our school shut down the girls' locker room and we all had to use the girls' bathroom to change. I didn't want to change with a male in the bathroom, so I decided to practice in the clothes I was wearing to school that day.

5. I usually change into shorts for our outdoor track and field practice because it is so warm outside. But that day, I wore my leggings to practice because I felt so uncomfortable changing with a male in the girls' restroom.

6. Other girls had similar concerns. One of my other teammates routinely wore her practice clothes to school because she did not want to share a locker room with a male.

7. Throughout the season, our coaches and administrators acted like the situation was normal, even though it was not. Although I still felt uncomfortable changing with a male in the girls' restroom and locker room, I couldn't continue wearing my school clothes to practice.

Intervenor-Pls. MSJ 092

8. I was forced to change with a male in the girls' restroom because there was no other option for me.

9. Even when we were not changing, but simply using the restroom, I still did not feel right about a male sharing the restroom with me.

10. When we traveled to other schools for track and field meets, we usually used one big bathroom that all the visiting schools shared. These restrooms were usually just big rooms filled with many stalls to accommodate girls from different schools.

11. Track and field practices and meets are not the only school sponsored events where I need to change my clothes. I also have to change my clothes for the band when I go to practice and when I travel to other schools to compete. I am on the Frontline with my band and also play the trumpet. Frontline is similar to color guard. We travel with the band and perform routines while the band plays. There are times in the year when I perform with Frontline and other times when I just play the trumpet.

12. When I perform with Frontline, I wear a different uniform than the band. The Frontline uniform is a skin-tight outfit that requires us girls to change most of our clothes. The band's uniform is loosely fit and can be worn over a pair of shorts and a T-shirt.

13. When the band travels to other schools to compete, sometimes we have to change on the bus. The rest of the band will leave the bus, leaving just the girls on the bus to change into our uniforms for Frontline.

14. Other times, the school we are visiting will provide a classroom for the band to change in. When that happens, the band will leave the room, giving the girls more privacy to change into our uniforms. When we change on the bus or in a classroom, we all change in one room in front of each other because we are all girls and it is not uncomfortable.

Intervenor-Pls. MSJ 093

15. I would not want to change on the bus or in a separate classroom if there was a boy identifying as a girl in the room with us. Because our uniforms are tighter than the bands' uniforms and we have to change most of our clothing, I would not feel safe with changing in front of a boy.

16. This past year, the band traveled to Disney World for a week-long trip. When we were on the trip, four of us girls shared one hotel room. There were two queen beds, and two girls slept in each bed. No adult was in the room with us, and we all shared the bathroom.

17. When we changed, we just changed in the hotel room and did not go into the restroom to change our clothes.

18. The band goes on an overnight trip once a year, and we will be going on another trip this coming year. I would not feel comfortable sharing a room, a bed, or a restroom with a male who identifies as a female.

19. This past year, I also traveled to Charleston, West Virginia, with the student government. My school selected two girls and two boys to travel to Charleston for three days. I was selected as one of the girls to participate in this program through a competitive process of tests and essays. We had the opportunity to tour the capitol, speak to senators, and learn more about the West Virginia government.

20. When I was on the trip, the other girl from my school and I shared a hotel room with two girls from another school in West Virginia. We shared two queen beds and the restroom with the other two girls in our room. There was no adult to supervise us in the room.

21. I would have felt uncomfortable if I was forced to share the hotel room with a male identifying as a female.

22. It is frustrating that I was forced to endure uncomfortable situations and be displaced by a male who was allowed onto the girls' track and field team.

4

Intervenor-Pls. MSJ 094

Knowing that B.P.J. will be in high school with me next year makes me reluctant to want to continue competing on the track and field team or be involved with the band.

23. Not only did I miss out on opportunities to compete and have to share my private space with a male, but I also did not attend my eighth-grade award night. At the end of each year, the track and field team holds a banquet to celebrate the accomplishments of the team for the past year.

24. Eighth grade was the year that I lost out on the opportunity to compete in the Mid Mountain Championship, and I was subjected to sexually–harassing comments.

25. I had felt frustrated and uncomfortable all year in track and field because of B.P.J.'s involvement, and I didn't want to face another situation that could cause me any awkwardness or stress. I decided not to attend the banquet because of these circumstances.

26. Because I did not attend, I did not receive my ribbons when the other members of my team did. I received my ribbons in an envelope at school after the event.

27. My eighth-grade banquet is just another example of the opportunities I missed out on because a male was allowed on the girls' team.

Intervenor-Pls. MSJ 095

## DECLARATION UNDER PENALTY OF PERJURY

I, A.C., a citizen of the United States and a resident of the State of West Virginia, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 12 day of July, 2024 at Bridgeport, West Virginia.


A.C.

Intervenor-Pls. MSJ 096