# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br><br>*Plaintiffs,*<br><br>and<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS<br><br>District Court Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

## SUPPLEMENTAL DECLARATION OF JOSHUA TAYLOR

1

I, Joshua Taylor, declare as follows:

1. I am over the age of eighteen and competent to testify. I have personal knowledge of the information below.

2. I am a Christian and a resident of Coffee County, Tennessee.

3. I am a member of Christian Educators and am in my 11th year of teaching in public schools and my sixth year of teaching at Coffee County Central High School.

4. I filed a declaration earlier in this case and explained how I engage in certain speech in my role as a teacher at Coffee County Central High, where I teach statistics, geometry, and the Bible as Literature.

5. In statistics, sex is frequently recorded as a variable because there are often statistically significant trends that correlate with sex.

6. For example, when teaching categorical data, I sometimes ask students to record one of their personal preferences or behaviors. Then, we graph those responses based on sex to determine if those preferences or behaviors are correlated with a person's sex. Because sex is binary, I often use sex as one variable for discussion and analysis in my statistics class.

7. To avoid confusion when this variable comes up in statistics class, I have shared with my students that, in statistics, sex is binary and that, regardless of personal belief, gender is synonymous with sex when we use those terms in our class problems and examples.

8. I have spoken to another teacher about how sex is binary and how this is simple biology.

9. In the Bible as Literature class I teach, I cover the first book of the Bible, which states "male and female He created them." Genesis 1:27. I emphasize the significance of this verse in comparison to the prevalent view of the Ancient Near East at this time, that only the king or pharaoh was believed to be made in

Intervenor-Pls. MSJ 098

God's image. I draw attention to how countercultural the idea that all men and women are made in God's image was in the context in which Genesis was written.

10. The student's textbook for the Bible as Literature class states, "In the Genesis account, God created human beings male and female, and intended them for relationship with each other. The text portrays marriage as part of God's original intention for humans, a sexual union for companionship and the rearing of children." After the students read this, we discuss it in class.

11. Given this topic of discussion in class, students could easily raise the specific topic of marriage, sex stereotypes, and biological sex with me outside of class, and I would then express my view that the Bible teaches that God creates people male and female and that sexual distinctions are meaningful for God's plan of creation. In fact, because I discuss the Bible in this course, students have come to me outside of class time to ask questions about what the Bible teaches on different issues.

12. In these conversations inside and outside of class, some would regard my view of sex as biological, binary, and unchangeable as summarizing, advocating for sex stereotypes, or a narrow definition of sex. While I disagree with this view, I know that it exists and could serve as the basis for a complaint about the views I express.

13. In addition to teaching, I serve as a moderator for Refuge 305, a Christian student club that meets before school.

14. At some of these club meetings, students discuss issues related to marriage. When this topic comes up, the conversations rely on a biblical definition of marriage as between one male and one female. The students run the meetings, and I do not interject when they discuss topics related to biblical marriage because I think it is an important topic for the students to consider. I do not stop these discussions, and I freely allow students to express the view that marriage is

3

Intervenor-Pls. MSJ 099

between one male and one female and that sex is biological, binary, and unchangeable, even though I know that some might regard these views as discriminatory or based on sex stereotypes.

15. If the new rules are implemented, I will be concerned that I should not explain to my students—even when asked about my personal opinion—that the Bible states that God created humans male and female. I fear that I will not be able to explain that sex to statisticians means the binary, biological meaning of sex, not gender identity. The district's policy requires reporting conduct that could constitute a Title IX violation to the Title IX Coordinator. Under the new rules, I fear that I could be accused of sex stereotyping and reported. I will also be wary of discussing issues like this with my colleagues. Because of this, I will try to avoid these topics or say I can't talk about them, if the new rules go into effect. I will also be concerned that if I don't censor or stop students from expressing their traditional views regarding sex, gender, and human sexuality in Refuge 305 meetings, I could be accused of allowing, participating in, or failing to stop or report harassment under Title IX.

16. I don't want to be punished or exposed to possible punishment or maybe lose my job for expressing my views or failing to stop students from expressing theirs. So if the new rules go into effect, I will refrain from expressing my perspectives if they could open me up to these repercussions, and I will either step down from my role with Refuge 305 or reformat the meetings to avoid the discussion of issues regarding sexuality and gender.

4

Intervenor-Pls. MSJ 100

## DECLARATION UNDER PENALTY OF PERJURY

I, Joshua Taylor, a citizen of the United States and a resident of the State of Tennessee, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of July, 2024 at Manchester, Tennessee.

Joshua Taylor

Intervenor-Pls. MSJ 101