# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

|  |  |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br><br>*Plaintiffs,*<br><br>*and*<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS<br><br>District Court Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

## SUPPLEMENTAL DECLARATION OF AMY MCKAY

1

**Intervenor-Pls. MSJ 102**

I, Amy McKay, declare as follows:

1.      I am over the age of eighteen and competent to testify. I have personal knowledge of the information below.

2.      I am a Christian and a resident of Shelby County, Tennessee.

3.      I have been teaching in public schools for twenty-four years and I just finished my first year teaching seventh grade English at Arlington Middle School in Shelby County, Tennessee, a public school in Tennessee.

4.      I have been a member of the Christian Educators Association International for one year.

5.      I filed a declaration earlier in this case discussing how the new rules would impact my free speech rights as an educator.

6.      For example, I have shared with colleagues in private conversations in the teachers' lounge or in a classroom when students are not present that it would be completely unfair if my son, who is a collegiate athlete, competed on a girls' or women's team. I have told them that I could not support that.

7.      I have explained that like most men, my son has innate physical advantages because he is taller, stronger, and faster than the average girl. I have expressed that, because of these attributes, it would be unfair for him to compete on a girls' or women's team.

8.      I have discussed how I was a collegiate softball player but despite all the practice I put in and the level of skill I had developed, I would never have been competitive on a team with male players. I have shared that, as a woman, I have physical differences that put me at a disadvantage compared to male collegiate athletes. This is especially true in sports like softball, which are based on strength and speed.

9.      I have also expressed that I wouldn't allow my daughter who plays high school volleyball to compete against a male because serious injuries have been

Intervenor-Pls. MSJ 103

reported when males compete in women's volleyball. I also said that I would not allow her to change in a locker room with males present and that if she were forced to change in front of a male or have a male on her volleyball team, I would take her off the team.

10.    I believe that men and women complement each other physically, sexually, and spiritually. I have expressed this viewpoint in appropriate settings to my coworkers, such as in the teachers' lounge or a classroom when students are not present. I believe this is an important aspect of God's design.

11.    For example, women can bear children, which is not something men can physically do. This is central to the biblical understanding of the respective roles of men and women in marriage and family life.

12.    People may consider my views to be merely sex stereotyping, but I believe these are beautiful and important truths.

13.    Other people may have different views, and I think that they should also be able to share their perspectives.

14.    Under the new rules, I could be precluded from sharing these views with colleagues at school because they may be seen as impermissible sex stereotyping. If the rules go into effect, I will not speak up about these matters as I had in the past in the school setting to avoid being punished.

3

Intervenor-Pls. MSJ 104



**DECLARATION UNDER PENALTY OF PERJURY**

I, ____Amy McKay____, a citizen of the United States and a resident of the

State of ___Tennessee____, hereby declare under penalty of perjury pursuant to 28

U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this __19__ day of _July_, 2024 at _Arlington_, Tennessee.

_____

Amy McKay

4

Intervenor-Pls. MSJ 105