# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br>*Plaintiffs,*<br><br>*and*<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS<br><br>District Court Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

## SUPPLEMENTAL DECLARATION OF RACHEL A. ROULEAU

I, Rachel A. Rouleau, under penalty of perjury, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. I have personal knowledge of the information below.

2. I am an attorney on the legal team for Intervenor-Plaintiffs A.C. and Christian Educators Association International in this litigation. I testify to the following based on my own personal knowledge.

3. In their complaint, Intervenor-Plaintiffs allege that a male named B.P.J. competed against and beat A.C. and other girls during athletic competitions in middle school. Intervenor-Plaintiffs' Compl. § III (ECF No. 21-3).

1

**Intervenor-Pls. MSJ 106**

4. I downloaded the true and correct copies of B.P.J.'s and A.C.'s athletic records from athletic.net that were filed with Intervenor-Plaintiffs' motion for intervention. Staff at my law firm, Alliance Defending Freedom, downloaded B.P.J.'s athletic records from athletic.net that were filed with Intervenor-Plaintiffs' motion for preliminary injunction. Staff redacted all those records to protect the confidentiality of A.C. and B.P.J. These records were previously filed as ECF No. 21-6 and ECF No. 63-2. I personally oversaw and reviewed these records before they were filed.

5. Those records are compiled in pages 110–177 of the Intervenor-Plaintiffs' Appendix in Support of their Motion for Summary Judgement.

6. Athletic.net is an online database that provides the results of middle school, high school, club sports, and collegiate sporting events. Athletic.net is often relied on in a variety of settings for sports records. *E.g.*, Mira A. Atkinson, et al., *Sex Differences in Track and Field Elite Youth*, Medicine and Science in Sports and Exercise (2024); Kristine E. Lynch, et al., *Baseline Ability Makes a Larger Contribution to Race Performance in High School Sprinters Than Race Experience or Training Exposure*, Pediatric Exercise Science (2016).

7. Below is a chart that staff from my law firm compiled of the number of girls B.P.J. has displaced (meaning beat or placed above) in competition from 2021 through 2024. I oversaw and reviewed this work from staff members at Alliance Defending Freedom. During those three years, B.P.J. competed on the Bridgeport Middle School cross country team and the track and field team competing in discus and shot put. These totals represent the number of girls B.P.J. displaced in both sports, not counting competitors who were disqualified or did not compete in an event.

Intervenor-Pls. MSJ 107

8. We also compiled the number of times B.P.J. displaced girls in both sports, not counting competitors who were disqualified or did not compete in an event.

9. These numbers were compiled from pages 110–177 of Intervenor-Plaintiffs' Appendix in Support of their Motion for Summary Judgment.

| School Year | Number of Girls BPJ Displaced |
|---|---|
| 2021–2022 | 65 |
| 2022–2023 | 128 |
| 2023–2024 | 126 |
| **Total (no overlap)** | **283** |

| School Year | Number of Times BPJ Displaced Girls |
|---|---|
| 2021–2022 | 73 |
| 2022–2023 | 291 |
| 2023–2024 | 340 |
| **Total** | **704** |

3

**Intervenor-Pls. MSJ 108**

## DECLARATION UNDER PENALTY OF PERJURY

I, Rachel A. Rouleau, a citizen of the United States and a resident of the State of Arizona, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of July, 2024, at Lansdowne, Virginia.

_____
Rachel A. Rouleau

Intervenor-Pls. MSJ 109