IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

STATE OF TENNESSEE, *et al.*,

    *Plaintiffs*,

v.

MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*,

    *Defendants*.

No. 2:24-cv-00072

**JOINT MOTION TO CONSOLIDATE BRIEFING AND EXTEND PAGE LIMITS**

    The parties hereby move for leave to file consolidated briefs on summary judgment, rather than individual briefs on each of the dispositive motions at issue. There is good cause for this request, in that it would avoid duplicative filings and streamline summary judgment briefing. As it stands now, for example, the Court's scheduling order suggests that Defendants must file separate responses to Plaintiffs' and Intervenors' motions for summary judgment, as well as a separate memorandum in support of their own cross-motion. Mem. Op. & Order at 4 (July 16, 2024), ECF No. 121. Under Local Rule 7.1(d), "[m]otions and responses may not exceed 25 pages without leave of Court." Rather than file three separate briefs of up to 25 pages—an opposition to Plaintiffs' motion for summary judgment, an opposition to Intervenors' motion for summary judgment, and a brief in support of Defendants' own cross-motion, adding up to a potential 75 pages—it would be more efficient, and less burdensome to the Court, for Defendants simply to file one consolidated brief with extended page limits. The same is true of the parties' other summary judgment filings.

    To that end, the parties respectfully request that the Court allow them to file consolidated briefs along the lines of the existing schedule, as follows:

- Defendants must file a consolidated memorandum in response to Plaintiffs' and Intervenors' dispositive motions and in support of any cross-motions of no more than **50 pages** on or before **Friday, August 23, 2024**.

- Plaintiffs and Intervenors must each file a separate consolidated memorandum (one for Plaintiffs and one for Intervenors) in response to the defendants' cross-motions and reply in support of each of their own dispositive motions of no more than **25 pages** on or before **Wednesday, September 4, 2024**.

- Defendants must file their consolidated reply in support of any cross-motions of no more than **25 pages** on or before **Friday, September 13, 2024.**

Dated: August 8, 2024                                    Respectfully submitted,

                                                         BRIAN M. BOYNTON
                                                         Principal Deputy Assistant Attorney General

                                                         EMILY B. NESTLER
                                                         Assistant Branch Director

*/s/ Pardis Gheibi*
ELIZABETH TULIS
REBECCA KOPPLIN
BENJAMIN TAKEMOTO
HANNAH SOLOMON-STRAUSS
PARDIS GHEIBI
CLAYTON BAILEY
JOHN T. LEWIS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: 202-305-3246
Fax: (202) 616-8470
E-mail: Pardis.Gheibi@usdoj.gov

*Attorneys for Defendants*

RUSSELL COLEMAN
  Attorney General

*/s/ Justin D. Clark*
JUSTIN D. CLARK
  Civil Chief
VICTOR B. MADDOX
  Counsel for Special Litigation
LINDSEY R. KEISER
  Assistant Attorney General
**Kentucky Office of the Attorney General**
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
victor.maddox@ky.gov
justind.clark@ky.gov
lindsey.keiser@ky.gov

*Counsel for the Commonwealth of Kentucky*


JONATHAN SKRMETTI
  Attorney General and Reporter

*/s/ Whitney D. Hermandorfer*
J. MATTHEW RICE*
  Solicitor General
WHITNEY D. HERMANDORFER*
  Director of Strategic Litigation
STEVEN J. GRIFFIN*
  Senior Counsel for Strategic Litigation &
Assistant Solicitor General
VIRGINIA N. ADAMSON*
  Counsel for Strategic Litigation &
Assistant Solicitor General
BRIAN DANIEL MOUNCE*
  Counsel for Strategic Litigation &
Assistant Solicitor General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
matt.rice@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
steven.griffin@ag.tn.gov
jenna.adamson@ag.tn.gov
brian.mounce@ag.tn.gov

*Counsel for the State of Tennessee*


THEODORE E. ROKITA
  Attorney General

*/s/ James A. Barta*
JAMES A. BARTA*
  Solicitor General
CORRINE L. YOUNGS*
  Policy Director and Legislative Counsel
JOSHUA DAVID*
  Deputy Attorney General - Policy
**Indiana Attorney General's Office**
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov
corrine.youngs@atg.in.gov


DAVE YOST
  Attorney General

*/s/T. Elliot Gaiser*
T. ELLIOT GAISER*
  Solicitor General
MATHURA SRIDHARAN*
  Deputy Solicitor General
**Office of the Ohio Attorney General**
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
thomas.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov

*Counsel for the State of Ohio*

3

joshua.david@atg.in.gov

*Counsel for the State of Indiana*

| | |
|---|---|
| **JASON S. MIYARES**<br>  Attorney General<br><br>*/s/ Kevin M. Gallagher*<br>KEVIN M. GALLAGHER*<br>  Principal Deputy Solicitor General<br>BRENDAN T. CHESTNUT*<br>  Deputy Solicitor General<br>**Virginia Attorney General's Office**<br>202 North 9th Street<br>Richmond, Virginia 23219<br>(804) 786-2071<br>kgallagher@oag.state.va.us<br>bchestnut@oag.state.va.us<br><br>*Counsel for the Commonwealth of Virginia* | **PATRICK MORRISEY**<br>  Attorney General<br><br>*/s/ Michael R. Williams*<br>MICHAEL R. WILLIAMS*<br>  Solicitor General<br>**Office of the West Virginia Attorney General**<br>State Capitol, Bldg. 1, Room E-26<br>1900 Kanawha Blvd. E.<br>Charleston, West Virginia 25305<br>304-558-2021<br>michael.r.williams@wvago.gov<br><br>*Counsel for the State of West Virginia* |
| Edward L. Metzger III<br>Kentucky Bar No. 94138<br>OMEGA LAW PLLC<br>P.O. Box 559<br>Union, KY 41091<br>(859) 898-2140<br>Lee@nkylaw.net | */s/ Jonathan A. Scruggs*<br>Jonathan A. Scruggs*<br>Arizona Bar No. 030505<br>Henry W. Frampton, IV*<br>South Carolina Bar No. 75314<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jscruggs@ADFlegal.org<br>hframpton@ADFlegal.org<br><br>Rachel A. Rouleau*<br>Virginia Bar No. 97783<br>**Alliance Defending Freedom**<br>44180 Riverside Parkway<br>Lansdowne, Virginia 20176<br>(571) 707-2119<br>(571) 707-4790 Fax<br>rrouleau@ADFlegal.org |

Natalie D. Thompson**
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for Intervenor-Plaintiffs*

*\*Admitted pro hac vice*

*\*\*Admitted pro hac vice; practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*

5

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2024, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

                                               */s/ Pardis Gheibi*
                                               PARDIS GHEIBI