**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 2:24-cv-00072-DCR-CJS <br> Chief District Judge Danny C. Reeves <br> Magistrate Judge Candace J. Smith |

**[PROPOSED] ORDER GRANTING JOINT MOTION**
**TO CONSOLIDATE BRIEFING AND EXTEND PAGE LIMITS**

Upon consideration of the parties' Joint Motion to Consolidate Briefing and Extend Page Limits, IT IS HEREBY ORDERED that the Motion is GRANTED. The parties are directed to file consolidated briefs along the lines of the existing schedule, as follows:

- Defendants must file a consolidated memorandum in response to Plaintiffs' and Intervenors' dispositive motions and in support of any cross-motions of no more than **50 pages** on or before **Friday, August 23, 2024**.

- Plaintiffs and Intervenors must each file a separate consolidated memorandum (one for Plaintiffs and one for Intervenors) in response to the defendants' cross-motions and reply in support of each of their own dispositive motions of no more than **25 pages** on or before **Wednesday, September 4, 2024**.

- Defendants must file their consolidated reply in support of any cross-motions of no more than **25 pages** on or before **Friday, September 13, 2024.**

_____                                  _____
Date                                                                          Danny C. Reeves, Chief Judge