UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 24-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIGUEL CARDONA, in his Official | ) | **ORDER** |
| Capacity as Secretary of Education, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a joint motion seeking leave to file consolidated briefs relating to summary judgment motions and to extend the page limits for their consolidated briefs. [Record No. 128] Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' Joint Motion [Record No. 128] is **GRANTED**.

2. The defendants' consolidated memorandum in response to the plaintiffs' and intervenors' dispositive motions and in support of any cross-motions **must not exceed 50 pages**.

3. Consolidated memorandums filed by the plaintiffs and intervenors in response to the defendants' cross-motions and reply in support of each of their own dispositive motions **must not exceed 25 pages**.

4. The defendants' consolidated reply in support of any cross-motions **must not exceed 25 pages**.

Dated: August 9, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky