# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

STATE OF TENNESSEE et al.,

    *Plaintiffs*,

v.

MIGUEL CARDONA, *in his official capacity as Secretary of Education*, et al.,

    *Defendants*.

No. 2:24-cv-00072

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, John T. Lewis, of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of all Defendants.

Dated: August 16, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ John T. Lewis*
JOHN T. LEWIS (D.C. Bar No. 1033826)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

*Attorney for Defendants*