UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| STATE OF TENNESSEE, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 2:24-cv-00072-DCR-CJS<br>District Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Clayton L. Bailey, of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of all Defendants.

Dated: August 16, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Clayton L. Bailey*
CLAYTON L. BAILEY (DC Bar 1644867)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-1226
Email: clayton.l.bailey@usdoj.gov

*Counsel for the Defendants*