IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

STATE OF TENNESSEE, *et al.*,

    *Plaintiffs*,

v.

MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*,

    *Defendants*.

No. 2:24-cv-00072

**NOTICE OF FILING RELEVANT PORTIONS OF ADMINISTRATIVE RECORD**

Pursuant to the Court's Scheduling Order, ECF No. 121, Defendants hereby file relevant portions of the administrative record, consisting of the portions of the record cited by Plaintiffs and Plaintiffs-Intervenors in their motions for summary judgment and those likely to be cited by Defendants in their cross-motion. Defendants reserve the right to supplement this filing with additional portions of the administrative record, should they be cited in any briefs filed after this notice.

Dated: August 16, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ John T. Lewis*
ELIZABETH TULIS
REBECCA KOPPLIN
BENJAMIN TAKEMOTO
HANNAH SOLOMON-STRAUSS
PARDIS GHEIBI
CLAYTON BAILEY
JOHN T. LEWIS

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ John T. Lewis*
JOHN T. LEWIS