| Administrative Record Beg Doc | Administrative Record End Doc | Description |
|---|---|---|
| AR_004814 | AR_004821 | Comment # 232884 (South Coastal Counties Legal Services) |
| AR_012910 | AR_013119 | Comment # 208339 (GLSEN) |
| AR_026964 | AR_026999 | Jody L. Herman, et al., Suicide Thoughts and Attempts Among Transgender Adults: Findings from the 2015 U.S. Transgender Survey (Sep. 2019) |
| AR_029016 | AR_029052 | Comment # 225048 (Montana Attorney General et al.) |
| AR_059645 | AR_059647 | Comment # 41272 (California Dept of Education) |
| AR_088215 | AR_088218 | Comment # 70384 (National PTA) |
| AR_203124 | AR_203128 | Comment # 187153 (Child Trends) |
| AR_216995 | AR_217296 | Sandy E. James et al., The Report of the 2015 U.S. Transgender Survey, Nat'l Ctr. for Transgender Equality, 14-15 (Dec. 2016) |
| AR_221384 | AR_221386 | Comment # 197356 (Univ. of Hawaii) |
| AR_221443 | AR_221461 | Comment # 197305 (Univ of Washington) |
| AR_223203 | AR_223203 | Comment # 193913 (Montgomery College) |
| AR_233141 | AR_233145 | Comment # 210649  (Ass'n of Christian Schools International) |
| AR_254561 | AR_254571 | Comment # 218786  (Indiana Attorney General et al) |
| AR_259365 | AR_259379 | Comment # 218129 (Tennessee Attorney General et al.) |
| AR_270754 | AR_270763 | EEOC, Sexual Orientation and Gender Identity (SOGI) Discrimination, https://perma.cc/W3MG-DEZB |
| AR_275092 | AR_275349 | World Professional Association for Transgender Health, Standards of Care for the Health of Transgender and Gender Diverse People, Version 8 (2022), https://www.wpath.org/publications/soc |
| AR_275350 | AR_275352 | Tanya Albert Henry, Exclusionary Bathroom Policies Harm Transgender Students, American Medical Association (Apr. 17, 2019), Exclusionary bathroom policies harm transgender students | American Medical Association (ama-assn.org) |
| AR_275860 | AR_275861 | California Department of Education, Legal Advisory regarding application of California's antidiscrimination statutes to transgender youth in school (updated Sep. 16, 2021) (Legal Advisory - Equal Opportunity & Access (CA Dept of Education) |
| AR_277240 | AR_277246 | Washoe County School District, Administrative Regulation 5161: Gender Identity and Gender Non-Conformity – Students (2019) (5161_Reg-Gender_Identify-v2.pdf (wcsdpolicy.net)) |
| AR_277290 | AR_277295 | IOC Framework on Fairness, Inclusion, and Non-Discrimination on the Basis of Gender Identity and Sex Variations (Nov. 2021) |
| AR_277559 | AR_277577 | Cora Peterson et al., Lifetime Economic Burden of Intimate Partner Violence Among U.S. Adults, 55 Am. J. Preventive Med. 433 (2018) |
| AR_277578 | AR_277580 | Centers for Disease Control and Prevention, Fast Facts: Preventing Sexual Violence, https://www.cdc.gov/violenceprevention/sexualviolence/fastfact.html (last visited June 16, 2022) |
| AR_279305 | AR_279313 | Dep't of Justice & Dep't of Educ., Dear Colleague Letter on Transgender Students (May 13, 2016) |
| AR_280865 | AR_280890 | Title IX Rule Citations - Federal Cases, Federal Court Filings, Federal Statutes, Federal Regulations, Executive Orders, Websites |
| AR_280992 | AR_281007 | Mandy Henningham & Tiffany Jones, Intersex students, sex-based relational learning & isolation, Sex Educ. (2021), DOI: 10.1080/14681811.2021.1873123, Intersex students, sex-based relational learning & isolation: Sex Education: Vol 21, No 5 (tandfonline.com) |
| AR_281253 | AR_281266 | Jason Rafferty et al., Am. Acad. of Pediatrics, Ensuring Comprehensive Care and Support for Transgender and Gender Diverse Children and Adolescents 142 Pediatrics 72 (2018) |
| AR_281740 | AR_281959 | Joseph G. Kosciw et al., GLSEN, The 2019 National School Climate Survey: The Experiences of Lesbian, Gay, Bisexual, Transgender, and Queer Youth in our Nation's Schools 28 (2020), NSCS19-FullReport-032421-Web_0.pdf (glsen.org) |
| AR_282427 | AR_282437 | Robert W.S. Coulter et al., Prevalence of Past-Year Sexual Assault Victimization Among Undergraduate Students: Exploring Differences by and Intersections of Gender Identity, Sexual Identity, and Race/Ethnicity, 18 Prevention Sci. 726 (2017) |
| AR_282642 | AR_282646 | Stephen T. Russell et al., Chosen Name Use Is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior among Transgender Youth, 63 J. Adolescent Health 503, 505 (2018), Chosen Name Use Is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior Among Transgender Youth - PubMed (nih.gov) |
| AR_283435 | AR_283514 | GLSEN, Educational Exclusion: Drop out, push out, and school-to-prison pipeline among LGBTQ youth. (2016), Educational_Exclusion_2013.pdf (glsen.org) – |

| Administrative Record Beg Doc | Administrative Record End Doc | Description |
|---|---|---|
| AR_283569 | AR_283709 | Joseph G. Kosciw, Elizabeth M. Diaz, Involved, Indivisible, Ignored: The Experiences of Lesbian, Gay, Bisexual, and Transgender Parents and Their Children in Our Nation's K-12 Schools at xvi (2008), New York, NY: GLSEN, FamRpt-022408 (ed.gov) |
| AR_284774 | AR_284794 | Stephen T. Russell, et al., Are school policies focused on sexual orientation and gender identity associated with less bullying? Teachers' perspectives. 54 Journal of school psychology 29 (Nov. 27 2015) |
| AR_284953 | AR_284968 | Allegra R. Gordon et al., Gender Expression, Violence, and Bullying Victimization: Findings from Probability Samples of High School Students in 4 US School Districts, 8 J. Sch. Health 306 (2018), Gender Expression, Violence, and Bullying Victimization: Findings From Probability Samples of High School Students in 4 US School Districts - PubMed (nih.gov) |
| AR_284971 | AR_284987 | Amy C. Tishelman et al., Serving Transgender Youth: Challenges, Dilemmas and Clinical Examples, Prof. Psychol. Res. Pr. - Author Manuscript (2015) |
| AR_285044 | AR_285135 | U.S. Government Accountability Office, K-12 Education: Students' Experiences with Bullying, Hate Speech, Hate Crimes, and Victimization in Schools, GAO-22-10434, Washington: GAO, 2021, GAO-22-104341, K-12 EDUCATION: Students' Experiences with Bullying, Hate Speech, Hate Crimes, and Victimization in Schools |
| AR_292755 | AR_292852 | Jessica A. Clarke, They, Them, Theirs, 132 Harv. L. Rev. 894 (Jan. 2019) |
| AR_292853 | AR_292956 | Nhan L. Truong et al., Adrian D. Zongrone & Joseph G. Kosciw, GLSEN, Erasure and Resilience: The Experiences of LGBTQ Students of Color, Asian American and Pacific Islander LGBTQ Youth in U.S. Schools, at 17, n.35 (GLSEN, 2020), AAPI LGBTQ Students | GLSEN |
| AR_292957 | AR_292961 | Off. of Elementary & Secondary Educ., U.S. Dep't of Educ., Safe & Supportive Schools (May 30, 2023), https://oese.ed.gov/offices/office-of-formula-grants/safe-supportive-schools/ |
| AR_292981 | AR_293017 | Badgett, MM.V. Badgett, et al.,The Business Impact of LGBT-Supportive Workplace Policies, The Williams Institute (May 2013). V. L., Durso, L. E., Kastanis, A., & Mallory, C., The Business Impact of LGBT-Supportive Workplace Policies (May 2013) |
| AR_293018 | AR_293020 | Colorado High School Activities Association, Bylaw 300 Transgender Policy Statement |
| AR_293021 | AR_293038 | Framingham High School, 2022-2023 Framingham High School Athletics Handbook: Framingham Inclusive Sports Participation Policy |
| AR_293039 | AR_293053 | Amira Hasenbush et al., Gender Identity Nondiscrimination Laws in Public Accommodations: A Review of Evidence Regarding Safety and Privacy in Public Restrooms, Locker Rooms, and Changing Rooms, 16 Sexuality Rsch. & Soc. Pol'y 70 (2019) |
| AR_293056 | AR_293087 | Human Rights Watch, Shut Out: Restrictions on Bathroom and Locker Room Access for Transgender Youth in US Schools (Sept. 14, 2016) |
| AR_293089 | AR_293104 | Jody L. Herman, Gendered Restrooms and Minority Stress: The Public Regulation of Gender and Its Impact on Transgender People's Lives, 19 J. of Pub. Mgmt. & Soc. Pol'y 65, 74–75 (2013) |
| AR_293105 | AR_293108 | Katherine Szczerbinski, Education Connection: The importance of allowing students to use bathrooms and locker rooms reflecting their gender identity, 36 Child. Legal Rts. J. 153, 153 (2016) |
| AR_293140 | AR_293186 | New Jersey State Interscholastic Athletic Association, NJSIAA Guidelines, Policies and Procedures: Transgender Policy (2020-2021) |
| AR_293260 | AR_293284 | Office of Safe and Healthy Students, U.S. Dept. of Educ., Examples of Policies and Emerging Practices for Supporting Transgender Students (May 2016) |
| AR_293285 | AR_293307 | Sandy E. James, Jody L. Herman, Laura E. Durso, and Rodrigo Heng-Lehtinen, Early Insights: A Report of the 2022 U.S. Transgender Survey at 22, Nat'l Ctr. for Transgender Equality, (Feb. 2024) |
| AR_293376 | AR_293381 | Seattle Public Schools, Superintendent Procedure 3210SP.C: Nondiscrimination and Affirmative Action: Transgender and Gender-Expansive Student Rights and Supports at 3 (March 5, 2020), https://www.seattleschools.org/wp-content/uploads/2021/08/3210SP.C |
| AR_293382 | AR_293388 | Sex-Segregated Bathrooms and Suicidal Ideation in Transgender Youth, 15 J. Advanced Generalist Soc. Work Prac. 1, 27, 31-32 (2020) |

| Administrative Record Beg Doc | Administrative Record End Doc | Description |
|---|---|---|
| AR_293389 | AR_293394 | Ilan H. Meyer, et al., Sexual Orientation Enumeration in State Antibullying Statutes in the United States Associations with Bullying, Suicidal Ideation, and Suicide Attempts Among Youth. LGBT Health, 6(1), 914 (2019) |
| AR_293395 | AR_293399 | Seelman, K. L., Transgender Adults' Access to College Bathrooms and Housing and the Relationship to Suicidality. Journal of Homosexuality, 63(10) (2016) |
| AR_293400 | AR_293434 | Wylie Hembree, et al. Endocrine Treatment of Gender-Dysphoric/ Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline (Nov. 2017) |
| AR_300195 | AR_300214 | The Trevor Project, 2021 National Survey on LGBTQ Youth Mental Health, The Trevor Project National Survey |
| AR_300218 | AR_300218 | U.S. Dep't of Justice & U.S. Dep't of Educ., Confronting Anti-LGBTQI+ Harassment in Schools: A Resource for Students and Families (June 2021), https://perma.cc/KA47-U9LJ |