POLICY STATEMENT Organizational Principles to Guide and Define the Child Health Care System and/or Improve the Health of all Children

American Academy of Pediatrics

DEDICATED TO THE HEALTH OF ALL CHILDREN™

**This Policy Statement was reaffirmed August 2023.**

# Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents

Jason Rafferty, MD, MPH, EdM, FAAP, COMMITTEE ON PSYCHOSOCIAL ASPECTS OF CHILD AND FAMILY HEALTH, COMMITTEE ON ADOLESCENCE, SECTION ON LESBIAN, GAY, BISEXUAL, AND TRANSGENDER HEALTH AND WELLNESS

abstract

As a traditionally underserved population that faces numerous health disparities, youth who identify as transgender and gender diverse (TGD) and their families are increasingly presenting to pediatric providers for education, care, and referrals. The need for more formal training, standardized treatment, and research on safety and medical outcomes often leaves providers feeling ill equipped to support and care for patients that identify as TGD and families. In this policy statement, we review relevant concepts and challenges and provide suggestions for pediatric providers that are focused on promoting the health and positive development of youth that identify as TGD while eliminating discrimination and stigma.

*Department of Pediatrics, Hasbro Children's Hospital, Providence, Rhode Island; Thundermist Health Centers, Providence, Rhode Island; and Department of Child Psychiatry, Emma Pendleton Bradley Hospital, East Providence, Rhode Island*

*Dr Rafferty conceptualized the statement, drafted the initial manuscript, reviewed and revised the manuscript, approved the final manuscript as submitted, and agrees to be accountable for all aspects of the work.*

*This document is copyrighted and is property of the American Academy of Pediatrics and its Board of Directors. All authors have filed conflict of interest statements with the American Academy of Pediatrics. Any conflicts have been resolved through a process approved by the Board of Directors. The American Academy of Pediatrics has neither solicited nor accepted any commercial involvement in the development of the content of this publication.*

*Policy statements from the American Academy of Pediatrics benefit from expertise and resources of liaisons and internal (AAP) and external reviewers. However, policy statements from the American Academy of Pediatrics may not reflect the views of the liaisons or the organizations or government agencies that they represent.*

*The guidance in this statement does not indicate an exclusive course of treatment or serve as a standard of medical care. Variations, taking into account individual circumstances, may be appropriate.*

*All policy statements from the American Academy of Pediatrics automatically expire 5 years after publication unless reaffirmed, revised, or retired at or before that time.*

**To cite:** Rafferty J, AAP COMMITTEE ON PSYCHOSOCIAL ASPECTS OF CHILD AND FAMILY HEALTH, AAP COMMITTEE ON ADOLESCENCE, AAP SECTION ON LESBIAN, GAY, BISEXUAL, AND TRANSGENDER HEALTH AND WELLNESS. Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents. *Pediatrics*. 2018;142(4):e20182162

## INTRODUCTION

In its dedication to the health of all children, the American Academy of Pediatrics (AAP) strives to improve health care access and eliminate disparities for children and teenagers who identify as lesbian, gay, bisexual, transgender, or questioning (LGBTQ) of their sexual or gender identity.[1,2] Despite some advances in public awareness and legal protections, youth who identify as LGBTQ continue to face disparities that stem from multiple sources, including inequitable laws and policies, societal discrimination, and a lack of access to quality health care, including mental health care. Such challenges are often more intense for youth who do not conform to social expectations and norms regarding gender. Pediatric providers are increasingly encountering such youth and their families, who seek medical advice and interventions, yet they may lack the formal training to care for youth that identify as transgender and gender diverse (TGD) and their families.[3]

This policy statement is focused specifically on children and youth that identify as TGD rather than the larger LGBTQ population, providing brief, relevant background on the basis of current available research

FROM THE AMERICAN ACADEMY OF PEDIATRICS

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf by National Library of Education user

**TABLE 1** Relevant Terms and Definitions Related to Gender Care

| Term | Definition |
|---|---|
| Sex | An assignment that is made at birth, usually male or female, typically on the basis of external genital anatomy but sometimes on the basis of internal gonads, chromosomes, or hormone levels |
| Gender identity | A person's deep internal sense of being female, male, a combination of both, somewhere in between, or neither, resulting from a multifaceted interaction of biological traits, environmental factors, self-understanding, and cultural expectations |
| Gender expression | The external way a person expresses their gender, such as with clothing, hair, mannerisms, activities, or social roles |
| Gender perception | The way others interpret a person's gender expression |
| Gender diverse | A term that is used to describe people with gender behaviors, appearances, or identities that are incongruent with those culturally assigned to their birth sex; gender-diverse individuals may refer to themselves with many different terms, such as transgender, nonbinary, genderqueer,[7] gender fluid, gender creative, gender independent, or noncisgender. "Gender diverse" is used to acknowledge and include the vast diversity of gender identities that exists. It replaces the former term, "gender nonconforming," which has a negative and exclusionary connotation. |
| Transgender | A subset of gender-diverse youth whose gender identity does not match their assigned sex and generally remains persistent, consistent, and insistent over time; the term "transgender" also encompasses many other labels individuals may use to refer to themselves. |
| Cisgender | A term that is used to describe a person who identifies and expresses a gender that is consistent with the culturally defined norms of the sex they were assigned at birth |
| Agender | A term that is used to describe a person who does not identify as having a particular gender |
| Affirmed gender | When a person's true gender identity, or concern about their gender identity, is communicated to and validated from others as authentic |
| MTF; affirmed female; trans female | Terms that are used to describe individuals who were assigned male sex at birth but who have a gender identity and/or expression that is asserted to be more feminine |
| FTM; affirmed male; trans male | Terms that are used to describe individuals who were assigned female sex at birth but who have a gender identity and/or expression that is asserted to be more masculine |
| Gender dysphoria | A clinical symptom that is characterized by a sense of alienation to some or all of the physical characteristics or social roles of one's assigned gender; also, gender dysphoria is the psychiatric diagnosis in the *DSM-5*, which has focus on the distress that stems from the incongruence between one's expressed or experienced (affirmed) gender and the gender assigned at birth. |
| Gender identity disorder | A psychiatric diagnosis defined previously in the *DSM-IV* (changed to "gender dysphoria" in the *DSM-5*); the primary criteria include a strong, persistent cross-sex identification and significant distress and social impairment. This diagnosis is no longer appropriate for use and may lead to stigma, but the term may be found in older research. |
| Sexual orientation | A person's sexual identity in relation to the gender(s) to which they are attracted; sexual orientation and gender identity develop separately. |

This list is not intended to be all inclusive. The pronouns "they" and "their" are used intentionally to be inclusive rather than the binary pronouns "he" and "she" and "his" and "her." Adapted from Bonifacio HJ, Rosenthal SM. Gender variance and dysphoria in children and adolescents. *Pediatr Clin North Am.* 2015;62(4):1001–1016. Adapted from Vance SR Jr, Ehrensaft D, Rosenthal SM. Psychological and medical care of gender nonconforming youth. *Pediatrics.* 2014;134(6):1184–1192. DSM-5, *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition*; DSM-IV, *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition*; FTM, female to male; MTF, male to female.

and expert opinion from clinical and research leaders, which will serve as the basis for recommendations. It is not a comprehensive review of clinical approaches and nuances to pediatric care for children and youth that identify as TGD. Professional understanding of youth that identify as TGD is a rapidly evolving clinical field in which research on appropriate clinical management is limited by insufficient funding.[3,4]

## DEFINITIONS

To clarify recommendations and discussions in this policy statement, some definitions are provided. However, brief descriptions of human behavior or identities may not capture nuance in this evolving field. "Sex," or "natal gender," is a label, generally "male" or "female," that is typically assigned at birth on the basis of genetic and anatomic characteristics, such as genital anatomy, chromosomes, and sex hormone levels. Meanwhile, "gender identity" is one's internal sense of who one is, which results from a multifaceted interaction of biological traits, developmental influences, and environmental conditions. It may be male, female, somewhere in between, a combination of both, or neither (ie, not conforming to a binary conceptualization of gender). Self-recognition of gender identity develops over time, much the same way as a child's physical body does. For some people, gender identity can be fluid, shifting in different contexts. "Gender expression" refers to the wide array of ways people display their gender through clothing, hair styles, mannerisms, or social roles. Exploring different ways of expressing gender is common for children and may challenge social expectations. The way others interpret this expression is referred to as "gender perception" (Table 1).[5,6]

These labels may or may not be congruent. The term "cisgender" is used if someone identifies and expresses a gender that is consistent with the culturally defined norms of the sex that was assigned at birth. "Gender diverse" is an umbrella term to describe an ever-evolving array of labels that people may apply when their gender identity, expression, or even perception does not conform

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf
by National Library of Education user

to the norms and stereotypes others expect of their assigned sex. "Transgender" is usually reserved for a subset of such youth whose gender identity does not match their assigned sex and generally remains persistent, consistent, and insistent over time. These terms are not diagnoses; rather, they are personal and often dynamic ways of describing one's own gender experience.

Gender identity is not synonymous with "sexual orientation," which refers to a person's identity in relation to the gender(s) to which they are sexually and romantically attracted. Gender identity and sexual orientation are distinct but interrelated constructs.[8] Therefore, being transgender does not imply a sexual orientation, and people who identify as transgender still identify as straight, gay, bisexual, etc, on the basis of their attractions. (For more information, *The Gender Book*, found at www.thegenderbook.com, is a resource with illustrations that are used to highlight these core terms and concepts.)

## EPIDEMIOLOGY

In population-based surveys, questions related to gender identity are rarely asked, which makes it difficult to assess the size and characteristics of the population that is TGD. In the 2014 Behavioral Risk Factor Surveillance System of the Centers for Disease Control and Prevention, only 19 states elected to include optional questions on gender identity. Extrapolation from these data suggests that the US prevalence of adults who identify as transgender or "gender nonconforming" is 0.6% (1.4 million), ranging from 0.3% in North Dakota to 0.8% in Hawaii.[9] On the basis of these data, it has been estimated that 0.7% of youth ages 13 to 17 years (~150 000) identify as transgender.[10] This number is much higher than previous estimates, which were extrapolated from individual states or specialty clinics, and is likely an underestimate given the stigma regarding those who openly identify as transgender and the difficulty in defining "transgender" in a way that is inclusive of all gender-diverse identities.[11]

There have been no large-scale prevalence studies among children and adolescents, and there is no evidence that adult statistics reflect young children or adolescents. In the 2014 Behavioral Risk Factor Surveillance System, those 18 to 24 years of age were more likely than older age groups to identify as transgender (0.7%).[9] Children report being aware of gender incongruence at young ages. Children who later identify as TGD report first having recognized their gender as "different" at an average age of 8.5 years; however, they did not disclose such feelings until an average of 10 years later.[12]

## MENTAL HEALTH IMPLICATIONS

Adolescents and adults who identify as transgender have high rates of depression, anxiety, eating disorders, self-harm, and suicide.[13–20] Evidence suggests that an identity of TGD has an increased prevalence among individuals with autism spectrum disorder, but this association is not yet well understood.[21,22] In 1 retrospective cohort study of 180 trans youth and matched cisgender peers, 56 youth who identified as transgender reported previous suicidal ideation, and 31 reported a previous suicide attempt, compared with 20 and 11 among matched youth who identified as cisgender, respectively.[13] Some youth who identify as TGD also experience gender dysphoria, which is a specific diagnosis given to those who experience impairment in peer and/or family relationships, school performance, or other aspects of their life as a consequence of the incongruence between their assigned sex and their gender identity.[23]

There is no evidence that risk for mental illness is inherently attributable to one's identity of TGD. Rather, it is believed to be multifactorial, stemming from an internal conflict between one's appearance and identity, limited availability of mental health services, low access to health care providers with expertise in caring for youth who identify as TGD, discrimination, stigma, and social rejection.[24] This was affirmed by the American Psychological Association in 2008[25] (with practice guidelines released in 2015[8]) and the American Psychiatric Association, which made the following statement in 2012:

> *Being transgender or gender variant implies no impairment in judgment, stability, reliability, or general social or vocational capabilities; however, these individuals often experience discrimination due to a lack of civil rights protections for their gender identity or expression.... [Such] discrimination and lack of equal civil rights is damaging to the mental health of transgender and gender variant individuals.*[26]

Youth who identify as TGD often confront stigma and discrimination, which contribute to feelings of rejection and isolation that can adversely affect physical and emotional well-being. For example, many youth believe that they must hide their gender identity and expression to avoid bullying, harassment, or victimization. Youth who identify as TGD experience disproportionately high rates of homelessness, physical violence (at home and in the community), substance abuse, and high-risk sexual behaviors.[5,6,12,27–31] Among the 3 million HIV testing events that were reported in 2015, the highest percentages of new infections were among women who identified as transgender[32] and were also at particular risk for not knowing their HIV status.[30]

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf
by National Library of Education user

### GENDER-AFFIRMATIVE CARE

In a gender-affirmative care model (GACM), pediatric providers offer developmentally appropriate care that is oriented toward understanding and appreciating the youth's gender experience. A strong, nonjudgmental partnership with youth and their families can facilitate exploration of complicated emotions and gender-diverse expressions while allowing questions and concerns to be raised in a supportive environment.[5] In a GACM, the following messages are conveyed:

- transgender identities and diverse gender expressions do not constitute a mental disorder;
- variations in gender identity and expression are normal aspects of human diversity, and binary definitions of gender do not always reflect emerging gender identities;
- gender identity evolves as an interplay of biology, development, socialization, and culture; and
- if a mental health issue exists, it most often stems from stigma and negative experiences rather than being intrinsic to the child.[27,33]

The GACM is best facilitated through the integration of medical, mental health, and social services, including specific resources and supports for parents and families.[24] Providers work together to destigmatize gender variance, promote the child's self-worth, facilitate access to care, educate families, and advocate for safer community spaces where children are free to develop and explore their gender.[5] A specialized gender-affirmative therapist, when available, may be an asset in helping children and their families build skills for dealing with gender-based stigma, address symptoms of anxiety or depression, and reinforce the child's overall resiliency.[34,35] There is a limited but growing body of evidence that suggests that using an integrated affirmative model results in young people having fewer mental health concerns whether they ultimately identify as transgender.[24,36,37]

In contrast, "conversion" or "reparative" treatment models are used to prevent children and adolescents from identifying as transgender or to dissuade them from exhibiting gender-diverse expressions. The Substance Abuse and Mental Health Services Administration has concluded that any therapeutic intervention with the goal of changing a youth's gender expression or identity is inappropriate.[33] Reparative approaches have been proven to be not only unsuccessful[38] but also deleterious and are considered outside the mainstream of traditional medical practice.[29,39–42] The AAP described reparative approaches as "unfair and deceptive."[43] At the time of this writing,* conversion therapy was banned by executive regulation in New York and by legislative statutes in 9 other states as well as the District of Columbia.[44]

Pediatric providers have an essential role in assessing gender concerns and providing evidence-based information to assist youth and families in medical decision-making. Not doing so can prolong or exacerbate gender dysphoria and contribute to abuse and stigmatization.[35] If a pediatric provider does not feel prepared to address gender concerns when they occur, then referral to a pediatric or mental health provider with more expertise is appropriate. There is little research on communication and efficacy with transfers in care for youth who identify as TGD, particularly from pediatric to adult providers.

* For more information regarding state-specific laws, please contact the AAP Division of State Government Affairs at stgov@ aap.org.

### DEVELOPMENTAL CONSIDERATIONS

Acknowledging that the capacity for emerging abstract thinking in childhood is important to conceptualize and reflect on identity, gender-affirmation guidelines are being focused on individually tailored interventions on the basis of the physical and cognitive development of youth who identify as TGD.[45] Accordingly, research substantiates that children who are prepubertal and assert an identity of TGD know their gender as clearly and as consistently as their developmentally equivalent peers who identify as cisgender and benefit from the same level of social acceptance.[46] This developmental approach to gender affirmation is in contrast to the outdated approach in which a child's gender-diverse assertions are held as "possibly true" until an arbitrary age (often after pubertal onset) when they can be considered valid, an approach that authors of the literature have termed "watchful waiting." This outdated approach does not serve the child because critical support is withheld. Watchful waiting is based on binary notions of gender in which gender diversity and fluidity is pathologized; in watchful waiting, it is also assumed that notions of gender identity become fixed at a certain age. The approach is also influenced by a group of early studies with validity concerns, methodologic flaws, and limited follow-up on children who identified as TGD and, by adolescence, did not seek further treatment ("desisters").[45,47] More robust and current research suggests that, rather than focusing on who a child will become, valuing them for who they are, even at a young age, fosters secure attachment and resilience, not only for the child but also for the whole family.[5,45,48,49]

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf
by National Library of Education user

## MEDICAL MANAGEMENT

Pediatric primary care providers are in a unique position to routinely inquire about gender development in children and adolescents as part of recommended well-child visits[50] and to be a reliable source of validation, support, and reassurance. They are often the first provider to be aware that a child may not identify as cisgender or that there may be distress related to a gender-diverse identity. The best way to approach gender with patients is to inquire directly and nonjudgmentally about their experience and feelings before applying any labels.[27,51]

Many medical interventions can be offered to youth who identify as TGD and their families. The decision of whether and when to initiate gender-affirmative treatment is personal and involves careful consideration of risks, benefits, and other factors unique to each patient and family. Many protocols suggest that clinical assessment of youth who identify as TGD is ideally conducted on an ongoing basis in the setting of a collaborative, multidisciplinary approach, which, in addition to the patient and family, may include the pediatric provider, a mental health provider (preferably with expertise in caring for youth who identify as TGD ), social and legal supports, and a pediatric endocrinologist or adolescent-medicine gender specialist, if available.[6,28] There is no prescribed path, sequence, or end point. Providers can make every effort to be aware of the influence of their own biases. The medical options also vary depending on pubertal and developmental progression.

### Clinical Setting

In the past year, 1 in 4 adults who identified as transgender avoided a necessary doctor's visit because of fear of being mistreated.[31] All clinical office staff have a role in affirming a patient's gender identity. Making flyers available or displaying posters related to LGBTQ health issues, including information for children who identify as TGD and families, reveals inclusivity and awareness. Generally, patients who identify as TGD feel most comfortable when they have access to a gender-neutral restroom. Diversity training that encompasses sensitivity when caring for youth who identify as TGD and their families can be helpful in educating clinical and administrative staff. A patient-asserted name and pronouns are used by staff and are ideally reflected in the electronic medical record without creating duplicate charts.[52,53] The US Centers for Medicare and Medicaid Services and the National Coordinator for Health Information Technology require all electronic health record systems certified under the Meaningful Use incentive program to have the capacity to confidentially collect information on gender identity.[54,55] Explaining and maintaining confidentiality procedures promotes openness and trust, particularly with youth who identify as LGBTQ.[1] Maintaining a safe clinical space can provide at least 1 consistent, protective refuge for patients and families, allowing authentic gender expression and exploration that builds resiliency.

### Pubertal Suppression

Gonadotrophin-releasing hormones have been used to delay puberty since the 1980s for central precocious puberty.[56] These reversible treatments can also be used in adolescents who experience gender dysphoria to prevent development of secondary sex characteristics and provide time up until 16 years of age for the individual and the family to explore gender identity, access psychosocial supports, develop coping skills, and further define appropriate treatment goals. If pubertal suppression treatment is suspended, then endogenous puberty will resume.[20,57,58]

Often, pubertal suppression creates an opportunity to reduce distress that may occur with the development of secondary sexual characteristics and allow for gender-affirming care, including mental health support for the adolescent and the family. It reduces the need for later surgery because physical changes that are otherwise irreversible (protrusion of the Adam's apple, male pattern baldness, voice change, breast growth, etc) are prevented. The available data reveal that pubertal suppression in children who identify as TGD generally leads to improved psychological functioning in adolescence and young adulthood.[20,57–59]

Pubertal suppression is not without risks. Delaying puberty beyond one's peers can also be stressful and can lead to lower self-esteem and increased risk taking.[60] Some experts believe that genital underdevelopment may limit some potential reconstructive options.[61] Research on long-term risks, particularly in terms of bone metabolism[62] and fertility,[63] is currently limited and provides varied results.[57,64,65] Families often look to pediatric providers for help in considering whether pubertal suppression is indicated in the context of their child's overall well-being as gender diverse.

### Gender Affirmation

As youth who identify as TGD reflect on and evaluate their gender identity, various interventions may be considered to better align their gender expression with their underlying identity. This process of reflection, acceptance, and, for some, intervention is known as "gender affirmation." It was formerly referred to as "transitioning," but many view the process as an affirmation and acceptance of who they have always been rather than a transition

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf
by National Library of Education user

**TABLE 2** The Process of Gender Affirmation May Include ≥1 of the Following Components

| Component | Definition | General Age Range[a] | Reversibility[a] |
|---|---|---|---|
| Social affirmation | Adopting gender-affirming hairstyles, clothing, name, gender pronouns, and restrooms and other facilities | Any | Reversible |
| Puberty blockers | Gonadotropin-releasing hormone analogues, such as leuprolide and histrelin | During puberty (Tanner stage 2–5)[b] | Reversible[c] |
| Cross-sex hormone therapy | Testosterone (for those who were assigned female at birth and are masculinizing); estrogen plus androgen inhibitor (for those who were assigned male at birth and are feminizing) | Early adolescence onward | Partially reversible (skin texture, muscle mass, and fat deposition); irreversible once developed (testosterone: Adam's apple protrusion, voice changes, and male pattern baldness; estrogen: breast development); unknown reversibility (effect on fertility) |
| Gender-affirming surgeries | "Top" surgery (to create a male-typical chest shape or enhance breasts); "bottom" surgery (surgery on genitals or reproductive organs); facial feminization and other procedures | Typically adults (adolescents on case-by-case basis[d]) | Not reversible |
| Legal affirmation | Changing gender and name recorded on birth certificate, school records, and other documents | Any | Reversible |

[a] Note that the provided age range and reversibility is based on the little data that are currently available.

[b] There is limited benefit to starting gonadotropin-releasing hormone after Tanner stage 5 for pubertal suppression. However, when cross-sex hormones are initiated with a gradually increasing schedule, the initial levels are often not high enough to suppress endogenous sex hormone secretion. Therefore, gonadotropin-releasing hormone may be continued in accordance with the Endocrine Society Guidelines.[68]

[c] The effect of sustained puberty suppression on fertility is unknown. Pubertal suppression can be, and often is indicated to be, followed by cross-sex hormone treatment. However, when cross-sex hormones are initiated without endogenous hormones, then fertility may be decreased.[68]

[d] Eligibility criteria for gender-affirmative surgical interventions among adolescents are not clearly defined between established protocols and practice. When applicable, eligibility is usually determined on a case-by-case basis with the adolescent and the family along with input from medical, mental health, and surgical providers.[68–71]

from 1 gender identity to another. Accordingly, some people who have gone through the process prefer to call themselves "affirmed females, males, etc" (or just "females, males, etc"), rather than using the prefix "trans-." Gender affirmation is also used to acknowledge that some individuals who identify as TGD may feel affirmed in their gender without pursuing medical or surgical interventions.[7,66]

Supportive involvement of parents and family is associated with better mental and physical health outcomes.[67] Gender affirmation among adolescents with gender dysphoria often reduces the emphasis on gender in their lives, allowing them to attend to other developmental tasks, such as academic success, relationship building, and future-oriented planning.[64] Most protocols for gender-affirming interventions incorporate World Professional Association of Transgender Health[35] and Endocrine Society[68] recommendations and include ≥1 of the following elements (Table 2):

1. Social Affirmation: This is a reversible intervention in which children and adolescents express partially or completely in their asserted gender identity by adapting hairstyle, clothing, pronouns, name, etc. Children who identify as transgender and socially affirm and are supported in their asserted gender show no increase in depression and only minimal (clinically insignificant) increases in anxiety compared with age-matched averages.[48] Social affirmation can be complicated given the wide range of social interactions children have (eg, extended families, peers, school, community, etc). There is little guidance on the best approach (eg, all at once, gradual, creating new social networks, or affirming within existing networks, etc). Pediatric providers can best support families by anticipating and discussing such complexity proactively, either in their own practice or through enlisting a qualified mental health provider.

2. Legal Affirmation: Elements of a social affirmation, such as a name and gender marker, become official on legal documents, such as birth certificates, passports, identification cards, school documents, etc. The processes for making these changes depend on state laws and may require specific documentation from pediatric providers.

3. Medical Affirmation: This is the process of using cross-sex hormones to allow adolescents who have initiated puberty to develop secondary sex characteristics of the opposite biological sex. Some changes are partially reversible if hormones are stopped, but others become

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf by National Library of Education user

irreversible once they are fully developed (Table 2).

4. Surgical Affirmation: Surgical approaches may be used to feminize or masculinize features, such as hair distribution, chest, or genitalia, and may include removal of internal organs, such as ovaries or the uterus (affecting fertility). These changes are irreversible. Although current protocols typically reserve surgical interventions for adults,[35,68] they are occasionally pursued during adolescence on a case-by-case basis, considering the necessity and benefit to the adolescent's overall health and often including multidisciplinary input from medical, mental health, and surgical providers as well as from the adolescent and family.[69–71]

For some youth who identify as TGD whose natal gender is female, menstruation, breakthrough bleeding, and dysmenorrhea can lead to significant distress before or during gender affirmation. The American College of Obstetrics and Gynecology suggests that, although limited data are available to outline management, menstruation can be managed without exogenous estrogens by using a progesterone-only pill, a medroxyprogesterone acetate shot, or a progesterone-containing intrauterine or implantable device.[72] If estrogen can be tolerated, oral contraceptives that contain both progesterone and estrogen are more effective at suppressing menses.[73] The Endocrine Society guidelines also suggest that gonadotrophin-releasing hormones can be used for menstrual suppression before the anticipated initiation of testosterone or in combination with testosterone for breakthrough bleeding (enables phenotypic masculinization at a lower dose than if testosterone is used alone).[68] Masculinizing hormones in natal female patients may lead to a cessation of menses, but unplanned pregnancies have been reported, which emphasizes the need for ongoing contraceptive counseling with youth who identify as TGD.[72]

## HEALTH DISPARITIES

In addition to societal challenges, youth who identify as TGD face several barriers within the health care system, especially regarding access to care. In 2015, a focus group of youth who identified as transgender in Seattle, Washington, revealed 4 problematic areas related to health care:

1. safety issues, including the lack of safe clinical environments and fear of discrimination by providers;
2. poor access to physical health services, including testing for sexually transmitted infections;
3. inadequate resources to address mental health concerns; and
4. lack of continuity with providers.[74]

This study reveals the obstacles many youth who identify as TGD face in accessing essential services, including the limited supply of appropriately trained medical and psychological providers, fertility options, and insurance coverage denials for gender-related treatments.[74]

Insurance denials for services related to the care of patients who identify as TGD are a significant barrier. Although the Office for Civil Rights of the US Department of Health and Human Services explicitly stated in 2012 that the nondiscrimination provision in the Patient Protection and Affordable Care Act includes people who identify as gender diverse,[75,76] insurance claims for gender affirmation, particularly among youth who identify as TGD, are frequently denied.[54,77] In 1 study, it was found that approximately 25% of individuals who identified as transgender were denied insurance coverage because of being transgender.[31] The burden of covering medical expenses that are not covered by insurance can be financially devastating, and even when expenses are covered, families describe high levels of stress in navigating and submitting claims appropriately.[78] In 2012, a large gender center in Boston, Massachusetts, reported that most young patients who identified as transgender and were deemed appropriate candidates for recommended gender care were unable to obtain it because of such denials, which were based on the premise that gender dysphoria was a mental disorder, not a physical one, and that treatment was not medically or surgically necessary.[24] This practice not only contributes to stigma, prolonged gender dysphoria, and poor mental health outcomes,[77] but it may also lead patients to seek nonmedically supervised treatments that are potentially dangerous.[24] Furthermore, insurance denials can reinforce a socioeconomic divide between those who can finance the high costs of uncovered care and those who cannot.[24,77]

The transgender youth group in Seattle likely reflected the larger TGD population when they described how obstacles adversely affect self-esteem and contribute to the perception that they are undervalued by society and the health care system.[74,77] Professional medical associations, including the AAP, are increasingly calling for equity in health care provisions regardless of gender identity or expression.[1,8,23,72] There is a critical need for investments in research on the prevalence, disparities, biological underpinnings, and standards of care relating to gender-diverse populations. Pediatric providers who work with state government and insurance officials can play an essential role in advocating for

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf
by National Library of Education user

stronger nondiscrimination policies and improved coverage.

There is a lack of quality research on the experience of youth of color who identify as transgender. One theory suggests that the intersection of racism, transphobia, and sexism may result in the extreme marginalization that is experienced among many women of color who identify as transgender,[79] including rejection from their family and dropping out of school at younger ages (often in the setting of rigid religious beliefs regarding gender),[80] increased levels of violence and body objectification,[81] 3 times the risk of poverty compared with the general population,[31] and the highest prevalence of HIV compared with other risk groups (estimated as high as 56.3% in 1 meta-analysis).[30] One model suggests that pervasive stigma and oppression can be associated with psychological distress (anxiety, depression, and suicide) and adoption of risk behaviors by such youth to obtain a sense of validation toward their complex identities.[79]

## FAMILY ACCEPTANCE

Research increasingly suggests that familial acceptance or rejection ultimately has little influence on the gender identity of youth; however, it may profoundly affect young people's ability to openly discuss or disclose concerns about their identity. Suppressing such concerns can affect mental health.[82] Families often find it hard to understand and accept their child's gender-diverse traits because of personal beliefs, social pressure, and stigma.[49,83] Legitimate fears may exist for their child's welfare, safety, and acceptance that pediatric providers need to appreciate and address. Families can be encouraged to communicate their concerns and questions. Unacknowledged concerns can contribute to shame and hesitation in regard to offering support and understanding,[84] which is essential for the child's self-esteem, social involvement, and overall health as TGD.[48,85–87] Some caution has been expressed that unquestioning acceptance per se may not best serve questioning youth or their families. Instead, psychological evidence suggests that the most benefit comes when family members and youth are supported and encouraged to engage in reflective perspective taking and validate their own and the other's thoughts and feelings despite divergent views.[49,82]

In this regard, suicide attempt rates among 433 adolescents in Ontario who identified as "trans" were 4% among those with strongly supportive parents and as high as 60% among those whose parents were not supportive.[85] Adolescents who identify as transgender and endorse at least 1 supportive person in their life report significantly less distress than those who only experience rejection. In communities with high levels of support, it was found that nonsupportive families tended to increase their support over time, leading to dramatic improvement in mental health outcomes among their children who identified as transgender.[88]

Pediatric providers can create a safe environment for parents and families to better understand and listen to the needs of their children while receiving reassurance and education.[83] It is often appropriate to assist the child in understanding the parents' concerns as well. Despite expectations by some youth with transgender identity for immediate acceptance after "coming out," family members often proceed through a process of becoming more comfortable and understanding of the youth's gender identity, thoughts, and feelings. One model suggests that the process resembles grieving, wherein the family separates from their expectations for their child to embrace a new reality. This process may proceed through stages of shock, denial, anger, feelings of betrayal, fear, self-discovery, and pride.[89] The amount of time spent in any of these stages and the overall pace varies widely. Many family members also struggle as they are pushed to reflect on their own gender experience and assumptions throughout this process. In some situations, youth who identify as TGD may be at risk for internalizing the difficult emotions that family members may be experiencing. In these cases, individual and group therapy for the family members may be helpful.[49,78]

Family dynamics can be complex, involving disagreement among legal guardians or between guardians and their children, which may affect the ability to obtain consent for any medical management or interventions. Even in states where minors may access care without parental consent for mental health services, contraception, and sexually transmitted infections, parental or guardian consent is required for hormonal and surgical care of patients who identify as TGD.[72,90] Some families may take issue with providers who address gender concerns or offer gender-affirming care. In rare cases, a family may deny access to care that raises concerns about the youth's welfare and safety; in those cases, additional legal or ethical support may be useful to consider. In such rare situations, pediatric providers may want to familiarize themselves with relevant local consent laws and maintain their primary responsibility for the welfare of the child.

## SAFE SCHOOLS AND COMMUNITIES

Youth who identify as TGD are becoming more visible because gender-diverse expression is increasingly admissible in the media, on social media, and in schools and communities. Regardless of whether a youth with a gender-diverse

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf by National Library of Education user

identity ultimately identifies as transgender, challenges exist in nearly every social context, from lack of understanding to outright rejection, isolation, discrimination, and victimization. In the US Transgender Survey of nearly 28 000 respondents, it was found that among those who were out as or perceived to be TGD between kindergarten and eighth grade, 54% were verbally harassed, 24% were physically assaulted, and 13% were sexually assaulted; 17% left school because of maltreatment.[31] Education and advocacy from the medical community on the importance of safe schools for youth who identify as TGD can have a significant effect.

At the time of this writing,* only 18 states and the District of Columbia had laws that prohibited discrimination based on gender expression when it comes to employment, housing, public accommodations, and insurance benefits. Over 200 US cities have such legislation. In addition to basic protections, many youth who identify as TGD also have to navigate legal obstacles when it comes to legally changing their name and/or gender marker.[54] In addition to advocating and working with policy makers to promote equal protections for youth who identify as TGD, pediatric providers can play an important role by developing a familiarity with local laws and organizations that provide social work and legal assistance to youth who identify as TGD and their families.

School environments play a significant role in the social and emotional development of children. Every child has a right to feel safe and respected at school, but for youth who identify as TGD, this can be challenging. Nearly every aspect of school life may present safety concerns and require negotiations regarding their gender expression, including name/pronoun use, use of bathrooms and locker rooms, sports teams, dances and activities, overnight activities, and even peer groups. Conflicts in any of these areas can quickly escalate beyond the school's control to larger debates among the community and even on a national stage.

The formerly known Gay, Lesbian, and Straight Education Network (GLSEN), an advocacy organization for youth who identify as LGBTQ, conducts an annual national survey to measure LGBTQ well-being in US schools. In 2015, students who identified as LGBTQ reported high rates of being discouraged from participation in extracurricular activities. One in 5 students who identified as LGBTQ reported being hindered from forming or participating in a club to support lesbian, gay, bisexual, or transgender students (eg, a gay straight alliance, now often referred to as a genders and sexualities alliance) despite such clubs at schools being associated with decreased reports of negative remarks about sexual orientation or gender expression, increased feelings of safety and connectedness at school, and lower levels of victimization. In addition, >20% of students who identified as LGBTQ reported being blocked from writing about LGBTQ issues in school yearbooks or school newspapers or being prevented or discouraged by coaches and school staff from participating in sports because of their sexual orientation or gender expression.[91]

One strategy to prevent conflict is to proactively support policies and protections that promote inclusion and safety of all students. However, such policies are far from consistent across districts. In 2015, GLSEN found that 43% of children who identified as LGBTQ reported feeling unsafe at school because of their gender expression, but only 6% reported that their school had official policies to support youth who identified as TGD, and only 11% reported that their school's antibullying policies had specific protections for gender expression.[91] Consequently, more than half of the students who identified as transgender in the study were prevented from using the bathroom, names, or pronouns that aligned with their asserted gender at school. A lack of explicit policies that protected youth who identified as TGD was associated with increased reported victimization, with more than half of students who identified as LGBTQ reporting verbal harassment because of their gender expression. Educators and school administrators play an essential role in advocating for and enforcing such policies. GLSEN found that when students recognized actions to reduce gender-based harassment, both students who identified as transgender and cisgender reported a greater connection to staff and feelings of safety.[91] In another study, schools were open to education regarding gender diversity and were willing to implement policies when they were supported by external agencies, such as medical professionals.[92]

Academic content plays an important role in building a safe school environment as well. The 2015 GLSEN survey revealed that when positive representations of people who identified as LGBTQ were included in the curriculum, students who identified as LGBTQ reported less hostile school environments, less victimization and greater feelings of safety, fewer school absences because of feeling unsafe, greater feelings of connectedness to their school

* For more information regarding state-specific laws, please contact the AAP Division of State Government Affairs at stgov@ aap.org.

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf
by National Library of Education user

community, and an increased interest in high school graduation and postsecondary education.[91] At the time of this writing,* 8 states had laws that explicitly forbade teachers from even discussing LGBTQ issues.[54]

## MEDICAL EDUCATION

One of the most important ways to promote high-quality health care for youth who identify as TGD and their families is increasing the knowledge base and clinical experience of pediatric providers in providing culturally competent care to such populations, as recommended by the recently released guidelines by the Association of American Medical Colleges.[93] This begins with the medical school curriculum in areas such as human development, sexual health, endocrinology, pediatrics, and psychiatry. In a 2009–2010 survey of US medical schools, it was found that the median number of hours dedicated to LGBTQ health was 5, with one-third of US medical schools reporting no LGBTQ curriculum during the clinical years.[94]

During residency training, there is potential for gender diversity to be emphasized in core rotations, especially in pediatrics, psychiatry, family medicine, and obstetrics and gynecology. Awareness could be promoted through the inclusion of topics relevant to caring for children who identify as TGD in the list of core competencies published by the American Board of Pediatrics, certifying examinations, and relevant study materials. Continuing education and maintenance of certification activities can include topics relevant to TGD populations as well.

* For more information regarding state-specific laws, please contact the AAP Division of State Government Affairs at stgov@ aap.org

## RECOMMENDATIONS

The AAP works toward all children and adolescents, regardless of gender identity or expression, receiving care to promote optimal physical, mental, and social well-being. Any discrimination based on gender identity or expression, real or perceived, is damaging to the socioemotional health of children, families, and society. In particular, the AAP recommends the following:

1. that youth who identify as TGD have access to comprehensive, gender-affirming, and developmentally appropriate health care that is provided in a safe and inclusive clinical space;
2. that family-based therapy and support be available to recognize and respond to the emotional and mental health needs of parents, caregivers, and siblings of youth who identify as TGD;
3. that electronic health records, billing systems, patient-centered notification systems, and clinical research be designed to respect the asserted gender identity of each patient while maintaining confidentiality and avoiding duplicate charts;
4. that insurance plans offer coverage for health care that is specific to the needs of youth who identify as TGD, including coverage for medical, psychological, and, when indicated, surgical gender-affirming interventions;
5. that provider education, including medical school, residency, and continuing education, integrate core competencies on the emotional and physical health needs and best practices for the care of youth who identify as TGD and their families;
6. that pediatricians have a role in advocating for, educating, and developing liaison relationships with school districts and other community organizations to promote acceptance and inclusion of all children without fear of harassment, exclusion, or bullying because of gender expression;
7. that pediatricians have a role in advocating for policies and laws that protect youth who identify as TGD from discrimination and violence;
8. that the health care workforce protects diversity by offering equal employment opportunities and workplace protections, regardless of gender identity or expression; and
9. that the medical field and federal government prioritize research that is dedicated to improving the quality of evidence-based care for youth who identify as TGD.

## LEAD AUTHOR

Jason Richard Rafferty, MD, MPH, EdM, FAAP

## CONTRIBUTOR

Robert Garofalo, MD, FAAP

## COMMITTEE ON PSYCHOSOCIAL ASPECTS OF CHILD AND FAMILY HEALTH, 2017–2018

Michael Yogman, MD, FAAP, Chairperson
Rebecca Baum, MD, FAAP
Thresia B. Gambon, MD, FAAP
Arthur Lavin, MD, FAAP
Gerri Mattson, MD, FAAP
Lawrence Sagin Wissow, MD, MPH, FAAP

## LIAISONS

Sharon Berry, PhD, LP – *Society of Pediatric Psychology*
Ed Christophersen, PhD, FAAP – *Society of Pediatric Psychology*
Norah Johnson, PhD, RN, CPNP-BC – *National Association of Pediatric Nurse Practitioners*
Amy Starin, PhD, LCSW – *National Association of Social Workers*
Abigail Schlesinger, MD – *American Academy of Child and Adolescent Psychiatry*

## STAFF

Karen S. Smith
James Baumberger

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf
by National Library of Education user

**COMMITTEE ON ADOLESCENCE, 2017–2018**

Cora Breuner, MD, MPH, FAAP, Chairperson
Elizabeth M. Alderman, MD, FSAHM, FAAP
Laura K. Grubb, MD, MPH, FAAP
Makia E. Powers, MD, MPH, FAAP
Krishna Upadhya, MD, FAAP
Stephenie B. Wallace, MD, FAAP

**LIAISONS**

Laurie Hornberger, MD, MPH, FAAP – *Section on Adolescent Health*
Liwei L. Hua, MD, PhD – *American Academy of Child and Adolescent Psychiatry*
Margo A. Lane, MD, FRCPC, FAAP – *Canadian Paediatric Society*
Meredith Loveless, MD, FACOG – *American College of Obstetricians and Gynecologists*
Seema Menon, MD – *North American Society of Pediatric and Adolescent Gynecology*
CDR Lauren B. Zapata, PhD, MSPH – *Centers for Disease Control and Prevention*

**STAFF**

Karen Smith

**SECTION ON LESBIAN, GAY, BISEXUAL, AND TRANSGENDER HEALTH AND WELLNESS EXECUTIVE COMMITTEE, 2016–2017**

Lynn Hunt, MD, FAAP, Chairperson
Anne Teresa Gearhart, MD, FAAP
Christopher Harris, MD, FAAP
Kathryn Melland Lowe, MD, FAAP
Chadwick Taylor Rodgers, MD, FAAP
Ilana Michelle Sherer, MD, FAAP

**FORMER EXECUTIVE COMMITTEE MEMBERS**

Ellen Perrin, MD, MA, FAAP

**LIAISON**

Joseph H. Waters, MD – *AAP Section on Pediatric Trainees*

**STAFF**

Renee Jarrett, MPH

**ACKNOWLEDGMENTS**

We thank Isaac Albanese, MPA, and Jayeson Watts, LICSW, for their thoughtful reviews and contributions.

**ABBREVIATIONS**

AAP: American Academy of Pediatrics
GACM: gender-affirmative care model
GLSEN: Gay, Lesbian, and Straight Education Network
LGBTQ: lesbian, gay, bisexual, transgender, or questioning
TGD: transgender and gender diverse

**DOI:** https://doi.org/10.1542/peds.2018-2162

PEDIATRICS (ISSN Numbers: Print, 0031-4005; Online, 1098-4275).

Copyright © 2018 by the American Academy of Pediatrics

**FINANCIAL DISCLOSURE:** The author has indicated he has no financial relationships relevant to this article to disclose.

**FUNDING:** No external funding.

**POTENTIAL CONFLICT OF INTEREST:** The author has indicated he has no potential conflicts of interest to disclose.

**REFERENCES**

1. Levine DA; Committee on Adolescence. Office-based care for lesbian, gay, bisexual, transgender, and questioning youth. *Pediatrics.* 2013;132(1). Available at: www.pediatrics.org/cgi/content/full/132/1/e297
2. American Academy of Pediatrics Committee on Adolescence. Homosexuality and adolescence. *Pediatrics.* 1983;72(2):249–250
3. Institute of Medicine; Committee on Lesbian Gay Bisexual, and Transgender Health Issues and Research Gaps and Opportunities. *The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding.* Washington, DC: National Academies Press; 2011. Available at: https://www.ncbi.nlm.nih.gov/books/NBK64806. Accessed May 19, 2017
4. Deutsch MB, Radix A, Reisner S. What's in a guideline? Developing collaborative and sound research designs that substantiate best practice recommendations for transgender health care. *AMA J Ethics.* 2016;18(11):1098–1106
5. Bonifacio HJ, Rosenthal SM. Gender variance and dysphoria in children and adolescents. *Pediatr Clin North Am.* 2015;62(4):1001–1016
6. Vance SR Jr, Ehrensaft D, Rosenthal SM. Psychological and medical care of gender nonconforming youth. *Pediatrics.* 2014;134(6):1184–1192
7. Richards C, Bouman WP, Seal L, Barker MJ, Nieder TO, T'Sjoen G. Non-binary or genderqueer genders. *Int Rev Psychiatry.* 2016;28(1):95–102
8. American Psychological Association. Guidelines for psychological practice with transgender and gender nonconforming people. *Am Psychol.* 2015;70(9):832–864
9. Flores AR, Herman JL, Gates GJ, Brown TNT. *How Many Adults Identify as Transgender in the United States.* Los Angeles, CA: The Williams Institute; 2016
10. Herman JL, Flores AR, Brown TNT, Wilson BDM, Conron KJ. *Age of Individuals Who Identify as Transgender in the United States.* Los Angeles, CA: The Williams Institute; 2017
11. Gates GJ. *How Many People are Lesbian, Gay, Bisexual, and Transgender?* Los Angeles, CA: The Williams Institute; 2011
12. Olson J, Schrager SM, Belzer M, Simons LK, Clark LF. Baseline physiologic and psychosocial characteristics of transgender youth seeking care for gender dysphoria. *J Adolesc Health.* 2015;57(4):374–380
13. Reisner SL, Vetters R, Leclerc M, et al. Mental health of transgender youth in care

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf
by National Library of Education user

at an adolescent urban community health center: a matched retrospective cohort study. *J Adolesc Health.* 2015;56(3):274–279

14. Clements-Nolle K, Marx R, Katz M. Attempted suicide among transgender persons: the influence of gender-based discrimination and victimization. *J Homosex.* 2006;51(3):53–69
15. Colizzi M, Costa R, Todarello O. Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology.* 2014;39:65–73
16. Haas AP, Eliason M, Mays VM, et al. Suicide and suicide risk in lesbian, gay, bisexual, and transgender populations: review and recommendations. *J Homosex.* 2011;58(1):10–51
17. Maguen S, Shipherd JC. Suicide risk among transgender individuals. *Psychol Sex.* 2010;1(1):34–43
18. Connolly MD, Zervos MJ, Barone CJ II, Johnson CC, Joseph CL. The mental health of transgender youth: advances in understanding. *J Adolesc Health.* 2016;59(5):489–495
19. Grossman AH, D'Augelli AR. Transgender youth and life-threatening behaviors. *Suicide Life Threat Behav.* 2007;37(5):527–537
20. Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics.* 2012;129(3):418–425
21. van Schalkwyk GI, Klingensmith K, Volkmar FR. Gender identity and autism spectrum disorders. *Yale J Biol Med.* 2015;88(1):81–83
22. Jacobs LA, Rachlin K, Erickson-Schroth L, Janssen A. Gender dysphoria and co-occurring autism spectrum disorders: review, case examples, and treatment considerations. *LGBT Health.* 2014;1(4):277–282
23. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders.* 5th ed. Arlington, VA: American Psychiatric Association; 2013
24. Edwards-Leeper L, Spack NP. Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service" (GeMS) in a major pediatric center. *J Homosex.* 2012;59(3):321–336
25. Anton BS. Proceedings of the American Psychological Association for the legislative year 2008: minutes of the annual meeting of the Council of Representatives, February 22–24, 2008, Washington, DC, and August 13 and 17, 2008, Boston, MA, and minutes of the February, June, August, and December 2008 meetings of the Board of Directors. *Am Psychol.* 2009;64(5):372–453
26. Drescher J, Haller E; American Psychiatric Association Caucus of Lesbian, Gay and Bisexual Psychiatrists. *Position Statement on Discrimination Against Transgender and Gender Variant Individuals.* Washington, DC: American Psychiatric Association; 2012
27. Hidalgo MA, Ehrensaft D, Tishelman AC, et al. The gender affirmative model: what we know and what we aim to learn. *Hum Dev.* 2013;56(5):285–290
28. Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, Shumer DE, Spack NP. Serving transgender youth: challenges, dilemmas and clinical examples. *Prof Psychol Res Pr.* 2015;46(1):37–45
29. Adelson SL; American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues (CQI). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *J Am Acad Child Adolesc Psychiatry.* 2012;51(9):957–974
30. Herbst JH, Jacobs ED, Finlayson TJ, McKleroy VS, Neumann MS, Crepaz N; HIV/AIDS Prevention Research Synthesis Team. Estimating HIV prevalence and risk behaviors of transgender persons in the United States: a systematic review. *AIDS Behav.* 2008;12(1):1–17
31. James SE, Herman JL, Rankin S, Keisling M, Mottet L, Anafi M. *The Report of the 2015 U.S. Transgender Survey.* Washington, DC: National Center for Transgender Equality; 2016
32. Centers for Disease Control and Prevention. *CDC-Funded HIV Testing: United States, Puerto Rico, and the U.S. Virgin Islands.* Atlanta, GA: Centers for Disease Control and Prevention; 2015. Available at: https://www.cdc.gov/hiv/pdf/library/reports/cdc-hiv-funded-testing-us-puerto-rico-2015.pdf. Accessed August 2, 2018
33. Substance Abuse and Mental Health Services Administration. *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth.* Rockville, MD: Substance Abuse and Mental Health Services Administration; 2015
34. Korell SC, Lorah P. An overview of affirmative psychotherapy and counseling with transgender clients. In: Bieschke KJ, Perez RM, DeBord KA, eds. *Handbook of Counseling and Psychotherapy With Lesbian, Gay, Bisexual, and Transgender Clients.* 2nd ed. Washington, DC: American Psychological Association; 2007:271–288
35. World Professional Association for Transgender Health. *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People.* 7th ed. Minneapolis, MN: World Professional Association for Transgender Health; 2011. Available at: https://www.wpath.org/publications/soc. Accessed April 15, 2018
36. Menvielle E. A comprehensive program for children with gender variant behaviors and gender identity disorders. *J Homosex.* 2012;59(3):357–368
37. Hill DB, Menvielle E, Sica KM, Johnson A. An affirmative intervention for families with gender variant children: parental ratings of child mental health and gender. *J Sex Marital Ther.* 2010;36(1):6–23
38. Haldeman DC. The practice and ethics of sexual orientation conversion therapy. *J Consult Clin Psychol.* 1994;62(2):221–227
39. Byne W. Regulations restrict practice of conversion therapy. *LGBT Health.* 2016;3(2):97–99
40. Cohen-Kettenis PT, Delemarre-van de Waal HA, Gooren LJ. The treatment of adolescent transsexuals: changing insights. *J Sex Med.* 2008;5(8):1892–1897

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf by National Library of Education user

41. Bryant K. Making gender identity disorder of childhood: historical lessons for contemporary debates. *Sex Res Soc Policy*. 2006;3(3):23–39

42. World Professional Association for Transgender Health. *WPATH De-Psychopathologisation Statement*. Minneapolis, MN: World Professional Association for Transgender Health; 2010. Available at: https://www.wpath.org/policies. Accessed April 16, 2017

43. American Academy of Pediatrics. AAP support letter conversion therapy ban [letter]. 2015. Available at: https://www.aap.org/en-us/advocacy-and-policy/federal-advocacy/Documents/AAPsupportletterconversiontherapyban.pdf. Accessed August 1, 2018

44. Movement Advancement Project. *LGBT Policy Spotlight: Conversion Therapy Bans*. Boulder, CO: Movement Advancement Project; 2017. Available at: http://www.lgbtmap.org/policy-and-issue-analysis/policy-spotlight-conversion-therapy-bans. Accessed August 6, 2017

45. Ehrensaft D, Giammattei SV, Storck K, Tishelman AC, Keo-Meier C. Prepubertal social gender transitions: what we know; what we can learn—a view from a gender affirmative lens. *Int J Transgend*. 2018;19(2):251–268

46. Olson KR, Key AC, Eaton NR. Gender cognition in transgender children. *Psychol Sci*. 2015;26(4):467–474

47. Olson KR. Prepubescent transgender children: what we do and do not know. *J Am Acad Child Adolesc Psychiatry*. 2016;55(3):155–156.e3

48. Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. *Pediatrics*. 2016;137(3):e20153223

49. Malpas J. Between pink and blue: a multi-dimensional family approach to gender nonconforming children and their families. *Fam Process*. 2011;50(4):453–470

50. Hagan JF Jr, Shaw JS, Duncan PM, eds. *Bright Futures: Guidelines for Health Supervision of Infants, Children, and Adolescents*. 4th ed. Elk Grove, IL: American Academy of Pediatrics; 2016

51. Minter SP. Supporting transgender children: new legal, social, and medical approaches. *J Homosex*. 2012;59(3):422–433

52. AHIMA Work Group. Improved patient engagement for LGBT populations: addressing factors related to sexual orientation/gender identity for effective health information management. *J AHIMA*. 2017;88(3):34–39

53. Deutsch MB, Green J, Keatley J, Mayer G, Hastings J, Hall AM; World Professional Association for Transgender Health EMR Working Group. Electronic medical records and the transgender patient: recommendations from the World Professional Association for Transgender Health EMR Working Group. *J Am Med Inform Assoc*. 2013;20(4):700–703

54. Dowshen N, Meadows R, Byrnes M, Hawkins L, Eder J, Noonan K. Policy perspective: ensuring comprehensive care and support for gender nonconforming children and adolescents. *Transgend Health*. 2016;1(1):75–85

55. Cahill SR, Baker K, Deutsch MB, Keatley J, Makadon HJ. Inclusion of sexual orientation and gender identity in stage 3 meaningful use guidelines: a huge step forward for LGBT health. *LGBT Health*. 2016;3(2):100–102

56. Mansfield MJ, Beardsworth DE, Loughlin JS, et al. Long-term treatment of central precocious puberty with a long-acting analogue of luteinizing hormone-releasing hormone. Effects on somatic growth and skeletal maturation. *N Engl J Med*. 1983;309(21):1286–1290

57. Olson J, Garofalo R. The peripubertal gender-dysphoric child: puberty suppression and treatment paradigms. *Pediatr Ann*. 2014;43(6):e132–e137

58. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med*. 2011;8(8):2276–2283

59. Wallien MS, Cohen-Kettenis PT. Psychosexual outcome of gender-dysphoric children. *J Am Acad Child Adolesc Psychiatry*. 2008;47(12):1413–1423

60. Waylen A, Wolke D. Sex 'n' drugs 'n' rock 'n' roll: the meaning and social consequences of pubertal timing. *Eur J Endocrinol*. 2004;151(suppl 3):U151–U159

61. de Vries AL, Klink D, Cohen-Kettenis PT. What the primary care pediatrician needs to know about gender incongruence and gender dysphoria in children and adolescents. *Pediatr Clin North Am*. 2016;63(6):1121–1135

62. Vlot MC, Klink DT, den Heijer M, Blankenstein MA, Rotteveel J, Heijboer AC. Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. *Bone*. 2017;95:11–19

63. Finlayson C, Johnson EK, Chen D, et al. Proceedings of the working group session on fertility preservation for individuals with gender and sex diversity. *Transgend Health*. 2016;1(1):99–107

64. Kreukels BP, Cohen-Kettenis PT. Puberty suppression in gender identity disorder: the Amsterdam experience. *Nat Rev Endocrinol*. 2011;7(8):466–472

65. Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. *J Clin Endocrinol Metab*. 2014;99(12):4379–4389

66. Fenway Health. *Glossary of Gender and Transgender Terms*. Boston, MA: Fenway Health; 2010. Available at: http://fenwayhealth.org/documents/the-fenway-institute/handouts/Handout_7-C_Glossary_of_Gender_and_Transgender_Terms__fi.pdf. Accessed August 16, 2017

67. de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*. 2014;134(4):696–704

68. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102(11):3869–3903

69. Milrod C, Karasic DH. Age is just a number: WPATH-affiliated surgeons' experiences and attitudes toward

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf
by National Library of Education user

vaginoplasty in transgender females under 18 years of age in the United States. *J Sex Med.* 2017;14(4):624–634

70. Milrod C. How young is too young: ethical concerns in genital surgery of the transgender MTF adolescent. *J Sex Med.* 2014;11(2):338–346
71. Olson-Kennedy J, Warus J, Okonta V, Belzer M, Clark LF. Chest reconstruction and chest dysphoria in transmasculine minors and young adults: comparisons of nonsurgical and postsurgical cohorts. *JAMA Pediatr.* 2018;172(5):431–436
72. Committee on Adolescent Health Care. Committee opinion no. 685: care for transgender adolescents. *Obstet Gynecol.* 2017;129(1):e11–e16
73. Greydanus DE, Patel DR, Rimsza ME. Contraception in the adolescent: an update. *Pediatrics.* 2001;107(3):562–573
74. Gridley SJ, Crouch JM, Evans Y, et al. Youth and caregiver perspectives on barriers to gender-affirming health care for transgender youth. *J Adolesc Health.* 2016;59(3):254–261
75. Sanchez NF, Sanchez JP, Danoff A. Health care utilization, barriers to care, and hormone usage among male-to-female transgender persons in New York City. *Am J Public Health.* 2009;99(4):713–719
76. Transgender Law Center. *Affordable Care Act Fact Sheet.* Oakland, CA: Transgender Law Center; 2016. Available at: https://transgenderlawcenter.org/resources/health/aca-fact-sheet. Accessed August 8, 2016
77. Nahata L, Quinn GP, Caltabellotta NM, Tishelman AC. Mental health concerns and insurance denials among transgender adolescents. *LGBT Health.* 2017;4(3):188–193
78. Grant JM, Mottet LA, Tanis J, Harrison J, Herman JL, Keisling M. *Injustice at Every Turn: A Report of the National Transgender Discrimination Survey.* Washington, DC: National Center for Transgender Equality and National Gay and Lesbian Task Force; 2011 Available at: http://www.thetaskforce.org/static_html/downloads/reports/reports/ntds_full.pdf. Accessed August 6, 2018
79. Sevelius JM. Gender affirmation: a framework for conceptualizing risk behavior among transgender women of color. *Sex Roles.* 2013;68(11–12):675–689
80. Koken JA, Bimbi DS, Parsons JT. Experiences of familial acceptance-rejection among transwomen of color. *J Fam Psychol.* 2009;23(6):853–860
81. Lombardi EL, Wilchins RA, Priesing D, Malouf D. Gender violence: transgender experiences with violence and discrimination. *J Homosex.* 2001;42(1):89–101
82. Wren B. 'I can accept my child is transsexual but if I ever see him in a dress I'll hit him': dilemmas in parenting a transgendered adolescent. *Clin Child Psychol Psychiatry.* 2002;7(3):377–397
83. Riley EA, Sitharthan G, Clemson L, Diamond M. The needs of gender-variant children and their parents: a parent survey. *Int J Sex Health.* 2011;23(3):181–195
84. Whitley CT. Trans-kin undoing and redoing gender: negotiating relational identity among friends and family of transgender persons. *Sociol Perspect.* 2013;56(4):597–621
85. Travers R, Bauer G, Pyne J, Bradley K, Gale L, Papadimitriou M; Trans PULSE; Children's Aid Society of Toronto; Delisle Youth Services. *Impacts of Strong Parental Support for Trans Youth: A Report Prepared for Children's Aid Society of Toronto and Delisle Youth Services.* Toronto, ON: Trans PULSE; 2012. Available at: http://transpulseproject.ca/wp-content/uploads/2012/10/Impacts-of-Strong-Parental-Support-for-Trans-Youth-vFINAL.pdf
86. Ryan C, Russell ST, Huebner D, Diaz R, Sanchez J. Family acceptance in adolescence and the health of LGBT young adults. *J Child Adolesc Psychiatr Nurs.* 2010;23(4):205–213
87. Grossman AH, D'augelli AR, Frank JA. Aspects of psychological resilience among transgender youth. *J LGBT Youth.* 2011;8(2):103–115
88. McConnell EA, Birkett M, Mustanski B. Families matter: social support and mental health trajectories among lesbian, gay, bisexual, and transgender youth. *J Adolesc Health.* 2016;59(6):674–680
89. Ellis KM, Eriksen K. Transsexual and transgenderist experiences and treatment options. *Fam J Alex Va.* 2002;10(3):289–299
90. Lamda Legal. *Transgender Rights Toolkit: A Legal Guide for Trans People and Their Advocates.* New York, NY: Lambda Legal; 2016 Available at: https://www.lambdalegal.org/publications/trans-toolkit. Accessed August 6, 2018
91. Kosciw JG, Greytak EA, Giga NM, Villenas C, Danischewski DJ. *The 2015 National School Climate Survey: The Experiences of Lesbian, Gay, Bisexual, Transgender, and Queer Youth in Our Nation's Schools.* New York, NY: GLSEN; 2016. Available at: https://www.glsen.org/article/2015-national-school-climate-survey. Accessed August 8, 2018
92. McGuire JK, Anderson CR, Toomey RB, Russell ST. School climate for transgender youth: a mixed method investigation of student experiences and school responses. *J Youth Adolesc.* 2010;39(10):1175–1188
93. Association of American Medical Colleges Advisory Committee on Sexual Orientation, Gender Identity, and Sex Development. In: Hollenback AD, Eckstrand KL, Dreger A, eds. *Implementing Curricular and Institutional Climate Changes to Improve Health Care for Individuals Who Are LGBT, Gender Nonconforming, or Born With DSD: A Resource for Medical Educators.* Washington, DC: Association of American Medical Colleges; 2014. Available at: https://members.aamc.org/eweb/upload/Executive LGBT FINAL.pdf. Accessed August 8, 2018
94. Obedin-Maliver J, Goldsmith ES, Stewart L, et al. Lesbian, gay, bisexual, and transgender-related content in undergraduate medical education. *JAMA.* 2011;306(9):971–977

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/4/e20182162/1529435/peds_20182162.pdf
by National Library of Education user

GLSEN

# The 2019 National School Climate Survey

## The Experiences of Lesbian, Gay, Bisexual, Transgender, and Queer Youth in Our Nation's Schools

A Report from GLSEN

www.glsen.org

AR_281741

GLSEN®

# The 2019 National School Climate Survey

## The Experiences of Lesbian, Gay, Bisexual, Transgender, and Queer Youth in Our Nation's Schools

by Joseph G. Kosciw, Ph.D.
Caitlin M. Clark, Ph.D.
Nhan L. Truong, Ph.D.
Adrian D. Zongrone, M.P.H.

**National Headquarters**
110 William Street, 30th Floor
New York, NY 10038
Ph: 212-727-0135 Fax: 212-727-0254

**DC Policy Office**
Make Office K Street
6th Floor, Attn: GLSEN
1015 15th Street, NW
Washington, DC, 20005
Ph: 202-347-7780 Fax: 202-347-7781

glsen@glsen.org

www.glsen.org

© 2020 GLSEN

ISBN 978-1-934092-33-0

When referencing this document, we recommend the following citation:
Kosciw, J. G., Clark, C. M., Truong, N. L., & Zongrone, A. D. (2020). *The 2019 National School Climate Survey: The experiences of lesbian, gay, bisexual, transgender, and queer youth in our nation's schools*. New York: GLSEN.

**GLSEN** is the leading national education organization focused on ensuring safe schools for all students. Established in 1990, GLSEN envisions a world in which every child learns to respect and accept all people, regardless of sexual orientation or gender identity/expression. GLSEN seeks to develop school climates where difference is valued for the positive contribution it makes to creating a more vibrant and diverse community. For more information on our educator resources, research, public policy agenda, student leadership programs, or development initiatives, visit www.glsen.org.

Graphic design: Adam Fredericks

Quotes throughout are from students' responses to open-ended questions in the survey.

Electronic versions of this report and all other GLSEN research reports are available at www.glsen.org/research.

# CONTENTS

PREFACE....xi
Acknowledgements .... xiv

EXECUTIVE SUMMARY.... xv

INTRODUCTION.... 1

METHODS AND SAMPLE .... 7
Insight on Emerging Sexual Orientation and Gender Identity Terms Over Time .... 10

PART ONE: EXTENT AND EFFECTS OF HOSTILE SCHOOL CLIMATE .... 13

School Safety.... 15
Overall Safety at School .... 16
School Engagement and Safety Concerns.... 16
Insight on Feelings of Safety Regarding Citizenship Over Time .... 17

Exposure to Biased Language.... 21
Hearing Anti-LGBTQ Remarks at School.... 22
Anti-LGBTQ Remarks from School Personnel.... 25
Hearing Other Types of Biased Remarks at School.... 26

Experiences of Harassment and Assault at School.... 27
Harassment and Assault Based on Sexual Orientation, Gender, and Gender Expression.... 28
Harassment and Assault Based on Other Characteristics.... 29
Other Types of Harassment and Negative Events .... 29

Reporting of School-Based Harassment and Assault.... 31
Reasons for Not Reporting Harassment or Assault.... 32
Students' Reports on the Nature of School Staff's Responses to Harassment and Assault .... 34
Effectiveness of Staff Responses to Harassment and Assault.... 36

Experiences of Discrimination at School.... 39
Restricting LGBTQ Expression in School .... 40
Limiting LGBTQ Inclusion in Extracurricular Activities.... 40
Enforcing Adherence to Traditional Gender Norms.... 42
Gender Separation in School.... 42

Hostile School Climate, Educational Outcomes, and Psychological Well-Being.... 45
Educational Aspirations.... 46
School Climate and Educational Aspirations.... 47
School Climate and Academic Achievement .... 48
Absenteeism .... 48
School Climate and School Discipline .... 49
School Climate and School Belonging.... 51
School Climate and Psychological Well-Being .... 52

PART TWO: SCHOOL-BASED RESOURCES AND SUPPORTS .... 55

Availability of School-Based Resources and Supports .... 57
Supportive Student Clubs .... 58
Inclusive Curricular Resources .... 58
Insight on GSA Activities.... 59
Supportive School Personnel.... 61
Insight on Reasons for Not Attending a GSA.... 63
Inclusive and Supportive School Policies.... 64

Utility of School-Based Resources and Supports.... 69
Supportive Student Clubs .... 70
Inclusive Curricular Resources .... 73
Supportive School Personnel.... 75
Inclusive and Supportive School Policies.... 79

PART THREE: SCHOOL CLIMATE BY DEMOGRAPHIC AND SCHOOL CHARACTERISTICS ..................... 85

School Climate and Sexual Orientation ..................... 87
Victimization ..................... 89
Discrimination and School Discipline ..................... 90
Absenteeism ..................... 90

School Climate and Gender ..................... 93
Experiences of Transgender Students ..................... 94
Insight on Gender-Related Discrimination Among Transgender Students Over Time..................... 102
Experiences of Nonbinary Students ..................... 103
Experiences of Cisgender LGBQ Students ..................... 104
Experiences of Questioning Students ..................... 105

School Climate and Racial/Ethnic Identity..................... 107
Experiences of Arab American, Middle Eastern, and North African (MENA) LGBTQ Students ........ 108
Experiences of Asian American, Pacific Islander, and Native Hawaiian (AAPI) LGBTQ Students...... 108
Experiences of Black LGBTQ Students ..................... 110
Experiences of Latinx LGBTQ Students ..................... 111
Experiences of Native American, American Indian, and Alaska Native (“Native and Indigenous”) LGBTQ Students ..................... 112
Experiences of Multiracial LGBTQ Students ..................... 113
Experiences of White LGBTQ Students ..................... 113

School Climate by School Characteristics..................... 115
Differences by School Level ..................... 116
Differences by School Type ..................... 118
Differences by Locale..................... 121
Differences by Region ..................... 123

PART FOUR: INDICATORS OF SCHOOL CLIMATE OVER TIME ..................... 127

Indicators of School Climate Over Time..................... 129
Anti-LGBTQ Remarks Over Time..................... 130
Experiences of Harassment and Assault Over Time..................... 133
Insight on Racist Remarks and Harassment Over Time..................... 135
Experiences of Discrimination Over Time..................... 136
LGBTQ-Related Resources Over Time..................... 138
Student Acceptance of LGBTQ People Over Time..................... 140

Discussion ..................... 143
Limitations..................... 145
Conclusion and Recommendations ..................... 146

Endnotes ..................... 151

Title Page Photo Descriptions..................... 188

# LIST OF TABLES AND FIGURES

Table M.1 Demographic and Educational Characteristics of Survey Participants .............................. 11
Table M.2 Characteristics of Survey Participants' Schools .......................................................... 12
Table 1.1 Reasons LGBTQ Students Did Not Always Report Incidents of Harassment or Assault to School Staff ........................................................................ 33
Table 1.2 LGBTQ Students' Reports of School Staff's Responses to Reports of Harassment and Assault ................................................................... 35
Table 1.3 LGBTQ Students' High School Completion Plans ........................................................ 46
Table 1.4 Reasons LGBTQ Students Do Not Plan to Graduate High School or Are Unsure If They Will Graduate .......................................................................... 47
Table 1.5 Academic Achievement of LGBTQ Students by Experiences of Victimization and Discrimination ........................................................................... 49
Table 2.1 Availability of and Participation in GSAs .................................................................... 58
Table 2.2 Positive Representations of LGBTQ-Related Topics Taught in Class ................................ 60
Table 2.3 LGBTQ Students' Reports of School Bullying, Harassment, and Assault Policies .............. 65
Table 2.4 Transgender and Nonbinary Students' Reports of Areas Addressed in Transgender and Nonbinary Student School Policies and Official Guidelines ...................................... 66
Table 2.5 Supportive Staff and LGBTQ Students' Academic Achievement ...................................... 77
Table 3.1 Gender-Related Discrimination by Gender Identity .................................................... 100
Table 3.2 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by School Level ............ 117
Table 3.3 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by School Type ............. 119
Table 3.4 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by Locale ..................... 122
Table 3.5 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by Region .................... 124
Figure 1.1 LGBTQ Students Who Felt Unsafe at School Because of Actual or Perceived Personal Characteristics ........................................................................ 16
Figure 1.2 Percentage of LGBTQ Students Who Avoid Spaces at School Because They Feel Unsafe or Uncomfortable ............................................................. 18
Figure 1.3 LGBTQ Students who Avoided School Activities Because They Felt Unsafe or Uncomfortable ............................................................................... 19
Figure 1.4 Frequency of Missing Days of School in the Past Month Because of Feeling Unsafe or Uncomfortable ............................................................................... 19
Figure 1.5 Percentage of LGBTQ Students Who Changed Schools Because of School Safety Concerns ................................................................................... 19
Figure 1.6 Frequency of Hearing Anti-LGBTQ Remarks at School .................................................. 22
Figure 1.7 Degree that LGBTQ Students Were Bothered or Distressed as a Result of Hearing "Gay" Used in a Derogatory Way ............................................................ 23
Figure 1.8 LGBTQ Students' Reports of How Many Students Make Homophobic Remarks ................ 23
Figure 1.9 LGBTQ Students' Reports of Staff and Student Intervention in Homophobic Remarks ......................................................................................... 24
Figure 1.10 Frequency of LGBTQ Students Hearing Different Types of Remarks about Students' Gender Expression .......................................................................... 24
Figure 1.11 LGBTQ Students' Reports of How Many Students Make Negative Remarks about Gender Expression ..................................................................................... 25
Figure 1.12 LGBTQ Students' Reports of Staff and Student Intervention in Negative Remarks about Gender Expression ............................................................... 25

Figure 1.13 Frequency of LGBTQ Students Hearing Negative Remarks from Teachers or Other School Staff .......... 25
Figure 1.14 Frequency of LGBTQ Students Hearing Other Biased Remarks in School .......... 26
Figure 1.15 Frequency of Verbal Harassment Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year .......... 28
Figure 1.16 Frequency of Physical Harassment Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year .......... 28
Figure 1.17 Frequency of Physical Assault Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year .......... 29
Figure 1.18 Frequency of Other Identity-Based Harassment and Assault Experienced by LGBTQ Students in the Past School Year .......... 29
Figure 1.19 Frequency of Other Types of Harassment Experienced by LGBTQ Students in the Past School Year .......... 30
Figure 1.20 Frequency of LGBTQ Students Reporting Incidents of Harassment and Assault .......... 32
Figure 1.21 Frequency of Intervention by LGBTQ Students' Family Members .......... 32
Figure 1.22 LGBTQ Students' Perceptions of Effectiveness of Reporting Incidents of Harassment and Assault to School Staff .......... 36
Figure 1.23 Percentage of LGBTQ Students who Have Experienced Discriminatory Policies and Practices at School .......... 41
Figure 1.24 LGBTQ Students' Reports of Ways Schools Separate Activities by Gender or Have Different Requirements Based on Gender .......... 42
Figure 1.25 Educational Aspirations of LGBTQ Students .......... 48
Figure 1.26 Educational Aspirations and Severity of Victimization .......... 48
Figure 1.27 Absenteeism by Experiences of Victimization and Discrimination .......... 49
Figure 1.28 Percentage of LGBTQ Students who Have Experienced School Discipline .......... 50
Figure 1.29 School Discipline by Experiences of Victimization and Discrimination .......... 51
Figure 1.30 School Belonging by Experiences of Victimization and Discrimination .......... 52
Figure 1.31 Self-Esteem by Experiences of Victimization and Discrimination .......... 53
Figure 1.32 Depression by Experiences of Victimization and Discrimination .......... 53
Figure 2.1 Representations of LGBTQ-Related Topics Taught in Any Classroom Curriculum .......... 60
Figure 2.2 Availability of LGBTQ-Related Curricular Resources .......... 61
Figure 2.3 Percentage of LGBTQ Students Who Have Received Any Sex Education .......... 61
Figure 2.4 Inclusion of LGBTQ Topics in Sex Education .......... 61
Figure 2.5 LGBTQ Students' Reports on the Number of Teachers and Other School Staff Who are Supportive of LGBTQ Students .......... 62
Figure 2.6 LGBTQ Students' Reports on How Supportive Their School Administration is of LGBTQ Students .......... 62
Figure 2.7 Comfort Talking with School Personnel about LGBTQ Issues .......... 62
Figure 2.8 LGBTQ Students' Reports on the Number of Openly LGBTQ Teachers or Other School Staff .......... 64
Figure 2.9 Percentage of Students Reporting Their School Has Policy/Guidelines Regarding Transgender and Nonbinary Students .......... 66
Figure 2.10 Presence of GSAs and Frequency of Hearing Biased Remarks .......... 70
Figure 2.11 Presence of GSAs and LGBTQ Students' Feelings of Safety and Missing School .......... 71
Figure 2.12 Presence of GSAs and Victimization .......... 71
Figure 2.13 Presence of GSAs and Number of School Staff Supportive of LGBTQ Students .......... 71
Figure 2.14 Presence of GSAs and Intervention in Anti-LGBTQ Remarks .......... 72
Figure 2.15 LGBTQ-Inclusive Curriculum and Frequency of Hearing Anti-LGBTQ Remarks .......... 73
Figure 2.16 LGBTQ-Inclusive Curriculum and Victimization .......... 74
Figure 2.17 LGBTQ-Inclusive Curriculum and LGBTQ Students' Feelings of Safety and Missing School .......... 74
Figure 2.18 LGBTQ-Inclusive Curriculum and Student Intervention in Anti-LGBTQ Remarks .......... 75
Figure 2.19 Supportive School Staff and Feelings of Safety and Missing School .......... 76
Figure 2.20 Supportive School Staff and Educational Aspirations .......... 76

Figure 2.21 Feelings of Safety and Staff Intervention Regarding Negative Remarks about Sexual Orientation or Gender Expression ........ 77
Figure 2.22 Effectiveness of Staff Response to Harassment/Assault and LGBTQ Students' Feelings of Safety and Missing School ........ 77
Figure 2.23 Effectiveness of Staff Response to Harassment/Assault and LGBTQ Students' Experiences of Victimization ........ 78
Figure 2.24 Safe Space Stickers/Posters and Number of Supportive School Staff ........ 78
Figure 2.25 School Harassment/Assault Policies and Frequency of Hearing Anti-LGBTQ Remarks ........ 79
Figure 2.26 School Harassment/Assault Policies and Experiences of Victimization ........ 80
Figure 2.27 School Harassment/Assault Policies and Staff Intervention Regarding Anti-LGBTQ Remarks ........ 80
Figure 2.28 School Harassment/Assault Policies, Reporting Harassment/Assault, and Effectiveness of Staff Response ........ 81
Figure 2.29 Transgender and Nonbinary Policy and Gender-Related Discrimination ........ 82
Figure 2.30 Transgender and Nonbinary Policy and Days of Missed School ........ 83
Figure 3.1 Outness in School by Sexual Orientation ........ 88
Figure 3.2 Victimization by Sexual Orientation ........ 89
Figure 3.3 Experiences of Discrimination by Sexual Orientation ........ 90
Figure 3.4 School Discipline by Sexual Orientation ........ 91
Figure 3.5 Missing School Due to Safety Concerns ........ 91
Figure 3.6 Feelings of Safety at School by Gender Identity ........ 95
Figure 3.7 School Victimization by Gender Identity ........ 96
Figure 3.8 Avoiding Spaces at School by Gender Identity ........ 97
Figure 3.9 Percentage of LGBTQ Students who Missed School or Changed Schools Because of Safety Concerns by Gender Identity ........ 98
Figure 3.10 Percentage of LGBTQ Students Who Experienced Anti-LGBTQ Discrimination at School by Gender Identity ........ 99
Figure 3.11 Comparison by Gender Identity: Percentage of LGBTQ Students Who Experienced School Discipline ........ 101
Figure 3.12 Sense of Safety at School by Race/Ethnicity ........ 109
Figure 3.13 Experiences of In-School Victimization Based on Personal Characteristics by Race/Ethnicity ........ 110
Figure 3.14 Experiences of Anti-LGBTQ Discrimination by Race/Ethnicity ........ 111
Figure 3.15 Experiences of School Discipline by Race/Ethnicity ........ 112
Figure 4.1 Anti-LGBTQ Language by Students Over Time ........ 131
Figure 4.2 Preponderance of Students Using Anti-LGBTQ Language Over Time ........ 131
Figure 4.3 Anti-LGBTQ Language by School Staff Over Time ........ 132
Figure 4.4 Intervention Regarding Homophobic Remarks Over Time ........ 133
Figure 4.5 Intervention Regarding Negative Remarks about Gender Expression Over Time ........ 133
Figure 4.6 Frequency of Victimization Based on Sexual Orientation Over Time ........ 134
Figure 4.7 Frequency of Victimization Based on Gender Expression Over Time ........ 134
Figure 4.8 Frequency of Reporting Victimization to School Staff and Effectiveness of Reporting Over Time ........ 136
Figure 4.9 Frequency of Experiences with Discriminatory Policies and Practices Over Time ........ 137
Figure 4.10 Availability of GSAs Over Time ........ 138
Figure 4.11 Availability of Curricular Resources Over Time ........ 139
Figure 4.12 Availability of Supportive School Staff Over Time ........ 139
Figure 4.13 Prevalence of School or District Anti-Bullying/Harassment Policies Over Time ........ 140
Figure 4.14 Perceptions of Peer Acceptance of LGBTQ People Over Time ........ 141

Insight Table Reasons LGBTQ Students Have Not Attended Any GSA Meetings in the Past School Year .......... 63
Insight Figure Feeling Unsafe in School Because of Citizenship Status Among Foreign-Born LGBTQ Students .......... 17
Insight Figure Percentage of LGBTQ Students with GSAs at Their School Who Reported the Following GSA Activities During the Past School Year .......... 59
Insight Figure Gender-Based Discrimination Among Transgender Students Over Time .......... 102
Insight Figure Hearing Racist Remarks and Experiences of Racist Harassment Among LGBTQ Students of Color Over Time .......... 135

# PREFACE

Youth gather march in the 2005 Chicago Pride Parade and demand safer schools for LGBTQ students. Youth marched with GLSEN's Chicago chapter, which evolved to become what is now known as the Illinois Safe Schools Alliance.

xii

AR_281751

In the Fall of 1999, researchers and advocates gathered in a hotel meeting room in Atlanta to discuss the crippling lack of data available about the lives and experiences of LGBTQ+ youth. GLSEN's first "Research Roundtable" was designed to spark new directions of inquiry in academia, and the development of new knowledge that would guide efforts of advocates and service providers to improve the lives of LGBTQ+ youth nationwide. At the same time, GLSEN conducted its first national survey of LGBTQ+ students to begin bridging that gap in knowledge, a study that became the biennial GLSEN National School Climate Survey (NSCS). Within a year, we began building our independent research capacity.

Over time, the NSCS has helped rally LGBTQ+ students and their allies, illustrating the deep impact of the problem, making the case for the interventions that work, and enabling us to track our progress over time. Beyond the NSCS, the GLSEN Research Institute produces analysis and reports on all facets of LGBTQ+ issues in K-12 education, informing on-going work across the education world and the movement to support LGBTQ+ youth. Today, LGBTQ+ youth-focused organizations in more than 30 other countries are pursuing similar efforts, and GLSEN is proud to partner with them in a growing research revolution for LGBTQ+ youth.

The report in your hands now builds on twenty years of work, our long term commitment to producing the evidence for action on LGBTQ+ issues in K-12 education. In this report, we see that the slowing of progress noted in 2017 has continued. Harassment and discrimination remain at unacceptable levels at the national level.

However, given the vicious attacks we have witnessed over the past four years, particularly on transgender youth, it is remarkable that dedicated educators and active student advocates have held the line as powerfully as they have. Despite the tenor of our times, we also find that more and more LGBTQ+ youth have access to the vital in-school supports that can change their lives for the better, particularly as GSA student clubs continue to emerge in more schools nationwide. Increasing presence of the supports can be a leading indicator for positive changes in school climate, making this another sign of hope for the future.

As one of the conveners of that first Research Roundtable, I am amazed by what this research revolution has made possible, both across the U.S. and, bit by bit, around the world. May this edition of GLSEN's National School Climate Survey inspire all those who continue to hold the line, fighting to improve the lives of LGBTQ+ youth today and secure a better future for us all.

Eliza Byard, Ph.D.
Executive Director
GLSEN

## *Acknowledgements*

The authors first wish to thank the students who participated in our 2019 survey for continuing to enlighten us about their experiences in school, as well as the over 80,000 students who have participated in the National School Climate Surveys since it began in 1999. We also wish to acknowledge the organizations that helped disseminate information about the survey, including the LGBTQ youth services and programs that invited their constituents to participate in the survey, as well as GLSEN's Chapter network. We are indebted to former GLSEN Research Institute Fellow Leesh Menard-Livingston for their assistance in our data collection, GLSEN Research Institute Fellow Sarah Rosenbach for her assistance in data cleaning and coding, and former longtime GLSEN Research staffer Emily Greytak for her leadership in planning for NSCS 2019 and her dedication to GLSEN's research over the years. We are also thankful for our GLSEN colleagues who provided thoughtful feedback and continual support throughout the survey development and data collection process. Finally, much gratitude goes to Eliza Byard, GLSEN's Executive Director, for her deep commitment to the GLSEN Research Institute and to building a global knowledge base on LGBTQ issues in education.

# EXECUTIVE SUMMARY

GLSEN Student Ambassadors learn the ins and outs of media production at the KABC-TV studios during the 2014 Ambassador Summit, where they met with industry professionals and learned about using their voices to advocate for change.

xvi

AR_281755

## ABOUT THE SURVEY

In 1999, GLSEN identified that little was known about the school experiences of lesbian, gay, bisexual, transgender, and queer (LGBTQ) youth and that LGBTQ youth were nearly absent from national studies of adolescents. We responded to this national need for data by launching the first National School Climate Survey, and we continue to meet this need for current data by conducting the study every two years. Since then, the biennial National School Climate Survey has documented the unique challenges LGBTQ students face and identified interventions that can improve school climate. The study documents the prevalence of indicators of a hostile school climate for LGBTQ students, and explores the effects that a hostile school climate may have on LGBTQ students' educational outcomes and well-being. The study also examines the availability and the utility of LGBTQ-related school resources and supports that may offset the negative effects of a hostile school climate and promote a positive learning experience. In addition to collecting this critical data every two years, we also add and adapt survey questions to respond to the changing world for LGBTQ youth. For example, in the 2019 survey we included questions about the activities of LGBTQ-supportive student clubs. The National School Climate Survey remains one of the few studies to examine the school experiences of LGBTQ students nationally, and its results have been vital to GLSEN's understanding of the issues that LGBTQ students face, thereby informing our ongoing work to ensure safe and affirming schools for all.

In our 2019 report, we examine the experiences of LGBTQ students with regard to indicators of negative school climate:

- Hearing biased remarks, including homophobic remarks, in school;
- Feeling unsafe in school because of personal characteristics, such as sexual orientation, gender expression, or race/ethnicity;
- Missing classes or days of school because of safety reasons;
- Experiencing harassment and assault in school; and
- Experiencing discriminatory policies and practices at school.

In addition, we examine whether students report these experiences to school officials or their families, and how these adults addressed the problem. Further, we examine the impact of a hostile school climate on LGBTQ students' academic achievement, educational aspirations and psychological well-being. We also examine how the school experiences of LGBTQ students vary by personal and community characteristics.

We also demonstrate the degree to which LGBTQ students have access to supportive resources in school, and we explore the possible benefits of these resources:

- GSAs (Gay-Straight Alliances or Gender and Sexuality Alliances) or similar clubs;
- Supportive and inclusive school policies, such as anti-bullying/harassment policies and transgender and nonbinary student policies;
- Supportive school staff; and
- Curricular resources that are inclusive of LGBTQ-related topics.

Given that GLSEN has been conducting the survey for two decades, we also examine changes over time on indicators of negative school climate and levels of access to LGBTQ-related resources in schools.

## METHODS

The 2019 National School Climate Survey was conducted online from April through August 2019. To obtain a representative national sample of lesbian, gay, bisexual, transgender, and queer (LGBTQ) youth, we conducted outreach through national, regional, and local organizations that provide services to or advocate on behalf of LGBTQ youth, and advertised and promoted on social media sites, such as Instagram, Facebook, and Snapchat. To ensure representation of transgender youth, youth of color, and youth in rural communities, we made special efforts to notify groups and organizations that work predominantly with these populations.

The final sample consisted of a total of 16,713 students between the ages of 13 and 21. Students were from all 50 states, the District of Columbia, Puerto Rico, American Samoa, and Guam. Just over two-thirds of the sample (69.2%) was White, two-fifths (41.6%) was cisgender female, and 40.4% identified as gay or lesbian. The average age of students in the sample was 15.5 years and they were in grades 6 to 12, with the largest numbers in grades 9, 10 and 11.

## SUMMARY OF FINDINGS

### *Hostile School Climate*

Schools nationwide are hostile environments for a distressing number of LGBTQ students, the overwhelming majority of whom routinely hear anti-LGBTQ language and experience victimization and discrimination at school. As a result, many LGBTQ students avoid school activities or miss school entirely.

**School Safety**

- 59.1% of LGBTQ students felt unsafe at school because of their sexual orientation, 42.5% because of their gender expression, and 37.4% because of their gender.
- 32.7% of LGBTQ students missed at least one entire day of school in the past month because they felt unsafe or uncomfortable, 8.6% missed four or more days in the past month.
- Many avoided gender-segregated spaces in school because they felt unsafe or uncomfortable: 45.2% avoided bathrooms and 43.7% avoided locker rooms.
- Most reported avoiding school functions (77.6%) and extracurricular activities (71.8%) because they felt unsafe or uncomfortable.
- Nearly a fifth of LGBTQ students (17.1%) reported having ever changed schools due to feeling unsafe or uncomfortable at school.

**Anti-LGBTQ Remarks at School**

- Almost all LGBTQ students (98.8%) heard "gay" used in a negative way (e.g., "that's so gay") at school; 75.6% heard these remarks frequently or often, and 91.8% reported that they felt distressed because of this language.
- 96.9% of LGBTQ students heard the phrase "no homo" at school, and 60.9% heard this phrase frequently or often.
- 95.2% of LGBTQ students heard other types of homophobic remarks (e.g., "dyke" or "faggot"); 54.4% heard this type of language frequently or often.

- 91.8% of LGBTQ students heard negative remarks about gender expression (not acting "masculine enough" or "feminine enough"); 53.2% heard these remarks frequently or often.

- 87.4% of LGBTQ students heard negative remarks specifically about transgender people, like "tranny" or "he/she;" 43.7% heard them frequently or often.

- 52.4% of students reported hearing homophobic remarks from their teachers or other school staff, and 66.7% of students reported hearing negative remarks about gender expression from teachers or other school staff.

- Less than one-fifth of LGBTQ students (13.7%) reported that school staff intervened most of the time or always when overhearing homophobic remarks at school, and less than one-tenth of LGBTQ students (9.0%) reported that school staff intervened most of the time or always when overhearing negative remarks about gender expression.

**Harassment and Assault at School**

The vast majority of LGBTQ students (86.3%) experienced harassment or assault based on personal characteristics, including sexual orientation, gender expression, gender, actual or perceived religion, actual or perceived race and ethnicity, and actual or perceived disability.

- 68.7% of LGBTQ students experienced verbal harassment (e.g., called names or threatened) at school based on sexual orientation, 56.9% based on gender expression, and 53.7% based on gender.

- 25.7% of LGBTQ students were physically harassed (e.g., pushed or shoved) in the past year based on sexual orientation, 21.8% based on gender expression, and 22.2% based on gender.

- 11.0% of LGBTQ students were physically assaulted (e.g., punched, kicked, injured with a weapon) in the past year based on sexual orientation, 9.5% based on gender expression, and 9.3% based on gender.

- A sizable number of LGBTQ students were also bullied or harassed at school based on other characteristics – 36.5% based on actual or perceived disability, 23.1% based on actual or perceived religion, and 21.4% based on actual or perceived race or ethnicity.

- 44.9% of LGBTQ students experienced electronic harassment in the past year (via text messages or postings on Facebook), often known as cyberbullying.

- 58.3% of LGBTQ students were sexually harassed (e.g., unwanted touching or sexual remarks) in the past year at school.

**Student Reporting of Harassment and Assault Incidents**

- 56.6% of LGBTQ students who were harassed or assaulted in school did not report the incident to school staff, most commonly because they doubted that effective intervention would occur or the situation could become worse if reported.

- 60.5% of the students who did report an incident said that school staff did nothing in response or told the student to ignore it.

**Discriminatory School Policies and Practices**

Most LGBTQ students (59.1%) reported personally experiencing any LGBTQ-related discriminatory policies or practices at school. Specifically, LGBTQ students reported being:

- Prevented from using bathrooms aligned with their gender identity: 28.4%.
- Disciplined for public displays of affection that were not similarly disciplined among non-LGBTQ students: 28.0%.
- Prevented from using locker rooms aligned with their gender identity: 27.2%.
- Prevented from using chosen names/pronouns: 22.8%.
- Prevented from wearing clothes considered "inappropriate" based on gender: 18.3%.
- Prohibited from discussing or writing about LGBTQ topics in school assignments: 16.6%.
- Prohibited from including LGBTQ topics in school extracurricular activities: 16.3%.
- Restricted from forming or promoting a GSA: 14.7%.
- Prevented from wearing clothing or items supporting LGBTQ issues: 10.7%.
- Prevented or discouraged from participating in school sports because they were LGBTQ: 10.2%.
- Prevented from attending a dance or function with someone of the same gender: 7.6%.
- Disciplined for simply identifying as LGBTQ: 3.0%.

## *Effects of a Hostile School Climate*

A hostile school climate affects students' academic success and mental health. LGBTQ students who experience victimization and discrimination at school have worse educational outcomes and poorer psychological well-being.

**Effects of Victimization**

- LGBTQ students who experienced higher levels of victimization based on their sexual orientation:
  - Were nearly three times as likely to have missed school in the past month than those who experienced lower levels (57.2% vs. 21.7%);
  - Had lower grade point averages (GPAs) than students who were less often harassed (3.03 vs. 3.34);
  - Were nearly twice as likely to report that they did not plan to pursue any post-secondary education (e.g., college or trade school) than those who experienced lower levels (9.9% vs. 5.8%);
  - Were nearly twice as likely to have been disciplined at school (47.0% vs. 26.7%); and
  - Had lower self-esteem and school belonging and higher levels of depression.
- LGBTQ students who experienced higher levels of victimization based on their gender expression:
  - Were almost three times as likely to have missed school in the past month than those who experienced lower levels (59.0% vs. 21.8%);
  - Had lower GPAs than students who were less often harassed (2.98 vs. 3.36);

- Were twice as likely to report that they did not plan to pursue any post-secondary education (e.g., college or trade school; 11.1% vs. 5.4%);
- Were more likely to have been disciplined at school (46.8% vs. 27.2%), and
- Had lower self-esteem and school belonging and higher levels of depression.

- Of the LGBTQ students who indicated that they were considering dropping out of school, a sizable percentage (42.2%) indicated that it was related to the harassment they faced at school.

**Effects of Discrimination**

- Compared to LGBTQ students who did not experience LGBTQ-related discrimination at school, those who experienced discrimination:
  - Were nearly three times as likely to have missed school in the past month (44.1% vs. 16.4%);
  - Had lower GPAs (3.14 vs. 3.39);
  - Were more likely to have been disciplined at school (40.2% vs. 22.6%); and
  - Had lower self-esteem and school belonging and higher levels of depression.
- Of the LGBTQ students who indicated that they were considering dropping out of school, a sizable percentage (30.1%) indicated that it was related to the hostile climate created by gendered school policies and practices.

## *LGBTQ-Related School Resources and Supports*

Students who feel safe and supported at school have better educational outcomes. LGBTQ students who have LGBTQ-related school resources report better school experiences and academic success. Unfortunately, all too many schools fail to provide these critical resources.

**GSAs (Gay-Straight Alliances/Gender and Sexuality Alliances)**

*Availability and Participation*

- Most LGBTQ students (61.6%) said that their school had a GSA or similar student club.
- Most LGBTQ students with a GSA at school reported participating in the club at some level, but more than a third (38.2%) had not.

*Utility*

- Compared to LGBTQ students who did not have a GSA in their school, students who had a GSA in their school:
  - Were less likely to hear "gay" used in a negative way often or frequently (70.5% vs. 83.5%);
  - Were less likely to hear the phrase "no homo" often or frequently (57.4% vs. 66.4%);
  - Were less likely to hear homophobic remarks such as "fag" or "dyke" often or frequently (49.4% vs. 62.5%);

- Were less likely to hear negative remarks about gender expression often or frequently (49.3% vs. 59.5%);
- Were less likely to hear negative remarks about transgender people often or frequently (39.9% vs. 50.0%);
- Were more likely to report that school personnel intervened when hearing homophobic remarks — 16.4% vs. 9.4% reporting that staff intervened most of the time or always;
- Were less likely to feel unsafe regarding their sexual orientation (53.6% vs. 67.4%) and gender expression (40.2% vs. 46.0%);
- Were less likely to miss school because of safety concerns (28.4% vs. 39.6%);
- Experienced lower levels of victimization related to their sexual orientation and gender expression;
- Reported a greater number of supportive school staff and more accepting peers; and
- Felt greater belonging to their school community.

**Inclusive Curricular Resources**

*Availability*

- Only 19.4% of LGBTQ students were taught positive representations of LGBTQ people, history, or events in their schools; 17.0% had been taught negative content about LGBTQ topics.
- Only 8.2% of students reported receiving LGBTQ-inclusive sex education.
- Just under half of students (48.9%) reported that they could find information about LGBTQ-related issues in their school library.
- Just over half of students with internet access at school (55.9%) reported being able to access LGBTQ-related information online via school computers.

*Utility*

- Compared to students in school without an LGBTQ-inclusive curriculum, LGBTQ students in schools with an LGBTQ-inclusive curriculum:
  - Were less likely to hear "gay" used in a negative way often or frequently (59.2% vs. 79.8%);
  - Were less likely to hear homophobic remarks such as "fag" or "dyke" often or frequently (38.6% vs. 58.3%);
  - Were less likely to hear negative remarks about gender expression often or frequently (30.1% vs. 47.2%);
  - Were less likely to hear negative remarks about transgender people often or frequently (41.8% vs. 56.0%);
  - Were less likely to feel unsafe because of their sexual orientation (44.4% vs. 62.7%) and gender expression (33.5% vs. 44.7%);

- Experienced lower levels of victimization related to their sexual orientation and gender expression;
- Were less likely to miss school in the past month because they felt unsafe or uncomfortable (23.2% vs. 35.0%);
- Performed better academically in school (3.32 vs. 3.23 average GPA) and were more likely to plan on pursuing post-secondary education;
- Were more likely to report that their classmates were somewhat or very accepting of LGBTQ people (66.9% vs. 37.9%); and
- Felt greater belonging to their school community.

**Supportive Educators**

*Availability*

- Almost all LGBTQ students (97.7%) could identify at least one staff member supportive of LGBTQ students at their school.
- Approximately two-thirds of students (66.3%) could identify at least six supportive school staff.
- Only 42.3% of students could identify 11 or more supportive staff.
- Just over two-fifths of students (42.4%) reported that their school administration was somewhat or very supportive of LGBTQ students.
- Over half of students (62.8%) had seen at least one Safe Space sticker or poster at their school (these stickers or posters often serve to identify supportive educators).

*Utility*

- Compared to LGBTQ students with no or few supportive school staff (0 to 5), students with many (11 or more) supportive staff at their school:
  - Were less likely to feel unsafe because of their sexual orientation (44.8% vs. 74.2%) and less likely to feel unsafe because of their gender expression (33.6% vs. 51.3%);
  - Were less likely to miss school because they felt unsafe or uncomfortable (21.3% vs. 45.9%);
  - Had higher GPAs (3.34 vs. 3.14);
  - Were less likely to say they might not graduate high school and more likely to plan on pursuing post-secondary education; and
  - Felt greater belonging to their school community.
- Students who had seen a Safe Space sticker or poster in their school were more likely to identify school staff who were supportive of LGBTQ students.

**Inclusive and Supportive School Policies**

*Availability*

- Although a majority of students (79.1%) had an anti-bullying policy at their school, only 13.5% of students reported that their school had a comprehensive policy (i.e., one that specifically enumerates both sexual orientation and gender identity/expression).

- Only 10.9% of LGBTQ students reported that their school or district had official policies or guidelines to support transgender or nonbinary students.

*Utility*

- LGBTQ students in schools with a comprehensive anti-bullying/harassment policy:

  - Were less likely to hear "gay" used in a negative way often or frequently (63.4% vs. 77.6% of students with a generic policy and 79.0% of students with no policy);

  - Were less likely to hear the phrase "no homo" often or frequently (55.3% vs. 61.8% of students with a generic policy and 62.5% of students with no policy);

  - Were less likely to hear other homophobic remarks such as "fag" or "dyke" often or frequently (43.9% vs. 55.7% of students with a generic policy and 58.8% of students with no policy);

  - Were less likely to hear negative remarks about gender expression often or frequently (42.5% vs. 54.7% of students with a generic policy and 56.5% of students with no policy);

  - Were less likely to hear negative remarks about transgender people often or frequently (35.4% vs. 44.5% of students with a generic policy and 47.5% of students with no policy);

  - Were more likely to report that staff intervened when hearing anti-LGBTQ remarks than those with a generic policy or no policy;

  - Experienced less anti-LGBTQ victimization than those with a generic policy or no policy; and

  - Were more likely to report victimization incidents to school staff and were more likely to rate school staff's responses to such incidents as effective than those with a generic policy or no policy.

- Among transgender and nonbinary students, those in schools <u>with</u> transgender/nonbinary student policies or guidelines:

  - Were less likely to experience anti-LGBTQ discrimination in their school than transgender and nonbinary students in schools <u>without</u> such policies and guidelines. Specifically, they were:

    - Less likely to be prevented from using their name or pronoun of choice in school (18.8% vs. 44.9%);

    - Less likely to be prevented from using bathrooms aligned with their gender (26.7% vs. 53.6%);

    - Less likely to be prevented from using locker rooms aligned with their gender (25.6% vs. 50.7%); and

    - Less likely to be prevented from wearing clothes thought to be "inappropriate" based on gender (6.9% vs. 23.9%);

- Were less likely to miss school because they felt unsafe or uncomfortable (36.5% vs. 42.4%) than transgender and nonbinary students in schools without such policies and guidelines; and

- Felt greater belonging to their school community than transgender and nonbinary students in schools without such policies and guidelines.

## *Changes in School Climate for LGBTQ Students Over Time*

Although school climate for LGBTQ students has improved overall since our first installment of this survey in 1999, school remains quite hostile for many LGBTQ students. In 2019, we saw more positive changes than we had in the 2017 installment of this survey, but not as much positive change as in prior years.

### Changes in Indicators of Hostile School Climate

*Anti-LGBTQ Remarks*

- The frequency with which LGBTQ students heard homophobic remarks like "fag" or "dyke" was lower in 2019 than in all prior years, and there was a general downward trend in hearing homophobic remarks from 2001 to 2015, but these remarks remained consistent between 2015 and 2017.

- The expression "that's so gay" remains the most common form of anti-LGBTQ language heard by LGBTQ students, and its prevalence has been increasing from 2015 to 2019, after years of consistent decline.

- There was a sizeable increase in the frequency of LGBTQ students hearing "no homo" at school in 2019, after a consistent pattern of decline between 2011 and 2017.

- Negative remarks about gender expression have decreased from 2017 to 2019.

- The frequency of hearing negative remarks about transgender people decreased between 2017 and 2019, after a steady increase between 2013 and 2017.

- After a steady decline in homophobic remarks from school staff between 2007 and 2013, there was no change from 2013 to 2017. In 2019, however, homophobic remarks from staff decreased once again.

- There had been an upward trend from 2013 to 2017 in the frequency of staff making negative remarks about gender expression, however these remarks decreased in 2019 to levels that are similar to our findings from 2015.

*Harassment and Assault*

- With regard to victimization based on sexual orientation:
  - After years of decline, the frequency of verbal harassment has not changed from 2015 to 2019; and
  - Frequencies of physical harassment resumed a pattern of decline in 2019 after no change occurred in 2017, and frequencies of physical assault resumed a pattern of decline in 2019 after no change occurred in 2015 and 2017.

- With regard to victimization based on gender expression:
  - Frequencies of verbal harassment resumed a pattern of decline in 2019, following an increase between 2015 and 2017; and

- Physical harassment and assault continued a pattern of modest decline, and were lower in 2019 than all previous years.

- The frequency of LGBTQ students reporting victimization to school staff in 2019 was similar to 2017 and greater than nearly all other years; however, the frequency of students rating staff intervention as effective in 2019 has remained similar from 2013 to 2017, and is somewhat lower than prior years.

*Discriminatory Policies and Practices*

- For all time points since we began asking about LGBTQ-related discrimination in 2013, over half of LGBTQ students experienced this type of discrimination at school. In 2019, students were less likely to experience any type of discrimination than in 2013 and 2017.

- For most specific types of LGBTQ-related discrimination, incidence was greatest in 2013, and for certain gender-specific forms of discrimination — including being prevented from using facilities aligned with one's gender, and being prevented from using chosen name/pronouns — incidence was greatest in 2017. However, incidence for most types of discrimination was lower in 2019 than in previous years.

**Changes in Availability of LGBTQ-Related School Resources and Supports**

*Supportive Student Clubs (GSAs)*

- The percentage of LGBTQ students reporting that they have a GSA has continued to increase since 2007, and was greater in 2019 than in all prior survey years.

*Curricular Resources*

- Overall, there has been little change in LGBTQ-related curricular resources over time.
  - Access to LGBTQ-related internet resources through school computers increased in 2019 and has steadily increased since 2007;
  - Access to LGBTQ-related books and library resources increased in 2019 and was higher than all previous years; and
  - The percentage of LGBTQ students who were taught positive LGBTQ-related content in class, as well as those with LGBTQ inclusion in textbooks and class resources, did not change in 2019 from 2017.

- The percentage being taught negative LGBTQ-related content in class increased between 2013 and 2015, and has not changed since 2015.

*Supportive Educators*

- The percentage of students who had at least one supportive educator was higher in 2019 than all previous years.

- The percentage of students who had a high number of supportive educators (6 or more) was also higher in 2019 than all previous years.

*Anti-Bullying/Harassment Policies*

- Overall, there was a sharp increase in the number of students reporting any type of policy after 2009, and the rate has remained more or less consistent since 2011. After small increases from 2011 to

2015, and a small decline in 2017, the number of students with any type of policy did not change in 2019.

- With regard to enumerated policies, there was a small but significant increase in the percentage of students reporting comprehensive school policies (i.e., policies that enumerate protections for both sexual orientation and gender identity/expression) from 2015 to 2017 and this percentage did not change in 2019. Further, there has been a steady, modest decline in the percentage reporting partially enumerated policies from 2015 to 2019, and the rate was lower in 2019 than all prior years.

## *Differences in LGBTQ Students' School Experiences by Personal Demographics*

LGBTQ students are a diverse population, and although they share many similar experiences, their experiences in school often vary based on their personal demographics. We examined differences in LGBTQ student experiences, based on: 1) sexual orientation, including differences between gay and lesbian, bisexual, pansexual, queer, and questioning students; 2) gender identity, including differences between and among transgender, nonbinary, cisgender, and questioning students; and 3) racial/ethnic identity, including differences between Arab American/Middle Eastern/North African (MENA), Asian American/Pacific Islander/Native Hawaiian (AAPI), Black, Latinx, Native American/American Indian/Alaska Native (referred to as "Native and Indigenous"), multiracial, and White LGBTQ students.

### Sexual Orientation

- Overall, pansexual students experienced more hostile climates than gay and lesbian, bisexual, queer, and questioning students, including facing the highest rates of victimization, school discipline, and missing school because of safety reasons.

- Compared to students of other sexual orientations, gay and lesbian students were more likely to be "out" about their sexual orientation at school – both to other students and to school staff.

### Gender

- Transgender students reported more hostile school experiences than LGBQ cisgender students and nonbinary students.

- Nonbinary students reported more hostile school experiences than cisgender LGBQ students.

- Among cisgender LGBQ students, male students experienced a more hostile school climate based on their gender expression and on sexual orientation than cisgender female students, whereas cisgender female students experienced a more hostile school climate based on their gender than cisgender male students.

### Race and Ethnicity

- All students of color experienced similar levels of victimization based on race/ethnicity, although Black students were more likely to feel unsafe about their race/ethnicity than AAPI, Latinx, Native and Indigenous, multiracial, and White students.

- Native and Indigenous LGBTQ students were generally more likely than other racial/ethnic groups to experience anti-LGBTQ victimization and discrimination.

- Many LGBTQ students of color experienced victimization based on both their race/ethnicity and their LGBTQ identities. The percentages of students of color experiencing these multiple forms of victimization were similar across racial/ethnic groups.

- White students were less likely than all other racial/ethnic groups to feel unsafe or experience victimization because of their racial/ethnic identity.

## *Differences in LGBTQ Students' School Experiences by School Characteristics*

LGBTQ students' experiences in school may often vary based on the kind of school they attend and where they live.

**School Level**

- LGBTQ students in middle school had more hostile school experiences than LGBTQ students in high school, including experiencing higher rates of biased language, victimization, and anti-LGBTQ discriminatory school policies and practices.

- LGBTQ middle school students were less likely than high school students to have access to LGBTQ-related school resources, including GSAs, supportive school personnel, LGBTQ-inclusive curricular resources, and inclusive policies.

**School Type**

- Overall, LGBTQ students in private non-religious schools had fewer hostile school experiences than those in public schools and those in religious schools.

- LGBTQ public school students were most likely to hear homophobic remarks at school and experienced the greatest levels of gender-based victimization, whereas those in religious schools were most likely to hear negative remarks about gender expression.

- Students in religious schools were the most likely to report experiencing anti-LGBTQ discriminatory school policies and practices.

- Students in private non-religious schools had greater access to most LGBTQ-related school resources and supports than all others, however public school students were most likely to report having a GSA and most likely to report having LGBTQ-inclusive school library resources. Students in religious schools were least likely to have access to LGBTQ-related school resources and supports.

- Among students in public schools, those in charter schools were similar to those in regular public schools regarding anti-LGBTQ experiences and many resources and supports, although charter school students were more likely to have access to: inclusive curricular resources, supportive policies for transgender and nonbinary students, and a supportive administration. Students in regular public schools were more likely to have LGBTQ-inclusive school library resources.

**School Locale**

- LGBTQ students in rural schools faced more hostile school climates than students in urban and suburban schools including experiencing higher rates of biased language, victimization, and anti-LGBTQ discriminatory school policies and practices.

- LGBTQ students in suburban schools experienced lower levels of anti-LGBTQ victimization than all others.

- LGBTQ students in rural schools were least likely to have LGBTQ-related school resources or supports, as compared to students in urban and suburban schools.

**Region**

- LGBTQ students in the South had more negative school experiences overall than students in all other regions, including higher rates of biased language, victimization, and anti-LGBTQ discriminatory school policies and practices; those in the Midwest had more negative experiences overall than those in the Northeast and West.

- Overall, LGBTQ students in the South were least likely to have access to LGBTQ-related resources at school, whereas students in the Northeast were most likely to have LGBTQ-related school resources.

## CONCLUSIONS AND RECOMMENDATIONS

It is clear that there is an urgent need for action to create safe and affirming learning environments for LGBTQ students. Results from the 2019 National School Climate Survey demonstrate the ways in which school-based supports — such as supportive staff, inclusive and supportive school policies, curricular resources inclusive of LGBTQ people, and GSAs — can positively affect LGBTQ students' school experiences. Yet findings on school climate over time suggest that more efforts are needed to reduce harassment and discrimination and increase affirmative supports. Based on these findings, we recommend:

- Increasing student access to appropriate and accurate information regarding LGBTQ people, history, and events through inclusive curricula, and library and internet resources;

- Supporting student clubs, such as GSAs, that provide support for LGBTQ students and address LGBTQ issues in education;

- Providing professional development for school staff to improve rates of intervention and increase the number of supportive teachers and other staff available to students;

- Ensuring that school policies and practices, such as those related to dress codes and school dances, do not discriminate against LGBTQ students;

- Enacting school policies that provide transgender and gender nonbinary students equal access to school facilities and activities and specify appropriate educational practices to support these students; and

- Adopting and implementing comprehensive bullying/harassment policies that specifically enumerate sexual orientation, gender identity, and gender expression in individual schools and districts, with clear and effective systems for reporting and addressing incidents that students experience.

Instituting these measures can move us toward a future in which all students have the opportunity to learn and succeed in school, regardless of sexual orientation, gender identity, or gender expression.

AR_281769

# INTRODUCTION

Candlelight vigil held during GLSEN's
2009 Safe Schools Advocacy Summit
in Washington, D.C. for Lawrence King.
King was a junior high student who was
killed by a classmate because of his
sexual orientation and gender expression.

AR_281771

For nearly 30 years, GLSEN has worked to ensure that schools are safe and affirming spaces for all students, regardless of their sexual orientation, gender identity, or gender expression. As part of its mission, GLSEN conducts research on sexual orientation, gender identity, and gender identity issues in education to raise awareness among policymakers, educators, advocates, and the general public. In 1999, GLSEN began conducting the GLSEN National School Climate Survey (NSCS), a national biennial survey of secondary school students who identified as lesbian, gay, bisexual, or transgender, and as identities change over time, later surveys included those who identify also as pansexual, queer, transgender, nonbinary, genderqueer, two-spirit, and other non-cisgender and non-heterosexual identities. (All aforementioned identities are referred to as "LGBTQ" in this report). The NSCS explores the experiences of U.S. LGBTQ middle and high school students, reports on the prevalence of anti-LGBTQ language, discrimination, and victimization, and the impact that these experiences have on LGBTQ students' educational outcomes and well-being. The NSCS also examines the availability of school resources and supports and their utility for creating safer and more affirming learning environments for LGBTQ students, including GSAs (Gay-Straight Alliances or Gender and Sexuality Alliances) and similar supportive student clubs, LGBTQ-inclusive curricular resources, supportive educators, and inclusive and supportive school district policies.

Since our 2017 NSCS report, we have continued to see the Federal Government roll back many LGBTQ-supportive actions of the previous administration, sending a message to LGBTQ youth that their safety is not a priority. In 2017, the Departments of Justice and Education under the Trump administration rescinded guidance[1] created under the Obama administration that had declared that Title IX protects the rights of transgender students, including their right to access school facilities, such as bathrooms and locker rooms, in accordance with their gender identity. (Title IX is a federal civil rights law prohibiting discrimination based on sex in schools that receive federal funding.) Further, in 2018 it was revealed that under U.S. Secretary of Education Betsy DeVos, the Department of Education was failing to investigate complaints of discrimination by LGBTQ students. Compared to the actions of the Office of Civil Rights (OCR) during the Obama administration, since the start of the Trump administration, LGBTQ students' complaints of discrimination were less likely to result in the OCR opening a formal investigation, and such complaints were more than nine times less likely to be addressed and corrected.[2]

The Equality Act, a bill that would establish anti-discrimination protections for LGBTQ people in all federally funded programs, including in schools, was passed by the U.S. House of Representatives in May of 2019. After passing in the House, the Trump administration released guidance opposing the passage of the bill, and it failed to pass in the Senate. Without these protections, LGBTQ students, educators, and other staff remain vulnerable to discrimination in school. Further, the Trump administration has worked to expand religious exemptions from federal civil rights laws.[3] Such exemptions allow private religious schools to discriminate against students and teachers based on their sexual orientation or gender identity without any legal consequences. Additionally, DeVos has worked diligently to divert public money from public schools to private and religious schools,[4] which would reduce public school resources while financially strengthening schools that can legally discriminate based on LGBTQ identity.

At the state level however, we have seen some progress in addressing hostile climates for LGBTQ youth. Between 2017 and 2019, numerous states passed LGBTQ affirming legislation. For example, New Mexico passed an enumerated anti-bullying and harassment bill in 2019, becoming the 21st state to prohibit students from being discriminated against based on their sexual orientation or gender identity.[5] Illinois, New Jersey, Oregon, and Colorado passed legislation requiring LGBTQ-inclusive curricular standards in 2019,[6] increasing the number of students in the U.S. who will be exposed to positive representations of LGBTQ people and issues. Arizona also took a step toward greater curricular inclusion in 2019 when the state repealed its "No Promo Homo" law[7] — a type of law which restricts LGBTQ curricular inclusion in health class, and which has been shown to have broad negative effects on school climate.[8]

Between 2017 and 2019, many discriminatory state-level bills that were introduced during this time focused on restricting transgender students' participation in school sports teams, and limiting their access to public spaces, including bathrooms

and locker rooms.[9] For example, six states in 2018 and four states in 2019 introduced bills to bar transgender people, including transgender students, from using the bathrooms or locker rooms that align with their gender. Although these bills failed to become laws, they have sparked local, state-wide, and national conversations about the rights of transgender and nonbinary people, which may have resulted in negative attention toward transgender and nonbinary students across the country. Indeed, although public opinions about LGBTQ people have improved over time, recent public polling shows more favorable attitudes about the rights of LGBQ people than about transgender people and their rights.[10]

In addition to the visibility of transgender and nonbinary issues brought to the fore by federal and state actions, there has been increasing visibility in popular culture.[11] Television shows with young audiences, such as *One Day at a Time*, *Supergirl*, and *Pose* tell stories about transgender and nonbinary characters, and many shows feature transgender characters played by transgender actors. Additionally, films, young adult novels, and national ad campaigns have featured transgender and nonbinary people in recent years. Transgender Day of Remembrance and International Day of Transgender Visibility are recognized by celebrities and influencers across social media. Now, more than ever before, transgender youth are able to find positive representations of themselves in the media and popular culture that they consume. This representation has resulted in heightened visibility of transgender and nonbinary people and issues, yet this heightened visibility has also come with increased transphobic rhetoric and sentiment.[12] Vocal opponents to the progress of transgender and nonbinary people have gained large followings on social media, and "trans exclusionary radical feminists," who espouse transphobic ideas about gender, have been given platforms in respected news and media outlets.[13] As transgender and nonbinary people gain more visibility and representation, they also face more opposition.

Despite this increase in visibility regarding transgender and nonbinary youth, there still remains a dearth of national-level data on the school experiences of these young people. Much of the academic literature that has been recently published about transgender and nonbinary youth has focused on mental and physical health.[14] Less research has examined the educational environments or school experiences of transgender and nonbinary youth. Furthermore, virtually none of the U.S. research is national in scope. One notable exception is the National Center for Transgender Equality's (NCTE) series of reports based on their U.S. Transgender Survey, a survey of transgender adults that includes critical national data about their past school experiences, among other topics. The 2015 U.S. Transgender Survey documented high rates of violence at school, and illustrated the detrimental effects of these experiences on socioeconomic outcomes and psychological well-being.[15] NCTE's study found that 12% of the sample had been out as transgender or perceived to be transgender at some point in their K-12 school years, that the majority of these respondents (77%) had experienced one or more negative experiences at school, and that nearly a fifth (17%) left school because of mistreatment. However, because the NCTE study is a survey of adults, these questions were about past school experiences, and therefore may not be representative of the current experiences of transgender and nonbinary students in school.

Although there has been a lack of national-level data specifically examining the school experiences of transgender and nonbinary youth, more work has been done to examine LGBTQ youth in general. For example, the Centers for Disease Control and Prevention (CDC) Division of Adolescent and School Health (DASH) added questions about sexual orientation to the federal and standard versions of their Youth Risk Behavior Survey (YRBS) in 2015. Additionally, CDC DASH has begun asking students about transgender identity. In 2017, this question was piloted in 19 Youth Risk Behavior Surveillance System (YRBSS) sites, and in 2019 the item was approved for use as an optional question available for all YRBSS sites to use. These changes will allow policymakers and educators to collect state and local data about, and better understand, the experiences of transgender youth in their states or localities. Most recent results from the national 2017 YRBS data reveal that lesbian, gay, and bisexual students are at greater risk for most adverse health outcomes, including school violence.[16] Further, the 2017 YRBS results from the 19 locations that asked about transgender identity similarly reveal a greater risk for adverse health outcomes among transgender students, compared to their cisgender peers.[17] The Trevor Project's National Survey on LGBTQ Mental Health from 2019[18] contributes

invaluable data about LGBTQ youth's mental health and information on how to best provide care and support; however, their research contains limited information about school experiences. Given that the YRBS is focused specifically on health risk behaviors, and the Trevor Project's report is focused on mental health, both surveys include limited items specifically related to the school environment. GLSEN's National School Climate survey continues to be vitally important to the understanding of the school experiences of LGBTQ students nationally.

The 2019 NSCS offers a broad understanding of the policies, practices, and conditions that make LGBTQ students more vulnerable to discrimination and victimization at school and how these experiences impact their educational success and trajectories. This report also demonstrates the resilience of LGBTQ youth, even in the face of hostile environments, and highlights the ways LGBTQ students are engaging in school and taking steps to improve their schools and communities. Given that we have been conducting the NSCS for twenty years, we continue to examine changes over time on measures of school climate and levels of access to LGBTQ-related resources in schools. In recognition of the 20th anniversary of our National School Climate Survey, this year's report includes multiple insights that take a closer look at changes in LGBTQ youth and identities over time, while centering the experiences of the most marginalized youth. We examine how youth's endorsement of different sexual orientation and gender identity terms and labels has evolved, how transgender students' experiences with discriminatory policies and practices has changed throughout the years, how the experiences of LGBTQ youth of color have changed with regard to race-based victimization, and how anti-immigrant bias experienced by LGBTQ youth has changed in recent years. In addition, as there has been tremendous growth in the number of GSAs in schools across the United States over the past 20 years, we provide a deeper examination into the role of these supportive clubs in schools and LGBTQ students' experiences with them. The 2019 NSCS report offers advocates, educators, and policymakers up-to-date and valuable information that will strengthen their work in creating safe and affirming schools for all students.

AR_281775

# METHODS AND SAMPLE

Student organizers brainstorm at GLSEN's 2013 Safe Schools Advocacy Summit, a weekend of learning and lobbying, where safe schools advocates from across the country gathered and met with U.S. representatives about passing safe schools legislation.

AR_281777

Participants completed an online survey about their experiences in school during the 2018–2019 school year, including hearing biased remarks, feeling safe, being harassed, feeling comfortable at school, and experiencing discriminatory actions. Participants were also asked about their academic experiences, attitudes about school, involvement in school, and availability of supportive school resources. Youth were eligible to participate in the survey if they were at least 13 years of age, attended a K–12 school in the United States during the 2018–19 school year, and identified as lesbian, gay, bisexual, pansexual, queer, or a sexual orientation other than heterosexual (e.g., homoflexible, questioning) or described themselves as transgender or as having another gender identity that is not cisgender ("cisgender" describes a person whose gender identity is aligned with the sex/gender they were assigned at birth). Data collection occurred between April and August 2019.

The survey was available online through GLSEN's website. The survey and survey outreach materials were available in English and Spanish. Notices and announcements were sent through GLSEN's email and chapter networks, SMS messages to GLSEN constituents, and on GLSEN's social media pages including Facebook, Instagram and Twitter. Additionally, national, regional, and local organizations that provide services to or advocate on behalf of LGBTQ youth posted notices about the survey on listservs, websites, and social network accounts. Local organizations serving LGBTQ youth and GLSEN chapters also notified their participants about the online survey via paper flyers, and promotional stickers. To ensure representation of transgender and gender nonconforming youth, youth of color, and youth in rural communities, additional outreach efforts were made to notify groups and organizations that work predominantly with these populations about the survey.

Contacting participants only through LGBTQ youth-serving groups and organizations would have limited our ability to reach LGBTQ students who were not connected to or engaged in LGBTQ communities in some way. Thus, in order to broaden our reach to LGBTQ students who may not have had such connections, we conducted targeted outreach and advertising through social media sites. Specifically, we broadly advertised the survey on Facebook, Instagram, and Snapchat to U.S. users between 13 and 18 years of age who had interests aligned with LGBTQ communities and issues. To ensure representation of groups who have historically been underrepresented in national surveys of LGBTQ youth and past GLSEN surveys, including transgender girls, LGBTQ youth of color, and cisgender gay, bisexual, and queer boys, additional advertisements were targeted specifically to these groups. Additionally, GLSEN reached out to "influencers," or well-known young actors and social media personalities, with large LGBTQ youth audiences and asked them to post or talk about the survey on their social media pages. Information about the survey was also posted on subgroups or pages of social media sites with significant LGBTQ youth content or LGBTQ youth followers. Lastly, advertisements for the survey were placed on digital billboards in malls and shopping centers in cities across the country.

The final sample consisted of a total of 16,713 students between the ages of 13 and 21. Students came from all 50 states, the District of Columbia, Puerto Rico, American Samoa, and Guam. Table M1 presents participants' demographic and educational characteristics, and Table M2 shows the characteristics of the schools attended by participants. As shown in Table M1, 69.2% was White, 41.6% was cisgender female, and 40.4% identified as gay or lesbian. Students were in grades 6 to 12, and most participants were in 9th, 10th, and 11th grades (see also Table M1). As shown in Table M2, the majority of LGBTQ students were in public schools (89.8%) and nearly half (45.2%) were from suburban schools. Compared to national public school enrollment[19], our sample included more students from the North and Midwest and fewer students from the South.[20]

# Insight on Emerging Sexual Orientation and Gender Identity Terms Over Time

Over the last 20 years, sexual orientation and gender identities have changed and evolved. LGBTQ youth in 2020 identify in countless different ways, whereas in the early 2000s, they may have more commonly identified with the terms "lesbian," "gay," "bisexual," and "transgender." As new identity terms arose through the years, and as youth began to endorse them, our survey adapted to account for the current sexual orientation and gender identity labels being endorsed by LGBTQ youth. Thus, we believe our surveys may provide some insight into when identity terms emerged among LGBTQ youth, as new sexual orientation and gender identities were added to sexual orientation and gender identity measure items after being endorsed by youth throughout the years.

In 2001, the second iteration of the National School Climate Survey, an option was provided for students to write in their sexual orientation or gender identity if they identified as something different from the provided options. These open-ended response options, and the youth voices that the responses allowed us to capture, have been vital in adapting how we ask about students' LGBTQ identities.

**Queer.** In our 2001 survey, "queer" was not listed as an option on our sexual orientation item, but was written in by over 20 students. In the following years, students continued to write in "queer" as their sexual orientation at a growing rate. It was the most popular write-in response in 2005, and was added as an option in all later surveys.

**Pansexual.** Just as students wrote in "queer" in 2001, a few students also wrote in "pansexual." Although "queer" was a more common write-in response than "pansexual" in the early years of the survey, "pansexual" gradually increased in frequency over time and became the most common write-in response before being added as an option to the sexual orientation item in 2015.

Although the terms "pansexual" and "bisexual" may share certain meaning, it became clear that "pansexual" is a discrete term, different from "bisexual," given that "pansexual" continued to increase in usage over the years. Since "pansexual" was added to the sexual orientation item in 2015, the percentage of our sample identifying as pansexual has remained relatively consistent (just under 20% of the sample), as has the percentage of students identifying as bisexual (around a third of the sample).

**Asexual.** In 2003, one student wrote in "asexual" as their sexual orientation. Over the years, this term grew in frequency in write-in responses, often accompanied by romantic orientation terms such as "homoromantic" and "panromantic." More specific asexual identities, such as "demisexual" and "graysexual," have appeared and increased in more recent years. "Demisexual" first appeared in 2011, and "graysexual" in 2015. By the 2015 survey, almost 400 students had written in an asexual identity. In 2017, "asexual" was added as an option in the sexual orientation item.

**Genderqueer.** Gender identities have also emerged and evolved in the 20 years of NSCS survey administration. In 2001, there was one instance of a student identifying as "genderqueer," and the number of students identifying their gender in this way continued to grow. Before being added as an option on the gender identity item in 2013, the only non-cisgender options listed for students to select were transgender identities.

**Nonbinary.** In more recent years, nonbinary identities have also emerged. "Nonbinary" first appeared in the write-in responses in 2011 and was written in by a small number of students in 2011 and 2013. However, a much larger number of students identified as nonbinary in 2015, and it was added to the survey in 2017.

Honoring youth voices and allowing them to report all the identities with which they are aligned has allowed us to better understand the emerging identities that youth have endorsed over the last 20 years. We believe that using this information to modify our identity items to better accommodate the current times and to represent a more diverse and large number of sexual orientation and sexual orientation identities, has allowed more youth to feel affirmed and visible in our survey. It has also been a benefit to our research, as we have become increasingly able to examine more nuanced differences in school experiences based on different sexual orientation and gender identities (You can read more about the differences in experiences of youth with different sexual orientation identities and different gender identities in the "School Climate by Sexual Orientation" and "School Climate by Gender" sections in Part 3 of this report).

**Table M.1 Demographic and Educational Characteristics of Survey Participants**

| Characteristic | % |
|---|---|
| **Sexual Orientation**[21] (n = 16578) | |
| Gay or Lesbian | 40.4% |
| Bisexual | 32.9% |
| Pansexual[22] | 18.0% |
| Queer | 3.9% |
| Asexual[23] | 1.7% |
| Another Sexual Orientation (e.g., fluid, heterosexual) | 1.2% |
| Questioning or Unsure | 1.9% |
| **Race and Ethnicity**[24] (n = 16631) | |
| White | 69.2% |
| Hispanic or Latinx,[25] any race | 14.6% |
| African American or Black | 2.6% |
| Asian American, Pacific Islander, and Native Hawaiian | 3.1% |
| Arab American, Middle Eastern, or North African | 1.3% |
| Native American, American Indian or Alaska Native | 0.5% |
| Multiracial | 8.6% |
| **Religious Affiliation** (n = 16657) | |
| Christian (non-denominational) | 12.3% |
| Catholic | 5.3% |
| Protestant | 2.0% |
| Jewish | 2.6% |
| Buddhist | 1.1% |
| Muslim | 0.3% |
| Hindu | 0.3% |
| Another Religion (e.g., Unitarian Universalist, Wiccan, Pagan) | 8.7% |
| No Religion, Atheist, or Agnostic | 67.2% |
| **Sex at Birth** (n = 16676) | |
| Assigned Male | 13.1% |
| Assigned Female | 86.9% |
| Intersex (regardless of assigned sex) | 0.6% |
| **Gender**[26] (n = 16632) | |
| Cisgender | 51.4% |
| *Female* | *41.6%* |
| *Male* | *9.6%* |
| *Nonbinary/Genderqueer* | *0.2%* |
| Transgender | 28.2% |
| *Female* | *1.1%* |
| *Male* | *16.9%* |
| *Nonbinary/Genderqueer* | *5.7%* |
| *Unspecified* | *4.5%* |
| Nonbinary | 15.1% |
| *Nonbinary or Genderqueer Only* | *9.8%* |
| *Nonbinary or Genderqueer Female* | *2.6%* |
| *Nonbinary or Genderqueer Male* | *0.5%* |
| *Other Nonbinary Gender Identity (e.g., agender, demigender)* | *2.2%* |
| Questioning | 5.3% |
| **Grade in School** (n = 16640) | |
| 6th | 1.2% |
| 7th | 6.9% |
| 8th | 14.5% |
| 9th | 21.7% |
| 10th | 22.8% |
| 11th | 20.1% |
| 12th | 12.7% |
| **Receive Educational Accommodations**[27] (n = 16598) | 23.9% |
| **Average Age** (n = 16713) = 15.5 years | |

**Table M.2 Characteristics of Survey Participants' Schools**

| | | | |
|---|---|---|---|
| **Grade Level** (n = 16664) | | **School Type** (n = 16529) | |
| K through 12 School | 7.6% | Public School | 89.8% |
| Lower School (elementary and middle grades) | 1.7% | *Charter* | *4.1%* |
| Middle School | 15.8% | *Magnet* | *8.6%* |
| Upper School (middle and high grades) | 8.1% | Religious-Affiliated School | 3.7% |
| High School | 66.7% | Other Independent or Private School | 6.5% |
| **School Locale** (n = 16488) | | **Region**[28] (n = 16695) | |
| Urban | 24.0% | Northeast | 21.5% |
| Suburban | 45.2% | South | 29.8% |
| Rural or Small Town | 30.9% | Midwest | 24.9% |
| | | West | 23.4% |
| | | U.S. Territories | 0.4% |

# PART ONE: EXTENT AND EFFECTS OF HOSTILE SCHOOL CLIMATE

Members of GLSEN's National Student Council march at the 2019 World Pride march in New York City, on the 50th anniversary of the 1969 Stonewall Riots.

AR_281783

# School Safety

### Key Findings

- 6 in 10 LGBTQ students reported feeling unsafe at school because of their sexual orientation; 4 in 10 reported feeling unsafe at school because of how they expressed their gender.

- One-third of LGBTQ students missed at least one day of school in the past month because they felt unsafe at or on their way to or from school.

- Nearly one-fifth of LGBTQ students reported having changed schools due to feeling unsafe or uncomfortable at school.

- LGBTQ students reported most commonly avoiding school bathrooms and locker rooms because they felt unsafe or uncomfortable in those spaces.

- Most LGBTQ students reported avoiding school functions and extracurricular activities to some extent, and over a quarter avoided them often or frequently.

### *Overall Safety at School*

For LGBTQ youth, school can be an unsafe place for a variety of reasons. Students in our survey were asked whether they ever felt unsafe at school because of a personal characteristic, including: sexual orientation, gender, gender expression (i.e., how traditionally "masculine" or "feminine" they were in appearance or behavior), body size or weight, family's income or economic status, academic ability, citizenship status, and actual or perceived race or ethnicity, disability, and religion. Almost 8 in 10 LGBTQ students (79.6%) reported feeling unsafe at school because of at least one of these personal characteristics. As shown in Figure 1.1, LGBTQ students most commonly felt unsafe at school because of their sexual orientation or their gender expression,[29] with 68.9% reporting feeling unsafe for one, or both, of these reasons.

- More than half of LGBTQ students (59.1%) reported feeling unsafe at school because of their sexual orientation.
- Four in ten students (42.5%) felt unsafe because of how they expressed their gender.
- Sizable percentages of LGBTQ students also reported feeling unsafe because of their body size or weight (39.6%), gender (37.4%), emotional, developmental, or physical disability (29.5%), and because of their academic ability or how well they do in school (23.3%).

We also asked students to tell us if they felt unsafe at school for another reason not included in the listed characteristics and, if so, why. As also shown in Figure 1.1, 8.5% of survey participants reported feeling unsafe at school for other reasons, most commonly due to fear or threat of gun violence or other types of violence, mental health issues such as anxiety or depression, and sexually biased incidents, such as sexual violence, sexual harassment, or sexist language.

### *School Engagement and Safety Concerns*

When students feel unsafe or uncomfortable in school, they may choose to avoid the particular areas or activities where they feel most unwelcome or may feel that they need to avoid attending school altogether. Thus, a hostile school climate can impact an LGBTQ student's ability to fully engage and participate with the school community.

**Avoiding spaces.** To examine this possible restriction of LGBTQ students' school engagement, we asked LGBTQ students if there were particular spaces at school that they avoided specifically because they felt unsafe or uncomfortable. As shown in Figure 1.2, school bathrooms, locker rooms, and physical education or gym classes were most commonly avoided, with approximately 4 in 10 students avoiding each of these spaces because they felt unsafe or uncomfortable (45.2%, 43.7%, and 40.2% respectively). One-quarter of LGBTQ students avoided school athletic fields or facilities (25.1%) or the school cafeteria or lunchroom (25.9%) because they felt unsafe or uncomfortable.

**Figure 1.1 LGBTQ Students Who Felt Unsafe at School Because of Actual or Perceived Personal Characteristics**

"Do you feel unsafe at school because of..."
60%
40%
20%
0%
59.1%
42.5%
39.6%
37.4%
29.5%
23.3%
14.9%
10.5%
7.5%
1.5%
1.4%
8.5%
Sexual Orientation
Gender Expression
Body Size or Weight
Gender
Disability
Academic Ability
Family Income
Religion
Race or Ethnicity
English Proficiency
Citizenship Status
Other Reasons

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 61 of 434 - Page ID#: 3985

# Insight on Feelings of Safety Regarding Citizenship Over Time

Increasing anti-immigrant rhetoric and government actions in recent years[1] further complicate an already complex environment negotiated by LGBTQ immigrants in the United States. Among LGBTQ youth, who already routinely experience negative classroom environments, those not born in the U.S. may experience further marginalization. For these reasons, in 2013, we began asking LGBTQ students about their feelings of safety at school regarding their citizenship status. Given the aforementioned recent increases in anti-immigrant attitudes and actions, for this report, we examined whether these feelings of safety have changed over time for foreign-born students.[2]

As shown in the figure, across all years, LGBTQ students who were undocumented were more likely to feel unsafe at school regarding their citizenship status than those who were documented residents as well as those who were U.S. citizens. We also found that even those LGBTQ students who were documented residents were more likely to feel unsafe in school regarding citizenship than those who were U.S. citizens across all years. From 2013 to 2019, as shown in the figure, these feelings of safety remained similar across years for each group, with one notable exception: undocumented LGBTQ students were significantly more likely to feel unsafe regarding their citizenship status in 2019 than in 2017. We did not observe any significant differences across years for foreign-born LGBTQ students who were U.S. citizens or documented residents.

Overall, these results suggest that, in addition to anti-LGBTQ harassment and discrimination, some LGBTQ immigrant students may also face challenges at school regarding their citizenship status. All students born outside the U.S. may face challenges with acculturation in the school environment,[3] as well as legal scrutiny over their right to reside in the U.S. at all. However, national anti-immigrant policy and rhetoric may exacerbate these challenges, especially for undocumented students. For example, in February 2019, a national state of emergency was declared to fund a wall along the U.S.-Mexico border, in which undocumented immigrants were characterized as violent criminals.[4]

**Feeling Unsafe in School Because of Citizenship Status Among Foreign-Born LGBTQ Students**

Thus, it is not surprising that undocumented LGBTQ students were more likely than all other foreign-born LGBTQ students to feel unsafe regarding their citizenship status across all years, and that undocumented LGBTQ students in 2019 were more likely to report feeling unsafe for this reason than those in 2017. Our findings also underscore the importance of acknowledging the multiple identities held by LGBTQ students, and ensuring that programs and resources for and about LGBTQ students respond to the needs and experiences of immigrant students and their families.

---

1 Pierce, S. (2019). *Immigration-Related Policy Changes in the First Two Years of the Trump Administration.* Washington, DC: Migration Policy Institute.

2 To test differences in the percentages of LGBTQ students who were born outside the United States and its territories on feeling unsafe because of citizen status over time, a two-way analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across survey years, with two independent variables Survey Year and Citizenship Status (U.S. Citizen, Documented Resident, Undocumented Resident), and the interaction Survey Year X Citizenship Status. The main effect for Survey Year was significant: $F(3, 1939) = 3.31$, $p<05$, $\eta_p^2 = .01$. Pairwise differences were considered at $p<.05$ and indicated that the percentage was higher in 2019 than all other years. The main effect for Citizenship Status was also significant: $F(2, 1939) = 157.31$, $p<001$, $\eta_p^2 = .14$. Pairwise differences indicated a higher percentage of feeling unsafe for Undocumented Residents than all others, and a higher percentage for Documented Residents compared to U.S. Citizens. The interaction term was also significant: $F(6, 1939) = 2.82$, $p<05$, $\eta_p^2 = .01$. Post-hoc t-test comparisons indicated a significant difference across years only for Undocumented Residents, specifically a significant increase from 2017 to 2019.

3 Schwartz, S. J., Waterman, A. S., Umaña-Taylor, A. J., Lee, R. M., Kim, S. Y., Vazsonyi, A. T., Huynh, Q.-L., Whitbourne, S. K., Park, I. J. K., Hudson, M., Zamboanga, B. L., Bersamin, M. M., & Williams, M. K. (2013). Acculturation and well-being among college students from immigrant families. *Journal of Clinical Psychology, 69*(4), 298–318.

4 Taylor, J., & Naylor, B. (2019 February 15). As Trump declares national emergency to fund border wall, democrats promise a fight. National Public Radio. Retrieved from https://www.npr.org/2019/02/15/695012728/trump-expected-to-declare-national-emergency-to-help-fund-southern-border-wall

AR_281786

**"I don't feel very safe or accepted at my school at all. I feel like if I were to come out to my friends/ classmates, I would be hated for just being who I am."**

**Avoiding functions and extracurricular activities.** In addition to avoiding certain spaces in school because of safety reasons, LGBTQ students may also avoid other more social aspects of student life, for similar fears for personal safety. For any student, involvement in school community activities like clubs or special events can have a positive impact on students' sense of belonging at school, self-esteem, and academic achievement.[30] However, LGBTQ students who do not feel safe or comfortable in these environments may not have full access to the benefits of engaging in these school activities. Thus, we specifically asked students if they avoided school functions, such as school dances or assemblies, and extracurricular clubs or programs because of feeling unsafe or uncomfortable. As seen in Figure 1.3, most LGBTQ students reported avoiding school functions and extracurricular activities to some extent (77.6% and 71.8%, respectively), and over a quarter avoided them often or frequently (31.3% and 25.9%, respectively).

**Avoiding school.** Feeling unsafe or uncomfortable at school can negatively affect the ability of students to thrive and succeed academically, particularly if it results in avoiding school altogether. When asked about absenteeism, about one third of LGBTQ students (32.7%) reported missing at least one entire day of school in the past month because they felt unsafe or uncomfortable, and just under a tenth (8.6%) missed four or more days in the past month (see Figure 1.4). Additionally, in some cases, the school environment may be so hostile that some students need to leave their current school. In the 2017 survey, we asked students whether they had ever changed schools due to feeling unsafe or uncomfortable; slightly less than a fifth of LGBTQ students (17.1%) reported having done so (see Figure 1.5).

The majority of LGBTQ youth do not feel safe at their schools because of their sexual orientation, gender expression, and gender identity, and frequently avoid school spaces and activities at school. These high rates of avoiding school activities indicate that LGBTQ students may be discouraged from full participation in school life, and for some, are being denied access to their education because they avoid school altogether for safety reasons.

**Figure 1.2 Percentage of LGBTQ Students Who Avoided Spaces at School Because They Felt Unsafe or Uncomfortable**





**Figure 1.3 LGBTQ Students Who Avoided School Activities Because They Felt Unsafe or Uncomfortable**

**Figure 1.4 Frequency of Missing Days of School in the Past Month Because of Feeling Unsafe or Uncomfortable**

**Figure 1.5 Percentage of LGBTQ Students Who Changed Schools Because of School Safety Concerns**

AR_281789

# Exposure to Biased Language

### Key Findings

- Three-fourths of LGBTQ students heard the word "gay" used in a negative way often or frequently at school.
- More than half of LGBTQ students heard the phrase "no homo" often or frequently at school.
- Over half of LGBTQ students heard homophobic remarks such as "fag" or "dyke" often or frequently at school.
- More than half of LGBTQ students heard negative remarks about gender expression often or frequently at school. Remarks about students not acting "masculine enough" were more common than remarks about students not acting "feminine enough."
- More than two-fifths of LGBTQ students heard negative remarks specifically about transgender people, such as "tranny" or "he/she," often or frequently.
- More than half of LGBTQ students heard homophobic remarks from school staff, and two-thirds heard negative remarks from staff about students' gender expression.
- Less than one-fifth of LGBTQ students reported that school staff intervened most of the time or always when overhearing homophobic remarks at school, and nearly one-tenth of LGBTQ students reported that school staff intervened most of the time or always when overhearing negative remarks about gender expression.
- More than 3 in 4 LGBTQ students heard sexist remarks often or frequently at school, and three-quarters of students heard negative remarks about ability (e.g., "retard" or "spaz") often or frequently.
- Over half of LGBTQ students heard their peers make racist remarks often or frequently at school, and almost a fifth of students heard negative remarks about students' immigration status often or frequently.

GLSEN strives to make schools safe and affirming for all students, regardless of their sexual orientation, gender identity or expression, or any other characteristic that may be the basis for harassment. Keeping classrooms and hallways free of homophobic, sexist, racist, and other types of biased language is one aspect of creating a more positive school climate for all students. Thus, we asked LGBTQ students about their experiences with hearing anti-LGBTQ remarks and other types of biased remarks while at school. We further asked students in our survey about school staff's usage of and responses to hearing anti-LGBTQ language, specifically.

### *Hearing Anti-LGBTQ Remarks at School*

We asked students about the frequency with which they heard homophobic remarks (such as "faggot" and "dyke," the word "gay" being used in a negative way, or the phrase "no homo"). We also asked about the frequency of hearing negative remarks about the way students expressed their gender at school (such as comments related to a female student not acting "feminine enough") and negative remarks about transgender people (such as "tranny" or "he/she"). Further, we also asked students about the frequency of hearing these types of remarks from school staff, as well as whether anyone intervened when hearing this type of language at school.

**Homophobic remarks.** As shown in Figure 1.6, more than half of LGBTQ students (54.4%) reported hearing homophobic remarks, such as "fag" or "dyke," regularly (often or frequently) at school. The most common form of homophobic language that was heard by LGBTQ students in our survey was "gay" being used in a negative way at school, such as comments like "that's so gay" or "you're so gay,"[31] with three-fourths of LGBTQ students (75.6%) reporting that they heard these types of comments often or frequently in their schools. These expressions are often used to mean that something or someone is stupid or worthless and, thus, may be dismissed as innocuous by school authorities and students in comparison to overtly derogatory remarks such as "faggot" or "dyke." However, 91.8% of LGBTQ students reported that hearing "gay" used in a negative manner caused them to feel bothered or distressed to some degree (see Figure 1.7).

"No homo" is a phrase employed at the end of a statement in order to rid it of a potential homosexual connotation. For instance, some might use the phrase after giving a compliment to someone of the same gender, as in, "I like your jeans—no homo." This expression is homophobic in that it promotes the notion that it is unacceptable to have a same-gender attraction. This expression was also heard regularly by students in our 2019 survey — the majority of LGBTQ students (60.9%) reported hearing this remark often or frequently in their schools (see also Figure 1.6). We also asked LGBTQ students who heard homophobic remarks in school how pervasive this behavior was among the student population. As shown in Figure 1.8, almost a quarter of students (23.2%) reported that these types of remarks were made by most of their peers.

Students who reported hearing homophobic remarks at school were asked how often homophobic remarks were made in the presence of teachers or other school staff, and whether staff intervened when present. Almost a third of students in our survey (35.7%) reported that school staff members were present all or most of the time when homophobic remarks were made. When school staff were present, the use of biased and derogatory language by students remained

**Figure 1.6 Frequency of Hearing Anti-LGBTQ Remarks at School**

6.8%
"That's So Gay" 1.2% 16.5% 25.2% 50.4%
"No Homo" 3.1% 13.5% 22.5% 24.2% 36.7%
Other Homophobic Remarks (e.g., "fag" or "dyke") 4.8% 16.7% 24.1% 23.8% 30.6%
Remarks about Gender Expression 8.2% 13.2% 25.4% 26.6% 26.6%
Remarks about Transgender People (e.g., "tranny," "he/she") 12.6% 16.8% 26.9% 19.9% 23.8%
Never
Rarely
Sometimes
Often
Frequently

largely unchallenged. Nearly half (46.6%) reported that staff never intervened when hearing homophobic remarks, and only 13.7% reported that school personnel intervened most of the time or always when homophobic remarks were made in their presence (see Figure 1.9). One would expect teachers and school staff to bear the responsibility for addressing problems of biased language in school. However, given that school personnel are often not present during these incidents, students may also intervene when hearing biased language. Thus, other students' willingness to intervene when hearing this kind of language may be another important indicator of school climate. However, less than a tenth of students (6.4%) reported that their peers intervened always or most of the time when hearing homophobic remarks, and more than half (59.8%) said their peers never intervened (see also Figure 1.9).

Altogether, these findings indicate that the majority of LGBTQ students report rampant usage of homophobic remarks in their schools, which contributes to a hostile learning environment for this population. Infrequent intervention by school authorities when hearing such language in school may also send a message to students that homophobic language is tolerated.

**Negative remarks about gender expression.** Society often imposes norms for what is considered appropriate expression of one's gender. Those who express themselves in a manner considered to be atypical may experience criticism, harassment, and sometimes violence. Thus, we asked students in our survey two separate questions about hearing comments related to a student's gender expression: 1) how often they heard remarks about someone not acting "masculine enough," and 2) how often they heard comments about someone not acting "feminine enough." Findings from this survey indicate that negative remarks about someone's gender expression were pervasive in schools. As previously shown in Figure 1.6, 53.2% of students reported hearing either type of remark often or frequently. Figure 1.10 shows the specific frequencies of the two variables: hearing remarks about other students not acting "masculine enough" and hearing remarks about other students not acting "feminine enough." Remarks related to students not acting "masculine enough" were found to be more common than remarks related to students not acting "feminine enough."[32] Nearly half of students (46.9%) heard negative comments related to students' masculinity regularly (i.e., often or frequently), compared to just under a third of students (31.9%) that regularly heard comments related to students' femininity. When asked how much of the student population made these types of remarks, almost a fifth of students (17.4%) reported that most of their peers made negative remarks about someone's gender expression (see Figure 1.11).

Almost a third of students in our survey who heard negative remarks about gender expression (30.7%) reported that school staff members were present all or most of the time when these remarks were made. In addition, intervention by educators regarding gender expression remarks was even less common than intervention for homophobic remarks — 9.0% of LGBTQ students reported that school staff intervened most of the time or always when remarks about gender expression were made in their presence (see Figure 1.12),

**Figure 1.7 Degree that LGBTQ Students Were Bothered or Distressed as a Result of Hearing "Gay" Used in a Derogatory Way**

Not at all
8.2%
Extremely
21.7%
A little
32.6%
Pretty much

**Figure 1.8 LGBTQ Students' Reports of How Many Students Make Homophobic Remarks**

None
0.6%
Most
23.2%
A Few
22.9%
Some
53.3%

compared to 13.7% of LGBTQ students who reported that staff intervened most of the time or always for homophobic remarks (see Figure 1.9).[33] Furthermore, less than a tenth of students (8.6%) reported that other students intervened most of the time or always when negative remarks about gender expression were made.

The high frequency of hearing these remarks, coupled with the fact that these comments are so rarely challenged by adults at school, suggests that a range of gender expressions may not be commonly tolerated in schools. In addition, homophobic remarks may be more commonly understood by school personnel to be inappropriate for the school environment than are negative remarks about someone's gender expression, and greater education among school professionals may be needed for them to understand the contribution of gender bias to a hostile school environment.

**Negative remarks about transgender people.** Similar to negative comments about gender expression, people may make negative comments about transgender people because they can pose a challenge to "traditional" ideas about gender. Also, in recent years, there has been greater transgender visibility in the media and more political attention to transgender student rights.[34] Therefore, we asked students about how often they heard negative remarks specifically about transgender people, like "tranny" or "he/she." Over two-fifths of LGBTQ students in our survey (43.7%) reported hearing these comments often or frequently (see Figure 1.6).

The pervasiveness of anti-LGBTQ remarks is a concerning contribution to hostile school climates for all LGBTQ students. Any negative remark about sexual orientation, gender identity, or gender expression may signal to LGBTQ students that they are unwelcome in their school communities, even if a specific negative comment is not personally applicable to the individual student who hears it. For example, negative comments about gender expression may disparage transgender or LGB people, even if transgender-specific or homophobic slurs are not used.

**Figure 1.9 LGBTQ Students' Reports of Staff and Student Intervention in Homophobic Remarks**

**Figure 1.10 Frequency of LGBTQ Students Hearing Different Types of Remarks about Students' Gender Expression**



None
1.4%
Most
17.4%
A Few
38.2%
Some
43.0%

**Figure 1.11 LGBTQ Students' Reports of How Many Students Make Negative Remarks about Gender Expression**

100%
80%
60%
40%
20%
0%
1.9%
7.1%
31.6%
59.5%
1.0%
7.6%
40.7%
50.6%
Always
Most of the time
Some of the time
Never
Staff Intervention for Gender Expression Remarks
Student Intervention for Gender Expression Remarks

**Figure 1.12 LGBTQ Students' Reports of Staff and Student Intervention in Negative Remarks about Gender Expression**

## Anti-LGBTQ Remarks from School Personnel

We asked the students in our survey how often they hear homophobic remarks and negative remarks about gender expression from teachers or other school staff. Disturbingly, slightly more than half of students (52.4%) reported hearing homophobic remarks from their teachers or other school staff (see Figure 1.13). Further, two thirds of students (66.7%) had heard teachers or other school staff make negative comments about a student's gender expression (see Figure 1.13). LGBTQ students heard school staff make negative remarks about gender expression more frequently than homophobic remarks.[35] In that most students in our 2019 survey heard school staff make homophobic remarks and negative remarks about gender expression themselves, school staff may be modeling poor behavior and legitimizing the use of anti-LGBTQ language.

**Figure 1.13 Frequency of LGBTQ Students Hearing Negative Remarks from Teachers or Other School Staff**

| | Homophobic Remarks | Negative Remarks about Gender Expression |
|---|---|---|
| Frequently | 1.0% | 3.9% |
| Often | 2.5% | 7.7% |
| Sometimes | 13.0% | 22.3% |
| Rarely | 35.9% | 32.8% |
| Never | 47.6% | 33.3% |

**"Many students at my school use offensive language about race, gender and sexuality which very few people do anything about."**

### *Hearing Other Types of Biased Remarks at School*

In addition to hearing anti-LGBTQ remarks at school, hearing other types of biased language is also an important indicator of school climate for LGBTQ students. We asked students about their experiences hearing racist remarks, sexist remarks (such as someone being called "bitch" in a negative way, or girls being talked about as inferior to boys), negative remarks about other students' ability (such as "retard" or "spaz"), negative remarks about other students' religion, negative remarks about other students' body size or weight, and negative remarks about students' immigration status (such as "illegal," "alien," or "anchor baby") at school. The LGBTQ students in our survey reported that many of these types of remarks were commonplace at their schools, although some comments were more prevalent than others (see Figure 1.14). The majority of LGBTQ students (77.4%) heard sexist remarks regularly (i.e., frequently or often) at their school. In fact, sexist remarks were the most commonly heard remark — even more than homophobic remarks.[36] In addition, the majority (74.9%) also heard negative remarks about students' ability/disability regularly. Negative remarks about students' weight or body size and racist remarks were also very commonly heard types of biased remarks, with over half having heard these types of remarks regularly from other students (56.6% and 55.8%, respectively). Comments about religion were somewhat less common, with nearly a quarter (23.4%) reporting hearing negative remarks about other students' religion from other students regularly. Least commonly heard were negative remarks about students' immigration status, with almost a fifth (17.4%) reporting that they heard them regularly at school.

Hearing biased or derogatory language is a common occurrence at school, and most teachers and other school authorities did not consistently intervene when these remarks were made in their presence, with regard to homophobic remarks and negative remarks about gender expression. Thus, the pervasive use of biased language would remain largely unchallenged. In order to ensure schools are welcoming and safe for LGBTQ students, teachers and other school personnel need to intervene when LGBTQ-biased remarks are made in their presence, and school personnel need to make clear to students that such biased remarks will not be tolerated. Although homophobic and sexist remarks were most commonly heard at school, other types of remarks were also common, such as remarks about a student's ability or body size or weight. As such, any type of biased remark tolerated in school can create an unwelcoming environment for all students, and especially for students with marginalized identities.

**Figure 1.14 Frequency of LGBTQ Students Hearing Other Biased Remarks in School**

AR_281795

# Experiences of Harassment and Assault at School

### Key Findings

- More than 8 in 10 LGBTQ students experienced harassment or assault at school.
- LGBTQ students were most commonly harassed or assaulted at school based on sexual orientation and gender expression.
- Over two-thirds of LGBTQ students reported being verbally harassed at school due to their sexual orientation; more than half were verbally harassed because of their gender expression.
- A quarter of LGBTQ students reported being physically harassed at school due to their sexual orientation; over a fifth were physically harassed because of their gender expression.
- 1 in 7 LGBTQ students reported being physically assaulted at school in the past year due to their sexual orientation, gender, or gender expression.
- Over a third of LGBTQ students reported being bullied or harassed due to their actual or perceived disability, and more than 1 in 5 reported being harassed based on their religion and actual or perceived disability.
- Relational aggression (i.e. spreading rumors or deliberate exclusion) was reported by the vast majority of LGBTQ students.
- Over two-fifths of LGBTQ students reported experiencing some form of electronic harassment ("cyberbullying") in the past year.
- Nearly 6 in 10 LGBTQ students were sexually harassed at school in the past year.

Hearing anti-LGBTQ remarks in school can contribute to feeling unsafe and create a negative learning environment. However, direct experiences with harassment and assault may have even more serious consequences on the lives of students. The vast majority of LGBTQ students (86.3%) experienced harassment or assault based on personal characteristics, including sexual orientation, gender expression, gender, and actual or perceived race and ethnicity, religion, and disability.

### *Harassment and Assault Based on Sexual Orientation, Gender, and Gender Expression*

We asked survey participants how often ("never," "rarely," "sometimes," "often," or "frequently") they had been verbally harassed, physically harassed, or physically assaulted at school during the past year specifically based on sexual orientation, gender, and gender expression (e.g., not acting "masculine" or "feminine enough").

**Verbal harassment.** Students in our survey were asked how often in the past year they had been verbally harassed (e.g., been called names or threatened) at school specifically based on sexual orientation, gender expression, and gender. An overwhelming majority (81.0%) reported being verbally harassed at some point in the past year, and over a third (35.1%) experienced higher frequencies (often or frequently) of verbal harassment based on any of these characteristics. LGBTQ students most commonly reported experiencing verbal harassment at school based on their sexual orientation, followed by gender expression (see Figure 1.15):[37]

**Figure 1.15 Frequency of Verbal Harassment Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year**

- More than two-thirds of LGBTQ students (68.7%) were verbally harassed at school in the past year based on their sexual orientation; over a fifth (21.7%) experienced this harassment often or frequently;
- A majority of LGBTQ students (56.9%) were verbally harassed at school in the past year based on their gender expression; a fifth (20.0%) experienced this harassment often or frequently;
- Over half of LGBTQ students (53.7%) were verbally harassed at school in the past year based on their gender; nearly a fifth (18.3%) experienced this harassment often or frequently.

**Physical harassment.** With regard to physical harassment, over a third of LGBTQ students (34.2%) had been physically harassed (e.g., shoved or pushed) at some point at school during the past year based on their sexual orientation, gender expression, or gender. Students most commonly reported being physically harassed at school based on their sexual orientation, followed by gender expression and gender (see Figure 1.16):[38]

- Approximately a quarter of LGBTQ students (25.7%) were physically harassed at school in the past year based on their sexual orientation; 5.4% experienced this harassment often or frequently;
- More than a fifth of LGBTQ students (21.8%) were physically harassed at school in the past year based on their gender expression;

**Figure 1.16 Frequency of Physical Harassment Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year**

5.3% experienced this harassment often or frequently; and

- Over a fifth of LGBTQ students (22.2%) were physically harassed at school in the past year based on their gender; 5.1% experienced this harassment often or frequently.

**Physical assault.** LGBTQ students were less likely to report experiencing physical assault (e.g., being punched, kicked, or injured with a weapon) at school than verbal or physical harassment,[39] which is not surprising given the more severe nature of assault. Nonetheless, 14.8% of students in our survey were assaulted at school during the past year based on their sexual orientation, gender, or gender expression. As we found with physical harassment, LGBTQ students most commonly experienced physical assault based on their sexual orientation, followed by assault based on gender expression and gender (see Figure 1.17):[40]

- 11.0% of LGBTQ students were physically assaulted at school in the past year based on their sexual orientation;

- 9.5% of LGBTQ students were physically assaulted at school in the past year based on how they expressed their gender; and

- 9.3% of LGBTQ students were physically assaulted at school in the past year school based on their gender.

### Harassment and Assault Based on Other Characteristics

Although harassment based on gender and sexuality may be the most salient type of victimization

**Figure 1.17 Frequency of Physical Assault Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year**

**"As soon as I came out, I was actively tormented and bullied by the popular boys and sexually harassed by them as well."**

for many LGBTQ students, students also may be victimized for other reasons, given that LGBTQ students, like all people, hold multiple identities. We also asked LGBTQ students about their experiences with harassment related to other identity-based characteristics, including their religion, their actual or perceived race or ethnicity, and an actual or perceived emotional, developmental, or physical disability. As shown in Figure 1.18, over a third of LGBTQ students were harassed at school based on their actual or perceived disability (36.5%), and more than one in five reported being harassed at school based on their religion (23.1%) and actual or perceived race or ethnicity (21.4%).

### Other Types of Harassment and Negative Events

LGBTQ students may be harassed or experience other negative events at school for reasons that are not clearly related to their gender, sexuality, or other identities. In our survey, we also asked students how often they experienced these other types of events in the past year, such as sexual harassment and deliberate property damage.

**Figure 1.18 Frequency of Other Identity-Based Harassment and Assault Experienced by LGBTQ Students in the Past School Year**

**Sexual harassment.** Survey participants were asked how often they had experienced sexual harassment at school in the past year, such as unwanted touching or sexual remarks directed at them. As shown in Figure 1.19, a majority of LGBTQ students (58.3%) had been sexually harassed at school, and 13.4% reported that such events occurred often or frequently.

**Relational aggression.** Research on school-based bullying and harassment often focuses on physical or overt acts of aggressive behavior; however, it is also important to examine relational forms of aggression that can damage peer relationships, such as spreading rumors or excluding students from peer activities.[41] We asked participants how often they had experienced two common forms of relational aggression: being purposefully excluded by peers and being the target of mean rumors or lies. As illustrated in Figure 1.19, the vast majority of LGBTQ students (90.1%) in our survey reported that they had felt deliberately excluded or "left out" by other students, and nearly half (47.5%) experienced this often or frequently. Most LGBTQ students (73.6%) had mean rumors or lies told about them at school, and over a quarter (25.2%) experienced this often or frequently.

**Electronic harassment or "cyberbullying."** Electronic harassment (often called "cyberbullying") is using an electronic medium, such as a mobile phone or the Internet, to threaten or harm others.[42] We asked students in our survey how often they were harassed or threatened by students at their school via electronic media (for example, text messages, emails, Instagram, Twitter, Tumblr, Facebook, Snapchat), and over two-fifths of LGBTQ students (44.9%) reported experiencing this type of harassment in the past year, with 10.8% reporting that they experienced it often or frequently (see also Figure 1.19).

**Property theft or damage at school.** Having one's personal property damaged or stolen is yet another dimension of a hostile school climate for students. Over a third of LGBTQ students (35.7%) reported that their property had been stolen or purposefully damaged by other students at school in the past year, and 5.5% said that such events had occurred often or frequently (see Figure 1.19).

In this section, we found that the vast majority of LGBTQ students experienced identity-based harassment at school, most-often targeting their LGBTQ identities. We also found that, in addition to verbal and physical harassment and assault, LGBTQ students faced other forms of harassment, such as relational aggression and sexual harassment. Although we do not know the degree to which these other forms of harassment target students' LGBTQ identities, it is likely that LGBTQ youth face these forms of peer victimization more frequently than their non-LGBTQ peers. These forms of victimization can have serious consequences on students' academic outcomes and well-being, and we examine these relationships for LGBTQ students later in this report.

**Figure 1.19 Frequency of Other Types of Harassment Experienced by LGBTQ Students in the Past School Year**

# Reporting of School-Based Harassment and Assault

### Key Findings

- The majority of LGBTQ students who were harassed or assaulted at school did not report these incidents to school staff.
- The most common reasons that LGBTQ students did not report incidents of victimization to school staff were doubts that effective intervention would occur, and fears that reporting would make the situation worse.
- When asked to describe how staff responded to reports of victimization, LGBTQ students most commonly said that staff did nothing or told the student to ignore it; 2 in 10 students were told to change their behavior (e.g., to not act "so gay" or dress in a certain way)
- Just over a quarter of LGBTQ students who had reported incidents of victimization to school staff said that staff had effectively addressed the problem.

GLSEN advocates that anti-bullying/harassment measures in school must include clear processes for reporting by both students and staff, and stipulations that staff are adequately trained to effectively address instances of bullying and harassment when informed about them. In our survey, we asked those students who had experienced harassment or assault in the past school year how often they had reported the incidents to school staff. Given that family members may be able to advocate on behalf of the student with school personnel, we further asked students in our survey if they reported harassment or assault to a family member (i.e., to a parent, guardian, or other family member), and if family members intervened on their behalf with the school.

As shown in Figure 1.20, over half of these students (56.6%) never reported incidents of victimization to school staff, and less than a fifth of students (16.7%) indicated that they reported these incidents to staff regularly (i.e., reporting "most of the time" or "always"). Less than half of students (44.9%) said that they had ever told a family member about the victimization they faced at school (see also Figure 1.20), and of those who had, only half (51.9%) reported that a family member had ever addressed the issue with school staff (see Figure 1.21). Although more research is needed to understand why LGBTQ students do not inform their families about school victimization, we posit that one reason may be related to whether or not they are out to a parent or guardian. We, indeed, found that students who were out as LGBTQ to at least one parent or guardian were more likely to tell their families about the victimization they were experiencing in school (52.3% vs. 28.1%).[43]

### *Reasons for Not Reporting Harassment or Assault*

Reporting incidents of harassment and assault to school staff may be an intimidating task for students, especially when there is no guarantee that reporting these incidents will result in effective intervention. Students who indicated that they had not always told school personnel about their experiences with harassment or assault were asked why they did not do so. Table 1.1 shows the frequencies for the reasons given by survey respondents for not reporting.

**Doubted that effective intervention would occur.** As shown in Table 1.1, the most common reasons that LGBTQ students cited for not always reporting incidents of victimization to school staff were related to doubt that doing so would be effective. Almost three-fourths of victimized students in our survey (72.7%) expressed the belief that school staff would not do anything about the harassment even if they reported it. In addition, about two-thirds of students (65.8%) believed that even if staff did do something, their actions would not effectively address the victimization that they were experiencing.

**Feared making the situation worse.** Many LGBTQ students indicated that they did not report instances of victimization because they were afraid of exacerbating an already hostile situation. For example, nearly two-thirds of these students (63.0%) indicated they wanted to avoid being

**Figure 1.20 Frequency of LGBTQ Students Reporting Incidents of Harassment and Assault**

**Figure 1.21 Frequency of Intervention by LGBTQ Students' Family Members** (n = 5020)

labeled a "snitch" or "tattle-tale." Furthermore, many students did not report their harassment or assault to school staff due to concerns about confidentiality. Specifically, approximately two-fifths of LGBTQ students in our survey (43.5%) were worried about being "outed" to school staff or to their family members simply by reporting the bias-based bullying that they were experiencing. Lastly, just over two-fifths of students (41.6%) expressed explicit safety concerns, such as fear of retaliation from the perpetrator if they reported the harassment to school staff.

**Concerns about approaching school staff.** Many LGBTQ students reported that they were uncomfortable approaching school staff. About half of students said they felt too embarrassed or ashamed to report the incident to school staff members (49.5%), and also about half (48.4%) felt they might be blamed and/or disciplined by school staff simply for reporting the incident. In addition, more than a quarter of students (27.7%) were deterred from reporting harassment or assault because they felt that staff members at their school were homophobic or transphobic themselves. Such staff may not fully grasp the victimization LGBTQ students experience, or may simply choose not to help. Perhaps the most troubling, however, is that nearly one-tenth of victimized students in our survey (8.5%) said that school staff members were actually part of the harassment or assault they were experiencing, thus leaving students to feel that there is no recourse for addressing incidents of victimization at their school.

Staff themselves perpetrating victimization against LGBTQ students is troubling in and of itself, but also can exacerbate the negative school climate that many LGBTQ students often experience. Harassment by school staff can cause additional harm when witnessed by other students by sending a message that harassment is acceptable in the classroom or within the school community. Harassment of students by staff also serves as a reminder that safer school efforts must address all members of the school community, and not just the student body.

**Did not think harassment was serious enough.** Nearly half of students (48.3%) expressed that they did not report incidents of victimization to school personnel because they did not consider

**Table 1.1 Reasons LGBTQ Students Did Not Always Report Incidents of Harassment or Assault to School Staff (n = 10406)**

| Students Reporting Specific Response* | % | number |
|---|---|---|
| **Doubted that Effective Intervention Would Occur** | | |
| Did Not Think School Staff Would Do Anything About It | 72.7% | 7560 |
| Did Not Think School Staff's Handling of the Situation Would Be Effective | 65.8% | 6843 |
| **Feared Making the Situation Worse** | | |
| Did Not Want to be Perceived as a "Snitch" or a "Tattle Tale" | 63.0% | 6560 |
| Did Not Want to be "Outed" as Being LGBTQ to Staff or Family Members | 43.5% | 4526 |
| Was Concerned for Their Safety (e.g., retaliation, violence from perpetrator) | 41.6% | 4330 |
| **Concerns about Approaching School Staff** | | |
| Was Too Embarrassed or Ashamed to Report It | 49.5% | 5156 |
| Fear of Being Blamed or Getting in Trouble for the Harassment | 48.4% | 5032 |
| Homophobic/Transphobic School Staff | 27.7% | 2878 |
| School Staff Were Part of the Harassment | 8.5% | 882 |
| **Did Not Think the Harassment was Serious Enough** | 48.3% | 5030 |
| **Student Handled It Themselves** | 25.3% | 2629 |
| **Other Reason** (e.g., reported incident to friends or family instead, did not want perpetrator punished) | 1.1% | 110 |

*Because respondents could select multiple responses, categories are not mutually exclusive. Percentages may not add up to 100%.

**"I got rocks thrown at me and was beaten by kids at my school. I never told anyone about this. Not a parent, school staff member, nor peer."**

the harassment to be serious enough to report. Because we lack specific details about these particular incidents of victimization, we cannot determine whether the events perceived as "not serious enough" to report were truly minor. We, nevertheless, did find that students who said they did not report victimization because it was "not that serious" had lower levels of victimization compared to those who did not cite this reason for not reporting harassment or assault.[44] However, it is also possible that some students may convince themselves that their harassment is insignificant, and therefore not worth reporting, due to the many other inhibiting factors discussed throughout this section.

**Students handled it themselves.** A quarter of students (25.3%) in our survey said they did not report harassment or assault to school staff because they handled the situation themselves. Without further information, we cannot know what specific actions these students took to address these incidents. It may be that they confronted the perpetrator directly, either instructing them to stop, or they retaliated in some way. However, it is a concern because such actions could put the victimized students at risk for disciplinary consequences and may not prevent further peer victimization. Further research is needed to explore the nature and possible consequences of the various ways that students handle incidents of harassment themselves.

Taken together, these responses demonstrate a pervasive problem in our nation's schools. It is clear that LGBTQ youth are not able to report experiences of harassment and/or assault in their schools, whether due to doubts about school staff taking effective action, fear of retaliation from perpetrators, concerns about being "outed" as LGBTQ, or by simply being too embarrassed to come forward and report the victimization they are experiencing. In order to create a safe learning environment for all students, schools should work toward appropriately and effectively responding to incidents of victimization. Many of the reasons students gave for not reporting victimization could be addressed through more intentional school policies and practices. School staff should respond to each incident brought to their attention, as well as inform victims of the action that was taken. Training all members of the school community to be sensitive to LGBTQ student issues and effectively respond to bullying and harassment, in addition to doing away with zero-tolerance policies that lead to automatic discipline of targets of harassment and assault, could increase the likelihood of reporting by students who are victimized at school. Such efforts could, in turn, improve school climate for all students.

### *Students' Reports on the Nature of School Staff's Responses to Harassment and Assault*

We asked those LGBTQ students who had reported incidents to school staff about the actions taken by staff in response to the most recent incident. As shown in Table 1.2, the most common responses were that the staff member:

- Did nothing and/or told the reporting student to ignore the victimization (60.5%);
- Talked to the perpetrator/told them to stop the harassment (43.1%);
- Provided emotional support to the reporting student (23.1%); and
- Told the reporting student to change their behavior (e.g., not to act "so gay" or not to dress a certain way — 20.8%).

Formal disciplinary action to address reported incidents of victimization occurred less frequently—less than one-fifth of students who had reported harassment (14.9%) indicated that the perpetrator had been disciplined by school staff. Unfortunately, formal disciplinary action was sometimes directed at the target of the harassment themselves. Nearly one in ten students (7.3%) reported that they themselves were disciplined when they reported being victimized (see also Table 1.2).

Failing to intervene when harassment is reported, punishing students for their own victimization, and other inappropriate responses to reports of harassment and assault are unacceptable and

**Table 1.2 LGBTQ Students' Reports of School Staff's Responses to Reports of Harassment and Assault (n = 4841)**

| Students Reporting Specific Response* | % | n |
|---|---|---|
| **Staff Did Nothing/Took No Action and/or Told the Student to Ignore It** | **60.5%** | **2930** |
| Staff told the student to ignore it | 45.2% | 2186 |
| Staff did nothing/Took no action | 43.2% | 2092 |
| **Staff Talked to Perpetrator/Told Perpetrator to Stop** | **43.1%** | **2085** |
| **Provided Them Emotional Support** | **23.1%** | **1120** |
| **Parents were Contacted** | **21.5%** | **1040** |
| Staff contacted the reporting student's parents | 15.8% | 766 |
| Staff contacted the perpetrator's parents | 11.9% | 576 |
| **Told Reporting Student to Change Their Behavior** (e.g., to not act "so gay" or dress in a certain way) | **20.8%** | **1006** |
| **Reporting Student and Perpetrator were Separated from Each Other** | **17.7%** | **857** |
| **Perpetrator was Disciplined** (e.g., with detention, suspension) | **14.9%** | **719** |
| **Incident was Referred to Another Staff Person** | **16.5%** | **799** |
| **Filed a Report of the Incident** | **15.2%** | **734** |
| **Staff Attempted to Educate Students about Bullying** | **11.3%** | **549** |
| Staff educated the perpetrator about bullying | 7.4% | 356 |
| Staff educated the whole class or school about bullying | 5.9% | 284 |
| **Used Peer Mediation or Conflict Resolution Approach** | **6.5%** | **317** |
| **Reporting Student was Disciplined** (e.g., with detention, suspension) | **7.3%** | **351** |
| **Other Responses** (e.g., staff counseled student, victim was blamed, threats of discipline) | **1.8%** | **86** |

potentially harmful to students who experience them. Staff members who do not address reports of student victimization not only fail to help the victimized student, but also may discourage other students from reporting when they are harassed or assaulted at school.

### *Effectiveness of Staff Responses to Harassment and Assault*

In our survey, students who said that they reported incidents of harassment and assault to school staff were also asked how effective staff members were in addressing the problem.[45] As shown in Figure 1.22, just over a quarter of students (28.0%) believed that staff responded effectively to their reports of victimization. The staff actions that students were more likely to indicate as effective included:[46]

- Staff took disciplinary action against the perpetrator;
- Staff educated the perpetrator about bullying;
- Staff contacted the perpetrator's parents; and
- Staff provided emotional support.

The responses that students were more likely to indicate were less effective were:[47]

- Staff told the reporting student to change their behavior;
- Staff disciplined the student who reported the incident;
- Staff did nothing to address the incident and/or told the reporting student to ignore the harassment;
- Staff talked to the perpetrator/told the perpetrator to stop;
- Staff filed a report;
- Staff referred the incident to another staff member;
- Staff contacted the reporting student's parents;
- Staff used a peer mediation/conflict resolution approach;
- Staff educated the class or student body about bullying; and
- Staff separated the perpetrator and reporting student.

**Figure 1.22 LGBTQ Students' Perceptions of Effectiveness of Reporting Incidents of Harassment and Assault to School Staff**

Very Effective
7.3%
Not at All
Effective
51.2%
Somewhat
Effective
20.7%
Somewhat
Ineffective
20.8%

Although these findings about ineffective responses may suggest a lack of care on the part of staff, they may also be indicative of school staff who are well-meaning but are also misinformed about effective intervention strategies for cases of bullying and harassment. For example, peer mediation and conflict resolution strategies, in which students speak to each other about an incident, are only effective in situations where conflict is among students with equal social power. Peer mediation that emphasizes that all involved parties contribute to conflict can be ineffective, and, at worst, may re-victimize the targeted student when there is an imbalance of power between the perpetrator and the victim. When harassment is bias-based, as is the case with anti-LGBTQ harassment, there is almost always, by definition, an imbalance of power.[48]

School personnel are charged with providing a safe learning environment for all students. In this survey, the most common reason students gave for not reporting harassment or assault was the belief that nothing would be done by school staff. And as discussed above, even when students *did* report incidents of victimization, the most common staff responses were to do nothing or merely to tell the student to ignore it. By not effectively addressing harassment and assault, students who are victimized are denied an adequate opportunity to learn. It is particularly troubling that one-fifth of victimized students (20.8%) were told by school

staff to change their behavior for reasons such as their sexual orientation or gender expression (see Table 1.2), which implies that they somehow brought the problem upon themselves for simply being who they are. It is even more concerning that this type of response — that an LGBTQ identity is the actual problem — aligns with the notion of conversion therapy, a practice that claims to change an individual's sexual orientation or gender identity/expression, which can lead to lowered psychological well-being among other issues for LGBTQ youth.[49] Although this practice has been widely discredited by mainstream medical and mental health organizations, some practitioners continue to administer conversion therapy in the U.S. This type of response by school staff may exacerbate an already hostile school climate for LGBTQ students, and may deter students from reporting other incidents of harassment or assault in the future.

When students reported incidents of harassment or assault to staff members, the interventions had varying degrees of perceived effectiveness. The findings suggest that direct actions taken by school staff were more likely seen as effective, such as teaching the perpetrator about bullying. In contrast, indirect actions that are not as visible and immediate to the student, such as teaching the class or student body about bullying, filing a report, or referring to another staff person, were more likely to be seen as ineffective. One interesting exception, however, was that talking to the perpetrator or telling the perpetrator to stop, a direct action, was less likely to be seen as an effective response, yet taking disciplinary action against the perpetrator and teaching the perpetrator about bullying were more likely to be seen as effective responses. It may be that talking to the perpetrator or telling the perpetrator to stop was a simple, momentary reprimand without any further action that would have stopped future incidents. In contrast, taking disciplinary action against the perpetrator and teaching the perpetrator about bullying connote more substantial actions that could prevent future incidents, than talking to the perpetrator or telling them to stop. Separating the student was also not an effective intervention. Although this type of intervention may be a near-term solution to the problem, it does not necessarily address the root of the problem and may not be an effective long-term solution. Finally, peer mediation was not an effective response because, as discussed earlier in this section, the LGBTQ student may be re-victimized due to the imbalance of power between the perpetrator and the victim.

Given that we do not know the circumstances for each instance of harassment or assault, or the reasons why students would characterize a response as effective or not, we are not able to know details about what made certain staff responses (e.g., talking to the perpetrator) more effective than others (i.e., whether it resulted in an end to the harassment and/or made the student feel more supported in school). As discussed, it may be that actions taken by school staff that are directed at the perpetrator and actions that have negative consequences for the perpetrator are seen as more effective intervention strategies than actions that are not directed at the perpetrator or that do not have consequences. Disciplining the perpetrator, contacting the perpetrator's parents, and educating the perpetrator about bullying may be more likely to change their behavior than simply talking to the perpetrator or telling the perpetrator to stop, and educating the class or student body about bullying. Our prior research has indicated that general training about bullying and harassment may not be enough to equip educators with the ability to effectively address anti-LGBTQ victimization.[50] School or district-wide educator professional development trainings on issues specifically related to LGBTQ students and bias-based bullying and harassment may better equip educators with tools for effectively intervening in cases of bullying of LGBTQ students. In addition, such trainings may help educators become more aware of the experiences of LGBTQ students, including incidents of harassment and bullying, which could play a vital role in improving LGBTQ students' school experiences overall.

AR_281807

# Experiences of Discrimination at School

## Key Findings

- Approximately 6 in 10 LGBTQ students indicated that they had experienced LGBTQ-related discriminatory policies and practices at their school.
- Students were commonly restricted from expressing themselves as LGBTQ at school, including being: disciplined for public displays of affection that are not disciplined among non-LGBTQ students, prevented from discussing or writing about LGBTQ topics in assignments, restricted from wearing clothing or items supporting LGBTQ issues, prohibited from bringing a date of the same gender to a school dance, and being disciplined unfairly simply because they were LGBTQ.
- Schools often limited the inclusion of LGBTQ topics or ideas in extracurricular activities, including: preventing LGBTQ students from using locker rooms aligned with their gender identity, preventing or discouraging students from participating in school sports because they were LGBTQ, preventing students from discussing or writing about LGBTQ issues in extracurricular activities, and inhibiting GSAs' activities.
- Schools often enforced adherence to traditional gender norms, including being: prevented from using bathrooms aligned with their gender identity, prevented from using their chosen name or pronouns, and prevented from wearing clothes considered "inappropriate" based on gender.
- Students commonly experienced gender separation practices at school, including homecoming court or prom royalty, attire for graduation, and attire for official school photographs.

Hearing homophobic language and negative remarks about gender expression in the hallways and directly experiencing victimization from other students clearly contribute to a hostile climate for LGBTQ students. Certain school policies and practices may also contribute to negative experiences for LGBTQ students and make them feel as if they are not valued by their school communities. In our survey, we asked students about a number of specific LGBTQ-related discriminatory policies and practices at their school that they may have personally experienced. Nearly 6 in 10 students (59.1%) indicated that they had experienced any of these LGBTQ-related discriminatory policies and practices (see Figure 1.23).

### *Restricting LGBTQ Expression in School*

Several of the questions about policies and practices were related to efforts to restrict students from identifying as LGBTQ, from being themselves in the school environment, and from expressing support for or interest in LGBTQ issues. Not only do these policies stifle students' expression, but they also serve to maintain a silence around LGBTQ people and issues that could have the effect of further stigmatizing LGBTQ people. As shown in Figure 1.23, over a quarter of LGBTQ students (28.0%) said that they had been disciplined for public affection, such as kissing or holding hands, that is not similarly disciplined among non-LGBTQ students. Additionally, 16.6% of LGBTQ students said that they had been prevented from including LGBTQ topics in class assignments and projects, or discussing LGBTQ topics in class. One in ten LGBTQ students (10.7%) indicated that their schools had prevented them from wearing clothing or items supporting LGBTQ issues (e.g., a t-shirt with a rainbow flag), and 7.6% had been prevented from attending dances with someone of the same gender. Finally, 3.0% of students reported that they had been disciplined simply for identifying as LGBTQ.

### *Limiting LGBTQ Inclusion in Extracurricular Activities*

Students in our survey indicated that some schools also maintained policies and practices that limited LGBTQ content in extracurricular activities and/or restricted LGBTQ students' participation in these activities. For example, 16.3% of LGBTQ students said that their school prevented them from discussing or writing about LGBTQ issues in extracurricular activities, such as the yearbook, school newspaper, or events like Day of Silence.[51] Additionally, 14.7% reported that they had been hindered in forming or promoting a GSA or similar school club supportive of LGBTQ issues (see also Figure 1.23).

LGBTQ students in our survey also reported discriminatory experiences with regard to school athletics. Approximately one-tenth of students (10.2%) indicated that school staff or coaches had prevented or discouraged them from playing sports because they were LGBTQ. LGBTQ students may also be indirectly discouraged from participating in sports if they are unable to use the locker rooms aligned with their gender identity. For example, transgender and nonbinary students may be required to use the locker room of their assigned sex, and other LGBQ students may be prevented from using gendered locker rooms based on their same-sex attraction (e.g., staff preventing a lesbian girl from using the girl's locker room because she is a lesbian). We found that 27.2% of LGBTQ students were prevented from using locker rooms aligned with their gender identity. Further, we found that LGBTQ students who experienced this locker room discrimination were less likely to participate in school sports, and were more likely to avoid gym class, sports fields, and locker rooms at school.[52]

Clearly, some schools are sending the message that LGBTQ topics are not appropriate for extracurricular activities, and in some cases, that LGBTQ people should not be allowed to participate. Discriminatory policies and practices that mark official school activities as distinctly non-LGBTQ prevent LGBTQ students from participating in the school community as fully and completely as other students.

**"More than one teacher did not allow me to hold hands with my girlfriend and threatened detention if they even saw us in the halls holding hands."**

**Figure 1.23 Percentage of LGBTQ Students Who Have Experienced Discriminatory Policies and Practices at School**

### *Enforcing Adherence to Traditional Gender Norms*

Other discriminatory policies appeared to target students' gender by prescribing certain rules or practices that limited their gender expression or access to gendered facilities (see Figure 1.23). Nearly a quarter of LGBTQ students (22.8%) said that they had been prevented from using their chosen name or pronouns in school, and nearly a fifth of students (18.3%) reported that their school prevented them from wearing clothing deemed "inappropriate" based on their gender (e.g., a student prevented from wearing a dress because they are a boy, or because staff think they are a boy). Additionally, over a quarter of LGBTQ students (28.4%) said that they had been prevented from using the bathroom aligned with their gender. Policies and practices that restrict bathroom access may have a particularly damaging impact on LGBTQ youth, including physical health complications if students are forced to avoid using the bathroom during the school day.[53] In fact, we found that LGBTQ students were approximately twice as likely to avoid the bathroom at school if they experienced bathroom discrimination (71.8% vs. 34.6%).[54]

It is important to note that each of these gender-related discriminatory policies and practices, including the discriminatory locker room policies mentioned previously, explicitly target students' gender identity and expression, and thus, may uniquely impact transgender and nonbinary students. For further discussion on the experiences of transgender and nonbinary students and their experiences with discriminatory policies and practices at school, see the "School Climate and Gender" section of this report.

### *Gender Separation in School*

School policies and practices that separate students by gender or impose different standards and expectations based on gender may pose distinct challenges for transgender and nonbinary students. Depending on how these practices are enforced, students may be forced to group with others based on their legal sex, regardless of their gender identity. These practices may also place undue pressure on transgender and nonbinary students to disclose their transgender status before they are ready in order to advocate for their right to be grouped in a way that affirms their gender identity. As these practices reinforce the gender binary (i.e., the notion that there are only two distinct and opposite genders) by separating boys from girls, they create an environment that may be uniquely difficult to navigate for nonbinary students. When gendered spaces, activities, and rules provide no options for students who do not conform to a gender binary, these students may feel as if they have no place in school at all.

Previously in this section, we discussed discriminatory practices in sports participation,

**Figure 1.24 LGBTQ Students' Reports of Ways Schools Separate Activities by Gender or Have Different Requirements Based on Gender**
(Percentage of LGBTQ Students in Co-ed Schools, n = 16497)

70%
60%
50%
40%
30%
20%
10%
0%
62.4%
44.9%
26.4%
25.5%
10.0%
Any Gender Separation
Homecoming Court/Prom Royalty
Graduation Attire
Yearbook Photos/Senior Pictures
Other

and access to bathrooms and locker rooms. In addition to these gendered spaces, we asked LGBTQ students about other specific practices that separate students by gender in school or require different standards for students based on gender. As seen in Figure 1.24, the majority of LGBTQ students (62.4%) experienced gendered spaces or practices at school.[55] Nearly half of LGBTQ students (44.9%) reported that their school had gender-specified homecoming courts, prom kings/queens, or other types of honors at dances. These practices not only reinforce the gender binary, but by selecting a "king" and a "queen," also enforce the idea that heterosexuality is the norm and the only acceptable way of being. In addition, just over one-fourth of students (26.4%) reported that their school required gendered attire for graduation, such as different-colored robes for boys and girls, and 25.5% reported gendered attire for official school photographs, such as having boys wear tuxedos and girls wear dresses for senior portraits (see also Figure 1.24).

We also provided an opportunity for students to indicate additional ways that their school separated student activities by gender, and 10.0% reported other types of gender separation. Students most commonly reported practices related to orchestra, band, chorus, and dance performances (e.g., different dress requirements, separation of boys and girls), as well as school uniforms and dress codes (e.g., having different dress codes or uniforms for boys and girls, or differential enforcement of dress code based on gender). A number of students also discussed special events or classroom activities that pitted boys against girls.

Our findings indicate that anti-LGBTQ discriminatory school policies and practices are all too pervasive in our nation's schools. In order to ensure that schools are welcoming and affirming of all students, staff and administration should eliminate policies and practices that treat LGBTQ couples differently, censor expressions of LGBTQ identities, enforce traditional gender norms, needlessly separate students by gender, or maintain different rules or standards for boys and girls. Ending these practices can help to provide LGBTQ youth with a more inclusive school experience. Later in this report, we discuss the negative effects of these discriminatory policies and practices on LGBTQ students' well-being and academic outcomes.

AR_281813

# Hostile School Climate, Educational Outcomes, and Psychological Well-Being

## Key Findings

- LGBTQ students who experienced high levels of in-school victimization:

    - Had lower GPAs than other students;

    - Were less likely to plan to pursue any post-secondary education;

    - Were nearly three times as likely to have missed school in the past month because they felt unsafe;

    - Were more likely to have been disciplined at school;

    - Were less likely to feel a sense of belonging to their school community; and

    - Had lower levels of self-esteem and higher levels of depression.

- LGBTQ students who experienced discrimination at school:

    - Had lower GPAs than other students;

    - Were nearly three times as likely to have missed school in the past month because they felt unsafe;

    - Were more likely to have been disciplined at school;

    - Were less likely to feel a sense of belonging to their school community; and

    - Had lower levels of self-esteem and higher levels of depression.

- LGBTQ students who did not plan to graduate high school (e.g., who planned to drop out or were not sure if they would finish high school) most commonly reported mental health concerns, academic concerns, and hostile school climate as reasons for leaving school.

**"I love learning but most days i just hate school. i can't deal with the comments and the inability for people to just be kind to LGBTQIA+ students."**

### *Educational Aspirations*

In order to examine the relationship between school climate and educational outcomes, we asked students about their aspirations with regard to further education, including their plans to complete high school and their highest level of expected educational attainment.

**High school completion.** As shown in Table 1.3, almost all LGBTQ students in our survey (96.5%) planned to graduate high school, and 3.5% of students indicated that they did not plan to complete high school or were not sure if they would. We also found that LGBTQ students in earlier grades were more likely than their older peers to indicate that they were unsure about their high school graduation plans.[56] Further, it is important to note that the 2019 NSCS only included students who were in school at some point during the 2018–2019 school year. Thus, this study sample includes some LGBTQ students who may not finish high school, but does not include youth who had already left school before the school year began.

We also asked LGBTQ students who did not plan on completing high school or who were not sure if they would graduate whether they planned to obtain a General Education Diploma (GED) or similar equivalent, and 65.7% indicated that they did. Some research on high school equivalency certification in the general student population suggests that GED equivalencies are not associated with the same educational attainment and earning potential as high school diplomas.[57] Nevertheless, the majority of students who planned to get a GED (59.4%) indicated that they intended to pursue some type of post-secondary education.[58] More research is needed to better understand how LGBTQ students' educational and career plans may be impeded if they do not graduate from high school.

**Reasons LGBTQ students may not finish high school.** To better understand why LGBTQ students might not finish high school, we asked those students who indicated they were not planning on completing high school or were not sure if they would graduate about their reasons for leaving school. Most of these students cited multiple reasons for potentially not graduating. As shown in Table 1.4, the most common reason concerned mental health, such as depression, anxiety, or stress (92.7% of those who provided reasons for leaving high school), followed by academic issues (68.4%), including poor grades, high number of absences, or not having enough credits to graduate, and then a hostile school climate (60.8%), including issues with harassment, unsupportive peers or educators, and gendered school policies/practices, such as restrictions on which bathroom they are allowed to use.[59]

**Table 1.3 LGBTQ Students' High School Completion Plans**

| High School Graduation Plans | | % of All Students |
|---|---|---|
| **Plan to Graduate HS** | | **96.5%** |
| **Do Not Plan to Graduate HS or Not Sure if Will Graduate HS** | | **3.5%** |
| Do not plan to graduate | | 0.7% |
| Unsure if will graduate | | 2.8% |
| **Plans to Receive GED or Equivalent** | **% of Students Not Planning to Graduate or Not Sure** (n = 589) | |
| Do not plan to obtain a GED or equivalent | 34.3% | 1.2% |
| Plan to obtain a GED or equivalent | 65.7% | 2.3% |

*Due to rounding, percentages may not add up to 100%.

LGBTQ students may consider leaving school for many reasons, some of which may have little to do with their sexual orientation, gender identity, or peer victimization — as noted above. However, it is also possible that some of the mental health and academic concerns that students reported were caused by experiences of a hostile school environment, as noted later in this section. For example, school-based victimization may impact students' mental health,[60] and this lower psychological well-being may also place students at risk for lower academic achievement.[61] Furthermore, a lack of safety may lead to students missing school, which can result in a student being pushed out of school by school disciplinary or criminal sanctions for truancy,[62] dropping out of school as a result of poor academic achievement, or disengaging with school due to the days missed. Indeed, we found that among students in our survey, missing school due to feeling unsafe or uncomfortable was related to increased likelihood of not planning to complete high school.[63] Future research should examine the potentially interconnected mechanisms that lead LGBTQ students to leave high school before graduating.

**Post-secondary aspirations.** When asked about their aspirations with regard to post-secondary education, only 7.2% of LGBTQ students indicated that they did *not* plan to pursue any type of post-secondary education (i.e., that they only planned to obtain a high school diploma, did not plan to finish high school, or were unsure of their plans). Just over two-fifths of students (43.0%) said that they planned to complete their education with a Bachelor's degree (see Figure 1.25) and another two-fifths of students (39.1%) reported that they planned to continue on to obtain a graduate degree (e.g., Master's degree, PhD, MD).

### *School Climate and Educational Aspirations*

Students who experience victimization in school may respond by avoiding the harassment, perhaps by dropping out of school or avoiding any further type of formal educational environments, such as college. We assessed the relationship between school victimization[64] and educational aspirations for students in our survey and found that LGBTQ students who reported higher levels of victimization based on their sexual orientation or gender

**Table 1.4 Reasons LGBTQ Students Do Not Plan to Graduate High School or Are Unsure If They Will Graduate** (n = 632)

| | % of Students Reporting* (of students who indicated that they did not plan to graduate or were unsure) |
|---|---|
| **Mental Health Concerns** (e.g., depression, anxiety, stress) | **92.7%** |
| **Academic Concerns (Any)** | **68.4%** |
| Poor Grades | 57.4% |
| Absences | 39.2% |
| Not Enough Credits | 29.0% |
| **Hostile School Climate (Any)** | **60.8%** |
| Unsupportive Peers | 49.5% |
| Harassment | 42.2% |
| Unsupportive Teachers/Staff | 30.1% |
| Gendered School Policies/Practices | 30.1% |
| **Future Plans Do Not Require HS Diploma** | **24.2%** |
| **Family Responsibilities** (e.g., child care, wage earner) | **15.5%** |
| **Other** (e.g., lack of motivation, unsupportive family) | **5.5%** |

*Because respondents could select multiple responses, categories are not mutually exclusive, and percentages do not add up to 100%.

expression reported lower educational aspirations than LGBTQ students who reported lower levels of victimization.[65] For example, as shown in Figure 1.26, students who experienced a higher severity of victimization based on sexual orientation were less likely to plan to go on to college or to vocational or trade school, compared with those who had experienced less severe victimization (9.9% vs. 5.8%). Anti-LGBTQ discriminatory policies and practices were also related to lower educational aspirations for LGBTQ students in our survey – students who experienced this type of discrimination at school reported lower educational aspirations than those who did not experience discrimination.[66]

### School Climate and Academic Achievement

As detailed previously in this section, a hostile school climate can lead LGBTQ students to not want to continue on with their education. However, it can also result in these students struggling academically. We found that more severe victimization was related to lower academic achievement among LGBTQ students. As shown in Table 1.5, the mean reported grade point averages (GPA) for students who had higher levels of victimization based on their sexual orientation or gender expression was significantly lower than for students who experienced less harassment and assault.[67] For example, LGBTQ students who experienced higher levels of victimization based on gender expression reported an average GPA of 2.98 and LGBTQ students who experienced lower levels of this type of victimization reported an average GPA of 3.36 (see Table 1.5). As also illustrated in Table 1.5, experiences of institutional discrimination were also related to lower educational achievement.[68]

Overall, the vast majority of LGBTQ students planned to complete high school as well as some form of post-secondary education, although experiences with anti-LGBTQ harassment and discrimination were both associated with lower educational aspirations as well as lower GPA. Thus, supporting LGBTQ students' future educational attainment requires focused efforts that reduce anti-LGBTQ bias in schools and create affirming academic environments. Further, these efforts must be implemented at all grade levels, with particular attention paid to younger students, who may be at greater risk for not completing high school.

### Absenteeism

School-based victimization can impinge on a student's right to an education. Students who are regularly harassed or assaulted in school may attempt to avoid these hurtful experiences by not attending school and, accordingly, may be more likely to miss school than students who do not experience such victimization. We found that experiences of harassment and assault were, in fact, related to missing days of school.[69] As shown in Figure 1.27 students were nearly three times as likely to have missed school in the past month if they had experienced higher levels of victimization related to their sexual orientation (57.2% vs. 21.7%) or gender expression (59.0% vs. 21.8%).

**Figure 1.25 Educational Aspirations of LGBTQ Students**

Graduate Degree
39.1%
Bachelor's
Degree
43.0%
Less Than
High School
1.2%
Associate's
Degree
7.0%
Vocational, Trade or
Technical School
3.7%
High School Diploma
or Equivalent (GED)
5.9%

**Figure 1.26 Educational Aspirations and Severity of Victimization**
(Percentage of LGBTQ Students Not Planning to Pursue Postsecondary Education)

15%
10%
5%
0%
5.8%
9.9%
5.4%
11.1%
Victimization Re:
Sexual Orientation
Victimization Re:
Gender Expression
Lower Victimization
Higher Victimization

In addition to victimization, we found that experiences of discrimination were related to missing days of school.[70] As also shown in Figure 1.27, LGBTQ students were almost three times as likely to have missed school in the past month because they felt unsafe or uncomfortable if they had experienced LGBTQ-related discrimination in their school (44.1% vs. 16.4%).

As these findings indicate, both negative interpersonal experiences, such as victimization, as well as negative institutional treatment, such as anti-LGBTQ discriminatory policies and practices both contribute to a school setting that feels unwelcoming for many LGBTQ students. And as such, they restrict access to an LGBTQ student's education.

### *School Climate and School Discipline*

The use of harsh and exclusionary discipline, such as zero tolerance policies, has proliferated over the previous several decades for both serious infractions as well as minor violations of school policies.[71] Initially framed as vital for protecting teachers and students,[72] these disciplinary policies are regarded by many as being over-employed in removing students from the traditional school environment.[73] The use of harsh discipline has contributed to higher dropout rates, as well as more youth in alternative educational settings and in juvenile justice facilities, where educational supports and opportunities may be less available.[74] Growing awareness of the soaring use of exclusionary school discipline approaches in the

**Table 1.5 Academic Achievement of LGBTQ Students by Experiences of Victimization and Discrimination**

| | Mean Reported Grade Point Average |
|---|---|
| **Peer Victimization** | |
| Sexual Orientation | |
| Lower Victimization | 3.34 |
| Higher Victimization | 3.03 |
| Gender Expression | |
| Lower Victimization | 3.36 |
| Higher Victimization | 2.98 |
| **Experiences of Discrimination** | |
| Had Not Experienced Discriminatory Policies or Practices at School | 3.39 |
| Had Experienced Discriminatory Policies or Practices at School | 3.14 |

**Figure 1.27 Absenteeism by Experiences of Victimization and Discrimination**
(Percentage of LGBTQ Students Who Missed at Least a Day of School in Past Month)

60%
40%
20%
0%
21.7%
57.2%
21.8%
59.0%
16.4%
44.1%
Lower Victimization
Higher Victimization
Lower Victimization
Higher Victimization
Had Not Experienced
Had Experienced
Victimization Re: Sexual Orientation
Victimization Re: Gender Expression
Experiences of Discrimination

**"My last school I went to before I moved to my new one, expelled me for being a member of the LGBTQ community."**

U.S. has included some attention to their effect on LGBTQ youth.[75] It is possible that both the high rates of peer victimization and the school policies that, intentionally or unintentionally, target LGBTQ students may put these students at risk of greater contact with school authorities and increase their likelihood of facing disciplinary sanctions.

**Rates of school discipline**. We asked LGBTQ students if they had certain types of experiences at school as a result of disciplinary action. A third of students in this survey (33.0%) reported having ever been disciplined at school, with most of these students reporting discipline that occurred in-school, such as being sent to principal's office, receiving detention, or receiving in-school suspension (see Figure 1.28). A smaller portion of LGBTQ students reported experiencing disciplinary consequences that prohibited them from attending school, such as out-of-school suspension and expulsion (see also Figure 1.28). In addition, disciplinary action in school can lead to having contact with the criminal or juvenile justice system, such as being arrested or serving time in a detention facility. A very small portion of LGBTQ students (1.2%) reported having had contact with the criminal or juvenile justice system. It is important to note that we asked students specifically about justice system involvement as a result of school discipline, and thus the finding does not reflect student involvement in criminal or juvenile justice system in general.

LGBTQ youths' high rates of victimization, and discriminatory policies that intentionally or unintentionally target LGBTQ students, may put them in greater contact with school authorities and increase their risk of discipline. For these reasons, we examined whether students who experienced victimization and discrimination experienced higher rates of school discipline.

**Discipline due to punitive response to harassment and assault.** As discussed in the "Reporting of School-Based Harassment and Assault" section, some LGBTQ students reported that they themselves were disciplined when they reported being victimized to school staff. As a result, LGBTQ students who experience higher rates of victimization may also experience higher rates of school discipline, perhaps because they were perceived to be the perpetrator in these incidents. Indeed, LGBTQ youth who reported higher than average levels of victimization based on their sexual orientation or gender expression experienced substantially greater rates of discipline examined in this survey.[76] For example, as shown in Figure 1.29, 47.0% of students with higher levels of victimization based on sexual orientation experienced school discipline compared to 26.7% of students with lower levels of this type of victimization.

**Absenteeism.** LGBTQ students who are victimized at school may also miss school because they

**Figure 1.28 Percentage of LGBTQ Students Who Have Experienced School Discipline**

feel unsafe, and thus, face potential disciplinary consequences for truancy. We found that students who reported missing school due to safety concerns were more likely to have experienced school discipline.[77] Specifically, 44.3% of students who had missed at least a day of school in past month because they felt unsafe or uncomfortable had faced some sort of disciplinary action, compared to 27.4% of students who had not missed school for these reasons.

**Discipline due to discriminatory policies and practices.** As discussed in the "Experiences of Discrimination" section of this report, some schools have official policies or unofficial practices that unfairly target LGBTQ youth, and also put LGBTQ youth at greater risk for school discipline. For example, having a gendered dress code may result in a transgender or nonbinary student being disciplined because they are wearing clothing deemed "inappropriate" based on their legal sex. Furthermore, as also indicated in that earlier section, a number of students in our survey reported that they were subjected to punishment for violations that were not similarly punished among their non-LGBTQ peers (e.g., same-sex couples experiencing harsher discipline for public displays of affection in schools than heterosexual couples). When we examined the relationship between discrimination and discipline, we found that LGBTQ students who had experienced discriminatory policies and practices at school had reported higher rates of school discipline — 40.2% of LGBTQ youth experiencing discrimination at school had experienced some form of disciplinary action, compared to 22.6% of youth who had not experienced discrimination (see Figure 1.29).[78]

These findings evidence that a sizeable number of LGBTQ students experienced school discipline, and that unsafe and unfair school environments, including experiences with victimization and discriminatory school policies and practices, contribute to higher rates of school discipline. In order to reduce disciplinary disparities toward LGBTQ students, schools need to employ non-punitive discipline practices and the creation of safe and affirming spaces for LGBTQ students, with properly trained school personnel. Educators need to be provided professional development trainings on issues specifically related to LGBTQ student and bias-based bullying and harassment, so that they can effectively intervene in cases of bullying of LGBTQ students. In addition, schools need to eliminate school policies and practices that discriminate against LGBTQ students.

## *School Climate and School Belonging*

The degree to which students feel accepted by and a part of their school community is another important indicator of school climate and is related to a number of educational outcomes, including greater academic motivation and effort and higher academic achievement.[79] Students who experience victimization or discrimination at school may feel excluded and disconnected from their school community. Thus, we examined the relationship

**Figure 1.29 School Discipline by Experiences of Victimization and Discrimination**
(Percentage of LGBTQ Students Who Experienced School Discipline)

**"Most students use homophobic, racist, and transphobic slurs. One gay student has been beaten. I feel like I do not belong here."**

between these negative indicators of school climate and LGBTQ students' sense of belonging to their school community.[80]

As illustrated in Figure 1.30, students who experienced a higher severity of victimization based on sexual orientation or gender expression reported lower levels of school belonging than students who experienced less severe victimization in school.[81] For example, nearly two-thirds of students who experienced lower levels of victimization based on their sexual orientation (62.7%) reported a positive sense of connection to their school, compared to less than a third of students who experienced more severe victimization (28.7%).

Experiencing anti-LGBTQ discriminatory policies and practices at school was also related to decreased feelings of connectedness to the school community. As also illustrated in Figure 1.30, LGBTQ students who did not experience school-based discrimination were more likely to report positive feelings of school belonging compared to students who had experienced school-based discrimination (72.7% vs. 37.9%).[82]

### *School Climate and Psychological Well-Being*

Previous research has shown that being harassed or assaulted at school may have a negative impact on students' mental health and self-esteem.[83] Given that LGBTQ students face an increased likelihood for experiencing harassment and assault in school,[84] it is especially important to examine how these experiences relate to their well-being. We specifically examined two aspects of psychological well-being: self-esteem[85] and depression[86]. As illustrated in Figures 1.31 and 1.32, LGBTQ students who reported more severe victimization regarding their sexual orientation or gender expression had lower levels of self-esteem[87] and higher levels of depression[88] than those who reported less severe victimization. For example, 72.0% of students who experienced higher levels of victimization based on sexual orientation demonstrated higher levels of depression compared to 42.3% of students who experienced lower levels of victimization (see Figure 1.32).

Discrimination and stigma have also been found to adversely affect the well-being of LGBTQ people.[89] We found that LGBTQ students in our survey who reported experiencing discriminatory policies or practices in school had lower levels of self-esteem[90] and higher levels of depression[91] than students who did not report experiencing this

**Figure 1.30 School Belonging by Experiences of Victimization and Discrimination**
(Percentage of LGBTQ Students Demonstrating Positive School Belonging)



**Figure 1.31 Self-Esteem by Experiences of Victimization and Discrimination**
(Percentage of LGBTQ Students Demonstrating Higher Levels of Self-Esteem)

**Figure 1.32 Depression by Experiences of Victimization and Discrimination**
(Percentages of LGBTQ Students Demonstrating Higher Levels of Depression)

discrimination (see Figures 1.31 and 1.32). For example, as shown in Figure 1.31, only 36.9% of students who experienced discrimination demonstrated higher levels of self-esteem compared to 56.6% of students who had not experienced discrimination.

### *Conclusions*

The findings in this section provide insight into how peer victimization and institutional discrimination may lead to less welcoming schools and more negative educational outcomes for LGBTQ students. LGBTQ students who experienced victimization and discrimination were more likely to have lower educational aspirations, lower grades, and higher absenteeism. They were also more likely to experience school discipline, which could result in pushing students out of school, and even into the criminal justice system.[92] These findings also demonstrate that a hostile school climate may negatively impact an LGBTQ student's sense of school belonging and psychological well-being. In order to ensure that LGBTQ students are afforded supportive learning environments and equal educational opportunities, community and school advocates must work to prevent and respond to in-school victimization and to eliminate school policies and practices that discriminate against LGBTQ youth. Reducing victimization and discrimination in school may then lead to better mental health for LGBTQ youth, better enabling them to reach their fullest potential inside and outside of school.

# PART TWO: SCHOOL-BASED RESOURCES AND SUPPORTS

Student organizers gather at the 2012 Students of Color Organizing Conference, held by the GLSEN Baltimore chapter to help train LGBTQ and ally youth to work toward creating safer schools for LGBTQ students of color.

AR_281825

# Availability of School-Based Resources and Supports

## Key Findings

- Just over 6 in 10 LGBTQ students attended a school that had a Gay-Straight Alliance or Gender and Sexuality Alliance (GSA) or similar student club that addressed LGBTQ issues in education.
- Approximately 1 in 5 LGBTQ students were taught positive representations of LGBTQ people, history, or events in their classes. A similar amount had been taught negative content about LGBTQ topics.
- Few LGBTQ students (8.2%) reported having ever received LGBTQ-inclusive sex education at school.
- Approximately a fifth of LGBTQ students (19.6%) had access to information about LGBTQ-related topics in their textbooks or other assigned readings, just under half of LGBTQ students (48.9%) had access to these topics in their school library, and just over half (55.9%) with internet access at school had access to these topics online on school computers.
- Almost all students could identify at least one school staff member whom they believed was supportive of LGBTQ students. Just over two-fifths (42.3%) could identify many (11 or more) supportive school staff.
- Just over two-fifths of LGBTQ students reported that their school administration was supportive of LGBTQ students.
- Few students reported that their school had a comprehensive anti-bullying/harassment policy that specifically included protections based on sexual orientation and gender identity/expression.
- Approximately one-tenth of LGBTQ students reported that their school had official policies or guidelines to support transgender or nonbinary students.

The availability of resources and supports in school for LGBTQ students is another important dimension of school climate. There are several key resources that may help to promote a safer climate and more positive school experiences for students: 1) student clubs that address issues for LGBTQ students, 2) school personnel who are supportive of LGBTQ students, 3) LGBTQ-inclusive curricular materials, and 4) inclusive, supportive school policies, such as inclusive anti-bullying policies and policies supporting transgender and nonbinary students.[93] Thus, we examined the availability of these resources and supports among LGBTQ students in the survey.

### *Supportive Student Clubs*

For all students, including LGBTQ students, participation in extracurricular activities is related to a number of positive outcomes, such as academic achievement and greater school engagement.[94] Supportive student clubs for LGBTQ students, often known as Gay-Straight Alliances or Gender and Sexuality Alliances (GSAs), can provide LGBTQ students in particular with a safe and affirming space within a school environment that they may otherwise experience as unwelcoming or hostile.[95] GSAs may also provide leadership opportunities for students and potential avenues for creating positive school change.[96] In our survey, nearly two-thirds of LGBTQ students (61.6%) reported that their school had a GSA or similar student club. Among students with a GSA in their school, almost half (48.7%) said that they attended club meetings at least sometimes, and just over a third (34.1%) had participated as a leader or an officer in their club (see Table 2.1). Although most LGBTQ students in schools with a GSA reported having participated in the GSA at some level, nearly two-fifths (38.2%) had not.

| Table 2.1 Availability of and Participation in GSAs | |
|---|---|
| **Have a GSA at School** | |
| Yes | 61.6% |
| No | 38.4% |
| **Frequency of GSA Meeting Attendance** (n=10265) | |
| Frequently | 29.6% |
| Often | 7.4% |
| Sometimes | 11.7% |
| Rarely | 13.1% |
| Never | 38.2% |
| **Acted as a Leader or Officer** (n=6340) | |
| Yes | 34.1% |
| No | 65.9% |

There is a small body of research examining why LGBTQ students may or may not participate in their school's GSA. Some research suggests that LGBTQ students may be motivated to join their GSAs because of experiences of harassment and discrimination at school, to seek support (e.g., emotional support), and to engage in advocacy.[97] However, some research specifically on LGBTQ students of color suggests that some racial/ ethnic groups may be discouraged from attending because they do not perceive their schools' GSAs to be inclusive of or useful for youth of color.[98] In contrast, recent research from GLSEN has found that there are some benefits to GSA participation for LGBTQ students of color, such as feeling more comfortable in bringing up LGBTQ issues in class and greater engagement in activism.[99] More research is needed in this area. Nevertheless, GSA leaders and advisors should assess potential barriers to GSA attendance at their school and take steps to ensure that GSA meetings are accessible to a diverse range of LGBTQ students.

### Inclusive Curricular Resources

LGBTQ student experiences may also be shaped by inclusion of LGBTQ-related information in the curriculum. Learning about LGBTQ historical events and positive role models may enhance LGBTQ students' engagement in their schools and provide valuable information about the LGBTQ community. Students in our survey were asked whether they had been exposed to representations of LGBTQ people, history, or events in lessons at school, and the majority of respondents (66.8%) reported that their classes did *not* include these topics (see Figure 2.1).

**Access to LGBTQ-inclusive instruction.** Of the third of students (33.2%) who indicated that LGBTQ topics had been discussed in one or more of their classes, 48.8% said that they were covered in a positive manner only, 41.5% said that they were covered in a negative manner only, and 9.6% said that they were covered both in a positive and negative manner.[100] Among the students who had been taught positive things about LGBTQ-related

# Insight on GSA Activities

As discussed in the "Availability of School-Based Resources and Supports" section of this report, the majority of LGBTQ students (61.6%) have a GSA at their school, and among those who have a GSA, nearly two-thirds (61.8%) have attended GSA meetings. However, we do not have a strong understanding of what GSAs do and how they may vary in their actions. Therefore, in the present 2019 survey, we asked students who were members of their GSAs about the activities that their GSAs have engaged in during the past school year.

As shown in the figure, the most common activities that GSAs engaged in during the past school year were providing a space or events to meet and socialize (87.5%), providing emotional support (73.8%), and organizing a school event to raise awareness on LGBTQ issues (54.2%). The least common activities were collaborating with other student-led clubs or organizations on events and advocacy (26.7%), working outside of their school to advocate on LGBTQ issues (24.7%), and working with district officials to advocate for inclusive policies and staff trainings (12.6%). Students were also asked if there were other activities that their GSA engaged in that were not listed. Few students (5.1%) reported other activities, such as providing education for members, fundraising, and awareness campaigns in school.

**Percentage of LGBTQ Students With GSAs at Their School Who Reported the Following GSA Activities During the Past School Year (n = 6168)**

Given that the majority of LGBTQ students experience high levels of victimization and discrimination at school, it is not surprising that the vast majority of students reported that GSAs serve as a place to socialize and to receive emotional support. Also, for some LGBTQ students, it may be the only extracurricular activity where they can feel safe as an LGBTQ person. It is also important to note that the majority of students reported that their GSAs organize school events to raise awareness about LGBTQ issues, which may further indicate that the majority of GSAs also actively engage in making their school safer and more inclusive. Although we know that the availability of GSAs is positively associated with psychological well-being and school belonging for LGBTQ youth (see the "Utility of School-Based Resources and Supports" section of this report), we do not know whether specific GSA activities are related to these outcomes. Also, there may be certain activities that draw LGBTQ students to join their GSA because of negative school experiences related to their LGBTQ identity. Thus, further research should examine the benefits of GSA membership and whether they vary by type of activities of the GSA and whether certain activities that their GSA engages in are related to their school experiences, such as with anti-LGBTQ victimization.

topics in class, History/Social Studies and English were the classes most often mentioned as being inclusive of these topics (see Table 2.2).

**Access to LGBTQ-inclusive materials and resources.** We also asked students about potential curricular inclusion outside of direct classroom instruction, such as in class readings. Only a fifth of LGBTQ students (19.6%) reported that LGBTQ-related topics were included in textbooks or other assigned readings, with 0.5% of students reporting that these topics were included in many of their textbooks and readings and 19.2% of students reporting that they were included in only a few (see Figure 2.2).[101] Additionally, we asked students about their ability to access information about LGBTQ issues that may not be directly covered in class or assigned readings, such as information available in school libraries or via school computers. Many LGBTQ students in our survey did not have access to these types of LGBTQ-related curricular resources. As Figure 2.2 illustrates, about half (48.9%) reported that they could find books or information on LGBTQ-related topics in their school library (8.2% of students reported they could find many resources, and 40.8% reported they could find only a few).[102] In addition, just over half of students with internet access at school (55.9%) reported being able to access LGBTQ-related information via school computers.

**Figure 2.1 Representations of LGBTQ-Related Topics Taught in Any Classroom Curriculum**

None
66.8%
Positive
16.2%
Negative
13.8%
Both
Positive &
Negative
3.2%

## "I wish there was more education and discussion of LGBTQ people and issues, but no one will start the conversation."

**Table 2.2 Positive Representations of LGBTQ-Related Topics Taught in Class**

| **Classes** | **% of LGBTQ Students Taught Positive Representations of LGBTQ-Related Topics** (n = 3213) | **% of All LGBTQ Students*** (n = 16636) |
|---|---|---|
| History or Social Studies | 60.3% | 11.6% |
| English | 38.0% | 7.3% |
| Health | 26.6% | 5.1% |
| Art | 14.2% | 2.7% |
| Music | 11.6% | 2.2% |
| Science | 10.6% | 2.1% |
| Psychology | 8.9% | 1.7% |
| Foreign Language | 8.8% | 1.7% |
| Gym or Physical Education | 5.3% | 1.0% |
| Sociology | 4.6% | 0.9% |
| Math | 3.6% | 0.7% |
| Other Class (e.g., Drama, Advisory) | 10.2% | 2.0% |

*Note: This number does not include respondents who chose not to respond to the question about the availability of LGBTQ curricular content.

**Access to LGBTQ-inclusive sex education.** In addition to asking broadly about LGBTQ inclusion in students' classes in the past year, we also asked students specifically about LGBTQ inclusion in any sex education they had ever received in school. Sex education can be a prime location for LGBTQ inclusion and an important source of information for youth about a variety of critical topics — including contraception and pregnancy, HIV/AIDS and other sexually transmitted infections (STIs), dating and marriage, sexual violence, and puberty. Sex education is often included in health classes, and as previously discussed, 26.6% of LGBTQ youth reported that they were taught positive representations of LGBTQ-related topics in their health classes. However, we wanted to specifically examine LGBTQ inclusion in sex education that occurs in school, both in and out of health classes.

**Figure 2.2 Availability of LGBTQ-Related Curricular Resources**

**Figure 2.3 Percentage of LGBTQ Students Who Have Received Any Sex Education**

Less than a quarter of students (22.9%) who received some kind of sex education reported that it included LGBTQ topics in some way, either positively or negatively (see Figure 2.3). Furthermore, when considering all students in the sample, including those who did and did not receive sex education, only 8.2% received LGBTQ-inclusive sex education, which included positive representations of both LGB and transgender and nonbinary identities and topics. Of those who received sex education, 27.5% reported inclusion of lesbian, gay, and bisexual (LGB) topics, and 19.4% of these students reported that this inclusion was positive. In addition, 18.5% of students who received sex education were taught about transgender and nonbinary topics in their sex education courses, and of these students, 12.3% reported that these topics were taught in a positive manner. LGB topics were more common[103] in sex education classes, and were taught more positively[104] than transgender and nonbinary topics. However, for both LGB and transgender and nonbinary topics, more students reported positive than negative inclusion (see Figure 2.4).

## *Supportive School Personnel*

Supportive teachers, principals, and other school staff serve as another important resource for LGBTQ students. Being able to speak with a caring adult in school may have a significant positive impact on school experiences for students, particularly those who feel marginalized or experience harassment. In our survey, almost all students (97.7%) could identify at least one

**Figure 2.4 Inclusion of LGBTQ Topics in Sex Education** (Percentage of LGBTQ Students with Inclusion of Topics, Among Those Who Received Sex Education)

school staff member whom they believed was supportive of LGBTQ students at their school, and 66.3% could identify six or more supportive school staff (see Figure 2.5).

As the leaders of the school, school administrators have a particularly important role to play in the school experiences of LGBTQ youth. They may serve not only as caring adults to whom the youth can turn, but they also set the tone of the school and determine specific policies and programs that may affect the school's climate. As shown in Figure 2.6, 42.4% of LGBTQ students reported that their school administration (e.g., principal, vice principal) was very or somewhat supportive of LGBTQ students, and less than a quarter of students (22.5%) said their administration was very or somewhat unsupportive. It is also important to note that over a third of students (35.1%) indicated that their administration was neutral. This may signify administration that has not been actively supportive or unsupportive regarding LGBTQ students. It may also signify that students are unsure of their administration's stance on LGBTQ issues, perhaps because they have not been at all vocal about LGBTQ student issues.

To understand whether certain types of educators were more likely to be seen as supportive, we asked LGBTQ students how comfortable they would feel

**Figure 2.5 LGBTQ Students' Reports on the Number of Teachers and Other School Staff Who Are Supportive of LGBTQ Students**

None 2.3%
One 4.0%
Between 2 and 5 27.5%
Between 6 and 10 24.0%
More than 10 42.3%

**Figure 2.6 LGBTQ Students' Reports on How Supportive Their School Administration Is of LGBTQ Students**

Very Unsupportive 7.4%
Very Supportive 16.9%
Somewhat Unsupportive 15.1%
Somewhat Supportive 25.5%
Neutral 35.1%

**Figure 2.7 Comfort Talking with School Personnel about LGBTQ Issues**

100%
80%
60%
40%
20%
0%
20.2%
31.6%
25.5%
22.7%
10.7%
31.1%
24.3%
23.9%
10.4%
20.3%
28.2%
41.1%
7.8%
20.3%
30.9%
41.0%
6.4%
16.5%
28.6%
48.6%
6.3%
16.2%
28.4%
49.1%
5.0%
10.8%
22.7%
61.5%
School-Based Mental Health Professional
Teacher
Librarian/Other Resource Staff
School Nurse
Principal/Vice Principal
School Safety, Resource or Security Officer
Athletics Coach or P.E. Teacher
Very Uncomfortable
Somewhat Uncomfortable
Somewhat Comfortable
Very Comfortable

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 107 of 434 - Page ID#: 4031

# Insight on Reasons for Not Attending a GSA

As shown in the "Availability of School-Based Resources and Supports" section of this report, nearly two-fifths (38.2%) of LGBTQ students who had a GSA at their school did not attend the meetings. Little is known about why LGBTQ students do not attend GSAs at their school. One qualitative study suggested that some LGBTQ students may not want to join a GSA because of lack of interest or awareness of a GSA at their school; lack of time or time conflict; not being out or unaware of their sexual orientation; fear of being outed, stigmatized, victimized or discriminated against; and the perception that the GSA is inactive or disorganized.[1] Furthermore, some groups of LGBTQ students, such as students of color, may feel discouraged from attending because they do not perceive their school's GSAs to be inclusive or useful.[2] Therefore, we ask students who have a GSA at their school, but never attended GSA meetings, an open-ended question about their reasons for not attending.

As shown in the table, the most common reasons for not attending GSAs at their school were interpersonal dynamics, such as having conflicts with other GSA members (27.4%), scheduling and logistics issues (26.7%), and issues with outness related to attending GSA meetings (26.2%). The least common reasons for not attending were with issues with the functioning of their GSA such as lack of organization (12.8%), that their GSA did not meet their needs (12.3%), and personal concerns associated with attending their GSA such as fear or discomfort and social awkwardness (8.1%). Few students (1.3%) reported other reasons for not attending.

Given that many LGBTQ students who have a GSA at their school do not attend GSA meetings, it is important to address the issues that these students have about their GSA and barriers that prevent them from attending their GSA. Future research should examine how to address these issues, so that all LGBTQ students can benefit from attending GSA meetings at their school.

**Reasons LGBTQ Students Have Not Attended Any GSA Meetings in the Past School Year** (n = 3663)

| | Students Reporting %* (n) |
|---|---|
| **Interpersonal Dynamics** (e.g., "I just don't get along with the people in it, not my type of folks.") | **27.4%** (1005) |
| **Scheduling and Logistics** (e.g., "The meetings were on the days I had dance.") | **26.7%** (977) |
| **Outness** (e.g., "I didn't feel comfortable coming out to that many people.") | **26.2%** (959) |
| General Concerns of Being Outed | 15.3% (560) |
| Not Out to Parents/Family | 4.9% (180) |
| Not Out at School | 2.5% (90) |
| **Potential Repercussions** (e.g., "I am afraid of what others might do to me if they find out I have attended.") | **15.8%** (580) |
| General Repercussion | 7.7% (281) |
| From Parents/Family | 6.1% (224) |
| From Peers | 2.1% (78) |
| From Teachers or Staff | 0.3% (12) |
| **Club Functioning** (e.g., "It was not well put together and no one knew when or where meetings were.") | **12.8%** (469) |
| **GSA Does Not Meet Their Needs** (e.g., "I already feel comfortable as a lesbian, and my school does a good job of making everyone feel safe and included.") | **12.3%** (452) |
| **Personal Concerns** (e.g., "I was too shy and nervous to participate...") | **8.1%** (295) |
| Fear or Discomfort | 5.1% (186) |
| Social Awkwardness | 2.7% (99) |
| **Other** (e.g., other personal reasons, not aware of GSA until recently) | **1.3%** (47) |

*Because respondents could indicate multiple reasons, categories are not mutually exclusive. Percentages may not add up to 100%.

1 Heck, N. C., Lindquist, L. M., Stewart, B. T., Brennan, C., Cochran, B. N. (2013). To join or not to join: Gay-Straight Student Alliances and the high school experiences of lesbian, gay, bisexual, and transgender youths. *Journal of Gay & Lesbian Social Services, 25*(1), 77–101.

2 Ocampo, A. C. & Soodjinda, D. (2016). Invisible Asian Americans: The intersection of sexuality, race, and education among gay Asian Americans. *Race Ethnicity and Education, 19*(3), 480–499.

Toomey, R. B., Huynh, V. W., Jones, S. K., Lee, S. & Revels-Macalinao, M. (2016). Sexual minority youth of color: A content analysis and critical review of the literature. *Journal of Gay and Lesbian Mental Health, 21*(1), 3–31.

## "...my school's policy on bullying/harassment is extremely vague and unspecific, stating that they will not stand for it but not including any specific measures that will be taken to prevent/solve any problems and also not including protections for ANY minorities, including religious, ethnic, and LGBTQ students."

talking one-on-one with various school personnel about LGBTQ-related issues. As shown in Figure 2.7, students reported that they would feel most comfortable talking with school-based mental health professionals (e.g., school counselors, social workers, or psychologists) and teachers: 51.8% said they would be somewhat or very comfortable talking about LGBTQ issues with a mental health staff member and 41.8% would be somewhat or very comfortable talking with a teacher (see also Figure 2.7). Fewer students indicated that they would feel comfortable talking one-on-one with a school librarian (30.7%) or a school nurse (28.1%) about these issues. LGBTQ students were least likely to feel comfortable talking with an athletic coach/Physical Education (P.E.) teacher about LGBTQ issues (see also Figure 2.7).[105]

Supportive teachers and other school staff members serve an important function in the lives of LGBTQ youth, helping them feel safer in school, as well as promoting their sense of school belonging and psychological well-being. One way that educators can demonstrate their support for LGBTQ youth is through visible displays of such support, such as Safe Space stickers and posters. These stickers and posters are part of GLSEN's Safe Space Kit,[106] an educator resource aimed at making learning environments more positive for LGBTQ students. These materials are intended to help students identify staff members who are allies to LGBTQ students and who can be a source of support or needed intervention. We asked students if they had seen Safe Space stickers or posters displayed in their school, and nearly two-thirds of LGBTQ students (62.8%) in the survey reported seeing these materials at their school.

**Figure 2.8 LGBTQ Students' Reports on the Number of Openly LGBTQ Teachers or Other School Staff**

Between 6 and 10 2.1%
More than 10 1.1%
None 51.2%
Between 2 and 5 23.0%
One 22.6%

The presence of LGBTQ school personnel who are out or open at school about their sexual orientation and/or gender identity may provide another source of support for LGBTQ students. In addition, the number of out LGBTQ personnel may provide a sign of a more supportive and accepting school climate. Nearly half of students (48.8%) in our survey said they could identify at least one out LGBTQ staff person at their school (see Figure 2.8).

### *Inclusive and Supportive School Policies*

GLSEN believes that all students should have access to a safe and supportive learning environment, regardless of a student's sexual orientation, gender identity, or gender expression. Official school policies and guidelines can contribute toward this goal by setting the standards for which students should be treated, noting what types of behavior are unacceptable, and making students aware of the protections and rights afforded to them. In this section, we examine the availability of two specific forms of supportive school policies: inclusive anti-bullying and harassment policies and supportive transgender and nonbinary student policies.

**School policies for addressing bullying, harassment, and assault.** School policies that address in-school bullying, harassment, and assault are powerful tools for creating school environments where students feel safe. These types of policies can explicitly state protections based on personal characteristics,

such as sexual orientation and gender identity/expression, among others. In this report, we identify and discuss three types of school anti-bullying and harassment policies: 1) comprehensive, 2) partially enumerated, and 3) generic. Comprehensive policies explicitly enumerate protections based on personal characteristics and include both sexual orientation and gender identity/expression. When a school has and enforces a comprehensive policy, especially one which also includes procedures for reporting incidents to school authorities, it can send a message that bullying, harassment, and assault are unacceptable and will not be tolerated. Comprehensive school policies may also provide students with greater protection against victimization because they make clear the various forms of bullying, harassment, and assault that will not be tolerated. They may also demonstrate that student safety, including the safety of LGBTQ students, is taken seriously by school administrators. Partially enumerated policies explicitly mention sexual orientation or gender identity/expression, but not both, and may not provide the same level of protection for LGBTQ students. Lastly, generic anti-bullying or anti-harassment school policies do not enumerate sexual orientation or gender identity/expression as protected categories.[107]

Students were asked whether their school had a policy about in-school bullying, harassment, or assault, and if that policy explicitly included sexual orientation and gender identity/expression. Although a majority of students (79.1%) reported that their school had some type of policy (see Table 2.3), only 13.5% of students in our survey reported that their school had a comprehensive policy that specifically mentioned both sexual orientation and gender identity/expression (see also Table 2.3).

**Policies and guidelines on transgender and nonbinary students.** Anti-bullying and harassment policies are critical for ensuring safe school environments for all students. However, these policies do not explicitly address potential discrimination faced by LGBTQ students. Our research has indicated that transgender and nonbinary youth are at heightened risk for in-school discrimination that can greatly hinder their right to an education (see also the "Experiences of Discrimination at School" section).[108]
Some state and local education agencies have developed explicit policies and implemented practices designed to ensure transgender and nonbinary students are provided with equal access to education.[109] For example, to ensure that transgender and nonbinary students are called by the appropriate name and pronouns, some schools have adopted policies that require those at school to use students' chosen names and pronouns consistent with their gender identity. However, little is known about the prevalence or the content of these types of policies.

In our survey, we asked LGBTQ students whether their school or district had official policies or guidelines to support transgender and nonbinary students, and one in ten LGBTQ students (10.9%) indicated that their school or district did have such a policy (see Figure 2.9). Transgender and nonbinary students were more likely to report that their school or district had official policies in this area than cisgender LGBQ students and students questioning their gender identity (see also Figure 2.9),[110] which is not surprising given that these policies are more salient for transgender and nonbinary students who would likely be more aware of their existence.

Students who reported that their school had such a policy were provided a list of nine different areas that the policy might address, and were also provided the opportunity to indicate other areas that were not listed. Responses from transgender and nonbinary students are provided in Table 2.4,

| Table 2.3 LGBTQ Students' Reports of School Bullying, Harassment, and Assault Policies | |
|---|---|
| No Policy/Don't Know | 20.9% |
| Any Policy | 79.1% |
| Generic (enumerates neither sexual orientation nor gender expression) | 57.7% |
| Partially Enumerated | 7.9% |
| *Sexual orientation only* | *7.0%* |
| *Gender identity/expression only* | *0.9%* |
| Comprehensive (enumerates both sexual orientation and gender identity/expression) | 13.5% |

both the percentages among only those transgender and nonbinary students who had such a policy and the percentages for all transgender and nonbinary students in the survey. Although we highlight responses from transgender and nonbinary students specifically in the table, cisgender students in our survey reported inclusion to nearly the same degree as transgender and nonbinary students.[111] Transgender and nonbinary students most commonly reported that transgender and nonbinary student policies addressed the use of students' names/pronouns (10.9% of all transgender and nonbinary students in the survey, and 89.5% of those with a policy), school bathrooms (8.6% of all transgender and nonbinary students reported use of boys/girls bathroom, and 70.3% of those with a policy; 7.9% of all transgender and nonbinary students reported gender neutral bathroom access, and 64.4% of those with a policy), and changing official school records (7.9% of all transgender and nonbinary students, and 64.9% of those with a policy).[112] The least commonly addressed area was housing in dorms or during field trips (3.8% of all transgender and nonbinary students, and 31.0% of those with a policy). Several students also indicated that their policy included other topics, such as access to gender-neutral locker rooms or permission to change unofficial school documents, such as a student identification card or student email address.

**Figure 2.9 Percentage of Students Reporting Their School Has Policy/Guidelines Regarding Transgender and Nonbinary Students**

**Table 2.4 Transgender and Nonbinary Students' Reports of Areas Addressed in Transgender and Nonbinary Student School Policies and Official Guidelines**

| | % of Trans/ Nonbinary Students* with Policy | % of All Trans/ Nonbinary Students in Survey |
|---|---|---|
| Use of chosen name/pronouns | 89.5% | 10.9% |
| Access to bathroom corresponding to one's gender | 70.3% | 8.6% |
| Change in official school records to reflect name or gender change | 64.9% | 7.9% |
| Access gender neutral bathroom | 64.4% | 7.9% |
| Able to participate in extracurricular activities that match gender identity (non-sports) | 54.4% | 6.7% |
| Able to wear clothes that reflect gender identity | 48.5% | 5.9% |
| Access to locker rooms that match gender identity | 45.5% | 5.6% |
| Participate in school sports that match gender identity | 41.7% | 5.1% |
| Stay in housing during field trips or in dorms that matches one's gender identity | 31.0% | 3.8% |
| Another topic not listed (e.g., gender-neutral locker rooms, name change on unofficial school documents) | 1.5% | 0.2% |

*"Transgender and nonbinary students" refers to all students in the survey sample who were not cisgender and were not questioning their gender identity, including transgender students, genderqueer students, nonbinary students, and other students with an identity other than cisgender (e.g., agender).

### *Conclusions*

Overall, the findings in this section on "Availability of School-Based Resources and Supports" revealed that many LGBTQ students did not have access to LGBTQ resources and supports at their school. Regarding GSAs, over a third reported that they did not have this type of club at their school. With regard to inclusive curricular resources, the majority of students reported that their classes did not teach positive representations of LGBTQ history, people, or events, and did not include positive representations of LGBTQ topics in sex education. Furthermore, regarding curricular resources, most students did not have access to LGBTQ-inclusive materials and resources, including LGBTQ-related textbooks or other assigned readings, LGBTQ-inclusive content in the curriculum, and LGBTQ-related library resources.

Regarding supportive school personnel, although the vast majority of students could identify at least one supportive school staff member, many students could only identify five or fewer supportive staff. Furthermore, less than half of LGBTQ students reported that their school administration was somewhat or very supportive, and over a third of the students reported that their administration was neutral in terms of supportiveness. In order to create an inclusive school environment for LGBTQ students, it is important for students to have a wide network of staff at school that they can turn to, and administrators that are proactive in their support for LGBTQ students.

Finally, few LGBTQ students reported having comprehensive anti-bullying/harassment policies or supportive transgender and nonbinary student policies in their school or district. These findings indicate that more efforts are needed to provide positive supports in schools in order to create safer and more affirming school environments for LGBTQ students.

AR_281837

# Utility of School-Based Resources and Supports

### Key Findings

- LGBTQ students experienced a safer, more positive school environment when:
  - Their school had a Gay-Straight Alliance or Gender and Sexuality Alliance (GSA) or similar student club;
  - They were taught positive representations of LGBTQ people, history, and events through their school curriculum;
  - They had supportive school staff who frequently intervened in biased remarks and effectively responded to reports of harassment and assault; and
  - Their school had an anti-bullying/ harassment policy that specifically included protections based on sexual orientation and gender identity/expression.
- Transgender and nonbinary students in schools with official policies or guidelines to support transgender and nonbinary students had more positive school experience, including less discrimination and more positive school belonging.

School-based resources, such as supportive student clubs, LGBTQ-inclusive curricula, supportive school personnel, and inclusive, supportive policies, may contribute directly to a more positive school environment for LGBTQ students.[113] These institutional supports may also indirectly foster better school outcomes and well-being for students by decreasing the incidence of negative school climate factors, such as anti-LGBTQ remarks and victimization.[114] In this section, we examine the relationship between school-based institutional supports and school climate, as well as educational indicators (specifically, absenteeism, academic achievement, educational aspirations, and school belonging), and indicators of student well-being (specifically, self-esteem and depression).

## *Supportive Student Clubs*

Student clubs that address issues of sexual orientation and gender identity/expression, such as GSAs, can provide a safe space for LGBTQ students and their allies to meet, socialize, and advocate for changes in their schools and communities.[115] The presence of a GSA may also contribute to a more respectful student body by raising awareness of LGBTQ issues, as well as demonstrate to LGBTQ students that they have allies in their schools.[116] As such, GSAs can contribute to safer and more inclusive schools for LGBTQ students.[117] We specifically examined how, for LGBTQ students, the availability of a GSA at school impacts negative indicators of school climate, as well as peer intervention regarding anti-LGBTQ remarks, as well as peer acceptance of LGBTQ people. We also examined how the availability of GSAs impacts LGBTQ students' connection to school staff, and feelings of school belonging and well-being.

**Biased language, school safety, and absenteeism.** We found that LGBTQ students in our survey who attended schools with a GSA were less likely to report negative indicators of school climate. LGBTQ students in schools with a GSA:

- Heard anti-LGBTQ remarks less frequently than LGBTQ students in schools without a GSA (see Figure 2.10).[118] For example, 49.4% of students in schools with a GSA reported hearing homophobic remarks such as "fag" or "dyke" often or frequently, compared to 62.5% of students in schools without a GSA;
- Were less likely to feel unsafe regarding their sexual orientation (53.6% vs. 67.4% of students without a GSA) or gender expression (40.2% vs. 46.0%; see Figure 2.11);[119] and
- Experienced less severe victimization related to their sexual orientation or gender expression (see Figure 2.12).[120] For example, a quarter of students (24.9%) in schools with a GSA experienced higher levels of victimization based on sexual orientation, compared to two-fifths of students (40.1%) in schools without GSAs.

**Figure 2.10 Presence of GSAs and Frequency of Hearing Biased Remarks**
(Percentage of LGBTQ Students Hearing Remarks Often or Frequently)

100%
80%
60%
40%
20%
0%
83.5%
70.5%
66.4%
57.4%
62.5%
49.4%
59.5%
49.3%
50.0%
39.9%
"Gay" Used in a Negative Way
"No Homo"
Other Homophobic Remarks
Negative Remarks Regarding Gender Expression
Negative Remarks about Trangender People
School Does Not Have a GSA
School Has a GSA

Perhaps, in part, because of the positive effect of GSAs on school climate, LGBTQ students in schools with a GSA were less likely to have missed school in the past month because of feeling unsafe or uncomfortable (28.4% vs. 39.6% without a GSA; see also Figure 2.11).[121]

**Students' connections to school staff**. Given that GSAs typically have at least one faculty advisor, the presence of a GSA may make it easier for LGBTQ students to identify a supportive school staff person. Indeed, students in schools with a GSA could identify more supportive staff members than students in schools without a GSA.[122] For example, as shown in Figure 2.13, over half of LGBTQ students (55.8%) with a GSA reported having 11 or more supportive staff, compared to just one-fifth (20.6%) of those without a GSA in their school.

**Figure 2.11 Presence of GSAs and LGBTQ Students' Feelings of Safety and Missing School**

**Figure 2.12 Presence of GSAs and Victimization** (Percentage of LGBTQ Students Experiencing Higher Levels of Victimization)

**Figure 2.13 Presence of GSAs and Number of School Staff Supportive of LGBTQ Students**

**"I really wish that so many other LGBTQ+ kids could come to our school and feel the support we do, or at least have the ability to come to a GSA like ours which inputs so much change in our school community, and provides so much support for its members."**

GSAs increase visibility around anti-LGBTQ bullying and discrimination in school. In addition, some GSAs also conduct trainings or workshops for faculty on LGBTQ student experiences. By increasing awareness of anti-LGBTQ bias in the school environment or promoting training for educators on LGBTQ issues, GSAs may help increase rates of staff intervention when anti-LGBTQ biased remarks occur. We found that staff in schools with GSAs intervened in homophobic remarks and negative remarks about gender expression more frequently than educators in schools without a GSA.[123] For example, 16.4% of staff in schools with GSAs intervened in homophobic remarks most of the time or always, compared to 9.4% of staff in schools without GSAs (see Figure 2.14).

**Peer acceptance and intervention.** GSAs provide an opportunity for LGBTQ students and their allies to meet together in the school environment, and they may also provide an opportunity for LGBTQ students and issues to be visible to other students in school. In addition, GSAs may engage in activities designed to combat anti-LGBTQ prejudice and raise awareness about LGBTQ issues. Overall, 31.9% of LGBTQ students participated in a GLSEN Day of Action, such as the Day of Silence,[124] and those who had a GSA in their school were much more likely to participate than those who did not have a GSA (41.5% of those with a GSA vs. 16.6% of those without).[125] As such, GSAs may foster greater acceptance of LGBTQ people among the student body, which in turn may result in a more positive school climate for LGBTQ students.

Among all students in our survey, 43.5% reported that their peers were somewhat or very accepting of LGBTQ people.[126] Students who attended schools with a GSA were much more likely than those without a GSA to report that their classmates were accepting of LGBTQ people: 52.0% of LGBTQ students in schools with GSAs described their peers as accepting, compared to 29.9% of those in schools without a GSA.[127] GSAs were also related to increased student intervention regarding biased

**Figure 2.14 Presence of GSAs and Intervention in Anti-LGBTQ Remarks**
(Percentage of LGBTQ Students Reporting that Staff and Students Intervene Most of the Time or Always)

20%
10%
0%
16.4%
9.4%
5.4%
7.0%
5.9%
10.9%
7.7%
9.3%
Staff
Students
Staff
Students
Intervention in Homophobic Remarks
Intervention in Negative Remarks About Gender Expression
School Does Not Have a GSA
School Has a GSA

remarks — students in schools with GSAs reported that other students intervened more often when hearing homophobic remarks and negative remarks about gender expression than those in schools without GSAs (see Figure 2.14).[128]

**School belonging and student well-being**. Given that LGBTQ students with a GSA report having supportive educators and more accepting peers, it is likely that these students may also have greater feelings of connectedness to their school community and more positive feelings about themselves and their LGBTQ identity. Indeed, we found that LGBTQ students in schools with GSAs reported greater feelings of school belonging,[129] lower levels of depression, and higher levels of self-esteem[130] than students in schools without GSAs.

As shown above, having a GSA at school benefits LGBTQ students in several ways. Students in schools with GSAs reported fewer homophobic remarks and negative remarks about gender expression, experienced less anti-LGBTQ victimization, were less likely to feel unsafe and miss school for safety reasons, and reported a greater sense of belonging to their school community and increased psychological well-being. However, many LGBTQ students do not have access to GSAs at their school, and given the benefits of GSAs, more work is needed to make GSAs available to all students in order to help create safer and more inclusive schools.

### *Inclusive Curricular Resources*

Many experts in multicultural education believe that a curriculum that is inclusive of diverse groups -including diverse cultures, races, ethnicities, genders, and sexual orientations - instills a belief in the intrinsic worth of all individuals and in the value of a diverse society.[131] Including LGBTQ-related issues in the curriculum in a positive manner may make LGBTQ students feel like more valued members of the school community, and it may also promote more positive feelings about LGBTQ issues and persons among their peers, thereby resulting in a more positive school climate.[132] Thus, we examined the relationship between access to LGBTQ-inclusive curricular resources and various indicators of school climate and well-being.

**Biased language.** Among the LGBTQ students in our survey, attending a school that included positive representations of LGBTQ topics in the curriculum was related to less frequent use of anti-LGBTQ language.[133] Specifically, LGBTQ students in schools with an LGBTQ-inclusive curriculum:

- Heard homophobic remarks less frequently than students in schools without an inclusive curriculum (see Figure 2.15);
- Heard negative remarks about gender expression less frequently than students in schools without an inclusive curriculum (see also Figure 2.15); and

**Figure 2.15 LGBTQ-Inclusive Curriculum and Frequency of Hearing Anti-LGBTQ Remarks**

- Heard negative remarks about transgender people less frequently than students in schools without an inclusive curriculum (see also Figure 2.15).

**Victimization and school safety.** Attending a school with an LGBTQ-inclusive curriculum was also related to greater school safety and fewer absences related to feeling unsafe at school. Specifically, LGBTQ students in schools with an LGBTQ-inclusive curriculum:

- Reported less severe victimization based on sexual orientation and on gender expression than students in schools without an inclusive curriculum (see Figure 2.16);[134]

- Were less likely to feel unsafe at school because of their sexual orientation and their gender expression than those without an inclusive curriculum (see Figure 2.17);[135] and

- Were less likely to report having missed school due to feeling unsafe or uncomfortable (see also Figure 2.17).[136]

**Figure 2.16 LGBTQ-Inclusive Curriculum and Frequency of Hearing Anti-LGBTQ Remarks**

**Students' connections to school staff.** When educators include LGBTQ-related content in their curriculum, they may also be sending a message that they are open to discussing LGBTQ-related issues with their students. LGBTQ students in schools with an inclusive curriculum were more likely to say they felt comfortable discussing these issues with their teachers than students in schools without an inclusive curriculum — almost two-thirds of students (64.6%) with an inclusive curriculum indicated they felt "somewhat" or "very" comfortable talking with their teachers about these issues, compared to just over one-third of students (36.4%) without an inclusive curriculum.[137]

**Achievement and aspirations.** Inclusive curricula can serve a vital role in creating an affirming learning environment where LGBTQ students see themselves reflected in their classroom. This may result in increased student engagement and may encourage

**Figure 2.17 LGBTQ-Inclusive Curriculum and LGBTQ Students' Feelings of Safety and Missing School**

students to strive academically which, in turn, may yield better educational outcomes. Indeed, we found that LGBTQ students in schools with an inclusive curriculum reported a somewhat higher grade point average (GPA) than those in schools without an inclusive curriculum (3.32 vs. 3.23).[138] We also found that students with an LGBTQ-inclusive curriculum evidenced higher academic aspirations — students in schools with an inclusive curriculum were less likely to say they did not plan to pursue some type of post-secondary education compared to LGBTQ students in schools without an inclusive curriculum (6.1% vs. 8.3%).[139]

**Peer acceptance and peer intervention.** The inclusion of positive portrayals of LGBTQ topics in the classroom may not only have a direct effect on LGBTQ students' experiences, but may also help educate the general student body about LGBTQ issues and promote respect and understanding of LGBTQ people in general. LGBTQ students who attended schools with an LGBTQ-inclusive curriculum were much more likely to report that their classmates were somewhat or very accepting of LGBTQ people (66.9% vs. 37.9%).[140] Increased understanding and respect may lead students in general to speak up when they witness anti-LGBTQ behaviors. Although overall rates of students' intervention regarding these types of remarks were low, we found that LGBTQ students in schools with an inclusive curriculum reported that other students were more than twice as likely to intervene most or all of the time when hearing homophobic remarks and negative remarks about gender expression, compared to students in schools without an inclusive curriculum (see Figure 2.18).[141]

**Figure 2.18 LGBTQ-Inclusive Curriculum and Student Intervention in Anti-LGBTQ Remarks**

**School belonging and well-being.** Given that having positive curricular inclusion was related to a greater number of supportive educators and more accepting peers, it is likely that being taught a curriculum that is inclusive of LGBTQ people and topics would also be related to LGBTQ students feeling more connected to their school community, and more positively about themselves and their LGBTQ identity. Indeed, we found that access to an inclusive curriculum was related to greater feelings of school belonging,[142] higher self-esteem, and lower depression[143] among the LGBTQ students in our survey.

Overall, we found that access to inclusive curriculum is related to a more positive school climate. Students who are taught an LGBTQ-inclusive curriculum report less anti-LGBTQ biased language and victimization, and are less likely to feel unsafe and miss school because of their LGBTQ identity than those who do not have access to LGBTQ-inclusive curriculum. LGBTQ students with an inclusive curriculum are more comfortable talking to school staff about LGBTQ topics and report that their peers are more accepting. Finally, students at schools with an inclusive curriculum report higher levels of school belonging and self-esteem and lower levels of depression. However, as we saw in the "Availability of School-Based Resources and Supports" section, most LGBTQ students are not taught positive LGBTQ-related information and many lack access to other LGBTQ-inclusive curricular resources at school. It is important for educators to implement LGBTQ-inclusive curriculum in their classes, as increased access to LGBTQ-inclusive curriculum and curricular resources can lead to more positive school experiences for LGBTQ students.

## *Supportive School Personnel*

Having supportive teachers and school staff can have a positive effect on the educational experiences of any student, and has been shown to increase student motivation to learn and positive engagement in school.[144] Given that LGBTQ students often feel unsafe and unwelcome in school, having access to school

personnel who provide support may be particularly critical for these students.[145] Therefore, we examined the relationships between the presence of supportive staff and several indicators of school climate.

**School safety and absenteeism.** Having staff supportive of LGBTQ students was related to feeling safer in school and missing fewer days of school. As shown in Figure 2.19, students with more supportive staff at their schools were less likely to feel unsafe regarding their sexual orientation or gender expression, as well as less likely to miss school because of feeling unsafe or uncomfortable.[146] For example, 44.8% of students with a high number (11 or more) of supportive staff reported feeling unsafe regarding their sexual orientation, compared to 74.2% of students with low number (0 to 5) of supportive staff.

**Achievement and aspirations.** Supportive staff members serve a vital role in creating an affirming learning environment that engages students and encourages them to strive academically. Therefore, it stands to reason that supportive staff would be related to LGBTQ students' educational outcomes. We found that students with more supportive staff hkad greater educational aspirations.[147] For example, as seen in Figure 2.20, approximately one-tenth of students (10.6%) with a low number (0 to 5) of supportive staff said they did not plan to pursue post-secondary education, compared to only 4.7% of students with a high number (11 or more) of supportive staff. We also found that students with more supportive staff reported higher GPAs: students with 0 to 5 supportive staff reported an average GPA of 3.14, compared to a GPA of 3.34 for students with 11 or more supportive staff (see Table 2.5).[148]

**School belonging and well-being.** As we saw with having a GSA and an LGBTQ-inclusive curriculum, having supportive school personnel may also enhance a student's connection to school. Students with more supportive staff members expressed higher levels of school belonging.[149] Increased feelings of connection may also have a positive effect on student well-being. We found that LGBTQ students in schools with more supportive staff reported higher levels of self-esteem and lower levels of depression.[150]

**Staff responses to anti-LGBTQ remarks and victimization.** School staff members serve a vital role in ensuring a safe learning environment for all students, and, as such, should respond to biased language and all types of victimization. We found that students felt safer at school when they had educators who intervened more often when anti-LGBTQ remarks were made.[151] As shown in in Figure 2.21, students in schools where staff intervened most of the time or always in

**Figure 2.19 Supportive School Staff and Feelings of Safety and Missing School**

**Figure 2.20 Supportive School Staff and Educational Aspirations**

response to anti-LGBTQ remarks were less likely to report that they felt unsafe regarding their sexual orientation or gender expression (55.6% vs. 76.2%). Staff intervention was also related to fewer days of missing school.[152] Nearly two-fifths of students (38.1%) in schools where school staff never intervened or intervened only sometimes in anti-LGBTQ remarks had missed school due to feeling unsafe or uncomfortable, compared to a fourth of students (25.0%) in schools where staff members intervened most or all of the time (see also Figure 2.21).

When school staff respond to incidents of victimization, the overarching goals should be to protect students, prevent future victimization, and demonstrate to the student body that such actions will not be tolerated. Clear and appropriate actions on the part of school staff regarding harassment and assault can improve the school environment for LGBTQ youth and may also serve to deter future acts of victimization.[153] In fact, as shown in Figure 2.22, when students believed that staff effectively addressed harassment and assault, they were less likely to feel unsafe at school regarding their sexual orientation or gender expression (67.9% vs. 84.2%)[154] and less likely to miss school because they felt unsafe or uncomfortable

**"My teachers are usually very kind, and four have openly defended me/LGBT rights. Two have given me serious emotional help and have made my life feel less terrible."**

**Table 2.5 Supportive Staff and LGBTQ Students' Academic Achievement**

| | Mean Reported Grade Point Average (GPA) |
|---|---|
| 0 to 5 Supportive Staff | 3.14 |
| 6 to 10 Supportive Staff | 3.22 |
| 11 or More Supportive Staff | 3.34 |

**Figure 2.21 Feelings of Safety and Staff Intervention Regarding Negative Remarks about Sexual Orientation or Gender Expression**
(Percentage of LGBTQ Students Who Felt Unsafe or Missed School)

**Figure 2.22 Effectiveness of Staff Response to Harassment/Assault and LGBTQ Students' Feelings of Safety and Missing School**
(Percentage Among Those Who Reported Victimization to Staff, n = 4824)

(33.6% vs. 54.7%).[155] In addition, as shown in Figure 2.23, students in schools where staff responded effectively experienced lower levels of victimization based on their sexual orientation or gender expression. For example, 30.4% of students who reported that staff intervened effectively experienced higher levels of victimization based on gender expression, compared to over half of students (52.2%) who reported that staff responded ineffectively.[156]

**Visible displays of support.** One of the many ways that educators can demonstrate to LGBTQ students that they are supportive allies is through visible displays of support, such as GLSEN's Safe Space stickers and posters. LGBTQ students who reported seeing Safe Space stickers and posters were more likely to report having supportive teachers and other staff at their schools.[157] For instance, as shown in Figure 2.24, just over half of students (56.1%) who had seen a Safe Space sticker or poster were able to identify a high number of supportive staff (11 or more) in their schools, compared to less than a fifth of students (18.8%) who had not seen a Safe Space sticker or poster at school.

LGBTQ-supportive school staff play a critical role in creating a more positive school climate for LGBTQ students. When LGBTQ students attend school with more caring adults to whom they can turn, they feel safer and more connected to the school community, and are more likely to plan on graduating and going on to post-secondary education. Further, when school staff demonstrate their support for LGBTQ students by intervening on anti-LGBTQ language or effectively responding to harassment, they help to reduce hostile school experiences for LGBTQ youth, thereby improving the learning environment for LGBTQ students. Our findings also highlight the importance of having several LGBTQ-supportive staff at school, rather than only a few. Having a large network of supportive staff may create more spaces throughout the school where LGBTQ students can feel at ease about their identities, and where anti-LGBTQ remarks and harassment are interrupted. Thus, schools must invest in professional development for all staff on recognizing and responding to the needs of LGBTQ students, and effectively intervening in bias-based harassment.



**Figure 2.23 Effectiveness of Staff Response to Harassment/Assault and LGBTQ Students' Experiences of Victimization**
(Percentage Experiencing Higher Severities of Victimization, Among Those Who Reported Victimization to Staff, n = 4654)



**Figure 2.24 Safe Space Stickers/Posters and Number of Supportive School Staff**

### *Inclusive and Supportive School Policies*

Inclusive and supportive school policies can help to ensure that students are safe, respected, and feel valued in their school. Not only do policies specify prohibited and allowable behaviors, but they also serve to set a tone for the entire school community. When these policies are supportive of LGBTQ students, they can contribute to more positive school climate for these students.

**Policies for addressing bullying, harassment, and assault.** Comprehensive anti-bullying/harassment policies can help ensure schools are safe for LGBTQ students in that they explicitly state protections from victimization based on sexual orientation and gender identity/expression. Furthermore, comprehensive anti-bullying/harassment policies may also provide school staff with the guidance needed to appropriately intervene when students use anti-LGBTQ language and when LGBTQ students report incidents of harassment and assault.

*Anti-LGBTQ language.* Overall, LGBTQ students in schools with comprehensive policies were the least likely to hear anti-LGBTQ language, followed by those in schools with partially enumerated policies and schools with generic policies (see Figure 2.25).[158] Students with no anti-bullying and harassment policy were most likely to hear such language. For example, 35.4% of students in schools with a comprehensive policy commonly heard negative remarks about transgender people, compared to 42.9% of students in schools with

partially enumerated policies, 44.5% in schools with generic policies, and 47.5% in schools with no policy.

*Experiences of anti-LGBTQ victimization.* Overall, LGBTQ students in schools with comprehensive policies experienced the lowest levels of anti-LGBTQ victimization, followed by partially enumerated and generic policies (see Figure 2.26).[159] Students with no anti-bullying and harassment policy reported the highest levels of experiences with anti-LGBTQ victimization. Furthermore, students in schools with comprehensive policies experienced lower levels of victimization based on gender expression and on sexual orientation than compared to those in schools with a generic policy (i.e., those that have no enumeration) and with no policy. For example, 23.4% of students in schools with a comprehensive policy reported higher levels of victimization based on gender expression, compared to 29.5% in schools with a generic policy, and 33.2% in schools with no policy.

*Responses to anti-LGBTQ remarks.* School anti-bullying/harassment policies often provide guidance to educators in addressing incidents of harassment and biased remarks. Even though students reported, in general, that staff intervention was a rare occurrence, it was more common in schools with anti-bullying policies. Students in schools with comprehensive policies reported the highest frequencies of staff intervention when anti-LGBTQ remarks occurred, followed by partially enumerated policies, and generic policies (see Figure 2.27).[160] Students with no anti-bullying and harassment



**Figure 2.25 School Harassment/Assault Policies and Frequency of Hearing Anti-LGBTQ Remarks**
(Percentage of LGBTQ Students Hearing Remarks Often or Frequently)

AR_281848

policy reported the lowest frequencies of staff intervention. For example, a quarter of LGBTQ students (25.3%) in schools with comprehensive polices said teachers intervened most of the time or always when homophobic remarks were made, compared to under a fifth of those (17.8%) in schools with partially enumerated policies, 13.0% in schools with a generic policy, and 6.8% in schools with no policy.

*Students' reporting of victimization to school staff and effectiveness of staff response.* Policies may provide guidance to students on reporting bullying and harassment, but perhaps more importantly, policies may also signal that students' experiences of victimization will be addressed by school officials. We found that the presence of a comprehensive anti-bullying policy was related to reporting of victimization — students in schools with a comprehensive school policy were most likely to report victimization to school staff than all other students in the survey (see Figure 2.28). We did not find that students in schools with partially enumerated policies differed from students with generic policies regarding reporting incidents of victimization to school staff.[161] There were no differences in reporting victimization among the other three types of policies. LGBTQ students in schools with comprehensive policies were also more likely to report that when staff responded to victimization, their responses were effective (see also Figure 2.28).[162] LGBTQ students in

**Figure 2.26 School Harassment/Assault Policies and Experiences of Victimization**
(Percentage of LGBTQ Students Experiencing Higher Levels of Victimization)

**Figure 2.27 School Harassment/Assault Policies and Staff Intervention Regarding Anti-LGBTQ Remarks**
(Percentage of LGBTQ Students Reporting that Staff Intervened Most of the Time or Always)

schools with comprehensive policies and partially enumerated policies were more likely to report that staff responses were effective, compared to all other students. We did not find that students in schools with comprehensive policies differed from students with partially enumerated policies regarding effectiveness of staff responses.

Collectively, these findings suggest that comprehensive policies are more effective than other types of policies in promoting a safe school environment for LGBTQ students. These policies may send the message to teachers and other school staff that responding to LGBTQ-based harassment is expected and critical. As we saw in our results, school personnel intervened more often and more effectively when the school was reported to have a comprehensive policy. In addition, comprehensive policies may be effective in curtailing anti-LGBTQ language and behaviors among students — students in schools with comprehensive policies reported the lowest incidence of homophobic remarks, negative remarks about gender expression, negative remarks about transgender people, and reported the lowest levels of anti-LGBTQ victimization. These policies may also send a message to students that LGBTQ-based harassment is not tolerated, and that students should take appropriate action when witnessing LGBTQ-based harassment. Thus, comprehensive policies may signal to all members of the school community that anti-LGBTQ victimization and biased remarks are not tolerated.

**Policies and official guidelines on transgender and nonbinary students.** School or district policies detailing the rights and protections afforded to transgender and nonbinary students help to ensure these students have access to an education. These policies can also serve to send the message that transgender and nonbinary students are a valuable and important part of the school community.

*Transgender and nonbinary policies/guidelines and students' experiences of discrimination.* We examined whether the presence of a policy or official guidelines supporting transgender and nonbinary students was related to experiences of gender-related discrimination at school for these students. We found that having a supportive transgender and nonbinary policy was related to a lower likelihood of gender-related discrimination — specifically, being prevented from using bathrooms of their gender identity, prevented from using locker rooms of their gender identity, prevented from wearing clothes deemed "inappropriate" based on gender, and prevented from using their chosen name or pronouns.[163] For example, as shown in Figure 2.29, transgender and nonbinary students in schools with a transgender and nonbinary student policy were less than half as likely as those in schools without a policy to experience discrimination related to their name or pronouns in school (18.8% vs. 44.9%).

As discussed in the "Experiences of Discrimination at School" section of this report, we asked about

**Figure 2.28 School Harassment/Assault Policies, Reporting Harassment/Assault, and Effectiveness of Staff Response**

specific forms of gender-related discriminatory school policies and practices experienced by transgender and nonbinary students. We further asked transgender and nonbinary students whether there were any policies that protect against those specific forms of gender-related discrimination. For example, we asked if they were prevented from using the bathroom aligned with their gender identity, and here we asked whether there was any policy to specifically protect them from bathroom discrimination. We examined whether inclusion of protections regarding boys/girls bathrooms, gender-neutral bathrooms, locker rooms, clothing/dress codes, and name/pronouns usage were related to the discrimination experiences associated with those protections (bathroom, locker rooms, clothing/dress code, and name/pronouns usage, respectively).

Regarding locker rooms, we found that transgender and nonbinary students with policies specifying locker room access were less likely to have been prevented from using the locker room of their gender.[164] Similarly, regarding bathroom access, we found that transgender and nonbinary students in schools with policies explicitly allowing them access to boys' or girls' bathrooms consistent with their gender identity, as well as those with policies allowing them access to gender neutral bathrooms, were less likely to be prevented from using bathrooms that were consistent with their gender.[165] With regard to experiences of discrimination related to names/pronouns for transgender and nonbinary students, we found that transgender and nonbinary students in schools with policies having the specific inclusion of name/pronoun protections were less likely to be prevented from using their chosen names/pronouns.[166] However, with regard to the experiences of clothing-related discrimination, inclusion of protections related to gendered dress codes was not related to clothing discrimination.[167] It may be that certain types of discrimination, such as enforcing restrictive gendered dress code policies, may be more dependent on individual school staff and their knowledge or interpretation of the policy, and this finding may indicate a need for staff training on the policy and its implementation.

The findings on locker room and bathroom policies highlight the importance of codifying access to these spaces for transgender and nonbinary students in official policies, given that transgender and nonbinary students in schools with such policies reported less discrimination.[168] In addition, our findings demonstrate how policies about names and pronouns are crucial as they were associated with less discrimination of that type. Furthermore, previous research has shown that preventing

**Figure 2.29 Transgender and Nonbinary Policy and Gender-Related Discrimination**
(Percentage of Transgender and Nonbinary Students Experiencing Type of Discrimination in School)

transgender and nonbinary students from using their chosen pronouns is associated with lowered psychological well-being,[169] which, along with our findings on names/pronouns discrimination, underscore the importance of enforcing the implementation of such policies. Regarding clothing-related discrimination, the findings may reflect the need for effective implementation of policies, including notification, enforcement, and related training.

*Transgender and nonbinary official policies/ guidelines and school engagement.* Having policies that provide access and support to transgender and nonbinary students may help students feel comfortable and welcome in their school, ultimately resulting in greater school engagement. In fact, we found that transgender and nonbinary students in schools with these policies or guidelines were more engaged with their school community. Transgender and nonbinary students with supportive transgender and nonbinary policies were less likely to miss school due to feeling unsafe or uncomfortable — 63.5% of those with a policy had not missed school for those reasons, compared to 57.6% of students without a policy (see Figure 2.30).[170] Furthermore, transgender and nonbinary students with these policies also felt more connected to their school community; they reported higher levels of school belonging than those without policies.[171]

In addition to the presence of any type of transgender and nonbinary policy, policies that are more comprehensive and cover more areas of protection may be more effective in promoting school engagement for these youth. We found that among transgender and nonbinary students whose school had a transgender and nonbinary policy, the number of protections addressed in these policies was related to greater school belonging, but was not related to absenteeism.[172] Thus, the more comprehensive a school's policy is, the more effective it may be in ensuring transgender and nonbinary students feel connected to their school.

These findings indicate that having specific policies or official guidelines that explicitly document the rights of transgender and nonbinary students can greatly improve the school experience for these students. Given transgender and nonbinary students are at higher risk of in-school victimization, absenteeism, school discipline, and ultimately leaving school altogether,[173] it is critical that schools institute policies to help safeguard these students' rights and ensure they have equal access to an education. For instance, the findings regarding locker room and bathroom discrimination indicate that allowing students to access gendered facilities that correspond to their gender are critical for transgender and nonbinary students. Although having official protections for transgender and nonbinary students and their rights is crucial, the power of the policy is in the degree to which it is implemented. Professional development is critical to ensure that school staff are aware of policy mandates including those that protect transgender and nonbinary students, and are able to enact them. Furthermore, schools and districts should develop monitoring and accountability measures to ensure that these policies are being effectively implemented and that transgender and nonbinary students are not being deprived of their rights.

Supportive and inclusive school policies play an essential role in creating safe and inclusive school communities. However, it is important to note that a significant portion of students in schools with these policies still faced hostile school climates — including victimization and

**Figure 2.30 Transgender and Nonbinary Policy and Days of Missed School**
(Percentage of Transgender and Nonbinary Students Who Missed School in the Past Month Due to Feeling Unsafe or Uncomfortable)

AR_281852

discrimination — even when they reported having an anti-bullying/harassment policy or a transgender and nonbinary student policy. Clearly, it is not enough for policies to merely exist in schools, but they must also be enforced and effectively implemented. For both types of policies explored in this section, a substantial portion of students indicated that they did not know whether their school had such policies (see Table 2.3 and Figure 2.9 in "Availability of School-Based Resources and Supports" section). If a student is not aware of their school's policies, then they would not be aware of the valuable rights and protections these policies provide. Therefore, it is critical not only that schools enact these policies but also that all members of the school community are made aware of the policies and what they include. Furthermore, policies are vitally important, yet are only one of the key elements necessary to ensure safe and welcoming schools for LGBTQ students.

## *Conclusions*

Our findings indicate that LGBTQ supports and resources play an important role in making schools safer and more affirming for LGBTQ students. Students in schools that had a GSA and students in schools that had LGBTQ inclusive curriculum (taught positive representations of LGBTQ people, history, and events) reported less anti-LGBTQ biased language and less anti-LGBTQ victimization, were less likely to feel unsafe and to miss school for safety reasons, and reported a greater sense of belonging to their school community and increased psychological well-being. Students in schools with LGBTQ-inclusive curriculum also had higher GPAs, higher educational aspirations, were more comfortable talking to school staff about LGBTQ topics, and were more likely to have classmates who were accepting of LGBTQ people. Our findings also showed that students with more supportive school staff were less likely to feel unsafe and to miss school for safety reasons, had higher GPAs, higher educational aspirations, and reported a greater sense of belonging to their school community and increased psychological well-being.

Students in schools with comprehensive anti-bullying/harassment policies that included protections for sexual orientation and gender identity/expression reported less anti-LGBTQ biased language and less anti-LGBTQ victimization. Furthermore, students with comprehensive policies reported greater frequency of school staff intervention regarding anti-LGBTQ biased remarks, were more likely to report incidents of harassment and assault to school personnel, and more likely to rate school staff's response to such incidents as effective. Among transgender and nonbinary students, those in schools with supportive transgender and nonbinary official policies or guidelines reported less gender-related discrimination, were less likely to miss school because of feeling unsafe, and felt a greater sense of connection to their school community.

Unfortunately, as discussed previously in the "Availability of School-Based Resources and Supports" section, many LGBTQ students do not have access to these supports and resources at their schools. These findings indicate the importance of advocating for the inclusion of these resources in schools to ensure positive learning environments for LGBTQ students in all schools.



# PART THREE: SCHOOL CLIMATE BY DEMOGRAPHIC AND SCHOOL CHARACTERISTICS

The 2019–2020 GLSEN National Student Council. The National Student Council dedicates their time, passion, and commitment to safer schools, advising GLSEN programs and campaigns, sharing their stories with community stakeholders, and elevating the voices of marginalized groups within the LGBTQ community.

AR_281855

# School Climate and Sexual Orientation

**Key Findings**

- Pansexual students experienced more hostile climates than students of other sexual orientations.
- Gay and lesbian students were more likely to be "out" about their sexual orientation at school, both to other students and to school staff, than students of other sexual orientations.

**"I had no idea what pansexual was until somebody explained it to me in high school and that's how I identify. If somebody had told me what it was sooner, I would not have spent so much time questioning my sexuality and thinking I was weird and broken."**

An important element of adolescent development is identity formation, in which youth explore and come to define their personal identity, both as an individual and as a member of different social groups.[174] Youth in our survey were navigating the development of multiple identities, including their sexual orientation identity. As it is a developmental process, age plays a role in identity formation. Older youth, who have had more time to explore and develop their identity, may be more secure and confident about their lesbian, gay, bisexual, pansexual, or queer identity, which could contribute to different school experiences than younger youth. In fact, we found that age was related to sexual orientation identity. Queer students were older than students with all other sexual orientations, and pansexual students were younger than gay and lesbian, bisexual, and queer students.[175]

One of the last steps of sexual orientation identity formation is coming out publicly about one's lesbian, gay, bisexual, pansexual, or queer identity.[176] Students who have reached this stage of identity development may be more confident in their identity, but also may be more targeted for victimization and discrimination. Indeed, previous research has shown that being out about one's LGBTQ identity at school relates to greater peer victimization.[177] In our survey, gay and lesbian students were more out to peers than were students with other sexual orientations, and pansexual students were more out to peers than were bisexual and questioning students. Gay and lesbian students were also more out to school staff than pansexual, bisexual, and questioning students, and pansexual students were more out to staff than bisexual and questioning students (see Figure 3.1).[178]

LGBTQ students in our sample were not only navigating their sexual orientation identity, many were also developing their non-cisgender gender identities. It is important to reiterate that sexual orientation identity and gender identity are not wholly independent amongst LGBTQ youth, and prior research has shown that transgender and nonbinary students are more likely to have negative school experiences than cisgender students.[179] In our survey, pansexual and queer students were least likely to be cisgender — they were more likely to identify as transgender, genderqueer, nonbinary, or another non-cisgender identity than were gay

**Figure 3.1 Outness in School by Sexual Orientation**
(Percentages of LGBTQ Students Out to Peers and School Staff)

and lesbian, bisexual, and questioning students.[180] Nearly two thirds of pansexual (62.4%) and queer (64.3%) students did not identity as cisgender. Alternatively, gay and lesbian and bisexual students were more likely to identify as cisgender than were pansexual and questioning students,[181] and 6 in 10 gay and lesbian (59.8%) and bisexual (60.0%) students identified as such.

We examined differences in school climate and students' school experiences across sexual orientation groups — gay and lesbian ("gay/lesbian") students, bisexual students, pansexual students, queer students, and students questioning their sexual orientation ("questioning").[182] Because of the differences in age, outness to peers and adults in school, and gender identity discussed above, and the fact that they contribute to students' school experiences, in the following analyses we controlled for all these characteristics.

With regard to victimization, we specifically examined students' experiences related to sexual orientation and gender expression, as they are most related to students' LGBTQ identities. We also examined differences in students' experiences of sexual harassment, as previous research has found significant differences based on sexual orientation.[183] Lastly, we examined differences across sexual orientations regarding the experiences of students with discriminatory school policies and practices, and school discipline and regarding their levels of school engagement, as these were also identified as particularly salient.

### *Victimization*

Students' experiences of in-school victimization based on sexual orientation and gender expression differed based on their sexual orientation (see Figure 3.2).[184]

Gay/lesbian and pansexual students reported higher levels of victimization based on sexual orientation than did queer, bisexual, and questioning students. For example, approximately three-quarters of gay/lesbian (73.5%) and pansexual (75.9%) students reported having been victimized based on sexual orientation in contrast to nearly two-thirds of queer (66.5%) and bisexual (64.9%) students, and half of questioning (51.0%) students.

Pansexual students experienced higher levels of victimization based on gender expression than students of all other sexual orientations. Specifically, 69.9% of pansexual students

**Figure 3.2 Victimization by Sexual Orientation**

experienced this type of victimization compared to 57.7% of gay/lesbian, 50.9% of bisexual, 64.4% of queer, and 53.1% of questioning students.

Regarding sexual harassment, we found that pansexual students reported a higher incidence than students of all other sexual orientations, and that bisexual students reported a higher incidence than gay/lesbian and questioning students.[185] As shown in Figure 3.2, almost two-thirds of pansexual students (64.6%) reported having been sexually harassed at school in the past year, compared to more than half of gay/lesbian (55.4%), bisexual (59.8%), and queer (57.1%) students, and nearly half of questioning (54.2%) students.

### Discrimination and School Discipline

Experiences of anti-LGBTQ discrimination through school policies and practices also varied based on students' sexual orientation.[186] Pansexual students were more likely to report experiencing this type of discrimination than gay/lesbian, bisexual, and questioning students (see Figure 3.3). For example, over two-thirds of pansexual students (69.5%) experienced discrimination, compared to approximately half of bisexual and questioning students (54.5% and 52.9%, respectively).

A growing field of research on school discipline has suggested that LGBTQ students may be at a higher risk of experiencing school discipline than their non-LGBTQ peers,[187] but most of these studies have not examined sexual orientation differences within the LGBTQ population, perhaps because of small sample sizes of LGBTQ students. Therefore, we examined whether in-school and out-of-school rates of school discipline varied based on students' sexual orientation among the students in our survey. Specifically, we examined differences in in-school discipline (being referred to the principal, getting detention, or receiving an in-school suspension), and in out-of-school discipline (receiving out-of-school suspension or being expelled). As shown in Figure 3.4, pansexual students reported higher rates of in-school discipline than queer students. Queer students experienced lower rates of both in- and out-of-school discipline than did gay and lesbian and pansexual students.[188]

### Absenteeism

Experiencing victimization, discrimination, and disproportionate rates of discipline all serve to make schools less safe and welcoming for students, which could influence students' desire to attend school. Given that pansexual students experienced higher rates of victimization, it is not surprising that pansexual students were more likely than gay and lesbian, bisexual, and queer students to report having missed school because they felt unsafe than all other students (see Figure 3.5).[189] For example, 40.1% of pansexual students reported missing school in the past month due to safety concerns, compared to slightly less than a third of gay and lesbian (31.6%) and bisexual (30.2%) students.

**Figure 3.3 Experiences of Discrimination by Sexual Orientation**
(Percentage of LGBTQ Students Who Experienced Anti-LGBTQ Discriminatory Policies and Practices)

## Conclusions

Overall, our results indicate that pansexual students reported the most negative school experiences in comparison to students of other sexual orientations. Pansexual students experienced higher levels of victimization based on gender identity and sexual harassment than all other sexual orientations. Pansexual students, along with gay and lesbian students, reported the highest rates of victimization based on sexual orientation. Pansexual students also experienced more discriminatory policies and practices and missed more school due to feeling unsafe than did gay and lesbian, bisexual, and questioning students.

Further research is clearly warranted to understand why pansexual students appear to face more hostile school climates than other students. This research should examine factors related to a student's decision to adopt particular sexual identity labels (i.e., why a student who is attracted to people of multiple genders may identify as pansexual as opposed to queer or bisexual) to better understand these different sexual orientation groups.

These findings reveal a complex picture regarding differences among LGBTQ students by sexual orientation. In our survey, bisexual students experienced less victimization based on sexual orientation and gender expression than gay and

**Figure 3.4 School Discipline by Sexual Orientation**
(Percentage of LGBTQ Students Who Experienced In-School and Out-of-School Discipline)

**Figure 3.5 Missing School Due to Safety Concerns**

lesbian students, but more sexual harassment than their gay and lesbian peers. However, bisexual youth did not differ from gay and lesbian students with regard to discrimination, discipline, and missing school due to safety concerns. Yet research on adolescent health outcomes has demonstrated that bisexual youth are typically at higher risk than both heterosexual and lesbian/gay peers on suicidality, substance abuse, and intimate partner violence.[190] Furthermore, queer students were similar to gay and lesbian and bisexual students with regard to hostile school climate experiences, but they were less likely to experience school discipline. More research is needed to better understand the complex role sexual identity plays in the experiences of adolescents' lives both in and out of school.

# School Climate and Gender

## Key Findings

- Transgender students experienced a more hostile school climate than LGBQ cisgender students and nonbinary students.
- Nonbinary students experienced a more hostile school climate than cisgender LGBQ students.
- Among cisgender LGBQ students, male students experienced a more hostile school climate based on their gender expression and on sexual orientation than cisgender female students.
- Cisgender female students experienced a more hostile school climate based on their gender than cisgender male students.

**"I'm the first openly transgender person at my school which makes me a bigger target for bullying and harassment than most others."**

We also examined potential differences in LGBTQ students' experiences of safety, victimization, and discrimination by gender identity, specifically, the differences between transgender, nonbinary, cisgender, and questioning students as well as differences within each of those identity groups.[191] Furthermore, we examined school engagement, specifically absenteeism for safety reasons, feelings of school belonging, changing schools for safety reasons, and dropping out. Given the growing attention to inequities in administration of school discipline and some previous research indicating that transgender and gender nonconforming students are more likely to face disciplinary consequences at school,[192] we also examined gender differences in rates of school discipline — both in-school discipline and out-of-school discipline.

Across all gender groups, students commonly reported feeling unsafe, experiencing high frequencies of harassment or assault, and facing discrimination at school related to their gender, gender expression, and sexual orientation. Furthermore, a sizable number of students across gender groups reported missing school and, to a lesser extent, changing schools because of safety concerns. In addition, LGBTQ students of all gender identities reported having been disciplined at school. However, there were some significant differences among gender groups in all of these areas.

### *Experiences of Transgender Students*

Overall, transgender students were more likely than all other students to have negative experiences at school.

**Safety and victimization.** Specifically, compared to cisgender and nonbinary students, transgender students:

- Were more likely to have felt unsafe based on their gender expression (see Figure 3.6);[193]
- Experienced higher levels of victimization based on their gender expression (see Figure 3.7);[194]
- Were more likely to have felt unsafe at school based on their gender (see Figure 3.6);[195] and
- Experienced higher levels of victimization based on their gender (see Figure 3.7).[196]

Transgender students were also more likely to have felt unsafe[197] and experienced higher levels of victimization[198] because of their sexual orientation compared to cisgender LGBQ students, but were less likely than nonbinary students to feel unsafe based on sexual orientation (see Figures 3.6 and 3.7).

**Avoiding school spaces.** As shown in the "School Safety" section in Part 1 of this report, sizable percentages of LGBTQ students avoided places at school because they felt unsafe or uncomfortable, most notably spaces that are traditionally segregated by sex in schools, such as bathrooms and locker rooms. Overall, transgender students were more likely to avoid spaces at school than were other students.[199] For transgender and nonbinary youth (i.e., genderqueer and other nonbinary-identified youth), sex-segregated spaces at school may be particularly challenging.[200] Because of this, we specifically examined whether transgender students were more likely to avoid gendered spaces. As shown in Figure 3.8, we found that, compared to cisgender students and nonbinary students, transgender students were:[201]

- More likely to avoid school bathrooms at school because they felt unsafe or uncomfortable;
- More likely to avoid school locker rooms because they felt unsafe or uncomfortable; and
- More likely to avoid Gym/Physical Education class because they felt unsafe or uncomfortable.

**Educational attachment.** A hostile school climate can affect students' feelings of school belonging, can result in students avoiding school altogether,

and can hinder students' overall educational experience. We found that transgender students were:

- Less likely than other students to feel connected to their school, i.e., reported lower levels of school belonging;[202]

- More likely than other students to report missing school because they felt unsafe or uncomfortable (see Figure 3.9);[203]

- More likely than other students to report having changed schools because they felt unsafe or uncomfortable(see also Figure 3.9);[204] and

More likely than other students to report that they were not planning to complete high school or were not sure if they would complete high school.[205]

**Discriminatory policies and practices.** As shown in Figure 3.10, transgender students were more likely, overall, to report incidences with discriminatory policies and practices[206] — 77.3% of transgender students reported having been discriminated against compared to 46.1% of cisgender students and 69.1% of nonbinary students. Certain forms of discrimination are more specific to the experiences of transgender and nonbinary students, such as being prevented from using the bathroom consistent with one's gender identity. Thus, it is



**Figure 3.6 Feelings of Safety at School by Gender Identity**
(Percentage of LGBTQ Students Who Felt Unsafe Based On Sexual Orientation, Gender Expression, and Gender)

AR_281864

not surprising that transgender students reported more of these incidents than cisgender students.[207] Compared to cisgender students, as shown in Table 3.1, transgender students were:

- More likely to be required to use the bathroom of their legal sex (58.1% for transgender students vs. 10.8% for cisgender students);
- More likely to be required to use the locker room of their legal sex (55.5% vs.10.7%);
- More likely to be prevented from using their chosen name and pronouns (44.5% vs. 7.3%); and
- More likely to be prevented from wearing clothing deemed "inappropriate" based on gender (20.5% vs. 15.1%).

As seen in Table 3.1, transgender students also reported more instances of being required to use the bathroom and locker room of their legal sex and being prevented from using their chosen name and pronouns than nonbinary students.[208] However, transgender and nonbinary students reported similar rates of being prevented from wearing clothing deemed "inappropriate" based on gender.

In addition to the specific types of gender-related discrimination noted above, transgender students were also more likely than cisgender LGBQ

**Figure 3.7 School Victimization by Gender Identity**
(Percentage of LGBTQ Students Who Experienced Victimization Based On Sexual Orientation, Gender Expression, and Gender)

students to experience all forms of anti-LGBTQ discrimination, including broader forms of LGBTQ discrimination, such as being prevented from addressing LGBTQ topics in class assignments and being unfairly disciplined for identifying as LGBTQ.[209] It may be that transgender and nonbinary students are generally more targeted for discipline because they are more visible and/or more stigmatized than other LGBQ students. Further research is needed to explore these disparities and the factors that determine which students are most often targeted by discriminatory policies and practices.

**School discipline.** Compared to cisgender LGBQ students, transgender students reported (see Figure 3.11):

- Higher rates of in-school discipline (e.g. principal's office, detention);[210] and
- Higher rates of out-of-school discipline (e.g., out of school suspension, expulsion).[211]

**Differences among transgender students.** Transgender students in our survey fell into four different categories: 1) those who identified as transgender and male, 2) those who identified as transgender and female, 3) those who identified as transgender and nonbinary or genderqueer (i.e., transgender nonbinary), and 4) those who identified only as transgender and no other gender identity (referred to as "transgender only" for the rest of this section). Transgender students, in general, experienced the most hostile school climates

**Figure 3.8 Avoiding Spaces at School by Gender Identity**
(Percentage of LGBTQ Students Who Avoided Spaces)

All Cisgender
24.6%
29.3%
29.5%
Cis Male
32.8%
45.2%
Cis Female
19.8%
25.8%
28.5%
All Transgender
59.4%
69.1%
82.1%
Trans Male
62.5%
72.7%
86.6%
Trans Female
59.2%
70.7%
77.2%
Trans Nonbinary
49.5%
59.5%
69.0%
Trans Only
60.1%
67.3%
82.8%
All Nonbinary
41.2%
45.3%
48.9%
Nonbinary/Genderqueer
41.8%
45.9%
51.1%
Other Nonbinary
40.3%
42.5%
52.5%
Nonbinary Male/Female
39.7%
39.9%
45.5%
Questioning
36.1%
40.2%
40.5%
0%
20%
40%
60%
80%
100%
Bathrooms
Locker Rooms
Gym/PE Class

compared to their peers, and we wanted to further examine whether school experiences varied across these four groups of transgender students. We found some significant differences within the group of transgender students regarding victimization, feelings of unsafety because of gender, experiencing discriminatory policies and practices, avoiding certain school spaces, and missing school.

*Victimization and safety.* There were no differences among transgender students in feeling unsafe at school because of their sexual orientation or because of their gender expression. However, transgender nonbinary students were less likely to feel unsafe at school because of their gender than were transgender male and transgender only students (see Figure 3.6).[212]

With regard to victimization based on sexual orientation, transgender only students reported higher rates than transgender nonbinary and transgender male students, but did not differ from

**Figure 3.9 Percentage of LGBTQ Students Who Missed School or Changed Schools Because of Safety Concerns by Gender Identity**

Cisgender Students
All Cisgender
13.1%
24.9%
Cis Male
11.1%
20.0%
Cis Female
13.5%
26.0%
Transgender Students
All Transgender
23.6%
43.6%
Trans Male
25.6%
44.4%
Trans Female
20.1%
34.1%
Trans Nonbinary
19.3%
37.7%
Trans Only
22.6%
50.5%
Nonbinary Students
All Nonbinary
18.5%
38.1%
Nonbinary/Genderqueer
18.9%
38.9%
Other Nonbinary
18.2%
35.5%
Nonbinary Male/Female
17.5%
37.4%
Questioning Students
All Questioning Students
16.2%
35.1%
0%
20%
40%
60%
Ever Changed Schools
Missed School in Past Month

transgender female students. Furthermore, there were no differences between transgender male and transgender female students on victimization based on sexual orientation (see Figure 3.7).[213]

With regard to victimization based on gender expression, transgender only students reported higher rates than transgender male and transgender nonbinary students, but did not differ from transgender female students, and transgender female and transgender male students did not differ. However, transgender male students reported higher rates than did transgender nonbinary students (see also Figure 3.7).[214]

With regard to victimization based on gender, transgender male students reported higher rates than did transgender only students. In addition, transgender nonbinary students reported lower rates than transgender male and transgender only students (see Figure 3.7).[215]

**Figure 3.10 Percentage of LGBTQ Students Who Experienced Anti-LGBTQ Discrimination at School by Gender Identity**

Cisgender Students
All Cisgender
46.1%
Cis Male
41.6%
Cis Female
47.0%
Transgender Students
All Transgender
77.3%
Trans Male
77.5%
Trans Female
72.1%
Trans Nonbinary
74.7%
Trans Only
80.9%
Nonbinary Students
All Nonbinary
69.1%
Nonbinary/Genderqueer
70.2%
Other Nonbinary
75.4%
Nonbinary Male/Female
61.6%
Questioning Students
Questioning
58.7%
0%
20%
40%
60%
80%
100%

**Table 3.1 Gender-Related Discrimination by Gender Identity[216]**

| | Bathrooms | Locker Rooms | Names/ Pronouns | Gendered Clothing |
|---|---|---|---|---|
| **All Cisgender Students[217]** | 10.8% | 10.7% | 7.3% | 15.1% |
| Cis Male Students | 9.8% | 9.5% | 5.7% | 15.5% |
| Cis Female Students | 11.0% | 10.9% | 7.5% | 15.0% |
| **All Transgender Students[218]** | 58.1% | 55.5% | 44.5% | 20.5% |
| Trans Male Students | 58.9% | 57.7% | 44.1% | 19.5% |
| Trans Female Students | 50.8% | 51.9% | 36.6% | 26.1% |
| Trans Nonbinary Students | 51.2% | 45.7% | 43.5% | 19.0% |
| Trans Only Students | 65.6% | 60.4% | 49.0% | 24.6% |
| **All Genderqueer and Other Nonbinary Students[219]** | 35.5% | 32.8% | 36.3% | 24.1% |
| Nonbinary/Genderqueer students | 38.2% | 34.7% | 39.8% | 24.9% |
| Other Nonbinary Students | 38.8% | 37.7% | 38.6% | 38.6% |
| Nonbinary Male/Female Students | 24.5% | 23.3% | 23.5% | 23.5% |
| Questioning Students | 20.8% | 19.6% | 18.6% | 19.5% |

*Avoiding school spaces.* Transgender students also differed in their avoidance of gendered school spaces because they felt unsafe in them. Transgender nonbinary students were less likely to avoid bathrooms, locker rooms, and gym/PE class than were transgender male and transgender only students.[220] As seen in Figure 3.8, transgender male, transgender female, and transgender only students avoided these spaces at similar rates.

*Educational attachment.* Transgender only students were more likely than other transgender students to have missed school because they felt unsafe or uncomfortable (see Figure 3.9).[221] Transgender male and transgender female students did not differ in their rates of missing school; however, transgender male students were more likely to change schools for safety reasons than were transgender nonbinary students (see Figure 3.9).[222] Educational aspirations did not differ by transgender identity — there were no differences in transgender students' plans to complete high school.[223]

*Discriminatory policies and practices.* When considering overall experiences with anti-LGBTQ discriminatory policies and practices, there were no significant differences among transgender students (see Figure 3.10).[224] There were, however, significant differences across transgender students when specifically examining gender-specific discriminatory policies and practices:

- Regarding being prevented from wearing clothes that align with their gender, transgender male and transgender female students reported similar rates, but transgender only students reported this kind of discrimination slightly more than transgender nonbinary students (see Table 3.1).[225]
- Regarding being prevented from using the bathroom that aligns with their gender, transgender only students were more likely to report this form of discrimination than other transgender students (see Table 3.1).[226] Additionally, transgender male students were more likely than transgender nonbinary students to report this type of discrimination.
- Regarding being denied locker room access, transgender male and transgender only students did not differ, but both groups were more likely to report being prevented from using the locker room that aligns with their gender than were transgender nonbinary students (see Table 3.1).[227]

Overall, these findings suggest that transgender only students may experience somewhat more hostile school climates and that transgender nonbinary students may experience somewhat less hostile climates than other transgender students. Additionally, transgender male and transgender

female students in our sample experienced generally similar school climates. However, regarding certain indicators of school climate that we examined, transgender female students appeared to have more negative experiences, even though they were not statistically different. For example, when considering discriminatory policies and practices, transgender female students seem to report higher rates of gender-based clothing discrimination than other transgender students, but this difference was not statistically significant. Our sample included a small number of transgender female students, compared to all other gender identities (1.1% of the full sample), and we may have been unable to detect statistically significant differences with this small of a sample.

There is no consensus in the literature regarding differences between transgender males and transgender females regarding mental health. Some

**Figure 3.11 Comparison by Gender Identity: Percentage of LGBTQ Students Who Experienced School Discipline**

# Insight on Gender-Related Discrimination Among Transgender Students Over Time

As discussed in the "School Climate and Gender" section of this report, transgender students were more likely to experience discrimination at school than students of all other gender identities in our 2019 survey. Given that there has been much public and political discourse in recent years regarding the rights of transgender youth to access bathrooms and locker rooms that align with their gender, we examined whether there have been changes in recent years in the experiences of transgender students with regard to gender-related discrimination at school.[1]

As shown in the figure, with regard to being prevented from wearing clothing deemed "inappropriate" based on gender, there had been a significant decline in the percentage of transgender students reporting this type of discrimination from 2015 to 2017, and from 2017 to 2019. With regard to being prevented from using one's chosen name or pronoun, there was an increase in the percentage of transgender students reporting this type of discrimination from 2013 to 2015 and no change from 2015 to 2017. However, there was a significant decrease from 2017 to 2019. With regard to being prevented from using the bathroom or locker room that aligns with one's gender identity, there were no differences across years in the percentage of transgender students experiencing this discrimination.

**Gender-Based Discrimination Among Transgender Students Over Time**

Considering these findings together, it appears that schools may be becoming more accepting with regard to transgender students' expression of their identity through their clothing and use of their chosen names and pronouns. However, schools have remained unchanged in their restrictions of transgender students' use of school facilities that align with their gender identity. It is also important to note that the enforcement of dress code or use of name or pronoun may be more likely to happen as a result of actions by an individual school staff person, and findings with regard to those two forms of discrimination may indicate how attitudes of teachers and other school staff may be changing with regard to transgender students. In contrast, restrictions on use of facilities and policies codifying such restrictions may more likely be the responsibility of school administrators or school district officials. Thus, more education and advocacy may be indicated at the administrative level of U.S. schools.

[1] To test differences in the percentages of transgender students experiencing gender-related discrimination at school, a multivariate analysis of covariance (MANCOVA) was performed, controlling for demographic and method differences across the survey years, with Survey Year as the independent variable and the three gender-related discrimination items as dependent variables. Note that in 2017, the question about access to locker rooms and bathrooms was split into two questions; thus, we recombined the two questions for 2017 and 2019 by taking the higher of the two values in order to compare with prior years. The multivariate effect was significant: Pillai's Trace = .01, $F(9, 34938) = 17.34$, $p<.001$, $\eta_p^2 = .00$. Univariate and post hoc comparisons were considered at $p<.05$, and only significant pairwise differences are listed. The univariate effect for discrimination regarding clothing was significant: $F(3, 11646) = 24.43$, $p<.01$, $\eta_p^2 = .01$; 2019<all; 2017<2013, 2015. The univariate effect for discrimination regarding use of name and pronoun was significant: $F(3, 11646) = 19.52$, $p<.01$, $\eta_p^2 = .01$; 2019<2017, 2015; 2015>2019, 2013; 2005>2019, 2013; 2013<2017, 2015. The univariate effect for discrimination regarding locker room and bathroom access was not significant at $p<.05$.

research has found that transgender males and transgender females do not differ with regard to some mental health outcomes;[228] some has found that transgender males have poorer outcomes than transgender females,[229] and some has indicated transgender males have better outcomes.[230] In addition to this lack of consensus on differences between transgender males and females, there is very little research on transgender nonbinary people.[231] Furthermore, even less in known about people who identify as only transgender, with no additional gender identity (what we refer to in our sample as "transgender only."). Considering that transgender only students in our survey experienced the most hostile climate, future research should further investigate this population of transgender people to increase knowledge and understanding of this identity. Of the research that exists on transgender and nonbinary people, very little is on transgender youth populations, and thus, our findings on transgender youth and other research on transgender adults are not wholly comparable, and differences between research studies could be due to developmental or generational differences. Clearly, further research is needed to explore differences among transgender students and potential factors accounting for those differences.

### *Experiences of Nonbinary Students*

In addition to those transgender students who identified as nonbinary (see above), there were other students in our survey who endorsed a nonbinary identity but did not also identify as transgender. This group included students who identified as "nonbinary," "genderqueer," and those who wrote in identities outside the gender binary, such as "bigender," "agender," or "genderfluid." Some nonbinary students also identified as male or female, but not cisgender or transgender. As reported above in the "Experiences of Transgender Students" section, nonbinary students had somewhat better school experiences than transgender-identified students. Compared to transgender students, nonbinary students were:

- Less likely to feel unsafe[232] or be victimized[233] based on their gender and their gender expression (see Figure 3.6 and Figure 3.7, respectively);
- Less likely to avoid gender segregated spaces in schools, such as bathrooms, locker rooms, and Gym/PE class (see Figure 3.8);[234]
- Less likely to avoid athletic fields or facilities;[235]
- More likely to feel connected to school, and report positive school belonging;[236]
- Less likely to have been prevented from using the locker rooms and bathrooms that match their gender and to have been prevented from using their chosen name and pronouns (see Table 3.1);[237]
- Less likely to have missed school or changed schools because of safety concerns (see Figure 3.9);[238] and
- Less likely to have been prevented from playing sports.[239]

However, nonbinary students were more likely than transgender students to feel unsafe based on sexual orientation (see Figure 3.6).[240] In addition, nonbinary students did not differ from transgender students on victimization based on sexual orientation (see Figure 3.7).[241] They also did not differ from transgender students on experiences of in- and out-of-school discipline (see Figure 3.11).[242] Lastly, nonbinary students did not differ from transgender students in avoiding school spaces or in experiences with anti-LGBTQ discriminatory policies and practices that were not gender-specific, except for the differences in sports and athletics related spaces and discrimination mentioned above.

Compared to cisgender LGBQ students, nonbinary students were:

- More likely to feel unsafe[243] at school and to experience higher levels of victimization[244] at school based on sexual orientation, gender expression, and gender (see Figures 3.6 and 3.7);
- More likely to avoid bathrooms, locker rooms, and Gym/Physical Education class because they felt unsafe or uncomfortable (see Figure 3.8);[245]
- More likely to report both missing school and changing school for safety reasons (see Figure 3.9);[246]
- More likely to experience discrimination at school, particularly for gender-related

discrimination such as names/pronouns or locker room access (see Table 3.1);[247] and

- More likely to experience in-school discipline (see Figure 3.11).[248]

**Differences among nonbinary students.** In examining differences among students who identified as nonbinary — those who identified as nonbinary or genderqueer, some other nonbinary identity, or as nonbinary and also male or female — we found few differences between nonbinary and genderqueer students and other nonbinary students. However, we did find significant differences between nonbinary male or female students compared to other students in the nonbinary group. Compared to other students in the nonbinary group, the group of nonbinary students who also identified as male or female were:

- Less likely to feel unsafe[249] and experience victimization[250] based on their gender (see Figures 3.6 and 3.7);

- Less likely to avoid bathrooms because of safety concerns (see Figure 3.8),[251] and

- Less likely to experience gender-related discrimination, including pronoun and name usage and bathroom and locker room access (see Table 3.1).[252]

### *Experiences of Cisgender LGBQ Students*

Overall, most LGBQ cisgender students faced hostile school climates, but experienced fewer negative experiences in school than did transgender students and nonbinary students. Compared to transgender and nonbinary students, cisgender students:

- Were less likely to feel unsafe based on sexual orientation, gender expression, and gender (see Figure 3.6);[253]

- Experienced lower levels of victimization based on sexual orientation, gender expression, and gender (see Figures 3.7);[254]

- Were less likely to avoid gender-segregated and all other spaces due to safety concerns (see Figure 3.8);[255]

- Were less likely to report missing school or changing schools due to safety concerns (see Figure 3.9);[256]

- Were less likely to experience anti-LGBTQ discrimination in school (see Figure 3.10);[257]

- Experienced lower rates of in-school discipline (see Figure 3.11);[258] and

- Were more likely to report that they planned to continue school after high school (94.5% for cisgender vs. 88.2% for transgender and 91.6% for nonbinary students).[259]

**Differences among cisgender LGBQ students.** There were a few notable differences between cisgender male and cisgender female LGBQ students. Compared to cisgender female students, cisgender male students:

- Were more likely to feel unsafe because of their gender expression[260] and experienced higher levels of victimization based on gender expression[261] (see Figures 3.6 and 3.7);

- Experienced higher levels of victimization based on sexual orientation (see Figure 3.7);[262]

- Were more likely to avoid gender segregated spaces, i.e. bathrooms, locker rooms, and Gym/ PE class (see Figure 3.8);[263] and

- Reported higher rates of school discipline (see Figure 3.11).[264]

In contrast, compared to cisgender male students, cisgender female students:

- Were more likely to feel unsafe because of their gender[265] and experienced higher levels of victimization based on gender[266] (see Figures 3.6 and 3.7);

- Were more likely to report missing school and changing schools because of safety concerns (see Figure 3.9);[267] and

- Were more likely to report experiencing any form of anti-LGBTQ discrimination at school (47.0% vs 41.6%).[268]

It is important to note that both LGBQ cisgender male and female students reported frequent victimization and high rates of discrimination. Nevertheless, the above findings indicate that they also face some differing challenges. Cisgender male students experienced feeling less safe at school and experienced greater victimization

regarding gender expression than cisgender female students. It is possible that our society allows for more fluidity of gender expression for girls, particularly compared to boys. For example, it is often considered more acceptable for a girl to behave in ways deemed "masculine" than for a boy to behave in ways deemed "feminine."[269] Conversely, cisgender female students experienced lower feelings of safety and greater victimization than cisgender male students with regard to their gender, illustrating the additional ways that female students may experience sexism at school.

### *Experiences of Questioning Students*

Little research exists on the experiences of youth who are questioning their gender identity. Overall, students in our survey who were questioning their gender identity experienced less hostile school climates than did transgender and nonbinary students. However, compared to cisgender students, questioning students:

- Were more likely to feel unsafe because of their gender expression and gender[270] and experience victimization[271] based on these characteristics (see Figures 3.6 and 3.7);
- Were more likely to experience victimization based on their sexual orientation (see Figure 3.7);[272]
- Were more likely to avoid gendered spaces at school, including bathrooms, locker rooms, and PE classes (see Figure 3.8);[273]
- Were more likely to have missed school due to safety concerns (see Figure 3.9),[274] and report positive school belonging;[275]
- Were more likely to report experiencing gender-based discrimination (see Table 3.1);[276] and
- Were more likely to experience in-school discipline (see Figure 3.11).[277]

In some instances, questioning students had similar experiences to transgender and nonbinary students. For example, questioning students experienced in-school discipline at the same rate as transgender and nonbinary students (see Figure 3.11).[278] Additionally, those three groups were similar in feeling unsafe[279] and in the severity of victimization based on sexual orientation (see Figures 3.6 and 3.7).[280] Furthermore, their school experiences differed quite significantly from cisgender students. These findings suggest that students questioning their gender may not be perceived as cisgender by their peers and teachers, leading to generally more hostile school experiences. When considering students who identify as "questioning," it is also important to recognize that it is unknown which gender identities they are specifically questioning. It could be that these students are questioning whether or not they are cisgender. It is also possible that they know they are not cisgender, but are questioning their non-cisgender identity (for example, questioning whether they are transgender and male or nonbinary). This latter type of questioning could help explain why questioning students in our survey more frequently reported school experiences that were similar to transgender and nonbinary students than experiences that were similar to cisgender students.

### *Conclusions*

Overall, we found that among the LGBTQ students in our survey, students whose identities do not align with their sex assigned at birth (i.e., transgender, nonbinary, genderqueer, and other nonbinary-identified students) faced a more hostile climate than their cisgender LGBQ peers. Specifically, transgender students appear to face the most hostile school climates. Our findings also highlight that transgender and nonbinary students have less access to education than their peers — not only because they feel more unsafe and experience more victimization, but also because they often have restricted access within the school environment itself, specifically, a lack of access to gender segregated spaces. School staff need to be aware of the various ways that gender-segregated spaces may be particularly difficult for transgender and gender nonconforming youth to navigate, and should work to ensure that all students have equal access to school facilities. Educators must also be mindful that improving school climate for transgender and nonbinary students goes beyond ensuring that they can access school facilities like bathrooms and locker rooms. They must work to be inclusive and affirming of transgender and nonbinary students in their teaching and in their interactions with transgender and nonbinary students.

Among LGBQ cisgender students, we found that cisgender male students encountered a more hostile school climate regarding their gender

expression and sexual orientation, whereas cisgender female students encountered a more hostile school climate with regard to their gender. Both the bias experienced by cisgender male students based on gender expression (i.e., stigmatizing boys who are perceived to be "feminine") and the bias experienced by cisgender female students based on gender can be considered manifestations of misogyny, in that they demonstrate hostility towards females and femininity. Thus, it is critical that efforts to combat victimization and marginalization of LGBTQ students at school also incorporate efforts to combat sexism.

# School Climate and Racial/Ethnic Identity

## Key Findings

- All LGBTQ students of color experienced similar levels of victimization based on race/ethnicity, although Black students were more likely to feel unsafe about their race/ethnicity than AAPI, Latinx, Native and Indigenous, multiracial, and White students.
- Native and Indigenous LGBTQ students were generally more likely than other racial/ethnic groups to experience anti-LGBTQ victimization and discrimination.
- Many LGBTQ students of color experienced victimization based on both their race/ethnicity and their LGBTQ identities. The percentages of students of color experiencing these multiple forms of victimization were similar across racial/ethnic groups.
- White students were less likely than all other racial/ethnic groups to feel unsafe or experience victimization because of their racial/ethnic identity.

As discussed previously in this report, many LGBTQ students feel unsafe at school or face identity-based victimization related to a variety of personal characteristics, including race/ethnicity. Furthermore, for students with multiple marginalized identities, such as LGBTQ youth of color, multiple forms of oppression may interact with and affect one another.[281] For example, the racism that an LGBTQ student of color experiences at school may impact the homophobia or transphobia that they experience, and vice versa.[282] Thus, we examined school climate for different racial/ethnic groups[283] of LGBTQ students in our survey: Arab American, Middle Eastern, and North African (MENA); Asian American, Pacific Islander, and Native Hawaiian (AAPI); Black; Latinx;[284] Native American, American Indian, and Alaska Native (referred to as "Native and Indigenous" in this section); multiracial; and White students. Specifically, we examined safety and victimization related to sexual orientation, gender expression, and race/ethnicity. We further examined how anti-LGBTQ bias may manifest for different racial/ethnic groups by also examining their experiences with anti-LGBTQ discriminatory school policies and practices. Finally, given previous research that indicates some youth of color may be disproportionately targeted by school staff for disciplinary action, as compared to their White peers,[285] we also examined students' experiences with school disciplinary action, including: in-school discipline (including referral to the principal, detention, and in-school suspension), out-of-school discipline (including out-of-school suspension and expulsion), and contact with the criminal justice system as a result of school discipline.

Throughout this section, we present the school experiences of each racial/ethnic group of LGBTQ students, and we specifically note statistically significant differences between groups. Further, because differences in outness and student body racial composition may also impact students' school experiences, we account for these and other demographic and school characteristics in our analyses, as appropriate.

### *Experiences of Arab American, Middle Eastern, and North African (MENA) LGBTQ Students*

Just over a quarter of MENA LGBTQ students (26.2%) felt unsafe at school regarding their race/ethnicity (see Figure 3.12), and nearly half (46.9%) were bullied or harassed based on their actual or perceived racial/ethnic identity (see Figure 3.13). We also found that MENA students were more likely than White students to feel unsafe[286] and to experience harassment[287] based on race/ethnicity.

The majority of MENA LGBTQ students reported negative school experiences related to their LGBTQ identity. Most (61.0%) felt unsafe regarding their sexual orientation, and over a third (40.5%) felt unsafe based on the way they express their gender, although we did not observe differences with other students (see Figure 3.12).[288] Approximately two-thirds (67.5%) experienced harassment or assault related to their sexual orientation, and nearly two-thirds (64.7%) experienced this kind of victimization related to their gender expression (see Figure 3.13). For both victimization based on sexual orientation and based on gender expression, MENA LGBTQ students experienced greater levels of harassment than Black and AAPI LGBTQ students.[289] Additionally, two-fifths of MENA LGBTQ students (42.2%) experienced both anti-LGBTQ and racist harassment at school.[290]

We also examined MENA LGBTQ students' experiences with anti-LGBTQ discriminatory school policies and practices, and found that nearly two-thirds (63.3%) encountered this type of discrimination at school (see Figure 3.14). MENA students were more likely than AAPI students to experience this discrimination.[291]

Many MENA LGBTQ students also experienced school discipline: 33.7% experienced some form of in-school discipline, and 7.2% experienced some form of out-of-school discipline (see Figure 3.15). Further, 1.4% had contact with law enforcement as a result of school discipline. We did not observe any differences between MENA students and others with regard to discipline.[292]

### *Experiences of Asian American, Pacific Islander, and Native Hawaiian (AAPI) LGBTQ Students*

Approximately a quarter of AAPI LGBTQ students (25.4%) felt unsafe at school regarding their race/ethnicity — less than Black LGBTQ students, but more than multiracial and White students (see Figure 3.12).[293] Furthermore, just over half (51.2%) were assaulted or bullied based on their actual or perceived race/ethnicity, and they faced

more frequent race-based harassment than White students (see Figure 3.13).[294]

The majority of AAPI LGBTQ students reported negative school experiences regarding their LGBTQ identity, although these experiences were somewhat less common than for other racial/ethnic groups. Nearly half of AAPI students (49.3%) felt unsafe regarding their sexual orientation and nearly a third (32.0%) felt unsafe regarding the way they express their gender (see Figure 3.12). However, AAPI students were less likely than White, Latinx, and Native and Indigenous youth to feel unsafe for either reason, and were also less likely than multiracial students to feel unsafe about their gender expression.[295] We also found that most AAPI LGBTQ students (55.7%) experienced harassment or assault related to their sexual orientation, and 43.5% experienced harassment or assault related to their gender expression (see Figure 3.13), although both were less severe than the victimization experienced by Latinx, MENA, Native and Indigenous, White, and multiracial LGBTQ students.[296] Despite the fact that AAPI students experienced comparatively lower levels of anti-LGBTQ experiences, it is important to note that two-fifths (40.8%) experienced both anti-LGBTQ and racist harassment at school.

Many AAPI LGBTQ students experienced anti-LGBTQ discriminatory school policies and practices. Over a third (35.5%) experienced anti-LGBTQ discrimination at school, although AAPI youth were less likely to experience this type of discrimination than all other racial/ethnic groups (see Figure 3.14).[297]

With regard to school disciplinary action, one-fifth of AAPI LGBTQ students (19.9%) experienced in-school discipline, although this was less than all others except Native and Indigenous students, and 2.8% experienced out-of-school discipline, which was less than Black LGBTQ youth (see Figure 3.15).[298] Finally, 0.6% of AAPI students had

**Figure 3.12 Sense of Safety at School by Race/Ethnicity**

contact with law enforcement as a result of school discipline.

### *Experiences of Black LGBTQ Students*

A quarter of Black LGBTQ students (25.9%) felt unsafe at school regarding their race/ethnicity (see Figure 3.12), and they were more likely than AAPI, Latinx, Native and Indigenous, multiracial, and White LGBTQ students to feel unsafe for this reason.[299] Furthermore, 43.2% of Black students experienced harassment or bullying based on their actual or perceived race/ethnicity, which was more frequent than the race-based victimization faced by White students (see Figure 3.13).[300]

Most Black LGBTQ students also reported negative school experiences due to their LGBTQ identity, although they were generally less likely to do so than LGBTQ youth of other racial/ethnic identities. Nearly half of Black students (47.5%) felt unsafe regarding their sexual orientation and approximately a third (32.3%) felt unsafe regarding their gender expression (see Figure 3.12). However, Black LGBTQ students were less likely than White, Latinx, and Native and Indigenous youth to feel unsafe about sexual orientation and gender expression, and were also less likely than multiracial students to feel unsafe about their gender expression.[301] Many Black LGBTQ students also experienced victimization based on their sexual orientation (58.6%) and their gender expression (46.0%), although they experienced lower levels of both forms of victimization than all other racial/ethnic groups except for AAPI students (see Figure 3.13).[302] Nevertheless, even though Black LGBTQ youth experienced comparatively lower levels of anti-LGBTQ victimization compared to most other students, over a third (34.7%) experienced both anti-LGBTQ and racist harassment at school.

**Figure 3.13 Experiences of In-School Victimization Based on Personal Characteristics by Race/Ethnicity**
(Percentage of LGBTQ Students Who Experienced any Bullying, Harassment, or Assault Based on . . .)

Arab American, Middle Eastern, and North African
46.9%
64.7%
67.5%
Asian American and Pacific Islander
43.5%
51.2%
55.7%
Black
43.2%
46.0%
58.6%
Latinx
44.9%
59.5%
71.2%
Native American, American Indian, and Alaska Native
48.3%
68.2%
82.0%
Multiracial
41.2%
62.3%
72.3%
White
11.0%
58.4%
70.4%
0%
20%
40%
60%
80%
100%
Sexual Orientation
Gender Expression
Race/Ethnicity

Many Black LGBTQ students also experienced anti-LGBTQ discriminatory school policies and practices. Nearly half (48.3%) experienced this type of discrimination in school — more than AAPI students, but less than Latinx, White, multiracial, and Native and Indigenous (see Figure 3.14).[303]

With regard to school discipline, a third of Black LGBTQ students (33.3%) experienced in-school discipline and nearly a tenth (8.8%) experienced out-of-school discipline (see Figure 3.15). Black LGBTQ students were more likely to experience both forms of discipline than LGBTQ AAPI students, and were also more likely to experience out-of-school discipline than White LGBTQ students.[304] Finally, 1.6% of Black LGBTQ students had contact with law enforcement as a result of school discipline.

### *Experiences of Latinx LGBTQ Students*

Approximately a fifth of Latinx LGBTQ students (20.5%) felt unsafe at school regarding their race/ethnicity (see Figure 3.12), and nearly half (44.9%) experienced bullying or harassment related to their race or ethnicity (see Figure 3.13). Latinx students were more likely than White and multiracial students to feel unsafe regarding their race/ethnicity, but less likely than Black students.[305] Latinx students were also more likely than White and multiracial students to experience bullying or harassment based on race/ethnicity.[306]

We also found that many Latinx students reported negative school experiences related to their LGBTQ identity. Over half of Latinx LGBTQ students (57.1%) felt unsafe at school regarding their sexual orientation, more than a third (43.2%) felt unsafe regarding their gender expression, and they were more likely than Black and AAPI students to feel unsafe for these reasons (see Figure 3.12).[307] Over two-thirds of Latinx students (71.2%) experienced peer victimization based on their sexual orientation, and over half (59.5%) experienced victimization based on how they express their gender (see Figure 3.13). Similar to feelings of safety, Latinx LGBTQ students were more likely than Black and AAPI students to experience both forms of anti-LGBTQ victimization, although they were less likely to experience homophobic victimization than Native and Indigenous LGBTQ students.[308] Notably, two-fifths of Latinx LGBTQ students (41.0%) experienced both anti-LGBTQ and racist harassment at school.

The majority of Latinx LGBTQ students (57.4%) also experienced anti-LGBTQ discriminatory school policies and practices (see Figure 3.14). Latinx students were more likely than Black and AAPI students to experience this type of discrimination.[309]

Regarding school discipline, more than a third of Latinx LGBTQ students (35.1%) experienced in-school discipline — more than White and AAPI students — and 5.9% experienced some form of out-of-school discipline (see Figure 3.15).[310] Additionally, 1.5% had contact with law enforcement as a result of school discipline.

**Figure 3.14 Experiences of Anti-LGBTQ Discrimination by Race/Ethnicity**
(Percentage of LGBTQ Students Experiencing Anti-LGBTQ Discriminatory School Policies and Practices)

### *Experiences of Native American, American Indian, and Alaska Native ("Native and Indigenous") LGBTQ Students*

Nearly one-fifth of Native and Indigenous LGBTQ students (17.2%) felt unsafe at school regarding their race/ethnicity (see Figure 3.12), and nearly half (48.3%) were bullied or harassed based on their actual or perceived race/ethnicity (see Figure 3.13). Native and Indigenous students were more likely than White students to feel unsafe regarding race/ethnicity, but less likely than Black students.[311] Native and Indigenous students were also more likely than White students to experience victimization based on race/ethnicity.[312]

The vast majority of Native and Indigenous LGBTQ students reported negative school experiences related to their LGBTQ identity, and were generally more likely to report these experiences than other racial/ethnic groups. Nearly three quarters of Native and Indigenous LGBTQ students felt unsafe regarding their sexual orientation (73.6%) and over half (56.3%) because of the way they express their gender (see Figure 3.12). Native and Indigenous students were also more likely than Black and AAPI students to feel unsafe for both reasons.[313] As shown in Figure 3.13, over four-fifths of Native and Indigenous students (82.0%) experienced harassment and assault based on their sexual orientation, and over two-thirds (68.2%) based on their gender expression. In fact, Native and Indigenous students experienced more severe homophobic victimization than all others, except for MENA students from whom they did not differ, and faced more severe victimization based on gender expression than White, Black, and AAPI students.[314] It is also important to note that nearly half (47.2%) experienced both anti-LGBTQ and racist harassment at school.

Experiences of anti-LGBTQ discriminatory school policies and practices were also common among Native and Indigenous students. Nearly three-fourths (73.6%) experienced this type of discrimination at school, and they were more likely to experience discrimination than Black and AAPI LGBTQ students (see Figure 3.14).[315]

Many Native and Indigenous LGBTQ students also experienced school disciplinary practices. Nearly two-fifths (37.1%) experienced in-school discipline, and nearly one-tenth (9.0%) experienced some form of out-of-school discipline (see Figure 3.15). In addition, 2.2% had contact with law enforcement as a result of school discipline. We, however, did not observe any differences regarding discipline between Native and Indigenous students and other groups.[316]

**Figure 3.15 Experiences of School Discipline by Race/Ethnicity**
(Percentage of LGBTQ Students Who Experienced School Discipline)

50%
40%
30%
20%
10%
0%
33.7%
19.9%
33.3%
35.1%
37.1%
38.6%
31.3%
7.2%
2.8%
8.8%
5.9%
9.0%
7.4%
4.6%
In-School Discipline (Principal's Office, Detention, In-School Suspension)
Out-of-School Discipline (Out-of-School Suspension, Expulsion)
Arab American, Middle Eastern, and North African
Asian American and Pacific Islander
Black
Latinx
Native American, American Indian, and Alaska Native
Multiracial
White

112 THE 2019 NATIONAL SCHOOL CLIMATE SURVEY

AR_281881

**"I feel…outnumbered, looked down upon. I have to work twice as hard just to be at par with a white boy with privilege, not to mention that being worse because of the fact that I'm not straight."**

### *Experiences of Multiracial LGBTQ Students*

Nearly a fifth of multiracial LGBTQ students (18.1%) felt unsafe in school regarding their race/ethnicity (see Figure 3.12), and they were more likely to feel unsafe for this reason than White students, but less likely than MENA, Black, and AAPI students.[317] Additionally, over two-fifths (41.2%) faced harassment based on racial/ethnic identity, and they faced more frequent harassment than White LGBTQ students (see Figure 3.13).[318]

Many multiracial LGBTQ students also reported negative school experiences regarding their LGBTQ identity. More than half (58.2%) felt unsafe at school regarding their sexual orientation, and more than two-fifths (44.3%) felt unsafe regarding the way they express their gender (see Figure 3.12). Although multiracial students did not differ from other students on feeling unsafe because of their sexual orientation, they were more likely than Black and AAPI students to feel unsafe regarding their gender expression.[319] The majority of multiracial LGBTQ students also experienced harassment regarding their LGBTQ identity — 72.3% faced harassment based on their sexual orientation and 62.3% experienced this victimization based on gender expression (see Figure 3.13). Multiracial students reported greater levels of homophobic victimization than Black and AAPI students, but lower levels than Native and Indigenous students. They also reported greater levels of victimization based on gender expression than Black and AAPI LGBTQ students.[320] Notably, over a third of multiracial LGBTQ students (36.5%) experienced both racist and anti-LGBTQ harassment at school.

We also found that the majority of multiracial LGBTQ students experienced anti-LGBTQ discriminatory policies and practices at school. Nearly two-thirds (64.4%) experienced this type of discrimination — more than Black and AAPI students (see Figure 3.14).[321]

Many multiracial LGBTQ students reported experiences with school discipline. Nearly two-fifths of multiracial LGBTQ students (38.6%) experienced in-school discipline, and nearly a tenth (7.4%) experienced some form of out-of-school discipline (see Figure 3.15). Multiracial students were more likely to experience both in-school and out-of-school discipline than White youth, and were also more likely to experience in-school discipline than AAPI youth.[322] Finally, 1.3% of multiracial LGBTQ students had contact with law enforcement as a result of school discipline.

### *Experiences of White LGBTQ Students*

A small number of White LGBTQ students (1.4%) felt unsafe at school regarding their race/ethnicity, and just over one-tenth (11.0%) experienced bullying or harassment based on their actual or perceived race/ethnicity (see Figures 3.12 and 3.13). Not surprisingly, White LGBTQ students were less likely than all other racial/ethnic groups to feel unsafe[323] or experience bullying or harassment[324] for this reason.

The majority of White LGBTQ students reported negative school experiences with regard to LGBTQ identity. Over half (60.1%) felt unsafe regarding their sexual orientation, and over two-fifths (42.7%) felt unsafe regarding their gender expression (see Figure 3.12). White students were more likely to feel unsafe regarding sexual orientation and gender expression than both Black and AAPI students.[325] More than two-thirds of White LGBTQ students (70.4%) experienced victimization related to their sexual orientation, and over half (58.4%) experienced victimization related to gender expression (see Figure 3.13). Similar to feelings of safety, White students were more likely to face anti-LGBTQ victimization than Black and AAPI students, although they were less likely to experience this victimization than Native and Indigenous students.[326] Although most White LGBTQ students had negative school experiences regarding their LGBTQ identity, only one-tenth (10.1%) experienced harassment based on both LGBTQ identity and actual or perceived race/ethnicity.

The majority of White LGBTQ youth (60.0%) experienced some form of anti-LGBTQ discrimination at school (see Figure 3.14). Furthermore, White students were more likely than Black and AAPI students to experience this form of discrimination.[327]

Regarding school discipline, just under a third of White LGBTQ students (31.3%) experienced some form of in-school discipline and 4.6% experienced out-of-school discipline (see Figure 3.15). White students were more likely than AAPI students to experience either form of discipline. However, they were less likely than multiracial and Latinx students to experience in-school discipline, and less likely than multiracial and Black students to report experiences with out-of-school discipline.[328] Finally, 1.1% of White students had contact with law enforcement as a result of school discipline.

## *Conclusions*

The majority of LGBTQ students of all races and ethnicities reported hostile school experiences due to their marginalized identities. Nevertheless, we observed some notable relationships between racial/ethnic identity and feelings of safety as well as experiences of victimization, discrimination, and disciplinary action in school.

With regard to students' experiences with race/ethnicity, it is interesting to note that nearly all LGBTQ students of color experienced similar rates of racist harassment, but Black LGBTQ students were more likely than nearly all others to feel unsafe about their race/ethnicity. In part, this may be related to the nature of racist victimization that Black LGBTQ students experience, which may occur at a similar rate but could be more severe than the harassment faced by other racial/ethnic groups. It is also likely that Black LGBTQ students' feelings of safety about their race are related to other experiences of racism not captured in this survey, given this country's long, ongoing, and pervasive culture of racism against Black communities in particular.[329]

Black and AAPI LGBTQ students were both generally less likely than others to have had anti-LGBTQ experiences at school. Conversely, we found that Native and Indigenous LGBTQ students were more likely to have experienced anti-LGBTQ bias in school than other racial/ethnic groups. It is unclear why anti-LGBTQ experiences differ across racial/ethnic groups in this way, and further research is warranted regarding the relationship between racial/ethnic identity and anti-LGBTQ school experiences.

Despite the differences that we found, it is important to acknowledge that all LGBTQ youth of color were at greater risk of experiencing multiple forms of victimization than their White LGBTQ peers.[330] Furthermore, our prior research has shown that LGBTQ youth of color who experienced both racist and anti-LGBTQ victimization at school reported the poorest well-being, and are most likely to feel unsafe at school, compared to those who experienced one or neither form of victimization.[331] Thus, school staff must support LGBTQ youth of color with an intersectional approach that acknowledges and responds to racism, homophobia, and transphobia, and to the ways these interconnected forms of oppression may influence one another. This approach must also acknowledge the uniquely harmful impact of racism on Black students and Black communities, in particular. Further research is needed to critically examine how school climate manifests for LGBTQ students of different racial and ethnic backgrounds, as well as best practices to serve these populations of youth.

# School Climate by School Characteristics

### Key Findings

- LGBTQ students in middle school had more hostile school experiences and less access to LGBTQ-related school supports than LGBTQ students in high school.
- LGBTQ students in private non-religious schools experienced a less hostile school climate than those in public or religious schools. LGBTQ students in private non-religious schools also had greater access to most LGBTQ-related school supports, however public schools were more likely to have a GSA and most likely to have LGBTQ-inclusive school library resources.
- Among students in public schools, those in charter schools were similar to those in regular public schools regarding anti-LGBTQ experiences and many resources and supports, although charter school students were more likely to have access to: inclusive curricular resources, supportive policies for transgender and nonbinary students, and a supportive administration. Regular public school students were more likely to have LGBTQ-inclusive school library resources.
- LGBTQ students in small towns or rural areas were most likely to hear anti-LGBTQ remarks, and experience anti-LGBTQ victimization and discrimination than students in urban and suburban schools. They were also least likely to have access to LGBTQ-related school supports.
- LGBTQ students in schools in the South were most likely to hear anti-LGBTQ remarks, and experience anti-LGBTQ victimization and discrimination than students in other regions. They were also least likely to have access to LGBTQ-related school supports.

LGBTQ students' experiences at school with regard to safety and LGBTQ-related supports may vary depending on the characteristics of the school itself. Students in our survey were asked about their grade level, the type of school they attend, and the geographic location of their school. We examined potential differences in LGBTQ students' reports of hearing anti-LGBTQ language, experiences of anti-LGBTQ victimization and discrimination, and access to LGBTQ-related resources and supports by school level, school type, locale, and geographic region.[332]

### *Differences by School Level*

We examined differences in the experiences of LGBTQ students in middle schools and high schools.[333] Overall, we found that LGBTQ middle school students reported a more hostile school climate than LGBTQ high school students.

**Biased language.** LGBTQ students in middle school heard homophobic remarks, including "that's so gay," "no homo," and other homophobic remarks, more frequently than LGBTQ students in high school. Middle school students, however, did not differ from high school students with regard to hearing gender-biased remarks, including negative remarks about gender expression and negative remarks about transgender people (see Table 3.2).[334]

**Peer victimization.** Middle school students also experienced higher levels of all types of anti-LGBTQ victimization, including victimization based on sexual orientation, gender expression, and gender (see Table 3.2).[335]

**Anti-LGBTQ discrimination.** Middle school students were more likely to experience anti-LGBTQ discriminatory school policies and practices than high school students (see Table 3.2).[336]

**LGBTQ-related resources and supports.** LGBTQ students in middle school were less likely to have access to LGBTQ-related resources and supports in school, as compared to those in high school (see Table 3.2).[337] LGBTQ middle school students were less likely to report having both comprehensive anti-bullying/harassment policies and policies supportive of transgender and nonbinary students. Middle school students reported having fewer supportive educators, less supportive school administrations, and fewer visible signs of LGBTQ support in school, specifically Safe Space stickers/posters. In addition, LGBTQ students in middle school were less likely than those in high school to report having LGBTQ-inclusive curriculum, including LGBTQ-inclusive sex education, as well as other LGBTQ-inclusive curricular resources, such as website access, library resources, and textbooks/other assigned readings. It is important to note, regarding LGBTQ-inclusive sex education, that we asked students about whether they had ever received this type of instruction, and as such, high school students would have had more opportunity to receive this type of curriculum than middle school students because they have had more years of schooling. Nevertheless, it is important that LGBTQ students receive LGBTQ-inclusive sex education early on before they are faced with situations that may put them at risk for sexual health problems, especially because prior research has shown that LGBTQ youth are more likely to engage in sexual health risk behaviors than non-LGBTQ youth.[338]

**"My school has both middle and high school students in the same building. The middle schoolers are much more intolerant of LGBTQ people. The high schoolers are much more supportive."**

Middle school students were also less likely to report that their school had a supportive student club, such as a GSA. However, among LGBTQ students who had a GSA in their school, those in middle school reported attending meetings more often.[339] It may be that because GSAs are less common in middle schools, there is a stronger commitment and greater effort among LGBTQ students to sustain those GSAs that do exist. It may also be that LGBTQ students in middle school are more likely than those in high school to seek support at GSA meetings, given the comparatively more hostile school climate in middle school.

Overall, these findings are consistent with research on the general population which indicates that students in middle schools face more hostile climates than students in high schools.[340] School districts should devote greater attention to implementing these LGBTQ-supportive resources in

**Table 3.2 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by School Level.***

| | Middle School | High School |
|---|---|---|
| **Anti-LGBTQ Language in School (Heard Often or Frequently)** | | |
| "Gay" Used in Negative Way (e.g., "that's so gay") | 87.4% | 73.4% |
| Other Homophobic Remarks | 59.4% | 54.4% |
| "No Homo" | 77.8% | 57.3% |
| Negative Remarks About Gender Expression | 52.1% | 53.2% |
| Negative Remarks About Transgender People | 45.0% | 43.8% |
| **Experiences of LGBTQ-Related Victimization (Any Bullying/ Harassment/Assault)** | | |
| Victimization Based on Sexual Orientation | 80.7% | 67.2% |
| Victimization Based on Gender Expression | 64.6% | 56.4% |
| Victimization Based on Gender | 61.5% | 54.4% |
| **Discriminatory School Policies and Practices** | | |
| Any LGBTQ-Related Discrimination | 68.9% | 55.7% |
| **School Resources and Supports** | | |
| GSAs | | |
| Presence of GSA | 34.3% | 73.5% |
| Curricular Inclusion | | |
| Positive LGBTQ Curricular Inclusion | 15.7% | 20.4% |
| Negative LGBTQ Curricular Inclusion | 14.8% | 16.5% |
| Positive LGBTQ Inclusion in Sex Education | 7.4% | 8.6% |
| Curricular Resources | | |
| LGBTQ Website Access | 45.9% | 59.4% |
| LGBTQ Library Resources | 44.3% | 52.2% |
| LGBTQ Inclusion in Textbooks or Other Assigned Readings | 11.3% | 21.7% |
| Supportive Educators | | |
| Many (11 or More Supportive Staff) | 32.3% | 46.8% |
| Supportive Administration (Somewhat or Very Supportive) | 35.7% | 45.0% |
| Safe Space Stickers/Posters | 45.2% | 70.8% |
| Inclusive and Supportive Policies | | |
| Comprehensive Anti-Bullying/Harassment Policy | 10.7% | 14.8% |
| Transgender/Nonbinary Student Policy | 7.2% | 12.1% |

*Note: The percentages shown in the table are raw percentages. Because demographic differences were controlled for in the analyses, the raw percentages may not reflect differences in the analyses.

middle schools and to addressing anti-LGBTQ bias in younger grades, before it becomes engrained in middle school students' behaviors and attitudes. With specific regard to school policies, given that comprehensive anti-bullying/harassment policies and supportive policies for transgender and nonbinary students are often mandated at the district level, one would not necessarily expect any differences by school level. It may be that younger students are less aware of protective policies at their schools, and as such, school districts may need to increase efforts to educate students at all school levels about their rights. It also might reflect that some districts are inconsistent in the implementation of policies among their schools, particularly middle schools, and in such cases, districts must ensure that all schools are following district policies about school climate.

### *Differences by School Type*

We examined differences in the experiences of LGBTQ students in public schools, religious schools, and private non-religious schools. Overall, we found that LGBTQ students in private non-religious schools experienced the least hostile school climates.

**Biased language.** Overall, we found that LGBTQ students from public schools were most likely to hear LGBTQ-biased language at school, whereas LGBTQ students in private non-religious schools were least likely to hear this type of language (see Table 3.3).[341] Specifically, LGBTQ students in private non-religious schools heard all types of anti-LGBTQ remarks less frequently than public school students, and heard most types of anti-LGBTQ remarks less frequently than religious school students, with the exception of hearing "no homo" where there were no differences between private non-religious and religious school students. There were also differences between LGBTQ students in public schools and those in religious schools, although they were somewhat more nuanced. LGBTQ students in religious schools heard most types of homophobic remarks less frequently than those in public schools, with the exception of hearing "gay" used in a negative way where there were no differences. However, public school students heard negative remarks about gender expression less frequently than religious school students. There were no differences between public and religious school students on hearing negative remarks about transgender people.

Among public school students, we also examined anti-LGBTQ language between students in charter schools and those in regular public schools. However, for all types of anti-LGBTQ remarks, we did not observe any differences (see Table 3.3).[342]

**Peer victimization.** The frequency of anti-LGBTQ victimization also differed across school type (see Table 3.3).[343] LGBTQ students in public schools generally experienced higher levels of anti-LGBTQ victimization than others. Specifically, public school students experienced higher levels of all types of anti-LGBTQ victimization than those in private non-religious schools, and higher levels of victimization based on gender than those in religious schools. However, public school and religious school students did not differ on victimization based on sexual orientation and based on gender expression. Private non-religious school students and religious school students did not differ on any type of anti-LGBTQ victimization. Furthermore, among public school students, there were no significant differences with regard to victimization between those in charter schools and those in regular public schools (see Table 3.3).[344]

**Anti-LGBTQ discrimination.** Students in private non-religious schools were the least likely to report experiencing anti-LGBTQ discriminatory school policies and practices, and students in religious schools were the most likely to experience anti-LGBTQ discrimination (see Table 3.3).[345] Among public school students, there were no significant differences in experiences with discrimination between those in charter schools and those in regular public schools (see also Table 3.3).[346]

**LGBTQ-related resources and supports.** We examined differences by school type regarding LGBTQ students' access to LGBTQ-related school supports, including: GSAs, supportive staff, LGBTQ-inclusive curriculum, other curricular resources, and inclusive and supportive school policies. Overall, students in religious schools were less likely to report having LGBTQ-related resources and supports in their schools, and students in private non-religious schools were more likely to report having these resources and supports (see Table 3.3).[347] Furthermore, there were few differences in the availability of LGBTQ-related resources and supports among public school students between those in charter schools and those in regular public schools (see also Table 3.3).[348]

**Table 3.3 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by School Type.***

| | Public** | | | Private | Religious |
|---|---|---|---|---|---|
| | All Public | Regular Public | Charter | | |
| **Anti-LGBTQ Language in School (Heard Often or Frequently)** | | | | | |
| "Gay" Used in Negative Way (e.g., "that's so gay") | 77.2% | 77.3% | 74.5% | 54.5% | 70.9% |
| Other Homophobic Remarks | 56.5% | 56.6% | 55.6% | 31.3% | 46.8% |
| "No Homo" | 61.7% | 61.6% | 64.2% | 51.8% | 54.1% |
| Negative Remarks About Gender Expression | 53.4% | 53.4% | 53.3% | 47.1% | 60.7% |
| Negative Remarks About Transgender People | 44.9% | 44.9% | 44.4% | 29.0% | 42.8% |
| **Experiences of LGBTQ-Related Victimization (Any Bullying/ Harassment/Assault)** | | | | | |
| Victimization Based on Sexual Orientation | 70.9% | 70.7% | 75.1% | 58.9% | 68.1% |
| Victimization Based on Gender Expression | 58.8% | 58.6% | 65.2% | 51.6% | 57.4% |
| Victimization Based on Gender | 56.5% | 56.3% | 60.8% | 51.4% | 44.4% |
| **Discriminatory School Policies and Practices** | | | | | |
| Any LGBTQ-Related Discrimination | 58.7% | 58.5% | 62.3% | 51.2% | 83.5% |
| **School Resources and Supports** | | | | | |
| GSAs | | | | | |
| Presence of GSA | 63.9% | 64.0% | 61.2% | 57.9% | 14.9% |
| Curricular Inclusion | | | | | |
| Positive LGBTQ Curricular Inclusion | 18.8% | 18.4% | 26.8% | 32.9% | 13.2% |
| Negative LGBTQ Curricular Inclusion | 15.6% | 15.5% | 16.3% | 13.1% | 59.2% |
| Positive LGBTQ Inclusion in Sex Education | 8.0% | 7.9% | 11.0% | 14.2% | 3.1% |
| Curricular Resources | | | | | |
| LGBTQ Website Access | 56.1% | 56.0% | 57.1% | 68.7% | 42.3% |
| LGBTQ Library Resources | 50.5% | 50.8% | 42.9% | 43.1% | 24.1% |
| LGBTQ Inclusion in Textbooks or Other Assigned Readings | 18.9% | 18.8% | 21.8% | 26.4% | 27.0% |
| Supportive Educators | | | | | |
| Many (11 or More Supportive Staff) | 42.8% | 42.9% | 40.5% | 50.2% | 17.2% |
| Supportive Administration (Somewhat or Very Supportive) | 42.4% | 42.2% | 46.5% | 55.9% | 18.6% |
| Safe Space Stickers/Posters | 64.4% | 64.5% | 62.6% | 65.9% | 19.5% |
| Inclusive and Supportive Policies | | | | | |
| Comprehensive Anti-Bullying/Harassment Policy | 13.6% | 13.6% | 14.3% | 16.9% | 3.6% |
| Transgender/Nonbinary Student Policy | 10.9% | 10.7% | 13.8% | 17.3% | 2.6% |

*Note: The percentages shown in the table are raw percentages. Because demographic differences were controlled for in the analyses, the raw percentages may not reflect differences in the analyses.

**Analyses were conducted on all public schools. Within public schools, analyses were also conducted on regular (non-charter) and charter schools.

Students in private non-religious schools were most likely to have LGBTQ-related supportive school resources, with a few exceptions. We did not observe a difference between those in private non-religious schools and those in religious schools regarding access to LGBTQ-related textbooks and other assigned reading materials. Further, we did not observe a difference between those in private non-religious and those in public schools regarding visible displays of support (i.e., Safe Space stickers/posters), and private non-religious school students were actually less likely than those in public schools to have GSAs and LGBTQ-related library resources.

In contrast to private non-religious schools, students in religious schools were least likely to report having most supportive school resources we examined, including: GSAs, LGBTQ-inclusive curriculum, access to LGBTQ-related websites, LGBTQ-related library resources, indicators of supportive school personnel (i.e., supportive educators, supportive school administration, Safe Space stickers/posters), comprehensive anti-bullying/harassment policies, and policies supportive of transgender and nonbinary students. Furthermore, religious school students were most likely to report *negative* representations of LGBTQ people and topics in their curriculum (see Table 3.3).[349] However, we also found that LGBTQ students in religious schools were more likely to have LGBTQ-related information in textbooks or other assigned readings than public school students, and as previously mentioned, were not different from private non-religious school students in their access to these types of resources.

It is perhaps surprising that LGBTQ students in our sample from religious schools reported more LGBTQ content in their textbooks or other assigned readings than public school students. However, students in the survey were asked about any LGBTQ inclusion in textbooks and assigned readings, regardless of its nature. Considering the finding that religious school students were more likely than others to report being taught negative LGBTQ content, it is possible that the LGBTQ topics included in students' textbooks and assigned readings are often included in a negative manner.

Within public schools, students in charter schools and students in regular public schools did not differ regarding access to most LGBTQ resources and supports. However, students in charter schools were more likely than those in regular public schools to report having LGBTQ-inclusive curriculum, including LGBTQ-inclusive sex education, as well as supportive transgender and nonbinary student policies. Charter school students also reported having more supportive administrations. However, students in charter schools were less likely to have access to LGBTQ-related library resources than those in regular public schools.

In general, we found that private non-religious schools were more positive environments for LGBTQ youth than public or religious schools, as private non-religious school students were least likely to hear anti-LGBTQ remarks, least likely to experience anti-LGBTQ victimization or discrimination, and were most likely to have LGBTQ-related school resources and supports. The differences between LGBTQ student experiences in religious schools and those in public schools, however, are more nuanced. Students in religious schools were less likely than those in public schools to hear homophobic remarks and to experience victimization based on gender, but they were more likely to hear negative remarks about gender expression, more likely to experience LGBTQ-related discrimination at school, and less likely to have LGBTQ resources and supports.

The results regarding gender-based bias, in particular, indicate a somewhat complex pattern. Compared to students in public schools, those in religious schools experienced less gender-based victimization and similar rates of victimization based on gender expression. However, students in religious schools were more likely to hear negative comments about gender expression. In part, this pattern may come from a culture in religious schools that is often more gendered than in public schools. For example, students in religious schools were more likely than those in public schools to report that they attended a single-sex school (17.0% vs 0.2%),[350] and students in religious schools were also more likely to report school practices that separated students by gender or held them to different standards based on gender, such as gendered dress codes or uniforms.[351] Thus, the gender of LGBTQ students' peers in religious schools may be more homogenous, whereas gender expression would still vary among students. As such, one might expect less victimization based on gender, but one might not necessarily expect less victimization based on gender expression, as we saw in our findings. Furthermore, students in religious schools were less likely than those in

public schools to report that school staff intervened on negative remarks about gender expression,[352] which may reflect more traditional attitudes and values in religious schools about gender roles.

In addition to the gendered culture and practices in many religious schools, it is also important to note that all private schools, both religious and non-religious, can select who attends their school and can more easily expel students than public schools, which could result in comparatively lower rates of harassment that LGBTQ students experience in private non-religious schools. However, the policies and practices of some religious schools may reflect a more negative, anti-LGBTQ attitude of their specific religious doctrine or beliefs, which in turn, may result in greater LGBTQ-related discrimination and fewer supports.

Despite the differences we found between public, religious, and private non-religious schools, we found that LGBTQ students in all three school types commonly reported experiences of anti-LGBTQ remarks, victimization, and discrimination. For all types of schools, more effort needs to be made to provide positive school environments for LGBTQ youth. With specific regard to religious schools, greater efforts toward providing more inclusive curricular resources and policies for LGBTQ students are specifically warranted. In addition, given that little is known about the expulsion of LGBTQ students in private schools, further research is needed to better understand how these and other school disciplinary actions might affect school climate for LGBTQ students. Furthermore, there is a need for action in all types of schools to combat policies that create a hostile climate for LGBTQ students.

Among students in public schools, specifically, those in charter schools were generally similar to those in regular public schools with regard to anti-LGBTQ experiences. With regard to LGBTQ-related resources and supports, however, students in charter schools were more likely to have inclusive curricular materials, supportive transgender and nonbinary policies, and a supportive administration. With regard to curricular inclusion in particular, it may be that charter schools provide more curricular flexibility for teachers than regular public schools. In contrast, charter schools were less likely to have LGBTQ-related library resources than regular public schools, although this may be related to charter schools having fewer library resources in general than regular public schools.[353] More research is needed to understand these differences in resources and supports between charter schools and regular public schools. With increased attention paid to charter schools in recent years, it is also important that future research further examines the experiences of LGBTQ students in these schools. As charter schools may vary widely in their missions, ideals, and practices, further exploration into how various types of charter schools address LGBTQ student issues would be particularly valuable.

**"I go to a Catholic school... My school also was begged by LGBT students to create a support group of LGBT or some of the sort. Students asked for literally 4 years, and they told them straight up NO."**

### *Differences by Locale*

We examined differences in the experiences of LGBTQ students in urban, suburban, and rural schools. Overall, we found that LGBTQ students in rural schools experienced the most hostile school climates.

**Biased language.** LGBTQ students in rural schools reported hearing most types of anti-LGBTQ remarks more frequently than those in other locales, and there were few differences between students in urban and those in suburban schools.[354] The one exception was the phrase "no homo" — students in urban schools reported hearing this more frequently than those in suburban schools, but did not differ from students in rural schools (see Table 3.4).

**Peer victimization.** LGBTQ students in suburban schools experienced less anti-LGBTQ victimization compared to students in other locales.[355] LGBTQ students in urban schools were less likely to experience victimization based on sexual orientation than LGBTQ students in rural schools, but students in the two regions did not differ in victimization based on gender expression and victimization based on gender (see Table 3.4).

**Table 3.4 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by Locale.***

| | Urban | Suburban | Rural/ Small Town |
|---|---|---|---|
| **Anti-LGBTQ Language in School (Heard Often or Frequently)** | | | |
| "Gay" Used in Negative Way (e.g., "that's so gay") | 71.6% | 73.3% | 81.7% |
| Other Homophobic Remarks | 51.3% | 50.0% | 63.5% |
| "No Homo" | 62.9% | 59.1% | 61.8% |
| Negative Remarks About Gender Expression | 52.8% | 51.1% | 56.8% |
| Negative Remarks About Transgender People | 40.1% | 40.7% | 51.0% |
| **Experiences of LGBTQ-Related Victimization (Any Bullying/Harassment/Assault)** | | | |
| Victimization Based on Sexual Orientation | 68.8% | 66.1% | 76.4% |
| Victimization Based on Gender Expression | 59.8% | 54.6% | 62.7% |
| Victimization Based on Gender | 57.5% | 52.5% | 59.2% |
| **Discriminatory Policies and Practices** | | | |
| Any LGBTQ-Related Discrimination | 57.7% | 55.1% | 66.1% |
| **School Resources and Supports** | | | |
| GSAs | | | |
| Presence of GSA | 65.6% | 71.6% | 44.3% |
| Curricular Inclusion | | | |
| Positive LGBTQ Curricular Inclusion | 23.9% | 21.0% | 13.9% |
| Negative LGBTQ Curricular Inclusion | 16.5% | 15.5% | 19.4% |
| Positive LGBTQ Inclusion in Sex Education | 11.0% | 8.5% | 5.6% |
| Curricular Resources | | | |
| LGBTQ Website Access | 57.1% | 59.5% | 51.6% |
| LGBTQ Library Resources | 46.3% | 52.3% | 46.5% |
| LGBTQ Inclusion in Textbooks or Other Assigned Readings | 21.3% | 21.8% | 15.2% |
| Supportive Educators | | | |
| Many (11 or More Supportive Staff) | 46.5% | 49.8% | 28.3% |
| Supportive Administration (Somewhat or Very Supportive) | 46.6% | 46.4% | 33.5% |
| Safe Space Stickers/Posters | 67.7% | 70.6% | 47.9% |
| Inclusive and Supportive Policies | | | |
| Comprehensive Anti-Bullying/Harassment Policy | 14.4% | 15.4% | 10.1% |
| Transgender/Nonbinary Student Policy | 14.1% | 11.4% | 7.9% |

*Note: The percentages shown in the table are raw percentages. Because demographic differences were controlled for in the analyses, the raw percentages may not reflect differences in the analyses.

**Anti-LGBTQ discrimination.** LGBTQ students in rural schools were more likely to experience anti-LGBTQ discrimination than those in other locales. There were no differences in experiences of this kind of discrimination between students in urban schools and students in suburban schools (see Table 3.4).[356]

**LGBTQ-related resources and supports.** Overall, LGBTQ students in rural schools were least likely to report having LGBTQ-related resources and supports in their schools (see Table 3.4).[357] Specifically, students from rural schools had less access to all LGBTQ-related resources and supports than students in suburban schools. Students in rural schools also had less access to most LGBTQ-related resources and supports than students in urban schools, except they did not differ on the availability of LGBTQ-related library resources.

The pattern of differences between students in urban and suburban schools in regard to school resources was somewhat mixed. Students in urban schools were more likely to have LGBTQ-inclusive curriculum, LGBTQ-inclusive sex education, and supportive transgender and nonbinary student policies than students in suburban schools. However, students in urban schools were less likely to have GSAs, supportive educators, Safe Space stickers/posters, LGBTQ-related website access, and LGBTQ-related library resources than students in suburban schools. Certain resources, such as an educator who shows support of LGBTQ students or displays of a Safe Space sticker/poster, or a librarian who selects LGBTQ-related content to be included in the school library, may more likely be a result of individual-level actions taken by educators and staff. In contrast, other resources, such as positive curricular inclusion or LGBTQ-supportive policies, may more likely be a result of district-level stipulations by school board or district leadership. With regard to resources driven by individual-level actions, differences between urban and suburban schools may be caused by inequities in funding and resources. Urban schools often have fewer financial resources relative to the size of the student population than suburban schools,[358] and thus, educators in urban schools may have less access to training and supports that facilitate LGBTQ-inclusion. With regard to resources driven by institutional action, such as curriculum and policy, differences between urban and suburban schools may be related to differences in social and political attitudes of the local communities. There tends to be greater community acceptance of LGBTQ people in urban areas than in suburban areas.[359] As such, there may be a greater willingness, or less resistance, on the part of district administrations or school boards in urban areas to provide institutional LGBTQ-related resources and supports in the schools. However, more research is warranted to understand why LGBTQ students in suburban schools have greater access to the other types of resources and supports.

Overall, our findings indicate that schools in rural areas were the most unsafe and were least likely to have LGBTQ-related school resources and supports. Although schools in suburban areas appeared to be safest for LGBTQ students, they sometimes lagged behind urban schools with regard to certain resources and supports. More research is needed to examine the relationship between school supports and their effect on school climate for LGBTQ students, particularly while taking into account differences by locale. Nevertheless, given the positive impact of LGBTQ-related school resources and supports, specific efforts should be made to increase these resources in all schools, particularly in rural schools where there may be the greatest need.

### *Differences by Region*

We examined differences in experiences of LGBTQ students in the South, Midwest, West, and Northeast. In general, LGBTQ students from the South and Midwest reported a more hostile school climate than students from the West and Northeast.

**Biased language.** Overall, LGBTQ students from the South and Midwest were more likely to hear anti-LGBTQ language than students in the Northeast and West (see Table 3.5).[360] For all types of anti-LGBTQ remarks, except for the phrase, "no homo," students in the South reported the highest rates relative to all other regions, students in the Midwest reported higher rates than students in the Northeast and West, and students in the Northeast and West did not differ. For the expression "no homo," students in the Northeast were the least likely to hear the phrase "no homo" in school, compared to all other regions. Further, students in the Midwest were less likely to hear "no homo" in school than those in the South and those in the West. However, we did not find that those in

**Table 3.5 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by Region.***

| | South | Midwest | West | Northeast |
|---|---|---|---|---|
| **Anti-LGBTQ Language in School (Heard Often or Frequently)** | | | | |
| "Gay" Used in Negative Way (e.g., "that's so gay") | 81.4% | 75.7% | 72.6% | 70.8% |
| Other Homophobic Remarks | 60.7% | 55.3% | 48.4% | 51.0% |
| "No Homo" | 65.8% | 59.5% | 64.0% | 52.6% |
| Negative Remarks About Gender Expression | 57.6% | 53.5% | 50.4% | 49.5% |
| Negative Remarks About Transgender People | 48.7% | 46.5% | 39.4% | 39.1% |
| **Experiences of LGBTQ-Related Victimization (Any Bullying/Harassment/Assault)** | | | | |
| Victimization Based on Sexual Orientation | 74.4% | 71.4% | 67.1% | 65.3% |
| Victimization Based on Gender Expression | 60.8% | 59.5% | 57.2% | 54.7% |
| Victimization Based on Gender | 56.6% | 56.6% | 56.6% | 52.9% |
| **Discriminatory Policies and Practices** | | | | |
| Any LGBTQ-Related Discrimination | 68.1% | 61.6% | 54.0% | 49.2% |
| **School Resources and Supports** | | | | |
| GSAs | | | | |
| Presence of GSA | 46.8% | 60.7% | 71.6% | 73.8% |
| Curricular Inclusion | | | | |
| Positive LGBTQ Curricular Inclusion | 12.2% | 17.8% | 25.4% | 25.2% |
| Negative LGBTQ Curricular Inclusion | 19.9% | 17.7% | 16.2% | 12.8% |
| Positive LGBTQ Inclusion in Sex Education | 2.3% | 5.9% | 13.7% | 13.3% |
| Curricular Resources | | | | |
| LGBTQ Website Access | 47.0% | 59.5% | 56.9% | 65.8% |
| LGBTQ Library Resources | 43.5% | 51.0% | 48.3% | 55.8% |
| LGBTQ Inclusion in Textbooks or Other Assigned Readings | 16.7% | 19.5% | 21.5% | 22.1% |
| Supportive Educators | | | | |
| Many (11 or More Supportive Staff) | 30.7% | 40.8% | 47.0% | 55.9% |
| Supportive Administration (Somewhat or Very Supportive) | 29.0% | 41.6% | 49.2% | 55.0% |
| Safe Space Stickers/Posters | 45.5% | 62.1% | 73.0% | 77.7% |
| Inclusive and Supportive Policies | | | | |
| Comprehensive Anti-Bullying/Harassment Policy | 6.3% | 10.6% | 18.3% | 21.6% |
| Transgender/Nonbinary Student Policy | 4.6% | 9.6% | 15.0% | 17.1% |

*Note: The percentages shown in the table are raw percentages. Because demographic differences were controlled for in the analyses, the raw percentages may not reflect differences in the analyses.

**"I live in a fairly rural area, so it is a lot of old fashioned people there...So I did get called some names and a couple of shoves in the hall, but nothing that bad. Teachers could see these things, but they never do anything. Even the teachers I was closest to didn't care. Getting involved in a matter like that would very much so hurt their reputation with other students."**

the South and those in the West differed in the frequency of hearing this type of remark.

**Peer victimization.** Overall, LGBTQ students from the Northeast reported the lowest levels of anti-LGBTQ victimization, compared to students from all other regions (see Table 3.5).[361] In contrast, LGBTQ students from the South generally experienced higher levels of anti-LGBTQ victimization than students from all other regions. Specifically, students from the South experienced higher levels of victimization based on sexual orientation than those in all other regions. Students in the South also experienced higher levels of victimization based on gender expression and based on gender than those in the Northeast, but did not differ from students in the Midwest or the West. Students in the Midwest experienced higher levels of all forms of anti-LGBTQ victimization than students in the Northeast, but they did not differ from students in the West. Lastly, students in the West experienced higher levels of victimization based on gender expression and based on gender than students in the Northeast, but they did not differ regarding victimization based on sexual orientation.

**Anti-LGBTQ discrimination.** Students from the Northeast were least likely to experience anti-LGBTQ discriminatory school policies and practices, followed by students from the West, and then students from the Midwest (see Table 3.5).[362] Students from the South were the most likely to experience anti-LGBTQ discriminatory school policies and practices, compared to all other regions.

**LGBTQ-related resources and supports.** Students from the Northeast were, for the most part, more likely to report having access to LGBTQ-related school resources and supports than all other regions, and students from the South were the least likely to report having access to resources and supports than all other regions (see Table 3.5).[363]

Students in the Northeast were more likely than those in the Midwest to have access to all resources and supports that we examined. Students in the Northeast also were more likely than those in the West to report having supportive school personnel, LGBTQ website access, LGBTQ library resources, and comprehensive anti-bullying/harassment policies, but they did not differ regarding curricular inclusion, GSAs, LGBTQ-related textbooks/other assigned readings, and supportive transgender and nonbinary policies. Students in the West were more likely to report having GSAs, curricular inclusion, supportive school personnel, and school policies than students in the Midwest, but did not differ regarding LGBTQ website access, LGBTQ library resources, and LGBTQ-related textbooks/other assigned readings.

Overall, LGBTQ students in the South and Midwest faced more negative school climates and less access to LGBTQ-related resources and supports, compared to those in the Northeast and West. These regional findings highlight that much more needs to be done to ensure that LGBTQ students are safe no matter where they attend school, and that education leaders and safe school advocates must pay particular attention to schools in regions where LGBTQ students experience a more hostile school climate. Given that attitudes about LGBTQ people are less positive in the South and Midwest,[364] further inquiry is needed on how best to implement LGBTQ resources and supports in schools in more conservative regions, in spite of cultural and political beliefs towards the LGBTQ community. Furthermore, national efforts regarding bullying prevention and positive school climate must not only take into account the overall experiences of LGBTQ students, but they must also

acknowledge and respond to regional differences regarding anti-LGBTQ victimization and access to LGBTQ student supports.

### *Conclusions*

Overall, schools nationwide are not safe learning environments for LGBTQ students and are lacking in LGBTQ resources and supports, and they differ by school and geographical characteristics. By and large, the majority of LGBTQ students in middle schools, from schools in rural areas, and from schools in the South and Midwest experience more hostile school climate, and have less access to LGBTQ-related resources and supports.

With regard to school type, the picture of school climate for LGBTQ students is more complex. It is evident from our findings that private non-religious schools were safer and had more supportive resources for LGBTQ students than religious and public schools. However, the differences between religious and public schools were more nuanced. LGBTQ students in religious schools were less likely to hear homophobic remarks and experienced less victimization based on gender than those in public schools, but were more likely to hear gender-biased remarks. Furthermore, students in public schools had more positive LGBTQ supports and resources and were less likely to experience anti-LGBTQ discrimination. Thus, as discussed in the section above, religious schools may be physically safer but not supportive or equitable environments.

In the recent 2020 Supreme Court ruling *Bostock v. Clayton County, Georgia* and two other consolidated cases,[365] the determination was that discrimination based on sexual orientation or gender identity is a violation of Title VII's prohibition on employment discrimination based on sex. However, there is no federal legislation that has *explicitly* established protections from discrimination in schools based on sexual orientation and gender identity, and additional fixes must be added to federal law. Further, private religious schools can be exempt from Title IX protections while public schools are not eligible for the same exemption, which allows religious schools the opportunity to discriminate against LGBTQ students without the same legal ramifications as public schools.[366] Given the lack of consistent enforcement of federal protections from anti-LGBTQ discrimination for LGBTQ students, along with our findings regarding LGBTQ youth in religious schools, it is evident that focused efforts must be made to provide positive school environments for LGBTQ youth in these schools.

Efforts should be made to ensure that schools are safe and welcoming for all students across these school characteristics, while paying particular attention to school characteristics with the most hostile school climate. Furthermore, efforts should be made to ensure that LGBTQ students are provided with access to LGBTQ-related resources and supports, with particular attention to the types of schools that are least likely to have such resources and supports.



# PART FOUR: INDICATORS OF SCHOOL CLIMATE OVER TIME

The 2016–2017 GLSEN National Student Council (NSC) meet with Congressman John Lewis. Lewis, who died in 2020, helped organize the 1968 March on Washington and was a decades-long champion for LGBTQ rights. GLSEN's NSC met Representative Lewis as part of the 2016 NSC summit in Washington, D.C.

AR_281897

# Indicators of School Climate Over Time

## Key Findings

- From 2001 to 2015, there had been a general downward trend in students' frequency of hearing homophobic remarks at school. In 2019, the frequency of hearing homophobic remarks like "fag" or "dyke" was lower than all prior years, and these remarks did not differ between 2015 and 2017. However, there has been a sizeable increase in frequency of hearing "no homo" at school in 2019, after a consistent pattern of decline between 2011 and 2017.

- There had been a decrease in hearing negative remarks about someone's gender expression from 2017 to 2019. There was also a decrease of negative remarks about transgender people between 2017 and 2019, after a steady increase between 2013 and 2017.

- With regard to remarks from school staff, after seeing a steady decline in students' frequency of hearing homophobic remarks from school staff from 2007 to 2013, and no change from 2013 to 2017, we saw a decrease from staff on homophobic remarks once again in 2019. Furthermore, we saw an increase in frequency from 2013 to 2017 in hearing school staff making negative remarks about gender expression, but these remarks decreased in 2019 to levels that are similar to our findings from 2015.

- Students' frequency of experiencing verbal harassment based on sexual orientation did not change from 2015 to 2019, but frequency of victimization based on gender expression resumed a pattern of decline in 2019, following an increase between 2015 and 2017.

- Frequency of experiencing physical harassment based on sexual orientation resumed a pattern of decline in 2019 after no change occurred in 2017, and frequency of physical assault based on sexual orientation resumed a pattern of decline in 2019 after no change occurred in 2015 and 2017. For physical harassment and assault based on gender expression, there continued to be a pattern of modest decline, and was lower in 2019 than all prior years.

- LGBTQ students' reporting of incidents or harassment to school staff in 2019 was similar to 2017, and greater than nearly all other years. However, students' reports on the effectiveness of staff's responses to these incidents in 2019 has remained similar from 2013 to 2017, and is somewhat lower than prior years.

- Overall, LGBTQ students were less likely to experience discrimination in 2019 than in 2013 and 2017. For certain gender-specific forms of discrimination, including being prevented from using facilities aligned with one's gender and being prevented from using chosen name/pronouns, incidence was greatest in 2017. However, incidence for most types of discrimination was lower in 2019 than in previous years.

- In 2017, there were few changes in presence of several LGBTQ-related resources and supports in school. However, in 2019, we have seen promising increases in many LGBTQ supports in school. LGBTQ students were more likely to report having a GSA, supportive school personnel, access to LGBTQ information from school libraries and school computers, and comprehensive anti-bullying and harassment policies.

- LGBTQ students' reports of peer acceptance of LGBTQ people had steadily increased from 2011 to 2015, but has largely leveled off since that time.

GLSEN strives to make schools safe for all students, regardless of their sexual orientation, gender identity or expression, race or ethnicity, or any other characteristic that may be the basis for harassment. In 1999, there was very little research on the experiences of LGBTQ students and their experiences in schools, and as such, GLSEN sought to fill this knowledge gap by conducting its first National School Climate Survey (NSCS). Since that time, for 20 years, the National School Climate Survey has been conducted biennially and is the only study that has continually assessed the school experiences of LGBTQ students in the U.S. Thus, it is vital that we use our data to examine changes over time in the education landscape for this population.

In this section, we examine whether there have been changes from 1999 to the present 2019 survey with regard to indicators of school climate for LGBTQ students. Across the years, the survey has been slightly modified with each installment to reflect new or emerging concerns about school climate for LGBTQ students, but its content has remained largely the same and has used virtually the same data collection methods since 2001. The 1999 survey differed slightly from all subsequent surveys in the comprehensiveness of the survey questions and in the methods. Nevertheless, there were two questions — frequency of homophobic remarks and frequency of harassment — that were equivalent to all subsequent surveys, and the 1999 data was included for comparison in the analyses of those two variables.

We examine differences across years in indicators of a hostile school climate, such as hearing homophobic remarks, experiences of harassment and assault, and experiences of discriminatory school policies and practices. We also examine the availability of positive resources for LGBTQ students in their schools such as supportive educators, student-led clubs such as GSAs (Gay-Straight Alliances or Gender and Sexuality Alliances), inclusive curricular resources, and comprehensive anti-bullying/harassment policies. In addition, we examine whether there have been changes over time in students' acceptance of LGBTQ people.

### *Anti-LGBTQ Remarks Over Time*

Language perpetually evolves, and so is the case with anti-LGBTQ remarks since we began conducting the NSCS. To keep current with changes in usage, we have modified how we ask

**"This was the most inclusive year at my school so far, but there is a tremendous amount of work to be done."**

LGBTQ students about anti-LGBTQ remarks. In 1999, because the expression "that's so gay" was perhaps not as commonly used, we only assessed the frequency of hearing homophobic epithets, such as "fag" or "dyke." In 2001, we assessed the frequency of hearing homophobic remarks, remarks like "fag" or "dyke," but also expressions using "gay" to mean something bad or valueless. In 2003, we began asking questions about hearing negative remarks about gender expression, such as someone acting not "feminine enough" or "masculine enough." In 2009, we began assessing the expression "no homo," and in 2013 we asked about negative expressions about transgender people, such as "tranny" or "he/she."

Our results indicated that although there had been a general trend that homophobic remarks were on the decline from 2001 to 2015, the frequency of these remarks remained consistent from 2015 to 2017. However, in 2019, we found that the downward trend in the frequency of remarks continued, with LGBTQ students reporting a lower frequency of homophobic remarks than all prior years.[367] As shown in Figure 4.1, a little more than half reported hearing homophobic remarks frequently in 2019, compared to three-quarters of students in 2009 and more than 90% in 1999. Use of expressions such as "that's so gay" has remained the most common form of biased language heard by LGBTQ students in school, and had been in consistent decline until 2015, but has been increasing from 2015 to 2019, as also shown in Figure 4.1.[368] Hearing the expression "no homo" had consistently been less common than most other types of LGBTQ-related biased remarks, and the frequency had been on a decline from 2011 to 2017. However, in 2019, we saw a sizeable increase from 2017.[369] From open-ended responses from the LGBTQ students in our survey, several mentioned that "no homo" was in common use in their schools, in ways similar to how "that's so gay" has been used. For example, one student wrote:

"Many people use gay in an insulting way and no homo," and another wrote: "People deny they

are homophobic but then use negative terms like no homo or that's gay." However, there were other students who commented that the use of the phrase was used more commonly among LGBTQ students in an ironic or humorous way. For example, another student commented: "In school the use of 'No Homo' is said amongst me and my friends as a joke, those of us who identify as LGBT see it as a joke only and not a derogatory term," and another commented: "All of us including me use the term no homo as a meme or a joke...." Both types of use for the expression "no homo," as a homophobic or a reclaimed joke among LGBTQ friends, might explain the recent steep increase in use of the phrase in schools.

With regard to hearing negative remarks about gender expression, we had seen few changes across years between 2003, when we first included these items, and 2011. From 2011 to 2013, we saw a decrease in frequency but then an increase from 2013 to 2015, with no subsequent change from 2015 to 2017. However, we saw a decrease in frequency from 2017 to 2019 (see Figure 4.1).[370] With regard to negative remarks about transgender people, we saw a steady incline in the rate of negative remarks about transgender people in schools from 2013, when we first asked this question, to 2017, but a decrease from 2017 to 2019.[371]

Figure 4.2 illustrates the preponderance of students who reportedly use anti-LGBTQ language in school. The percentage of students who reported that homophobic remarks were used pervasively by the student body had been on a decline since the

**Figure 4.1 Anti-LGBTQ Language by Students Over Time**
(Percentage of LGBTQ Students Hearing Language Frequently and Often Based on Estimated Marginal Means)

**Figure 4.2 Preponderance of Students Using Anti-LGBT Language Over Time**
(Percentage of LGBTQ Students Reporting that Most of Students Make Remarks, Based on Estimated Marginal Means)

2001 survey through 2015, but there have been no meaningful differences between 2015 and 2019.[372] As also shown in Figure 4.2, the preponderance of students reportedly making negative remarks about gender expression at school has remained low, relative to homophobic remarks. However, the preponderance of students had largely not changed from 2003 to 2015, but decreased slightly from 2015 to 2017 and again from 2017 to 2019. The preponderance of students making negative remarks about gender expression was lower in 2019 than all years prior.[373]

As shown in Figure 4.3, since 2001, the majority of students have reported that they have heard anti-LGBTQ remarks from teachers or other staff in their school. We had seen a steady decline in the frequency of staff making homophobic remarks from 2007 to 2013, but no change from 2013 to 2017. However, from 2017 to 2019, we saw a significant decrease in the frequency of school staff making homophobic remarks.[374] With regard to hearing negative remarks about gender expression from school staff, there had been a small, downward trend in frequency between 2003 and 2013, yet an upward trend from 2013 to 2017. However, the frequency of gender biased remarks by school staff in 2019 was lower than 2017, and unchanged from 2015 (see also Figure 4.3).

In our 2001 survey, we began asking students how frequently people in their school intervened when hearing homophobic remarks. As shown in Figure 4.4, the levels of intervention by staff were relatively similar across years between 2001 and 2013, but declined from 2013 to 2015 and remained at a similar lower level from 2015 to 2019. With regard to intervention by other students, there has largely been a steady decrease through 2013. The rate of intervention increased from 2013 to 2015, but has decreased since that time. The rate of student intervention in 2019 was significantly lower than all prior years.[375]

Regarding staff intervention with regard to negative remarks about gender expression, there was little change from 2003 to 2011 (see Figure 4.5). There was a small decrease in staff intervention from 2011 to 2013, and has largely remained at a similar rate in subsequent years. The rates of staff intervention beginning in 2013 were lower than prior years. In 2019, specifically, the rate of staff intervention was only greater than 2015. With regard to intervention by other students, we have seen an upward trend in rates of intervention after 2013, although the rate in 2019 was somewhat lower than in 2017 (see also Figure 4.5).[376]

Taking into account all the results related to anti-LGBTQ remarks in schools, we see a complex picture of how anti-LGBTQ remarks are contributing to a negative school climate for LGBTQ students. Certain types of homophobic remarks, like "fag" or "dyke," and negative remarks about gender expression show a decline in 2019, after no change in 2017. Further, negative transgender remarks have decreased from 2017 to 2019. However, our findings about remarks such as "that's so gay" and "no homo" evidence a concerning upward trend in frequency, and the expression "no homo" shows a startling incline after years of low and declining use. With regard

**Figure 4.3 Anti-LGBT Language by School Staff Over Time**
(Percentage of LGBTQ Students Reporting Ever Hearing Remarks, Based on Estimated Marginal Means)

to hearing biased remarks from school personnel, we see a continued declining trend regarding homophobic remarks, and the frequency was lower in 2019 than all prior years. With hearing gender-biased remarks from school personnel, although there was a significant decrease from 2017 to 2019, the frequency in 2019 was still higher than most years prior. Regarding intervention when hearing anti-LGBTQ remarks in school, by staff or other students, we see little positive change in recent years. In fact, student intervention when hearing homophobic remarks has continued to decline since 2015. It is important to note that in these analyses regarding intervention, we took into account the frequency of remarks heard. Thus, the diminished rate of response is not related to decreases in these remarks occurring in schools. Anti-LGBTQ remarks in school may be increasingly left unaddressed, even though many of these remarks have become less commonly heard at school.

### *Experiences of Harassment and Assault Over Time*

To gain further understanding of changes in school climate for LGBTQ students in secondary schools, we examined the incidence of reported anti-LGBTQ harassment and assault over time. Beginning with our first survey in 1999, we have assessed the frequency of experiencing verbal and physical harassment and physical assault based on sexual orientation in school. As shown in Figure 4.6, we saw few changes between 1999 and 2007 and

**Figure 4.4 Intervention Regarding Homophobic Remarks Over Time**
(Percentage of LGBTQ Students Reporting Any Intervention, Based on Estimated Marginal Means)

**Figure 4.5 Intervention Regarding Negative Remarks about Gender Expression Over Time**
(Percentage of LGBTQ Students Reporting Any Intervention, Based on Estimated Marginal Means)

a significant decline in verbal harassment based on sexual orientation from 2007 to 2015, yet no change between 2015 and 2019. With regard to physical harassment and assault, however, we generally saw increases in the frequency of these types of victimization from 1999 to 2007, and decreases starting in 2009 to 2015. In 2019, there was a small but significant decrease in the frequency of physical harassment from 2015 and 2017, and also a small but significant decrease in the frequency of physical assault from 2017.[377]

In 2001, we began including questions in the National School Climate Survey about harassment and assault related to gender expression, as well as other personal characteristics. As shown in Figure 4.7, there had been a notable decrease in verbal harassment based on gender expression from 2001 to 2015, but an increase from 2015 to 2017. In 2019, we saw a decrease in this form of verbal harassment from 2017, but was not different than 2015. With regard to physical harassment and assault based on gender expression, we mostly saw a small decline from 2007 to 2019. In general, physical harassment and assault based on gender expression were generally lower in 2019 than all prior years.[378]



**Figure 4.6  Frequency of Victimization Based on Sexual Orientation Over Time**
(Percentage of LGBTQ Students Reporting Event Frequently, Based on Estimated Marginal Means)



**Figure 4.7  Frequency of Victimization Based on Gender Expression Over Time**
(Percentage of LGBTQ Students Reporting Event Frequently or Often,
Based on Estimated Marginal Means)

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 179 of 434 - Page ID#: 4103

# Insight on Racist Remarks and Harassment Over Time

Since 2001, the GLSEN National School Climate Survey has included questions assessing the frequency of LGBTQ students' hearing racist remarks in school and their experiences with victimization based on actual or perceived race/ethnicity. As shown in Part 3 of this report, among LGBTQ students of color groups, just over a third to nearly half experienced both anti-LGBTQ and racist victimization at school (see "School Climate and Racial/Ethnic Identity" section). However, we know of no prior research on differences in LGBTQ students of color's experiences with racist victimization over time. Therefore, we examined potential changes from 2001 to the present 2019 survey with regard to LGBTQ students of color's experiences with racist events at school. Specifically, we examined whether there were differences in hearing racist remarks and differences in experiences with racist victimization for all students of color across survey years.

With regard to hearing racist remarks, we found significant differences among students of color over time. The figure shows an increasing trend in the frequency of racist remarks starting from 2003. The frequency of racist remarks was higher in 2019 than all previous years, except there was no difference between 2013 and 2019.[1]

With regard to racist harassment at school, there were also differences among all students of color over time — LGBTQ students of color in 2019 were less likely to experience racist harassment than those in all prior years.[2]

Overall, there was an increase in racist remarks, but a decrease in racist victimization over time for LGBTQ students of color. Because racist victimization is person-specific, it may be that it is covered under anti-bullying/harassment policies at their school, whereas racist remarks are not necessarily person-specific. Thus, school personnel may intervene more often when racist victimization occurs in their presence because they understand that to be a clear violation of school policy, and in turn, intervention may curtail future incidents of victimization. Similarly, it is also possible that students understand that bullying, harassment or assault regarding another student's race/ethnicity is not acceptable in school, but may not have the same understanding with regard to racist remarks. Educators, school administrators, and advocates should make efforts to ensure that all LGBTQ students feel safe and inclusive at their school, not only based on their LGBTQ identity, but also based on their other identities, including race/ethnicity. This includes addressing school incidents of racist victimization toward LGBTQ students of color, as well as racist remarks that LGBTQ students of color are exposed to at their school.

**Hearing Racist Remarks and Experiences of Racist Harassment Among LGBTQ Students of Color Over Time**
(based on estimated marginal means)

1 To examine differences across years among LGBTQ students of color in the frequency of hearing racist remarks, an analysis of covariance (ANCOVA) was performed, with Survey Year as the independent variable, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(9, 25069) = 14.44$, $p<.001$, $\eta_p^2 = .01$. In examining post-hoc year-by-year comparisons, differences were considered at $p<.01$ (non-significant pairs not listed): 2019>2001 to 2011, 2015, 2017; 2017>2003 to 2011, 2015 <2019; 2015>2003, 2005, <2019, 2017; 2013>2003 to 2011; 2011>2003, 2005, < 2013, 2017, 2019; 2009>2003, <2013, 2017, 2019; 2007>2003, 2005, <2013, 2017, 2019; 2005<2007, 2011 to 2019; 2003<2007 to 2019; 2001<2019. Percentages are shown for illustrative purposes.

2 Because of methodological changes to the question about race-based harassment, we examined differences in the frequencies of any experiences of this type of harassment. To examine differences across years and across racial groups in the frequency of race-based harassment, an analysis of covariance (ANCOVA) was performed, with Survey Year as the independent variable, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(9, 24873) = 15.82$, $p<.001$, $\eta_p^2 = .01$. In examining post-hoc group comparisons, differences were considered at $p<.01$ (non-significant pairs not listed): 2019<all prior years; 2017 and 2015<2001, 2007 to 2011, >2019; 2013, 2011, 2009, and 2007>2013 to 2019; 2005 and 2003>2019; 2001>2013 to 2019.

AR_281904

In 2003, we began asking students about the frequency of students reporting experiences of victimization to school staff. Across years, as shown in Figure 4.8, we saw that the highest level of reporting was in 2003 and the lowest levels in 2007 and 2009, Since that time, we saw a small but significant incline in the frequency of reporting up to 2017. The frequency of reporting did not differ between 2017 and 2019, but LGBTQ students in these years were more likely to report victimization to school personnel than all prior years except for 2003.[379]

In 2005, we began asking students how effective their teachers or other school staff were in addressing incidents of harassment and assault when students reported them. Across all years, a minority of students reported that any intervention on the part of school staff was effective—generally between 30% and 40% reported that staff intervention was somewhat or very effective across years (see Figure 4.8). The highest levels of effectiveness were reported in 2005 and 2011. In 2019, the effectiveness of reporting was similar to 2013, 2015, and 2017, and was somewhat lower than prior years, specifically 2005, 2009, and 2011.[380]

Considering all changes over time with regard to victimization, we have seen significant improvements from the first years of our biennial survey, but few changes in recent years. There have been some improvements in 2019 — small, but significant decreases in most types of victimization related to sexual orientation and gender expression. However, the most commonly reported type of victimization across year, verbal harassment based on sexual orientation, has not improved in recent years. With regard to reporting harassment and assault, it is hopeful that the higher level of reporting we saw in 2017 remained constant in 2019, but nevertheless has not increased. Further, LGBTQ students have continued to see reporting victimization to school personnel as less effective in recent years. It may be that LGBTQ students may feel more empowered to report problems, perhaps related to the presence of school policies on bullying and harassment, but school staff may still be lacking in the professional development to adequately address these issues at school. In sum, although we do not see an overall trend that schools are becoming appreciably safer for LGBTQ students, we do not see that they have become significantly worse. These trends continue to give us concern in light of the high levels of victimization that LGBTQ students were reporting in their schools in 2019.

## *Experiences of Discrimination Over Time*

In addition to hearing anti-LGBTQ remarks in the hallways and directly experiencing victimization from other students, LGBTQ-related discriminatory policies and practices also contribute to a hostile school experience for LGBTQ students. As mentioned previously in the section "Experiences of Discrimination at School," we began asking students about a number of specific LGBTQ-related discriminatory policies and practices at their school in 2013, and in the following section, we examine how these experiences may have changed between 2013 and 2019.[381]

**Figure 4.8 Frequency of Reporting Victimization to School Staff and Effectiveness of Reporting Over Time**
(Percentage of LGBTQ Students, Based on Estimated Marginal Means)

**Figure 4.9  Frequency of Experiences with Discriminatory Policies and Practices Over Time**
(Percentage of LGBTQ Students, Based on Estimated Marginal Means)



Figure 4.9 shows the incidence of having had any experience with anti-LGBTQ discrimination at school over the four time points, along with the incidences for the specific types of discriminatory policies or practices asked across the four surveys. Overall, over half of LGBTQ students experienced some type of LGBTQ-related discrimination at school at all four time points. This percentage was highest in 2013, and lower in 2019 than 2013 and 2017.[382]

With regard to the specific forms of discrimination, the percentages for most forms were highest in 2013, with a few notable exceptions.[383] Overall in 2019, we saw a decline in most other forms of discrimination from prior years. Two forms of discrimination that were specific to gender — prevented from using facilities that align with one's gender and prevented from using one's preferred name or pronouns — were highest in 2017, but decreased from 2017 to 2019. However, the third gender-specific form of discrimination — being prohibited from wearing clothes of another gender — had not changed between 2013 and 2017, but was lower in 2019 than all prior years.

## *LGBTQ-Related Resources Over Time*

In 2001, we began asking LGBTQ students in the NSCS about the availability of LGBTQ-related resources in school, such as GSAs (Gay-Straight Alliances or Gender and Sexuality Alliances) and curricular resources. In this section, we examine the levels of availability of these supportive school resources over time.

**Supportive student clubs.** As shown in Figure 4.10, we continue to see a steady, significant increase from previous years in the percentage of LGBTQ students having a GSA at school.[384] The percentage of students reporting that they had a GSA at school has increased from under 40% in 2007 to over 60% in 2019. The percentage of LGBTQ students who reported having a GSA in their school in 2019 was significantly higher than all prior years.

**Inclusive curricular resources.** Overall, there have been a few positive changes in LGBTQ-related curricular resources over time (see Figure 4.11). With regard to internet access to LGBTQ content on school computers, we saw a significant increase across years between 2007 and 2019, including an increase from 2017 to 2019. With regard to LGBTQ-related books and resources in school libraries, we saw a significant increase in 2019; the percentage in 2019 was higher than all prior years. However, with regard to LGBTQ inclusion in textbooks and class resources and being taught positive LGBTQ material in class, not only have these types of inclusion been the least common overall, they have also remained unchanged in recent years.[385] It is interesting to note that there has not been much change over the years with regard to LGBTQ students being taught negative LGBTQ-related content in class. Since we first asked this question in 2013, the percentage increased slightly in 2015, and had not changed from 2015 to 2019.[386]

**Figure 4.10 Availability of GSAs Over Time**
(Percentage of LGBTQ Students Reporting Having GSA in School, Accounting for Covariates)

**Supportive school personnel.** Figure 4.12 shows the percentage of students reporting any supportive educators (from 2001 to 2019) and the percentage of students reporting a higher number of supportive educators (from 2003 to 2019).[387] Across the years, we have seen a positive increasing trend in the number of supportive educators at school. Regarding the percentage of students who had any supportive educators at school, 2019 was higher than all prior years. In 2001, approximately 60% of LGBTQ students reported having at least one supportive educator, whereas in 2019, nearly all students did so. LGBTQ students in 2019 also reported a significantly higher number of supportive educators than all prior years. As shown in Figure 4.12, the percentage reporting 6 or more supportive educators ranged from under 50% in the earlier years of the survey compared to nearly 70% in 2019.

**Bullying, harassment, and assault policies.** In all years, as shown in Figure 4.13, the majority of LGBTQ students reported that their schools had some type of anti-bullying/harassment policy; however, the minority of students reported that the policy enumerated sexual orientation and/or gender identity/expression. Overall, there was a sharp increase in the number of students reporting any type of policy after 2009, and the rate has remained more or less consistent since 2011. From 2011 to 2015, there had been consistent yet small increases with regard to any type of anti-bullying/harassment policy, followed by a small decline from 2015 to 2017, and the rate had not changed between 2017 and 2019.

With regard to enumerated policies, from 2015 to 2017 there was a small but significant increase in

**Figure 4.11 Availability of Curricular Resources Over Time**
(Percentage of LGBTQ Students Reporting Resource in School, Accounting for Covariates)

**Figure 4.12 Availability of Supportive School Staff Over Time**
(Percentage of LGBTQ Students Reporting Having Supportive Staff in School, Accounting for Covariates)

the number of students reporting comprehensive policies in their schools and the rate has remained similar between 2017 and 2019. In 2019 and 2017, the rate of comprehensive policies was higher than all prior years. There was also a small but significant decrease in the number reporting partially enumerated policies from 2017 to 2019, and the rate was lowest in 2019 than all previous years.[388] Thus, even though the percentage of LGBTQ students reporting any type of anti-bullying/harassment policy in their school had not increased in recent years, we saw an increase in the percentage of policies that were fully enumerated.

In our 2017 NSCS, we saw that the availability of many LGBTQ-related resources in schools had largely leveled off. In 2019, however, we saw increases in most resources. LGBTQ student in 2019 were more likely to report having a GSA, school personnel who were supportive of LGBTQ students, access to LGBTQ information from school libraries and school computers, and comprehensive policies. However, it is important to note that curricular inclusion — LGBTQ inclusion in textbooks and class resources and being taught positive LGBTQ material in class — were not only the most uncommon of all resources across all years of the survey, but their rates of availability had not changed in recent years.

### *Student Acceptance of LGBTQ People Over Time*

Previously in this part of the report, we noted that the frequency of student intervention with regard to homophobic remarks was lowest in 2019 than all prior years, and student intervention with regard to negative remarks about gender expression had decreased in 2019. These findings raise the question as to whether student attitudes about LGBTQ people have changed, and if so, in what ways. However, we also found positive changes in the availability of LGBTQ supports in schools, which we found to be directly related to a more accepting student body (see the "Utility of School-Based Resources and Supports" section of this report). For these reasons, we examined whether student attitudes toward LGBTQ people have changed over time, and found that although student acceptance steadily increased from 2011 to 2015, it has largely level off since that time (see Figure 4.14).[389]

### *Conclusions*

Considering all the differences across time — remarks, victimization, LGBTQ-related supports, and peer acceptance — we see a complex picture of how school climate is changing for LGBTQ

**Figure 4.13 Prevalence of School or District Anti-Bullying/Harassment Policies Over Time**
(Percentage of LGBTQ Students Reporting Policy, Accounting for Covariates)

students. Certain types of homophobic remarks, like "fag" or "dyke," and negative remarks about gender expression showed a decline in 2019, after no change in 2017. Further, negative transgender remarks have decreased from 2017 to 2019. However, homophobic remarks like "that's so gay" and "no homo" increased in 2019. In addition, intervention when hearing anti-LGBTQ remarks in school, by staff or other students, generally has not changed in recent years, with the exception of student intervention regarding homophobic remarks, which was lowest in 2019.

With regard to experiences of harassment and assault, we again have seen few changes in recent years. There have been some improvements in 2019 — small, but significant decreases in most types of victimization related to sexual orientation and gender expression. However, the most commonly reported type of victimization across the years, verbal harassment based on sexual orientation, has not improved in recent years. In sum, although we do not see an overall trend that schools have become appreciably safer for LGBTQ students in 2019, we do not see that they have become significantly worse.

We have seen promising increases in many LGBTQ supports in school. LGBTQ students in 2019 were more likely to report having a GSA, school personnel who were supportive of LGBTQ students, access to LGBTQ information from school libraries and school computers, and comprehensive anti-bullying and harassment policies. In 2017, in contrast, we had seen few positive changes with regard to school resources. It may be that the lack of change in supports in 2017 is related to few changes in negative indicators of school climate in 2019 — it may take time for school supports to combat a negative school climate. Although we cannot know for sure, given our data each year is correlational, our results in future surveys may provide further insight. In that we have seen increases in school supports in 2019, it is possible that LGBTQ students in 2021 will see the continued benefits of these resources and have fewer negative experiences at school related to their LGBTQ identities.

In that LGBTQ student issues have been under attack in recent years, with the U.S. Department of Education's revocation of the Title IX guidance on transgender students and failure to investigate complaints of discrimination by LGBTQ students, the fact that we have seen increases in many LGBTQ supports in schools and that we have not seen a tremendous worsening of school climate may be a testament to the resilience and strength of our LGBTQ young people in this country, and to the resourcefulness and dedication of school personnel for continuing to offer support and resources to create safer and more affirming school environments for their students.

**Figure 4.14 Perceptions of Peer Acceptance of LGBTQ People Over Time**
(Percentage of LGBTQ Students Reporing Somewhat or Very Accepting Peers, Accounting for Covariates)

AR_281911



# DISCUSSION

Student organizers gathered at GLSEN's 2007 Summer Start week of training.

AR_281913

### *Limitations*

Although there are no national population parameters regarding LGBTQ youth, we believe that the methods used for our survey resulted in a nationally representative sample of LGBTQ students who identify as lesbian, gay, bisexual, transgender, or queer (or another non-heterosexual sexual orientation and/or non-cisgender gender identity) and who were able to find out about the survey in some way, either through a connection to LGBTQ or youth-serving organizations that publicized the survey, or through social media. As discussed in the "Methods and Sample" section, we conducted targeted advertising on the social media sites Facebook, Instagram, and Snapchat in order to broaden our reach and obtain a more representative sample. Advertising on these sites allowed LGBTQ students who did not necessarily have any formal connection to the LGBTQ community to participate in the survey. However, the social media advertisements for the survey were sent only to youth who visited pages that included LGBTQ content.[390] LGBTQ youth who were not comfortable viewing pages with LGBTQ content would not have received the advertisement about the survey. Thus, LGBTQ youth who are perhaps the most isolated — those without a formal connection to the LGBTQ community or without access to online resources and supports, and those who are not comfortable viewing LGBTQ content on social media — may be underrepresented in the survey sample.

The sample also did not include students who have a sexual attraction to the same gender or multiple genders, but who do not identify themselves as LGBQ.[391] These youth may be more isolated, unaware of supports available to them, or, even if aware, uncomfortable using such supports. Similarly, youth whose gender identity is not the same as their sex assigned at birth, but who do not identify as transgender, may also be more isolated and without the same access to resources as the youth in our survey. The survey was primarily advertised as being for LGBTQ students, so non-heterosexual students and non-cisgender students who did not identify as LGBTQ may be less likely to participate in the survey, even though they were included in the survey sample.

Another possible limitation to the survey is related to the sample's racial/ethnic composition — the percentage of LGBQ African American/Black students and LGBQ Hispanic/Latinx students were lower, and LGBQ White students was higher than compared to LGBQ secondary school students from other population-based data.[392] In part, this discrepancy may be related to different methods for measuring race/ethnicity. In our survey, students were asked one question about their race/ethnicity, and could choose multiple options.[393] In contrast, national youth surveys often include two questions — one about whether the respondent identifies as Hispanic/Latinx, and the other about their race.[394] This difference in methodology may also impact how students choose to identify in the survey, and thus may account for some of the discrepancy in racial/ethnic representation between our LGBQ sample and LGBQ secondary students from other population-based data. Nevertheless, it is possible that LGBQ African American/Black students and LGBQ Hispanic/Latinx students were underrepresented, and LGBQ White students were overrepresented in our sample. Additionally, because there are no national statistics on the demographic breakdown of transgender-identified youth, we cannot know how our transgender sample compares to other population-based studies.

Our sample, like other national samples of LGBTQ youth, included a small percentage of cisgender males who identified as gay, bisexual, or queer. It may be that these youth are less likely to be out in middle school or high school, and would be less likely to learn about the survey or feel comfortable taking a survey specifically for LGBTQ students. Additionally, our sample had a small percentage of transgender female students. In that our sample only includes students who had been in school during the 2018–2019 school year, it is possible that transgender girls leave school at higher rates than do transgender boys, thereby leading to fewer transgender girls eligible to take our survey. It is also possible that transgender boys come out earlier than do transgender girls, which would lead to lower numbers of transgender female secondary school students.

Given that our survey is available only in English and Spanish, LGBTQ students who are not proficient in either of those languages might be limited in their ability to participate. Thus, these students may also be underrepresented in our survey sample.

It is also important to note that our survey only reflects the experiences of LGBTQ students who were in school during the 2018–2019 school year.

Although our sample does allow for students who had left school at some point during the 2018–2019 school year to participate, it still does not reflect the experiences of LGBTQ youth who may have already dropped out in prior school years. The experiences of these youth may likely differ from those students who remained in school, particularly with regard to hostile school climate, access to supportive resources, severity of school discipline, and educational aspirations.

Lastly, the data from our survey are cross-sectional (i.e., the data were collected at one point in time), which means that we cannot determine causality. For example, although we can say that there was a relationship between the number of supportive staff and students' academic achievement, we cannot say that one predicts the other.

While considering these limitations, our attempts at diverse recruitment of a hard-to-reach population have yielded a sample of LGBTQ students that we believe most likely closely reflects the population of LGBTQ middle and high school students in the U.S.

## *Conclusion and Recommendations*

The 2019 National School Climate Survey continues to provide evidence that schools are often unsafe learning environments for LGBTQ students. Hearing biased or derogatory language at school, especially sexist remarks, homophobic remarks, and negative remarks about gender expression, was a common occurrence. However, teachers and other school authorities did not often intervene when anti-LGBTQ remarks were made in their presence, and students' use of such language remained largely unchallenged. Almost 8 in 10 students in our survey reported feeling unsafe at school because of at least one personal characteristic, with sexual orientation and gender expression being the most commonly reported characteristics. Students also frequently reported avoiding spaces in their schools that they perceived as being unsafe, especially bathrooms, locker rooms, and physical education (P.E.) or gym classes. More than two-thirds of LGBTQ students reported that they had been verbally harassed at school based on their sexual orientation, and nearly 6 in 10 students had been harassed based on their gender expression. In addition, many students reported experiencing incidents of physical harassment and assault related to their sexual orientation or gender expression, as well as other incidents of victimization such as sexual harassment, cyberbullying, and deliberate property damage at school.

In addition to anti-LGBTQ behavior by peers, be it biased language in the hallways or direct personal victimization, the majority of LGBTQ students also faced anti-LGBTQ discriminatory school policies and practices. Schools prohibited LGBTQ students from expressing themselves through their clothing or their relationships, limited LGBTQ inclusion in curricular and extracurricular activities, and enforced other policies that negatively affected transgender and nonbinary students in particular, such as preventing use of their chosen name or pronoun.

LGBTQ students are a diverse population, and the results from our 2019 survey reveal important differences among these students. Transgender and nonbinary students in particular were more likely to have felt unsafe and face anti-LGBTQ victimization at school than their cisgender LGBQ peers. Similarly, pansexual students were more likely to feel unsafe and experienced greater levels of anti-LGBTQ victimization than their LGBTQ peers with other sexual orientations. Furthermore, we found that LGBTQ students of color (including Black, AAPI, Latinx, Native and Indigenous, MENA, and multiracial LGBTQ students) commonly experienced both racist and anti-LGBTQ victimization at school, and were more likely to experience multiple forms of victimization than White LGBTQ students.

Results from our survey also demonstrate the serious consequences that anti-LGBTQ victimization and discrimination can have on LGBTQ students' academic success and their general well-being. LGBTQ students who experienced frequent harassment and assault based on their sexual orientation or gender expression reported missing more days of school, having lower GPAs, lower educational aspirations, and higher rates of school discipline than students who were harassed less often. In addition, students who experienced higher levels of victimization felt less connected to their school community and had poorer psychological well-being. LGBTQ students who reported experiencing anti-LGBTQ discrimination at school also had worse educational outcomes, including missing more days of school, lower GPAs, and lower educational aspirations, and were more likely to be disciplined at school, than students who did not experience anti-LGBTQ

discrimination. Furthermore, students who experienced anti-LGBTQ discrimination also felt less connected to their school community and had poorer psychological well-being.

Although our results suggest that school climate remains unsafe and hostile environments for many LGBTQ students, they also call attention to the important role that institutional supports and resources have in making schools safer and promoting better educational outcomes and healthy youth development for these students. Our findings demonstrate the important role that supportive school staff play in creating safer and more affirming learning environments for LGBTQ students. Supportive educators positively influenced students' academic performance, educational aspirations, feelings of safety, school absenteeism (missing fewer days of school), psychological well-being, and connection to their school community. Furthermore, when staff responded effectively to incidents of victimization, LGBTQ students reported less anti-LGBTQ victimization than LGBTQ students in schools where staff responded ineffectively.

In addition to their role in providing direct support and in intervening when anti-LGBTQ events occur at school, educators also serve a crucial role in teaching a curriculum that includes positive representations of LGBTQ people, history, and events. By teaching about LGBTQ topics in a positive manner, educators may enhance the connections of their LGBTQ students to the school environment and to learning, in general. Students in schools where their classroom included positive representations of LGBTQ history, people, or events had better educational outcomes, were more comfortable engaging in conversations about LGBTQ issues with their teachers, and had a greater connection to their school community. Furthermore, by teaching positive LGBTQ-related content in class, educators may also increase the knowledge, awareness, and acceptance of LGBTQ people for all students in school. LGBTQ students who reported positive curricular inclusion were less likely to feel unsafe and miss school for safety reasons, and reported less hostile behavior from peers (i.e., less anti-LGBTQ language and victimization). Students with positive curricular inclusion also reported that their peers were more likely to intervene regarding anti-LGBTQ biased remarks, and were more accepting of LGBTQ people in general.

**"I sincerely hope that queer kids in future generations do not have to go through what I have been through and will most likely continue to suffer through."**

Our findings indicate that Gay-Straight Alliances/ Gender and Sexuality Alliances (GSAs) and similar clubs also play a key role in improving school climate for LGBTQ students. Students who attended schools with a GSA or similar club were less likely to feel unsafe at school and miss school for safety reasons, heard fewer anti-LGBTQ remarks at school, reported more frequent staff and peer intervention regarding anti-LGBTQ remarks, and experienced less anti-LGBTQ victimization. Thus, GSAs may demonstrate to the whole school community that anti-LGBTQ behaviors should not be tolerated, and that they must be addressed when they do occur. Students who had a GSA at school also reported that their peers were more accepting of LGBTQ people in general, indicating that GSAs may provide awareness to the student community of LGBTQ student issues. Furthermore, having a GSA at school was also associated with a greater sense of belonging to the school community and greater psychological well-being among LGBTQ students, perhaps as a result of the overall positive impact of GSAs on the school environment.

With regard to school policies, our findings indicate important benefits associated with both comprehensive anti-bullying/harassment policies, as well as policies affirming the rights of transgender and nonbinary students. LGBTQ students with comprehensive anti-bullying/harassment policies that included protections for sexual orientation and gender identity/expression reported hearing less anti-LGBTQ language and reported lower levels of anti-LGBTQ victimization. Such policies may provide guidance for educators that these anti-LGBTQ behaviors must be addressed, as well as guidance on appropriate strategies for intervention. Our results indicate that LGBTQ students with comprehensive policies reported that staff were more likely to intervene regarding biased remarks, and were more effective in their responses to harassment and assault. We also found that LGBTQ students in schools with this type of policy were more likely

**"It's awful, and there needs to be some country-wide regulations to stop harassment, bullying, and etc. idk something! I have friends who are hurting much worse than me—and my heart is in constant pain for them."**

to report incidents of harassment and assault to school personnel, indicating that these policies may also provide important instruction for students on reporting. In addition, comprehensive policies may send a message to LGBTQ students that they are valued by the school community. Similarly, policies affirming transgender and nonbinary students' rights appear to improve school climate, particularly for transgender and nonbinary students. Transgender and nonbinary students with such policies or guidelines were less likely to miss school because of feeling unsafe, felt a greater sense of belonging to their school community, and were less likely to experience gender-related discrimination.

Unfortunately, each of the LGBTQ-related resources and supports that we examined were not available to all LGBTQ students. GSAs were somewhat more common than other resources, although over a third of students did not have such a club at their school. Most students could not identify a large number of school staff (11 or more) who were supportive of LGBTQ students, and a small number were unable to identify any supportive staff. Furthermore, many LGBTQ students lacked access to positive LGBTQ information from school libraries and school computers, and few LGBTQ students reported being taught LGBTQ information in class or having this material in their textbooks and other class readings. With regard to supportive school policies, although a majority of students said that their school had some type of harassment/assault policy, few said that it was a comprehensive policy that explicitly stated protections based on sexual orientation and gender identity/expression, and only a tenth reported that they had official policies or guidelines to support transgender and nonbinary students at their schools. Finally, although all LGBTQ students commonly lacked access to supportive resources at school, those in middle schools, religiously-affiliated private schools, schools in rural areas, and schools in the South and Midwest, were all less likely than others to report having these resources. These findings underscore the importance of advocating for GSAs, supportive staff, inclusive curricular resources, and supportive school policies in all schools to ensure positive learning environments for LGBTQ students everywhere—environments in which students can be successful in learning, graduate, and even continue on to further education.

The findings in this report also highlight some gains toward safe and inclusive schools for LGBTQ secondary school students since our last report. Certain types of homophobic remarks, such as "fag" or "dyke," and negative remarks about gender expression have declined in 2019, after no change between 2015 and 2017. Further, negative remarks about transgender people decreased from 2017 to 2019. Our findings also indicate a sharp increase in students hearing the phrase "no homo." However, this upward trend in frequency may be due in part to LGBTQ students reclaiming this phrase, and thus the degree to which LGBTQ students consider this language negative or derogatory is unclear. With regard to personal experiences of harassment and assault, we have seen few changes in recent years. There have been small but significant decreases in most types of anti-LGBTQ victimization. However, verbal harassment based on sexual orientation has not improved in recent years. We have also failed to see gains in intervention regarding anti-LGBTQ incidents. Rates of staff and student intervention regarding anti-LGBTQ remarks did not improve much in 2019. In fact, student intervention when hearing homophobic remarks has continued to decline since 2015. Further, the level of reporting harassment and assault to staff in 2019 was not different from 2017, and students have continued to see staff responses to victimization as less effective in recent years. We also continue to find that the majority of LGBTQ students experience some type of LGBTQ-related discriminatory policies and practices at school. However, there was an overall decline in most forms of anti-LGBTQ discrimination from prior years. Although there is an overall pattern that schools may be becoming appreciably safer for LGBTQ students, the trends we observed are not consistent and should remain a concern in light of the high levels of victimization that LGBTQ students continued to report in 2019.

There have been promising increases in the availability of LGBTQ-related positive supports in schools. Compared to prior years, LGBTQ students in 2019 reported more GSAs in schools, school personnel who were supportive of LGBTQ students, access to LGBTQ information from school libraries and school computers, and comprehensive anti-bullying and harassment policies. Although we saw increases in internet access to LGBTQ content on school computers and LGBTQ-related books and resources in school libraries, we have not seen much change regarding the number of students being taught positive LGBTQ material in class, or with LGBTQ-related content in textbooks and class resources. Further, these two aspects of curricular inclusion remain the least common of all school resources, as in all previous years.

It is also important to note that we observed few positive changes with regard to school resources in our 2017 report. This lack of improvement in school supports observed in 2017 may be related to the few improvements in negative indicators of school climate observed in 2019. It may take time for school supports to have a demonstrable, positive effect on school climate. In that we have seen increases in certain school supports in 2019, it is possible that LGBTQ students will see the continued benefits of these resources and have fewer negative experiences at school related to their LGBTQ identities in our next national survey of LGBTQ students.

LGBTQ student issues have been under attack in recent years, including the U.S. Department of Education's revocation of the Title IX guidance on transgender students and failure to investigate complaints of discrimination by LGBTQ students. Yet, we have not seen a parallel increase in many hostile school experiences in 2019. Further, we have seen greater access to certain LGBTQ-related supports and resources in schools. This continued progress may be a testament to the many school personnel who continue to offer support and resources aimed at creating safer and more affirming school environments for LGBTQ students. Nevertheless, hostile political and legislative government actions underscore the continued urgent need for action to create safer and more inclusive schools for LGBTQ students across the country. There are steps that concerned stakeholders can take to remedy the situation. Results from the 2019 National School Climate Survey demonstrate the ways in which the presence of supportive student clubs, supportive educators, inclusive and supportive policies, and other school-based resources and supports can positively affect LGBTQ students' school experiences. Therefore, we recommend the following measures:

- Support student clubs, such as Gay-Straight Alliances or Gender and Sexuality Alliances (GSAs), that provide support for LGBTQ students and address LGBTQ issues in education;

- Provide training for school staff to improve rates of intervention and increase the number of supportive teachers and other staff available to students;

- Increase student access to appropriate and accurate information regarding LGBTQ people, history, and events through inclusive curricula and library and Internet resources;

- Ensure that school policies and practices, such as those related to dress codes and school dances, do not discriminate against LGBTQ students;

- Enact and implement policies and practices to ensure transgender and nonbinary students have equal access to education, such as having access to gendered facilities that correspond to their gender; and

- Adopt and implement comprehensive school and district anti-bullying/harassment policies that specifically enumerate sexual orientation, gender identity, and gender expression as protected categories alongside others such as race, religion, and disability, with clear and effective systems for reporting and addressing incidents that students experience.

Instituting these measures can move us towards a future in which all students have the opportunity to learn and succeed in school, regardless of sexual orientation, gender identity, or gender expression.

AR_281919

## Endnotes

1 Battle, S. & Wheeler, T. E. (2017). *Dear colleague letter.* Washington, D.C.: Retrieved from https://www.justice.gov/opa/press-release/file/941551/download

2 Bewkes, F. J. (2019, July 29). *Secretary DeVos is failing to protect the civil rights of LGBTQ students.* Center for American Progress. https://www.americanprogress.org/issues/lgbtq-rights/reports/2019/07/29/472636/secretary-devos-failing-protect-civil-rights-lgbtq-students/

3 Liptak, A. (2020, July 8). *Job bias laws do not protect teachers in Catholic school, Supreme Court rules.* The New York Times. https://www.nytimes.com./2020/07/08/us/job-bias-catholic-schools-supreme-court.html?action=click&module=Top%20Stories&pgtype=Homepage.

Liptak, A. (2020, July 8). *Supreme Court upholds Trump administration regulation letting employers opt out of birth control coverage.* The New York Times. https://www.nytimes.com./2020/07/08/us/supreme-court-birth-control-obamacare.html.

4 Green, E. L. (2019, February 28). *Betsy DeVos backs $5 billion in tax credits for school choice.* The New York Times. https://www.nytimes.com./2019/02/28/us/politics/devos-tax-credit-school-choice.html?searchResultPosition=6

5 Movement Advancement Project. "Equality Maps: Safe Schools Laws." https://www.lgbtmap.org/equality-maps/safe_school_laws. Accessed August 2, 2020.

6 Walker, H. (2019, August 16). *Here's every state that requires schools to teach LGBTQ+ history.* Out. https://www.out.com/news/2019/8/16/heres-every-state-requires-schools-teach-lgbtq-history

7 Arizona Department of Education. (2019, April 11). *Superintendent Hoffman Celebrates Repeal of Anti-LGBTQ Curriculum Law* [Press release]. https://www.azed.gov/communications/2019/04/11/superintendent-hoffman-celebrates-repeal-of-anti-lgbtq-curriculum-law/

8 GLSEN. (2018). Laws Prohibiting "Promotion of Homosexuality" in Schools: Impacts and Implications (Research Brief). New York: GLSEN.

9 ACLU (2020, March 20). *Legislation affecting LGBT rights across the country.* https://www.aclu.org/legislation-affecting-lgbt-rights-across-country

10 Lewis, D. C., Flores, A. R., & Haider-Markel, D. P. (2017). Degrees of acceptance: Variation in public attitudes toward segments of the LGBT community. *Political Research Quarterly, (70)*4, 861-875. https://journals.sagepub.com/doi/abs/10.1177/1065912917717352

11 Bernstein, J. (2014, March 12). *In their own terms.* The New York Times. https://www.nytimes.com/2014/03/13/fashion/the-growing-transgender-presence-in-pop-culture.html

Wolfe, E. & Ries, B. (2019, November 16). *There are more LGBTQ characters on television than ever before.* CNN. https://www.cnn.com/2019/11/16/entertainment/lgbtq-tv-representation-numbers-trnd/index.html

12 Burns, K. (2019, December 27) *The internet made trans people visible. It also left them more vulnerable.* Vox. https://www.vox.com/identities/2019/12/27/21028342/trans-visibility-backlash-internet-2010

Faye, S. (2018, March 30). *Trans visibility is greater than ever - but that's a double-edged sword.* The Guardian. https://www.theguardian.com/commentisfree/2018/mar/30/transgender-acceptance-media-international-day-visibility

13 Burns, K. (2019, September 5). *The rise of anti-trans "radical" feminists, explained.* Vox. https://www.vox.com/identities/2019/9/5/20840101/terfs-radical-feminists-gender-critical

Haynes, S. (2019, October 25). *A study analyzed 10 million online posts over 3.5 years. It found a torrent od transphobic abuse.* Time. https://time.com/5710466/transphobic-abuse-online-study/

14 Birnkrant, J. M. & Przeworski, A. (2017). Communication, advocacy, and acceptance among support-seeking parents of transgender youth. *Journal of Gay & Lesbian Mental Health, 21*(2), 132-153.

Durwood, L., McLaughlin, K. A., & Olsen, K. R. (2017). Mental health and self-worth in socially transitioned transgender youth. *Journal of the American Academy of Child & Adolescent Psychiatry, 56*(2), 116-123.

Johns, M. M., Beltran, O., Armstrong, H. L., Jayne, P. E., & Barrios, L. C. (2018). Protective factors among transgender and gender variant youth: A systematic review by socioecological level. *The Journal of Primary Prevention, 39*(3), 263-301.

McCann, E., Keogh, B., Coyle, L., & Coyne, I. (2017). The experiences of youth who identify as trans* in relation to health and social care needs: A scoping review. *Youth & Society,* 0044118X17719345.

Olson, K. R., Durwood, L., DeMeules, M., & McLaughlin, K. A. (2016). Mental health of transgender children who are supported in their identities. *Pediatrics, 137*(3).

Price-Feeney, M., Green, A. E., & Dorrison, S. (2020). Understanding the mental health of transgender and nonbinary youth. *Journal of Adolescent Health, 66*(6), 684-690.

Todd, K., Peitzmeier, S. M., Kattari, S. K., Miller-Perusse, M., Sharma, A., & Stephenson, R. (2019). Demographic and behavioral profiles of nonbinary and binary transgender youth. *Transgender Health, 4*(1), 254-261.

15 James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2015). *The report of the 2015 U.S. transgender survey.* Washington, D.C.: National Center for Transgender Equality. Retrieved from http://www.ustranssurvey.org/

16 Kann, L., McManus, T., Harris, W. A., Shanklin, S. L., Flint, K. H., Queen, B., Lowry, R., Chyen, D., Whittle, L., Thornton, J., Lim, C., Bradford, D., Yamakawa, Y., Leon, M., Brener, N., & Ethier, K. A. (2018) Youth Risk Behavior Surveillance -- United States, 2017. *MMWR Surveillance Summary* 2018; 67(No. SS-8):1-114. https://www.cdc.gov/mmwr/volumes/67/ss/ss6708a1.htm

17 Johns, M. M., Lowry, R., Andrzejewski, J., Barrios, L. C., Demissie, Z., McManus, T., Rasberry, C. N., Robin, L., & Underwood, J. M. Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students — 19 States and Large Urban School Districts, 2017. MMWR Morb Mortal Wkly Rep 2019;68:67–71. DOI: http://dx.doi.org/10.15585/mmwr.mm6803a3external icon.

18 The Trevor Project. (2019). *National Survey on LGBTQ Mental Health.* New York, New York: The Trevor Project. Available at: https://www.thetrevorproject.org/survey-2019.

19 U.S. Department of Education, National Center for Education Statistics, Common Core of Data (CCD), "State Nonfiscal Survey of Public Elementary/Secondary Education," 1990-91 through 2015-16; and State Public Elementary and Secondary Enrollment Projection Model, 1980 through 2027. https://nces.ed.gov/programs/digest/d17/tables/dt17_203.30.asp

20 To test if the regional representation of our sample differed from national public school enrollment, a one-sample chi-square test was conducted comparing our observed population numbers by region to expected population numbers based on national projected enrollment for fall 2018 from the National Center for Education Statistics. The test was significant: $\chi^2 = 790.18$, $df = 3$, $p<.001$.

21 Sexual orientation was assessed with a multi-check item (i.e., gay, lesbian, straight/heterosexual, bisexual, pansexual, queer, and questioning) with an optional write-in item for sexual orientations not listed. Youth were allowed to endorse multiple options. Mutually exclusive categories were created at the data cleaning stage so that analyses could compare youth across sexual orientation categories using the following hierarchy: gay/lesbian, bisexual, pansexual, queer, questioning, and straight/heterosexual. Thus, as an example, if an individual identified as "gay" and "queer" they were categorized as "gay/lesbian"; if an individual identified as "bisexual" and "questioning," they were categorized as "bisexual."

22 Pansexual identity is commonly defined as experiencing attraction to some people, regardless of their gender identity. This identity may be distinct from a Bisexual identity, which is commonly described as either experiencing attraction to some male-identified people and some female-identified people or as experiencing attraction to some people of the same gender and some people of different genders.

23 Students who indicated that they were asexual and another sexual orientation were categorized as another sexual orientation. Additionally, students who indicated that their only sexual orientation was asexual and also indicated that they were cisgender

were not included in the final study sample. Therefore, all students included in the Asexual category also are not cisgender (i.e., are transgender, genderqueer, another nonbinary identity, or questioning their gender).

24 Race/ethnicity was assessed with a single multi-check question item (i.e., African American or Black; Asian or South Asian; Native Hawaiian or other Pacific Islander; Native American, American Indian, or Alaska Native; White or Caucasian; Hispanic or Latino/Latina/Latinx; and Arab American, Middle Eastern, or North African) with an optional write-in item for race/ethnicities not listed. Participants who selected more than one race category were coded as multiracial, with the exception of participants who selected either "Hispanic or Latino/Latina/Latinx" or "Arab American, Middle Eastern, or North African" as their ethnicity. Participants who selected either one ethnicity were coded as that ethnicity, regardless of any additional racial identities they selected. Participants who selected both ethnicities were coded as multiracial.

25 Latinx is a variant of the masculine "Latino" and feminine "Latina" that leaves gender unspecified and, therefore, aims to be more inclusive of diverse gender identities, including nonbinary individuals. To learn more: https://www.meriam-webster.com/words-at-play/word-history-latinx

26 Gender was assessed via two items: an item assessing sex assigned at birth (i.e., male or female) and an item assessing gender identity (i.e., cisgender, transgender, nonbinary, genderqueer, male, female, questioning, and an additional write-in option). Based on responses to these two items, students' gender was categorized for these analyses as: Cisgender (including cisgender male, cisgender female, cisgender nonbinary/genderqueer, or unspecified male or female), Transgender (including transgender male, transgender female, transgender nonbinary/genderqueer, and transgender only), Nonbinary/Genderqueer (including nonbinary, genderqueer, nonbinary/genderqueer male, nonbinary/genderqueer female, or another nonbinary identity (i.e., those who who wrote in identities such as "genderfluid," "agender" or "demigender") and Questioning. Students in the "nonbinary/genderqueer" group did not also identify as "transgender."

27 Receiving educational accommodations was assessed with a question that asked students if they received any educational support services at school, including special education classes, extra time on tests, resource classes, or other accommodations.

28 Students were placed into region based on the state they were from – Northeast: Connecticut, Delaware, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont, Washington, DC; South: Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia; Midwest: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin; West: Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming; U.S. Territories: American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Virgin Islands.

29 Because of the large sample size and the multiple analyses conducted for this report, we use the more restrictive $p<.01$ in determinations of statistical significance for our analyses, unless otherwise indicated. To examine mean differences in feelings of unsafety a repeated measures multivariate analysis of variance (MANOVA) was conducted among the following "feeling unsafe because of…" variables: sexual orientation, gender expression, body size or weight, gender, disability, academic ability, family income, religion, race or ethnicity, how well one speaks English, citizenship status. The multivariate effect was significant, Pillai's Trace = .807, $F(12, 16556) = 5768.36$, $p<.001$, $\eta_p^2 = .81$. Pairwise comparisons were considered at $p<.01$. All variables were significantly different with the following exception: English proficiency was not different from citizenship status.

30 Darling, N., Caldwell, L. L., & Smith, R. (2005). Participation in school-based extracurricular activities and adolescent adjustment. *Journal of Leisure Research, 37*(1), 51-76.

Fredericks, J. A., & Eccles, J. S. (2006). Is extracurricular participation associated with beneficial outcomes? Concurrent and longitudinal relations. *Developmental Psychology, 42*(4), 698-713.

Peck, S. C., Roeser, R. W., Zarrett, N., & Eccles, J. S. (2008). Exploring the roles of extracurricular activity quantity and quality in the educational resilience of vulnerable adolescents: Variable and pattern-centered approaches. *Journal of Social Issues, 62*(1), 125-155.

Toomey, R. B., & Russell, S. T. (2012). An initial investigation of sexual minority youth involvement in school-based extracurricular activities. *Journal of Research on Adolescence, 23*(2), 304-318.

31 Mean differences in the frequencies across types of biased remarks were examined using a repeated measures multivariate analysis of variance (MANOVA), and percentages are shown for illustrative purposes. The multivariate effect was significant. Pillai's Trace = .36, $F(4, 16650) = 2343.87$, $p<.001$. Differences were significant for all remarks. Hearing "gay" used in a negative way was higher than all others. Hearing "no homo" was lower than "gay" used in a negative way, but higher than other homophobic remarks, negative remarks about gender expression and negative remarks about transgender people. Hearing other homophobic remarks was lower than "gay" used in a negative way and other homophobic remarks, but higher than negative remarks about gender expression and negative remarks about transgender people. Hearing gender expression used in a negative way was higher than negative remarks about transgender people, but lower than "gay" used in a negative way, "no homo," and other homophobic remarks. Hearing negative remarks about transgender people was lower than all others.

32 Mean differences in the frequencies between types of biased remarks based on gender expression were examined using a paired samples t-test. The difference was significant, $t(16683) = 51.84$, $p<.001$, Cohen's $d = .40$.

33 Mean differences in the frequencies of intervention regarding homophobic remarks and gender expression remarks by school staff and by students were examined using paired samples t-tests and percentages given for illustrative purposes. The differences were significant at $p<.001$ – staff intervention: $t(10722) = -25.12$; student intervention: $t(15246) = 22.22$, Cohen's $d = .18$.

34 Burns, K. (December 27, 2019). *The internet made trans people visible. It also left them more vulnerable.* Vox. https://www.vox.com/identities/2019/12/27/21028342/trans-visibility-backlash-internet-2010

Faye, S. (March 30, 2018). *Trans visibility is greater than ever – but that's a double-edged sword.* The Guardian. https://www.theguardian.com/commentisfree/2018/mar/30/transgender-acceptance-media-international-day-visibility

Jaschik, S. (October 22, 2018). *Trump may eliminate trans rights.* Inside Higher Ed. https://www.insidehighered.com/news/2018/10/22/trump-administration-considers-plan-end-legal-status-transgender-students

35 Mean differences in the frequencies between homophobic remarks and gender expression remarks made by school staff were examined using a paired samples t-test. The difference was significant, $t(15289) = 50.67$, $p<.001$.

36 Mean differences in the frequencies across types of biased remarks were examined using a repeated measures multivariate analysis of variance (MANOVA), and percentages are shown for illustrative purposes. The multivariate effect was significant. Pillai's Trace = .77, $F(10, 16597) = 5420.92$, $p<.001$. Differences were significant for all remarks, anti-LGBTQ and other remarks. Hearing sexist remarks was higher than all others. Hearing "gay" used in a negative way was lower than hearing sexist remarks, but higher than all other remarks. Hearing negative remarks about ability was lower than hearing sexist remarks, and "gay" used in a negative way, but higher than all other remarks. Hearing the phrase "no homo" was lower than hearing sexist remarks, "gay" used in a negative way, and negative remarks about ability, but was higher than all other remarks. Hearing negative remarks about body size/weight was lower than hearing sexist remarks, "gay" used in a negative way, negative remarks about ability, and "no homo," but higher than all other remarks. Hearing racist remarks was lower than hearing sexist remarks, "gay" used in a negative way, negative remarks about ability, "no homo," and negative remarks about body size/weight, but higher than all other remarks. Hearing other homophobic remarks was higher than hearing negative remarks about gender expression, transgender people, religion, and immigration status, but lower than all other remarks. Hearing negative remarks about gender expression was higher than negative remarks about transgender people, religion, and immigration status, but lower than all other remarks. Hearing negative remarks about transgender people was higher than hearing negative remarks about religion and immigration status, but lower than all other remarks.

Hearing negative remarks about religion was higher than hearing negative remarks about immigration status, but lower than all other remarks. Hearing negative remarks about immigration status was lower than all other remarks.

37 Mean differences in the frequencies of verbal harassment based on sexual orientation, gender, and gender expression were examined using repeated measures multiple analysis of variance (MANOVA): Pillai's Trace = .05, $F(2, 16482) = 391.81$, $p<.001$, $\eta_p^2 = .05$. Univariate effects were considered at $p<.01$. Students experienced verbal harassment based on sexual orientation more commonly than gender expression or gender; students experienced verbal harassment based on gender expression more commonly than gender. Percentages are shown for illustrative purposes.

38 Mean differences in the frequencies of physical harassment based on sexual orientation, gender, and gender expression were examined using repeated measures multiple analysis of variance (MANOVA): Pillai's Trace = .007, $F(2, 16364) = 54.55$, $p<.001$, $\eta_p^2 = .01$. Univariate effects were considered at $p<.01$. Students experienced physical harassment based on sexual orientation more commonly than gender expression or gender; we did not observe a difference between physical harassment based on gender expression and based on gender. Percentages are shown for illustrative purposes.

39 Mean differences in the percentage of students who had ever experienced verbal harassment, physical harassment, and physical assault based on sexual orientation, gender, or gender expression were examined using repeated measures multiple analysis of variance (MANOVA): Pillai's Trace = .66, $F(2, 16071) = 15652.01$, $p<.001$, $\eta_p^2 = .66$. Pairwise comparisons were considered at $p<.01$. Students were more likely to experience verbal harassment than physical harassment or physical assault; students were more likely to experience physical harassment than physical assault.

40 Mean differences in the frequencies of physical assault based on sexual orientation, gender, and gender expression were examined using repeated measures multiple analysis of variance (MANOVA): Pillai's Trace = .00, $F(2, 16203) = 23.99$, $p<.001$, $\eta_p^2 = .00$. Univariate effects were considered at $p<.01$. Students experienced physical assault based on sexual orientation more commonly than gender expression or gender; we did not observe a difference between physical assault based on gender expression and based on gender. Percentages are shown for illustrative purposes.

41 Blakely-McClure, S. J., & Ostrov, J. M. (2016). Relational aggression, victimization, and self-concept: Testing pathways from middle childhood to adolescence. *Journal of Youth and Adolescence, 45*(2), 376-390.

Prinstein, M. J., Boergers, J., & Vernberg, E. M. (2010). Overt and relational aggression in adolescents: Social-psychological adjustment of aggressors and victims. *Journal of Clinical Child & Adolescent Psychology, 4*, 479-491.

Young, E. L., Boye, A. E., & Nelson, D. A. (2006). Relational aggression: Understanding, identifying, and responding in schools. *Psychology in the Schools, 4(43)*, 297-312.

42 GLSEN, CiPHR, & CCRC (2013). *Out online: The experiences of lesbian, gay, bisexual, and transgender youth on the Internet.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-01/Out_Online_Full_Report_2013.pdf

Jones, L. M., Mitchell, K. J., & Finkelhor, D. (2013). Online harassment in context: Trends from three youth internet safety surveys. *Psychology of Violence, 3*, 53-69.

Ybarra, M. L., Mitchell, K. J., Palmer, N. A., & Reisner, S. L. (2015). Online social support as a buffer against online and offline peer and sexual victimization among US LGBT and non-LGBT youth. *Child Abuse & Neglect, 39*, 123-126.

43 To test differences in frequency of reporting victimization to family members by outness to family members, we conducted an independent samples t-test among LGBTQ students who had experienced victimization, where frequency of reporting to family was the dependent variable and being out or not was the independent variable. Results were significant, $t(8543.35) = -26.49$, $p<.001$.

44 To test differences on severity of experiences with anti-LGBTQ victimization between those who reported that they did not report victimization because it was "not that serious" and those who did not cite this reason for not reporting victimization, a multivariate analysis of variance (MANOVA) was conducted with three weighted victimization variables (based on sexual orientation, gender, and gender expression) as dependent variables. The independent variable was dichotomous, where 1 = "not that serious" and "0" indicated that students had not cited this reason for not reporting victimization to school staff. Multivariate results were significant: Pillai's Trace = .05, $F(3, 9937) = 165.92$, $p<.001$. Univariate effects for all three types of anti-LGBTQ victimization were significant. Victimization based on sexual orientation: $F(1, 9939) = 453.23$, $p<.001$, $\eta_p^2 = .04$; Victimization based on gender: $F(1, 9939) = 318.38$, $p<.001$, $\eta_p^2 = .03$; Victimization based on gender expression: $F(1, 9939) = 366.63$, $p<.001$, $\eta_p^2 = .04$. Students who said that they did not report victimization because it was not that serious had lower levels of victimization based on sexual orientation, victimization based on gender, and victimization based on gender expression, than students who did not say this as a reason for not reporting victimization.

45 We define effectiveness in two different ways, one is whether staff made a positive impact on the school climate for the student who experienced the harassment or assault (e.g., preventing future harassment and assault), and the other is whether staff comforted the student who experienced the harassment or assault.

46 Chi-square tests were performed examining type of school staff response by whether it was perceived to be effective or ineffective (dichotomous variable was created for effectiveness: effective = "very effective" or "somewhat effective"; ineffective = "not at all effective" or "somewhat ineffective"). Responses that were more likely to be effective: Disciplined perpetrator: $\chi2 = 599.92$, $df = 1$, $p<.001$, $\phi = .35$; Educated perpetrator about bullying: $\chi2 = 262.38$, $df = 1$, $p<.001$, $\phi = .23$; Contacted perpetrator's parents: $\chi2 = 222.19$, $df = 1$, $p<.001$, $\phi = .22$; and Provided emotional support: $\chi2 = 634.90$, $df = 1$, $p<.001$, $\phi = .36$.

47 Chi-square tests were performed examining type of school staff response by whether it was perceived to be effective or ineffective (dichotomous variable was created for effectiveness: effective = "very effective" or "somewhat effective"; ineffective = "not at all effective" or "somewhat ineffective"). Responses that were more likely to be ineffective: Told reporting student to change their behavior: $\chi2 = 289.72$, $df = 1$, $p<.001$, $\phi = -.25$; Disciplined the reporting student: $\chi2 = 88.99$, $df = 1$, $p<.001$, $\phi = -.14$; Did nothing/Told student to ignore: $\chi2 = 1151.29$, $df = 1$, $p<.001$, $\phi = -.49$; Talked to the perpetrator/told the perpetrator to stop: $\chi2 = 395.43$, $df = 1$, $p<.001$, $\phi = -.29$; Filed a report: $\chi2 = 161.59$, $df = 1$, $p<.001$, $\phi = -.18$; Referred the incident to another staff member: $\chi2 = 70.22$, $df = 1$, $p<.001$, $\phi = -.12$; Contacted the reporting student's parents: $\chi2 = 31.26$, $df = 1$, $p<.001$, $\phi = -.08$; Used peer mediation/conflict resolution approach: $\chi2 = 46.63$, $df = 1$, $p<.001$, $\phi = -.10$; Educated class/school about bullying: $\chi2 = 45.12$, $df = 1$, $p<.001$, $\phi = -.10$; and Separated students: $\chi2 = 190.63$, $df = 1$, $p<.001$, $\phi = -.20$.

48 stopbullying.gov. (n.d.). *Misdirections in bullying prevention and intervention.* https://www.stopbullying.gov/sites/default/files/2017-10/misdirections-in-prevention.pdf

49 Human Rights Campaign (n.d.). The lies and dangers of efforts to change sexual orientation or gender identity. https://www.hrc.org/resources/the-lies-and-dangers-of-reparative-therapy

50 Greytak, E. A., Kosciw, J. G., Villenas, C., & Giga, N. M. (2016). *From Teasing to Torment: School Climate Revisited, A Survey of U.S. Secondary School Students and Teachers.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-12/From_Teasing_to_Tormet_Revised_2016.pdf

51 The Day of Silence is a national student-led event, coordinated by GLSEN, that is designed to draw attention to anti-LGBTQ name-calling, bullying, and harassment in schools. Visit dayofsilence.org for more information

52 A series of chi-square tests were conducted to examine the relationship between locker room discrimination and: sports participation (intramural or interscholastic), avoiding gym/physical education classes, avoiding sports fields, and avoiding locker rooms. The results for all tests were significant. Sports participation: $\chi2 = 66.40$, $df = 1$, $p<.001$, $\phi = -.07$; avoiding gym: $\chi2 = 905.43$, $df = 1$, $p<.001$, $\phi = .24$; avoiding sports fields: $\chi2 = 492.08$, $df = 1$, $p<.001$, $\phi = .17$; avoiding locker rooms: $\chi2 = 1191.28$, $df = 1$, $p<.001$, $\phi = .27$.

53 American Medical Association. (2018). *Transgender individuals' access to public facilities.* https://www.ama-assn.org/system/files/2019-03/transgender-public-facilities-issue-brief.pdf

54 A chi-square test was conducted to compare avoiding bathrooms by

experiences of bathroom-based discrimination: $\chi2 = 1873.89$, $df = 1$, $p<.001$, $\phi = .34$. Percentages are shown for illustrative purposes.

55 A small percentage of survey respondents (1.0%) attended single-sex schools. Given that single-sex schools are uniquely gendered spaces, all analyses regarding gender separation in schools excluded students who attended single-sex schools. More information about the experiences of LGBTQ students in single-sex schools can be found in the *School Climate and School Characteristics* section of this report.

56 To assess differences in high school graduation plans by grade level, an analysis of variance (ANOVA) was performed where grade level was the dependent variable and high school graduation plans was the independent variable. Results were significant: $F(2, 16628) = 75.33$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Students who were unsure whether they would graduate high school were in lower grades than those who planned on graduating high school as well those who did not plan on graduating high school. We did not observe a significant difference between those who planned on graduating high school and those who did not plan on graduating high school.

57 Heckman, J. J., Humphries, J. E., & Mader, N. S. (2010). *The GED: NBER working paper no. 16064.* Cambridge, MA: National Bureau of Economic Research. https://www.nber.org/papers/w16064.pdf

Tyler, J., & Lofstrom, M. (2008). *Is the GED an effective route to postsecondary education for school dropouts?* Bonn, Germany: Institute for the Study of Labor (IZA). https://www.nber.org/papers/w13816.pdf

58 The full percentage breakdown of educational aspirations for LGBTQ students planning to obtain a GED are as follows: 40.6% planned to obtain a GED only; 10.9% planned to complete Vocational, Trade, or Technical School; 15.6% planned to obtain an Associate's degree; 20.6% planned to obtain a Bachelor's degree; and, 12.2% planned to obtain a Graduate degree.

59 Mean differences in the frequencies of reasons for not planning to finish high school or being unsure about finishing high school were examined using repeated measures analysis of variance (ANOVA): Pillai's Trace = .84, $F(5, 627) = 759.07$, $p<.001$. Univariate effects were considered at $p<.01$. Significant differences were observed between all reasons for not planning to finish high school, except we did not observe a difference between academic concerns and hostile school climate. Percentages are shown for illustrative purposes.

60 Espelage, D. L., Merrin, G. J., & Hatchel, T. (2016). Peer victimization and dating violence among LGBTQ youth: The impact of school violence and crime on mental health outcomes. *Youth Violence and Juvenile Justice, 16*(2), 156-173.

61 Watson, R.J., & Russell, S.T. (2014). Disengaged or bookworm: Academics, mental health, and success for sexual minority youth *Journal of Research on Adolescence, 26*(1), 159-165.

62 Palmer, N. A., & Greytak, E. A. (2017). LGBTQ student victimization and its relationship to school discipline and justice system involvement. *Criminal Justice Review, 42*(2), 163-187.

63 To assess differences in high school graduation plans by absenteeism, an analysis of covariance (ANCOVA) was performed where number of school days missed was the dependent variable, whether or not a student planned to graduate high school was the independent variable, and student grade level was included as a covariate. Results were significant: $F(1, 16311) = 344.24$, $p<.001$, $\eta_p^2 = .02$. Students with higher absenteeism due to feeling unsafe/uncomfortable were less likely to plan to finish high school.

64 For purposes of analysis, we measured victimization by creating composite weighted variables for both types of victimization (victimization based on sexual orientation and victimization based on gender expression) based on the severity of harassment with more weight given to more severe forms of harassment. Physical assault received the most weight, followed by physical harassment, and verbal harassment.

65 To assess the relationship between anti-LGBTQ victimization and educational aspirations, a multivariate analysis of covariance (MANCOVA) was performed where severity of victimization based on sexual orientation and gender expression were the dependent variables, educational aspirations was the independent variable, and student grade level was included as a covariate. The multivariate effect was significant: Pillai's Trace = .02, $F(10, 31496) = 38.80$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for victimization based on sexual orientation was significant: $F(5, 15748) = 45.81$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Those not planning to graduate high school experienced greater levels of victimization than all others. Those planning to only graduate high school, those planning to attend vocational, trade, or technical school, and those planning to obtain an associate's degree all experienced greater levels of victimization than those planning to obtain a Bachelor's or graduate degree. No other differences were observed. The univariate effect for victimization based on gender expression was also significant: $F(5, 15748) = 75.94$, $p<.001$, $\eta_p^2 = .02$. Post hoc differences were similar to victimization based on sexual orientation, except: those planning to graduate high school only experienced greater levels of victimization than those planning to obtain an associate's degree. Percentages are shown for illustrative purposes.

66 To assess the relationship between anti-LGBTQ discriminatory school policies/practices and educational aspirations, an analysis of variance (ANCOVA) was performed where experiencing discrimination was the dependent variable, educational aspirations was the independent variable, and student grade level was included as a covariate. The effect was significant: $F(5, 16320) = 30.01$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Those planning to obtain a Bachelor's degree as well as those planning to obtain a graduate degree were less likely to experience discrimination than all others. No other differences were observed.

67 The relationship between GPA and severity of victimization was examined through Pearson correlations. – victimization based on sexual orientation: $r(16217) = -.19$, $p<.001$; victimization based on gender expression: $r(16023) = -.22$, $p<.001$.

68 To assess the relationship between educational achievement by experiencing anti-LGBTQ discriminatory policies and practices at school, an analysis of variance (ANOVA) was conducted, with GPA as the dependent variable, and experiencing anti-LGBTQ discrimination as the independent variable. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(1, 16527) = 333.30$, $p<.001$, $\eta_p^2 = .02$.

69 The relationship between missing school and severity of victimization was examined through Pearson correlations. *Victimization based on sexual orientation*: $r(16222) = .42$, $p<.001$; *victimization based on gender expression*: $r(16026) = .42$, $p<.001$. Percentages are shown for illustrative purposes.

70 To test differences in missing school for safety reasons by experiences of anti-LGBTQ discrimination at school, we conducted an independent samples t-test with missing any school as the dependent variable, and having experienced discrimination as the independent variable. Results were significant: $t(16376.37) = -39.94$, $p<.001$, Cohen's $d = .60$. Percentages are shown for illustrative purposes.

71 Kang-Brown, J., Trone, J., Fratello, J., & Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Pigott, C., Stearns, A. E., & Khey, D. N. (2018). School resource officers and the school to prison pipeline: discovering trends of expulsions in public schools. *American Journal of Criminal Justice, 43*: 120-138.

Skiba, R. J., Arredondo, M. I., & Williams, N. T. (2014). More than a metaphor: The contribution of exclusionary discipline to a school-to-prison pipeline. *Equity & Excellence in Education, 47*(4), 546-564.

White, R. E., & Young, D. C. (2020). The social injustice of zero-tolerance discipline. In R. Papa (Ed). *Handbook on Promoting Social Justice in Education* (pp 2471-2485). Switzerland: Springer.

72 Kang-Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

White, R. E., & Young, D. C. (2020). The social injustice of zero-tolerance discipline. In R. Papa (Ed). *Handbook on Promoting Social Justice in Education* (pp 2471-2485). Switzerland: Springer.

73 Carr, S. (2014). How strict is too strict? The backlash against no-excuses discipline in high schools. *The Atlantic, December 2014.* Retrieved from http://www.theatlantic.com/magazine/archive/2014/12/how-strict-is-too-strict/382228/?utm_source = JFSF+Newsletter&utm_campaign = 78e5068481-Newsletter_December_2014&utm_medium = email&utm_term = 0_2ce9971b29-78e5068481-356428881

Department of Justice (DOJ). (2011). Attorney General Holder, Secretary Duncan announce effort to respond to school-to-prison pipeline by supporting good discipline practices. Press release. Washington, DC: DOJ. Retrieved from http://www.justice.gov/opa/pr/2011/July/11-ag-951.html.

Kang-Brown, J., Trone, J., Fratello, J., & Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Kostyo, S., Cardichon, J., & Darling-Hammond, L. (2018). Reducing student suspension rates. *Learning Policy Institute.* https://learningpolicyinstitute.org/sites/default/files/product-files/ESSA_Equity_Promise_Suspension_BRIEF.pdf

Mitchell, M. M., & Bradshaw, C. P. (2013). Examining classroom influences on student perceptions of school climate: The role of classroom management and exclusionary discipline strategies. *Journal of School Psychology, 51*(5), 599-61.

74 Christle, C. A., Jolivette, K., & Nelson, C. M. (2005). Breaking the school to prison pipeline: Identifying school risk and protective factors for youth delinquency. *Exceptionality, 13*(2), 69-88.

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: The Council of State Governments Justice Center.

Kang-Brown, J., Trone, J., Fratello, J.,& Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852-862.

Sander, J. B., Sharkey, J. D., Groomes, A. N., Krumholz, L., Walker, K., & Hsu, J. Y. (2011). Social justice and juvenile offenders: Examples of fairness, respect, and access in education settings. *Journal of Educational and Psychological Consultation, 21*(4), 309-337.

Todis, B., Bullis, M., Waintrup, M., Schultz, R., & D'Ambrosio, R. (2001). Overcoming the odds: Qualitative examination of resilience among formerly incarcerated adolescents. *Exceptional Children, 68*(1), 119-139.

White, R. E., & Young, D. C. (2020). The social injustice of zero-tolerance discipline. In R. Papa (Ed), *Handbook on Promoting Social Justice in Education* (pp 2471-2485). Switzerland: Springer.

75 Arredondo, M., Gray, C., Russell, S., Skiba, R., & Snapp, S. (2016). *Documenting disparities for LGBT students: Expanding the collection and reporting of data on sexual orientation and gender identity.* Discipline Disparities: A Research-to Practice Collaborative. The Equity Project. Bloomington, IN.

GLSEN (2016). *Educational exclusion: Drop out, push out, and school-to-prison pipeline among LGBTQ youth.* New York: GLSEN.

Himmelstein, K. E., & Brückner, H. (2011). Criminal-justice and school sanctions against nonheterosexual youth: A national longitudinal study. *Pediatrics, 127*(1), 49-57. https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

Panfil, V. R. (2018). LGBTQ populations of color, crime, and justice: an emerging but urgent topic. In R. Martinez Jr., M. E. Hollis, & J. I. Stowell (Eds), *The Handbook of Race, Ethnicity, Crime, and Justice* (pp. 415-433). Hoboken, NJ: John Wiley & Sons.

Snapp, S. D., Hoenig, J. M., Fields, A., & Russell, S. T. (2015). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. *Journal of Adolescent Research, 30*, 57-82.

76 High and low levels of victimization are indicated by a cutoff at the mean score of victimization: students above the mean were characterized as "Experiencing Higher Levels of Victimization."

To compare disciplinary experiences by severity of victimization based on sexual orientation and gender expression, two separate chi-square tests were conducted using a dichotomized variable indicating that students had experienced higher than average victimization, and a dichotomized variable regarding having experienced any type of school discipline. Both analyses were significant. Victimization based on sexual orientation: $\chi2$ = 640.28, $df$ = 1, $p$<.001, $\phi$ = .20; Victimization based on gender expression: $\chi2$ = 573.74, $df$ = 1, $p$<.001, $\phi$ = .19. Students who had experienced higher levels of victimization for both types were more likely to have experienced school discipline than students who had experienced lower levels of victimization for both types.

77 To compare disciplinary experiences by missing school due to safety reasons, a chi-square test was conducted with the variable indicating whether a student had missed any school due to feeling unsafe or uncomfortable and a dichotomized variable regarding having experienced any type of school discipline: $\chi2$ = 587.77, $df$ = 4, $p$ < .001, Cramer's V = .19. Students who had had missed school were more likely to have experienced any school discipline than students who had not missed school.

78 To compare disciplinary experiences by experiences of discrimination at school, a chi-square test was conducted using a dichotomized variable indicating that students had experienced discriminatory policies or procedures and a dichotomized variable regarding having experienced any type of school discipline: $\chi2$ = 559.16, $df$ = 1, $p$<.001, $\phi$ = .18. Students who had experienced discriminatory policies or practices at school reported higher rates of school disciplinary action than students who had not experienced these policies or practices. Note further analyses demonstrated that these relationships between discriminatory practices and school discipline held even after controlling for peer victimization.

79 Goodenow, C., & Grady, K.E. (1993). The relationship of school belonging and friends' values to academic motivation among urban adolescent students. *Journal of Experimental Education, 62*(1), 60–71.

Murdock, T. B., & Bolch, M. B. (2005). Risk and protective factors for poor school adjustment in lesbian, gay, and bisexual (LGB) high school youth: Variable and person-centered analyses. *Psychology in the Schools, 42*(5), 159–172.

Wang, W., Vaillancourt, T., Brittain, H. L., McDougall, P., Krygsman, A., Smith, D., & Hymel, S. (2014). School climate, peer victimization, and academic achievement: Results from a multi-informant study. *School Psychology Quarterly, 29*(3), 360–377.

Wormington, S. V., Anderson, K. G., Schneider, A., Tomlinson, K. L., & Brown, S. A. (2016). Peer victimization and adolescent adjustment: Does school belonging matter? *Journal of School Violence, 15*(1), 1–21.

80 To assess school belonging in our survey, we used an instrument designed to measure the psychological sense of school membership among adolescents by Goodenow (1993):

Goodenow, C. (1993). The Psychological sense of school membership among adolescents: Scale development and educational correlates. *Psychology in the Schools, 30*(1), 79–90.

The measure includes 18 4-point Likert-type items, such as "Other students in my school take my opinions seriously."

81 The relationship between school belonging and severity of anti-LGBTQ victimization was examined through Pearson correlations: Victimization based on sexual orientation: $r(16217)$ = -.40, $p$<.001; Victimization based on gender expression: $r(16021)$ = -.39, $p$<.001. For illustrative purposes percentages of LGBTQ students "Demonstrating Positive School Belonging" are shown; positive and negative school belonging are indicated by a cutoff at the score indicating neither positive nor negative attitudes about one's belonging in school: students above this cutoff were characterized as "Demonstrating Positive School Belonging."

82 To test differences in school belonging by experiencing anti-LGBTQ discriminatory policies and practices at school, as analysis of variance (ANOVA) was conducted, with school belonging as the dependent variable, and experiencing any form of this type of discrimination as the independent variable. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(1, 16529)$ = 3160.18, $p$<.001, $\eta_p^2$ = .16. Percentages are shown for illustrative purposes.

83 Gruber, J. E., & Fineran, S. (2008). Comparing the impact of bullying and sexual harassment victimization on the mental and physical health of adolescents. *Sex Roles, 59*(1-2), 1–13.

Hase, C.N., Goldberg, S.B., & Smith, D. (2015). Impacts of traditional bullying and cyberbullying on the mental health of middle school and high school students. *Psychology in Schools,*

52(6), 607–617.

Holt, M. K., Vivolo-Kantor, A. M., Polanin, J. R., Holland, K. M., DeGue, S., Matjasko, J. L., Wolfe, M. & Reid, G. (2015). Bullying and suicidal ideation and behaviors: A meta-analyses. *Pediatrics, 135*(2), 496-509.

Hong, J. S., & Espelage, D. L (2012). A review of research on bullying and peer victimization in school" An ecological system analysis. *Aggression and Violent Behavior, 17*(4), 311-322.

84 Greytak, E.A., Kosciw, J.G., Villenas, C., & Giga, N.M. (2016). *From Teasing to Torment: School Climate Revisited, A Survey of U.S. Secondary School Students and Teachers.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-12/From_Teasing_to_Tormet_Revised_2016.pdf

Kann, L., McManus, T., Harris, W. A., Shanklin, S. L., Flint, K. H., Queen, B., Lowry, R., Chyen, D., Whittle, L., Thornton, J., Lim, C., Bradford, D., Yamakawa, Y., Leon, M., Brener, N., & Ethier, K. A. (2018) Youth Risk Behavior Surveillance – United States, 2017. *MMWR Surveillance Summary* 2018; 67(No. SS-8):1-114. https://www.cdc.gov/mmwr/volumes/67/ss/ss6708a1.htm

85 Self-esteem was measured using the 10-item Likert-type Rosenberg self-esteem scale (RSE; Rosenberg, 1989), which includes such items as "I am able to do things as well as most people":

Rosenberg, M. (1989). *Society and the adolescent self-image* (Revised ed.) Middletown, CT: Wesleyan University Press.

86 Depression was measured using the 20-item Likert-type CES-D depression scale (Eaton et al., 2004), which includes such items as "During the past week, I felt hopeful about the future":

Eaton, W. W., Smith, C., Ybarra, M., Muntaner, C., & Tien, A. (2004). Center for Epidemiologic Studies Depression Scale: Review and Revision (CESD and CESD-R). In M. E. Maruish (Ed.), *The use of psychological testing for treatment planning and outcomes assessment: Instruments for adults* (pp. 363-377). Mahwah, NJ, US: Lawrence Erlbaum Associates Publishers.

87 The relationship between self-esteem and severity of victimization was examined through Pearson correlations: victimization based on sexual orientation: $r(16055) = -.226$, $p<.001$; victimization based on gender expression: $r(15866) = -.229$, $p<.001$. For illustrative purposes, percentages of students "Demonstrating Positive Self-Esteem." Positive and negative self-esteem are indicated by a cutoff at the score indicating neither positive nor negative feelings about oneself: students above this cutoff were characterized as "Demonstrating Positive Self-Esteem."

88 The relationship between depression and severity of victimization was examined through Pearson correlations: Victimization based on sexual orientation: $r(16058) =.348$, $p<.001$; Victimization based on gender expression: $r(15863) =.342$, $p<.001$. For illustrative purposes percentages of LGBTQ students with "Higher Levels of Depression" are shown; higher levels were determined by a cutoff at the mean score of depression: students above the mean were characterized as "Demonstrating Higher Levels of Depression."

89 Bockting, W. O., Miner, M. H., Swinburne Romine, R. E., Hamilton, A., & Coleman, E. (2013). Stigma, mental health, and resilience in an online sample of the US transgender population. *American Journal of Public Health, 103*(5), 943–951.

Burton, C. M., Marshal, M. P., Chisolm, D. J., Sucato, G. S., & Friedman, M. S. (2013). Sexual minority-related victimization as a mediator of mental health disparities in sexual minority youth: A longitudinal analysis. *Journal of Youth and Adolescence, 42,* 394-402.

Lee, J. H., Gamarel, K. E., Bryant, K. J., Zaller, N. D., & Operario, D. (2016). Discrimination, mental health, and substance use disorders among sexual minority populations. *LGBT Health, 3*(4), 258-265.

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychological Bulletin, 129*(5), 674.

90 To test differences in self-esteem by experiencing ant-LGBTQ discriminatory policies and practices at school, as analysis of variance (ANOVA) was conducted, with self-esteem as the dependent variable, and experiencing ant-LGBTQ discrimination as the independent variable. The main effect for experiencing ant-LGBTQ discrimination was significant: $F(1, 16355) = 873.33$, $p<.001$, $\eta_p^2 =.05$.

91 To test differences in depression by experiencing discriminatory policies and practices at school, as analysis of variance (ANOVA) was conducted, with depression as the dependent variable, and experiencing discrimination as the independent variable. The main effect for experiencing discrimination was significant: $F(1, 16356) = 1701.16$, $p<.001$, $\eta_p^2 = .09$. In order to account for experiences of victimization on the effect of discrimination on depression, an analysis of covariance (ANCOVA) was conducted, controlling for victimization. Even when accounting for direct experiences of victimization, the ANCOVAs revealed differences between students who had experienced discriminatory policies and practices and those who had not; thus, results of the ANOVAs are reported for the sake of simplicity.

92 GLSEN (2016). *Educational exclusion: Drop out, push out, and school-to-prison pipeline among LGBTQ youth.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

Center for American Progress & Movement Advancement Project (2016). *Unjust: How the broken criminal justice system fails LGBT people.* Washington, DC: MAP. https://www.lgbtmap.org/file/lgbt-criminal-justice.pdf

Palmer, N. A., & Greytak, E. G. (2017). LGBTQ student victimization and its relationship to school discipline and justice system involvement. *Criminal Justice Review, 42*(2), 163-187.

Poteat, P. V., Scheer, J. R., & Chong, E. S. K. (2016). Sexual orientation-based disparities in school and juvenile justice discipline: A multiple group comparison of contributing factors. *Journal of Educational Psychology, 108*(2), 229-241.

93 Kosciw, J. G., Palmer, N. A., Kull, R. M., & Greytak, E. A. (2013). The effect of negative school climate on academic outcomes for LGBT youth and the role of in-school supports. *Journal of School Violence, 12*(1), 45-63.

Palmer, N.A., Kosciw, J.G., & Greytak, E.A. (2016). Disrupting hetero-gender- normativity: The complex role of LGBT affirmative supports at school. In S. T. Russell & S. S. Horn (Eds.) *Sexual orientation, gender identity, and schooling: The nexus of research, practice, and policy* (pp. 68-74). Oxford University Press.

94 Denault, A. & Guay, F. (2017). Motivation towards extracurricular activities and motivation at school: A test of the generalization effect hypothesis. *Journal of Adolescence, 54,* 94–103.

Farb, A. F., & Matjasko, J. L. (2012). Recent advances in research on school-based extracurricular activities and adolescent development. *Developmental Review, 32*(1), 1–48.

Fredericks, J. A., & Eccles, J. S. (2006). Is extracurricular participation associated with beneficial outcomes? Concurrent and longitudinal relations. *Developmental Psychology, 42*(4), 698–713.

Kort-Butler, L. A. & Hagewen, K. J. (2011). School-based extracurricular activity involvement and adolescent self-esteem: A growth-curve analysis. *Journal of Youth and Adolescence, 40*(5), 568–581.

Toomey, R. B., & Russell, S. T. (2013). An initial investigation of sexual minority youth involvement in school-based extracurricular activities. *Journal of Research on Adolescence, 23*(2), 304-318.

95 Greytak, E. A., Kosciw, J. G., Villenas, C. & Giga, N. M. (2016). *From teasing to torment: School climate revisited, A survey of U.S. secondary school students and teachers.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-12/From_Teasing_to_Tormet_Revised_2016.pdf

96 Griffin, P., Lee, C., Waugh, J., & Beyer, C. (2004). Describing roles that gay-straight alliances play in schools: From individual support to school change. *Journal of Gay & Lesbian Issues in Education, 1*(3), 7-22.

Porta, C. M., Singer, E., Mehus, C. J., Gower, A. M., Saewyc, E., Fredkove, W., & Eisenberg, M. E. (2017). LGBTQ youth's view of Gay-Straight Alliances: building community, providing gateways, and representing safety and support. *Journal of School Health, 87*(7), 489-497.

St. John, A., Travers, R., Munro, L., Liboro, R. M., Schneider, M., & Greig, C. L. (2014). The success of Gay–Straight Alliances in Waterloo region, Ontario: A confluence of political and social factors. *Journal of LGBT Youth, 11*(2), 150-170.

97 Miceli, M. (2005). *Standing out, standing together: The social and political impact of gay-straight alliances.* New York: Routledge.

Poteat, V. P. (2017). Gay-Straight Alliances: promoting student resilience and safer school climates. *American Educator, 40*(4), 10-14.

Sweat, J. W. (2004). *Crossing boundaries: Identity and activism in Gay-Straight Alliances.* University of California, Davis.

98 Ocampo, A. C. & Soodjinda, D. (2016). Invisible Asian Americans: The intersection of sexuality, race, and education among gay Asian Americans. *Race Ethnicity and Education, 19*(3), 480–499.

Toomey, R. B., Huynh, V. W., Jones, S. K., Lee, S. & Revels-Macalinao, M. (2016). Sexual minority youth of color: A content analysis and critical review of the literature. *Journal of Gay and Lesbian Mental Health, 21*(1), 3–31.

99 Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Black LGBTQ youth in U.S. schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Black-2020.pdf

Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Asian American and Pacific Islander LGBTQ youth in U.S. schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-AAPI-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Latinx LGBTQ youth in U.S. schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Latinx-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Native American, American Indian, and Alaska Native LGBTQ youth in U.S. schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Native-2020.pdf

100 Mean differences in the frequencies of positive and negative LGBTQ inclusion were compared using repeated measures analysis of variance (ANOVA): Pillai's Trace = .00, $F(1, 16635) = 32.41$, $p = .001$, $\eta_p^2 = .00$. Positive inclusion was higher than negative inclusion.

101 71.7% of students reported that LGBTQ-related topics were not included in any textbooks or other assigned readings and 8.7% reported that they did not know if these topics were included.

102 24.1% of students reported that they could not find LGBTQ-related books or information in their school library, and 27.0% reported that they did not know if their library had these resources.

103 To test differences between inclusion of LGB topics and inclusion of transgender and nonbinary topics, a McNemar Chi-Square test was conducted among students who had received sex education. The test included two dichotomous variables, indicating whether LGB and whether transgender and nonbinary topics were included in their sex education. The results were significant: $\chi 2=706.64$, $df = 1$, $p<.001$, $\phi = .62$. LGB topics were more common in sex education classes than transgender and nonbinary topics.

104 To test differences between quality of LGB topics and quality of transgender and nonbinary topics included in sex education, a paired samples t-test was conducted on the LGB quality and transgender and nonbinary quality variables, each measuring the quality of content, from "Very Negative" to "Very Positive." The results were significant: $t(2000) = 12.59$, $p<.001$, Cohen's $d = .23$.

105 Mean differences in comfort level talking to school staff across type of school staff member were examined using repeated measures multivariate analysis of variance (repeated measures MANOVA), with type of school staff as the independent variable and comfort level for each of the seven school staff categories as the dependent variables. The multivariate effect was significant: Pillai's Trace = .52, $F(6, 16294) = 2983.89$, $p<.001$, $\eta_p^2 = .52$. Univariate effects were considered at $p<.01$. All mean differences were significant except between Principal/Vice Principal and School Safety/Resource/Security Officer. Percentages are shown for illustrative purposes.

106 Visit https://glsen.org/safespace for more information or to obtain a Safe Space Kit for an educator or school.

107 Note: The generic policy category includes students who explicitly said that their school policy included neither sexual orientation or gender expression, and also students who said they were unsure if their school policy included those protections.

108 Kosciw, J. G., Greytak, E. A., Zongrone, A. D., Clark, C. M., & Truong, N. L. (2018). *The 2017 National School Climate Survey: The experiences of lesbian, gay, bisexual, transgender, and queer youth in our nation's schools.* New York: GLSEN. http://live-glsen-website.pantheonsite.io/sites/default/files/2019-10/GLSEN-2017-National-School-Climate-Survey-NSCS-Full-Report.pdf

GLSEN (2016). *Educational exclusion: Drop out, push out, and the school-to-prison pipeline among LGBTQ youth. New York, NY: GLSEN.* https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

Movement Advancement Project (MAP) and GLSEN. (April 2017). *Separation and stigma: Transgender youth and school facilities.* https://www.lgbtmap.org/file/transgender-youth-school.pdf

109 U.S. Department of Education, Office of Elementary and Secondary Education, Office of Safe and Healthy Students. (May 2016). *Examples of policies and emerging practices for supporting transgender students.* https://www2.ed.gov/about/offices/list/oese/oshs/emergingpractices.pdf

110 To compare LGBTQ students' reports of having a transgender and nonbinary policy in their school by cisgender status (cisgender vs transgender and nonbinary vs questioning), a chi-square test was conducted. The test was significant: $\chi^2 = 197.38$, $df = 4$, $p<.001$, Cramer's V = .08. Cisgender students and questioning students were more likely to indicate that they were "not sure" if their school had such a policy, and less likely to indicate that they had a such a policy, than compared to transgender and nonbinary students. No other differences were found.

111 The table below shows student reports of areas addressed in transgender and nonbinary student school policies and official guidelines for the full LGBTQ sample (includes cisgender, questioning, and transgender and nonbinary students). The percentages for the full LGBTQ sample were similar to the transgender and nonbinary student sample (see Table 2.4 in the report).

| | % of LGBTQ Students with Policy | % of All LGBTQ Students in Survey |
|---|---|---|
| Use pronoun/name of choice | 87.8% | 9.4% |
| Which bathroom to use (boys or girls) | 65.3% | 7.0% |
| Access gender neutral bathroom | 61.8% | 6.6% |
| Change official school records after name or gender change | 59.9% | 6.4% |
| Participate in extracurricular activities that matches their gender (non-sports) | 53.2% | 5.7% |
| Dress codes/school uniforms match gender identity | 49.2% | 5.2% |
| Locker rooms that match gender identity | 42.7% | 4.6% |
| Participate in school sports that match their gender identity | 39.9% | 4.2% |
| Stay in housing during field trips or in dorms that match gender identity | 28.3% | 3.0% |
| Another topic not listed (e.g., confidentiality policies, education for school community) | 1.3% | 0.1% |

112 Mean differences in prevalence of policy components among transgender and other nonbinary students were examined using a repeated measures multivariate analysis of variance (repeated measures MANOVA). The multivariate effect was significant: Pillai's Trace = .62, $F(8, 872) = 178.06$, $p<.001$, $\eta_p^2 = .62$. Univariate effects were considered at $p<.01$. All mean differences were significant except between: official records and use of bathroom

(boys or girls); official records and gender neutral bathrooms; school sports participation and locker rooms; extracurricular participation (non-sports) and dress codes/uniforms; use of bathroom (boys or girls) and gender neutral bathrooms; locker rooms and dress codes/uniforms.

113 Palmer, N.A., Kosciw, J.G., & Greytak, E.A. (2017). Disrupting hetero-gender-normativity: The complex role of LGBT affirmative supports at school. In S. T. Russell & S. S. Horn (Eds.) *Sexual orientation, gender identity, and schooling: The nexus of research, practice, and policy* (pp. 68-74). New York, NY: Oxford University Press.

114 Kosciw, J. G., Palmer, N. A., Kull, R. M., & Greytak, E. A. (2013). The effect of negative school climate on academic outcomes for LGBT youth and the role of in-school supports. *Journal of School Violence, 12*(1), 45-63.

115 Porta, C. M., Singer, E., Mehus, C. J., Gower, A. L., Saewyc, E., Fredkove, W., & Eisenberg, M. E. (2017). LGBTQ youth's views on Gay-Straight Alliances: Building community, providing gateways, and representing safety and support. *Journal of School Health, 87*(7), 489-497.

Toomey, R. B., & Russell, S. T. (2013). Gay-Straight Alliances, social justice involvement, and school victimization of lesbian, gay, bisexual, and queer youth: Implications for school well-being and plans to vote. *Youth & Society, 45*(4), 500-522.

116 Griffin, P., Lee, C., Waugh, J., & Beyer, C. (2004). Describing roles that Gay-Straight Alliances play in schools: From individual support to school change. *Journal of Gay & Lesbian Issues in Education, 1*(3), 7-22.

117 Poteat, V. P. (2017). Gay-Straight Alliances: Promoting student resilience and safer school climates. *American Educator, 40*(4), 10.

Toomey, R. B., Ryan, C., Diaz, R. M., & Russell, S. T. (2011). High school Gay–Straight Alliances (GSAs) and young adult well-being: An examination of GSA presence, participation, and perceived effectiveness. *Applied developmental science, 15*(4), 175-185.

118 To test differences in hearing biased remarks by presence of a GSA, a multivariate analysis of variance (MANOVA) was conducted, with GSA presence as the independent variable, and frequency of hearing anti-LGBTQ remarks as the dependent variables. The multivariate effect was significant: Pillai's trace = .03, $F(5, 16615) = 118.53$, $p<.001$, $\eta_p^2 = .03$. The univariate effects of GSA presence on anti-LGBTQ remarks were all significant – "Gay" used in a negative way: $F(1, 16619) = 490.41$, $p<.001$, $\eta_p^2 = .03$; The phrase "no homo": $F(1, 16619) = 155.94$, $p<.001$, $\eta_p^2 = .01$; Other homophobic remarks: $F(1, 16619) = 513.24$, $p<.001$, $\eta_p^2 = .02$; Negative remarks regarding gender expression: $F(1, 16619) = 183.82$, $p<.001$, $\eta_p^2 = .01$; Negative remarks about transgender people: $F(1, 16619) = 161.20$, $p<.001$, $\eta_p^2 = .01$. Percentages are shown for illustrative purposes.

119 To test differences in feeling unsafe regarding their sexual orientation and gender expression, experiences of anti-LGBTQ victimization, and missing school because of safety concerns by presence of a GSA, a multivariate analysis of variance (MANOVA) was conducted, with GSA presence as the independent variable, and feeling unsafe regarding their sexual orientation and gender expression, experiences of anti-LGBTQ victimization, and missing school because of safety concerns as the dependent variables. The multivariate effect was significant: Pillai's trace = .04, $F(5, 15795) = 121.85$, $p<.001$. The univariate effects of GSA presence on feeling unsafe regarding their sexual orientation and gender expression were significant – Feeling unsafe regarding their sexual orientation: $F(1, 15799) = 309.63$, $p<.001$, $\eta_p^2 = .02$; Feeling unsafe regarding their gender expression: $F(1, 15799) = 52.74$, $p<.001$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

120 To test differences in victimization based on sexual orientation and gender expression by presence of a GSA, these variables were included in the MANOVA described in the previous endnote. The univariate effects of GSA presence on victimization based on sexual orientation and based on gender expression were significant – Victimization based on sexual orientation: $F(1, 15799) = 425.30$, $p<.001$, $\eta_p^2 = .03$; Victimization based on gender expression: $F(1, 15799) = 221.94$, $p<.001$, $\eta_p^2 = .01$. For illustrative purposes, figures depicting differences in victimization based on sexual orientation or gender expression rely on a cutoff at the mean score of victimization: students above the mean score were characterized as "Experiencing Higher Levels of Victimization." Percentages are shown for illustrative purposes.

121 To test differences in missing school because of feeling unsafe or uncomfortable by presence of a GSA, this variable was included in the MANOVA described in previous endnotes. The univariate effect of GSA presence on days missing school in the past month was significant: $F(1, 15799) = 236.30$, $p<.001$, $\eta_p^2 = .02$. Percentages are shown for illustrative purposes.

122 To test differences in number of supportive school staff by presence of a GSA, an independent-samples t-test was conducted, with GSA presence as the independent variable, and number of supportive staff as the dependent variable. The effect of GSA presence on number of supportive staff was significant: $t(11004.62) = -56.38$, $p<.001$, Cohen's $d = .93$. Percentages are shown for illustrative purposes.

In addition, a chi-square test was conducted to compare the likelihood of having any supportive staff at all (having at least 1 supportive staff vs having no supportive staff) by presence of a GSA. The test was significant: $\chi^2 = 459.08$, $df = 1$, $p<.001$, $\phi = .17$. Students who had a GSA at their school were more likely to have at least 1 supportive educator compared to students who did not have a GSA at their school.

123 To test differences in staff intervention regarding anti-LGBTQ remarks by presence of a GSA, a multivariate analysis of variance (MANOVA) was conducted, with GSA presence as the independent variable, and frequency of staff intervention in homophobic remarks and negative remarks about gender expression as the dependent variables. The multivariate effect was significant: Pillai's trace = .02, $F(2, 10702) = 117.58$, $p<.001$. The univariate effects of GSA presence on staff intervention in both homophobic remarks and negative remarks about gender expression were significant – Homophobic remarks: $F(1, 10703) = 204.89$, $p<.001$, $\eta_p^2 = .02$; Negative remarks about gender expression: $F(1, 10703) = 155.74$, $p<.001$, $\eta_p^2 = .01$. Percentages are shown for illustrative purposes.

124 GLSEN Days of Action (including Ally Week, No Name-Calling Week, and Day of Silence) are national student-led events of school-based LGBTQ advocacy, coordinated by GLSEN. The Day of Silence occurs each year in the spring, and is designed to draw attention to anti-LGBTQ name-calling, bullying and harassment in schools. Visit https://www.dayofsilence.org for more information.

125 To test differences in GLSEN Days of Action participation by presence of a GSA, a chi-square test was conducted. The test was significant: $\chi^2 = 1114.38$, $df = 1$, $p<.001$, $\phi = .26$. Students with a GSA at their school were more likely to participate in GLSEN Days of Action than student without a GSA at their school.

126 The full breakdown of student responses to the question, "In general, how accepting do you think students at your school are of LGBTQ people?" was as follows: not at all accepting: 4.4%, not very accepting: 26.9%, neutral: 25.2%, somewhat accepting: 32.9%, very accepting: 10.6%.

127 To test differences in peer acceptance and peer intervention regarding anti-LGBTQ remarks by presence of a GSA, a multivariate analysis of variance (MANOVA) was conducted, with GSA presence as the independent variable, and peer acceptance, peer intervention regarding homophobic remarks, and peer intervention regarding negative remarks about gender expression as the dependent variables. The multivariate effect was significant: Pillai's trace = .08, $F(3, 15210) = 408.18$, $p<.001$. The univariate effect of GSA presence on peer acceptance was significant: $F(1, 15212) = 1224.10$, $p<.001$, $\eta_p^2 = .07$. Percentages are shown for illustrative purposes.

128 To test differences in peer intervention regarding anti-LGBTQ remarks by presence of a GSA, we conducted the MANOVA described in the previous endnote. The univariate effects of GSA presence on student intervention were significant – Homophobic remarks, $F(1, 15212) = 42.91$, $p<.001$, $\eta_p^2 = .00$; Negative remarks about gender expression, $F(1, 15212) = 45.03$, $p<.001$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

129 To test differences in school belonging and presence of a GSA, an independent-samples t-test was conducted, with presence of a GSA as the independent variable and school belonging as the dependent variable. The effect was significant: $t(13347.26) = -31.25$, $p<.001$, Cohen's $d = .50$.

130 To test differences in well-being and presence of a GSA a multivariate analysis of variance (MANOVA) was conducted, with the presence of a GSA as the independent variable, and depression

and self-esteem as the dependent variables. The multivariate effect was significant: Pillai's trace = .02, $F(2, 16370) = 138.49$, $p<.001$. The univariate effects of GSA presence on depression and self-esteem were both significant – Depression: $F(1, 16371) = 269.71$, $p<.001$, $\eta_p^2 = .02$; Self-esteem: $F(1, 16371) = 193.05$, $p<.001$, $\eta_p^2 = .01$.

131 Gay, G. (2018). *Culturally responsive teaching: Theory, research, and practice, third edition.* New York, NY: Teachers College Press.

National Association for Multicultural Education (NAME). (2020). *Definitions of multicultural education.* https://www.nameorg.org/definitions_of_multicultural_e.php

132 Greytak, E. & Kosciw, J. (2013). Responsive classroom curricula for lesbian, gay, bisexual, transgender, and questioning students. In E. Fisher, & K. Komosa-Hawkins (Eds.) *Creating School Environments to Support Lesbian, Gay, Bisexual, Transgender, and Questioning Students and Families: A Handbook for School Professionals* (pp. 156-174). New York, NY: Routledge.

Palmer, N. A., Kosciw, J. G., Greytak, E. A., & Boesen, M. J. (2016). Disrupting hetero-gender-normativity: The complex role of LGBT affirmative supports at school. In S. T. Russell & S Horn (Eds) *Sexual Orientation, Gender Identity, and Schooling: The Nexus of Research, Practice, and Policy* (pp. 58-74). New York, NY: Oxford University Press.

Snapp, S. D., Sinclair, K. O., Russell, S. T., McGuire, J. K., & Gabrion, K. (2015). LGBTQ-inclusive curricula: Why supportive curricula matter. *Sex Education, 15*(6), 580-596.

133 To test differences in hearing homophobic remarks by presence of an inclusive curriculum, a multivariate analysis of variance (MANOVA) was conducted, with inclusive curriculum presence as the independent variable, and frequency of hearing anti-LGBTQ remarks as the dependent variables. The multivariate effect was significant: Pillai's trace = .06, $F(5, 16606) = 192.06$, $p<.001$. The univariate effects for inclusive curriculum presence was significant for hearing all types of anti-LGBTQ language – "Gay" used in a negative way: $F(1, 16612) = 724.53$, $p<.001$, $\eta_p^2 = .04$; The phrase "no homo": $F(1, 16612) = 139.59$, $p<.001$, $\eta_p^2 = .01$; Other homophobic remarks: $F(1, 16612) = 609.42$, $p<.001$, $\eta_p^2 = .04$; Negative remarks about gender expression: $F(1, 16612) = 271.43$, $p<.001$, $\eta_p^2 = .02$; Negative remarks about transgender people: $F(1, 16612) = 443.62$, $p<.001$, $\eta_p^2 = .03$. Percentages are shown for illustrative purposes.

134 To test differences in victimization by presence of an inclusive curriculum, a multivariate analysis of variance (MANOVA) was conducted, with inclusive curriculum as the independent variable, and victimization based on sexual orientation and gender expression, feeling unsafe because of their sexual orientation and gender expression, and missing school because of feeling unsafe or uncomfortable as the dependent variables. The multivariate effect was significant: Pillai's trace = .76, $F(5, 15789) = 105.16$, $p<.001$. The univariate effects for victimization were significant – Victimization based on sexual orientation: $F(1, 15795) = 254.06$, $p<.001$, $\eta_p^2 = .02$; Victimization based on gender expression was significant: $F(1, 15795) = 174.83$, $p<.001$, $\eta_p^2 = .01$. Percentages are shown for illustrative purposes.

135 To test differences in feelings of safety because of sexual orientation and gender expression by the presence of a school curriculum, this variable was included in the MANOVA described in the previous endnote above. The univariate effects for feeling unsafe were significant – Feeling unsafe regarding their sexual orientation: $F(1, 15795) = 354.86$, $p<.001$, $\eta_p^2 = .02$; Feeling unsafe regarding their gender expression: $F(1, 15795) = 133.12$, $p<.001$, $\eta_p^2 = .01$. Percentages are shown for illustrative purposes.

136 To test differences in days missed school because of feeling unsafe or uncomfortable by the presence of an inclusive curriculum, this variable was included in the MANOVA described in previous endnotes. The univariate effect for missing school was significant: $F(1, 15795) = 191.89$, $p<.001$, $\eta_p^2 = .01$. Percentages are shown for illustrative purposes.

137 To test differences in feeling comfortable talking to teachers about LGBTQ issues by presence of an inclusive curriculum, an analysis of variance (ANOVA) was conducted, with presence of an inclusive curriculum as the independent variable and feeling comfortable talking to teachers about LGBTQ issues as the dependent variable. The main effect was significant: $F(1, 16601) = 1162.04$, $p<.001$, $\eta_p^2 = .07$. Percentages are provided for illustrative purposes.

138 To test differences in academic achievement, an independent-samples t-test was conducted with presence of an inclusive curriculum as the independent variable, and GPA as the dependent variable. The effect was significant: $t(5213.04) = -5.45$, $p<.001$, Cohen's $d = .10$.

139 To test differences in educational aspirations, an independent-samples t-test was conducted with presence of an inclusive curriculum as the independent variable and educational aspirations as the dependent variable. The effect was significant: $t(5342.13) = -8.21$, $p<.001$, Cohen's $d = .14$.

To test differences in plans to graduate high school and plans to pursue secondary education by presence of an inclusive curriculum, two separate chi-square tests were conducted. The effect of inclusive curriculum on plans to pursue secondary education was significant: $\chi^2 = 23.88$, $df = 1$, $p<.001$, $\phi = .04$. The effect of inclusive curriculum on plans to graduate high school was significant: $\chi^2 = 8.30$, $df = 1$, $p<.01$, $\phi = .02$.

140 To test differences in peer acceptance about LGBTQ people and student intervention regarding anti-LGBTQ remarks by presence of an inclusive curriculum, a multivariate analysis of variance (MANOVA) was conducted, with inclusive curriculum as the independent variable, and peer acceptance about LGBTQ people and peer intervention regarding homophobic remarks and negative remarks about gender expression as the dependent variables. The multivariate effect was significant: Pillai's trace = .08, $F(3, 15204) = 464.80$, $p<.001$. The univariate effect for peer acceptance was significant: $F(1, 15206) = 1235.44$, $p<.001$, $\eta_p^2 = .08$. Percentages are shown for illustrative purposes.

141 To test differences in student intervention regarding anti-LGBTQ remarks by presence of an inclusive curriculum, these variables were included in the MANOVA described in previous endnote. The univariate effects were significant – Peer intervention when hearing homophobic remarks: $F(1, 15206) = 283.99$, $p<.001$, $\eta_p^2 = .02$; Peer intervention when hearing negative remarks about gender expression: $F(1, 15206) = 310.34$, $p<.001$, $\eta_p^2 = .02$. Percentages are shown for illustrative purposes.

142 To test differences in school belonging and presence of an inclusive curriculum, an analysis of variance (ANOVA) was conducted with presence of an inclusive curriculum as the independent variable and school belonging as the dependent variable. The main effect was significant: $F(1, 16627) = 1568.36$, $p<.001$, $\eta_p^2 = .09$.

143 To test differences in well-being and presence of an inclusive curriculum, two separate one-way analyses of variance (ANOVAs) were conducted with the presence of an inclusive curriculum as the independent variable and depression and self-esteem as the dependent variables. The main effect for self-esteem was significant: $F(1, 16455) = 416.42$, $p<.001$, $\eta_p^2 = .03$. The main effect for depression was significant: $F(1, 16456) = 404.50$, $p<.001$, $\eta_p^2 = .02$.

144 Klem, A. M., & Connell, J. P. (2004). Relationships matter: Linking teacher support to student engagement and achievement. *Journal of School Health, 74*(7), 262–273.

Konishi, C., Hymel, S., Zumbo, B. D., & Li, Z. (2010). Do school bullying and student—teacher relationships matter for academic achievement? A multilevel analysis. *Canadian Journal of School Psychology, 25*(1), 19-39.

Shepard, J., Salina, C, Girtz, S, Cox, J., Davenport, N., & Hillard, T. L. (2012). Student success: Stories that inform high school change. *Reclaiming Children and Youth, 21*(2), 48-53.

Vollet, J. W., Kindermann, T. A., Skinner, E. A. (2017) In peer matters, teachers matter: Peer group influences on students' engagement depend on teacher involvement. *Journal of Educational Psychology, 109*(5), 635-652.

145 Joyce, H. D. (2015). School connectedness and student-teacher relationships: A comparison of sexual minority youths and their peers. *Children & Schools, 35*(3), 185-192.

Kosciw, J. G., Palmer, N. A., Kull, R. M., & Greytak, E. A. (2013). The effect of negative school climate on academic outcomes for LGBT youth and the role of in-school supports. *Journal of School Violence, 12*(1), 45-63.

Marshall, A., Yarber, W. L., Sherwood-Laughlin, C. M., Gray, M. L., & Estell, D. B. (2015). Coping and survival skills: The role school personnel play regarding support for bullied sexual minority-oriented youth. *Journal of School Health, 85*(5), 334-340.

Watson, R. J., Grossman, A. H., & Russell, S. T. (2016). Sources of social support and mental health among LGB youth. *Youth and Society,* 1-19.

146 The relationships between number of supportive staff, and feeling unsafe at school and missing school due to feeling unsafe were examined through Pearson correlations – Feeling unsafe regarding their sexual orientation: $r(16428) = -.26$, $p<.001$; Feeling unsafe because of their gender expression: $r(16428) = -.15$, $p<.001$; Number of school days missed because of feeling unsafe: $r(16529) = -.24$, $p<.001$. Percentages are shown for illustrative purposes.

147 To assess the relationship between number of supportive staff and educational aspirations, an analysis of covariance (ANCOVA) was performed where number of supportive staff was the dependent variable, educational aspirations was the independent variable, and student grade level was included as a covariate. The main effect was significant: $F(5, 16331) = 57.64$, $p<.001$, $\eta_p^2 = .02$. Post hoc comparisons were considered at $p<.01$. Those not planning to graduate high school had fewer supportive educators than those planning on any postsecondary education (vocational/trade school, Associate's degree, Bachelor's degree, graduate degree); those planning to graduate high school only had fewer supportive educators than those planning on an Associate's degree, a Bachelor's degree, or a graduate degree but did not differ from those planning on vocational school; those planning on vocational school and those planning on an Associate's degree both had fewer supportive educators than those planning on a Bachelor's degree or a graduate degree. No other significant differences were observed. Percentages are shown for illustrative purposes.

148 The relationship between number of supportive staff and GPA was examined through Pearson correlations: $r(16538) = .10$, $p<.001$.

149 The relationship between number of supportive staff and school belonging was examined through Pearson correlations: $r(16531) = .48$, $p<.001$.

150 The relationship between number of supportive staff and student well-being was examined through Pearson correlations – Depression: $r(16362) = -.26$, $p<.001$; Self-esteem: $r(16362) = .22$, $p<.001$.

151 The relationship between feeling unsafe because of sexual orientation or gender expression and frequency of school staff intervention was examined through Pearson correlations – Intervention regarding homophobic language: $r(13488) = -.16$, $p<.001$; Intervention regarding negative remarks about gender expression: $r(11810) = -.12$, $p<.001$. Percentages are shown for illustrative purposes.

152 The relationship between missing school due to feeling unsafe and frequency of school staff intervention was examined through Pearson correlations – Intervention regarding homophobic language: $r(13557) = -.10$, $p<.001$; Intervention regarding negative remarks about gender expression: $r(11863) = -.08$, $p<.001$. Percentages are shown for illustrative purposes.

153 In the NSCS we asked students about the last time they reported victimization experiences to staff, how staff responded, and how effective that response was. Although we only asked students about how effective staff were the last time they responded to victimization, we used this as a proxy measure in this section for how effective staff are, in general, when responding to LGBTQ students' reports of victimization.

154 The relationship between feeling unsafe regarding their sexual orientation or gender expression and effectiveness of staff intervention was examined through a Pearson correlation: $r(4830) = -.20$, $p<.001$. Percentages are shown for illustrative purposes.

155 The relationship between missing school due to feeling unsafe or uncomfortable and effectiveness of staff intervention was examined through a Pearson correlation: $r(4843) = -.24$, $p<.001$. Percentages are shown for illustrative purposes.

156 To test differences in victimization by effectiveness of staff intervention, two Pearson correlations were conducted, with effectiveness of staff intervention as the independent variable, and victimization based on sexual orientation and gender expression as the dependent variables. Both relationships were significant – Victimization based on sexual orientation: $r(4712) = -.26$, $p<.001$; Victimization based on gender expression: $r(4683) = -.23$, $p<.001$. Percentages are shown for illustrative purposes.

157 To test differences in number of supportive educators by presence of Safe Space stickers/posters, an independent-samples t-test was conducted with Safe Space sticker/poster presence as the independent variable, and number of supportive staff as the dependent variable. The effect was significant: $t(10403.76) = 60.10$, $p<.001$, Cohen's $d = .14$. Percentages are shown for illustrative purposes.

158 To test differences in anti-LGBTQ language by type of school policy, a multivariate analysis of variance (MANOVA) was conducted, with policy type as the independent variable and frequency of hearing each type of anti-LGBTQ remarks as the dependent variables. The multivariate effect was significant: Pillai's trace = .02, $F(15, 49869) = 24.50$, $p<.001$. All univariate effects were significant – "Gay" used in a negative way: $F(3, 16625) = 87.90$, $p<.001$, $\eta_p^2 = .02$; The phrase "no homo": $F(3, 16625) = 21.89$, $p<.001$, $\eta_p^2 = .00$; Other homophobic remarks: $F(3, 16625) = 66.04$, $p<.001$, $\eta_p^2 = .01$; Negative remarks about gender expression: $F(3, 16625) = 57.47$, $p<.001$, $\eta_p^2 = .01$; Negative remarks about transgender people: $F(3, 16625) = 40.97$, $p<.001$, $\eta_p^2 = .01$. Post-hoc Bonferroni comparisons were considered at $p<.01$. All types of anti-LGBTQ remarks were least frequently heard in schools with comprehensive policies, followed by those with partially enumerated polices, those with generic policies, and lastly, those with no policy, except for the following: "Gay" used in a negative way – the differences between schools with no policy and schools with a generic policy were not significant; The phrase "no homo" - the differences between schools with no policy and schools with a generic policy, between schools with no policy and schools with a partially enumerated policy, between schools with a generic policy and schools with a partially enumerated policy, between schools with a partially enumerated policy and schools with a comprehensive policy, were not significant; Other homophobic remarks – the differences between schools with a generic policy and schools with a partially enumerated policy were not significant; Negative remarks about gender expression – the differences between schools with no policy and schools with a generic policy, and between schools with a generic policy and schools with a partially enumerated policy, were not significant; Negative remarks about transgender people – the differences between schools with a generic policy and schools with partially enumerated policy were not statistically significant. Percentages of students hearing remarks "frequently" or "often" are shown for illustrative purposes.

159 To test differences in victimization by type of school policy, a multivariate analysis of variance (MANOVA) was conducted, with policy type as the independent variable and experiences of anti-LGBTQ victimization (victimization based on sexual orientation and victimization based on gender expression) as the dependent variables. The multivariate effect was significant: Pillai's trace = .01, $F(6, 31892) = 19.98$, $p<.001$.The univariate effect of policy type was significant for both types of victimization – Victimization based on sexual orientation: $F(3, 15946) = 38.17$ $p<.001$, $\eta_p^2 = .01$; Victimization based on gender expression: $F(3, 15946)=22.51$, $p<.001$, $\eta_p^2 = .00$. Post-hoc Bonferroni comparisons were considered at $p<.01$.Both types of victimization students in schools with comprehensive policies experienced the least victimization, followed by students with partially enumerated policies, followed by those with generic policies, and lastly followed by schools with no policies, except for the following: Victimization based on sexual orientation – the differences between schools with a partially enumerated policy and schools with a generic policy, and between schools with a partially enumerated policy and schools with a comprehensive policy, were not significant; Victimization based on gender expression – the differences between schools with a partially enumerated policy and schools with a generic policy, and between schools with a partially enumerated policy and schools with a comprehensive policy, were not significant. Percentages of students experiencing "higher levels" (i.e., higher than the average of the survey sample) of victimization are shown for illustrative purposes.

160 To test differences in rates of staff intervention regarding anti-LGBTQ language by type of school policy, a multivariate analysis of variance (MANOVA) was conducted, with policy type as the independent variable and frequency of intervention regarding homophobic remarks and intervention regarding negative remarks about gender expression as the dependent variables. The multivariate effect was significant: Pillai's trace = .04, $F(6, 21410) = 65.42$, $p<.001$.The univariate effects of policy type on rates of intervention regarding homophobic language and on rates of intervention regarding negative remarks about gender expression were significant – Intervention regarding homophobic language: $F(3, 10705) = 117.93$, $p<.001$, $\eta_p^2 = .03$; Intervention

regarding negative remarks about gender expression: $F(3, 10705) = 83.83$, $p<.001$, $\eta_p^2 = .02$. Post-hoc Bonferroni comparisons were considered at $p<.01$. For both interventions regarding homophobic language and negative remarks about gender expression, teachers intervened most frequently in schools with comprehensive policies, followed by schools with partially enumerated policies, followed by schools with a generic policy, and lastly followed by schools with no policy. Percentages of staff intervention "most of the time" or "always" are shown for illustrative purposes.

161 To test differences in rates of student reporting of victimization incidents to staff by type of school policy, an analysis of variance (ANOVA) was conducted, with policy type as the independent variable and frequency of student reporting of victimization to staff as the dependent variable. The main effect of policy type on rates of reporting was significant: $F(3, 11142) = 26.82$, $p<.001$, $\eta_p^2 = .01$. Post-hoc Bonferroni comparisons were considered at $p<.01$. Students reported most frequently in schools with a comprehensive policy than students in schools with no policy, students with a generic policy, and students with a partially enumerated policy. No other policy differences were found. Percentages of students reporting victimization incidents to school staff "most of the time" or "always" are shown for illustrative purposes.

162 To test differences in effectiveness of staff intervention regarding victimization incidents by type of school policy, an analysis of variance (ANOVA) was conducted, with policy type as the independent variable and effectiveness staff of intervention as the dependent variable. The main effect of policy type on effectiveness of intervention was significant: $F(3, 4839)=38.13$, $p<.001$, $\eta_p^2 = .02$. Post-hoc Bonferroni comparisons were considered at $p<.01$. Students in schools with a comprehensive policy and students in schools with a partially enumerated policy were more likely to report effective staff intervention than students in schools with a generic policy and students in schools with no policy. No other significant policy type differences were found. Percentages of students reporting that staff intervention regarding victimization incidents was "somewhat" or "very" effective are shown for illustrative purposes.

163 To test differences between whether schools that have transgender and nonbinary student policies/guidelines and experiences with gender-related discrimination among transgender and nonbinary students, a multivariate analysis of variance (MANOVA) was conducted with transgender and nonbinary student policies as the independent variable, and the four variables related to gender-related discrimination as the dependent variables (required to use bathrooms of legal sex, required to use locker rooms of legal sex, prevented from using chosen name/pronouns, prevented from wearing clothes thought inappropriate based on gender). Multivariate results were significant: Pillai's Trace = .05, $F(4, 7105) = 89.63$, $p<.001$. Univariate effects were significant for all gender-related discrimination – Required to use bathrooms of legal sex: $F(1, 7108) = 230.65$, $p<.001$, $\eta_p^2 = .03$; required to use locker rooms of legal sex: $F(1, 7108) = 201.01$, $p<.001$, $\eta_p^2 = .03$; Prevented from using chosen name/pronouns: $F(1, 7108) = 224.46$, $p<.001$, $\eta_p^2 = .03$; Prevented from wearing clothes deemed inappropriate based on gender: $F(1, 7108) = 134.19$, $p<.001$, $\eta_p^2 = .02$. Percentages are shown for illustrative purposes.

164 To compare differences between specific policy protections for use of locker room that align with their gender and corresponding experiences of locker room discrimination among transgender and nonbinary students, a chi-square test was conducted. The analysis was significant: $\chi^2 = 56.36$, $df = 1$, $p<.001$, $\phi = -.25$. Transgender and nonbinary students in schools with policy protections for use of locker room that align with their gender were less likely to have been prevented from using the locker room of their gender than compared to those who did not have such policy.

165 To compare differences between specific policy protections for use of bathrooms that align with their gender and use of gender-neutral bathrooms, and corresponding experiences of bathroom discrimination among transgender and nonbinary students, two separate chi-square tests were conducted. All analyses were significant – Policy protections for use of bathrooms that align with gender: $\chi^2 = 63.28$, $df = 1$, $p<.001$, $\phi = -.27$; Policy protections for use of gender-neutral bathrooms: $\chi^2 = 4.55$, $df = 1$, $p<.05$, $\phi = -.07$. Transgender and nonbinary students in schools with policy protections for use of bathroom that align with their gender and for use of gender neutral bathrooms were less likely to have been prevented from using bathrooms that aligned with their gender, than compared to those who did not have such policies.

166 To compare differences between specific policy protections for use of chosen names/pronouns and corresponding experiences with name/pronoun discrimination among transgender and nonbinary students, a chi-square test was conducted. The analysis was significant: $\chi^2 = 14.55$, $df = 1$, $p<.001$, $\phi = -.13$. Transgender and nonbinary students in schools with policy protections with regard to using their chosen names/pronouns were less likely to have been prevented from using their chosen names/pronouns, than compared to those who did not have such policy.

167 To compare differences between specific policy protections related to gendered dress codes and corresponding experiences with clothing discrimination among transgender and nonbinary students, a chi-square test was conducted. The analysis was not significant.

168 Wernick, L. J., Kulick, A., & Chin, M. (2017). Gender identity disparities in bathroom safety and wellbeing among high school students. *Journal of Youth and Adolescence, 46*(5), 917-930.

169 Russell, S. T., Pollitt, A. M., Li, G., & Grossman, A. H. (2018). Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. *Journal of Adolescent Health, 63*(4), 503-505.

170 To compare number of days having missed school in past month due to feeling unsafe or uncomfortable by presence of supportive transgender and nonbinary policies among transgender and nonbinary students, a chi square test was conducted. The analysis was significant: $\chi^2 = 19.71$ $df = 4$, $p<.001$ Cramer's V = .05. Transgender and nonbinary students in schools with supportive transgender and nonbinary policies were less likely to miss school due to safety concerns than those in schools without such policies. Percentages are shown for illustrative purposes.

171 To compare levels of school belonging by presence of a transgender and nonbinary policy among transgender and nonbinary students, an independent-samples t-test was conducted with presence of supportive a transgender and nonbinary policy as the independent variable, and school belonging as the dependent variable. The effect was significant: $t(1122.24) = 18.09$, $p<.001$, Cohen's $d = .67$.

172 The relationship between number of protections included in transgender and nonbinary policy, and school belonging and missing school due to feeling unsafe among transgender and nonbinary students were assessed through Pearson correlations – School belonging: $r(878) = .18$, $p<.001$. Missing school due to feeling unsafe was not significantly associated with number of protections included in transgender and nonbinary policy at $p<.01$.

173 GLSEN (2016). *Educational exclusion: Drop out, push out, and the school-to-prison pipeline among LGBTQ youth.* New York, NY: GLSEN. https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). *The report of the 2015 U.S. Transgender Survey.* Washington, DC: National Center for Transgender Equality. https://transequality.org/sites/default/files/docs/usts/USTS-Full-Report-Dec17.pdf

Movement Advancement Project (MAP) and GLSEN. (April 2017). *Separation and stigma: Transgender youth and school facilities.* https://www.lgbtmap.org/file/transgender-youth-school.pdf

174 Kroger, J. (2007). *Identity development: Adolescence through adulthood.* Sage Publications.

McClean, K. C. & Syed, M. (2015). *The Oxford Handbook of Identity Development.* Oxford University Press.

175 To examine differences in age by sexual orientation, an analysis of variance (ANOVA) was conducted. The effect was significant, $F(4, 16089) = 22.70$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: queer ($M$=15.86) was different from all other sexual orientations; gay/lesbian ($M$=15.60) was different from pansexual ($M$=15.36) and questioning ($M$=15.37); bisexual ($M$=15.54) was different from pansexual. There were no other group differences.

176 Cass, V. (1979). Homosexual identity formation: A theoretical model. *Journal of Homosexuality, 4*(3), 219-235.

Glover, J. A., Galliher, R. V., Lamere, T. G. (2009). Identity development and exploration among sexual minority adolescents: Examination of a multidimensional model. *Journal of Homosexuality, 56*, 1-25.

Institute of Medicine of the National Academies. (2011). *The health of lesbian, gay, bisexual, and transgender people: Building a foundation for better understanding.* The National Academies Press.

Kenneady, D. A., & Oswalt, S. B. (2014). Is Cass's model of homosexual identity formation relevant to today's society? *American Journal of Sexuality Education, 9*(2), 229-246.

177 Kosciw, J. G., Palmer, N. A., & Kull, R. M. (2015). Reflecting resiliency: Openness about sexual orientation and/or gender identity and its relationships to well-being and educational outcomes for LGBT students. *American Journal of Community Psychology, 55*(1), 167-178.

Watson, R. J., Wheldon, C. W., & Russell, S. T. (2015). How does sexual identity disclosure impact school experiences? *Journal of LGBTQ Youth, 12*(4), 385-386.

178 To examine differences in outness to peers and outness to staff by sexual orientation, a multivariate analysis of covariance (MANCOVA) was conducted with degree of outness to peers and degree of outness to staff as the dependent variables, sexual orientation as the independent variable, and age as a control. The multivariate effect was significant: Pillai's Trace = .03, $F(8, 32108) = 50.94$, $p<.001$. The univariate effect for outness to peers was significant: $F(4, 16054) = 79.26$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: gay and lesbian was different from all; bisexual was different from pansexual and questioning; pansexual was different from queer; questioning was different from all. There were no other group differences. The univariate effect for outness to staff was significant $F(4, 16054) = 70.64$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: Gay and lesbian was higher than bisexual, pansexual, and questioning; bisexual was lower than pansexual and queer; questioning was lower than pansexual and queer. There were no other group differences. Percentages are shown for illustrative purposes.

179 Kosciw, J. G., Greytak, E. A., Zongrone, A. D., Clark, C. M., & Truong, N. L. (2018). *The 2017 National School Climate Survey: The experiences of lesbian, gay, bisexual, transgender, and queer youth in our nation's schools.* New York: GLSEN.

180 To examine differences in identifying as cisgender or not cisgender by sexual orientation, a chi square test was conducted. The test was significant: $\chi2 = 1007.25$, $df = 8$, $p<.001$, Cramer's V = .18. Pairwise comparisons were considered at $p<.05$. Pansexual and queer were not different from each other, but were different from all other sexual orientations. Gay and lesbian and bisexual were not different from each other, but were different from all other sexual orientations. Questioning was different from all others.

181 See endnote above.

182 Sexual orientation was assessed with a multi-check item (i.e., gay, lesbian, straight/heterosexual, bisexual, pansexual, queer, and questioning) with an optional write-in item for sexual orientations not listed. Youth were allowed to endorse multiple options. Mutually exclusive categories were created at the data cleaning stage so that analyses could compare youth across sexual orientation categories using the following hierarchy: gay/lesbian, bisexual, pansexual, queer, questioning, and straight/heterosexual. Thus, as an example, if an individual identified as "gay" and "queer" they were categorized as "gay/lesbian"; if an individual identified as "bisexual" and "questioning," they were categorized as "bisexual."

In addition to the list of sexual orientation options students could choose, students were also provided with the opportunity to write in a sexual orientation that was not included in the list of options. Most write-in responses were able to be coded into one of the listed sexual orientations. A small portion of the total sample indicated that they identified with a sexual orientation other than the ones listed (0.4%). Of these, some defined themselves as some form as "flexible," (e.g., "homo-flexible") and others refused to label themselves altogether (e.g., "I love who I love"). Another group, made up predominantly of students with nonbinary gender identities, defined their sexual identity in terms of solely the gender identity or expressions of others, without reference to their own gender (i.e., 'androsexual' or 'gynosexual' individuals - those who have sexual feelings towards men or women, respectively). Given that these categories do not comprise a meaningful group and that they account for such a small portion of the sample, we did not include these students in this analysis examining differences based on sexual orientation.

183 Mitchell, K. J., Ybarra, M. L., & Korchmaros, J. D. (2014). Sexual harassment among adolescents of different sexual orientations and gender identities. *Child Abuse & Neglect, 38*(2), 280-295.

O'Malley Olsen, E., Vivolo-Kantor, A., & Kann, L. (2017). Physical and sexual teen dating violence victimization and sexual identity among U.S. high school students, 2015. *Journal of Interpersonal Violence.* Published online. doi: 10.1177/0886260517708757

184 To compare experiences of anti-LGBTQ victimization by sexual orientation, a multivariate analysis of covariance (MANCOVA) was conducted with two victimization variables (weighted victimization based on sexual orientation and weighted victimization based on gender expression) as dependent variables, sexual orientation as the independent variable, and age, outness (to peers and to staff), and gender as controls. The multivariate effect was significant: Pillai's Trace = .02, $F(8, 30588) = 22.86$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(4, 15294) = 35.11$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: pansexual and gay/lesbian were higher than all other groups, but were not different from each other. Bisexual was different from questioning. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(4, 15296) = 10.28$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: pansexual was different from all other sexual orientations. There were no other group differences. Percentages are shown for illustrative purposes.

185 To examine differences in experiences of sexual harassment by sexual orientation, an analysis of covariance (ANCOVA) was conducted with sexual harassment as the dependent variable, sexual orientation as the independent variable, and age, outness (to peers and to staff), and gender as controls. The effect was significant: $F(4, 15924) = 20.78$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: pansexual was different from all sexual orientations; gay/lesbian was different from bisexual. There were no other group differences. Percentages are shown for illustrative purposes.

186 To examine differences in experiencing anti-LGBTQ discrimination by sexual orientation, an analysis of covariance (ANCOVA) was conducted with the composite anti-LGBTQ discrimination variable (experienced any anti-LGBTQ victimization) as the dependent variable, sexual orientation as the independent variable, and age, outness (to peers and to staff), and gender as controls. The effect was significant: $F(4, 15834) = 10.63$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: pansexual was different from gay/lesbian, bisexual, and questioning. There were no other group differences. Percentages are shown for illustrative purposes.

187 Greytak, E. A., Kosciw, J. G., Villenas, C, & Giga, N. M. (2016). *From teasing to torment: School climate revisited, a survey of U.S. secondary school students and teachers.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-12/From_Teasing_to_Tormet_Revised_2016.pdf

Mittleman, J. (2018). Sexual orientation and school discipline: New evidence from a population-based sample. *Educational Researcher, 47*(3), 181-190.

Palmer, N. A. & Greytak, E. A. (2017). LGBTQ student victimization and its relationship to school discipline and justice system involvement. *Criminal Justice Review, 42*(2), 163-187.

Poteat, V. P., Scheer, J. R., & Chong, E. S. K. (2016). Sexual orientation-based disparities in school and juvenile justice discipline: A multiple group comparison of contributing factors. *Journal of Educational Psychology, 108*(2), 229-241.

188 To examine differences in experiencing in-school and out-of-school discipline by sexual orientation, a multivariate analysis of covariance (MANCOVA) was conducted with a composite variable for any in-school discipline (referred to principal, detention, in-school suspension) and a composite variable for any out-of-school discipline (out-of-school suspension, expelled) as the dependent variables, sexual orientation as the independent variable, and age, outness (to peers and to staff), and gender as controls. The multivariate effect was significant: Pillai's Trace = .00, $F(8, 31714) = 5.35$, $p<.001$. The univariate effect was significant for in-school discipline: $F(4, 15857) = 7.81$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: pansexual was different from queer and was marginally different from gay/lesbian $p<.05$; queer was different from gay and lesbian and bisexual. There were no other group differences. The univariate effect for out-of-school discipline was significant F(4, 15895) =

5.46, p<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at *p*<.01: queer was different from gay and lesbian and pansexual and was marginally different from bisexual *p*<.05—. There were no other group differences. Percentages are shown for illustrative purposes.

189 To examine differences in missing school by sexual orientation, an analysis of covariance (ANCOVA) was conducted with days of school missed in the last month due to feeling unsafe as the dependent variable, sexual orientation as the independent variable, and age, outness (to peers and to staff), and gender as controls. The effect was significant: *F*(4, 15940) = 9.65, *p*<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at *p*<.01: pansexual was different from gay/lesbian, bisexual, and queer. There were no other group differences. Percentages are shown for illustrative purposes.

190 O'Malley Olsen, E., Vivolo-Kantor, A., & Kann, L. (2017). Physical and sexual teen dating violence victimization and sexual identity among U.S. high school students, 2015. *Journal of Interpersonal Violence*. Published online. doi: 10.1177/0886260517708757

Rasberry, C. N., Lowry, R., John, M., Robin, L., Dunville, R., Pampati, S., Dittus, P. J., & Balaji, A. B. (2018, September 14). Morbidity and mortality weekly report: Sexual Risk Behavior Differences Among Sexual Minority High School Students — United States, 2015 and 2017. *MMWR Morb Mortal Wkly Rep*, *67*, 1007–1011.

Saewyc, E. M., Skay, C. L., Pettingell, S., Bearinger, L. H., Resnick, M. D., & Reis, E. (2007). Suicidal ideation and attempts in North American school-based surveys: Are bisexual youth at increasing risk? *Journal of LGBT Health Research*, *3*(1), 25-36.

191 Gender was assessed via two items: an item assessing sex assigned at birth (i.e., male or female) and an item assessing gender identity (i.e., cisgender, transgender, nonbinary, genderqueer, male, female, questioning, and an additional write-in option). Based on responses to these two items, students' gender was categorized for these analyses as: Cisgender (including cisgender male, cisgender female, cisgender nonbinary/genderqueer, or unspecified male or female), Transgender (including transgender male, transgender female, transgender nonbinary/genderqueer, and transgender only), Nonbinary (including nonbinary, genderqueer, nonbinary/genderqueer male, nonbinary/genderqueer female, or another nonbinary identity [i.e., those who wrote in identities such as "genderfluid," "agender" or "demigender"]), and Questioning.

192 GLSEN (2016). *Educational exclusion: Drop out, push out, and the school-to-prison pipeline among LGBTQ youth.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

193 To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety regarding their sexual orientation, safety regarding their gender expression, and safety regarding their gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, *F*(9, 48969) = 1020.73, *p*<.001. The univariate effect for safety regarding their sexual orientation was significant: *F*(3, 16331) = 363.70, *p*<.001 $\eta_p^2$ = .00. Pairwise comparisons were considered at *p*<.01: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety regarding their gender expression was significant: *F*(3, 16331) = 115.82, *p*<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at *p*<.01: all gender identities were different from each other. The univariate effect for safety regarding their gender was significant: *F*(3, 16331) = 284.66, *p*<.001, $\eta_p^2$ = .02. Pairwise comparisons were considered at *p*<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

194 To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, *F*(9, 47076) = 319.41, *p*<.001. The univariate effect for victimization based on sexual orientation was significant: *F*(3, 15699) = 61.58, *p*<.001 $\eta_p^2$ = .01. Pairwise comparisons were considered at *p*<.01: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: *F*(3, 15699) = 529.26, p<.001, $\eta_p^2$ = .09. Pairwise comparisons were considered at *p*<.01: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: *F*(3, 15699) = 639.98, *p*<.001, $\eta_p^2$ = .11. Pairwise comparisons were considered at *p*<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

195 To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety regarding their sexual orientation, safety regarding their gender expression, and safety regarding their gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, *F*(9, 48969) = 1020.73, *p*<.001. The univariate effect for safety regarding their sexual orientation was significant: *F*(3, 16331) = 363.70, *p*<.001 $\eta_p^2$ = .00. Pairwise comparisons were considered at *p*<.01: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety regarding their gender expression was significant: *F*(3, 16331) = 115.82, *p*<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at *p*<.01: all gender identities were different from each other. The univariate effect for safety regarding their gender was significant: *F*(3, 16331) = 284.66, *p*<.001, $\eta_p^2$ = .02. Pairwise comparisons were considered at *p*<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

196 To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, *F*(9, 47076) = 319.41, *p*<.001. The univariate effect for victimization based on sexual orientation was significant: *F*(3, 15699) = 61.58, *p*<.001 $\eta_p^2$ = .01. Pairwise comparisons were considered at *p*<.01: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: *F*(3, 15699) = 529.26, p<.001, $\eta_p^2$ = .09. Pairwise comparisons were considered at *p*<.01: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: *F*(3, 15699) = 639.98, *p*<.001, $\eta_p^2$ = .11. Pairwise comparisons were considered at *p*<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

197 To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety regarding their sexual orientation, safety regarding their gender expression, and safety regarding their gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, *F*(9, 48969) = 1020.73, *p*<.001. The univariate effect for safety regarding their sexual orientation was significant: *F*(3, 16331) = 363.70, *p*<.001 $\eta_p^2$ = .00. Pairwise comparisons were considered at *p*<.01: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety regarding their gender expression was significant: *F*(3, 16331) = 115.82, *p*<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at *p*<.01: all gender identities were different from each other. The univariate effect for safety regarding their gender was significant: *F*(3, 16331) = 284.66, *p*<.001, $\eta_p^2$ = .02. Pairwise comparisons were considered at *p*<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

198 To compare experiences of anti-LGBTQ victimization by gender

identity, a multivariate analysis of covariance (MANCOVA) was conducted with three victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

199 To compare avoiding spaces by gender identity, an analysis of covariance (ANCOVA) was conducted with having avoided any space as dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant: $F(3, 16304) = 492.34$, $p<.001$ $\eta_p^2 = .08$. Pairwise comparisons were considered at $p<.01$. Cisgender avoided spaces less than all other gender identities; transgender avoided spaces more than all other gender identities. There were no other group differences.

200 Foley, J. T., Pineiro, C., Miller, D., & Foley, M. L. (2016). Including transgender students in school physical education. *Journal of Physical Education, Recreation & Dance, 87*(3), 5-8.

Johnson, J. (2014). Transgender youth in public schools: Why identity matters in the restroom. *William Mitchell Law Rev Sua Sponte, 40*, 63-98.

Murchison, G. R., Agénor, M., Reisner, S. L., & Watson, R. J. (2019). School restroom and locker room restrictions and sexual assault. *Pediatrics*, 143(6).

Szczerbinski, K. (2016). Education connection: The importance of allowing students to use bathrooms and locker rooms reflecting their gender identity. *Child Legal Rights Journal, 36*, 153.

201 To compare avoiding gendered spaces at school because they felt unsafe or uncomfortable by gender identity, a series of analyses of covariance (ANCOVA) were conducted with different avoiding gendered spaces variables (school bathrooms, school locker rooms, gym/P.E. class) as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for avoiding bathrooms was significant: $F(3, 16304) = 1464.80$, $p<.001$ $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding locker rooms was significant: $F(3, 16304) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding gym/P.E. class was significant: $F(3, 16304) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. Percentages are shown for illustrative purposes.

202 To compare school belonging by gender identity, an analysis of covariance (ANCOVA) was conducted with school belongingas the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant. $F(3, 16433) = 499.83$, $p<.001$ $\eta_p^2 = .08$. Pairwise comparisons were considered at $p<.01$: cisgender was higher than all other gender identities; transgender students had lower school belonging that all other gender identities. There were no other group differences.

203 To compare missing school and changing schools by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F(6, 32814) = 89.41$, $p<.001$. The univariate effect for missing school was significant: $F(3, 16407) = 164.70$, $p<.001$ $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The univariate effect for changing schools was significant: $F(3, 16407) = 51.85$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities; cisgender and NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

204 See previous endnote.

205 To compare not planning to complete high school or being unsure about graduating by gender identity, an analysis of covariance (ANCOVA) was conducted with planning to graduate high school as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant. $F(3, 16432) = 27.67$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities. There were no other group differences.

206 To compare having experienced any anti-LGBTQ discrimination at school by gender identity, an analysis of covariance (ANCOVA) was conducted with any anti-LGBTQ discrimination as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant. $F(3, 16312) = 430.79$, $p<.001$, $\eta_p^2 = .07$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

207 To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F(3, 16120) = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F(3, 16120) = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for bathroom access was significant: $F(3, 16120) = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for locker room access was significant: $F(3, 16120) = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for LGBTQ clothes was significant: $F(3, 16120) = 25.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for school dance date was significant: $F(3, 16120) = 22.72$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other group differences. The effect for public display of affection was significant: $F(3, 16120) = 61.15$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for identifying as LGBTQ was significant: $F(3, 16120) = 10.87$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in assignments was significant: $F(3, 16120) = 40.14$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for forming a GSA was significant: $F(3, 16120) = 45.41$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in extracurriculars was significant: $F(3, 16120) = 42.87$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for sports was significant: $F(3, 16120) = 175.91$, $p<.001$, $\eta_p^2 = .03$. Pairwise

comparisons were considered at $p<.01$: cisgender was lower than all other gender identities; transgender was higher than all other gender identities. There were no other group differences. Percentages are shown for illustrative purposes.

208 See previous endnote.

209 To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F(3, 16120) = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F(3, 16120) = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for bathroom access was significant: $F(3, 16120) = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for locker room access was significant: $F(3, 16120) = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for LGBTQ clothes was significant: $F(3, 16120) = 25.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for school dance date was significant: $F(3, 16120) = 22.72$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other group differences. The effect for public display of affection was significant: $F(3, 16120) = 61.15$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for identifying as LGBTQ was significant: $F(3, 16120) = 10.87$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in assignments was significant: $F(3, 16120) = 40.14$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for forming a GSA was significant: $F(3, 16120) = 45.41$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in extracurriculars was significant: $F(3, 16120) = 42.87$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for sports was significant: $F(3, 16120) = 175.91$, $p<.001$, $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities; transgender was higher than all other gender identities. There were no other group differences. Percentages are shown for illustrative purposes.

210 To compare experiences of school discipline by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with in-school discipline and out-of-school discipline as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .00, $F(6, 32672) = 10.90$, $p<.001$. The univariate effect for in-school discipline was significant, $F(3, 16336) = 20.58$, $p<.001$ $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other gender identities. There were no other group differences. The univariate effect for out-of-school discipline was significant, $F(3, 16336) = 4.17$, $p<.001$ $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender. There were no other group differences. Percentages are shown for illustrative purposes.

211 See previous endnote.

212 To compare feelings of safety by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety because of sexual orientation, safety because of gender expression, and safety because of gender) as dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(9, 13794) = 7.83$, $p<.001$. The univariate effect for safety because gender was significant: $F(3, 4598) = 13.67$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans NB was different from trans male and trans only. There were no other group differences. The univariate effects for safety because of sexual orientation and gender expression were not significant. Percentages are shown for illustrative purposes.

213 To compare experiences of anti-LGBTQ victimization by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .04, $F(9, 13326) = 17.59$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 4442) = 13.34$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male and trans NB were different from trans only. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 4442) = 18.05$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male, trans NB, and trans only were different from each other. There were no other group differences. The univariate effect for victimization based on gender was significant: $F(3, 4442) = 26.60$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other trans identities; trans male and trans NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

214 See previous endnote.

215 To compare experiences of anti-LGBTQ victimization by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .04, $F(9, 13326) = 17.59$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 4442) = 13.34$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male and trans NB were different from trans only. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 4442) = 18.05$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male, trans NB, and trans only were different from each other. There were no other group differences. The univariate effect for victimization based on gender was significant: $F(3, 4442) = 26.60$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other trans identities; trans male and trans NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

216 To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F(3, 16120) = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F(3, 16120) = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for bathroom access was significant: $F(3, 16120) = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for locker room access was significant: $F(3, 16120) = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other.

217 To compare gender-specific anti-LGBTQ discrimination by gender identity among cisgender students, a multivariate analysis of covariance (MANCOVA) was conducted with each type of discrimination as the dependent variables, gender identity (cis male, cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were not significant. Percentages are shown for illustrative purposes.

218 To compare gender-specific anti-LGBTQ discrimination by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with each type of discrimination as the dependent variables, gender identity (trans male, trans female, trans NB, trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .02, $F(12, 13716) = 6.24$, $p<.001$. The univariate effect for bathroom access was significant, $F(3, 4573) = 14.36$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other transgender identities; trans male and trans NB were different. There were no other group differences. The univariate effect for locker room access was significant, $F(3, 4573) = 16.47$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male and trans only were different from trans NB. There were no other group differences. The univariate effect for gendered clothes was significant: $F(3, 4573) = 3.75$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: trans NB and trans only were different from each other. There were no other group differences. The univariate effect for names/pronouns was not significant. Percentages are shown for illustrative purposes.

219 To compare gender-specific anti-LGBTQ discrimination among nonbinary students, a multivariate analysis of covariance (MANCOVA) was conducted with each kind of discrimination as the dependent variables, gender identity (nonbinary/genderqueer (NB/GQ), other nonbinary, and nonbinary male or female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .02, $F(8, 4840) = 6.07$, $p<.001$. The univariate effect for bathrooms was significant, $F(2, 2422) = 12.48$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for locker rooms was significant, $F(2, 2422) = 10.41$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for names/pronouns was significant, $F(2, 2422) = 20.84$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for gendered clothing was not significant. Percentages are shown for illustrative purposes.

220 To compare experiences of avoiding gendered school spaces by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with three avoiding gendered spaces variables (avoiding bathrooms, avoiding locker rooms, and avoiding gym/P.E. class) as dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F(9, 13808) = 17.25$, $p<.001$. The univariate effect for avoiding bathrooms was significant: $F(3,4606) = 44.59$, $p<.001$ $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: trans NB was different from trans males and trans only. There were no other group differences. The univariate effect for avoiding locker rooms was significant: $F(3, 4606) = 16.13$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans NB was different from trans males and trans only. There were no other group differences. The univariate effect for avoiding gym/P.E. class was significant: $F(3, 4606) = 14.16$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans NB was different from trans male and trans only. There were no other group differences. Percentages are shown for illustrative purposes.

221 To compare missing school and changing schools by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .01, $F(6, 9206) = 6.74$, $p<.001$, $\eta_p^2 = .00$. The univariate effect for missing school was significant: $F(3,4603) = 47.96$, $p<.01$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other trans identities; trans male and trans NB were different from each other. There were no other group differences. The univariate effect for changing schools was marginally significant: $F(3,4603) = 2.51$, $p=.011$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: trans male and trans NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

222 See previous endnote.

223 To compare educational aspirations by gender identity among transgender students, an analysis of covariance (ANCOVA) was conducted with expecting to graduate high school as the dependent variable, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was not significant.

224 To compare overall discrimination by gender identity among transgender students, an analysis of covariance (ANCOVA) was conducted with total discrimination as dependent variable, gender identity (trans male, trans female, trans NB, trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant, $F(3, 4601) = 3.95$, $p<.01$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: trans NB and trans male were marginally different at $p<.05$. Percentages are shown for illustrative purposes.

225 To compare each type of gender-specific anti-LGBTQ discrimination by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with each type of discrimination as the dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .02, $F(12, 13716) = 6.24$, $p<.001$. The univariate effect for gendered clothes was significant, $F(3, 4573) = 3.75$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: trans NB and trans only were marginally different from each other, $p<.05$. There were no other group differences. The univariate effect for bathroom access was significant, $F(3, 4573) = 14.36$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other transgender identities; trans male and trans NB were different. There were no other group differences. The univariate effect for locker room access was significant, $F(3, 4573) = 16.47$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male and trans only were different from trans NB. There were no other group differences. The univariate effect for pronouns was significant $F(3, 4573) = 3.97$, $p<.01$. However, there were no significant pairwise comparisons. Percentages are shown for illustrative purposes.

226 See previous endnote.

227 To compare each type of gender-specific anti-LGBTQ discrimination by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with each type of discrimination as the dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .02, $F(12, 13716) = 6.24$, $p<.001$. The univariate effect for gendered clothes was significant, $F(3, 4573) = 3.75$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: trans NB and trans only were marginally different from each other, $p<.05$. There were no other group differences. The univariate effect for bathroom access was significant, $F(3, 4573) = 14.36$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other transgender identities; trans male and trans NB were different. There were no other group differences. The univariate effect for locker room access was significant, $F(3, 4573) = 16.47$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male and trans only were different from trans NB. There were no other group differences. The univariate effect for pronouns was significant $F(3, 4573) = 3.97$, $p<.01$. However, there were no significant pairwise comparisons. Percentages are shown for illustrative purposes.

228 Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum,

AR_281935

S., Shumer, D., & Mimiaga, M. J. (2015). Mental health of transgender youth in care at an adolescent urban community health center: A matched retrospective cohort study. *Journal of Adolescent Health, 56*(3), 274-279.

Veale, J. F., Watson, R. J., Peter, T., & Saewyc, E. M. (2017). Mental health disparities among Canadian transgender youth. *Journal of Adolescent Health, 60*(1), 44-49.

229 Bauer, G. R., Scheim, A. I., Deutsch, M. B., & Massarella, C. (2014). Reported emergency department avoidance, use, and experiences of transgender persons in Ontario, Canada: results from a respondent-driven sampling survey. *Annals of Emergency Medicine, 63*(6), 713-720.

Bradford, J., Reisner, S. L., Honnold, J. A., & Xavier, J. (2013). Experiences of transgender-related discrimination and implications for health: results from the Virginia Transgender Health Initiative Study. *American Journal of Public Health, 103*(10), 1820-1829.

Cruz, T. M. (2014). Assessing access to care for transgender and gender nonconforming people: A consideration of diversity in combating discrimination. *Social Science & Medicine, 110*, 65-73.

Kenagy, G. P., & Bostwick, W. B. (2005). Health and social service needs of transgender people in Chicago. *International Journal of Transgenderism, 8*(2-3), 57-66.

Riggs, D. W., Coleman, K., & Due, C. (2014). Healthcare experiences of gender diverse Australians: A mixed-methods, self-report survey. *BMC Public Health, 14*(1), 230.

Xavier, J., Honnold, J. A., & Bradford, J. B. (2007). *The health, health-related needs and life course experiences of transgender Virginians.* Virginia Department of Health.

230 Bradford, J., Reisner, S. L., Honnold, J. A., & Xavier, J. (2013). Experiences of transgender-related discrimination and implications for health: results from the Virginia Transgender Health Initiative Study. *American Journal of Public Health, 103*(10), 1820-1829.

Factor, R. & Rothblum, E. (2008). Exploring gender identity and community among three groups of transgender individuals in the United States: MTFs, FTMs, and genderqueers. *Health Sociology Review, 17*(3), 235-253.

Kenagy, G. P. (2005). The health and social service needs of transgender people in Philadelphia. *International Journal of Transgenderism, 8*(2-3), 49-56.

Simon, L., Zsolt, U., Fogd, D., & Czobor, P. (2011). Dysfunctional core beliefs, perceived parenting behavior and psychopathology in gender identity disorder: A comparison of male-to-female, female-to-male transsexual and nontranssexual control subjects. *Journal of Behavior Therapy and Experimental Psychiatry, 42*(1), 38-45.

231 For one example, see Price-Feeny, M., Green, A., & Dorison, S. (2020). Understanding the mental health of transgender and nonbinary youth. *Journal of Adolescent Health, 66*(6), 641-642.

232 To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .474, $F(9, 48969) = 1020.73$, $p<.001$. The univariate effect for safety based on sexual orientation was significant: $F(3, 16331) = 363.70$, $p<.001$ $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F(3, 16331) = 115.82$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F(3, 16331) = 284.66$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

233 To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .173, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes

234 To compare avoiding gender segregated spaces at school by gender identity, a series of analysis of covariance (ANCOVA) were conducted with different avoiding gender segregated spaces variables (bathrooms, locker rooms, gym/PE class) as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for avoiding bathrooms was significant: $F(3, 16304) = 1464.80$, $p<.001$ $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding locker rooms was significant: $F(3, 16304) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding gym/PE class was significant: $F(3, 16304) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. Percentages are shown for illustrative purposes.

235 To compare avoiding school spaces by gender identity, a series of analysis of covariance (ANCOVA) were conducted with different avoiding spaces variables as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for avoiding bathrooms was significant: $F(3, 16304) = 1464.80$, $p<.001$ $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding locker rooms was significant: $F(3, 16304) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding gym/PE class was significant: $F(3, 16304) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The effect for avoiding cafeterias/lunchrooms was significant: $F(3, 16304) = 46.92$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: Cisgender was different from all gender identities. There were no other group differences. The effect for avoiding hallways/stairwells was significant: $F(3, 16304) = 18.92$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: Cisgender was different from all gender identities. There were no other group differences. The effect for avoiding athletic fields/facilities was significant: $F(3, 16304) = 125.03$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: transgender was different from all gender identities; cisgender was different from all gender identities. There were no other group differences. The effect for avoiding school buses was significant: $F(3, 16304) = 42.01$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender and cisgender. There were no other group differences. The effect for avoiding classrooms was significant: $F(3, 16304) = 75.44$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all gender identities. There were no other group differences. The effect for avoiding school grounds was significant: $F(3, 16304) = 42.33$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all gender identities. There were no other group differences.

236 To compare school belonging by gender identity, an analysis of covariance (ANCOVA) was conducted with school belonging as the dependent variable, gender identity (cisgender, transgender, nonbinary (NB), and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant. $F(3, 16433) = 499.83$,

$p$<.001, $\eta_p^2$ = .08. Pairwise comparisons were considered at $p$<.01: cisgender was higher than all other gender identities; transgender was lower than all other gender identities. There were no other group differences.

237 To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F$(3, 16120) = 53.69, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F$(3, 16120) = 961.26, $p$<.001, $\eta_p^2$ = .15. Pairwise comparisons were considered at $p$<.01: All gender identities were different from each other. The effect for bathroom access was significant: $F$(3, 16120) = 1215.63, $p$<.001, $\eta_p^2$ = .18. Pairwise comparisons were considered at $p$<.01: all gender identities were different from each other. The effect for locker room access was significant: $F$(3, 16120) = 1069.60, $p$<.001, $\eta_p^2$ = .17. Pairwise comparisons were considered at $p$<.01: all gender identities were different from each other. The effect for LGBTQ clothes was significant: $F$(3, 16120) = 25.58, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower than transgender and NB. There were no other group differences. The effect for school dance date was significant: $F$(3, 16120) = 22.72, $p$<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at $p$<.01: cisgender was lower than all other gender identities. There were no other group differences. The effect for public display of affection was significant: $F$(3, 16120) = 61.15, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower than all other gender identities. There were no other gender differences. The effect for identifying as LGBTQ was significant: $F$(3, 16120) = 10.87, $p$<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at $p$<.01: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in assignments was significant: $F$(3, 16120) = 40.14, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower than all other gender identities. There were no other gender differences. The effect for forming a GSA was significant: $F$(3, 16120) = 45.41, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in extracurriculars was significant: $F$(3, 16120) = 42.87, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower than all other gender identities. There were no other gender differences. The effect for sports was significant: $F$(3, 16120) = 175.91, $p$<.001, $\eta_p^2$ = .03. Pairwise comparisons were considered at $p$<.01: cisgender was lower than all other gender identities; transgender was higher than all other gender identities. There were no other group differences. Percentages are shown for illustrative purposes. Percentages are shown for illustrative purposes.

238 To compare missing school and changing schools by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F$(6, 32814) = 89.41, $p$<.001. The univariate effect for missing school was significant: $F$(3, 16407) = 164.70, $p$<.001 $\eta_p^2$ = .03. Pairwise comparisons were considered at $p$<.01: NB and questioning were not different from each other. All other gender identities were different from each other. The univariate effect for changing schools was significant: $F$(3, 16407) = 51.85, p<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: transgender was different from all other gender identities; cisgender and NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

239 To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F$(3, 16120) = 53.69, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F$(3, 16120) = 961.26, $p$<.001, $\eta_p^2$ = .15. Pairwise comparisons were considered at $p$<.01: All gender identities were different from each other. The effect for bathroom access was significant: $F$(3, 16120) = 1215.63, $p$<.001, $\eta_p^2$ = .18. Pairwise comparisons were considered at $p$<.01: all gender identities were different from each other. The effect for locker room access was significant: $F$(3, 16120) = 1069.60, $p$<.001, $\eta_p^2$ = .17. Pairwise comparisons were considered at $p$<.01: all gender identities were different from each other. The effect for LGBTQ clothes was significant: $F$(3, 16120) = 25.58, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower than transgender and NB. There were no other group differences. The effect for school dance date was significant: $F$(3, 16120) = 22.72, $p$<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at $p$<.01: cisgender was lower than all other gender identities. There were no other group differences. The effect for public display of affection was significant: $F$(3, 16120) = 61.15, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower than all other gender identities. There were no other gender differences. The effect for identifying as LGBTQ was significant: $F$(3, 16120) = 10.87, $p$<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at $p$<.01: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in assignments was significant: $F$(3, 16120) = 40.14, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower than all other gender identities. There were no other gender differences. The effect for forming a GSA was significant: $F$(3, 16120) = 45.41, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in extracurriculars was significant: $F$(3, 16120) = 42.87, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was lower than all other gender identities. There were no other gender differences. The effect for sports was significant: $F$(3, 16120) = 175.91, $p$<.001, $\eta_p^2$ = .03. Pairwise comparisons were considered at $p$<.01: cisgender was lower than all other gender identities; transgender was higher than all other gender identities. There were no other group differences. Percentages are shown for illustrative purposes.

240 To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB] as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F$(9, 48969) = 1020.73, $p$<.001. The univariate effect for safety based on sexual orientation was significant: $F$(3, 16331) = 363.70, $p$<.001 $\eta_p^2$ = .00. Pairwise comparisons were considered at $p$<.01: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F$(3, 16331) = 115.82, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F$(3, 16331) = 284.66, $p$<.001, $\eta_p^2$ = .02. Pairwise comparisons were considered at $p$<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

241 To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F$(9, 47076) = 319.41, $p$<.001. The univariate effect for victimization based on sexual orientation was significant: $F$(3, 15699) = 61.58, $p$<.001 $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F$(3, 15699) = 529.26, p<.001, $\eta_p^2$ = .09. Pairwise comparisons

were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

242 To compare experiences of school discipline by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with any in-school discipline and any out-of-school discipline as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .00, $F(6, 32672) = 10.90$, $p<.001$. The univariate effect for in-school discipline was significant: $F(3, 16336) = 20.58$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other gender identities. There were no other group differences. The univariate effect for out-of-school discipline was significant: $F(3, 16336) = 4.17$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender. There were no other group differences. Percentages are shown for illustrative purposes.

243 To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB] as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F(9, 48969) = 1020.73$, $p<.001$. The univariate effect for safety based on sexual orientation was significant: $F(3, 16331) = 363.70$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F(3, 16331) = 115.82$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F(3, 16331) = 284.66$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

244 To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

245 To compare avoiding gender segregated spaces at school by gender identity, a series of analyses of covariance (ANCOVA) were conducted with different avoiding gender segregated spaces variables (bathrooms, locker rooms, gym/PE class) as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for avoiding bathrooms was significant: $F(3, 16304) = 1464.80$, $p<.001$, $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for avoiding locker rooms was significant: $F(3, 16304) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding gym/PE class was significant: $F(3, 16304) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. Percentages are shown for illustrative purposes.

246 To compare missing school and changing schools by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F(6, 32814) = 89.41$, $p<.001$. The univariate effect missing school was significant: $F(3, 16407) = 164.70$, $p<.001$, $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The univariate effect for changing schools was significant: $F(3, 16407) = 51.85$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities; cisgender and NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

247 To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F(3, 16120) = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F(3, 16120) = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for bathroom access was significant: $F(3, 16120) = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for locker room access was significant: $F(3, 16120) = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for LGBTQ clothes was significant: $F(3, 16120) = 25.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for school dance date was significant: $F(3, 16120) = 22.72$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other group differences. The effect for public display of affection was significant: $F(3, 16120) = 61.15$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for identifying as LGBTQ was significant: $F(3, 16120) = 10.87$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in assignments was significant: $F(3, 16120) = 40.14$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for forming a GSA was significant: $F(3, 16120) = 45.41$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in extracurriculars was significant: $F(3, 16120) = 42.87$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for sports was significant: $F(3, 16120) = 175.91$, $p<.001$, $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities; transgender was higher than all other gender identities. There were no other group differences. Percentages are shown for illustrative purposes.

248 To compare experiences of school discipline by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with any in-school discipline and any out-of-school discipline as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .00, $F(6, 32672) = 10.90$, $p<.001$. The univariate effect for in-school

discipline was significant: $F(3, 16336) = 20.58$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other gender identities. There were no other group differences. The univariate effect for out-of-school discipline was significant: $F(3, 16336) = 4.17$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender. There were no other group differences. Percentages are shown for illustrative purposes.

249 To compare feelings of safety by gender identity among nonbinary students, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety because of sexual orientation, safety because of gender expression, and safety because of gender) as the dependent variables, gender identity (nonbinary/genderqueer [NB/GQ], other nonbinary, and nonbinary male or female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(6, 4884) = 20.69$, $p<.001$. The univariate effect for safety because of gender expression was significant: $F(2, 2443) = 4.84$, $p<.01$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for safety because of gender was significant: $F(2, 2349) = 14.78$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety because of sexual orientation was not significant. Percentages are shown for illustrative purposes.

250 To compare experiences of anti-LGBTQ victimization by gender identity among nonbinary students, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as the dependent variables, gender identity (nonbinary/genderqueer [NB/GQ], other nonbinary, and nonbinary male or female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .06, $F(6, 4696) = 6.20$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for victimization because of gender expression was significant: $F(2, 2349) = 8.21$, $p<.001$, $\eta_p^2 = .01$. However, there were no significant pairwise comparisons for gender expression. There were no other group differences. The univariate effect for victimization because of gender was significant: $F(2, 2443) = 46.03$, $p<.001$, $\eta_p^2 = .04$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were higher than nonbinary male or female. There were no other group differences. The univariate effect for victimization because of sexual orientation was not significant. Percentages are shown for illustrative purposes.

251 To compare avoiding gender segregated spaces by gender identity among nonbinary students, a multivariate analysis of covariance (MANCOVA) was conducted with three avoiding gender segregated spaces variables (avoid bathrooms, avoid locker rooms, avoid gym/PE class) as the dependent variables, gender identity (nonbinary/genderqueer [NB/GQ], other nonbinary, and nonbinary male or female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .01, $F(6, 4872) = 3.62$, $p<.001$. The univariate effect for avoiding bathrooms was significant: $F(2, 2437) = 7.86$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. Univariate effects for locker rooms and gym/PE class were not significant. Percentages are shown for illustrative purposes.

252 To compare gender-specific anti-LGBTQ discrimination among nonbinary students, a multivariate analysis of covariance (MANCOVA) was conducted with four gender-specific discrimination variables (prevented from wearing gendered clothes, prevented from using name and pronoun, prevented from using bathroom, and prevented from using locker rooms) as the dependent variables, gender identity (nonbinary/genderqueer [NB/GQ], other nonbinary, and nonbinary male or female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .02, $F(8, 4840) = 6.07$, $p<.001$. The univariate effect for names/pronouns usage was significant: $F(2, 2422) = 20.84$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for bathrooms was significant: $F(2, 2422) = 12.48$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for locker rooms was significant: $F(2, 2422) = 10.41$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for gendered clothing was not significant. Percentages are shown for illustrative purposes.

253 To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F(9, 48969) = 1020.73$, $p<.001$. The univariate effect for safety based on sexual orientation was significant: $F(3, 16331) = 363.70$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F(3, 16331) = 115.82$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F(3, 16331) = 284.66$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

254 To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

255 To compare avoiding school spaces by gender identity, a series of analysis of covariance (ANCOVA) were conducted with different avoiding spaces variables as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for avoiding bathrooms was significant: $F(3, 16304) = 1464.80$, $p<.001$ $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding locker rooms was significant: $F(3, 16304) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding gym/PE class was significant: $F(3, 16304) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The effect for avoiding cafeterias/lunchrooms was significant: $F(3, 16304) = 46.92$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: Cisgender was different from all gender identities. There were no other group differences. The effect for avoiding hallways/stairwells was significant: $F(3, 16304) = 18.92$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: Cisgender was different from all gender identities. There were no other group differences. The effect for avoiding athletic fields/facilities was significant: $F(3, 16304) = 125.03$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: transgender was different

from all gender identities; cisgender was different from all gender identities. There were no other group differences. The effect for avoiding school buses was significant: $F(3, 16304) = 42.01$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender and cisgender. There were no other group differences. The effect for avoiding classrooms was significant: $F(3, 16304) = 75.44$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all gender identities. There were no other group differences. The effect for avoiding school grounds was significant: $F(3, 16304) = 42.33$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all gender identities. There were no other group differences.

256 To compare missing school and changing schools by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F(6, 32814) = 89.41$, $p<.001$. The univariate effect missing school was significant: $F(3, 16407) = 164.70$, $p<.001$, $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The univariate effect for changing schools was significant: $F(3, 16407) = 51.85$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities; cisgender and NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

257 To compare having experienced any anti-LGBTQ discrimination at school by gender identity, an analysis of covariance (ANCOVA) was conducted with experiencing any anti-LGBTQ discrimination as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effects were significant: $F(3, 16312) = 430.79$, $p<.001$, $\eta_p^2 = .07$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

258 To compare experiences of school discipline by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with any in-school discipline and any out-of-school discipline as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .00, $F(6, 32672) = 10.90$, $p<.001$. The univariate effect for in-school discipline was significant: $F(3, 16336) = 20.58$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other gender identities. There were no other group differences. The univariate effect for out-of-school discipline was significant: $F(3, 16336) = 4.17$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender. There were no other group differences. Percentages are shown for illustrative purposes.

259 To compare planning not to continue school after high school by gender identity, an analysis of covariance (ANCOVA) was conducted with planning to graduate high school as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effects were significant: $F(3, 16432) = 47.78$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was lower than all other gender identities. Cisgender was higher than nonbinary. There were no other group differences. Percentages are shown for illustrative purposes.

260 To compare feelings of safety among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (feeling unsafe because of sexual orientation, feeling unsafe because of gender expression, and feeling unsafe because of gender) as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(3, 8371) = 151.45$, $p<.001$. The univariate effect for feeling unsafe because of gender expression was significant: $F(1, 8373) = 292.94$, $p<.001$, $\eta_p^2 = .03$. The univariate effect for unsafety because of gender was significant: $F(1, 8373) = 118.04$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for unsafety due to sexual orientation was not significant. Percentages are shown for illustrative purposes.

261 To compare experiences of anti-LGBTQ victimization among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(3, 8023) = 146.36$, $p<.001$. The univariate effect for sexual orientation victimization was significant: $F(1, 8373) = 85.99$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for gender expression victimization was significant: $F(1, 8373) = 133.98$, $p<.001$, $\eta_p^2 = .02$. The univariate effect for gender victimization was significant: $F(1, 8373) = 34.73$, $p<.001$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

262 See previous endnote.

263 To compare avoiding gender segregated spaces among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with three avoiding gender segregated spaces variables (avoiding bathrooms, avoiding locker rooms, and avoiding gym/PE class) as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .06, $F(3, 8345) = 178.80$, $p<.001$. The univariate effect for bathrooms was significant: $F(1, 8347) = 459.48$, $p<.001$, $\eta_p^2 = .05$. The univariate effect for locker rooms was significant: $F(1, 8347) = 184.05$, $p<.01$, $\eta_p^2 = .02$. The univariate effect for gym/PE class was significant: $F(1, 8347) = 11.23$, $p<.001$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

264 To compare in-school discipline and out-of-school discipline among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with any in-school and any out-of-school discipline as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .00, $F(2, 8404) = 17.42$, $p<.001$. The univariate effect for in-school discipline was significant: $F(1, 8405) = 26.52$, $p<.001$, $\eta_p^2 = .00$. The univariate effect for out-of-school discipline was significant: $F(1, 8405) = 17.14$, $p<.01$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

265 To compare feelings of safety among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (feeling unsafe because of sexual orientation, feeling unsafe because of gender expression, and feeling unsafe because of gender) as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(3, 8371) = 151.45$, $p<.001$. The univariate effect for safety because of gender expression was significant: $F(1, 8373) = 292.94$, $p<.001$, $\eta_p^2 = .03$. The univariate effect for safety because of gender was significant: $F(1, 8373) = 118.04$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for safety because of sexual orientation was not significant. Percentages are shown for illustrative purposes.

266 To compare experiences of anti-LGBTQ victimization among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(3, 8023) = 146.36$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(1, 8373) = 85.99$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for victimization based on gender expression was significant: $F(1, 8373) = 133.98$, $p<.001$, $\eta_p^2 = .02$. The univariate effect for victimization based on gender was significant: $F(1, 8373) = 34.73$, $p<.001$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

267 To compare missing school and changing schools among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .00, $F(2, 8440) = 13.45$, $p<.001$. The univariate effect for missing school was significant: $F(1, 8441) = 20.69$, $p<.001$, $\eta_p^2 = .00$. The univariate effect for changing schools was significant: $F(1, 8441) = 1.35$, $p<.01$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

268 To compare having experienced any anti-LGBTQ discrimination among cisgender male and female students, an analysis of covariance (ANCOVA) was conducted with experiencing any anti-LGBTQ discrimination as the independent variable, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant: $F(3, 8363) = 14.65$, $p<.001$, $\eta_p^2 = .00$. Percentages shown for illustrative purposes.

269 Kimmel, M. (2004). Masculinity as homophobia: Fear, shame, and silence in the construction of gender identity. In P. F. Murphy (Ed.), *Feminism and Masculinities* (pp. 182–199). New York: Oxford University Press.

270 To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F(9, 48969) = 1020.73$, $p<.001$. The univariate effect for safety based on sexual orientation was significant: $F(3, 16331) = 363.70$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F(3, 16331) = 115.82$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F(3, 16331) = 284.66$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

271 To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

272 See previous endnote.

273 To compare avoiding gender segregated spaces at school by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three avoiding gender segregated spaces variables (avoid bathrooms, avoid locker rooms, avoid gym/PE class) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .24, $F(9, 48912) = 464.34$, $p<.001$. The univariate effect for avoiding bathrooms was significant: $F(3, 16312) = 1464.80$, $p<.001$, $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for avoiding locker rooms was significant: $F(3, 16312) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for avoiding gym/PE class was significant: $F(3, 16312) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. Percentages are shown for illustrative purposes.

274 To compare missing school and changing schools by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F(6, 32814) = 89.41$, $p<.001$. The univariate effect for missing school was significant: $F(3, 16407) = 164.70$, $p<.001$ $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The univariate effect for changing schools was significant: $F(3, 16407) = 51.85$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities; cisgender and NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

275 To compare school belonging by gender identity, an analysis of covariance (ANCOVA) was conducted with school belongingas the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant. $F(3, 16433) = 499.83$, $p<.001$ $\eta_p^2 = .08$. Pairwise comparisons were considered at $p<.01$: cisgender was higher than all other gender identities; transgender students had lower school belonging that all other gender identities. There were no other group differences.

276 To compare each type of gender-specific anti-LGBTQ discrimination by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with each type of gender-specific anti-LGBTQ discrimination (gendered clothes, pronouns/names usage, bathroom access, locker room access) as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .24, $F(36, 48332) = 6.41$, $p<.001$. The univariate effect for gendered clothes was significant: $F(3, 16120) = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: Cisgender was different from transgender and NB; NB was different from questioning. There were no other group differences. The univariate effect for pronouns/names usage was significant: $F(3, 16120) = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for bathroom access was significant: $F(3, 16120) = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for locker room access was significant: $F(3, 16120) = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages for are shown for illustrative purposes.

277 To compare experiences of school discipline by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with any in-school discipline and any out-of-school discipline as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .00, $F(6, 32672) = 10.90$, $p<.001$. The univariate effect for in-school discipline was significant, $F(3, 16336) = 20.58$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other gender identities. There were no other group differences. The univariate effect for out-of-school discipline was significant, $F(3, 16336) = 4.17$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender. There were no other group differences. Percentages are shown for illustrative purposes.

278 See previous endnote.

279 To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB] as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F(9, 48969) = 1020.73$, $p<.001$. The univariate effect for safety based on sexual orientation was significant: $F(3, 16331) = 363.70$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F(3, 16331) = 115.82$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F(3, 16331) = 284.66$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

280 To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

281 Bowleg, L. (2012). The problem with the phrase women and minorities: Intersectionality—an important theoretical framework for public health. *American Journal of Public Health, 102*(7), 1267-1273.

Crenshaw, K. (1990). Mapping the margins: Intersectionality, identity politics, and violence against women of color. *Stanford Law Review, 43*(6), 1241-1299.

282 Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Asian American and Pacific Islander LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-AAPI-2020.pdf

Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Black LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Black-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Latinx LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Latinx-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Native and Indigenous LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Native-2020.pdf

283 Race/ethnicity was assessed with a single multi-check question item (i.e., African American or Black; Asian or South Asian; Native Hawaiian or other Pacific Islander; Native American, American Indian, or Alaska Native; White or Caucasian; Hispanic or Latino/Latina/Latinx; and Arab American, Middle Eastern, or North African) with an optional write-in item for race/ethnicities not listed. Participants who selected more than one race category were coded as multiracial, with the exception of participants who selected either "Hispanic or Latino/Latina/Latinx" or "Arab American, Middle Eastern, or North African" as their ethnicity. Participants who selected either one ethnicity were coded as that ethnicity, regardless of any additional racial identities they selected. Participants who selected both ethnicities were coded as multiracial. The resulting racial/ethnic groupings were: MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White.

284 Latinx is a variant of the masculine "Latino" and feminine "Latina" that leaves gender unspecified and, therefore, aims to be more inclusive of diverse gender identities, including nonbinary individuals. To learn more: https://www.meriam-webster.com/words-at-play/word-history-latinx

285 Anyon, Y, Jenson, J. M., Altschul, I., Farrar, J., McQueen, J., Greer, E., Downing, B., & Simmons, J. (2014). The persistent effect of race and the promise of alternatives to suspension in school discipline outcomes. *Children and Youth Services Review, 44*, 379-386.

GLSEN (2016). *Educational exclusion: Drop out, push out, and school-to-prison pipeline among LGBTQ youth.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

Losen, D. J., Hodson, C., Keith II, M. A., Morrison, K., & Belway, S. (2015). *Are we closing the school discipline gap?* Los Angeles: The Center for Civil Rights Remedies.

U.S. Department of Education (2018). *2015-16 Civil Rights Data Collection: School Climate and Safety, Data Highlights on School Climate and Safety in our Nation's Public Schools.* Washington, SC: U.S. Department of Education, Office for Civil Rights. Retrieved from: https://www2.ed.gov/about/offices/list/ocr/docs/school-climate-and-safety.pdf

286 To compare feeling unsafe due to race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe due to actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

287 To compare victimization based on race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization based on race/ethnicity was significant: $F(6, 16190) = 179.07$, $p<.001$, $\eta_p^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

288 To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and

percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F(12, 32134) = 5.57$, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation: $F(6, 16067) = 7.31$, $p<.001$, $\eta_p^2 = .00$; Gender expression: $F(6, 16067) = 6.83$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both dependent variables, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

289 To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation: $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression, $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

290 In order to assess experiences of both anti-LGBTQ and racist harassment, a new variable was calculated that included students who experienced any harassment based on race and also experienced any harassment or assault based on sexual orientation or gender expression.

291 To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

292 To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

293 To compare feeling unsafe because of race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe because of their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

294 To compare victimization based on race/ethnicity by race/ethnicity, a univariate analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization was significant: $F(6, 16190) = 179.07$, $p<.001$, $\eta_p^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

295 To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F(12, 32134) = 5.57$, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation, $F(6, 16067) = 7.31$, $p<.001$, $\eta_p^2 = .00$; Gender expression, $F(6, 16067) = 6.83$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both feeling unsafe regarding sexual orientation and gender expression, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

296 To compare victimization based on sexual orientation and victimization based on gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/

ethnicity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation: $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression: $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

297 To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

298 To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

299 To compare feelings of safety regarding race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe regarding their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe regarding their race/ethnicity was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

300 To compare victimization based on race/ethnicity by race/ethnicity, a univariate analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization based on race/ethnicity was significant: $F(6, 16190) = 179.07$, $p<.001$, $\eta_p^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

301 To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F(12, 32134) = 5.57$, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation, $F(6, 16067) = 7.31$, $p<.001$, $\eta_p^2 = .00$; Gender expression: $F(6, 16067) = 6.83$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both dependent variables, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

302 To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, and percentage of student body that was White, percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation, $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression, $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others

but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

303 To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

304 To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

305 To compare feelings of safety regarding race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe regarding their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe regarding their race/ethnicity was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

306 To compare victimization based on race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization based on race/ethnicity was significant: $F(6, 16190) = 179.07$, $p<.001$, $\eta_p^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

307 To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F(12, 32134) = 5.57$, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation: $F(6, 16067) = 7.31$, $p<.001$, $\eta_p^2 = .00$; Gender expression: $F(6, 16067) = 6.83$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both feeling unsafe regarding their sexual orientation and gender expression, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

308 To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation: $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression: $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

309 To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all

others; no other significant differences were observed. Percentages are shown for illustrative purposes.

310 To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

311 To compare feelings of safety regarding race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe regarding their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe regarding their race/ethnicity was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

312 To compare victimization based on race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization based on race/ethnicity was significant: $F(6, 16190) = 179.07$, $p<.001$, $\eta_p^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

313 To compare feeling unsafe regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F(12, 32134) = 5.57$, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation, $F(6, 16067) = 7.31$, $p<.001$, $\eta_p^2 = .00$; Gender expression, $F(6, 16067) = 6.83$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both feeling unsafe regarding their sexual orientation and gender expression, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

314 To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation, $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression, $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

315 To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

316 To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences

were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

317 To compare feelings of safety regarding race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe regarding their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe regarding their race/ethnicity was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

318 To compare victimization based on race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization based on race/ethnicity was significant: $F(6, 16190) = 179.07$, $p<.001$, $\eta_p^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

319 To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F(12, 32134) = 5.57$, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation, $F(6, 16067) = 7.31$, $p<.001$, $\eta_p^2 = .00$; Gender expression, $F(6, 16067) = 6.83$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both feeling unsafe regarding their sexual orientation and gender expression, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

320 To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation, $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression, $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

321 To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

322 To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

323 To compare feelings of safety regarding race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe regarding their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe regarding their race/ethnicity was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous,

and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

324 To compare victimization based on race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization was significant: $F(6, 16190) = 179.07$, $p<.001$, $\eta_p^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

325 To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace $= .00$, $F(12, 32134) = 5.57$, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation: $F(6, 16067) = 7.31$, $p<.001$, $\eta_p^2 = .00$; Gender expression, $F(6, 16067) = 6.83$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both feeling unsafe regarding their sexual orientation and gender exprression, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

326 To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace $= .01$, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation: $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression, $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

327 To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

328 To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace $= .01$, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

329 Causadias, J. M., & Korous, K. M. (2019). Racial discrimination in the United States: A national health crisis that demands a national health solution. *Journal of Adolescent Health, 64*(2), 147-148.

Ramsey, S. (2017). *The troubled history of American education after the Brown decision.* The Organization of American Historians. https://www.oah.org/tah/issues/2017/february/the-troubled-history-of-american-education-after-the-brown-decision/

Tatum, B. D. (2017). *Why are all the Black kids sitting together in the cafeteria?: And other conversations about race.* Basic Books.

330 To compare experiencing multiple forms of victimization by race/ethnicity, an analysis of covariance (ANCOVA) was conducted with a dichotomous variable, whether a student experienced both racist and anti-LGBTQ victimization as the dependent variable, racial/ethnic identity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White) as the independent variable, and both outness to peers and school locale (urban/suburban/rural) as covariates. The main effect was significant: $F(6, 16372) = 371.21$, $p<.001$, $\eta_p^2 = .12$. Post hoc comparisons were considered at $p<.01$. White students were less likely to experience both forms of victimization than all other racial/ethnic groups; Latinx students were more likely to experience both forms of victimization than multiracial students; no other significant differences were observed. Percentages are shown for illustrative purposes.

331 Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Asian American and Pacific Islander LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-AAPI-2020.pdf

Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Black LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Black-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Latinx*

*LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Latinx-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Native and Indigenous LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Native-2020.pdf

332 In this section, for analyses examining the associations between school characteristics and students' experiences with anti-LGBTQ victimization, students' individual demographic characteristics (sexual orientation, gender, and race/ethnicity) and their experiences with school discipline are included in the model as covariates because in prior sections of this report these demographic characteristics and school discipline were found to be associated with experiences with anti-LGBTQ victimization. For analyses examining the associations between school characteristics and students' experiences with anti-LGBTQ discrimination, students' individual demographic characteristics (sexual orientation, gender, and race/ethnicity) are included in the model as covariates because in prior sections of this report these demographic characteristics were found to be associated with their experiences of anti-LGBTQ discrimination in school.

333 For comparisons by school level, only students who attended middle or high schools were included in this analysis. Students who attended elementary schools, K-12 schools, lower schools, upper schools, or another type of school were excluded.

334 To test differences in anti-LGBTQ language by school level, a multivariate analysis of variance (MANOVA) was conducted with the anti-LGBTQ remarks variables ("gay" used in a negative way, "no homo," other homophobic remarks, negative remarks about gender expression, and negative remarks about transgender people) as the dependent variables, and school level (middle school and high school) as the independent variable. Multivariate results were significant: Pillai's Trace = .05, $F(5, 13693) = 150.79$, $p<.001$. Univariate effects were significant for the following anti-LGBTQ language remarks – "Gay" used in a negative way: $F(1, 13697) = 334.68$, $p<.001$, $\eta_p^2 = .02$; "No homo": $F(1, 13697) = 473.97$, $p<.001$, $\eta_p^2 = .03$; Other homophobic remarks: $F(1, 13697) = 30.75$, $p<.001$, $\eta_p^2 = .00$. Middle school students heard "gay" used in a negative way, "no homo," and other homophobic remarks more than high school students. The univariate effects for negative remarks about gender expression and negative remarks about transgender people were not significant. Percentages are shown for illustrative purposes.

335 To examine differences in anti-LGBTQ victimization experiences by school level, a multivariate analysis of covariance (MANCOVA) was conducted with experiences of anti-LGBTQ victimization (i.e., the three weighted victimization variables for victimization based on sexual orientation, gender expression, and gender) as the dependent variables, school level (middle school and high school) as the independent variable, and student demographic characteristics (sexual orientation, gender expression, and gender) and any school discipline (a combined variable of whether the student experienced any of the five types of school discipline [see School Climate and School Discipline section]) as covariates. Multivariate results were significant: Pillai's Trace = .03, $F(3, 12810) = 119.19$, $p<.001$. Univariate effects were significant for anti-LGBTQ victimization – Sexual orientation: $F(1, 12812) = 348.20$, $p<.001$, $\eta_p^2 = .03$; Gender expression: $F(1, 12812) = 117.88$, $p<.001$, $\eta_p^2 = .01$; Gender: $F(1, 12812) = 119.45$, $p<.001$, $\eta_p^2 = .01$. Middle school students experienced higher levels of anti-LGBTQ victimization on all types than high school students. Percentages are shown for illustrative purposes.

336 To compare differences in experiences of anti-LGBTQ discriminatory policies and practices by school level, an analysis of covariance (ANCOVA) was conducted with experiencing any anti-LGBTQ discrimination (a combined variable of whether the student experienced any of the 11 discriminatory actions assessed [see Discriminatory Practices and Policies section]) as the dependent variable, school level (middle school and high school) as the independent variable, and student demographic characteristics including sexual orientation, gender expression, and gender as covariates. The results of the analysis were significant: $F(1, 13402) = 161.03$, $p<.001$, $\eta_p^2 = .01$. Middle school students were more likely to experience anti-LGBTQ discrimination than high school students. Percentages are shown for illustrative purposes.

337 To examine differences in access to GSAs, inclusive curriculum, inclusive curricular resources, and comprehensive anti-bullying/harassment and supportive trans/nonbinary policies by school level, a series of chi-square tests were conducted. (For the purposes of this analysis and similar analyses in this section regarding school differences in availability of comprehensive policy, we examined only whether students reported that their school had a comprehensive, i.e., fully enumerated, anti-bullying/harassment policy or not. Therefore, students without a comprehensive policy might have had a partially enumerated policy, a generic policy, or no policy at all). All analyses were significant at $p<.05$ – GSAs: $\chi^2 = 1448.48$, $df = 1$, $p<.001$, $\phi = .33$; LGBTQ website access: $\chi^2 = 155.84$, $df = 1$, $p<.001$, $\phi = .11$; LGBTQ library resources: $\chi^2 = 52.55$, $df = 1$, $p<.001$, $\phi = .06$; LGBTQ inclusion in textbooks/other assigned readings: $\chi^2 = 145.04$, $df = 1$, $p<.001$, $\phi = .10$; LGBTQ-inclusive curriculum: $\chi^2 = 29.87$, $df = 1$, $p<.001$, $\phi = .05$; LGBTQ-inclusive sex education: $\chi^2 = 3.98$, $df = 1$, $p<.05$, $\phi = .02$; Safe Space stickers/posters: $\chi^2 = 620.00$, $df = 1$, $p<.001$, $\phi = .21$, comprehensive anti-bullying/harassment policy: $\chi^2 = 29.47$, $df = 1$, $p<.001$, $\phi = .05$; transgender/other nonbinary student policy: $\chi^2 = 50.60$, $df = 1$, $p<.001$, $\phi = .06$. Middle school students had less access to GSAs, LGBTQ websites, LGBTQ library resources, LGBTQ inclusion in textbooks/other assigned readings, LGBTQ-inclusive curriculum and sex education, comprehensive bullying/harassment policy, and transgender/other nonbinary student policy, and less display of safe space stickers/posters, than high school students. Percentages are shown for illustrative purposes.

To compare differences in supportive school personnel by school level, two separate independent samples t-tests were conducted, with supportive educators and supportive administrators as the dependent variables, and school level (middle school and high school) as the independent variable. Both analyses were significant – Supportive educators: $t(3637.35) = 16.55$, $p<.001$, Cohen's $d = .38$; Supportive administrators: $t(3874.66) = 7.34$, $p<.001$, Cohen's $d = .16$. Middle school students had less supportive school educators and less supportive administrators than high school students. Percentages are shown for illustrative purposes.

338 Travers, M., Murray, L., & Kull, M. (2020). Sexual health and risk-taking behaviors among New York city high school students: Variation by sexual orientation and gender identity status. *Journal of LGBT Youth.* doi: 10.1080/19361653.2020.1795776

339 To compare differences in GSA participation by school level, two separate independent samples t-tests were conducted, with GSA attendance and GSA participation as a leader/officer as the dependent variables, and school level (middle school and high school). GSA attendance was significant: $t(1097.78) = 10.18$, $p<.001$, Cohen's $d = .36$. Middle school students had higher GSA attendance than high school students. GSA participation as a leader/officer was not significant.

340 U.S. Department of Education. (2019). *Student reports of bullying: Results from the 2017 School Crime Supplement to the National Crime Victimization Survey.* Retrieved August 2, 2020. https://nces.ed.gov/pubs2019/2019054.pdf

341 To examine differences in anti-LGBTQ language by school type, a multivariate analysis of variance (MANOVA) was conducted with the anti-LGBTQ remarks variables ("gay" used in a negative way, "no homo," other homophobic remarks, negative remarks about gender expression, and negative remarks about transgender people) as the dependent variables, and school type (public, religious, and private non-religious) as the independent variable. Multivariate results were significant: Pillai's Trace = .04, $F(10, 32936) = 65.53$, $p<.001$. All univariate effects were significant for the anti-LGBTQ language remarks – "Gay" used in a negative way: $F(2, 16471) = 197.93$, $p<.001$, $\eta_p^2 = .02$; "No homo": $F(2, 16471) = 45.05$, $p<.001$, $\eta_p^2 = .01$; Other homophobic remarks: $F(2, 16471) = 229.17$, $p<.001$, $\eta_p^2 = .03$, Negative remarks about gender expression: $F(2, 16471) = 22.11$, $p<.001$, $\eta_p^2 = .00$; Trans remarks: $F(2, 16471) = 85.83$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. "Gay" used in a negative way: Private school students heard less than all other school types; no other significant differences were found. "No homo": Private school students heard less than public school students; Religious school students heard less than public school students; no other significant differences were found. Other homophobic remarks: Private school students heard less than all other school types; Religious school students heard less than public school students. Gender expression remarks: Private school students heard less than all other school types; Religious school students heard more than public school

students. Trans remarks: Private school students heard less than all other school types; no other significant differences were found. Percentages are shown for illustrative purposes.

342 To examine differences in anti-LGBTQ language by type of public school, a multivariate analysis of variance (MANOVA) was conducted with the anti-LGBTQ remarks variables ("gay" used in a negative way, "no homo," other homophobic remarks, negative remarks about gender expression, and negative remarks about transgender people) as the dependent variables, and type of public school (regular public school and charter school) as the independent variable. The multivariate results were not significant.

343 To examine differences in anti-LGBTQ victimization experiences by school type, a multivariate analysis of covariance (MANCOVA) was conducted with experiences of anti-LGBTQ victimization (i.e., the three weighted victimization variables for victimization based on sexual orientation, gender expression, and gender) as the dependent variables, school type (public, religious, and private non-religious) as the independent variable, and student demographic characteristics (sexual orientation, gender expression, and gender) and any school discipline (a combined variable of whether the student experienced any of the five types of school discipline [see School Climate and School Discipline section]) as covariates. Multivariate results were significant: Pillai's Trace = .00, $F(6, 30768) = 11.40$, $p<.001$. Univariate effects were significant for all types of anti-LGBTQ victimization – Sexual orientation: $F(2, 15385) = 22.59$, $p<.001$, $\eta_p^2 = .00$; Gender expression: $F(2, 15385) = 11.89$, $p<.001$, $\eta_p^2 = .00$; Gender: $F(2, 15385) = 20.61$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. Victimization based on sexual orientation: Public school students experienced more than private school students; no other significant differences were found. Victimization based on gender expression: Public school students experienced more than private school students; no other significant differences were found. Victimization based on gender: Public school students experienced more than private and religious school students; no other significant differences were found. Percentages are shown for illustrative purposes.

344 To examine differences in experiences of anti-LGBTQ victimization by type of public school, a multivariate analysis of covariance (MANCOVA) was conducted, with experiences of anti-LGBTQ victimization (i.e., the three weighted victimization variables for victimization based on sexual orientation, gender expression, and gender) as the dependent variables, type of public school (regular public school and charter school) as the independent variable, and student demographic characteristics (sexual orientation, gender expression, and gender) and any school discipline (a combined variable of whether the student experienced any of the five types of school discipline [see School Climate and School Discipline section]) as covariates. The multivariate results were not significant.

345 To examine differences in experiences of anti-LGBTQ discriminatory policies and practices by school type, an analysis of covariance (ANCOVA) was conducted with experiencing any anti-LGBTQ discrimination (a combined variable of whether the student experienced any of the 11 discriminatory actions assessed [see Discriminatory Practices and Policies section]) as the dependent variable, school type (public, religious, and private non-religious) as the independent variable, and student demographic characteristics including sexual orientation, gender expression, and gender as covariates. The results of the analysis were significant: $F(2, 16112) = 97.93$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Private school students experienced less anti-LGBTQ discrimination than public and religious school students. Public school students experienced less anti-LGBTQ discrimination than religious school students. Percentages are shown for illustrative purposes.

346 To examine differences in experiences of anti-LGBTQ discriminatory policies and practices by type of public school, an analysis of covariance (ANCOVA) was conducted with experiencing any anti-LGBTQ discrimination (a combined variable of whether the student experienced any of the 11 discriminatory actions assessed [see Discriminatory Practices and Policies section]) as the dependent variable, type of public school (regular public school and charter school) as the independent variable, and student demographic characteristics including sexual orientation, gender expression, and gender as covariates. The results of the analysis were not significant.

347 To examine differences in access to GSAs, inclusive curriculum, inclusive curricular resources, and comprehensive anti-bullying/harassment and supportive trans/nonbinary policies by school type, a series of chi-square tests were conducted. (For the purposes of this analysis and similar analyses in this section regarding school differences in availability of comprehensive policy, we examined only whether students reported that their school had a comprehensive, i.e., fully enumerated, anti-bullying/harassment policy or not. Therefore, students without a comprehensive policy might have had a partially enumerated policy, a generic policy, or no policy at all). All analyses were significant – GSAs: $\chi^2 = 141.94$, $df = 2$, $p<.001$, Cramer's V = .09; LGBTQ website access: $\chi^2 = 113.35$, $df = 2$, $p<.001$, Cramer's V = .08; LGBTQ library resources: $\chi^2 = 181.00$, $df = 2$, $p<.001$, Cramer's V = .11; LGBTQ inclusion in textbooks/other assigned readings: $\chi^2 = 57.15$, $df = 2$, $p<.001$, Cramer's V = .06; LGBTQ-inclusive curriculum: $\chi^2 = 141.94$, $df = 2$, $p<.001$, Cramer's V = .09; LGBTQ-inclusive sex education: $\chi^2 = 73.44$, $df = 2$, $p<.001$, Cramer's V = .07; Safe Space stickers/posters: $\chi^2 = 516.77$, $df = 2$, $p<.001$, Cramer's V = .18; Comprehensive anti-bullying/harassment policy: $\chi^2 = 63.56$, $df = 2$, $p<.001$, Cramer's V = .06; Supportive trans/nonbinary student policy: $\chi^2 = 88.78$, $df = 2$, $p<.001$, Cramer's V = .07. Post hoc comparisons were considered at $p<.05$. GSAs: Religious had less than public and private; public had more than private. LGBTQ website access: Religious had less than public and private; public had less than private. LGBTQ library resources: Religious had less than public and private; public had less than private. LGBTQ inclusive textbooks/other readings: Religious had more than public; public had less than private; no other significant differences were found. LGBTQ-inclusive curriculum: Religious had less than public and private; public had less than private. LGBTQ library resources: Religious had less than public and private; public had more than private. LGBTQ-inclusive sex education: Religious had less than public and private; public had less than private. Safe Space stickers/posters: Religious had less than public and private; no other significant differences were found. Comprehensive policy: Religious school students had less than public and private school students; public school students had less than private school students. Supportive trans/nonbinary policy: Religious school students had less than public and private school students; public school students had less than private school students. Percentages are shown for illustrative purposes.

To examine differences in supportive school personnel by school type, two separate analysis of variance (ANOVAs) were conducted with supportive educators and supportive administrators as the dependent variables, and school type (public, religious, and private non-religious) as the independent variable. The results for both analyses were significant: Supportive educators: $F(2, 16390) = 332.25$, $p<.001$, $\eta_p^2 = .04$; Supportive administrators: $F(2, 16337) = 351.13$, $p<.001$, $\eta_p^2 = .04$. Post hoc comparisons were considered at $p<.05$. Supportive educators: Religious school students had less than public and private school students; public school students had less than private school students. Supportive administrators: Religious school students had less than public and private school students; public school students had less than private school students. Percentages are shown for illustrative purposes.

348 To examine differences in access to GSAs, inclusive curriculum, inclusive curricular resources, and comprehensive anti-bullying/harassment and supportive trans/nonbinary policies by type of public school, a series of chi-square tests were conducted. (For the purposes of this analysis and similar analyses in this section regarding school differences in availability of comprehensive policy, we examined only whether students reported that their school had a comprehensive, i.e., fully enumerated, anti-bullying/harassment policy or not. Therefore, students without a comprehensive policy might have had a partially enumerated policy, a generic policy, or no policy at all). The following analyses were significant at $p<.05$: LGBTQ library resources: $\chi^2 = 14.14$, $df = 1$, $\phi = -.03$; LGBTQ-inclusive curriculum: $\chi^2 = 26.04$, $df = 1$, $\phi = -.04$; LGBTQ-inclusive sex education: $\chi^2 = 7.27$, $df = 1$, $\phi = .02$; Supportive trans/nonbinary policy: $\chi^2 = 5.65$, $df = 1$, $\phi = -.02$. LGBTQ library resources: Regular public schools had more than charter schools. LGBTQ-inclusive curriculum: Regular public schools had less than charter schools. LGBTQ-inclusive sex education: Regular publics schools had less than charter schools. Supportive trans/nonbinary policy: Regular public schools had less than charter schools. No significant differences were found for GSAs, LGBTQ website access, LGBTQ-inclusive textbooks/other assigned readings, Safe Space stickers/poster, and comprehensive policy. Percentages are shown for illustrative purposes.

To examine differences in supportive school personnel type of public school, two separate independent-samples t-tests were conducted with supportive educators and supportive administrators as the dependent variables, and type of public school (regular public school and charter school) as the independent variable. Supportive administrators was significant at $p<.05$: $t(625.61) = -2.41$, Cohen's $d = .10$. Students in regular public schools had less supportive student administrators than students in charter schools. Regular public schools and charter schools did not differ on supportive educators. Percentages are shown for illustrative purposes.

349 To examine differences in having negative LGBTQ representation in the curriculum by school type, a chi-square test was conducted. The results of the analysis were significant: $\chi^2 = 813.33$, $df = 2$, $p<.001$, Cramer's V = .22. Post hoc comparisons were considered at $p<.05$. Religious school students had more negative LGBTQ curriculum than public and private school students. No other significant differences were found. Percentages are shown for illustrative purposes.

350 To compare differences in gender-segregated schools (whether there was a single-sex school or not) by school type, a chi-square test was conducted. The results of the analysis were significant: $\chi^2 = 1776.39$, $df = 2$, $p<.001$, Cramer's V = .33. Post hoc comparisons were considered at p<.05. Religious schools were more likely to be single-sex schools than public and private schools. Private schools were more likely to be single-sex schools than public schools. Percentages are shown for illustrative purposes.

351 To compare differences in having any gender-segregated school practices (yearbook photos/senior pictures, homecoming court/prom royalty, graduation attire, and other types) by school type, a chi-square test was conducted. The results of the analysis were significant: $\chi^2 = 143.80$, $df = 2$, $p<.001$, Cramer's V = .10. Post hoc comparisons were considered at $p<.05$. Religious schools were more likely to have gender-segregated school practices than public and private schools. Public schools were more likely to have gender-segregated school practices than private schools.

352 To examine differences in frequency of school staff intervention on negative remarks about gender expression by school type, an analysis of variance (ANOVA) was conducted. The results of the analysis were significant: $F(2, 11766) = 40.59$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. There was less school staff intervention on negative remarks about gender expression in religious schools than in public and private schools. There was less school staff intervention in public schools than in private schools.

353 Chandler, M. A. (March 10, 2015). Charter schools less likely to have libraries. *The Washington Post*. Retrieved on August 8, 2020. https://www.washingtonpost.com/local/education/charter-schools-less-likely-to-have-libraries/2015/03/10/5e5e723a-c739-11e4-b2a1-bed1aaea2816_story.html

Koons, S. (June 20, 2020). Professor, students examine charter school hiring practices. *Penn State News*. Retrieved on August 2, 2020. https://news.psu.edu/story/621818/2020/06/02/research/professor-students-examine-charter-school-hiring-practices

354 To examine differences in anti-LGBTQ language by locale, a multivariate analysis of variance (MANOVA) was conducted with the anti-LGBTQ remarks variables ("gay" used in a negative way, "no homo," other homophobic remarks, negative remarks about gender expression, and negative remarks about transgender people) as the dependent variables, and locale (urban, suburban, rural) as the independent variable. Multivariate results were significant: Pillai's Trace = .03, $F(10, 32860) = 42.87$, $p<.001$. All univariate effects were significant – "Gay" used in a negative way: $F(2, 16433) = 104.37$, $p<.001$, $\eta_p^2 = .01$; "No homo": $F(2, 16433) = 8.04$, $p<.001$, $\eta_p^2 = .00$; Other homophobic remarks: $F(2, 16433) = 142.31$, $p<.001$, $\eta_p^2 = .02$; Negative remarks about gender expression: $F(2,16433) = 27.07$, $p<.001$, $\eta_p^2 = .00$; Negative transgender remarks: $F(2, 16433) = 107.97$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. "Gay" used in a negative way: Rural students heard less than urban and suburban students; no other significant differences were found. "No homo": Rural students heard more than suburban students; urban students heard more than suburban students; no other significant differences were found. Other homophobic remarks: Rural students heard more than urban and suburban students; no other significant differences were found. Negative gender expression remarks: Rural students heard more than urban and suburban students; no other significant differences were found. Negative transgender remarks: Rural students heard more than urban and suburban students; no other significant differences were found. Percentages are shown for illustrative purposes.

355 To examine differences on anti-LGBTQ victimization experiences by locale, a multivariate analysis of variance (MANCOVA) was conducted with experiences of anti-LGBTQ victimization (i.e., the three weighted victimization variables for victimization based on sexual orientation, gender expression, and gender) as the dependent variables, locale (urban, suburban, and rural) as the independent variable, and student demographic characteristics (sexual orientation, gender expression, and gender) and any school discipline (a combined variable of whether the student experienced any of the five types of school discipline [see School Climate and School Discipline section]) as covariates. Multivariate results were significant: Pillai's Trace = .01, $F(6, 30712) = 22.67$, $p<.001$. All univariate effects were significant: Victimization based on sexual orientation: $F(2, 15357) = 51.81$, $p<.001$, $\eta_p^2 = .01$; Victimization based on gender expression: $F(2, 15357) = 46.62$, $p<.001$, $\eta_p^2 = .01$; Victimization based on gender: $F(2, 15357) = 34.30$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. Victimization based on sexual orientation: Rural students experienced more than urban and suburban students; urban students experienced more than suburban students. Victimization based on gender expression: Rural and urban students experienced more than suburban students; no other significant differences were found. Victimization based on gender: Rural and urban students experienced more than suburban students; no other significant differences were found. Percentages are shown for illustrative purposes.

356 To examine differences on experiences of anti-LGBTQ discriminatory policies and practices by locale, an analysis of covariance (ANCOVAs) was conducted with experiences of any anti-LGBTQ discrimination (a combined variable of whether the student experienced any of the 11 discriminatory actions assessed [see Discriminatory Practices and Policies section]) as the dependent variable, locale (urban, suburban, and rural) as the independent variable, and student demographic characteristics including sexual orientation, gender expression, and gender as covariates. The results of the analysis were significant: $F(2, 16081) = 76.77$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Rural students were more likely to experience anti-LGBTQ discrimination than urban and suburban students. No other significant differences were found. Percentages are shown for illustrative purposes.

357 To examine differences on access to GSAs, inclusive curriculum, inclusive curricular resources, and comprehensive anti-bullying/harassment and supportive trans/nonbinary policies by locale, a series of chi-square tests were conducted. (For the purposes of this analysis and similar analyses in this section regarding school differences in availability of comprehensive policy, we examined only whether students reported that their school had a comprehensive, i.e., fully enumerated, anti-bullying/harassment policy or not. Therefore, students without a comprehensive policy might have had a partially enumerated policy, a generic policy, or no policy at all). All analyses were significant – GSAs: $\chi2 = 979.53$, $df = 2$, $p<.001$, Cramer's V = .24; LGBTQ website access: $\chi2 = 76.30$, $df = 2$, $p<.001$, Cramer's V = .07; LGBTQ library resources: $\chi2 = 56.28$, $df = 2$, $p<.001$, Cramer's V = .06; LGBTQ inclusion in textbooks/other assigned readings: $\chi2 = 92.28$, $df = 2$, $p<.001$, Cramer's V = .08; LGBTQ-inclusive curriculum: $\chi2 = 162.96$, $df = 2$, $p<.001$, Cramer's V = .10; LGBTQ-inclusive sex education: $\chi2 = 86.34$, $df = 2$, $p<.001$, Cramer's V = .07; Safe Space stickers/posters: $\chi2 = 718.02$, $df = 2$, $p<.001$, Cramer's V = .21; Comprehensive anti-bullying/harassment policy: $\chi2 = 75.39$, $df = 2$, $p<.001$, Cramer's V = .07; Trans/nonbinary student policy: $\chi2 = 89.91$, $df = 2$, $p<.001$, Cramer's V = .07. Post hoc comparisons were considered at $p<.05$. GSAs: Rural students had less than urban and suburban students; urban students had less than suburban students. LGBTQ website access: Rural students had less than urban and suburban students; urban students had less than suburban students. LGBTQ library resources: Rural and urban students had less than suburban students; no other significant differences were found. LGBTQ inclusive textbooks/other readings: Rural students had less than urban and suburban students; no other significant differences were found. LGBTQ-inclusive curriculum: Rural students had less than urban and suburban students; urban students had more than suburban students. LGBTQ-inclusive sex education: Rural students had less

than urban and suburban students; urban students had more than suburban students. Safe Space stickers/posters: Rural students had less than urban and suburban students; urban students had less than suburban students. Comprehensive policy: Rural students had less than urban and suburban students; no other significant differences were found. Supportive trans/nonbinary policy: Rural students had less than urban and suburban students; urban students had more than suburban students. Percentages are shown for illustrative purposes.

To examine differences in supportive school personnel by locale, two separate analysis of variance (ANOVAs) were conducted with supportive educators and supportive administrators as the dependent variables, and locale (urban, suburban, and rural) as the independent variable. The results for both analyses were significant – Supportive educators: $F(2, 16354) = 378.95$, $p<.001$, $\eta_p^2 = .04$; Supportive administrators: $F(2, 16312) = 165.09$, $p<.001$, $\eta_p^2 = .02$. Post hoc comparisons were considered at $p<.05$. Supportive educators: Rural students had less than urban and suburban students; urban students had less than suburban students. Supportive administrators: Rural students had less than urban and suburban students; no other significant differences were found. Percentages are shown for illustrative purposes.

358 Darling-Hammond, L. (2013). Inequality and school resources: what it will take to close the opportunity gap. In P. L. Carter & K. G. Welner (Eds.), *Closing the Opportunity Gap: What America Must Do to Give Every Child an Even Chance.* New York, NY: Oxford University Press.

Roscigno, V. J., Tomaskovic-Devey, D., & Crowley, M. (2006). Education and the inequalities of place. *Social Forces, 84*(4), 2121-2145.

359 Movement Advancement Project. (April, 2019). *Where we call home: LGBT people in rural America.* Retrieved from: https://www.lgbtmap.org/file/lgbt-rural-report.pdf

Pew Research Center. (June 8, 2015). *Knowing gays and lesbians, religious conflicts, beliefs about homosexuality.* Retrieved from: https://www.pewresearch.org/politics/2015/06/08/section-2-knowing-gays-and-lesbians-religious-conflicts-beliefs-about-homosexuality/

360 To examine differences in anti-LGBTQ language by region, a multivariate analysis of variance (MANOVA) was conducted with the anti-LGBTQ remarks variables ("gay" used in a negative way, "no homo," other homophobic remarks, negative remarks about gender expression, and negative remarks about transgender people) as the dependent variables, and region (South, Midwest, West, and Northeast) as the independent variable. Multivariate results were significant: Pillai's Trace = .03, $F(15, 49668) = 30.38$, $p<.001$. All univariate effects were significant – "Gay" used in a negative way: $F(3, 16558) = 65.63$; $p<.001$, $\eta_p^2 = .01$; "No homo": $F(3, 16558) = 73.63$, $p<.001$, $\eta_p^2 = .01$; Other homophobic remarks: $F(3, 16558) = 64.87$, $p<.001$, $\eta_p^2 = .01$; Negative remarks about gender expression: $F(3, 16558) = 28.81$, $p<.001$, $\eta_p^2 = .01$; Trans remarks: $F(3, 16558) = 51.51$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. "Gay" used in a negative way: Students in the South heard more than all the other regions; students in the Midwest heard more than the West and Northeast; no other significant differences were found. "No homo": Students in the South heard more than the Midwest and Northeast; students in the Midwest heard less than the West and more than the Northeast; students in the West heard more than the Northeast; no other significant differences were found. Other homophobic remarks: Students in the South heard more than all the other regions; students in the Midwest heard more than the West and Northeast; no other significant differences were found. Negative gender expression remarks: Students in the South heard more than all the other regions; students in Midwest heard more than the West and Northeast; no other significant differences were found. Negative transgender remarks: Students in the South heard more than all the other regions; students in the Midwest heard more than the West and Northeast; no other significant differences were found. Percentages are shown for illustrative purposes.

361 To examine differences on anti-LGBTQ victimization experiences by region, a multivariate analysis of covariance (MANCOVA) was conducted with experiences of anti-LGBTQ victimization (i.e., the three weighted victimization variables for victimization based on sexual orientation, gender expression, and gender) as the dependent variables, region (South, Midwest, West, and Northeast) as the independent variable, and student demographic characteristics (sexual orientation, gender expression, and gender) and any school discipline (a combined variable of whether the student experienced any of the five types of school discipline [see School Climate and School Discipline section]) as covariates. Multivariate results were significant: Pillai's Trace = .01, $F(9, 46383) = 10.19$, $p<.001$. Univariate effects were significant for all types of anti-LGBTQ victimization – Victimization based on sexual orientation: $F(3, 15461) = 24.78$, $p<.001$, $\eta_p^2 = .01$; Victimization based on gender expression: $F(3, 15461) = 13.33$, $p<.001$, $\eta_p^2 = .00$; Victimization based on gender: $F(3, 15461) = 11.42$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. Victimization based on sexual orientation: Students in the South experienced more than all other regions; students in the Midwest experienced more than the Northeast; no other significant differences were found. Victimization based on gender expression: Students in the South, Midwest, and West experienced more than the Northeast; no other significant differences were found. Victimization based on gender: Students in the South, Midwest, and West experienced more than the Northeast; no other significant differences were found. Percentages are shown for illustrative purposes.

362 To examine differences on experiences of anti-LGBTQ discriminatory policies and practices by region, an analysis of covariance (ANCOVA) was conducted with experiences of any anti-LGBTQ discrimination (a combined variable of whether the student experienced any of the 11 discriminatory actions assessed [see Discriminatory Practices and Policies section]) as the dependent variable, region (South, Midwest, West, Northeast) as the independent variable, and student demographic characteristics including sexual orientation, gender expression, and gender as covariates. The results of the analysis were significant: $F(3, 16195) = 123.27$, $p<.001$, $\eta_p^2 = .02$. Post hoc comparisons were considered at $p<.01$. Students in the South experienced more discrimination than all other regions; students in the Midwest experienced more discrimination than the West and Northeast; students in the West experienced more discrimination than the Northeast. Percentages are shown for illustrative purposes.

363 To examine differences on access to GSAs, inclusive curriculum, inclusive curricular resources, and comprehensive anti-bullying/harassment and supportive trans/nonbinary policies by region, a series of chi-square tests were conducted. (For the purposes of this analysis and similar analyses in this section regarding school differences in availability of comprehensive policy, we examined only whether students reported that their school had a comprehensive, i.e., fully enumerated, anti-bullying/harassment policy or not. Therefore, students without a comprehensive policy might have had a partially enumerated policy, a generic policy, or no policy at all). All analyses were significant – GSAs: $\chi2 = 852.60$, $df = 3$, $p<.001$, Cramer's V = .23; LGBTQ website access: $\chi2 = 322.82$, $df = 3$, $p<.001$, Cramer's V = .14; LGBTQ library resources: $\chi2 = 133.06$, $df = 3$, $p<.001$, Cramer's V = .09; LGBTQ inclusion in textbooks/other assigned readings: $\chi2 = 49.39$, $df = 3$, $p<.001$, Cramer's V = .06; LGBTQ-inclusive curriculum: $\chi2 = 336.83$, $df = 3$, $p<.001$, Cramer's V = .14; LGBTQ-inclusive sex education: $\chi2 = 536.05$, $df = 3$, $p<.001$, Cramer's V = .18; Safe Space stickers/posters: $\chi2 = 1151.96$, $df = 3$, $p<.001$, Cramer's V = .26; Comprehensive anti-bullying/harassment policy: $\chi2 = 527.73$, $df = 3$, $p<.001$, Cramer's V = .18; Supportive trans/nonbinary student policy: $\chi2 = 414.97$, $df = 3$, $p<.001$, Cramer's V = .16. Post hoc comparisons were considered at $p<.05$. GSAs: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; no other significant differences were found. LGBTQ website access: Students in the South had less than all other regions; students in the Midwest and West had less than the Northeast; no other significant differences were found. LGBTQ library resources: Students in the South had less than all other regions; students in the Midwest and West had less than the Northeast; no other significant differences were found. LGBTQ inclusive textbooks/other readings: Students in the South had less than all other regions; students in the Midwest had less than the Northeast; no other significant differences were found. LGBTQ-inclusive curriculum: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; no other significant differences were found. LGBTQ-inclusive sex education: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; no other significant differences were found. Safe Space stickers/posters: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; students in the West had less than the Northeast. Comprehensive policy: Students in the South

had less than all other regions; students in the Midwest had less than the West and Northeast; students in the West had less than the Northeast. Supportive trans/nonbinary policy: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; no other significant differences were found. Percentages are shown for illustrative purposes.

To compare differences in supportive school personnel by region, two separate analysis of variance (ANOVAs) were conducted with supportive educators and supportive administrators as the dependent variables, and region (South, Midwest, West, and Northeast) as the independent variable. The results for both analyses were significant – Supportive educators: $F(3, 16476) = 237.16$, $p<.001$, $\eta_p^2 = .04$; Supportive administrators: $F(3, 16419) = 275.17$, $p<.001$, $\eta_p^2 = .05$. Post hoc comparisons were considered at $p<.05$. Supportive educators: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; students in the West had less than the Northeast. Supportive administrators: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast, students in the West had less than Northeast. Percentages are shown for illustrative purposes.

364 GLAAD. (2016). Accelerating acceptance: A Harris Poll survey of Americans' acceptance of LGBT people. Retrieved August 30, 2018. https://www.glaad.org/files/2016_GLAAD_Accelerating_Acceptance.pdf

365 *Bostock v. Clayton Cty., Ga.*, 140 S.Ct. 1731, 1747 (2020). https://www.supremecourt.gov/opinions/19pdf/17-1618_hfci.pdf

366 Donheiser, J. (August, 2017). Chalkbeat explains: When can private schools discriminate against students? https://www.chalkbeat.org/2017/8/10/21107283/chalkbeat-explains-when-can-private-schools-discriminate-against-students

367 To examine differences across years in use of anti-LGBTQ language, a series of one-way analyses of covariance (ANCOVAs) were performed. Given certain demographic differences among the samples across the years, we controlled for participation in a community group or program for LGBTQ youth, age, racial/ethnic group, gender, sexual orientation, and method of taking the survey (paper vs. internet version). These individual-level covariates were chosen based on preliminary analysis that examined what school characteristics and personal demographics were most predictive of survey year membership. Because there were more cases in recent survey years that were missing on demographic information, we also included a dummy variable controlling for missing demographics. Because of the large sample size for all years combined, a more restrictive p-value was used when determining statistical significance: $p<.001$.

To examine differences across years in the use of other homophobic remarks (e.g., "fag," "dyke"), an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant, indicating mean differences across years: $F(10, 83530) = 153.92$, $p<.001$, $\eta_p^2 = .02$ . Post-hoc group comparisons among years indicated 2019 was significantly different from all prior years. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<all years; 2017<all but 2013 and 2019, >2013 and 2019; 2015<1999 to 2011, >2019; 2013<1999 to 2011, >2015 to 2019; 2011<1999,2001, >2013 to 2019; 2009<1999 and 2001, >2013 to 2019; 2007<1999 to 2005, >2013 to 2019; 2005<2013 to 2019, >1999,2001, and 2007; 2003<1999 and 2001, >2007 and 2013 to 2019; 2001<all but 1999; 1999<all but 2001.

368 To examine differences across years in the use of expressions like "that's so gay," an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant, indicating mean differences across years: $F(9, 82964) = 538.57$ $p<.001$, $\eta_p^2 = .05$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019>2015 and 2017, <2001 to 2011; 2017>2015, <all others; 2015>all years; 2013<2001 to 2011, >2015 to 2019; 2011<2001 to 2009, >2013 to 2019; 2009<2001 and 2003, >2013 to 2019; 2007<2001, >2011 to 2019; 2005>2011 to 2019; 2003>2009 to 2019; 2001>2007 to 2019.

369 To examine differences across years in the use of "no homo," an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant, indicating mean differences across years: $F(5, 73331) = 654.59$, $p<.001$, $\eta_p^2 = .04$. Pairwise differences were considered at p<.001 (non-significant pairs not listed): 2019>all years; 2017<2011 and 2013, >2019; 2015<2011 and 2013, >2019; 2013>2009, 2015, and 2017, <2011 and 2019; 2011>2009 to 2017, <2019; 2009<2009, 2011, and 2019.

370 To examine differences across years in the use of negative remarks about gender expression, an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years, using a composite variable of the means of the two variables (negative remarks about not acting "masculine enough" and about not acting "feminine enough"). The main effect for Survey Year was significant, indicating mean differences across years: $F(8, 82127) = 139.87$, $p<.001$, $\eta_p^2 = .01$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<all years; 2017<2003 to 2015, >2019; 2015<2005 to 2011, >2013 to 2019; 2013<2003 to 2017, >2019; 2011>2013 to 2019; 2009>2013 to 2019; 2007>2013 to 2019; 2005>2013 to 2019; 2003>2013, 2017, and 2019.

371 To examine differences across years in the use of negative remarks about transgender people, an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant, indicating mean differences across years: $F(3, 57656) = 53.86$, $p<.001$, $\eta_p^2 = .00$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<2017, >2013 and 2015; 2017>all years; 2015>2013, <2017; 2013< all years.

372 To examine differences across years in the number of students in school who make homophobic remarks, an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(9, 82637) = 499.05$, $p<.001$, $\eta_p^2 = .05$. In examining post-hoc group comparisons, the mean for 2019 was statistically higher than 2017 at $p<.001$, but was not different than 2015, and there were no differences between 2015 and 2017. Given the effect size of these differences is so small, we considered them as not meaningfully different, as noted in the text. For all pairs, differences were considered at $p<.001$ (non-significant pairs not listed): 2019<2001 to 2013, >2017; 2017<all years but 2015; 2015<all years but 2017; 2011<2001 to 2009; >2013 to 2019; 2009 to 2003<2001, >2011 to 2019; 2001>all years.

373 To examine differences across years in the number of students in school who make negative remarks about gender expression, an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years as well as the frequency of hearing these remarks. The main effect for Survey Year was significant: $F(8, 77444) = 111.40$, $p<.001$, $\eta_p^2 = .01$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<all years; 2017<2003 to 2011, and 2015, >2019; 2015<2003, 2005, 2009, and 2011, >2017 and 2019; 2009<2003, >2013 to 2019; 2007<2003 and 2005, >2013, 2017, and 2019; 2005>2007, >2011 to 2019; 2003>2007 to 2019.

374 To examine differences across years in the frequency of hearing biased remarks from school staff, analyses of covariance (ANCOVAs) were performed controlling for demographic and method differences with each of the two dependent variables: frequency of hearing homophobic remarks and frequency of hearing negative remarks about gender expression from school staff. Regarding homophobic remarks, the main effect for Survey Year was significant: $F(9, 82770) = 72.86$, $p<.001$, $\eta_p^2 = .01$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<all years; 2017<2001, 2003, 2007, 2009, and 2011, >2019; 2015<2001 and 2003, <2007 to 2011, >2019; 2013<2001 to 2011, >2019; 2011<2001, 2007, and 2009, >2013 to 2019; 2009>2005, 2011 to 2019, <2007; 2007>2005 to 2019; 2005<2001, 2007, and 2009, >2013 and 2019; 2003>2013 to 2019; 2001>2005, 2011 to 2019.

Regarding remarks about gender expression, the main effect for Survey Year was significant: $F(8, 79161) = 65.68$, $p<.001$, $\eta_p^2 = .01$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019>2011 and 2013, <2019; 2017>all years but 2003; 2015>2009 to 2017; 2013<all years; 2011>2013, <2015 to 2019; 2009>2013, <2015 to 2019; 2007>2013, <2017; 2005>2013, <2017; 2003>2013.

375 Mean differences in intervention regarding homophobic remarks were examined using analysis of covariance (ANCOVA), controlling

for demographic and method differences across the survey years, as well as the frequency of hearing those remarks. Regarding staff intervention, the main effect for Survey Year was significant: $F(9, 67870) = 22.36$, $p<001$, $\eta_p^2 = .00$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019, 2017, and 2015<2003 to 2013; 2013 to 2009<2007, >2015 to 2019; 2007 and 2005>2009 to 2019; 2003>2015 to 2019; 2001 not different from any years. Regarding student intervention, the main effect for Survey Year was significant: $F(9, 82416) = 50.55$, $p<.001$, $\eta_p^2 = .01$ Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<all years; 2017<2001 to 2009,and 2015, >2019; 2015>2011 to 2019, <2001 and 2003; 2013<2001 to 2009,and 2015, >2019; 2011<2001 to 2007, and 2015, >2019; 2009<2001 to 2007, >2013, 2017 and 2019; 2007<2001 and 2003, >2009 to 2013, 2017 and 2019; 2005>2009 to 2013, 2017, 2019; 2003 and 2001>2007 to 2019.

376 Mean differences in intervention regarding negative remarks about gender expression were examined using a series of analyses of covariance (ANCOVA), controlling for demographic and method differences across the survey years. For staff intervention, the main effect for Survey Year was also significant: $F(8, 60285) =49.20$, $p<.001$, $\eta_p^2 = .01$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<2003 to 2011, >2009; 2017>2003 to 2011, <2015; 2015<all years; 2013<2003 to 2011, >2015; 2011<2007, >2013 to 2019; 2009<2007, >2013 to 2019; 2007>2009 to 2019; 2005 and 2003>2013 to 2019. Regarding student intervention, the main effect for Survey Year was significant: $F(8, 77110) = 59.68$, $p<.001$, $\eta_p^2 = .01$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<2007 and 2017, >2009 to 2013; 2017>2009 to 2019; 2015<2007 and 2017, >2011 and 2013; 2013<all years but 2011; 2011<all years but 2013; 2009<2003, 2007, 2017, and 2019, >2013, and 2011; 2007>2009 to 2015, and 2019; 2005 and 2003>2011 and 2013.

377 To test differences across years in the experiences of victimization based on sexual orientation, a multivariate analysis of covariance was conducted with the three harassment/assault based on sexual orientation variables as dependent variables. In order to account for differences in sampling methods across years, youth group participation, age, race/ethnicity, and survey method were used as covariates. In 1999, frequency of harassment and assault was assessed using a 4-point scale, and in the subsequent year, a 5-point scale was used. To accommodate these differences for this variable, we examined differences in the frequency of reporting "Frequently." The multivariate results were significant: Pillai's Trace=.035, $F(30, 247089) = 98.27$, $p<.001$. Univariate effects and subsequent post-hoc comparisons were considered at $p<.001$. All three types of victimization were significant (non-significant pairs not listed). For verbal harassment, 2019<1999 to 2013; 2017<1999 to 2013; 2015<1999 to 2013; 2013<1999 to 2011, >2015 to 2019; 2011<1999 to 2009, >2013 to 2019; 2009<2001 and 2007; >2011 to 2019; 2007>2009 to 2019; 2005>2011 to 2019; 2003>2011 to 2019; 2001>2009 to 2019; 1999>2011 to 2019. For physical harassment, 2019<2001 to 2015; 2017<2001 to 2015; 2015<2001, <2005 to 2013, >2017 and 2019; 2013<2001, 2005 to 2009,>2015 to 2019; 2011<2001, 2007, and 2009, >2015 to 2019; 2009<2007, >2011 to 2019; 2007>1999, >2003 to 2019; 2005<2007, >2013 to 2019; 2003<2001 and 2007, >2017 and 2019; 2001<2003, 2011 to 2019; 1999<2001 and 2008, >2017 and 2019. For physical assault, 2019<2001, <2005 to 2015; 2017<2001, <2005 to 2015; 2015<2001, <2007 to 2013, >2017 and 2019; 2013<2007, >2015 to 2019; 2011<2007, >2015 to 2019; 2009<2007, >2015 to 2019; 2007>all years; 2005<2007, >2017 and 2019; 2003<2007; 2001<2007, >2017 and 2019; 1999<2007.

378 To examine differences across years in the experiences of victimization based on gender expression, a multivariate analysis of covariance (MANCOVA) was conducted with the three harassment/assault based on gender expression variables as dependent variables, controlling for demographic and method differences across years. The multivariate results were significant: Pillai's Trace = .039, $F(27, 240486) = 118.59$, $p<.001$, $\eta_p^2 = .01$. Univariate effects and subsequent post-hoc comparisons were considered at $p<.001$. All three types of victimization were significant. For verbal harassment, 2019<all but 2015; 2017<2001 to 2013, >2015, and 2019; 2015<2001 to 2017, >2019; 2013<2001 to 2011, >2015 to 2019; 2011<2001 to 2009, >2013 to 2019; 2009<2001, and 2007, >2011 to 2019; 2007>2009 to 2019; 2005>2011 to 2019; 2003>2011 to 2019; 2001>2009 to 2019. For physical harassment, 2019<all years; 2017<2001 to 2013, >2019; 2015<2001 to 2013, >2019; 2013<2001 to 2011, >2015 to 2019; 2011<2001, 2007, 2009, >2013 to 2019; 2009<2001, and 2007, >2011 to 2019; 2007>2009 to 2019; 2005<2001, >2013 to 2019; 2003>2013 to 2019; 2001>2005,2009 to 2019. For physical assault, 2019<2001 to 2013, <2017; 2017<2001 to 2013, <2019; 2015<2001 to 2013; 2013<2001, 2007, and 2009, <2015 to 2019; 2011<2001, and 2007, >2015 to 2019; 2009<2007, >2013 to 2019; 2007>2009 to 2019; 2005>2015 to 2019; 2003>2015 to 2019; 2001>2011 to 2019.

379 Mean differences in reporting victimization to school personnel were examined using an analysis of covariance (ANCOVA), controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(8,56076) = 38.98$, $p<.001$, $\eta_p^2 = .01$. Post-hoc comparisons were considered at $p<.001$: 2019<2003, >2005 to 2013; 2017<2003, >2005 to 2015; 2015<2003, and 2017, >2007 to 2011; 2013<2003, 2017, and 2019, >2007 to 2011; 2011<2003, <2013 to 2019; 2009<2003, and 2005, <2013 to 2019; 2007<2003, <2013 to 2019; 2005<2003, 2017, and 2019, >2009; 2003>all years.

380 Mean differences in the effectiveness of staff intervention regarding victimization were examined using an analysis of covariance (ANCOVA), controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(7, 24086) = 9.64$, $p<.001$, $\eta_p^2 = .00$. Post-hoc comparisons were considered at $p<.001$: 2019 and 2017<2005, 2009, and 2011; 2015 and 2013<2005; 2011 and 2009>2017, and 2019; 2007<2005; 2005>2007, 2013 to 2019.

381 The set of discrimination variables has changed over the years. In 2013, the set included 9 types of discrimination. In 2015, the list was expanded to 12 items. For the over-time analyses, we only examined the 9 types of discrimination that occurred in all years of the survey. In 2015, we added questions about sports-related discrimination and about being prevented from raising LGBTQ issues in extracurricular activities. In 2017, we also split the single question about discrimination regarding bathrooms and locker rooms into two separate questions. But for analysis over time, we combined the two variables about discrimination regarding bathrooms and regarding locker rooms so the data from 2017 and 2019 would be consistent with the data from 2013 and 2015.

382 Mean differences in overall experiences of discrimination were examined using an analysis of covariance (ANCOVA), controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(3, 57788) = 16.22$, $p<.001$, $\eta_p^2 = .00$. Post-hoc comparisons were considered at $p<.001$: 2019<2013, and 2017; 2017<2019; 2015<2013; 2013>all years.

383 To examine differences across years in experiences of the specific types of discrimination, a multivariate analysis of covariance (MANCOVA) was conducted with the 9 discrimination variables as dependent variables, controlling for demographic and method differences across the survey years. The multivariate results were significant: Pillai's Trace = .030, $F(27, 168612) = 63.98$, $p<.001$, $\eta_p^2 = .01$. Univariate effects and subsequent post-hoc comparisons were considered at $p<.001$. Public affection: 2019<2013 and 2017; 2017<2013, >2019; 2013>2017 and 2019; Bathroom or locker room use: 2019>2013 and 2015, <2017; 2017>all; 2015<all; 2013>2015, <2017 and 2019; Prevented from wearing clothes deemed "inappropriate" re: gender: 2019<all; Using preferred names/pronouns: 2019<2017, >2013; 2017>all; 2015>2013, <2017, 2013<all; LGBTQ topics in class assignments/projects: 2013>2017, and 2019; Forming or promoting a GSA, Identifying as LGBTQ: 2013>all; Attending a school dance: 2019<all; 2017<2013 and 2015, >2019; 2015<2013, >2017 and 2019; 2013>all; Wearing clothing supporting LGBTQ issues: 2013>all; 2019<all; Unfairly disciplined at school for identifying as LGBTQ: 2013>all.

384 To examine differences across years in presence of a GSA, an analysis of covariance (ANCOVA) was conducted with the GSA variable as the dependent variable, controlling for demographic and method differences across survey years. The univariate effect for Survey Year was significant: $F(9, 82693) = 287.98$, $p<.001$, $\eta_p^2 = .03$. Post-hoc group comparisons were considered at $p<.001$:

2019>all; 2017>all prior years; 2015>all prior years; 2013>all prior years except 2003; 2011 and 2009>all prior years except 2003 and 2005; 2007>2001, <all other years; 2005>2001, 2007, and 2009, <2013 to 2019; 2003>2001, <2015 to 2019; 2001<all other years.

385 To examine differences across years in curricular resources, a multivariate analysis of covariance (MANCOVA) was conducted with four dependent variables (positive curricular representations of LGBTQ topics, inclusion of LGBTQ-related topics in textbooks, internet access to LGBTQ-related information/resources through school computers, LGBTQ-related library materials), controlling for demographic and method differences across survey years. The multivariate results were significant: Pillai's Trace = .039, $F(36, 328960) = 90.01$ $p<.001$, $\eta_p^2 = .01$. Univariate effects were significant for all variables at $p<.001$. Subsequent post-hoc comparisons were considered at $p<.001$. For textbooks, 2019 to 2013 were greater than all prior years; 2011 was greater than 2007. For library, 2019> all other years; 2017<2009, >2001, and 2019; 2015>2001, <2009, and 2019; 2013 and 2011>2001, <2019; 2009>2001, 2005, 2007, 2015, and 2017, <2019; 2007>2001, <2009, and 2019; 2005<2009, and 2019; 2003<2019; 2001<2007 to 2019. For internet access, 2019>all years; 2017>2001 to 2015, <2019; 2015>2001 to 2013, <2017, and 2019; 2013>2001, >2007 to 2011, <2015 to 2019; 2011>2001, 2007, and 2009, <2013 to 2019; 2009<2005, <2011 to 2019, >2007; 2007<2003 to 2019; 2005>2001, 2007, and 2009, <2015 to 2019; 2003>2001, and 2007, <2015 to 2019; 2001<2003, and 2005, <2011 to 2019. For curriculum, 2019>2001 to 2013, <2015; 2017>2001 to 2013; 2015>2001 to 2013, >2019; 2013>2005 to 2011, <2015 to 2019; 2011>2005 to 2009, <2015 to 2019; 2007 and 2009<2001 and 2003, <2011 to 2019; 2005<2011 to 2019; 2001 and 2013>2007 and 2009, <2015 to 2019.

386 To examine differences across years in being taught negative LGBTQ-related content, an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant, indicating mean differences across years: $F(3, 57391) = 8.84$, $p<.001$, $\eta_p^2 = .00$. Post-hoc group comparisons were considered at $p<.001$. The percentage in 2013 was lower than 2015 and 2017, and there were no other significant differences across years. Estimated marginal means were: 2013 - 15.6%; 2015 - 17.5%; 2017 - 18.3%; 2019 – 17.3%.

387 In 2001, students were asked a question about whether there were any supportive school personnel in their school. In 2003 and beyond, we asked a Likert-type question about the number of supportive school personnel. In order to include 2001 in the analyses, we created a comparable dichotomous variable for the other survey years. To examine differences across all years, an analysis of covariance (ANCOVA) was conducted with the dichotomous variable of having any supportive educators as the dependent variable, controlling for demographic and method differences across survey years. The univariate effect for Survey Year was significant: $F(9,81355) = 519.68$, $p<.001$, $\eta_p^2 = .05$. Post-hoc group comparisons were considered at $p<.001$: 2019> all years; 2017 and 2015>2001 to 2013, <2019; 2013>2001 to 2011, <2015 to 2019; 2011>2001 to 2007, <2013 to 2019; 2009>2001, 2005, and 2007, <2011 to 2019; 2007>2001, <2003 to 2019; 2005>2001 and 2007, <2009 to 2019; 2003>2001, and 2007, <2011 to 2019; 2001<all years.

To examine differences in the number of supportive school personnel (in 2003 and beyond), we tested the mean difference on the full variable. The main effect for Survey Year was significant: $F(8,80524) = 579.39$, $p<.001$, $\eta_p^2 = .05$. Post-hoc group comparisons were considered at $p<.001$: 2019>all years; 2017>2003 to 2013, <2019; 2015>2003 to 2013, and 2019; 2013>2003 to 2011, <2015 to 2019; 2011>2003 to 2009, <2013 to 2019; 2009>2003 to 2007, <2011 to 2019; 2007<all years; 2005 and 2003>2007, <2009 to 2019.

388 To examine differences across years in the percentage of students reporting a school harassment/assault policy, three analyses of covariance (ANCOVAs) were performed controlling for demographic and method differences with the three dependent variables: any type of policy, partially enumerated policy (enumerating sexual orientation or gender identity/expression, but not both), and comprehensive policy (enumerating both sexual orientation and gender identity/expression). Univariate effects indicated significant difference across years for each policy variable, and post-hoc comparisons by survey year were considered at $p<.001$. Any type of policy: $F(8\ 81969) = 484.91$, $p<.001$, $\eta_p^2 = .05$; 2019>2003 to 2011, <2015; 2017>2003 to 2009, <2015; 2015>2003 to 2019; 2013>2003 to 2011, <2015 to 2019; 2011>2003 to 2009, <2013 to 2019; 2009>2003, <2005, <2011 to 2019; 2007>2003, <2005, <2011 to 2019; 2005>2003, 2007, and 2009, <2011 to 2019; 2003>all years. Partially enumerated policy: $F(7, 81095) = 62.11$, $p<.001$, $\eta_p^2 = .00$; 2019<all years; 2017, 2009, and 2007<2005, <2011 to 2015, >2019; 2015, 2013, 2011, and 2005>2007, 2009, 2017, and 2019. Comprehensive policy: $F(7, 81095) = 92.13$, $p<.001$, $\eta_p^2 = .01$; 2019 and 2017>2005 to 2015; 2015 and 2013>2005 to 2011, <2017 and2019; 2011 and 2009<2013 to 2019; 2007 and 2005<2013 to 2019.

389 To examine differences across years, an analysis of covariance (ANCOVA) was conducted with the student acceptance variable as the dependent variable, controlling for demographic and method differences across years. The main effect for Survey Year was significant: $F(5, 72592) = 205.04$, $p<.001$, $\eta_p^2 = .01$. Post-hoc group comparisons were considered at $p<.001$: 2019 and 2017>2009 to 2013, <2015; 2015>all years; 2013>2009 and 2011, >2015 to 2019; 2011 and 2009<2013 to 2019.

390 A variety of strategies were used to target LGBTQ adolescents via Facebook, Instagram, and Snapchat ads: ads were shown to 13- to 18- year-olds, who indicated that they were interested in causes, events, or organizations specifically related to LGBTQ community or topics, or who were "friends" of those who followed one of the GLSEN-related Facebook/Instagram pages. Advertising on Instagram also involved videos of LGBTQ students from GLSEN's National Student Council promoting the survey study. In order to be included in the final sample, respondents had to have identified as lesbian, gay, bisexual, transgender, or queer or as a sexual orientation or gender that would fall under the LGBTQ "umbrella" (e.g., pansexual, questioning, genderqueer).

391 Pooled data from the 2015 and 2017 Youth Risk Behavior Survey document ways in which high school students who identify as LGBQ differ from students who engage in same-sex behavior but do not identify as LGBQ:

Rasberry, C. N., Lowry, R., Johns, M., Robin, C., Dunville, R., Pampati, S., Dittus, P. J., & Balaji, A. (2018). Sexual risk behavior differences among sexual minority high school students – United States, 2015 and 2017. *MMWR*, *67*(36), 1007-1011.

392 Internal analyses of unweighted population-based data from the CDC 2017 Youth Risk Behavior Survey (YRBS) indicated that our sample of Black/African American LGBQ (2.6%) students was lower than the YRBS sample of Black/African American LGBQ (22.1%), and our sample of Hispanic/Latinx LGBQ students (14.6%) was lower than the YRBS sample (24.2%). Our sample of White LGBQ students (69.4%) was higher than the YRBS sample (41.4%). Our sample of AAPI (3.1%) and Native LGBTQ students (0.5%) were similar to the YRBS sample (4.7% and 1.0%, respectively). Although the YRBS data provides the closest estimate for NSCS data (as they are both national samples of secondary school students), there are key differences between these sample to bear in mind when considering comparisons— as noted in the text, racial/ethnic identity is captured differently by the NSCS and YRBS, and YRBS data is from 2017 whereas NSCS data is from 2019. Furthermore, the NSCS sample consists of both middle and high school students, whereas the national YRBS sample consist of only high school students. Finally, the full NSCS sample includes transgender and other nonbinary students, and there is no population-based national data of transgender and nonbinary students with which to compare the NSCS sample.

Center for Disease Control and Prevention (CDC). *YRBSS Data & Documentation*. Available at: https://www.cdc.gov/healthyyouth/data/yrbs/data.htm.

393 Hispanic/Latinx and Arab American/Middle Eastern/North African categories were considered ethnicities as opposed to races, and thus students selecting either of those categories were coded as such, regardless of race (e.g., student selecting "African American" and "Latino/a" were coded as "Latino/a").

394 de Brey, C., Musu, L., McFarland, J., Wilkinson-Flicker, S., Diliberti, M., Zhang, A., Branstetter, C., and Wang, X. (2019). Status and Trends in the Education of Racial and Ethnic Groups 2018 (NCES 2019-038). U.S. Department of Education. Washington, DC: National Center for Education Statistics. Retrieved July 21, 2020 from https://nces.ed.gov/pubs2019/2019038.pdf.

187

AR_281956

## Title Page Photo Descriptions

**Cover**: Members of GLSEN's National Student Council march at the 2019 World Pride march in New York City, on the 50th anniversary of the 1969 Stonewall Riots.

**p. 15**: Student organizers at GLSEN's 2007 Jump-Start National Student Leadership Summit.

**p. 21**: Members of Ilima Intermediate School's Rainbow Royales hold up a sign for No Name Calling Week. The Rainbow Royales were honored as GLSEN's 2020 GSA of the year.

**p. 27**: GLSEN contingent in the 2017 NYC Pride parade.

**p. 31**: Members of GLSEN's 2016–2017 National Student Council.

**p. 39**: Demonstrators marching with GLSEN and SMYAL in the 2018 March For Our Lives protest against gun violence.

**p. 45**: Students participating in a workshop at GLSEN's 2008 Jump-Start National Student Leadership Summit.

**p. 57**: Students marching with GLSEN in the 2014 New York Pride parade.

**p. 69**: A student organizer preparing for the 2004 National Day of Silence.

**p. 87**: Members of the 2011 cohort of GLSEN student ambassadors.

**p. 93**: Students participating in Youth Pride, NYC, in 2019.

**p. 107**: GLSEN's 2003 cohort of student organizers.

**p. 115**: GLSEN Southern Maine student leader, 2010.

**p. 129**: GLSEN Southern Maine at Portland Pride 2009.

189

AR_281958



GLSEN
110 William Street, 30th Floor
New York, NY 10038
www.glsen.org

ISBN 978-1-934092-33-0
52000>
9 781934 092330

Prev Sci (2017) 18:726–736
DOI 10.1007/s11121-017-0762-8

CrossMark

# Prevalence of Past-Year Sexual Assault Victimization Among Undergraduate Students: Exploring Differences by and Intersections of Gender Identity, Sexual Identity, and Race/Ethnicity

**Robert W. S. Coulter[1,2] · Christina Mair[1] · Elizabeth Miller[3] · John R. Blosnich[2,4] · Derrick D. Matthews[2,5] · Heather L. McCauley[6]**

Published online: 17 February 2017
© Society for Prevention Research 2017

**Abstract** A critical step in developing sexual assault prevention and treatment is identifying groups at high risk for sexual assault. We explored the independent and interaction effects of sexual identity, gender identity, and race/ethnicity on past-year sexual assault among college students. From 2011 to 2013, 71,421 undergraduate students from 120 US post-secondary education institutions completed cross-sectional surveys. We fit multilevel logistic regression models to examine differences in past-year sexual assault. Compared to cisgender (i.e., non-transgender) men, cisgender women (adjusted odds ratios [AOR] = 2.47; 95% confidence interval [CI] 2.29, 2.68) and transgender people (AOR = 3.93; 95% CI 2.68, 5.76) had higher odds of sexual assault. Among cisgender people, gays/lesbians had higher odds of sexual assault than heterosexuals for men (AOR = 3.50; 95% CI 2.81, 4.35) but not for women (AOR = 1.13; 95% CI 0.87, 1.46). People unsure of their sexual identity had higher odds of sexual assault than heterosexuals, but effects were larger among cisgender men (AOR = 2.92; 95% CI 2.10, 4.08) than cisgender women (AOR = 1.68; 95% CI 1.40, 2.02). Bisexuals had higher odds of sexual assault than heterosexuals with similar magnitude among cisgender men (AOR = 3.19; 95% CI 2.37, 4.27) and women (AOR = 2.31; 95% CI 2.05, 2.60). Among transgender people, Blacks had higher odds of sexual assault than Whites (AOR = 8.26; 95% CI 1.09, 62.82). Predicted probabilities of sexual assault ranged from 2.6 (API cisgender men) to 57.7% (Black transgender people). Epidemiologic research and interventions should consider intersections of gender identity, sexual identity, and race/ethnicity to better tailor sexual assault prevention and treatment for college students.

**Keywords** Sexual assault · Sexual identity · Gender identity · Race/ethnicity · Undergraduate students

## Introduction

Sexual assault at higher education institutions in the USA has recently garnered national attention (Brown et al. 2015; Taylor 2015; White House Task Force to Protect Students From Sexual Assault 2014). The detrimental physical, emotional, and psychological effects include sexually transmitted infections, unwanted pregnancies, substance use, and post-traumatic stress disorder (Chen et al. 2010; Martin et al. 2011b). Higher education institutions are being urged to implement and improve prevention and treatment for sexual violence (White House Task Force to Protect Students From Sexual Assault 2014).

✉ Robert W. S. Coulter
robert.ws.coulter@pitt.edu

1 Department of Behavioral and Community Health Sciences, Graduate School of Public Health, University of Pittsburgh, 130 DeSoto Street, Pittsburgh, PA 15261, USA

2 Center for LGBT Health Research, Graduate School of Public Health, University of Pittsburgh, Pittsburgh, PA, USA

3 Division of Adolescent and Young Adult Medicine, Children's Hospital of Pittsburgh of UPMC, University of Pittsburgh School of Medicine, Pittsburgh, PA, USA

4 Department of Veterans Affairs, Center for Health Equity Research and Promotion, Pittsburgh, PA, USA

5 Department of Infectious Diseases and Microbiology, Graduate School of Public Health, University of Pittsburgh, Pittsburgh, PA, USA

6 Department of Human Development and Family Studies, College of Social Science, Michigan State University, East Lansing, MI, USA

A critical first step in improving sexual assault prevention and treatment is identifying the prevalence of sexual assault and populations disproportionately affected by sexual assault (White House Task Force to Protect Students From Sexual Assault 2014). Studies have shown that gender, sexual orientation, and race/ethnicity separately influence risk for sexual assault among undergraduate students. Cisgender (i.e., not transgender) women are at heightened risk for sexual assault compared to cisgender men (American College Health Association 2012, 2013, 2014; Cantor et al. 2015; Krebs et al. 2016; Sinozich and Langton 2014). Transgender people are at higher risk for sexual assault than their cisgender counterparts (Cantor et al. 2015; Coulter et al. 2015; Krebs et al. 2016), and gay/lesbian and bisexual people are at greater risk of sexual assault than heterosexuals (Blosnich and Bossarte 2012; Blosnich and Horn 2011; Krebs et al. 2016; Martin et al. 2011a). Meanwhile, racial/ethnic differences in sexual assault among college students are inconsistent. White women are sometimes more likely than Black (Gross et al. 2006; Koss et al. 1987; Mohler-Kuo et al. 2004), Hispanic (Koss et al. 1987), and Asian (Cantor et al. 2015; Koss et al. 1987) women to experience sexual assault—but not always (Cantor et al. 2015; Krebs et al. 2016; Mohler-Kuo et al. 2004). Studies often only sample cisgender women or students from a few post-secondary institutions, thereby creating small and limited samples that preclude researchers from examining how gender identity, sexual identity, and race/ethnicity intersect and modify the risk for sexual assault victimization.

To advance sexual assault prevention and treatment efforts, intersectional approaches can elucidate whether and how specific subpopulations are more vulnerable to sexual assault. Intersectionality posits that myriad systems of stigma and discrimination (e.g., racism, heterosexism, and sexism) functioning at multiple levels (e.g., structurally and interpersonally) combine and interact to confer disproportionate risks among populations with marginalized social identities (Crenshaw 1989, 1991). Commonly, intersectional analyses examine how social identity markers (e.g., race/ethnicity, sexual identity, and gender identity) interact to modify risks of certain health outcomes (Bowleg 2008; Institute of Medicine 2011). In previous studies (Corliss et al. 2014; Talley et al. 2014), interactions between race/ethnicity, gender identity, and sexual identity show heightened health risks (e.g., alcohol and cigarette use) among certain subgroups. Yet no studies to date have examined how sexual identity, gender identity, and race/ethnicity taken together may contribute to increased vulnerability for sexual assault among undergraduate students. This is partially because quantitative studies of intersectionality necessitate investigating interactions, which require large sample sizes (Bowleg 2008). Intersectional approaches can allow researchers to identify heterogeneity in sexual assault prevalence and illuminate predictors of sexual assault for specific subgroups.

We analyzed survey data from undergraduate students collected at 120 post-secondary institutions to explore the intersections of gender identity, sexual identity, and race/ethnicity. First, we investigated and explored the independent effects of sexual identity, gender identity, and race/ethnicity on past-year sexual assault. We hypothesized that LGBT people would be at greater risk for sexual assault than their cisgender, heterosexual counterparts (Blosnich and Bossarte 2012; Blosnich and Horn 2011; Cantor et al. 2015; Coulter et al. 2015; Krebs et al. 2016; Martin et al. 2011a). However, we did not have specific a priori hypotheses about race/ethnicity because of inconsistent previous findings (Cantor et al. 2015; Gross et al. 2006; Koss et al. 1987; Krebs et al. 2016; Mohler-Kuo et al. 2004). Second, we explored the interaction effects of sexual identity, gender, and race/ethnicity on sexual assault. We did not have a priori hypotheses for interaction effects because these analyses were exploratory in nature.

## Methods

### Study Design

We used cross-sectional survey data from the National College Health Assessment (NCHA) survey administered through the American College Health Association. Schools were included in this dataset if they self-selected into the NCHA data administration (American College Health Association 2012, 2013, 2014). To ensure the representativeness of samples, only schools that sampled randomly selected students, sampled students in randomly selected classrooms, or sampled all students at their school were included in the final datasets made available to researchers. The current study used data collected in Fall 2011 (44 schools), Fall 2012 (51 schools), and Fall 2013 (57 schools) from 120 unique higher education institutions in the USA. Schools were located in the northeast (37.5%), south (29.2%), midwest (17.5%), and west (15.8%). Overall, 30.8% of the schools were doctorate-granting universities, 30.8% were master's colleges and universities, 26.7% were baccalaureate colleges, 10.0% were associate's colleges, and 1.7% were special focus institutions (Center for Postsecondary Research 2011). Half were public schools.

During a specific time period selected by each school's administration, sampled students completed paper or web surveys depending on the format offered at their institution. Response rates were high for paper surveys (mean response proportions range, 71 to 100% from 2011 to 2013), but lower for web surveys (mean response proportions range, 16 to 21% from 2011 to 2013). In total, 88,975 students completed the surveys, including 73,791 self-identified undergraduate students included in the current study. Each school's Institutional Review Board (IRB) approved the original study



procedures, and the University of Pittsburgh's IRB deemed the current secondary analyses as exempt.

### Measures

**Past-Year Sexual Assault** Sexual assault was assessed with three yes/no items after the initial stem "Within the past 12 months": (1) "were you sexually touched without your consent"; (2) "was sexual penetration attempted (vaginal, anal, oral) without your consent"; and (3) "were you sexually penetrated (vaginal, anal, oral) without your consent." Consistent with the previous work (Blosnich and Horn 2011; Coulter et al. 2015), we combined these three items into a single variable because they were low prevalent events (range, 1.6–5.9%) and internally consistent (Kuder-Richardson coefficient = 0.72; Kuder and Richardson 1937). If participants responded "yes" to any of these items, we classified them as having been sexually assaulted. If they responded "no" to all items, we classified them as having not been sexually assaulted.

**Key Exposure Variables** Sexual identity was assessed with the following question: "What is your sexual orientation?" Participants selected one of the following options: heterosexual, gay/lesbian, bisexual, or unsure. Gender identity was assessed with the following question: "What is your gender?" Participants selected one of the following options: female, male, or transgender. As done previously (Diemer et al. 2015), we refer to participants as cisgender women, cisgender men, and transgender people, respectively. Race/ethnicity was assessed with the following question: "How do you usually describe yourself?" Participants selected one or more of the following options: White; Black; Hispanic or Latino/a; Asian or Pacific Islander; American Indian, Alaskan native, or native Hawaiian; biracial or multiracial; or other. Due to small cell sizes for some groups, we created five categories: White only, Black only, Hispanic or Latino/a only (referred to as Latino hereafter), Asian or Pacific Islander (API) only, and other.

**Covariates** Age in years was assessed continuously, but we created the following categories based on sample size and interpretability—18, 19, 20, 21, 22, 23–24, 25–29, 30–39, and 40 years or more. We also measured year in school (1st, 2nd, 3rd, 4th, or ≥5th year undergraduate students) and survey year (2011, 2012, or 2013).

### Analyses

We conducted analyses in Stata version 14 (College Station, TX), and set statistical significance at 0.05. Among the 73,791 undergraduates who completed the surveys, we removed 0.8% of the participants who were missing data on any sexual assault items. Of the remaining participants, 0.6% had missing data for gender identity, 1.0% for sexual identity, 0.6% for race/ethnicity, and 0.7% for age. Because total missingness was low (3.2%), we used listwise deletion, creating an analytic sample of 71,421 participants.

We examined the bivariate relationships between independent variables and sexual assault. To examine multivariable associations of sexual assault, we used multilevel logistic regression models with random intercepts, allowing sexual assault to vary by school. In the unconditional model (i.e., no predictor variables), sexual assault varied significantly between schools (variance component [VC] = 0.12; standard error [SE] = 0.02), justifying the use of multilevel modeling. Controlling for covariates, we fit a model containing the main effects of key exposure variables, followed by a model containing all three-way and two-way interactions between key exposure variables. When using the total sample, however, models examining interactions of gender identity by race/ethnicity did not converge. This occurred because of small cell sizes and multicollinearity (several variance inflation factors were greater than 8.0). To remedy this issue, we fit models separately for cisgender and transgender people.

Among cisgender people, the unconditional model showed that sexual assault varied between schools (VC = 0.12; SE = 0.02). We tested three-way interactions between sexual identity, gender, and race/ethnicity, which were not significant ($p = 0.49$). We removed them, and our second model included all two-way interactions between key exposure variables. Because the majority of significant interactions were by gender identity, we also fit stratified models containing main effects only for cisgender men and women separately. We estimated the past-year predicted probabilities of sexual assault for key exposure variable subgroups averaged across covariates.

Among transgender people, the unconditional model showed sexual assault did not vary between schools (VC = 0.12, SE = 0.42), therefore we used standard logistic regression. Since the number of transgender people was small ($n = 177$), we only examined the main effects. We estimated the predicted probabilities of sexual assault for each race/ethnicity and sexual identity subgroup averaged across the covariates.

## Results

### Sexual Assault Among Total Sample

Table 1 shows the demographic characteristics of the total sample and by gender identity. Table 2 shows the unadjusted prevalence of past-year sexual assault of the total sample and by gender identity. For gender identity, sexual assault was highest among transgender people (20.9%), followed by cisgender women (8.6%), and lowest among cisgender men

**Table 1** Characteristics for the total sample and stratified by gender identity: 2011–2013

| | Total sample (*N* = 71,421) | | Gender identity | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Cisgender men (*n* = 22,936) | | Cisgender women (*n* = 48,308) | | Transgender people (*n* = 177) | |
| | *n* | (%) | *n* | (%) | *n* | (%) | *n* | (%) |
| Sexual identity | | | | | | | | |
| Heterosexual | 65,245 | (91.4) | 20,849 | (90.9) | 44,358 | (91.8) | 38 | (21.5) |
| Gay/lesbian | 1834 | (2.6) | 1046 | (4.6) | 754 | (1.6) | 34 | (19.2) |
| Bisexual | 2785 | (3.9) | 571 | (2.5) | 2155 | (4.5) | 59 | (33.3) |
| Unsure | 1557 | (2.2) | 470 | (2.0) | 1041 | (2.2) | 46 | (26.0) |
| Race/ethnicity | | | | | | | | |
| White | 47,676 | (66.8) | 15,211 | (66.3) | 32,366 | (67.0) | 99 | (55.9) |
| Asian or Pacific Islander | 5496 | (7.7) | 2032 | (8.9) | 3457 | (7.2) | 7 | (4.0) |
| Latino | 5954 | (8.3) | 1841 | (8.0) | 4102 | (8.5) | 11 | (6.2) |
| Black | 3804 | (5.3) | 1016 | (4.4) | 2779 | (5.8) | 9 | (5.1) |
| Other | 8491 | (11.9) | 2836 | (12.4) | 5604 | (11.6) | 51 | (28.8) |
| Age (years) | | | | | | | | |
| 18 | 16,790 | (23.5) | 5044 | (22.0) | 11,714 | (24.2) | 32 | (18.1) |
| 19 | 13,919 | (19.5) | 4407 | (19.2) | 9479 | (19.6) | 33 | (18.6) |
| 20 | 12,923 | (18.1) | 3987 | (17.4) | 8905 | (18.4) | 31 | (17.5) |
| 21 | 11,722 | (16.4) | 3639 | (15.9) | 8052 | (16.7) | 31 | (17.5) |
| 22 | 5107 | (7.2) | 1818 | (7.9) | 3276 | (6.8) | 13 | (7.3) |
| 23–24 | 3598 | (5.0) | 1379 | (6.0) | 2208 | (4.6) | 11 | (6.2) |
| 25–29 | 3340 | (4.7) | 1341 | (5.8) | 1988 | (4.1) | 11 | (6.2) |
| 30–39 | 2437 | (3.4) | 864 | (3.8) | 1569 | (3.2) | 4 | (2.3) |
| ≥ 40 | 1585 | (2.2) | 457 | (2.0) | 1117 | (2.3) | 11 | (6.2) |
| Year in school | | | | | | | | |
| 1st | 21,076 | (29.5) | 6863 | (29.9) | 14,171 | (29.3) | 42 | (23.7) |
| 2nd | 15,958 | (22.3) | 5141 | (22.4) | 10,781 | (22.3) | 36 | (20.3) |
| 3rd | 16,618 | (23.3) | 5204 | (22.7) | 11,370 | (23.5) | 44 | (24.9) |
| 4th | 13,305 | (18.6) | 4109 | (17.9) | 9157 | (19.0) | 39 | (22.0) |
| ≥ 5th | 4464 | (6.3) | 1619 | (7.1) | 2829 | (5.9) | 16 | (9.0) |

(3.6%). For sexual identity, sexual assault was highest among bisexuals and people unsure of their sexual identity (15.7 and 12.6%, respectively), followed by gays/lesbians (9.8%), and lowest among heterosexuals (6.4%). For race/ethnicity, past-year sexual assault was greatest among Blacks and people with other race/ethnicity (8.7 and 8.6%, respectively), followed by Whites (7.0%), and lowest among Latinos and APIs (5.4 and 5.3%, respectively).

As shown in model 1 in Table 3, cisgender women had higher odds of sexual assault than cisgender men (adjusted odds ratio [AOR] = 2.46; 95% confidence interval [CI] 2.27, 2.66), and transgender people had significantly higher odds of sexual assault than both cisgender men (AOR = 3.93; 95% CI 2.68, 5.76) and women (shown by non-overlapping CIs). Gays/lesbians (AOR = 1.92; 95% CI 1.63, 2.26), bisexuals (AOR = 2.37; 95% CI 2.12, 2.65), and people unsure of their sexual identity (AOR = 1.95; 95% CI 1.66, 2.28) had significantly higher odds of sexual assault than heterosexuals. Compared to Whites, APIs (AOR = 0.75; 95% CI 0.66, 0.85) and Latinos (AOR = 0.81; 95% CI 0.72, 0.92) had significantly lower odds of sexual assault, while Blacks (AOR = 1.28; 95% CI 1.13, 1.44) and people with other race/ethnicity (AOR = 1.23; 95% CI 1.13, 1.34) had significantly higher odds of sexual assault. Compared to 18-year-olds, people aged 22 and above had significantly lower odds of past-year sexual assault (AORs range, 0.29–0.65).

### Sexual Assault Among Cisgender Men and Women

Model 2 in Table 3 displays results from models with two-way interactions between gender, sexual identity, and race/ethnicity; models 3 and 4 display results of stratified

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 239 of 434 - Page ID#: 4163

**Table 2** Prevalence of past-year sexual assault: 2011–2013

| | Prevalence of past-year sexual assault for total sample ($N = 71,421$) | | Prevalence of past-year sexual assault by gender identity | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Cisgender men ($n = 22,936$) | | Cisgender women ($n = 48,308$) | | Transgender people ($n = 177$) | |
| | *n* | (%) | *n* | (%) | *n* | (%) | *n* | (%) |
| Prevalence | 4999 | (7.0) | 828 | (3.6) | 4134 | (8.6) | 37 | (20.9) |
| Sexual identity | | | | | | | | |
| Heterosexual | 4188 | (6.4) | 627 | (3.0) | 3557 | (8.0) | 4 | (10.5) |
| Gay/lesbian | 179 | (9.8) | 106 | (10.1) | 66 | (8.8) | 7 | (20.6) |
| Bisexual | 436 | (15.7) | 54 | (9.5) | 371 | (17.2) | 11 | (18.6) |
| Unsure | 196 | (12.6) | 41 | (8.7) | 140 | (13.4) | 15 | (32.6) |
| Race/ethnicity | | | | | | | | |
| White | 3321 | (7.0) | 482 | (3.2) | 2821 | (8.7) | 18 | (18.2) |
| Asian or Pacific Islander | 291 | (5.3) | 58 | (2.9) | 233 | (6.7) | 0 | (0.0) |
| Latino | 322 | (5.4) | 73 | (4.0) | 246 | (6.0) | 3 | (27.3) |
| Black | 332 | (8.7) | 63 | (6.2) | 264 | (9.5) | 5 | (55.6) |
| Other | 733 | (8.6) | 152 | (5.4) | 570 | (10.2) | 11 | (21.6) |

Note: Gender identity, sexual identity, and race/ethnicity were significantly associated with past-year sexual assault (all $p$ values <0.001)

models for cisgender men and women, respectively. Gender identity modified some of the effects of sexual identity on past-year sexual assault. There was a significant difference between gays/lesbians and heterosexuals for cisgender men (AOR = 3.50; 95% CI 2.81, 4.35; Model 3), but not for cisgender women (AOR = 1.13; 95% CI 0.87, 1.46; model 4). The difference in past-year sexual assault between people unsure of their sexual identity and heterosexuals was greater for cisgender men (AOR = 2.92; 95% CI 2.10, 4.08) than for cisgender women (AOR = 1.68; 95% CI 1.40, 2.02).

Gender identity also modified effects of race/ethnicity on sexual assault, with smaller differences for Whites compared to Latinos, Blacks, and people of other race/ethnicity for cisgender women versus men. The Black–White AOR was 1.97 (95% CI 1.49, 2.61) for cisgender men and 1.16 (95% CI 1.01, 1.34) for cisgender women; we found a similar pattern for people of other race/ethnicity compared to Whites. For cisgender women, Latinos had lower odds of sexual assault than Whites (AOR = 0.73; 95% CI 0.63, 0.84); but for cisgender men, there were no significant differences between Latinos and Whites (AOR = 1.21; 95% CI 0.93, 1.57).

### Sexual Assault Among Transgender People

Model 5 in Table 3 displays multivariable associations of sexual assault among transgender people. Compared to White transgender people, Black transgender people had significantly higher odds of sexual assault (AOR = 8.26; 95% CI 1.09, 62.82).

### Predicted Probabilities of Sexual Assault

Table 4 shows the predicted probabilities of past-year sexual assault averaged across covariates and stratified by gender identity. Heterosexual, White, and API cisgender men had the lowest predicted probabilities of sexual assault (2.6–2.9%). Predicted probabilities for gay, bisexual, and unsure cisgender men (7.7–9.4%) were similar to predicted probabilities for heterosexual and gay/lesbian cisgender women (7.7–11.8%), and lower than bisexual cisgender women (15.9%). Predicted probabilities were generally higher among transgender versus cisgender people, with the highest being for Black transgender people at 57.7%.

## Discussion

Our exploratory results indicated that sexual assault disproportionately affects several sexual, gender, and racial/ethnic minority subgroups. Transgender people had higher odds of sexual assault than cisgender men and women, and Black transgender people had significantly higher odds of sexual assault than White transgender people. Like in previous studies (American College Health Association 2012, 2013, 2014; Cantor et al. 2015; Krebs et al. 2016; Sinozich and Langton 2014), cisgender women had higher odds of sexual assault than cisgender men, but gender modified the effects of sexual identity and race/ethnicity on sexual assault. For example, being bisexual, unsure of one's sexual identity, Black, or of

AR_282431

**Table 3** Multivariable logistic regression results of past-year sexual assault: 2011–2013

| | Model 1. Sexual assault among total sample ($N = 71,421$) | | Model 2. Sexual assault among cisgender people ($n = 71,244$) | | Model 3. Sexual assault among cisgender men ($n = 22,936$) | | Model 4. Sexual assault among cisgender women ($n = 48,308$) | | Model 5. Sexual assault among transgender people ($n = 170$) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | AOR (95% CI) | *p* value | AOR (95% CI) | *p* value | AOR (95% CI) | *p* value | AOR (95% CI) | *p* value | AOR (95% CI) | *p* value |
| Gender identity | | | | | | | | | | |
| Cisgender men | 1.00 (ref) | | 1.00 (ref) | | | | | | | |
| Cisgender women | **2.47 (2.29, 2.68)** | **<0.001** | **3.23 (2.90, 3.60)** | **<0.001** | | | | | | |
| Transgender people | **3.93 (2.68, 5.76)** | **<0.001** | N/A | | | | | | | |
| Sexual identity | | | | | | | | | | |
| Heterosexual | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | |
| Gay/lesbian | **1.92 (1.63, 2.26)** | **<0.001** | **3.60 (2.77, 4.69)** | **<0.001** | **3.50 (2.81, 4.35)** | **<0.001** | 1.13 (0.87, 1.46) | 0.364 | 1.69 (0.39, 7.39) | 0.487 |
| Bisexual | **2.37 (2.12, 2.65)** | **<0.001** | **3.13 (2.28, 4.28)** | **<0.001** | **3.19 (2.37, 4.27)** | **<0.001** | **2.31 (2.05, 2.60)** | **<0.001** | 1.25 (0.32, 4.89) | 0.749 |
| Unsure | **1.95 (1.66, 2.28)** | **<0.001** | **3.02 (2.09, 4.38)** | **<0.001** | **2.92 (2.10, 4.08)** | **<0.001** | **1.68 (1.40, 2.02)** | **<0.001** | 2.94 (0.76, 11.30) | 0.117 |
| Race/ethnicity | | | | | | | | | | |
| White | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | |
| Asian or Pacific Islander | **0.75 (0.66, 0.85)** | **<0.001** | 0.92 (0.69, 1.24) | 0.593 | 0.89 (0.67, 1.18) | 0.414 | **0.72 (0.62, 0.83)** | **<0.001** | N/A | |
| Latino | **0.81 (0.72, 0.92)** | **0.001** | 1.29 (0.98, 1.70) | 0.073 | 1.21 (0.93, 1.57) | 0.150 | **0.73 (0.63, 0.84)** | **<0.001** | 2.21 (0.47, 10.50) | 0.319 |
| Black | **1.28 (1.13, 1.44)** | **<0.001** | **2.15 (1.61, 2.88)** | **<0.001** | **1.97 (1.49, 2.61)** | **<0.001** | **1.16 (1.01, 1.34)** | **0.032** | **8.26 (1.09, 62.82)** | **0.041** |
| Other | **1.23 (1.13, 1.34)** | **<0.001** | **1.66 (1.36, 2.03)** | **<0.001** | **1.66 (1.37, 2.00)** | **<0.001** | **1.15 (1.04, 1.26)** | **<0.001** | 1.50 (0.58, 3.87) | 0.404 |
| Age (years) | | | | | | | | | | |
| 18 | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | |
| 19 | 0.99 (0.88, 1.12) | 0.935 | 1.00 (0.88, 1.12) | 0.956 | 1.22 (0.93, 1.61) | 0.156 | 0.96 (0.84, 1.10) | 0.537 | 1.92 (0.40, 9.30) | 0.416 |
| 20 | 0.92 (0.79, 1.07) | 0.274 | 0.93 (0.80, 1.08) | 0.350 | 1.30 (0.93, 1.82) | 0.127 | 0.87 (0.74, 1.04) | 0.119 | 0.52 (0.07, 3.91) | 0.525 |
| 21 | 0.89 (0.75, 1.05) | 0.158 | 0.91 (0.77, 1.08) | 0.271 | 1.26 (0.87, 1.82) | 0.217 | 0.85 (0.70, 1.03) | 0.099 | 0.14 (0.02, 1.14) | 0.066 |
| 22 | 0.83 (0.68, 1.00) | 0.051 | 0.85 (0.70, 1.03) | 0.095 | **1.50 (1.02, 2.22)** | **0.040** | **0.73 (0.59, 0.91)** | **0.006** | 0.28 (0.03, 2.92) | 0.286 |
| 23–24 | **0.65 (0.52, 0.80)** | **<0.001** | **0.66 (0.53, 0.82)** | **<0.001** | 1.29 (0.85, 1.95) | 0.227 | **0.53 (0.41, 0.68)** | **<0.001** | 1.21 (0.14, 10.43) | 0.865 |
| 25–29 | **0.46 (0.36, 0.58)** | **<0.001** | **0.47 (0.37, 0.59)** | **<0.001** | 0.65 (0.41, 1.05) | 0.077 | **0.43 (0.33, 0.57)** | **<0.001** | 0.28 (0.03, 2.89) | 0.286 |
| 30–39 | **0.42 (0.32, 0.54)** | **<0.001** | **0.42 (0.32, 0.55)** | **<0.001** | 0.64 (0.37, 1.10) | 0.107 | **0.38 (0.28, 0.52)** | **<0.001** | 0.21 (0.01, 3.76) | 0.287 |
| ≥40 | **0.29 (0.20, 0.41)** | **<0.001** | **0.29 (0.20, 0.41)** | **<0.001** | **0.44 (0.20, 0.98)** | **0.044** | **0.26 (0.18, 0.40)** | **<0.001** | 0.13 (0.01, 2.01) | 0.145 |
| Year in school | | | | | | | | | | |
| 1st | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | | 1.00 (ref) | |
| 2nd | 1.08 (0.96, 1.22) | 0.191 | 1.08 (0.96, 1.21) | 0.208 | 0.92 (0.71, 1.20) | 0.534 | 1.12 (0.98, 1.27) | 0.105 | 0.66 (0.13, 3.23) | 0.608 |
| 3rd | 1.01 (0.88, 1.17) | 0.855 | 1.00 (0.86, 1.16) | 0.980 | 0.92 (0.67, 1.26) | 0.595 | 1.02 (0.86, 1.20) | 0.817 | 2.45 (0.40, 14.95) | 0.332 |
| 4th | 1.08 (0.91, 1.28) | 0.361 | 1.05 (0.89, 1.24) | 0.545 | 1.00 (0.71, 1.42) | 0.985 | 1.07 (0.89, 1.30) | 0.476 | 6.01 (0.90, 40.15) | 0.064 |
| ≥5th | 1.20 (0.98, 1.48) | 0.075 | 1.17 (0.96, 1.44) | 0.127 | 1.16 (0.78, 1.74) | 0.454 | 1.18 (0.93, 1.50) | 0.170 | 3.75 (0.51, 27.47) | 0.193 |



Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 241 of 434 - Page ID#: 4165

**Table 3** (continued)

| | Model 1. Sexual assault among total sample ($N = 71,421$) | | Model 2. Sexual assault among cisgender people ($n = 71,244$) | | Model 3. Sexual assault among cisgender men ($n = 22,936$) | | Model 4. Sexual assault among cisgender women ($n = 48,308$) | | Model 5. Sexual assault among transgender people ($n = 170$) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | AOR (95% CI) | *p* value | AOR (95% CI) | *p* value | AOR (95% CI) | *p* value | AOR (95% CI) | *p* value | AOR (95% CI) | *p* value |
| Gender identity × sexual identity interactions | | | | | | | | | | |
| Female × gay/lesbian | | | **0.32 (0.23, 0.45)** | **<0.001** | | | | | | |
| Female × bisexual | | | 0.74 (0.53, 1.01) | 0.059 | | | | | | |
| Female × unsure | | | **0.58 (0.39, 0.85)** | **0.005** | | | | | | |
| Gender identity × race/ethnicity interactions | | | | | | | | | | |
| Female × Asian or Pacific Islander | | | 0.82 (0.59, 1.12) | 0.212 | | | | | | |
| Female × Latino | | | **0.56 (0.41, 0.75)** | **<0.001** | | | | | | |
| Female × Black | | | **0.55 (0.40, 0.75)** | **<0.001** | | | | | | |
| Female × Other | | | **0.68 (0.55, 0.85)** | **0.001** | | | | | | |
| Sexual identity × race/ethnicity interactions | | | | | | | | | | |
| Gay/lesbian × Asian or Pacific Islander | | | 0.95 (0.43, 2.08) | 0.898 | | | | | | |
| Gay/lesbian × Latino | | | 1.02 (0.55, 1.89) | 0.944 | | | | | | |
| Gay/lesbian × Black | | | 0.72 (0.39, 1.35) | 0.307 | | | | | | |
| Gay/lesbian × other | | | 0.95 (0.61, 1.48) | 0.820 | | | | | | |
| Bisexual × Asian or Pacific Islander | | | 0.91 (0.53, 1.58) | 0.749 | | | | | | |
| Bisexual × Latino | | | 1.13 (0.74, 1.72) | 0.585 | | | | | | |
| Bisexual × Black | | | 0.85 (0.54, 1.34) | 0.489 | | | | | | |
| Bisexual × other | | | 1.03 (0.77, 1.38) | 0.829 | | | | | | |
| Unsure × Asian or Pacific Islander | | | **0.39 (0.18, 0.86)** | **0.020** | | | | | | |
| Unsure × Latino | | | 0.74 (0.37, 1.49) | 0.406 | | | | | | |
| Unsure × Black | | | 0.81 (0.42, 1.56) | 0.527 | | | | | | |
| Unsure × other | | | 1.30 (0.87, 1.94) | 0.197 | | | | | | |

Note: Boldface indicates statistical significance ($p < 0.05$). All models adjusted for survey year. Models 1 through 4 were estimated using multilevel logistic regression models, and model 5 was estimated using a standard logistic regression model. Models 2 through 4 excluded transgender people, while model 5 excluded cisgender people. Model 5 also excluded Asian or Pacific Islander transgender people because they reported no sexual assaults

*AORs* adjusted odds ratios, *CI* confidence interval

AR_282433

**Table 4** Predicted probabilities of past-year sexual assault for sexual identity and race/ethnicity by gender identity: 2011–2013

| | Gender identity | | |
|---|---|---|---|
| | Cisgender men[a] Predicted probability (95% CI) | Cisgender women[a] Predicted probability (95% CI) | Transgender people[b] Predicted probability (95% CI) |
| Sexual identity | | | |
| Heterosexual | 2.9 (2.6, 3.1) | 7.7 (7.2, 8.1) | 12.2 (0.0, 24.4) |
| Gay/lesbian | 9.4 (7.6, 11.2) | 8.5 (6.5, 10.6) | 19.0 (5.0, 33.0) |
| Bisexual | 8.5 (6.2, 10.7) | 15.9 (14.3, 17.6) | 14.8 (5.2, 24.4) |
| Unsure | 7.7 (5.3, 10.0) | 11.8 (9.8, 13.8) | 29.1 (13.4, 44.7) |
| Race/ethnicity | | | |
| White | 2.8 (2.5, 3.1) | 8.2 (7.7, 8.7) | 14.2 (6.8, 21.5) |
| Asian or Pacific Islander | 2.6 (1.9, 3.2) | 6.2 (5.3, 7.0) | N/A |
| Latino | 3.6 (2.7, 4.5) | 6.0 (5.2, 6.8) | 26.7 (−1.8, 55.3) |
| Black | 5.8 (4.3, 7.3) | 9.4 (8.2, 10.6) | 57.7 (11.0, 104.4) |
| Other | 4.6 (3.9, 5.4) | 9.2 (8.4, 10.1) | 19.8 (7.9, 31.8) |

*Note:* All predicted probabilities were averaged across age, year in school, and survey year

*CI* confidence interval

[a] Estimated from multilevel logistic regression model of sexual assault among cisgender people only containing two-way interactions between sexual identity, gender identity, and race/ethnicity (model 2, Table 3).

[b] Estimated from standard logistic regression model of sexual assault among transgender people only (model 3, Table 3). Asian or Pacific Islander transgender people reported no sexual assaults and were therefore excluded from the analysis

other race/ethnicity increased the odds of sexual assault more for cisgender men than for cisgender women. Though these relative differences were greater among cisgender men than women, the absolute differences for these groups were relatively similar.

Our paper utilized an intersectionality framework (Crenshaw 1989, 1991) to examine how multiple marginalized identities intersect to form and amplify varying risks for sexual assault. An intersectional frame can also be used to understand the causes of sexual assault in these subgroups. The etiology of sexual assault is complex, stemming from factors at multiple levels of the social ecological model (Heise 1998). Each factor is tied to one's social identities in specific ways, thereby influencing sexual assault risks. For example, discrimination may contribute to dehumanizing specific groups of people and putting them at risk for violence. Transgender people face discrimination interpersonally (e.g., being misgendered) and structurally (e.g., by policies and laws dictating bathroom usage), and Black people also face interpersonal discrimination (e.g., biased language). The intersections between these oppressions may cultivate unsafe environments for Black transgender people, placing them at substantially greater risk of sexual assault. Additionally, examining perpetrators' characteristics (e.g., relationship with survivor) and motivations can highlight specific intervention targets (e.g., malleable risk factors among specific populations). For example, common motivations for sexual assault include power and anger (Nicholas 1977), and perhaps perpetrators targeting LGBT people are more likely to engage in "corrective" rape (i.e., trying to "cure" LGBT people through sexual assault; Martin et al. 2009). Our findings suggest that intersectional approaches in epidemiologic research may elucidate the individual and contextual factors contributing to the elevated sexual assault risks among specific subgroups.

## Prevention and Treatment Implications

Few interventions have been shown to be effective in preventing sexual assault (DeGue et al. 2014). Even fewer sexual assault interventions are tailored for racial/ethnic minority populations (DeGue et al. 2014), and none have been evaluated with LGBT populations (DeGue et al. 2014). Despite cisgender heterosexual women being at high risk for sexual assault, we found that transgender people and cisgender bisexual women have even higher odds of sexual assault. If sexual assault prevention solely focuses on cisgender heterosexual violence (e.g., cisgender man-on-woman violence), it may invalidate LGBT people's assault experiences and be ineffective for LGBT populations. To our knowledge, studies have not examined whether universal sexual assault interventions equally reduce sexual assault across all sexual orientation, gender, and racial/ethnic

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 243 of 434 - Page ID#: 4167

subgroups. If universal interventions are less effective among minority subgroups, researchers and practitioners can augment existing universal interventions by explicitly addressing homophobia, biphobia, transphobia, and racism, and they can develop new or adapt existing sexual assault interventions for LGBT populations and racial/ethnic minorities. Prevention programs may be more effective when tailored to the cultural beliefs and norms of the target population (Nation et al. 2003; Small et al. 2009). Furthermore, compared to people aged 22 or less, people who are aged 25 or older have lower odds of sexual assault, perhaps because they are atypical undergraduate students and less engaged with campus life, making campus-focused prevention less appropriate for this population.

Because providing trauma-informed care to sexual assault survivors requires understanding survivors' histories and the contexts of their experiences (The National Sexual Assault Coalition Resource Sharing Project and National Sexual Violence Resource Center 2013), higher education institutions should include staff training on sexuality, gender, and race/ethnicity. Reporting sexual assault to college administrators can be difficult and stigmatizing (Rennison 2002). Meanwhile, many sexual, gender, and racial/ethnic minorities may feel mistrustful, unwelcomed, invisible, or discriminated against, which makes reporting their experience of sexual assault even more difficult (Boulware et al. 2003; Frankowski 2004; Grant et al. 2011). Because many of these minority subgroups are at heightened risk for sexual assault, developing programs that are welcoming and affirming of survivors with marginalized identities is crucial. Staff who treat sexual assault survivors should be aware that sexual assault during college may not be their first or most profound assault event (Carey et al. 2015; Martin et al. 2011a). While our study could not assess whether the assaults occurred on campus, sexual assault confers numerous mental, physical, and reproductive health impacts (Chen et al. 2010; Martin et al. 2011b). Therefore, regardless of sexual assault location, it is critical for administrators to understand the vulnerability their students experience as they adopt prevention programming on their campuses. A trauma-informed approach to working with LGBT survivors, in particular, is necessary as assault is astoundingly prevalent among LGBT youth (Friedman et al. 2011; Rothman et al. 2011). Consequently, treatment of sexual assault among LGBT undergraduates may uncover a history of childhood and adolescent trauma.

## Limitations and Strengths

We must consider our results within their limitations. Sexual assault was self-reported and is often underreported (Rennison 2002). Because surveys assessed past-year sexual assault, some reports of the sexual assault may have occurred while students were not at college, especially for first-year students. Nevertheless, higher education institutions should still be prepared to provide trauma-informed care because the effects of sexual assault can be long lasting and impact students' health during college (Chen et al. 2010; Martin et al. 2011b). We also combined sexual touching, attempted penetration, and completed penetration, were unable to examine the tactics used during sexual assault (e.g., physical force, incapacitation, and no affirmative consent), and had no information about perpetrators. Sexual identity was used to measure sexual orientation, and we may have found different results if we used measures of sexual behavior or attractions (Matthews et al. 2013). Additionally, the gender identity question may under-identify transgender people. For example, some people whose current gender identity differs from their sex assigned at birth may identify solely as female or male, but not transgender. This measure did not allow transgender individuals to identify as transgender men or transgender women. Because of small cell sizes and multicollinearity, we could not include transgender people in analyses with interactions and collapsed some race/ethnicity subgroups. Interactions are an imperfect way to test intersectionality, but are among the best quantitative techniques to date (Bowleg 2008).

In spite of analyzing data from 120 institutions, generalizability may be limited. Selection bias may have occurred because participation rates were low in some schools, and we were unable to adjust for the response rate within each school. We could not adjust for participants who completed surveys at multiple waves, which may result in non-independence among participants; however, we mitigated this bias by controlling for survey year in our models. Additionally, participation rates were less than optimal for web surveys, which is common across web surveys (Cook et al. 2000). Moreover, post hoc analyses (data not shown) revealed that survey administration (web versus paper survey) was not associated with sexual assault in any of our models, and did not substantially affect any of our results, thereby introducing minimal bias.

Despite these limitations, our study has some key strengths. We utilized data from 120 higher education institutions and included cisgender men and transgender people as well as cisgender women. We used multilevel models to control for the clustering of students within institutions, which is uncommon in the literature to date. As one of the largest studies to examine sexual assault at higher education institutions, we had enough statistical power to examine intersections by gender, race/ethnicity, and sexual orientation among cisgender people—thereby addressing one of the five major recommendations put forth in the 2011 Institute of Medicine report about LGBT health (Institute of Medicine 2011).

## Conclusions

Sexual assault is a problem disproportionately affecting certain sexual identity, gender identity, and race/ethnicity

AR_282435

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 244 of 434 - Page ID#: 4168

subgroups. Epidemiologic research and interventions should consider intersections of gender identity, sexual identity, and race/ethnicity to better tailor sexual assault prevention and treatment for college students.

**Author note** The opinions, findings, and conclusions reported in this article are those of the authors and are in no way meant to represent the opinions, views, or policies of the ACHA, the post-secondary educational institutions included in this study, or the National Institutes of Health, the Department of Veterans Affairs, or the US Government. This research article was supported in part by the National Institutes of Health, specifically the National Institute on Drug Abuse (awards F31DA037647 to RWSC), the National Institute of Child Health and Human Development (K12HD043441 scholar funds to HLM), the National Institute on Alcohol Abuse and Alcoholism (R01AA023260 to EM), and the Department of Veterans Affairs (CDA 14-408 to JRB). The American College Health Association (ACHA) administered the data collection process for this study, but does not warrant nor assume any liability or responsibility for the accuracy, completeness, or usefulness of any information presented in this article. In the current study, the ACHA had no role in the analysis or interpretation of data, writing of the report, or the decision to submit the current manuscript for publication. RWSC conceived of the current study, executed the analyses, and wrote the first draft of the article. All authors substantially contributed to the study design and analyses, interpretation of results, and draft revisions. All authors approved the final manuscript and agreed to be accountable for all aspects of the manuscript, including accuracy and integrity. Current study procedures were deemed exempt by the University of Pittsburgh Institutional Review Board. This article has not been presented elsewhere, and the authors have no financial disclosures.

**Compliance with Ethical Standards**

**Funding** This research article was supported in part by the National Institutes of Health, specifically the National Institute on Drug Abuse (awards F31DA037647 to RWSC), the National Institute of Child Health and Human Development (K12HD043441 scholar funds to HLM), the National Institute on Alcohol Abuse and Alcoholism (R01AA023260 to EM), and the Department of Veterans Affairs (CDA 14-408 to JRB). The American College Health Association (ACHA) administered the data collection process for this study, but does not warrant nor assume any liability or responsibility for the accuracy, completeness, or usefulness of any information presented in this article. The opinions, findings, and conclusions reported in this article are those of the authors and are in no way meant to represent the opinions, views, or policies of the ACHA, the post-secondary educational institutions included in this study, or the National Institutes of Health, the Department of Veterans Affairs, or the US Government.

**Ethical Statement** Each school's Institutional Review Board (IRB) approved the original study procedures, and the University of Pittsburgh's IRB deemed the current secondary analyses as exempt. All procedures performed in studies involving human participants were in accordance with the ethical standards of the institutional and/or national research committee and with the 1964 Helsinki declaration and its later amendments or comparable ethical standards.

**Informed Consent** Informed consent was obtained from all individual participants included in the study.

**Conflict of Interest** The authors declare that they have no conflict of interest.

## References

American College Health Association. (2012). *American College Health Association–National College Health Assessment (ACHA-NCHA) II: Reference group executive summary fall 2011*. Hanover: American College Health Association.

American College Health Association. (2013). *American College Health Association–National College Health Assessment (ACHA-NCHA) II: Reference group executive summary fall 2012*. Hanover: American College Health Association.

American College Health Association. (2014). *American College Health Association–National College Health Assessment (ACHA-NCHA) II: Reference group executive summary fall 2013*. Hanover: American College Health Association.

Blosnich, J., & Bossarte, R. (2012). Drivers of disparity: Differences in socially based risk factors of self-injurious and suicidal behaviors among sexual minority college students. *Journal of American College Health, 60*, 141–149.

Blosnich, J. R., & Horn, K. (2011). Associations of discrimination and violence with smoking among emerging adults: Differences by gender and sexual orientation. *Nicotine & Tobacco Research, 13*, 1284–1295.

Boulware, L. E., Cooper, L. A., Ratner, L. E., LaVeist, T. A., & Powe, N. R. (2003). Race and trust in the health care system. *Public Health Reports, 118*, 358–365.

Bowleg, L. (2008). When black + lesbian + woman ≠ black lesbian woman: The methodological challenges of qualitative and quantitative intersectionality research. *Sex Roles, 59*, 312–325.

Brown, E., Anderson, N., Svrluga, S., & Hendrix, S. (2015). 'I woke up. He was in the room. I didn't know who he was'. *The Washington Post*. Retrieved Dec 17, 2015, from http://www.washingtonpost.com/sf/local/2015/06/12/sex-assault-during-college-is-common-and-life-altering/

Cantor, D., Fisher, B., Chibnall, S., Bruce, C., Townsend, R., Thomas, G., & Lee, H. (2015). *Report on the aau campus climate survey on sexual assault and sexual misconduct assault and sexual misconduct*. Rockville: Westat.

Carey, K. B., Durney, S. E., Shepardson, R. L., & Carey, M. P. (2015). Incapacitated and forcible rape of college women: Prevalence across the first year. *Journal of Adolescent Health, 56*, 678–680.

Center for Postsecondary Research. (2011). The Carnegie classification of institutions of higher education. Retrieved June 9, 2015, from http://carnegieclassifications.iu.edu/

Chen, L. P., Murad, M. H., Paras, M. L., Colbenson, K. M., Sattler, A. L., Goranson, E. N., … Prokop, L. J. (2010). Sexual abuse and lifetime diagnosis of psychiatric disorders: Systematic review and meta-analysis. *Mayo Clinic Proceedings, 85*(7), 618–629.

Cook, C., Heath, F., & Thompson, R. L. (2000). A meta-analysis of response rates in web- or internet-based surveys. *Educational and Psychological Measurement, 60*, 821–836.

Corliss, H. L., Rosario, M., Birkett, M. A., Newcomb, M. E., Buchting, F. O., & Matthews, A. K. (2014). Sexual orientation disparities in adolescent cigarette smoking: Intersections with race/ethnicity, gender, and age. *American Journal of Public Health, 104*, 1137–1147.

Coulter, R. W. S., Blosnich, J. R., Bukowski, L. A., Herrick, A. L., Siconolfi, D. E., & Stall, R. D. (2015). Differences in alcohol use and alcohol-related problems between transgender- and nontransgender-identified young adults. *Drug and Alcohol Dependence, 154*, 251–259.

Crenshaw, K. (1989). Demarginalizing the intersection of race and sex: A black feminist critique of antidiscrimination doctrine, feminist theory and antiracist politics. *The University of Chicago Legal Forum*, 139–167.

Crenshaw, K. (1991). Mapping the margins: Intersectionality, identity politics, and violence against women of color. *Stanford Law Review, 43*, 1241–1299.



DeGue, S., Valle, L. A., Holt, M. K., Massetti, G. M., Matjasko, J. L., & Tharp, A. T. (2014). A systematic review of primary prevention strategies for sexual violence perpetration. *Aggression and Violent Behavior, 19*, 346–362.

Diemer, E. W., Grant, J. D., Munn-Chernoff, M. A., Patterson, D. A., & Duncan, A. E. (2015). Gender identity, sexual orientation, and eating-related pathology in a national sample of college students. *Journal of Adolescent Health, 57*, 144–149.

Frankowski, B. L. (2004). Sexual orientation and adolescents. *Pediatrics, 113*, 1827–1832.

Friedman, M. S., Marshal, M. P., Guadamuz, T. E., Wei, C., Wong, C. F., Saewyc, E. M., & Stall, R. (2011). A meta-analysis of disparities in childhood sexual abuse, parental physical abuse, and peer victimization among sexual minority and sexual nonminority individuals. *American Journal of Public Health, 101*, 1481.

Grant, J. M., Mottet, L., Tanis, J. E., Harrison, J., Herman, J., & Keisling, M. (2011). *Injustice at every turn: A report of the national transgender discrimination survey*: National Center for Transgender Equality.

Gross, A. M., Winslett, A., Roberts, M., & Gohm, C. L. (2006). An examination of sexual violence against college women. *Violence Against Women, 12*, 288–300.

Heise, L. L. (1998). Violence against women an integrated, ecological framework. *Violence Against Women, 4*, 262–290.

Institute of Medicine. (2011). *The health of lesbian, gay, bisexual, and transgender people: Building a foundation for better understanding*. Washington, D.C.: National Academies Press.

Koss, M. P., Gidycz, C. A., & Wisniewski, N. (1987). The scope of rape: Incidence and prevalence of sexual aggression and victimization in a national sample of higher education students. *Journal of Consulting and Clinical Psychology, 55*, 162–170.

Krebs, C., Lindquist, C., Berzofsky, M., Shook-Sa, B., Peterson, K., Planty, M., … Stroop, J. (2016). Campus climate survey validation study final technical report. Retrieved Jan 28, 2016, from http://www.bjs.gov/index.cfm?ty=pbdetail&iid=5540

Kuder, G. F., & Richardson, M. W. (1937). The theory of the estimation of test reliability. *Psychometrika, 2*, 151–160.

Martin, A., Kelly, A., Turquet, L., & Ross, S. (2009). *Hate crimes: The rise of corrective rape in South Africa*. London: ActionAid.

Martin, S. L., Fisher, B. S., Warner, T. D., Krebs, C. P., & Lindquist, C. H. (2011a). Women's sexual orientations and their experiences of sexual assault before and during university. *Women's Health Issues, 21*, 199–205.

Martin, S. L., Macy, R. J., & Young, S. K. (2011b). Health and economic consequences of sexual violence. In J. W. White, M. P. Koss, & A. E. Kazdin (Eds.), *Violence against women and children: Mapping the terrain* (Vol. 1, pp. 173–195). Washington D.C: American Psychological Association.

Matthews, D. D., Blosnich, J. R., Farmer, G. W., & Adams, B. J. (2013). Operational definitions of sexual orientation and estimates of adolescent health risk behaviors. *LGBT Health, 1*, 42–49.

Mohler-Kuo, M., Dowdall, G. W., Koss, M. P., & Wechsler, H. (2004). Correlates of rape while intoxicated in a national sample of college women. *Journal of Studies on Alcohol, 65*, 37–45.

Nation, M., Crusto, C., Wandersman, A., Kumpfer, K. L., Seybolt, D., Morrissey-Kane, E., & Davino, K. (2003). What works in prevention: Principles of effective prevention programs. *American Psychologist, 58*, 449.

Nicholas, A. (1977). Rape: Power, anger, and sexuality. *American Journal of Psychiatry, 134*, 1239–1243.

Rennison, C. M. (2002). *Rape and sexual assault: Reporting to police and medical attention, 1992–2000*. Washington, DC: US Department of Justice, Office of Justice Programs.

Rothman, E. F., Exner, D., & Baughman, A. L. (2011). The prevalence of sexual assault against people who identify as gay, lesbian, or bisexual in the United States: A systematic review. *Trauma, Violence & Abuse*. doi:10.1177/1524838010390707.

Sinozich, S., & Langton, L. (2014). Rape and sexual assault victimization among college-age females, 1995–2013. Retrieved Jan 28, 2016, from http://www.bjs.gov/index.cfm?ty=pbdetail&iid=5176

Small, S. A., Cooney, S. M., & O'connor, C. (2009). Evidence-informed program improvement: Using principles of effectiveness to enhance the quality and impact of family-based prevention programs. *Family Relations, 58*, 1–13.

Talley, A. E., Hughes, T. L., Aranda, F., Birkett, M., & Marshal, M. P. (2014). Exploring alcohol-use behaviors among heterosexual and sexual minority adolescents: Intersections with sex, age, and race/ethnicity. *American Journal of Public Health, 104*, 295–303.

Taylor, K. (2015). Mattress protest at Columbia University continues into graduation event. *The New York Times*. Retrieved Dec 17, 2015, from http://www.nytimes.com/2015/05/20/nyregion/mattress-protest-at-columbia-university-continues-into-graduation-event.html

The National Sexual Assault Coalition Resource Sharing Project and National Sexual Violence Resource Center. (2013). Building cultures of care: A guide for sexual assault services programs. Retrieved Jan 26, 2016, from http://www.nsvrc.org/sites/default/files/publications_nsvrc_guides_building-cultures-of-care.pdf

White House Task Force to Protect Students From Sexual Assault. (2014). Not alone. Retrieved Sept 5, 2014, from https://www.notalone.gov/assets/report.pdf

HHS Public Access
Author manuscript
*J Adolesc Health*. Author manuscript; available in PMC 2019 October 01.

Published in final edited form as:
*J Adolesc Health*. 2018 October ; 63(4): 503–505. doi:10.1016/j.jadohealth.2018.02.003.

# Chosen Name Use is Linked to Reduced Depressive Symptoms, Suicidal Ideation and Behavior among Transgender Youth

**Stephen T. Russell, Ph.D.**,
University of Texas at Austin

**Amanda M. Pollitt, Ph.D.**,
University of Texas at Austin

**Gu Li, Ph.D.**, and
University of British Columbia

**Arnold H. Grossman, Ph.D.**
New York University

## Abstract

**Purpose—**To examine the relation between chosen name use, as a proxy for youths' gender affirmation in various contexts, and mental health among transgender youth.

**Methods—**Data come from a community cohort sample of 129 transgender and gender nonconforming youth from three U.S. cities. We assessed chosen name use across multiple contexts and examined its association with depression and suicidal ideation and suicidal behavior.

**Results—**After adjusting for personal characteristics and social support, chosen name use in more contexts was associated with lower depression, suicidal ideation, and suicidal behavior Depression, suicidal ideation, and suicidal behavior were lowest when chosen names could be used in all four contexts.

**Conclusion—**For transgender youth who choose a name different than the one given at birth, use of their chosen name in multiple contexts affirms their gender identity and reduces mental health risks known to be high in this group.

### Keywords

transgender; youth; depression; suicidality

Corresponding author: stephen.russell@utexas.edu, T: 512-471-0753 F: 512-471-5630, The Department of Human Development and Family Sciences, The University of Texas at Austin, 108 E. Dean Keeton St., Stop A2702, Austin, Texas 78712-1248.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

**Implications and Contribution**
It is critical to public health and policy to understand chosen name use among transgender youth, and whether use of a chosen name influences mental health. This study found mental health benefits associated with chosen name use among transgender youth who choose a name different than the one given at birth.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Transgender people (people whose gender identity does not align with their sex assigned at birth) are at higher risk for poor mental health compared to non-transgender people.[1–2] A recent study on transgender youth from three U.S. cities documented extremely high levels of suicidal ideation and behavior,[3] and another new study was the first to document elevated risk for transgender youth for suicdal ideation based on a statewide, representative sample.[4]

Because first names are often gender-specific, chosen name use is part of the social transition process to align one's gender presentation with one's gender identity. This gender social transition process, including changing first names, pronouns, hair, and clothing, is associated with better mental health among transgender youth.[5] However, many transgender and gender nonconforming youth are unable to use their chosen name for interpersonal or institutional reasons. For example, families or peers may resist or reject youths' chosen name, and medical institutions or schools may require a legal name change before youth can use a chosen name.[6]

Transgender youth whose gender expression and names do not appear to match may be vulnerable to unintended disclosure or "outing", and to discrimination or victimization, factors which could lead to mental health problems.[1] The purpose of the current study was to examine the relation between chosen name use, as a proxy for youths' gender affirmation in various contexts, and mental health among transgender youth.

## Methods

Data come from a community cohort sample of lesbian, gay, bisexual, transgender, and queer (LGBTQ) youth, and youth with same-sex attractions, recruited in three U.S. cities (one each in the Northeast, the Southwest, and the West Coast) between November 2011 and October 2012. The sample included 129 transgender and gender nonconforming youth (ages 15–21), 74 of whom reported a chosen name different from their name given at birth (participant characteristics provided in Table 1).

**Depressive symptoms—**We used the 20-item *Beck Depression Inventory for Youth* scale to measure depressive symptoms ($\alpha = .94$).[7] Sample items included "I hate myself" and "I think my life will be bad." Higher scores represent higher levels of depressive symptoms.

**Suicidal ideation and behavior—**We measured suicidal ideation ($\alpha = .83$) and behavior ($\alpha = .96$) using the Self-Harm Behavior Questionnaire,[8] a measure of multiple dimensions of suicide (ideation, threat, attempt) and self-harm. Free response items following dichotomous yes/no occurence items assessed severity of ideation (method, whether other events precipitated ideation, suicide plan, reactions of others, preparation) and behavior (method, frequency, risk, medical treatment necessity, whether other events precipitated behavior, intent to die) on an ordinal scale from 0-22.

**Chosen name use—**We asked transgender youth whether they had a preferred name different from the name they were given at birth, and, if yes, asked, "are you able to go by

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

your preferred name" at home (n = 54), at school (n = 57), at work (n = 50), or with friends (n = 69).

**Social support—**We controlled for total social support with the Child and Adolescent Social Support Scale (CASSS).[9] The CASSS consists of five scales of twelve items each that assess supportiveness from parents (α = .96), close friends (α = .97), classmates (α = .96), teachers (α = .97), and their school (α = .97). We computed total scores as the sum of the means on each scale (α = .96).

### Analysis Plan

We predicted *depressive symptoms* with ordinary least squares regression and *suicidal ideation and behavior* with poisson regression with robust standard error estimation and multiple imputation for missing data in Mplus 7.4.[10] The Institutional Review Boards at New York University and the University of Arizona approved the study.

## Results

There were no differences on depressive symptoms or suicidal beavior by personal characteristics including gender identity, race/ethnicity, sexual identity, age, access to free lunch, or study site. After adjusting for personal characteristics and total social support, chosen name use in more contexts predicted fewer depressive symptoms and less suicidal ideation and suicidal behavior (see Table 1). An increase by one context in which a chosen name could be used predicted a 5.37-unit decrease in depressive symptoms, a 29% decrease in suicidal ideation, and a 56% decrease in suicidal behavior. We observed similar results when we individually tested specific contexts for chosen name use (except that chosen name use with friends did not significantly predict mental health after adjusting for demographics and close friend support). Depressive symptoms, suicidal ideation, and suicidal behavior were at the lowest levels when chosen names could be used in all four contexts.

## Discussion

Transgender youth who were able to use their chosen name in multiple contexts reported fewer depressive symptoms and less suicidal ideation and behavior. For transgender youth who choose a name different than that given at birth, use of their chosen name in multiple contexts appears to affirm their gender identity and lower mental health risks known to be high in this group. Despite the small number of youth in this study, it is one of the largest samples of transgender youth to date. New population-based samples that include much larger numbers of transgender youth show high mental health risk for transgender youth,[4] but those studies do not include measures specific to transgender youth and their health, such as ability to use a chosen name.

Results have important implications for a range of social policies. Legal name changes may be onerous or unfeasible for many transgender youth. Yet multiple institutions – schools, community organizations, workplaces, healthcare providers, financial institutions – could adjust regulations and information systems to include youths' chosen name in records, rosters, and means of identification (i.e., ID cards). Policies that promote the social transition

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

process of gender affirmation among transgender youth, such as chosen name use or access to restrooms consistent with gender identity or presentation, will likely enhance safety and reduce physical and mental health disparities for transgender populations. Results indicate that peers, parents, teachers, health care providers, and education and medical institutions can support transgender youth and their mental health by referring to them by their chosen names.

## Acknowledgments

This research uses data from the Risk and Protective Factors for Suicide Among Sexual Minority Youth Study, designed by Arnold H. Grossman and Stephen T. Russell, and supported by Award R01MH091212 from the National Institute of Mental Health. Administrative support for this research was also provided by Grant R24HD042849, Population Research Center, awarded to the Population Research Center at The University of Texas at Austin by the Eunice Kennedy Shriver National Institute of Child Health and Human Development. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institute of Mental Health. Russell acknowledges the Priscilla Pond Flawn Endowment at the University of Texas. The authors acknowledge the site coordinators, staff of the community organizations, and leaders of college groups who cooperated in recruiting participants. We also express our gratitude to study's participants for sharing their experiences with us.

## References

1. Institute of Medicine. The health of lesbian, gay, bisexual, and transgender people: Building a foundation for better understanding. Washington, DC: National Academies Press; 2011.
2. Veale JF, Watson RJ, Peter T, Saewyc EM. Mental health disparities among Canadian transgender youth. J Adol Health. 2017; 60:44–49. DOI: 10.1016/j.jadohealth.2016.09.014
3. Grossman AH, Park JP, Russell ST. Transgender youth and suicidal behaviors: Applying the Interpersonal Psychological Theory of Suicide. J Gay Lesbian Ment Health. 2016.
4. Perez-Brumer A, Day JK, Russell ST, Hatzenbuehler ML. Prevalence and correlates of suicidal ideation among transgender youth in California: Findings from a representative, population-based sample of high school students. J Am Acad Child Adolesc Psychiatry. 2017; 56(9):739–746. DOI: 10.1016/j.jaac.2017.06.010 [PubMed: 28838578]
5. Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry. 2013 Jun 30; 52(6):582–90. [PubMed: 23702447]
6. Thaler C, Bermudez F, Sommer S. Legal advocacy on behalf of transgender and gender nonconforming youth. Social work practice with transgender and gender variant youth. 2009 Feb. 27:139–62.
7. Beck JS, Beck AT, Jolly JB. Beck Youth Inventories. San Antonio, TX: Psychological Corporation Harcourt Brace; 2001.
8. Gutierrez PM, Osman A. Adolescent Suicide: An Integrated Approach to the Assessment of Risk and Protective Factors. DeKalb, IL: Northern Illinois University Press; 2008.
9. Kerres Malecki C, Kilpatrick Demary M. Measuring perceived social support: Development of the Child and Adolescent Social Support Scale (CASSS). Psychol Schs. 2001; 39(1):1–18. DOI: 10.1002/pits.10004
10. Muthén LK, Muthén BO. Mplus User's Guide. Los Angeles, CA: Muthen & Muthen; 1999–2016.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Table 1**

Associations Between Chosen Name Use and Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior among Transgender Youth (n=74), Controlling for Covariates

| | M (SD) or Count (%) | Coefficient (95% CI) | Incident Rate Ratio (95% CI) | |
|---|---|---|---|---|
| | | Depressive Symptoms | Suicidal Ideation | Suicidal Behavior |
| Gender identity | | | | |
| MTF | 28 (38) | 0 (Reference) | 1 (Reference) | 1 (Reference) |
| FTM | 28 (38) | −1.61 (−6.67, 3.46) | 1.28 (0.67, 2.47) | 0.25 (0.07, 0.91) |
| MTDG | 5 (7) | 3.97 (−2.18, 10.11) | 1.45 (0.54, 3.89) | 0.37 (0.09, 1.49) |
| FTDG | 13 (17) | −1.43 (−9.44, 6.57) | 1.39 (0.64, 3.02) | 1.58 (0.49, 5.11) |
| Race/ethnicity | | | | |
| White | 18 (24) | 0 (Reference) | 1 (Reference) | 1 (Reference) |
| Asian | 6 (8) | −8.45 (−17.39, 0.49) | 0.00 (0.00, 0.00) | 0.00 (0.00, 0.00) |
| Black | 24 (33) | −1.40 (−9.13, 6.33) | 0.89 (0.48, 1.64) | 0.53 (0.16, 1.76) |
| Multiracial | 21 (28) | 1.53 (−5.50, 8.55) | 0.83 (0.49, 1.40) | 1.10 (0.46, 2.61) |
| Not reported | 5 (7) | −3.54 (−13.35, 6.27) | 0.85 (0.35, 2.06) | 2.17 (0.47, 10.08) |
| Sexual identity | | | | |
| Lesbian/gay | 17 (23) | 0 (Reference) | 1 (Reference) | 1 (Reference) |
| Bisexual | 22 (30) | 4.01 (−4.67, 12.68) | 1.92 (0.82, 4.50) | 0.99 (0.23, 4.20) |
| Questioning | 9 (12) | 4.14 (−4.06, 12.35) | 1.75 (0.71, 4.29) | 0.70 (0.17, 2.86) |
| Heterosexual | 17 (23) | −0.87 (−9.02, 7.29) | 0.50 (0.12, 2.03) | 0.40 (0.06, 2.84) |
| Different | 9 (12) | 7.90 (−0.67, 16.47) | 1.47 (0.53, 4.06) | 1.03 (0.31, 3.43) |
| Age | 19.46 (1.76) | −0.56 (−1.95, 0.84) | 1.03 (0.85, 1.24) | 1.20 (0.91, 1.58) |
| Access to free lunch[a] | | | | |
| no | 39 (53) | 0 (Reference) | 1 (Reference) | 1 (Reference) |
| yes | 32 (43) | −1.53 (−8.74, 5.68) | 0.79 (0.34, 1.85) | 0.46 (0.16, 1.36) |
| Study site | | | | |
| Northeast | 36 (49) | 0 (Reference) | 1 (Reference) | 1 (Reference) |
| Southwest | 10 (13) | 0.28 (−6.98, 7.54) | 0.80 (0.29, 2.21) | 0.23 (0.04, 1.30) |
| West Coast | 28 (38) | 3.04 (−3.38, 9.47) | 1.14 (0.51, 2.53) | 0.82 (0.19, 3.48) |
| Total social support | 41.64 (11.60) | −0.46 (−0.65, −0.26) | 0.99 (0.97, 1.01) | 0.95 (0.91, 0.99) |
| Chosen name use | 3.14 (1.27) | −5.37 (−8.20, −2.55) | 0.71 (0.52, 0.95) | 0.44 (0.25, 0.78) |

Abbreviations: MTF, male-to-female (transgender woman); FTM, female-to-male (transgender man); MTDG, male to different gender; FTDG, female to different gender.



GLSEN®

# Educational Exclusion

## Drop Out, Push Out, and the School-to-Prison Pipeline among LGBTQ Youth

A Report from GLSEN | www.glsen.org

GLSEN

# Educational Exclusion

## Drop Out, Push Out, and the School-to-Prison Pipeline among LGBTQ Youth

Project Staff:
Neal A. Palmer, Ph.D
Emily A Greytak, Ph.D
Joseph G. Kosciw, Ph.D

A Report from GLSEN | www.glsen.org

**National Headquarters**
110 William St.
New York, NY 10038
Ph: 212-727-0135 Fax: 212-727-0254

**DC Policy Office**
1001 Connecticut Ave. NW, Suite 206
Washington, DC 20036
Ph: 202-347-7780 Fax: 202-347-7781

info@glsen.org
www.glsen.org
© 2016 GLSEN

ISBN 978-1-934092-18-7

When referencing this document, we recommend the following citation:
GLSEN (2016). *Educational exclusion: Drop out, push out, and school-to-prison pipeline among LGBTQ youth.* New York: GLSEN.

**GLSEN** (the Gay, Lesbian & Straight Education Network) is the leading national education organization focused on ensuring safe schools for all students. Established in 1990, GLSEN envisions a world in which every child learns to respect and accept all people, regardless of sexual orientation or gender identity/expression. GLSEN seeks to develop school climates where difference is valued for the positive contribution it makes to creating a more vibrant and diverse community. For more information on our educator resources, research, public policy agenda, student leadership programs, or development initiatives, visit www.glsen.org.

Graphic design: Ace Creative

Quotes throughout are from students' responses to open-ended questions in the survey.

Electronic versions of this report and all other GLSEN research reports are available at www.glsen.org/research.

# Table of Contents

**Preface** .......... v

**Acknowledgments** .......... vi

**Executive Summary** .......... vii

**Introduction** .......... 1

**Methods And Sample** .......... 5

**Results** .......... 9

School Discipline .......... 11

Dropping Out of School .......... 17

Justice System Involvement .......... 21

Demographic Differences in School Discipline, Dropping Out, and Justice System Involvement .......... 25

**Discussion** .......... 31

Limitations .......... 33

Conclusions & Recommendations .......... 33

**Notes And References** .......... 41

# List of Tables and Figures

Table 1 Characteristics of Survey Participants ........ **8**

Table 2 Characteristics of Survey Participants' Schools ........ **8**

Figure 1 Percentage of LGBTQ Students who Have Experienced School Discipline ........ **11**

Figure 2 Experiences of School Discipline and Victimization Due to Sexual Orientation ........ **12**

Figure 3 Experiences of School Discipline and Victimization Due to Gender Expression ........ **12**

Figure 4 Experiences of School Discipline and Missing School Due to Feeling Unsafe ........ **12**

Figure 5 Percentage of LGBTQ Students who Have Experienced Discriminatory Policies and Practices at School ........ **13**

Figure 6 Experiences of School Discipline and Discrimination at School ........ **14**

Figure 7 Missing School Because of Safety Concerns and Severity of Victimization ........ **18**

Figure 8 Percentage of LGBTQ Students who Have Been Involved in the Juvenile/Criminal Justice System Due to School Discipline ........ **21**

Figure 9 Involvement in the Justice System Due to School Discipline, and Victimization Due to Sexual Orientation ........ **22**

Figure 10 Involvement in the Justice System Due to School Discipline, and Victimization Due to Gender Expression ........ **22**

Figure 11 Involvement in the Justice System Due to School Discipline, and Missing School Due to Feeling Unsafe ........ **22**

Figure 12 Involvement in Justice System Due to School Discipline, and Discrimination at School ........ **23**

Figure 13 Race/Ethnicity and Experiences of School Discipline ........ **26**

Figure 14 Race/Ethnicity and Dropping Out ........ **26**

Figure 15 Gender Identity and Experiences of School Discipline ........ **27**

Figure 16 Gender Identity and Dropping Out ........ **27**

Figure 17 Housing Status and Experiences of School Discipline ........ **29**

Figure 18 Housing Status and Dropping Out ........ **29**

Figure 19 Housing Status and Involvement in the Juvenile/Criminal Justice System Due to School Discipline ........ **30**

# Preface

U.S. Secretary of Education John B. King recently decried "the disparities in opportunities and experiences that different groups of students have in our schools" and called for greater action to "close achievement and opportunity gaps." His comments were prompted by the latest wave of findings from the national Civil Rights Data Collection (CRDC) in our public schools, which revealed dramatic differences in experience for students of color, English language learners, and students with disabilities.

*Educational Exclusion: Drop Out, Push Out, and the School to Prison Pipeline among LGBTQ Youth* adds another layer of urgency and understanding missing from the federal data by analyzing the various factors that combine to push lesbian, gay, bisexual, transgender, and queer (LGBTQ) students out of school and, in some cases, into the criminal justice system. Many of the LGBTQ students whose lives we examine here are drawn from groups identified in the CRDC. In this study, we illuminate the cross-cutting pressures that can have a compounding effect on these students' challenges, further undermining their life chances.

LGBTQ students face a distinct and daunting combination of forces chipping away at their connection to school, their will to persevere, and their ability to complete their studies. They are much more likely than other students to face routine victimization by their peers. Damaging unto itself, that victimization can also increase their experiences of school discipline. These students are also more vulnerable to the impact of discriminatory school policies and active discrimination on the part of some school faculty and staff.

The fundamental impact of these combined factors is clear: LGBTQ students face high rates of school discipline—including detention, suspension, or expulsion from school. And, comparatively, LGBTQ youth were much more likely than non-LGBTQ youth to have experienced each kind of discipline. Perhaps not surprisingly, transgender and gender-nonconforming youth fared the absolute worst, and were three times more likely than LGBQ students to say that they did not expect to finish high school.

The data for this study was collected before the 2015–16 legislative session produced an unprecedented wave of anti-LGBTQ and specifically anti-transgender legislation at the state level. Next school year could be an especially difficult time, particularly for transgender students facing heightened sensitivity regarding the issue of bathroom access. However, there are significant reasons for hope. Some districts and school leaders are newly aware of the challenges facing LGBTQ students and eager to take action in response. And the federal data sets guiding national policymaking are entering a new era, with greater inclusion of LGBTQ youth across several important studies.

As our nation invests in addressing persistent disparities in student opportunity, achievement, and life chances, this study suggests the integral place of LGBTQ identity within the core group of factors that must be part of any effective response. At GLSEN, we continue to develop, test, and advocate for effective responses to the challenges LGBTQ students face, bringing evidence-based solutions to policymakers and school leaders who are ready to act.

The students whose realities are documented in this report deserve nothing less.

Eliza Byard, PhD

Executive Director
GLSEN

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 258 of 434 - Page ID#: 4182

# Acknowledgments

First and foremost, we thank the youth who participated in the *2013 National School Climate Survey* for enlightening us about their experiences in school. We also wish to acknowledge the organizations that assisted with disseminating information about the survey online, including LGBTQ youth services and programs that invited their constituents to participate in the survey and GLSEN's Chapters.

There were also a number of GLSEN staff members who provided invaluable assistance. We would like to thank Senior Research Associate Christian Villenas for his help with background literature, Research Associate Noreen Giga for her assistance editing and proofreading, Director of Public Policy Nathan Smith for providing his expertise regarding relevant legal and policy issues, and Director of Field Services Daryl Presgraves for his input regarding implications for local advocacy work. Finally, we continue to be grateful to GLSEN's Executive Director Eliza Byard for her ongoing support of GLSEN Research.

# Executive Summary

AR_283443

AR_283444

Over the past decade we have witnessed enormous growth in interest in the experiences of lesbian, gay, bisexual, transgender, and queer (LGBTQ)[1] students in school. More and more attention has been paid to LGBTQ student safety, particularly regarding their disproportionate exposure to bullying and potential ways to make schools safer and more supportive. For the first time, the federal government has committed to asking about harassment and bullying based on sexual orientation via the Civil Rights Data Collection that all U.S. school districts are required to complete. In addition, the Department of Education has added LGBT-inclusive questions to other government surveys, such as the High School Longitudinal Survey[2], and more LGBTQ students than ever indicate that their schools have anti-bullying policies that specifically protect them based on their sexual orientation and gender identity/expression.[3] Yet, despite these recent gains, schools still remain unsafe for many LGBTQ students and may also be unwelcoming to LGBTQ students because of discrimination and a lack of affirming resources.[4]

There also has been growing attention to harsh and exclusionary disciplinary policies that effectively push students, including LGBTQ students, out of schools. A great deal of research has documented the overrepresentation of certain groups of students in the school-to-prison pipeline (STPP). Specifically, Black/African-American youth, Latino/a youth, and youth with disabilities experience disproportionately higher rates of school discipline and involvement with the criminal/juvenile justice system and lower high school graduation rates.[5] Emerging research suggests that these harsh forms of discipline may be also applied disproportionately to LGBTQ youth, thus depriving this population of educational opportunities.[6]

This report expands on the current body of literature by examining potential pathways that push youth out of school and potentially into the criminal justice system in a national sample of LGBTQ middle and high school students. This report draws from data from GLSEN's *2013 National School Climate Survey*,[7] sharing both relevant, previously reported findings, and presenting new findings from analysis conducted specifically for this report.

## Methods

Data used in this report come from the seventh installment of GLSEN's *National School Climate Survey*, which was conducted during the 2012–2013 school year. GLSEN used two methods to obtain a representative national sample of LGBTQ youth to participate in the survey: 1) outreach through national, regional, and local organizations that provide services to or advocate on behalf of LGBTQ youth, and 2) targeted outreach on social media. The survey was available online through GLSEN's website. For the first method, we provided organizations with outreach materials about the survey, such as sample social network posts and paper flyers to share with their youth constituents. To ensure representation of transgender youth, youth of color, and youth in rural communities, we made special efforts to notify groups and organizations that work predominantly with these populations. For the second method, we posted advertisements for the survey on Facebook, targeting all users between 13 and 18 years of age who gave some indication on their profile that they were lesbian, gay, bisexual, transgender, or queer. Information about the survey was also posted on subgroups or pages with significant LGBTQ youth content or followers of additional social media sites (e.g., Tumblr, Reddit, TrevorSpace).

The final sample consisted of a total of 7,898 students between the ages of 13 and 21. Students came from all 50 states and the District of Columbia and from 2,770 unique school districts. Just over two thirds of the sample (68.1%) was White/European American, slightly less than half (43.6%) was cisgender female, and over half identified as gay or lesbian (58.8%). Students were in grades 6 to 12, with the largest numbers in grades 10 and 11.

## Key Findings

### SCHOOL DISCIPLINE

The use of harsh and exclusionary discipline policies has contributed to higher dropout rates as well as reliance on alternative educational settings where educational supports and opportunities may be less available, including alternative schools or juvenile justice facilities.[8]

These forms of discipline may be applied disproportionately to LGBTQ youth and deprive them of educational opportunities.

**Rates of School Discipline**

- Over a third (35.6%) of LGBTQ students had received detention.
- 15.1% of LGBTQ students had received in-school or out-of-school suspension.
- 1.3% of LGBTQ students had been expelled.
- Two in five (39.8%) LGBTQ students reported experiencing at least one of these forms of school discipline.
- 46.7% of LGBTQ Black/African American students, 44.1% of LGBTQ Hispanic/Latino students, and 47.3% of LGBTQ Multiracial students had ever been disciplined at school, compared to 36.3% of LGBTQ White/European students and 35.2% of LGBTQ Asian/South Asian/Pacific Islander students.
- Nearly half of transgender students (45.2%) and students with another gender identity, i.e., those who were not cisgender, but did not identify as transgender or genderqueer (48.9%), had experienced discipline at school, compared to less than forty percent of genderqueer (39.1%) and cisgender female (37.5%) and male (38.4%) LGBQ students.
- Cisgender LGBQ students whose gender expression was nonconforming reported higher rates of school discipline: 41.8% compared to 35.6% of gender conforming LGBQ cisgender youth.
- LGBTQ students who were homeless were more likely to have experienced school-based discipline: 54.0% vs. 46.6% of those living with relatives and 38.5% of those living at parent/guardian's home, perhaps due to challenges in attending school or completing schoolwork.
- LGBTQ students who reported having an educational, emotional, or physical disability were more likely to have experienced school discipline: 47.8% compared to 36.9% of LGBTQ students without a disability.

**Pathways to School Discipline**

Several factors may contribute to LGBTQ students' school disciplinary experiences and to any disparities in discipline between LGBTQ and non-LGBTQ youth, including those stemming from unsafe or unfair school environments.

***Punitive Response to Harassment and Assault***

LGBTQ youth's higher likelihood of victimization may put them in greater contact with school authorities and increase their risk of discipline. These youth may be punished even when they are the victims in bullying incidents, including as a result of defensive or preemptive violence.

- Over half of students with higher levels of victimization (sexual orientation victimization: 55.3%; gender expression victimization: 52.1%) had been disciplined at school compared to just over a third of students lower levels of victimization (sexual orientation victimization: 33.8%; gender expression victimization: 34.7%).

***Absenteeism***

Students who are victimized at school may miss school because they feel unsafe and thus face potential disciplinary consequences for truancy.

- Over half (53.6%) of students who had missed school because of feeling unsafe or uncomfortable had been disciplined at school, compared to just over a third (34.0%) of students who had not missed school for these reasons.

***Discriminatory Policies and Practices***

Schools may also have official policies or unofficial practices that unfairly target LGBTQ youth. Policies and practices that disproportionately target LGBTQ students and behaviors may result in a system in which LGBTQ youth are at greater risk for school discpline. Over half of LGBTQ students in our survey (55.5%) reported that they had experienced some type of LGBT-related discrimination at school, including:

- 15.5% of LGBTQ students were prevented from wearing clothing or items supporting LGBT issues (e.g., a t-shirt with a rainbow flag).
- 17.5% of LGBTQ students had been prevented from choosing to discuss or write about LGBT topics in class assignments and projects.

- 17.8% of LGBTQ students had been hindered in forming or promoting a GSA or official school club supportive of LGBT issues.
- 18.1% of LGBTQ students were not allowed to attend a school dance with someone of the same gender.
- Almost one in five (19.2%) LGBTQ students said they had been prevented from wearing clothing deemed "inappropriate" based on their legal sex, including 31.6% of transgender students.
- 18.7% of LGBTQ students had unwillingly been required to use the bathroom or locker room of their legal sex, including 59.2% of transgender students.
- One tenth of LGBTQ students (10.8%) had been prevented from using their preferred name, including 42.2% of transgender students.
- More than a quarter (28.2%) of LGBTQ students reported that they had been disciplined for public affection that is not similarly disciplined among non-LGBTQ students.
- 9.2% of LGBTQ students indicated that they had been disciplined by their school simply for identifying as LGBTQ or that they were disciplined more harshly for infractions compared to non-LGBTQ students.

LGBTQ youth who had experienced discriminatory policies and practices at school experienced higher rates of school discipline. For instance, 48.0% of LGBTQ students experiencing discrimination at school had been disciplined at school, compared to 32.0% who had not been discriminated against.

## DROPPING OUT OF SCHOOL

Students who fail to complete high school may be limited in the vocational, and economic success they can achieve in later life. LGBTQ students may be more likely to drop out of school due to hostile school climates they may face, in addition to potential other challenges outside of school caused by discrimination and stigma.

**High School Completion Plans**

Almost all (96.6%) of LGBTQ students in our survey indicated that they planned to graduate high school and the vast majority planned to continue on to some type of post-secondary education (94.5%). Only a small number indicated that they might not complete high school. However, those who do not graduate may be at higher risk for negative future outcomes, such as involvement with the criminal justice system and higher poverty.

- 3.4% of LGBTQ students reported that they did not plan to graduate high school (0.9%) or were unsure if they would graduate (2.5%).
- LGBTQ Multiracial students were somewhat more likely to say that they did not plan to complete high school or were not sure that they would complete school compared to LGBTQ students of other races (5.0% vs 3.2% of White students, 2.9% of Black/African-American students, 2.8% of Hispanic/Latino students, and 1.0% of Asian/South Asian/Pacific Islander students).
- Non-cisgender students were more likely to report that they might not complete high school (transgender students: 7.6%, genderqueer students: 6.0%, students of other gender identities: 5.0%), compared to cisgender LGBQ students (cisgender males: 2.1%, cisgender females: 2.3%).
- LGBQ cisgender students who were gender nonconforming were more likely to report that they did not plan to complete high school or that they were not sure if they would complete high school compared to gender conforming LGBQ cisgender students (2.6% vs. 1.7%).
- LGBTQ students who were homeless were more likely to indicate they might drop out of school (8.8% vs. 3.1% of students who live in their parent's/guardian's home and 5.2% of students who live with other relatives).
- 5.8% of LGBTQ students with a physical, emotional, or educational disability indicated that they may drop out of school, compared to 2.6% of students without a disability.

**Pathways to Dropping Out**

In addition to factors that might be related to leaving school for any student, there are additional factors specifically relevant to LGBTQ youth that might increase their risk for dropping out of high school. Experiences resulting from anti-LGBTQ bias—such as peer victimization and discriminatory actions on behalf of school authorities—may play a role in pushing LGBTQ youth out of school.

***Hostile School Climate***

The most common reason LGBTQ students cited for not planning to graduate or being unsure if they would graduate was an unsupportive or hostile school environment.

- Over half (57.9%) of the LGBTQ students who provided reasons for planning to not finish school said that elements of hostile or unsupportive school climates were a barrier to completing high school.
- LGBTQ students who reported higher levels of victimization based on sexual orientation were more likely than other students to report that they may not complete high school (6.6% vs. 2.1%).
- LGBTQ students who reported higher levels of victimization based on gender expression were also more likely than other students to report that they may not complete high school (6.7% vs. 2.0%).

***Academic Performance and Attendance***

Feeling unsafe or uncomfortable at school can negatively affect the ability of students to succeed academically, particularly if it results in avoiding school. When students skip school, in addition to risking sanctions for truancy, they miss out on valuable instructional time in the classroom, putting them at higher risk of dropping out of school or being pushed out of school for academic reasons.

- LGBTQ youth in our survey who indicated that they did not plan to complete high school (or were not sure if they would) stated concerns about academic achievement and meeting graduation requirements as the second most common reason.
- LGBTQ students were more than three times as likely to have missed school in the past month if they had experienced higher levels of victimization related to their sexual orientation (61.1% versus 17.3%) or gender expression (58.6% vs. 18.2%).

***Discriminatory Policies and Practices***

School policies and practices that discriminate against LGBTQ students may contribute to a school setting that feels unwelcome and hostile for many students, leading some students to drop out entirely.

- LGBTQ students who had experienced LGBT-related discrimination were more than three times as likely to have missed school in the past month because they felt unsafe or uncomfortable (42.3% vs. 13.8%).

***Mental Health Concerns***

Hostile school climate may have a negative impact on students' mental health, which may lead students to leave school. In addition, poorer mental health resulting from factors other than a hostile school climate, such as family rejection, might also result in students' inability to complete high school.

- LGBTQ students with higher levels of depression were more likely to plan on not completing high school.
- LGBTQ students with lower levels of self-esteem were more likely to plan to drop out of high school.

***School Discipline***

Youth who experience harsh discipline at school may be less likely to graduate from high school—either because they no longer feel welcome at school, or, perhaps, because the disciplinary sanctions resulted in them being removed from school (either through expulsion or involvement with the criminal justice system).

- 1.5% of LGBTQ students who had experienced school discipline indicated that they may drop out of school compared to 0.6% of their LGBTQ peers.

## CRIMINAL/JUVENILE JUSTICE SYSTEM INVOLVEMENT DUE TO SCHOOL DISCIPLINARY ACTIONS

The increasing use of disciplinary approaches in school, aside from the consequences of pushing students out of school, also has had the unfortunate effect of increasing youth involvement with the juvenile and criminal justice systems.

**Rates of Justice System Involvement Resulting from School Disciplinary Actions**
Although only a small portion of LGBTQ students in our survey have become involved in the justice system due to school disciplinary sanctions, their involvement may limit their future educational attainment and potential opportunities for success.

- 2.2% of LGBTQ youth said they had contact with the juvenile or criminal justice system as a result of disciplinary action at school, including 1.7% who had appeared before a juvenile or criminal court, 1.1% who had been arrested, and 0.5% who had served time in a juvenile or adult detention facility.
- Transgender students (3.5%) and students with another gender identity, i.e., those who were not cisgender, but did not identify as transgender or genderqueer, (3.1%) reported more overall contact with the juvenile justice system as a result of school discipline compared to their LGBQ cisgender peers.
- Cisgender LGBQ females (2.3%) reported slightly higher rates of justice system contact compared to cisgender GBQ males (1.5%).
- LGBTQ students with less stable housing situations were more likely have experienced contact with the justice system due to school discipline. 1 in 10 (9.7%) LGBTQ students who were homeless experienced such contact compared to 1.9% of LGBTQ students who lived in their parents or guardian's home and 4.1% of those who lived with other relatives.
- LGBTQ students with a physical, emotional, or educational disability were more likely to have been involved in the justice system due to school discipline than their LGBTQ peers (4.4% vs. 1.7%).

**Pathways to Justice System Involvement**
Numerous factors that put LGBTQ youth at higher risk of school discipline may also work to increase their risk of contact with the justice system, such as peer victimization, unfair disciplinary practices, discriminatory policies, and truancy.

***Punitive Responses to Harassment and Assault***
Students who are victimized are more likely to come into contact with school officials especially when they attempt to address victimization incidents. School officials may then involve law enforcement in their disciplinary approaches.

- LGBTQ students who reported higher levels of victimization were more likely to have been involved with the justice system as result of school disciplinary actions than those with lower levels of victimization (victimization based on their sexual orientation: 4.7% vs 1.2%; victimization based on gender expression: 3.8% vs. 1.5%).

***Absenteeism***
LGBTQ students who are truant because they feel unsafe in the school environment may be at greater risk for referral to law enforcement and the court system.

- 4.1% of LGBTQ students who had missed school because they felt unsafe or uncomfortable had been involved with the justice system due to school discipline, compared to 1.4% of LGBTQ students who had not missed school due to safety reasons.

***Discriminatory Policies and Practices***
When LGBTQ youth violate school policies, they may ultimately be referred to law enforcement as a form of discipline or intervention.

- LGBTQ students who had experienced discriminatory policies and practices at school were more likely to have been involved with the criminal or juvenile justice system as a result of school-related infractions (3.1% vs. 1.1%).

## Conclusions and Recommendations

This report illustrates that for many LGBTQ students schools are hostile environments that effectively function to deprive students of the ability to learn, whether by pushing them out, increasing their likelihood of dropping out, or funneling them into the school-to-prison pipeline. When LGBTQ students feel less safe, less comfortable, and less welcome in schools, they are more likely to miss school and to drop out. School policies that disproportionately affect LGBTQ students, such as gendered dress codes and rules about public displays of affection, also expose LGBTQ youth to greater rates of school discipline, and sometimes, as a result, involvement in the justice system. Staff attitudes about and biases against LGBTQ students are also evident in the discretionary use of discipline in ways that target LGBTQ students, such as punishing gay and lesbian couples for public displays of affection in school that are not enforced similarly for heterosexual couples.

Although all LGBTQ youth may face hostile climates and damaging school policies and practices, findings from this report demonstrate that some LGBTQ youth are at even greater risk for pushed out of school and into the criminal/juvenile justice system. African-American, Latino/a, and Multiracial students experienced higher rates of school discipline and were more likely to believe they might not complete high school. Similarly, transgender and LGBQ gender nonconforming students, as well as LGBTQ students experiencing homelessness and LGBTQ students with disabilities were at greater risk for school discipline and dropping out; they were also more likely to be involved with criminal or juvenile justice system as a result of school discipline experiences. Therefore, as schools develop policies and practices to keep LGBTQ youth in school, they must also pay particular attention to assessing and addressing disparities faced by other groups of traditionally marginalized youth.

Findings from this report suggest that schools regularly employ policies, intentionally or not, that disproportionately and negatively affect LGBTQ students. School administrators and teachers should examine their school policies and practices to ensure that LGBTQ students are not disproportionately affected, and moreover, to assess whether all students are given the opportunity to learn at school. States and school districts also should adopt non-discrimination policies and incorporate sexual orientation and gender identity/expression into existing anti-bullying/harassment and non-discrimination policies to foster school environments where all students are treated equitably.

It is also important that the policies designed to address bullying and other student behavior issues do not contribute further to the school-to-prison pipeline by mandating harsh discipline for all infractions through zero-tolerance policies. We strongly discourage the use of zero-tolerance policies and recommend giving more authority and discretion to educators and school personnel in addressing school discipline, and support the use of exclusionary discipline only for the most serious of infractions, if at all. Instead, schools should employ graduated approaches that take into account the seriousness of the offense in order to keep students in school whenever possible. When discipline is used, educators should take steps to ensure that students who are disciplined have access to learning opportunities, and that if removal from the classroom is a necessary component of the discipline, they are reintegrated into regular classroom environments following the disciplinary response as soon as possible.

Individual educators can also take steps to create school environments where LGBTQ students are supported and engaged. Specifically, teachers can employ culturally responsive teaching that addresses the individual needs of their students and should also incorporate positive representations of LGBTQ people and topics into their teaching to ensure that LGBTQ also feel represented in the classroom. All school staff should engage in fair means of addressing bullying incidents and intervene effectively when these incidents occur, in ways that do not blame LGBTQ students, or any student, for their own victimization. In addition, when addressing behavioral infractions, educators may consider using restorative practices that focus on building

community and repairing relationships, as opposed to simply punitive discipline measures. Such restorative practices have been shown to be effective in reducing school discipline overall. However, there is evidence that they do not reduce racial disparities in rates of school discipline and currently there is no research on their effectiveness in addressing incidents involving LGBTQ students.

Schools should also examine the use of School Resource Officers (SROs) and similar types of security personnel. Their presence in school may result in higher rates of student removal from school, and although further research is warranted, overall, they may be ill equipped to respond effectively and fairly to LGBTQ students. If SROs are present in a school, administrators should take steps to ensure that SROs are trained on how to address the needs of LGBTQ youth.

Although it is a priority to keep students in school, services should be in place for those who have been pushed out. It is critical that these students are provided with opportunities to complete their high school education—either through compensatory schooling or through diploma-equivalent certifications, such as GED (General Education Development). Organizations providing these services, such as juvenile justice facilities, tutoring programs, and alternative schools, should ensure that they are open and welcoming to LGBTQ youth. In addition, programs that currently serve LGBTQ youth, like LGBTQ Centers, may want to provide additional educational opportunities for these youth, such as GED courses.

Advocacy efforts at the state and federal levels should continue to push for policies that prohibit discrimination and bullying of LGBTQ youth in schools, such as the Student Non-Discrimination Act and enumerated anti-bullying laws. In addition, state policies that limit the use of suspensions and expulsions in schools are critical and should be implemented across the nation. Furthermore, schools should comply with Title IX, the federal education law protecting students from sex discrimination, by ensuring that LGBTQ youth are not discriminated against. Students and families should be made aware of their rights and the mechanisms for filing complaints if those

rights are violated. Mandating comprehensive training for school personnel on alternative discipline approaches as well as training on Title IX and LGBTQ student issues in both pre- and in-service is also necessary to ensure that educators are equipped to provide LGBTQ youth with the quality education they deserve.

Further research is needed that examines the potential disparities in drop out, school discipline, and justice involvement for LGBTQ youth. Government data collection tools should include ways to both assess school discipline and identify LGBTQ students in order to better understand potential disparities. Future research should also evaluate the utility of specific approaches in helping reduce the use of school discipline specifically among LGBTQ students.

Together, these recommendations offer strategies to reduce push out, drop out, and forces that push LGBTQ youth into the school-to-prison pipeline. Findings from this report demonstrate that the current educational environment for LGBTQ students is unacceptable and unsustainable if schools are to prepare the next generation of citizens to address the nation's diverse challenges. It is imperative that schools act to improve hostile climates and end harsh and unfair disciplinary practices. These recommendations will help to create more welcoming and supportive environments for LGBTQ students, and all students alike.

AR_283452

# Introduction

AR_283454

Over the past decade we have witnessed enormous growth in interest in the experiences of lesbian, gay, bisexual, transgender, and queer (LGBTQ)[9] students in school. More and more attention has been paid to LGBTQ student safety, particularly regarding their disproportionate exposure to bullying and potential ways to make schools safer and more supportive. For the first time, the federal government has committed to asking about harassment and bullying based on sexual orientation via the Civil Rights Data Collection that all U.S. school districts are required to complete. In addition, the Department of Education has added LGBT-inclusive questions to other government surveys, such as the High School Longitudinal Survey,[10] and more LGBTQ students than ever indicate that their schools have anti-bullying policies that specifically protect them based on their sexual orientation and gender identity/expression.[11] Yet, despite these recent gains, schools still remain unsafe for many LGBTQ students and may also be unwelcoming to LGBTQ students because of discrimination and a lack of affirming resources.[12]

Across the country, there also has been growing attention to harsh and exclusionary disciplinary policies that effectively push students, including LGBTQ students, out of schools. Despite declining rates of youth violent crime over the past decade,[13] school discipline and justice system involvement remain at elevated levels in the United States.[14] Driven at the federal level by the Gun Free School Act of 1994, several disciplinary approaches have contributed to the considerable incarcerated youth population, including the rise of exclusionary zero-tolerance policies which mandate harsh discipline like suspension or expulsion regardless of the severity of the offense.[15] By 2009, 1 in 9 students was suspended from school each year due to a disciplinary infraction,[16] and as of 2010, 1 in every 444 youth was incarcerated.[17]

The pathways out of school and into incarceration have been referred to as the school-to-prison pipeline (STPP).[18] Rather than deterring future transgressive behavior,[19] students who have been suspended from school are subsequently more likely to commit further infractions and be suspended from school once again. Similarly, youth who are suspended or expelled often struggle with limited academic opportunities and lasting stigma following their offenses,[20] and they are substantially more likely to drop out of school as well as become involved in the justice system in subsequent years.[21] Simply attending a school with higher levels of exclusionary discipline has been shown to have a negative impact on math and reading achievement, even among youth who are not subject to these disciplinary procedures,[22] and similarly, living in communities affected by high incarceration rates negatively affects the mental health even among those who have not been incarcerated themselves.[23] Youth who become incarcerated have often experienced prior, unresolved trauma and stress,[24] which may only be exacerbated by the lack of supportive, structured environments in alternative facilities relative to those that could be found in traditional schools.[25]

A great deal of research has documented the overrepresentation of certain groups of students in the school-to-prison pipeline (STPP). Specifically, Black/African American youth, Latino/a youth, and youth with disabilities experience disproportionately higher rates of school discipline and involvement with the criminal/juvenile justice system and lower high school graduation rates.[26] Emerging research suggests that these harsh forms of discipline may be also applied disproportionately to LGBTQ youth and deprive them of educational opportunities.[27] For example, one study found that sexual minority youth in one Wisconsin county face higher rates of school suspension and involvement in the juvenile justice system compared with heterosexual youth even for similar infractions.[28] Non-heterosexual youth, particularly girls, have been found to experience disproportionate rates of school sanctions and justice system involvement, even after accounting for differences in transgressive behaviors,[29] demographic characteristics, and other relevant variables. For instance, in one national study, non-heterosexual adolescents[30] had between 1.25 and 3 times the odds of heterosexual peers of experiencing a range of justice system and school sanctions, including expulsion from school, being stopped by the police, being arrested, and being convicted in court.[31] Although most scholars estimate LGBTQ youth

to comprise 5 to 7 percent of the general youth population, recent research has found LGB and gender nonconforming youth to constitute 15 percent of youth housed in the juvenile justice system.[32] Together, these findings indicate that schools operate via multiple mechanisms to create negative school climates for LGBTQ youth, leading many to drop out of school, feel pushed out by unwelcoming attitudes and policies, and in some cases, be funneled into the STPP.

This report expands on the current body of literature by examining potential pathways that funnel youth out of school and potentially into the criminal justice system in a national sample of LGBTQ middle and high school students. This report draws predominately from data from GLSEN's *2013 National School Climate Survey*,[33] sharing both relevant, previously reported findings and presenting new findings from analysis conducted specifically for this report. We explore potential mechanisms by which LGBTQ youth are pushed out of school—from direct victimization to individual and institutional discrimination. We also examine LGBTQ students' specific experiences with school discipline and criminal and juvenile justice systems. Furthermore, as existing data has revealed that some students—specifically Black and Latino youth, youth with disabilities, and gender nonconforming youth—may be unfairly disciplined at school and overrepresented in the juvenile justice system,[34] we assess potential differences in LGBTQ students' experiences by demographic factors, such as race/ethnicity, gender, housing status, and disability. Lastly, we present recommendations for both further research and specific programmatic and policy strategies that may help to keep LGBTQ youth in school and reduce their risk of involvement with the criminal and juvenile justice systems.

# Methods and Sample

AR_283458

Data used in this report come from the 2013 installment of GLSEN's *National School Climate Survey*, a biennial survey of students who identify as lesbian, gay, bisexual, transgender, and/or queer (LGBTQ). Youth were eligible to participate in the survey if they were at least 13 years of age, attended a K–12 school in the United States during the 2012–13 school year, and identified as lesbian, gay, bisexual, or a sexual orientation other than heterosexual (e.g., queer, questioning) or described themselves as transgender or as having another gender identity that is not cisgender[35] (e.g., genderqueer). Participants completed an online survey about their experiences in school, including their educational aspirations, disciplinary experiences, and contact with the juvenile or criminal justice system.

The survey was available online through GLSEN's website. Notices and announcements were sent through GLSEN's email and Chapter networks as well as through national, regional, and local organizations that provide services to or advocate on behalf of LGBTQ youth. The national and regional organizations posted notices about the survey on listservs, websites, and social networking websites (e.g., TrevorSpace). Local community groups serving LGBTQ youth notified their participants about the online survey via email, social networking, and paper flyers. To ensure representation of transgender youth, youth of color, and youth in rural communities, additional outreach efforts were made to notify groups and organizations that work predominantly with these populations about the survey.

Contacting participants only through LGBTQ youth-serving groups and organizations would have limited our ability to reach LGBTQ students who were not connected to or engaged in LGBTQ communities in some way. Thus, in order to broaden our reach to LGBTQ students who may not have had such connections, we conducted targeted outreach and advertising through social media sites. Specifically, we advertised the survey on Facebook to U.S. users between 13 and 18 years of age who indicated on their profile that they were: male and interested in men or both men and women, female and interested in women or both women and men, students who were connected to Facebook pages relevant to

LGBTQ students (e.g., Day of Silence page), or friends of other students connected to relevant Facebook pages. We also advertised to those 13–18 year old Facebook users who listed relevant interests or "likes" such as "LGBT," "queer," "transgender," or other LGBTQ-related terms. Information about the survey was also posted on subgroups or pages with significant LGBTQ youth content or followers of additional social media sites (e.g., Tumblr, Reddit).

The final sample consisted of a total of 7,898 students between the ages of 13 and 21. Students came from all 50 states and the District of Columbia and from 2,770 unique school districts. Table 1 presents participants' demographic characteristics and Table 2 shows the characteristics of the schools attended by participants. Just over two thirds of the sample (68.1%) was White/European American, slightly less than half (43.6%) was cisgender female, and over half identified as gay or lesbian (58.8%). Students were in grades 6 to 12, with the largest numbers in grades 10 and 11.

**Table 1. Characteristics of Survey Participants**

| Race and Ethnicity[36] (n = 7376) | % |
|---|---|
| White or European American | 68.1 |
| Hispanic or Latino, any race | 14.7 |
| African American or Black | 3.3 |
| Asian, South Asian, or Pacific Islander | 2.7 |
| Middle Eastern or Arab American, any race | 1.4 |
| Native American, American Indian or Alaska Native | 0.7 |
| Another Race or Ethnicity | 0.2 |
| Multiracial | 8.9 |
| **Gender[37] (n = 7468)** | **%** |
| Cisgender | 75.6 |
| *Female* | *43.6* |
| *Male* | *32.0* |
| Transgender | 9.5 |
| *Female* | *1.5* |
| *Male* | *5.9* |
| *Another Transgender identity (e.g., transgender and also identifying as both male and female, or transgender only)* | *2.1* |
| Genderqueer | 10.6 |
| Another Gender (e.g., agender, genderfluid) | 4.3 |
| **Sexual Orientation[38] (n = 7579)** | **%** |
| Gay or Lesbian | 58.8 |
| Bisexual or Pansexual[39] | 31.6 |
| Queer | 4.8 |
| Another Sexual Orientation (e.g., omnisexual) | 2.2 |
| Questioning or Unsure | 2.6 |
| **Average Age (n = 7898) = 16.0 years** | |
| **Grade in School (n = 7357)** | **%** |
| 6th | 0.1 |
| 7th | 3.5 |
| 8th | 9.0 |
| 9th | 18.2 |
| 10th | 23.6 |
| 11th | 25.8 |
| 12th | 19.8 |

**Table 2. Characteristics of Survey Participants' Schools**

| Grade Level (n = 7821) | % |
|---|---|
| K through 12 School | 6.5 |
| Elementary School | 0.1 |
| Lower School (elementary and middle grades) | 0.9 |
| Middle School | 8.9 |
| Upper School (middle and high grades) | 7.8 |
| High School | 75.8 |
| **School Type (n = 7698)** | **%** |
| Public School | 89.2 |
| *Charter* | *3.5* |
| *Magnet* | *8.8* |
| Religious-Affiliated School | 4.1 |
| Other Independent or Private School | 6.6 |
| **Region[40] (n = 7897)** | **%** |
| Northeast | 22.2 |
| South | 31.2 |
| Midwest | 21.9 |
| West | 24.8 |
| **School Locale[41] (n = 7821)** | **%** |
| Urban | 28.8 |
| Suburban | 40.7 |
| Rural or Small Town | 30.4 |

# Results

AR_283462

## School Discipline

The use of harsh and exclusionary discipline, such as zero tolerance policies, has proliferated over the previous several decades for both serious infractions as well as minor violations of school policies.[42] Initially framed as vital to protecting teachers and students,[43] these disciplinary policies are now widely regarded as being over-employed in removing students from the traditional school environment.[44] The use of harsh discipline has contributed to higher dropout rates as well as reliance on alternative educational settings, including alternative schools or juvenile justice facilities, where educational supports and opportunities may be less available.[45]

Growing awareness of the soaring use of exclusionary school discipline approaches in the U.S. has included some attention to their effect on LGBTQ youth.[46]

### RATES OF SCHOOL DISCIPLINE AND DISPARITIES

We asked LGBTQ students in the *National School Climate Survey* if they had experienced certain types of experiences at school as a result of disciplinary action. Two in five (39.8%) respondents in this survey said they had ever been disciplined at school, including 35.6% who had received detention, 15.1% who had been suspended, and 1.3% who had been expelled (see Figure 1).

**Figure 1. Percentage of LGBTQ Students who Have Experienced School Discipline**

40%
30%
20%
10%
0%
35.6%
15.1%
1.3%
39.8%
Received detention
Been suspended from school (in-school or out-of-school)
Been expelled from school
Experienced any of these forms of school discipline

To date there has been no published research examining potential differences in rates of school discipline[47] among LGBTQ and non-LGBTQ youth. Although one study assessed sexual orientation disparities regarding school discipline, this research did not include transgender youth. Preliminary findings from an upcoming GLSEN study of a nationally representative sample of 1,367 middle and high school students[48] indicate that LGBTQ students were far more likely to have experienced any type of school discipline (62.8% vs 45.8%).[49] Specifically, LGBTQ students were more likely to: have been called to the principal's office (38.1% vs. 24.8%), have received detention (45.0% vs. 33.4%), and have been suspended (24.9% vs. 14.5%). The prevalence rates for school discipline in this sample of students is greater than the rates we found for LGBTQ students in our *National School Climate Survey* which may be due to differences between the two surveys in sampling or question wording.[50] Regardless, additional national datasets that include ways to identify LGBTQ youth and incorporate data about school discipline experiences are needed to further assess these disparities.

### PATHWAYS TO SCHOOL DISCIPLINE

Several factors may contribute to LGBTQ students' school disciplinary experiences and to any disparities in discipline between LGBTQ and non-LGBTQ youth, including those stemming from unsafe or unfair school environments.

**Punitive Response to Harassment and Assault**
LGBTQ youths' higher likelihood of victimization, and policies that intentionally or unintentionally target them, may also put them in greater contact with school authorities and increase their risk of discipline. Recent research of LGBTQ youth in the STPP has suggested that LGBTQ youth are sometimes punished even when they are the victims in bullying incidents, including as a result of defensive or preemptive violence.[51] Our prior research indicates that 1 in 10 LGBTQ students (9.8%) who reported incidents of victimization to school authorities say they themselves were disciplined as a result of reporting.[52]

We examined whether students who experienced higher rates of victimization also experienced higher rates of school discipline, perhaps because they were perceived to be the perpetrator in these incidents. LGBTQ youth who reported higher than average levels of victimization based on their sexual orientation or gender expression did experience substantially higher levels of all types of discipline examined in this report (see Figures 2 and 3).[53-54] For example, half (49.4%) of students who experienced higher levels of victimization based on sexual orientation reported experiencing detention, compared to just under one third (30.2%) of students experiencing lower levels of victimization.

**Figure 2. Experiences of School Discipline and Victimization Due to Sexual Orientation**
(Percentage of LGBTQ Students who Have Experienced Disciplinary Action)

**Figure 3. Experiences of School Discipline and Victimization Due to Gender Expression**
(Percentage of LGBTQ Students who Have Experienced Disciplinary Action)

**Absenteeism**

In addition to potential disciplinary sanctions students may face when they are involved in an altercation with a student who may be targeting them, students who are victimized at school may miss school because they feel unsafe and thus face potential disciplinary consequences for truancy. We found in our study that students who had missed school due to safety concerns were much more likely to have experienced school discipline.[55] For example, 53.6% of students who had missed school due to safety reasons had been disciplined at school, compared to 34.0% of students who had not missed school due to safety reasons (see Figure 4).

> "My school has a policy that you can only have two unexcused absences, otherwise you lose credit. I skip school a lot due to harassment and feeling uncomfortable at school."

**Figure 4. Experiences of School Discipline and Missing School Due to Feeling Unsafe**
(Percentage of LGBTQ Students who Have Experienced Disciplinary Action)

"At the beginning of the year I got in a fight after standing up to a bully. I was punished and he was not, because by being genderqueer, I provoked the fight."

## Discriminatory Policies and Practices

Schools may also have official policies or unofficial practices that unfairly target LGBTQ youth. Policies and practices that disproportionately target LGBTQ students and behaviors may result in a system in which LGBTQ youth are at greater risk for school discipline. Based on previous research asking LGBTQ students to describe ways in which they had been discriminated against at school,[56] we asked LGBTQ students in the *2013 National School Climate Survey* if they had experienced any of the most common discriminatory policies and practices at school. Over half of LGBTQ students (55.5%) reported that they had experienced some type of LGBT-related discrimination at school (see Figure 5 below).

***Restricting LGBT Expression in School***

Many of the policies and practices we asked about involved efforts to restrict students from expressing themselves in the school environment. As such, they conveyed to some degree that the school setting is not a space for openly LGBT people. Over a tenth (15.5%) of students were prevented from wearing clothing or items supporting LGBT issues (e.g., a t-shirt with a rainbow flag).

"My school dress coded me for wearing a gay pride bracelet and staff doesn't care when students use gay slurs or make fun of gay students or call students gay."

**Figure 5. Percentage of LGBTQ Students who Have Experienced Discriminatory Policies and Practices at School**

Restricting Expression
Prevented from wearing clothing supporting LGBT issues
15.5%
Limiting Curriculum
Prevented from discussing or writing about LGBT topics in class assignments/projects
17.5%
Limiting Extracurriculars
Prevented from forming or promoting a GSA
17.8%
Prevented from attending a school dance with someone of the same gender (as a date)
18.1%
Enforcing Gender Norms
Prevented from using my preferred name (particularly for transgender students)
10.8%
Required to use the bathroom or locker room of my legal sex (particularly for transgender students)
18.7%
Prevented from wearing clothes of another gender
19.2%
Disproportionate Discipline
Disciplined for public affection that is not disciplined if it does not involve LGBT students
28.2%
Unfairly disciplined at school for identifying as LGBT
9.2%
Experienced any of these policies or practices
55.5%
0%
20%
40%
60%

***Prohibiting LGBT Content in the Curriculum***
Schools also maintained policies and practices that sought to keep classrooms, events, and other official school spaces devoid of LGBT content or people. Such policies maintain a silence around LGBT issues and can have the effect of further stigmatizing LGBT people. We found that 17.5% of LGBTQ students had been prevented from choosing to discuss or write about LGBT topics in class assignments and projects.

***Limiting LGBT Inclusion in Extracurricular Activities***
A number of LGBTQ students (17.8%) had been hindered in forming or promoting a GSA or official school club supportive of LGBT issues, and a similar percentage (18.1%) were not allowed to attend a school dance with someone of the same gender. By marking official school activities distinctly as non-LGBT, these types of discrimination prevent LGBTQ students from participating in the school community as fully and completely as other students.

***Enforcing Adherence to Traditional Gender Norms***
Other policies appeared to specifically target students' gender identity and gender expression. Almost one in five (19.2%) LGBTQ students said they had been prevented from wearing clothing deemed "inappropriate" based on their gender (i.e., violated the dress code; e.g., a boy wearing a dress. One tenth of LGBTQ students (10.8%) had been prevented from using their preferred name, and 18.7% had unwillingly been required to use the bathroom or locker room of their legal sex. These policies disproportionally affected transgender students:[57]

- 42.2% of transgender students had been personally prevented from using their preferred name.
- 59.2% of transgender students had been required to use the bathroom or locker room of their legal sex.
- 31.6% of transgender students had been prevented from wearing clothes because they were considered inappropriate based on their legal sex.

**Disproportionate Discipline**
In addition to creating an unwelcome and exclusionary school environment, these discriminatory policies and practices may result in disciplinary sanctions if students violate these policies (e.g. violating gendered dress codes). Other discriminatory actions may more directly contribute to disproportionate punishment for LGBTQ students. More than a quarter (28.2%) of LGBTQ students reported that they had been disciplined for public affection that is not similarly disciplined among non-LGBTQ students. Furthermore, just less than one in ten (9.2%) LGBTQ students indicated that they had been disciplined by their school simply for identifying as LGBTQ or that they were disciplined more harshly for infractions compared to non-LGBTQ students. Thus, in addition to implicitly conveying that school is not a welcome place, these discriminatory policies and practices might also actively function to push LGBTQ students out of school, and thus may account for some of the discipline disparities emerging in research among LGBTQ youth. And, in fact, as illustrated in Figure 6, we found that LGBTQ youth who had experienced discriminatory policies and practices at school did experience higher rates of school discipline (this was true even for those who experienced discrimination that was not directly related to punishment, such as being preventing from bringing a same-gender date to prom).[58] For instance, 43.1% of LGBTQ youth experiencing

**Figure 6. Experiences of School Discipline and Discrimination at School**
(Percentage of LGBTQ Students who Have Experienced Disciplinary Action)

discrimination at school had received detention, compared to 28.4% of youth who had not been discriminated against.

It is important to note that many of these forms of discrimination violate federal and state laws and policies. For instance, restrictions on students' clothing supportive of LGBT issues may violate the First Amendment when there is no evidence that such clothing or support disrupts the learning environment.[59] Preventing the formation of a GSA when other student-formed, non-curricular clubs are present is a violation of the Equal Access Act which requires public schools to allow GSAs to exist alongside other noncurricular student clubs.[60] Prohibiting LGBTQ students from attending school functions (e.g., dances) or from activities permitted among other students (e.g., PDA) violates the First and Fourteenth Amendments of the U.S. Constitution which guarantee freedom of expression and equal protection to all citizens, respectively.[61] Restricting students' gender expression via strict dress codes is a violation of gender protections under Title IX of the federal Educational Amendments of 1972 which prohibits discrimination in education on the basis of sex.[62] In addition, as of 2014, 14 states and Washington, DC had non-discrimination laws protecting students on the basis of sexual orientation and/or gender identity/expression.[63] Recently, transgender students in several states have won lawsuits challenging schools' efforts to restrict their access to bathrooms.[64]

"On my bus the driver discriminates against the LGBT kids. She punishes us for things like sitting together or holding hands, but not the other kids."

AR_283468

## Dropping Out of School

Students who fail to complete high school may be limited in the vocational, and economic success they can achieve in later life. Among the general population, youth who have dropped out of high school before completion are more likely to be unemployed, live in poverty, suffer from health problems, and be involved in the criminal justice system.[65] Although there is little empirical research assessing the disparities between LGBTQ youth and non-LGBTQ youth regarding high school completion, some literature suggests that LGBTQ students are more likely to drop out of school, perhaps due to hostile school climates they may face, in addition to potential other challenges caused by discrimination and stigma.[66]

### HIGH SCHOOL COMPLETION PLANS

We asked students in the *National School Climate Survey* about their overall educational aspirations, including plans to graduate versus dropping out of school. Almost all (96.6%) of LGBTQ students in our survey indicated that they planned to graduate high school and the vast majority planned to continue on to some type of post-secondary education (94.5%). However, 3.4% of survey respondents said that they did not plan to graduate high school (0.9%) or were unsure if they would graduate (2.5%). It is also important to note that the *2013 National School Climate Survey* only included students who were in school during the 2012–2013 school year. Thus, the percentage of LGBTQ students not planning to graduate would be higher with the inclusion of students who had already dropped out of high school.

Furthermore, although there is limited comparative data on the general population of secondary students, some research does suggest that LGBTQ students in our survey may be less likely to plan to complete high school. Some national data from the U.S. Department of Education indicates that slightly less than 1% of general population of high school students believe they will not finish high school,[67] compared to 3.4% of our sample of LGBTQ students who thought that they might not or were not sure. However, given that we included students who indicated that they were not sure if they would finish in our sample and the other data sets did not provide that option for students to indicate that they were not sure, this is not an exact comparison. Future research is needed that directly assesses potential disparities in drop-out rates between LGBTQ youth and non-LGBTQ youth in general population datasets.

### PATHWAYS TO DROPPING OUT

To better understand why LGBTQ students would not finish high school, we asked those students to clarify why they did not plan to complete high school or were not sure about their reasons for leaving school.

"School is such a toxic environment for me that I couldn't force myself to go for almost a month or two and now I can't miss any-more. If I do, I can fail my senior year of high school."

#### Hostile School Climate

By far, the most common reason LGBTQ students cited for not planning to graduate or being unsure if they would graduate was an unsupportive or hostile school environment. Over half (57.9%) of the LGBTQ students who provided reasons for leaving high school said that elements of hostile or unsupportive school climates were a barrier to completing high school. Many of these students mentioned general negative experiences at school and/or feeling alienated from their school communities, including statements such as "I can't stand it" or "It's not worth it." Others were more specific about their experiences of harassment and assault at school and/or explained that they felt unsafe in their school environments, such as this 8th grader from Delaware: "I'm not sure if I can deal with the hate for the full four years. I've been dealing with the hitting and kicking for too long."

In order to better understand the relationship between school climate and dropping out of school, we examined how experiences of victimization were related to students' aspirations regarding high school completion. LGBTQ students who reported higher levels of victimization because of their sexual orientation or gender expression were more likely than other students to report that they did not plan to complete high school.[68-69] Specifically 6.6% of students who experienced a higher severity of victimization based on sexual orientation did not plan to finish high school, compared to 2.1% of those who had experienced less severe victimization (findings were similar for victimization based on gender expression: 6.7% vs. 2.0%).

**Academic Performance and Attendance**
Feeling unsafe or uncomfortable at school can negatively affect the ability of students to succeed academically, particularly if it results in avoiding school. When students skip school, in addition to risking sanctions for truancy, they miss out on valuable instructional time in the classroom, putting them at higher risk of dropping out of school or being pushed out of school for academic reasons. Research on the general population of students indicates that students who miss more days of school have been found to have lower grades and are at substantially greater risk for dropping out.[70]

When LGBTQ youth in our survey who indicated that they did not plan to complete high school (or were not sure if they would) were specifically asked why, the second most common reason they gave involved concerns about academic achievement and meeting graduation requirements. These concerns typically referenced struggles with grades, not having earned the credits required to graduate, and/or missing too much class, often because they felt too unsafe to attend, as one 11th grade student in Utah explained: "I have failed the last three years because I didn't go to school because I didn't feel comfortable there, so it's all a matter of making my grades up."

Students who are regularly harassed or assaulted in school may feel less safe in school and thus attempt to avoid these hurtful experiences by not attending school. We found that experiences of harassment and assault were, in fact, related to missing days of school.[71] As shown in Figure 7, students were more than three times as likely to have missed school in the past month if they had experienced higher levels of victimization related to their sexual orientation (61.1% versus 17.3%) or gender expression (58.6% vs. 18.2%).

**Discriminatory Policies and Practices**
School policies and practices that discriminate against LGBTQ students may contribute to a school setting that feels unwelcoming and hostile for many students, leading some students to drop out entirely. And, we did find that experiencing discrimination was related to missing more days of school.[66] LGBTQ students were more than three times as likely to have missed school in the past month because they felt unsafe or uncomfortable if they had experienced the types of LGBTQ-related discrimination discussed in the previous section on school discipline (42.3% vs. 13.8%).

**Mental Health Concerns**
Previous research has shown that both victimization and discrimination at school may have a negative impact on students' mental health,[73] which may lead students to leave school. In addition, poorer mental health resulting from factors other than a hostile school climate, such as family rejection[74] or other forms of stigmatization,[75] might result in students' inability to complete high school. We found that for students in our survey, poorer well-being was

**Figure 7. Missing School Because of Safety Concerns and Severity of Victimization**
(Percentage of LGBTQ Students Who Had Missed at Least One Day of School in the Past Month)

related to greater likelihood of plans to drop out. Specifically, LGBTQ students with higher levels of depression were more likely to plan on not completing high school. In addition, LGBTQ students with lower levels of self-esteem were also more likely to plan to drop out.[76]

When asked directly about why they planned to drop out, about a fifth (19.8%) of the LGBTQ students who did not plan to graduate or were not sure about graduating identified mental health struggles as a barrier to graduation. Many mentioned a mental health diagnosis such as depression or anxiety, and a few students cited high levels of stress in the school environment. An 11th grade student from Wisconsin reported that "I have been so viciously tortured in public school that I now have severe anxiety and can no longer cope with the panic attacks and thoughts that plague me while I'm there." These findings illustrate how for some students, concerns about academic achievement and/or mental health are directly related to experiences of a hostile school climate. Thus, negative school climates may push students out of school via a number of direct and indirect pathways, as prior research has found.[77]

"After someone found out I am a lesbian, they told everyone at school. I felt so uncomfortable being at school that many of my grades dropped and I was unable to graduate."

**School Discipline**

In the general student population, research indicates that youth who experience harsh discipline are less likely to graduate from high school and that the overuse of harsh discipline in recent years has undermined ongoing attempts to increase graduation rates.[78] We examined the relationship between disciplinary experiences at school and high school completion plans for LGBTQ students in our survey. LGBTQ students were more likely to say they planned to drop out of school when they had been disciplined at school: 1.5% of LGBTQ students who had been disciplined said they planned to drop out, compared to 0.6% of their LGBTQ peers.[79] Considering that this survey only includes students who are still in school, the disparity in dropping out of school may be even larger than observed here.

AR_283472

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 289 of 434 - Page ID#: 4213

## Justice System Involvement

The increasing use of disciplinary approaches in school, aside from the consequences of pushing students out of school, also has had the unfortunate effect of increasing youth involvement with the juvenile and criminal justice systems.[80] Once involved with the justice system, many youth find it difficult to regain or attain developmental trajectories that offer them the broadest opportunities in life. Youth who serve time in juvenile detention facilities are 13 percent less likely to graduate from high school compared to their peers who commit similar crimes but who do not serve time in such facilities, thereby decreasing their later earnings potential and ability to contribute financially to their families and communities.[81] Youth who are incarcerated for crimes are 22 to 26 percent more likely to commit new crimes as adults compared to youth charged with similar crimes but who do not serve time in juvenile detention facilities, after accounting for demographic and other factors.[82] In addition, juveniles who are tried in adult courts are also more likely to be involved in crime as adults than youth who are retained in the juvenile system.[83] Conversely, research shows alternative sentencing and so-called "diversion" or rehabilitative programs to be much more effective at directing youth away from adult incarceration than juvenile judicial interventions, including incarceration.[84]

As with research on school discipline, there is limited but emerging evidence suggesting that LGBTQ youth may be at disproportionate risk of justice system involvement. Although most scholars estimate LGBTQ youth to comprise 5 to 7 percent of the general youth population, recent research has found LGB and gender nonconforming youth to constitute 15 percent of youth housed in the juvenile justice system.[85]

### RATES OF JUSTICE SYSTEM INVOLVEMENT RESULTING FROM SCHOOL DISCIPLINARY ACTIONS

We asked students in our survey about several types of involvement with the juvenile or criminal justice system resulting from school discipline: 2.2% of LGBTQ youth said they had had contact with the juvenile or criminal justice system as a result of disciplinary action at school, including 1.7% who had appeared before a juvenile or criminal court, 1.1% who had been arrested, and 0.5% who had served time in a juvenile or adult detention facility (see Figure 8). Given that existing data on youth involvement in justice system does not provide information on current students who became involved specifically due to school infractions, we are not able to make comparisons between our sample of LGBTQ students and the general student population of students. Future research should explore potential disparities by collecting data on school sanctions that lead to justice system involvement among broader populations of students.

### PATHWAYS TO JUSTICE SYSTEM INVOLVEMENT

Many of the factors that put LGBTQ youth at higher risk of school discipline may also work to increase their risk of contact with the justice system. Experiencing school discipline, such as due to a violation of school policies, may also increase an LGBTQ student's risk of contact with the justice system, whether through direct school referral, or via one of the other, indirect mechanisms thought to increase contact with the justice system when students are not in school (e.g., students who have been suspended or expelled are at greater risk of being arrested during the school day due to the absence of structured, supervised support that schools provide).[86] If students are truant for an excessive number of days, such as due to feeling unsafe, schools may refer cases to juvenile and family courts.

**Figure 8. Percentage of LGBTQ Students who Have Been Involved in the Juvenile/Criminal Justice System Due to School Discipline**

Although disciplinary measures are theoretically employed to ensure a safe and supportive learning environment, their use may initiate a cycle of disciplinary referrals rather than serving as a deterrent.[87] Recent research has shown that they may be a particularly poor deterrent for youth who are otherwise at low risk for delinquency, suggesting that exclusionary school discipline might funnel youth into the justice system who otherwise might remain out of it.[88]

### Harassment and Assault

Students who are victimized are more likely to come into contact with school officials especially when they attempt to address victimization incidents. School officials may then involve law enforcement in their disciplinary approaches. We examined whether students who experienced higher rates of victimization also experienced higher rates of contact with the justice system. As shown in Figures 9 and 10, LGBTQ youth who reported higher than average levels of victimization based on their sexual orientation or gender expression experienced substantially higher levels of justice system contact examined in this report.[89-90] For example, 3.5% of students who experienced higher levels of victimization reported having appeared before a juvenile or criminal court as a result of school discipline, compared to 1.0% of students experiencing lower levels of victimization.

**Figure 9. Involvement in the Justice System Due to School Discipline, and Victimization Due to Sexual Orientation**
(Percentage of LGBTQ Students who Have Had Contact with the Justice System)

### Absenteeism

LGBTQ students who are truant because they feel unsafe in the school environment may be at greater risk for referral to law enforcement and the court system.[91] Similar to what we found for school discipline (see the section Pathways to School Discipline), students who missed more days of school for safety reasons were also more likely to have had contact with the justice system.[92] For example, 4.1% of students who had missed school due to safety reasons had been involved with the justice system due to school discipline, compared to 1.4% of students who had not missed school due to safety reasons (see Figure 11).

**Figure 10. Involvement in the Justice System Due to School Discipline, and Victimization Due to Gender Expression**
(Percentage of LGBTQ Students who Have Had Contact with the Justice System)

**Figure 11. Involvement in the Justice System Due to School Discipline, and Missing School Due to Feeling Unsafe (Percentage of LGBTQ Students who Have Had Contact with the Justice System)**

### Discriminatory Policies and Practices

When LGBTQ youth violate school policies, they may ultimately be referred to law enforcement as a form of discipline or intervention. Similar to findings related to school discipline, LGBTQ youth who had experienced discriminatory policies and practices at school were more likely to have been involved with the criminal or juvenile justice systems as a result of school-related infractions (3.1% vs. 1.1%; see Figure 12).[93]

It is important to note that findings from our survey are likely not a comprehensive estimate of LGBTQ youth contact with the justice system, as youth were asked about contact with the justice system only if it had resulted from disciplinary action at school. In addition, our survey only includes youth currently attending school or who had recently been in school. Youth who were not in school during the 2012–2013 year, perhaps as a result of disciplinary infractions and/or justice involvement, were not eligible to participate. Thus, the actual rate of LGBTQ students' experiences of school discipline and involvement with the juvenile/criminal justice system may be higher than assessed in the survey.[94] Though it offers a conservative estimate particularly of justice system involvement, this report illuminates the many school-related factors that may contribute to the school-prison-pipeline for LGBTQ youth.

**Figure 12. Involvement Justice System Due to School Discipline, and Discrimination at School**
(Percentage of LGBTQ Students who Have Had Contact with the Justice System)

AR_283476

## Demographic Differences in Drop Out, School Discipline, and Justice System Involvement

Lesbian, gay, bisexual, transgender, and queer (LGBTQ) youth may often share experiences that put them at risk for negative academic outcomes and potentially increased likelihood for dropping out of school and increased involvement in the criminal justice system. Nevertheless, they constitute a diverse group, and differences within the LGBTQ youth population may heighten the risk of negative outcomes for some youth compared to others. For instance, research from the *National School Climate Survey* has found that certain subgroups of LGBTQ youth experience victimization at higher rates compared to other groups.[95] For example, we found that transgender students experienced higher rates of harassment and assault than their cisgender LGBQ peers. In addition, among the general youth population, rates of school discipline and justice system involvement have been found to vary dramatically by a number of personal and social factors.[96] Therefore, whereas LGBTQ youth in general may be more at risk, certain subgroups of LGBTQ may be even more so. Thus, we examined differences in intentions to drop out, experiences of school discipline, and contact with the justice system by race/ethnicity, gender identity, gender nonconformity, housing status, and disability.

### RACE AND ETHNICITY

In the U.S., youth of color, specifically African American, Native American, and Latino youth, experience disproportionate rates of school discipline and criminal justice involvement.[97] For example, African American youth constitute more than one third of youth who have been suspended or expelled from school despite comprising less than one fifth of the secondary student population, and African American and Hispanic youth are also disproportionately likely to be referred to law enforcement and be arrested for school-related reasons.[98] Furthermore, although youth of color are only one third of the total population of youth, they comprise two thirds of the population of youth serving time in juvenile detention facilities.[99] Of note, these trends begin to form even in preschool and continue through high school and graduation, and likely result from as well as contribute to the racial achievement gap.[100] Further, use of harsh, zero-tolerance policies has been shown to exacerbate discipline disparities between African American and White students.[101]

Research among the general youth population has also reported lower graduation rates for African American and Hispanic/Latino youth, compared to White and Asian American youth.[102] Among LGBTQ youth who may already report disproportionate rates of school drop out, school discipline and justice system involvement,[103] certain racial/ethnic sub-groups of LGBTQ youth may be more at risk. Some recent research among LGBTQ youth indicates that LGBTQ youth of color report biased application of discipline policies and/or the perception of increased surveillance relative to other students.[104] Thus, we examined whether LGBTQ students' school discipline, justice system involvement, and likelihood to drop out of school differed by racial/ethnic groups (Asian, South Asian, or Pacific Islander; White or European American; Hispanic or Latino; Black or African American; and Multiracial).[105] Schools composed predominantly of youth of color are often located in lower income areas in relatively segregated schools with fewer resources, schools which are likely to employ harsh discipline policies.[106] In addition, students of color, particularly African Americans, who attend predominantly White schools are also overrepresented in disciplinary programs and approaches relative to other students in their schools.[107] Therefore, we also examined how racial/ethnic differences may vary depending on whether they are in the minority racial/ethnic group in their school.

**School Discipline**

Among the LGBTQ students in our sample, Black/African American, Hispanic/Latino, and Multiracial LGBTQ students were substantially more likely to experience school disciplinary action than White/European American and Asian/South Asian/Pacific Islander LGBTQ

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 294 of 434 - Page ID#: 4218

students (see Figure 13).[108] For instance, 46.7% of Black/African American, 44.1% of Hispanic/Latino, and 47.3% of Multiracial students had ever been disciplined at school, compared to 36.3% of White/European students and 35.2% of Asian/South Asian/Pacific Islander students. We also found that LGBTQ youth of color reported higher levels of school disciplinary experiences when they attended schools in which they were not the predominant race/ethnicity (i.e., when they attended predominantly White schools, or schools that predominantly included students of color, but of a different ethnicity of race).[109]

### Dropping Out

Multiracial students were most likely to say that they did not plan to complete high school or were not sure that they would complete school (see Figure 14).[104]

### Justice System Involvement as Result of School Discipline

LGBTQ students in our survey did not report different levels of contact with the juvenile or criminal justice system as a result of school discipline by race/ethnicity.[111] Given previous findings from the general youth population on racial disparities in justice involvement, it is somewhat surprising that we did not find significant racial differences. However, in our survey we asked a narrower question about justice involvement that was specifically due to school discipline, and the majority of the existing literature examines any justice involvement. Nevertheless, given our findings on racial disparities in school discipline itself (as reported previously), we might still expect to find differences in justice involvement resulting from school sanctions. These rates of justice involvement in our survey are extremely low, perhaps make it difficult to identify differences in our sample. Furthermore, school experiences may play a role in pushing LGBTQ youth into the justice system for reasons other than specific instances of school discipline. For example, youth who are not in school, because of absenteeism or because they dropped out, are more likely to become engaged in the criminal justice system.[112] Future research should examine racial differences in LGBTQ youth's involvement with the justice system for any reason in order to have a more complete understanding of racial disparities for LGBTQ youth in the school-to-prison pipeline.

**Figure 14. Race/Ethnicity and Dropping Out**
(Percentage of LGBTQ Students Not Planning to Complete High School or Not Sure if will Complete)

**Figure 13. Race/Ethnicity and Experiences of School Discipline** (Percentage of LGBTQ Students)



> "I have the choice of the girls' bathroom (my legal sex) or the nurses' bathroom. I was suspended out of school for using the boys' bathroom."

## GENDER IDENTITY

Research among the general youth population has found males, broadly speaking, to be at greater risk than females of some negative educational outcomes, including drop out, school discipline, and involvement in the justice system.[113] Less research has examined gender differences within the LGBTQ community, but emerging evidence suggests that transgender and other gender minority youth may be at greater risk of dropping out of school and being disciplined in school.[114]

### School Discipline

Transgender youth and youth with another gender identity (i.e., those who were not cisgender, but did not identify as transgender or genderqueer) reported the highest rates of school disciplinary action in our survey, whereas male and female cisgender youth reported the lowest levels of school discipline and were not different from one another.[115] As shown in Figure 15, just under half of transgender students (45.2%) and of other gender students (48.9%) had experienced discipline at school, compared to less than forty percent of genderqueer and cisgender students. Although not illustrated in the Figure 15, among transgender students, transgender females reported higher rates of school discipline than transgender males.

### Dropping Out

As shown in Figure 16, transgender, genderqueer, and students of other gender identities were more likely to report that they might not complete high school, as compared to cisgender LGBQ students.[116] For example, 7.6% of transgender students indicated that they might drop out versus just over 2% of cisgender students.

**Figure 16. Gender Identity and Dropping Out**
(Percentage of LGBTQ Students Not Planning to Complete High School or Not Sure if will Complete)

10%
5%
0%
2.1%
2.3%
5.0%
6.0%
7.6%
Cisgender Male
Cisgender Female
Other Gender Identities
Genderqueer
Transgender

**Figure 15. Gender Identity and Experiences of School Discipline**
(Percentage of LGBTQ Students who Have Experienced Disciplinary Action)

Cisgender Male
Cisgender Female
Other Gender
Genderqueer
Transgender
60%
40%
20%
0%
33.7%
33.7%
43.6%
35.6%
41.1%
13.5%
14.3%
20.6%
13.0%
18.3%
0.9%
1.3%
2.8%
1.1%
1.5%
38.4%
37.5%
48.9%
39.1%
45.2%
Received detention
Been suspended from school (in-school or out-of-school)
Been expelled from school
Experienced any of these forms of school discipline

**Justice System Involvement as Result of School Discipline**
Transgender youth (3.5%) and other gender youth (3.1%) reported more overall contact with the juvenile justice system as a result of school discipline compared to their LGBQ cisgender peers; cisgender females (2.3%) reported slightly higher rates of justice system contact compared to cisgender males (1.5%).[117]

## GENDER NONCONFORMITY

As reported in the previous section on comparisons by gender identity, youth whose gender identity was not the same as their assigned sex at birth (i.e., transgender, genderqueer, and other youth who are not cisgender) reported higher drop out rates and experienced higher rates of school discipline and justice system involvement. However, even for cisgender students, traditional expectations regarding gender expression may negatively affect school experiences. Given the hostile climate faced by gender nonconforming students in general (e.g., elevated harassment and assault),[118] they may also be at higher risk of being pushed out or dropping out of school. Therefore, within the sample of cisgender LGBQ students, we examined whether those students who were gender nonconforming (GNC) reported worse outcomes than those who were more gender conforming. (Students were considered gender nonconforming if they reported a gender expression that did not align with traditional gender norms, i.e., a male student who reported a gender expression on the feminine scale or as equally masculine and feminine.)

**School Discipline**
The *National School Climate Survey* has found that students who are gender nonconforming experience higher levels of victimization, which places them at greater risk for school staff's responses to victimization, including those that blame LGBTQ students for the victimization they experience. In addition, many of the discriminatory policies and practices described in the previous sections specifically target students' self-expression as it relates to gender. As a result, these policies and experiences may contribute to higher levels of discipline among GNC youth. Prior research has found that youth whose gender expression does not conform to traditional expectation for their gender may have policies applied to them in a biased manner and/or experience disproportionate discipline.[119] Among LGBQ youth in our survey, cisgender youth whose gender expression was nonconforming reported higher rates of school discipline than their gender conforming peers,[120] perhaps due to school rules that prohibit some types of nonconforming gender expression, such as gendered dress codes (see section on Biased Institutional Policies). For instance, 41.8% of GNC cisgender youth had experienced school disciplined compared to 35.6% of gender conforming LGBQ cisgender youth.

**Dropping Out**
LGBQ cisgender students who were gender nonconforming were more likely to report that they did not plan to complete high school or that they were not sure if they would complete high school (2.6% vs. 1.7%).[121]

> "Certain things are considered as a distraction. A very close gay friend of mine dropped out because the school bothered him for wearing makeup as a distraction and saying that boys in his class felt harassed by it."

**Justice System Involvement as Result of School Discipline**
There were no differences in contact with the juvenile or criminal justice system as result of school discipline between gender conforming or gender nonconforming LGBQ cisgender students.[122] The low rates of involvement due to school discipline may make it difficult to identify any real differences. Furthermore, this sample only includes LGBTQ students, but it may be that for general population of students (including both LGBTQ and non-LGBTQ students), gender

nonconforming students are at greater risk, but within a sample of only LGBTQ students, the disparities are not as evident. Further research should examine the role of gender nonconformity in school discipline and justice involvement in a general population of students.

## HOUSING INSECURITY

LGBTQ youth are thought to be overrepresented in the homeless population and among the group home and foster care system.[123] Once there, LGBTQ youth face unfair treatment in the child welfare system.[124] As many LGBTQ youth may enter the foster care system as a result of being kicked out of their homes (for being LGBTQ), they may be labeled by the criminal justice system as ungovernable and incorrigible.[125] Many such youth end up on the streets, where their efforts at basic survival expose them to further risk of becoming engaged with the justice system.[126] The lack of stable housing can also make it more difficult for youth to attend school, increasing the likelihood of dropping out as well as the likelihood of disciplinary action resulting from school absences and of referrals to the court system.[127]

### School Discipline

We found in our study that LGBTQ students that did not live at home with parents or guardians were substantially more likely to report all forms of disciplinary action examined in this study (see Figure 17).[128] For example, students who were homeless[129] were substantially more likely to have experienced school-based discipline (54.0% vs. 46.6% of those living with relatives and 38.5% of those living at parent/guardian's home).

### Dropping Out

LGBTQ students who were homeless were substantially more likely to say they planned to drop out of school than other students (see Figure 18). For example, 8.8% of LGBTQ students who were homeless indicated they might drop out of high school as compared to 3.1% of students who live in their parent's/guardian's home.[130] This may be due to a lack of family support and/or a lack of stable, safe place to do schoolwork and rest at night.

**Figure 18. Housing Status and Dropping Out**
(Percentage of LGBTQ Students Not Planning to Complete High School or Not Sure if Will Complete)

**Figure 17. Housing Status and Experiences of School Discipline**
(Percentage of LGBTQ Students who Have Experienced Disciplinary Action)

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 298 of 434 - Page ID#: 4222

**Justice System Involvement as Result of School Discipline**

As shown in Figure 19, LGBTQ students with less stable housing situations were more likely to have experienced contact with the justice system due to school discipline.[131] For example, 1 in 10 (9.7%) LGBTQ students who were homeless experienced such contact compared to 1.9% of LGBTQ students who lived in their parents' or guardians' home.

## PHYSICAL, EMOTIONAL, OR EDUCATIONAL DISABILITY

Among the general youth population, students with disabilities, particularly males and those with learning disabilities and emotional disturbances, are disproportionately disciplined at school and overrepresented in juvenile correction institutions.[132] Graduation rates for students with disabilities are also substantially lower than for students without disabilities among the general population.[133] Thus, we examined the experiences of LGBTQ students with disabilities[134] regarding school discipline, justice system involvement, and dropping out of school.

**School Discipline**

LGBTQ students who reported having an educational, emotional, or physical disability were substantially more likely to have experienced all types of disciplinary actions examined in this report.[135] For instance, 47.8% of students with a disability had been disciplined at school, compared to 36.9% of students without a disability.

**Dropping Out**

LGBTQ youth who reported having a disability were less likely to say they planned to graduate from high school: 5.8% of students with a disability indicated that they may drop out of school, compared to 2.6% of students without a disability.[136]

**Justice System Involvement as Result of School Discipline**

We found that students with a disability were more likely to have been involved in the justice system due to school discipline (4.4% vs. 1.7% of LGBTQ students without a disability).[137]

**Figure 19. Housing Status and Involvement in the Juvenile/Criminal Justice System Due to School Discipline**
(Percentage of LGBTQ Students who Have Experienced Disciplinary Action)





# Discussion

AR_283483

AR_283484

## Limitations

The methods used for this survey resulted in a nationally representative sample of LGBTQ youth. However, it is important to note that the sample is representative only of youth who identify as lesbian, gay, bisexual, or transgender, have some connection to the LGBTQ community (either through LGBTQ organizations or through the Internet), and/or have a Facebook page. Thus, we may not have reached LGBTQ students who were not connected to LGBTQ community organizations in some way or who had limited access to computers or the Internet. We also cannot make determinations from our data about the experiences of youth who might be engaging in same-sex sexual activity or experiencing same-sex attractions but who do not identify themselves as lesbian, gay, bisexual, or something else other than heterosexual (e.g., queer).

It is important to note that with respect to contact with the justice system, our survey asked about such contact resulting from school infractions. Thus, our survey asked a narrower question about justice system involvement than some other studies have asked (as this was a study of LGBTQ youth in schools).

Although the sample was relatively representative of the U.S. secondary student population in terms of region, type of school attended, and portion of students of color overall, the percentage of African American/Black youth in the sample was somewhat lower than the general population of secondary school students, which may be another possible limitation to the survey. However, any discrepancies may have resulted from different methods for measuring race/ethnicity, as most national youth surveys restrict students to selecting only one racial category, and do not provide a multiracial response option. In contrast, we allow for students in our survey to select multiple options for their race/ethnicity, and code students who selected two or more racial categories as being multiracial.

It is also important to note that our survey only reflects the experiences of LGBTQ students who were in school during the 2012–2013 school year. Thus, findings from this survey may not necessarily reflect the experiences of LGBTQ youth who had already dropped out of school, whose experiences with a hostile school climate or school discipline may differ from those students who remained in school.

## Conclusions and Recommendations

Findings from this report demonstrate that, for many LGBTQ students, schools are hostile environments that effectively function to push students out of school, depriving them of the opportunity to learn. When LGBTQ students feel less safe, less comfortable, and less welcome in schools, they are less likely to attend and more likely to drop out. School policies that disproportionately affect LGBTQ students, such as gendered dress codes and rules about public displays of affection, also expose LGBTQ youth to greater rates of school discipline and sometimes, as a result, involvement in the justice system. Staff biases against LGBTQ students are also manifest in the discretionary use of discipline in ways that target LGBTQ students, such as punishing gay and lesbian couples for public displays of affection in school that heterosexual couples are not punished for.

Although all LGBTQ youth may face hostile climates and damaging school policies and practices, findings from this report demonstrate that some LGBTQ youth are at even greater risk for being pushed out of school and into the criminal/juvenile justice system. African American, Latino/a, and Multiracial students experienced higher rates of school discipline and were more likely to believe they might not complete high school. Transgender students and cisgender gender nonconforming LGBQ students were also more likely to have experienced school discipline and to believe they might not graduate high school, as well as more likely to be involved in the justice system as a result of school discipline. LGBTQ youth who were homeless and LGBTQ youth with disabilities also had higher rates of school discipline, dropping out, and school discipline-related justice involvement. Therefore, as schools develop policies and practices to keep LGBTQ youth in school, they must also pay particular attention to assessing and addressing disparities faced by other groups of traditionally marginalized youth.

In spite of the pervasive barriers that often limit LGBTQ youth's access to an equal education, there are clear remedies for these exclusionary policies and practices, and many schools and districts have begun to implement them. Supportive personnel, critical to improving the overall school climate for LGBTQ youth and instrumental in advocating on behalf of individual LGBTQ students, have steadily become more prevalent over the past decade.[138] A number of school administrators across the country have begun to assess the appropriateness and the impact of exclusionary disciplinary policies on their students. For example, in 2014 the Los Angeles Unified School District ceased bringing criminal sanctions for low level offenses committed by students, such as alcohol and tobacco possession, and instead now refers students to school counselors or administrators.[139] The public is becoming more supportive of less punitive juvenile justice approaches as well. A national public opinion poll found that approximately two-thirds of respondents favored schools handling minor offenses such as truancy and damaging school property over involving the juvenile justice system.[140] Educator practices in the classroom are also gradually changing as some educators move away from exclusionary, discipline-heavy policies and practices and begin to adopt approaches that focus on keeping students in school and engaged in learning.[141] Thus, whether on the part of educators, advocates, or policy makers, schools are changing, but more work remains to be done.

Below, we offer several recommendations for schools to create safer, more supportive, more inclusive, and less exclusionary learning environments for LGBTQ and all youth, including: the development of responsive teacher practices; an assessment of existing school policies, the fostering a non-punitive school cultures, and the advancement of a national agenda addressing disparities and the use of discipline in schools.

## IMPLEMENT EFFECTIVE AND UNBIASED SCHOOL POLICIES

School policies are often designed to structure social interactions within the school, maintain order in the classroom, and facilitate learning for students. When students violate these policies, they are frequently subject to disciplinary action, which can include, at times, their removal from the school. Unfortunately, schools sometimes employ policies excessively and in ways that do not support student learning. As findings from this report suggest, schools commonly employ policies, intentionally or not, that disproportionately and negatively affect LGBTQ students—the majority of LGBTQ students said they had experienced discriminatory policies or practices at school and those who had were more likely to have been disciplined as well as have lower educational aspirations. School administrators and teachers should examine their school policies and classroom practices to ensure that LGBTQ students are not negatively affected, and moreover, to assess whether all students are given the opportunity to learn at school. States and school districts also should adopt non-discrimination policies and incorporate sexual orientation and gender identity/expression into existing anti-bullying/harassment and non-discrimination policies to foster school environments where all students are treated equitably. Districts and schools may want to explore the use of model policies provided by their state departments of education or organizations like GLSEN, such as our model anti-bullying policy and model policy related to transgender and gender nonconforming students.

As attention to bullying and harassment has increased in recent years, schools have implemented policies seeking to define, prevent, and address victimization incidents when they occur. Although it is laudable when schools take these incidents seriously and help all students feel safe and protected in schools, it is also important that these policies do not contribute further to the school-to-prison pipeline by mandating harsh discipline for all infractions through zero-tolerance types of policies. Research suggests that exclusionary discipline strategies are associated with more disorderly classrooms and lower engagement and trust with the teacher, and thus, may be counterproductive to learning.[142] Therefore, we strongly discourage the use of zero-tolerance policies and recommend giving more authority and discretion to educators and school personnel in addressing school discipline, and support the use of exclusionary discipline only for the most serious of infractions, if at all. However,

given that discretion may also be employed to discipline some students at disproportionate rates, schools should have systems in place to ensure that discipline policies are applied equitably. Schools should examine their anti-bullying/harassment policies to ensure that they do not mandate classroom removal for all infractions, perhaps except in the most serious cases when students' safety is at risk. Rather, schools should employ graduated approaches that take into account the seriousness of the offense in order to keep students in school whenever possible, and they should instruct students fully on school policies and the consequences for breaking them.[143]

Disciplinary actions on the part of the school will likely remain a necessary tool in some cases. Ignoring dangerous incidents or not disciplining students when warranted is not likely to solve underlying behavior issues, and would simply exchange one problem (the potential for overuse or inequitable use of discipline) for another (not intervening and/or potentially failing to ensure safe learning environments for students). Educators should take steps to ensure that students who are disciplined have access to learning opportunities, and that if removal from the classroom is a necessary component of the discipline, they are reintegrated into regular classroom environments following the disciplinary response as soon as possible.

### BUILD SUPPORTIVE CLASSROOM AND SCHOOL ENVIRONMENTS THAT VALUE ALL STUDENTS' LEARNING

The use of overly harsh discipline and the persistent negative school climate experienced by some students represent a failure to value and support all students' learning. When some students are treated differently than others, experience the school as less safe than others, or experience persistently worse outcomes than others, schools have broken their commitment to providing an education for all students. Because of the negative school climate experienced by many LGBTQ students, support from educators and administrators can play an important role in making schools better and more welcoming for LGBTQ youth.

Staff members function in a number of ways to show support for LGBTQ students and keep them in school. In schools where LGBTQ students are more supported and accepted, LGBTQ students may be seen as less of a risk of "disruption", and thus, less subject to disciplinary reproach. Educators who employ culturally responsive teaching and are aware of the needs of their students may help their students feel more engaged, increasing their academic achievement, and educational aspirations and attainment.[144] Specifically, when educators incorporate LGBTQ people and topics into their teaching, LGBTQ students are more likely to be engaged in school—prior research demonstrates that they are less likely to skip school and feel more connected to their school community.[139] In addition, schools that foster a supportive environment convey that the success of all students is important and help to keep students in school.

Individual educators can also play a direct role in LGBTQ students' lives. For instance, individual staff members may serve as the inspiration for school-wide measures to create safer schools (e.g., implementing inclusive policies), and they model behavior for other educators and students when they serve as a resource for LGBTQ students and treat them with respect. Schools' administration are also critical for creating a supportive environment for LGBTQ youth, and each can take steps to build a more supportive environment. As is detailed in the recommendations related to policies discussed in the previous section, administrators can be instrumental in ensuring that policies are applied fairly and non-punitively and by supporting teachers and students to be respectful of all students.[146]

### DEVELOP AND SUPPORT RESPONSIVE TEACHER PRACTICES

As teachers have the most contact with students and are often tasked with implementing school policies, they serve a key role in improving the school environment and keeping students in school. In addition to proactively implementing responsive teaching practices and engaging in LGBTQ-supportive efforts, educators can also take steps to improve the school response to student behavior issues. Educators are instrumental in responding to incidents that threaten the safety

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 304 of 434 - Page ID#: 4228

of students and the learning environment, but it is important that they do so in ways that are not needlessly punitive.

**Intervene in Bullying Incidents Effectively**
Because LGBTQ students experience higher rates of victimization at school than non-LGBTQ youth, they are at greater risk of being subject to schools' disciplinary protocols related to peer victimization incidents. Our findings indicated that some LGBTQ students were disciplined themselves when they reported harassment or assault. Unresponsive and ineffective intervention may be associated with higher rates of discipline among LGBTQ youth. Thus, it is crucial that schools develop fair means of addressing bullying incidents and intervene effectively when these incidents occur, in ways that do not blame LGBTQ students, or any student, for their own victimization.

**Employ Restorative Teaching Practices**
When teachers intervene in behavioral infractions and incidents of harassment, it is not only important that they do so effectively, but that they do not use forms of discipline that are excessive relative to the infraction that occurred. One approach for reducing the use of discipline in the classroom involves using alternative teacher strategies when infractions do occur. Recent research and practice suggest a number of alternatives to harsh discipline and classroom removal when infractions occur in the classroom, including restorative justice and Positive Behavioral Interventions and Supports (PBIS), as described below.[147]

In restorative justice models, rather than simply punishing the perpetrator and removing them from the classroom, the individual takes responsibility for the infraction and understands its impact on others, as well as takes action to correct the issue and prevent it from occurring again in the future.[148] In essence, the focus of restorative models is on acknowledging and rebuilding relationships among the different parties involved in an incident. Such approaches have been linked with reduced use of discipline as well as with narrowed gaps in discipline sanctions between typically marginalized groups of students.[149] Other restorative strategies emphasize supportive relationships between teachers and students rather than discipline; these have been found to reduce discipline gaps as well.[150] Circle models are another restorative approach in which school community members involved or affected by infractions come together in a circle to discuss the situation and work together toward a solution.[151] These models, which seek buy in from students, educators, and even parents, have been used not only for prevention, to foster trust and relationships in the school environment, and to build community, but also to assess the impact and consequences of wrongdoing and infractions.[152] Restorative justice approaches do seem to share some similarities with peer mediation models, in which students speak to one another about an incident, and which can be harmful if they fail to address social power imbalances and implicate all students equally in an incident. To date, the use of these restorative approaches have not been examined among LGBTQ youth specifically. Thus, although some of these practices have been found to reduce racial discipline disparities, it is unclear how they might apply specifically to LGBTQ youth and/or reduce any discipline gaps between LGBTQ and non-LGBTQ youth. Nevertheless, given that these approaches appear to be effective in limiting disciplinary sanctions, and in some cases, curbing discipline disparities with other marginalized groups, they may be promising practices to help address LGBTQ push-out, drop-out, and involvement in school-to-prison pipeline. However, future research should assess the effectiveness of restorative practices in addressing incidents involving anti-LGBTQ bias and consider how they can best be used with incidents involving LGBTQ youth.

Positive Behavioral Interventions and Supports, or PBIS, is a framework in which appropriate student behaviors are emphasized and rewarded via positive feedback, thus reducing the need for disciplinary approaches over time. However, whereas they have been shown to reduce overall discipline rates, they do not necessarily reduce discipline gaps between some students, such as between Black/African American and White students.[153] Thus, they may fail to address the issues that underlie racial disparities, such as discretionary use of discipline when minor infractions do occur. As with restorative justice, there is no information about how well this approach works with LGBTQ youth or in

addressing anti-LGBT behaviors. Future research should examine the effectiveness of PBIS in addressing discipline disparities for LGBTQ youth, along with other youth disproportionately represented in the school-to-prison pipeline, such as Black/African American youth, Latino youth, and youth with disabilities.

### ASSESS THE USE OF SCHOOL RESOURCE OFFICERS

In response to school violence, and as part of a general trend of surveillance in schools, many schools now employ school resource officers (SROs), police officers, or other security personnel in schools.[154] The responsibilities of such personnel vary among states and across schools, but they are often used when victimization occurs, and in some districts they serve as a direct link to a local police department.[155] Thus, SROs have been lauded as a possible means of creating safer school environments, but their critics have pointed out the role that they play in removing students from the school environment, perhaps excessively and for relatively minor offenses (i.e., disorderly conduct).[156] School security measures overall have been found to be related to higher suspension rates, even after accounting for behavioral infractions, and are also more likely to be found in schools with high compositions of racial/ethnic minorities.[157] Some research suggests that SROs display varying knowledge of bullying policies, which may be associated with differential enforcement and intervention with regard to different types of students and in different types of schools.[158]

SROs might be particularly ineffective in addressing incidents related to LGBTQ youth. Recent scholarship has found SROs and several other surveillance measures to have no impact on the rates of homophobic bullying.[159] Other research has focused on the personal interaction between school security officers and LGBTQ students.[160] For example, a 2012 study by Lambda Legal found that security officers, mainly appointed to protect students, may have actually contributed to a hostile or indifferent climate for LGBTQ students. Fourteen percent of all survey respondents said that the attitudes of school security officers toward them were hostile. Larger percentages of transgender and gender non-conforming respondents (20%) and transgender gender non-conforming respondents of color (28%) described the attitude of security toward them as "hostile." Nearly 15% of transgender and gender non-conforming respondents with security and/or police in their schools reported that they were verbally assaulted by those security personnel.

Schools should assess the practices of SROs and their utility to determine whether they would improve the school climate. If SROs are present in a school, administrators should take steps to ensure that SROs are informed on school policies and how to address the needs of LGBTQ youth . Furthermore, organizations such as the National Association of School Resource Officers should consider providing training and guidance to SROs to ensure they are equipped to effectively respond to anti-LGBTQ incidents and to treat LGBTQ youth respectfully and fairly.

### EMPLOY MEASURES TO SUPPORT COMPLETION OF HIGH SCHOOL EDUCATION

Students who do not complete high school have greater negative outcomes, such as limited career opportunities, higher poverty, poorer health, and greater involvement in the criminal justice system.[161] Therefore, it is critical that students who drop out of high school, or are pushed into the justice system, are provided with opportunities to complete their high school education—either through compensatory schooling or through diploma-equivalent certifications, such as GED (General Education Development).

In order to ensure that LGBTQ youth have access to these opportunities, services that provide GED courses and tutoring must be safe and affirming for LGBTQ youth. These services should implement LGBTQ-inclusive non-discrimination policies and provide professional development to increase staff's LGBTQ competency. Furthermore, LGBTQ youth centers and other LGBTQ youth support organizations should provide GED courses and tutoring to LGBTQ youth who have dropped out of school when possible.

Students with repeated and/or serious infractions at school might be transferred to "alternative" schools which are schools designed for students who have a difficult time succeeding in regular

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 306 of 434 - Page ID#: 4230

schools. These schools must employ measures to ensure that LGBTQ youth are safe and welcome, including inclusive anti-bullying and anti-discrimination policies, LGBT-inclusive curriculum, support for student clubs such as Gay-Straight Alliances, and visible staff support for LGBTQ students. These measures are recommended for all school settings, but given that LGBTQ students enrolled in alternative schools often ended up there as a result of a damaging and hostile climate in their previous school, it is even more important that these supportive measures are in place in alternative-type schools.

Lastly, for LGBTQ youth who do end up in juvenile justice facilities, it is essential that they have the opportunity to receive a quality education. These institutions should provide opportunities to complete high school, as well as options to receive a GED. Yet there is mounting evidence that juvenile correctional facilities can be hostile places for LGBTQ youth—LGBTQ youth tend to be treated more harshly by authorities,[162] experience disproportionate rates of abuse from other inmates,[163–164] and often lack supportive resources.[165] In order to ensure that incarcerated LGBTQ youth are able to access educational courses and resources, juvenile facilities must implement practices and policies that create safe and equitable environments. For example, the Juvenile Justice Project of the Correctional Association of NY provided research-based and youth-informed recommendations through its LGBTQ Working Group that resulted in policy changes such as requiring staff to refer to transgender youth by their preferred name and pronoun.[166]

## SUPPORT A COMPREHENSIVE NATIONWIDE AGENDA

As advocates and schools increasingly address push out, drop out, and the school-to-prison pipeline among their students, there is also a need for a coordinated, systematic approach to transform educational environments across the country. Federal efforts are necessary, but as the responsibility of educating our youth rests predominately with the states, it is important to engage in efforts at the state-level as well.

**Advocate for Federal Policy Addressing LGBTQ Youth**

Several types of policy and legislative changes could be instrumental in improving the academic environment for LGBTQ youth and protecting them from dropping out or being removed from school. The Student Nondiscrimination Act, or SNDA, would prohibit discrimination in schools on the basis of sexual orientation and gender identity/expression, in addition to protections that currently exist for students, such as race, religion, and disability.[167] Additionally, the Safe School Improvement Act, or SSIA, would require states to pass anti-bullying policies that prohibit harassment on the basis of sexual orientation and gender identity/expression and help ensure that schools have appropriate mechanisms for dealing with such harassment.[168] Several organizations have called on Congress to include protections for LGBTQ youth as it considers reauthorization of the Juvenile Justice and Delinquency Prevention Act (JJDPA), which has been due for reauthorization since 2007.[169] These legislative approaches would help encourage schools to implement more inclusive policies and would also provide necessary guidance to ensure that their policies and practices contribute minimally to push out, drop out, and the STPP.

**Support and Enforce Title IX Provisions**

Federal education law protects students from sex discrimination under Title IX.[170] This law has been increasingly applied to experiences of bullying, harassment, and discrimination based upon students' sexual orientation. And in 2016, the U.S. Departments of Justice and Education jointly released specific guidance to schools and districts clearly stating that discrimination based on transgender status is in violation of Title IX and detailing school's specific responsibilities to ensure transgender students' rights are protected.[171] As such, schools should be aware that discrimination of LGBTQ youth, such as differential treatment for public displays of affection or preventing transgender students from using facilities that match their gender (i.e., school bathrooms), would violate Title IX and risk schools losing federal funding. They should ensure that school policies and educator practices are in compliance with the law and provide notification to school personnel, students, and families about students' rights

under Title IX. As a resource, GLSEN provides model policies on bullying/harassment and transgender students that conform to Title IX and can be adopted by local schools and districts.[172] Furthermore, schools should provide notification to students and families about their rights and the mechanisms for filing complaints if students' rights are violated.[173] Advocates should continue to raise awareness about the Title IX obligations and to support full implementation of its guidelines in schools and local districts.

**Advocate for State Policy That Addresses Limiting Exclusionary Discipline in Education**
Recognizing the need to reform disciplinary procedures and keep students in school, California, Colorado, Maryland, and New York have recently passed policies and legislation that severely curtail use of suspension and expulsion for minor infractions such as defiance or disruption.[174] Advocates in these states should ensure these policies are effectively implemented at the district level and those in other states should work to enact similar statewide policies.

**Improve Data Collection to Understand LGBTQ Youth and School-to-Prison Pipeline**
There is a continued need to collect data on sexual orientation, gender identity, and gender expression in federal research and other nationally representative studies, as well as collect data on the disciplinary experiences of students in surveys that do already assess sexual orientation and/or gender identity/expression. The current presidential administration has taken strides to collect better data on the educational experiences of LGBTQ youth, but these efforts are largely limited to anti-LGBT bullying.[175] Whereas the federal and state Youth Risk Behavior Survey (YRBS) collect information on sexual orientation, they do not include survey items about school discipline. One of the few studies to examine both the school-to-prison pipeline (STPP) and LGBQ-related disparities relied on nationally representative data gathered from the National Longitudinal Study of Adolescent to Adult Health conducted by the federal government.[176] However, this data permitted analysis only with regard to sexual orientation/identity but not gender identity or gender expression. Furthermore, to our knowledge, no studies to date have evaluated the utility of specific approaches in helping reduce

the use of discipline specifically among LGBTQ students. Thus, there remain large gaps in our understanding of push out, drop out, and the STPP among LGBTQ youth. Collecting such data will permit a more complete understanding of the general youth population, including youth who identify as LGBTQ, as well as comparisons between LGBTQ and non-LGBTQ youth.

In addition to state and federal data collection, local districts and schools should use the data already available to them to better understand their own disciplinary practices, including whether they are applied appropriately and equitably across student populations, and the outcomes of students who are referred to the courts and justice system for school-based incidents.[177] Administrators, educators, and even students could also collect their own data about students' experiences to better understand trends and disparities among students in their schools or communities. For example, schools could use GLSEN's *Local School Climate Survey* (LSCS),[178] a free, online tool for school staff or students to create and administer a customized school climate survey in their local school or district.

**Train Current and Future School Personnel on Alternative Discipline Approaches**
Although a number of classroom approaches have been demonstrated to reduce the use of discipline and help lessen discipline disparities, their use is not yet widespread, and many educators may require further professional development to implement them successfully. California's recent funding commitment to restorative justice and PBIS approaches acknowledges the importance of training in their success.[179] In addition, as schools continue to turn to school resource officers (SROs) to address school safety and security issues, districts and administrators need to ensure that SROs fully understand their schools' policies and apply them equally to all students. Additional and more comprehensive training for all school personnel will help equip them to address bullying and other incidents in ways that do not require exclusionary discipline—approaches that potentially require more time, skill, and attention, but ultimately may promote the best outcomes for the largest number of students.[180] Furthermore, currently very few educators receive any training on addressing LGBTQ student issues or on

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 308 of 434 - Page ID#: 4232

anti-LGBTQ bullying.[181] Pre-service training should incorporate comprehensive approaches to ensure educators are capable of effectively responding to LGBTQ students' needs and combating anti-LGBTQ bias in their schools.

## FUTURE DIRECTIONS FOR RESEARCH

This report fills an important gap in our knowledge of the experiences of LGBTQ youth. Although we provide a broad perspective of the experiences of LGBTQ students with respect to push out, drop out, and the school-to-prison pipeline, more can be learned about the factors that result in LGBTQ students' absence from the school context. One gap that remains involves disparities between LGBTQ and non-LGBTQ youth. We presented some preliminary findings on comparisons in school discipline in this report, but very little research to date has collected information both on school discipline/justice system involvement and youths' sexual orientation and/or gender identity. Therefore, it is vital that researchers collect additional data among the general youth population to examine disparities between LGBTQ and non-LGBTQ youth in drop out, push out, and STPP factors. To allow for more in-depth examination of this issue for all youth, national, population-based surveys, such as the CDC's Youth Risk Behavior Survey and surveys conducted by the Department of Education, should include both questions about disciplinary experiences and questions about sexual orientation and gender identity.[182]

There has been little longitudinal research on LGBTQ youth, and thus, we have a lack of understanding about pathways from school to numerous negative life outcomes, including drop out and involvement in the justice system. Undertaking longitudinal research on these topics would also help illuminate the factors at school, including a lack of safety and discrimination that may put LGBTQ youth at greater risk of these negative outcomes.

This report examined several demographic differences in push out, drop out, and justice involvement. Future research should examine differences with attention to additional factors, including intersections among sexual orientation, gender identity, and other characteristics of LGBTQ youth. For instance, we examined gender and racial differences separately and found that transgender youth and students of color were at particular risk for discipline, but future research should examine the intersection of gender and race/ethnicity as they relate to school discipline. In most cases, limited numbers of these specific subgroups did not permit this kind of analysis in this report.

Finally, it is important that future research examine interventions to reduce the use of discipline in schools with specific attention to LGBTQ youth. Overall, research on interventions to reduce the use of discipline and to diminish discipline gaps, such as restorative justice approaches, has only recently emerged. Scholars should assess whether these approaches are effective in reducing the discipline gaps between LGBTQ and non-LGBTQ youth. Furthermore, research on interventions specifically designed to improve school climate and well-being for LGBTQ youth, such as LGBTQ-inclusive curricula and professional development for school staff, should examine whether their potential benefits extend to keeping LGBTQ youth in school and out of the criminal/juvenile justice system.

Together, these recommendations offer strategies from the local to the national level to reduce push out, drop out, and forces that push LGBTQ youth into the school-to-prison pipeline. They offer guidance to help educators more intentionally consider the use of discipline in their classrooms and work to reduce discipline gaps among different groups of students. Furthermore, they call for research to help understand the effectiveness of potential approaches to reduce the disparities for LGBTQ youth. Findings from this report demonstrate that the current educational environment for LGBTQ students is unacceptable and unsustainable if schools are to prepare the next generation of citizens to address the nation's diverse challenges. It is imperative that schools act to improve hostile climates and end harsh and unfair disciplinary practices. These recommendations will help to create more welcoming and supportive environments for LGBTQ students, and all students alike.

# Notes and References

AR_283494

1 Throughout this report we use "LGBTQ" to refer to the students in our survey. We use "LGBT" when referring to questions in our survey that used "LGBT" or to specific literature or policies that refer to themselves as "LGBT."

2 Slater, H. (June 28, 2013) Department of Education commits to the studying the bullying on LGBT students. Think Progress. Retrieved from http://thinkprogress.org/lgbt/2013/06/28/2232391/lgbt-bullyingdata-collection.

3 Kann, L., Olsen, E. O., McManus, T., Kinchen, S., Chyen, D., Harris, W. A., & Wechsler, H. (2011). Sexual identity, sex of sexual contacts, and health-risk behaviors among students in grades 9–12: Youth risk behavior surveillance, selected sites, United States, 2001–2009. *MMWR 60*(7). Centers for Disease Control and Prevention.

Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

4 Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

5 Anyon, Y., Jenson, J. M., Altschul, I., Farrar, J., McQueen, J., Greer, E., Downing, B., & Simmons, J. (2014). The persistent effect of race and the promise of alternatives to suspension in school discipline outcomes. *Children and Youth Services Review, 44,* 379–386.

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: Justice Center & Council of State Governments.

Hannon, L., DeFina, R., & Bruch, S. (2013). The relationship between skin tone and school suspension for African Americans. *Race and Social Problems, 5*(4), 281–295.

Losen, D. J., & Gillespie, J. (2012). *Opportunities suspended: The disparate impact of disciplinary exclusion from school.* Los Angeles, CA: The Civil Rights Project, The Center for Civil Rights Remedies.

Losen, D. J., Hodson, C., Keith II, M. A., Morrison, K., & Belway, S. (2015). *Are we closing the school discipline gap?* Los Angeles: The Center for Civil Rights Remedies.

Quinn, M. M., Osher, D. M., Poirier, J. M., Rutherford, R. B., & Leone, P. E. (2005). Youth with disabilities in juvenile corrections: A national survey. *Exceptional Children, 71*(3), 339–345

Stetser, M., & Stillwell, R. (2014). Public high school four-year on-time graduation rates and event dropout rates: School years 2010–11 and 2011–12. First look (NCES 2014-391). U.S. Department of Education. Washington, DC: National Center for Education Statistics. Retrieved from http://nces.ed.gov/pubsearch.

U.S. Department of Education, National Center for Education Statistics, Common Core of Data. Annual diploma counts and the Averaged Freshmen Graduation Rate (AFGR) in the United States by race/ethnicity: School years 2007–08 through 2011–12. Retrieved from http://nces.ed.gov/ccd/tables/AFGR0812.asp

6 Poteat, V. P., Scheer, J. R., & Chong, E. S. K. (2015). Sexual orientation-based disparities in school and juvenile justice discipline: A multiple group comparison of contributing factors. *Journal of Educational Psychology, 108*(2).

Snapp, S., Hoenig, J., Fields, A., & Russell, S.T. (2015). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. *Journal of Adolescent Research, 30,* 57–82.

7 Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

8 Christle, C. A., Jolivette, K., & Nelson, C. M. (2005). Breaking the school to prison pipeline: Identifying school risk and protective factors for youth delinquency. *Exceptionality, 13*(2), 69–88.

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: The Council of State Governments Justice Center.

Kang-Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852–862.

Sander, J. B., Sharkey, J. D., Groomes, A. N., Krumholz, L., Walker, K., & Hsu, J. Y. (2011). Social justice and juvenile offenders: Examples of fairness, respect, and access in education settings. *Journal of Educational and Psychological Consultation, 21*(4), 309–337.

Todis, B., Bullis, M., Waintrup, M., Schultz, R., & D'Ambrosio, R. (2001). Overcoming the odds: Qualitative examination of resilience among formerly incarcerated adolescents. *Exceptional Children, 68*(1), 119–139.

9 Throughout this report we use "LGBTQ" to refer to the students in our survey. We use "LGBT" when referring to questions in our survey that used "LGBT" or to specific literature or policies that refer to themselves as "LGBT."

10 Slater, H. (2013) Department of Education commits to the studying the bullying on LGBT students. Think Progress, June 28, http://thinkprogress.org/lgbt/2013/06/28/2232391/lgbt-bullyingdata-collection.

11 Kann, L., Olsen, E. O., McManus, T., Kinchen, S., Chyen, D., Harris, W. A., & Wechsler, H. (2011). Sexual identity, sex of sexual contacts, and health-risk behaviors among students in grades 9–12: Youth risk behavior surveillance, selected sites, United States, 2001–2009. *MMWR 60*(7). Centers for Disease Control and Prevention.

Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

12 Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

13 Kang-Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

14 Hockenberry, S., (2013). Juveniles in residential placement, 2010. Washington, DC: Office of Juvenile Justice and Delinquency Prevention, US Department of Justice.

15 Advancement Project, Alliance for Educational Justice, & GSA Network. (2012). Two wrongs don't make a right: Why zero tolerance is not the solution to bullying. Retrieved from http://gsanetwork.org/files/aboutus/APJ-005_D5-FINALsmall.pdf

Mongan, P., & Walker, R. (2012). "The Road to Hell Is Paved With Good Intentions": A historical, theoretical, and legal analysis of zero-tolerance weapons policies in American schools. *Preventing School Failure: Alternative Education for Children and Youth, 56*(4), 232–240.

16 Kang-Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

17 Hazel, N. (2008). *Cross-national comparison of youth justice.* London: Youth Justice Board for England and Wales.

Hockenberry, S., (2013). Juveniles in residential placement, 2010. Washington, DC: Office of Juvenile Justice and Delinquency Prevention, US Department of Justice.

Mendel, R. A. (2011). No place for kids: *The case for reducing juvenile incarceration.* Annie E. Casey Foundation.

Sickmund, M., Sladky, T. J., Kang, W., & Puzzanchera, C. (2013). Easy access to the census of juveniles in residential placement. Retrieved from http://www.ojjdp.gov/ojstatbb/ezacjrp/

18 Losen, D. J., Hodson, C., Keith II, M. A., Morrison, K., & Belway, S. (2015). *Are we closing the school discipline gap?* Los Angeles: The Center for Civil Rights Remedies.

Office for Civil Rights. (2014, March 2014). School discipline. Washington, DC: Office for Civil Rights, United States Department of Education. Retrieved from http://www2.ed.gov/about/offices/list/ocr/docs/crdc-discipline-snapshot.pdf

Skiba, R. J., Arredondo, M. I., & Williams, N. T. (2014). More than a metaphor: The contribution of exclusionary discipline to a school-to-prison pipeline. *Equity & Excellence in Education, 47*(4), 546–564.

19 Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852–862.

20 Sander, J. B., Sharkey, J. D., Groomes, A. N., Krumholz, L., Walker, K., & Hsu, J. Y. (2011). Social justice and juvenile offenders: Examples of fairness, respect, and access in education settings. *Journal of Educational and Psychological Consultation, 21*(4), 309–337.

21 Christle, C. A., Jolivette, K., & Nelson, C. M. (2005). Breaking the school to prison pipeline: Identifying school risk and protective factors for youth delinquency. *Exceptionality, 13*(2), 69–88.

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: The Council of State Governments Justice Center.

Kang-Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852–862.

22 Perry, B. L., & Morris, E. W. (2014). Suspending progress: Collateral consequences of exclusionary punishment in public schools. *American Sociological Review, 79*(6), 1067–1087.

23 Hatzenbuehler, M. L., Keyes, K., Hamilton, A., Uddin, M., & Galea, S. (2015). The collateral damage of mass incarceration: Risk of psychiatric morbidity among nonincarcerated residents of high-incarceration neighborhoods. *American Journal of Public Health, 105*(1), 138–143.

24 Maschi, T., Perillo, J., & Courtney, D. (2011). Releasing their stories: A qualitative study of juvenile justice-involved youth with histories of mental health issues and violence. *Journal of Forensic Social Work, 1*(2), 132–158.

25 Sander, J. B., Sharkey, J. D., Groomes, A. N., Krumholz, L., Walker, K., & Hsu, J. Y. (2011). Social justice and juvenile offenders: Examples of fairness, respect, and access in education settings. *Journal of Educational and Psychological Consultation, 21*(4), 309–337.

Todis, B., Bullis, M., Waintrup, M., Schultz, R., & D'Ambrosio, R. (2001). Overcoming the odds: Qualitative examination of resilience among formerly incarcerated adolescents. *Exceptional Children, 68*(1), 119–139.

26 Anyon, Y., Jenson, J. M., Altschul, I., Farrar, J., McQueen, J., Greer, E., Downing, B., & Simmons, J. (2014). The persistent effect of race and the promise of alternatives to suspension in school discipline outcomes. *Children and Youth Services Review, 44*, 379–386.

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 313 of 434 - Page ID#: 4237

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: Justice Center & Council of State Governments.

Hannon, L., DeFina, R., & Bruch, S. (2013). The relationship between skin tone and school suspension for African Americans. *Race and Social Problems, 5*(4), 281–295.

Losen, D. J., & Gillespie, J. (2012). *Opportunities suspended: The disparate impact of disciplinary exclusion from school.* Los Angeles, CA: The Civil Rights Project, The Center for Civil Rights Remedies.

Losen, D. J., Hodson, C., Keith II, M. A., Morrison, K., & Belway, S. (2015). *Are we closing the school discipline gap?* Los Angeles: The Center for Civil Rights Remedies.

Quinn, M. M., Osher, D. M., Poirier, J. M., Rutherford, R. B., & Leone, P. E. (2005). Youth with disabilities in juvenile corrections: A national survey. *Exceptional Children, 71*(3), 339–345

Stetser, M., & Stillwell, R. (2014). Public high school four-year on-time graduation rates and event dropout rates: School years 2010–11 and 2011–12. First look (NCES 2014-391). U.S. Department of Education. Washington, DC: National Center for Education Statistics. Retrieved from http://nces.ed.gov/pubsearch.

U.S. Department of Education, National Center for Education Statistics, Common Core of Data. Annual diploma counts and the Averaged Freshmen Graduation Rate (AFGR) in the United States by race/ethnicity: School years 200708 through 201112. Retrieved from http://nces.ed.gov/ccd/tables/AFGR0812.asp

27 Poteat, V. P., Scheer, J. R., & Chong, E. S. K. (2015). Sexual orientation-based disparities in school and juvenile justice discipline: A multiple group comparison of contributing factors. *Journal of Educational Psychology, 108*(2).

Snapp, S., Hoenig, J., Fields, A., & Russell, S.T. (2015). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. *Journal of Adolescent Research, 30,* 57–82.

28 Poteat, V. P., Scheer, J. R., & Chong, E. S. K. (2015). Sexual orientation-based disparities in school and juvenile justice discipline: A multiple group comparison of contributing factors. *Journal of Educational Psychology, 108*(2).

29 They engaged in slightly more mild and moderate, but not violent transgressive behaviors. See Himmelstein & Brückner, 2011, below.

30 Defined by same-sex attraction, same-sex relationships, and/or LGB self-identification

31 Himmelstein, K. E., & Brückner, H. (2011). Criminal-justice and school sanctions against nonheterosexual youth: A national longitudinal study. *Pediatrics, 127*(1), 49–57.

32 Hunt, J., & Moodie-Mills, A. (2012). *The unfair criminalization of gay and transgender youth.* Washington: Center for American Progress.

Irvine, A. (2010). 'We've had three of them': Addressing the invisibility of lesbian, gay, bisexual, and gender nonconforming youths in the juvenile justice system. *Columbia Journal of Gender & Law, 19*, 675–701.

Snapp, S., Hoenig, J., Fields, A., & Russell, S.T. (2015). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. *Journal of Adolescent Research, 30,* 57–82.

33 Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

34 Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: Justice Center & Council of State Governments.

Hannon, L., DeFina, R., & Bruch, S. (2013). The relationship between skin tone and school suspension for African Americans. *Race and Social Problems, 5*(4), 281–295.

Irvine, A. (2010). 'We've had three of them': Addressing the invisibility of lesbian, gay, bisexual, and gender nonconforming youths in the juvenile justice system. *Columbia Journal of Gender & Law, 19*, 675–701.

Losen, D. J., & Gillespie, J. (2012). *Opportunities suspended: The disparate impact of disciplinary exclusion from school.* Los Angeles, CA: The Civil Rights Project, The Center for Civil Rights Remedies.

Losen, D. J., Hodson, C., Keith II, M. A., Morrison, K., & Belway, S. (2015). *Are we closing the school discipline gap?* Los Angeles: The Center for Civil Rights Remedies.

35 Cisgender" describes a person whose gender identity is aligned with the sex/gender they were assigned at birth.

36 Race/ethnicity was assessed with a multi-check question item (i.e., African American or Black; Asian; South Asian; Native Hawaiian or Other Pacific Islander; Native American, American Indian, or Alaska Native; White or Caucasian; Hispanic or Latino/a; and Middle Eastern or Arab American) with an optional write-in item for races/ethnicities not listed. Participants who selected more than one category were coded as "Multiracial," with the exception of participants who selected "Hispanic or Latino" or "Middle Eastern or Arab American."

37 Gender was assessed with a multi-check question item (i.e., male, female, transgender, transgender male-to-female, transgender female-to-male, and genderqueer) with an optional write-in item for genders not listed in combination with an item that asked respondents their sex assigned at birth. Participants in the Transgender Female category selected "male-to-female" and/or selected "female," "transgender," and indicated that they were assigned male at birth; the category Transgender Male was calculated similarly. Participants

were categorized as having Another Transgender identity if they selected only "transgender" and provided no other information about their gender identities, if they selected both "male-to-female" and "female-to-male" transgender options, or if they selected both "male" and "female" and also indicated "transgender," regardless of birth sex.

38 Sexual orientation was assessed with a multi-check question item (i.e., gay, lesbian, straight/heterosexual, bisexual, questioning, and queer) with an optional write-in item for sexual orientations not listed. Students in the categories Queer, Another Sexual Orientation, and Questioning or Unsure did not also indicate that they were gay/lesbian or bisexual.

39 "Bisexual" and "pansexual" both describe the sexual orientations of people who can experience attraction to people of multiple gender identities. Bisexual identity is commonly described as either experiencing attraction to some male-identified people and some female-identified people or as experiencing attraction to some people of the same gender and some people of different genders. Pansexual identity is commonly defined as experiencing attraction to some people, regardless of their gender identities.

40 Students were placed into region based on the state they were from – Northeast: Connecticut, Delaware, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont, Washington, DC; South: Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia; Midwest: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin; West: Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming.

41 School locale (urban, suburban, rural) was created by matching school district locale information from the National Center for Education Statistics (NCES) with the school district name and/or zip code provided by participants attending public schools.

42 Kang-Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Skiba, R. J., Arredondo, M. I., & Williams, N. T. (2014). More than a metaphor: The contribution of exclusionary discipline to a school-to-prison pipeline. *Equity & Excellence in Education, 47*(4), 546–564.

43 Kang-Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Lester, J.N., & Evans, K. R. (2014, April). *An historical account of the construction of zero tolerance in print media.* Paper presented at the Annual Meeting of the American Educational Research Association. Philadelphia, PA.

44 Carr, S. (2014, November 17). How strict is too strict? The backlash against no-excuses discipline in high schools. *The Atlantic, December 2014.* Retrieved from http://www.theatlantic.com/magazine/archive/2014/12/how-strict-is-too-strict/382228/?utm_source = JFSF+Newsletter&utm_campaign = 78e5068481-Newsletter_December_2014&utm_medium = email&utm_term = 0_2ce9971b29-78e5068481-356428881

Department of Justice (DOJ). (2011, July 21). Attorney General Holder, Secretary Duncan announce effort to respond to school-to-prison pipeline by supporting good discipline practices. Press release. Washington, DC: DOJ. Retrieved from http://www.justice.gov/opa/pr/2011/July/11-ag-951.html

Kang-Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Metro Justice, Center for Teen Empowerment, Alliance for Quality Education, & Advancement Project. (2014). *Breaking the school-to-prison pipeline: The crisis affecting Rochester's students and what we can do to fix it.* Rochester: Metro Justice.

Mitchell, M. M., & Bradshaw, C. P. (2013). Examining classroom influences on student perceptions of school climate: The role of classroom management and exclusionary discipline strategies. *Journal of School Psychology, 51*(5), 599–610.

45 Christle, C. A., Jolivette, K., & Nelson, C. M. (2005). Breaking the school to prison pipeline: Identifying school risk and protective factors for youth delinquency. *Exceptionality, 13*(2), 69–88.

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: The Council of State Governments Justice Center.

Kang–Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852–862.

Sander, J. B., Sharkey, J. D., Groomes, A. N., Krumholz, L., Walker, K., & Hsu, J. Y. (2011). Social justice and juvenile offenders: Examples of fairness, respect, and access in education settings. *Journal of Educational and Psychological Consultation, 21*(4), 309–337.

Todis, B., Bullis, M., Waintrup, M., Schultz, R., & D'Ambrosio, R. (2001). Overcoming the odds: Qualitative examination of resilience among formerly incarcerated adolescents. *Exceptional Children, 68*(1), 119–139.

46 Arredondo, M., Gray, C., Russell, S., Skiba, R., & Snapp, S. (2016). *Documenting disparities for LGBT students: Expanding the collection and reporting of data on sexual orientation and gender identity.* Discipline Disparities: A Research-to Practice Collaborative. The Equity Project. Bloomington, IN.

Himmelstein, K. E., & Brückner, H. (2011). Criminal-justice and school sanctions against nonheterosexual youth: A national longitudinal study. *Pediatrics, 127*(1), 49–57.

Snapp, S. D., Hoenig, J. M., Fields, A., & Russell, S. T. (2014). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. *Journal of Adolescent Research, 30*, 57–82.

47 Himmelstein, K. E., & Brückner, H. (2011). Criminal-justice and school sanctions against nonheterosexual youth: A national longitudinal study. *Pediatrics, 127*(1), 49–57.

48 Findings in this study came from online survey conducted by Harris Poll on behalf of GLSEN among 1,367 U.S. junior/senior high school students age 13–18. The national sample was drawn primarily from the Harris Poll Online (HPOL) opt-in panel and supplemented with a sample from trusted partner panels. The data from the online surveys were weighted to key demographic variables to align with the national student population.

49 To compare disciplinary experiences between LGBTQ and non-LGBTQ students, five chi-square tests were conducted. *Sent to Principal's Office:* $\chi^2 = 14.818$, $df = 1$, $p < .01$, Cramer's V = .083; *Received detention:* $\chi^2 = 9.507$, $df = 1$, $p < .001$, Cramer's V = .104; *Been suspended from school:* $\chi^2 = 13.020$, $df = 1$, $p < .001$, *Been expelled from school:* $\chi^2 = 0.330$, $df = 1$, $p > .05$, Cramer's V = .016, Cramer's V = .1098; *Experienced any of these forms of school discipline:* $\chi^2 = 300.075$, $df = 1$, $p < .001$, Cramer's V = .197. All difference were significant except for being expelled from school.

50 *From Teasing to Torment 2016*: "Now we would like to ask you some questions about getting in trouble at school. Have you ever …? Please select all that apply." (response options included: Been referred to the principal's office; Received detention; Been suspended from school [in-school or out-of-school suspension]; Been expelled from school; I have not experienced any of these). *2013 National School Climate Survey:* "As a result of disciplinary action at school, have you ever …? Please check all that apply." (response options: Received detention; Been suspended from school [in-school or out-of-school suspension];Been expelled from school; Been arrested; Appeared before a juvenile or criminal court; Served time in a juvenile or adult detention facility). Note: responses indicating criminal or juvenile justice involvement (e.g., been arrested) are reported in the Justice Involvement section of this report.

51 Snapp, S. D., Hoenig, J. M., Fields, A., & Russell, S. T. (2014). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. *Journal of Adolescent Research, 30*, 57–82.

52 Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

53 High and low levels of victimization are indicated by a cutoff at the mean score of victimization: students above the mean were characterized as "Experiencing Higher Levels of Victimization."

54 To compare disciplinary experiences by severity of victimization based on sexual orientation, four chi-square tests were conducted using a dichotomized variable indicating that students had experienced higher than average victimization. *Received detention:* $\chi^2 = 248.521$, $df = 1$, $p < .001$, Cramer's V = .179. Students who had experienced higher levels of victimization were more likely to have received detention than students who had experienced lower levels of victimization. *Been suspended from school:* $\chi^2 = 300.348$, $df = 1$, $p < .001$, Cramer's V = .197. Students who had experienced higher levels of victimization were more likely to have been suspended than students who had experienced lower levels of victimization. *Been expelled from school:* $\chi^2 = 38.506$, $df = 1$, $p < .001$, Cramer's V = .071. Students who had experienced higher levels of victimization were more likely to have been expelled than students who had experienced lower levels of victimization. *Experienced any of these forms of school discipline:* $\chi^2 = 300.075$, $df = 1$, $p < .001$, Cramer's V = .197. Students who had experienced higher levels of victimization reported higher rates of school disciplinary action than students who had experienced lower levels of victimization.

To compare disciplinary experiences by severity of victimization based on gender expression, four chi-square tests were conducted using a dichotomized variable indicating that students had experienced higher than average victimization. *Received detention:* $\chi^2 = 177.509$, $df = 1$, $p < .001$, Cramer's V = .153. Students who had experienced higher levels of victimization were more likely to have received detention than students who had experienced lower levels of victimization. *Been suspended from school:* $\chi^2 = 174.800$, $df = 1$, $p < .001$, Cramer's V = .152. Students who had experienced higher levels of victimization were more likely to have been suspended than students who had experienced lower levels of victimization. *Been expelled from school:* $\chi^2 = 20.550$, $df = 1$, $p < .001$, Cramer's V = .052. Students who had experienced higher levels of victimization were more likely to have been expelled than students who had experienced lower levels of victimization. *Experienced any of these forms of school discipline:* $\chi^2 = 189.314$, $df = 1$, $p < .001$, Cramer's V = .158. Students who had experienced higher levels of victimization reported higher rates of school disciplinary action than students who had experienced lower levels of victimization.

55 To compare disciplinary experiences by missing school due to safety reasons, four chi-square tests were conducted using a dichotomized variable indicating that students had missed school at least once due to feeling unsafe or uncomfortable. *Received detention:* $\chi^2 = 253.641$, $df = 1$, $p < .001$, Cramer's V = .181. Students who had missed school were more likely to have received detention than students who had not missed school.

*Been suspended from school:* $\chi^2 = 215.703$, $df = 1$, $p < .001$, Cramer's V = .167. Students who had missed school were more likely to have been suspended than students who had not missed school. *Been expelled from school:* $\chi^2 = 43.443$, $df = 1$, $p < .001$, Cramer's V = .075. Students who had missed school were more likely to have been expelled than students who had not missed school. *Experienced any of these forms of school discipline:* $\chi^2 = 261.865$, $df = 1$, $p < .001$, Cramer's V = .184. Students who had missed school reported higher rates of school disciplinary action than students who had not missed school.

56 Kosciw, J. G., Greytak, E. A., Bartkiewicz, M. J., Boesen, M. J., & Palmer, N. A. (2012). *The 2011 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

57 To compare experiences of discrimination by gender identity, three chi-square tests were conducted. *Prevented from using preferred name:* $\chi^2 = 1081.560$, $df = 3$, $p < .001$, Cramer's V = .383. Transgender students were most likely to experience this form of discrimination, followed by genderqueer and other gender students, followed by cisgender females, followed by cisgender males. *Required to use bathroom/locker room of legal sex:* $\chi^2 = 1096.869$, $df = 3$, $p < .001$, Cramer's V = .385. Transgender students were most likely to experience this form of discrimination, followed by genderqueer and other gender students, followed by cisgender females, followed by cisgender males. *Prevented from wearing clothes of another gender (dress code violation):* $\chi^2 = 164.255$, $df = 3$, $p < .001$, Cramer's V = .149. Transgender, other gender, and genderqueer students were more likely to experience this form of discrimination than cisgender males and females, who were not different from one another. Transgender students were also more likely to experience this form of discrimination than genderqueer students. Other gender students were not different from transgender and genderqueer students in experiencing this form of discrimination.

58 To compare disciplinary experiences by experiences of discrimination at school, four chi-square tests were conducted using a dichotomized variable indicating that students had experienced discriminatory policies or procedures described in the section Experiences of Discrimination at School, not including being punished for PDA or for identifying as LGBT. *Received detention:* $\chi^2 = 181.867$, $df = 1$, $p < .001$, Cramer's V = .153. Students who had experienced discriminatory policies or practices at school were more likely to have received detention than students who had not experienced these policies or practices. *Been suspended from school:* $\chi^2 = 132.932$, $df = 1$, $p < .001$, Cramer's V = .131. Students who had experienced discriminatory policies or practices at school were more likely to have been suspended than students who had not experienced these policies or practices. *Been expelled from school:* $\chi^2 = 21.492$, $df = 1$, $p < .001$, Cramer's V = .053. Students who had experienced discriminatory policies or practices at school were more likely to have been expelled than students who had not experienced these policies or practices. *Experienced any of these forms of school discipline:* $\chi^2 = 206.412$, $df = 1$, $p < .001$, Cramer's V = .163. Students who had experienced discriminatory policies or practices at school reported higher rates of school disciplinary action than students who had not experienced these policies or practices. Note further analyses demonstrated that these relationships between discriminatory practices and school discipline held even after controlling for peer victimization.

59 ACLU. (2009, July 20). Gillman V. Holmes County School District—Case profile. Retrieved from https://www.aclu.org/lgbt-rights_hiv-aids/gillman-v-holmes-county-schooldistrict-case-profile

McBride, S., Durso, L. E., Hussey, H., Gruberg, S., & Robinson, G. (2014). *We the people: Why Congress and U.S. states must pass comprehensive LGBT nondiscrimination protections.* Washington, DC: Center for American Progress.

60 ACLU. (n.d.) GSA federal court victories. Retrieved from https://www.aclu.org/files/pdfs/gsa_cases_handout_2012_final.pdf

61 Greytak, E. A. (2016). Bullying, legal protections against. In Goldberg. A (Ed). SAGE Encyclopedia of LGBTQ Studies, p 160–161. SAGE. Thousand Oaks, CA.

62 Weiss, J. T. (2013). Protecting transgender students: Application of Title IX to gender identity or expression and the constitutional right to gender autonomy. *Wisconsin Journal of Law, Gender, & Society, 28*(3), 331–347.

63 "State maps." (2014). GLSEN. Retrieved from http://glsen.org/article/state-maps

64 "District ordered to pay transgender student $75K." (2014, December 2). *Associated Press.* Retrieved from http://bigstory.ap.org/article/b8ef5a4f6ceb45cf9eb77bedf7529114/district-ordered-pay-transgender-student-75k

Nicholson, K. (2013, June 24). Coy Mathis' family celebrates civil rights win for transgender child. *Denver Post.* Retrieved from http://www.denverpost.com/ci_23529796/coy-mathis-family-celebrates-civil-rights-win-transgender?source=infinite

65 Rumberger, R. (2011). *Dropping out. Why students drop out of high school and what can be done about it.* Cambridge: Harvard University Press.

Rumberger, R.W. (1987). High school dropouts: A review of issues and evidence. *Review of Educational Research, 57*(2), 101–121.

66 Grant, J. M., Mottet, L.A., Tanis, J. Harrison, J. Herman, J. L. & Mara K. (2011). *Injustice at every turn: A report of the National Transgender Discrimination Survey. Washington: National Center for Transgender Equality* and National Gay and Lesbian Task Force.

Remafedi, G. (1987). Adolescent homosexuality: Psychosocial and medical implications. *Pediatrics, 79*(3), 331–337.

67 U.S. Department of Education, National Center for Education Statistics (2013). High School Longitudinal Study of 2009 (HSLS:09), "2013 Update/Transcript Restricted-use File." Washington, DC: .S. Department of Education.

U.S. Department of Education, National Center for Education Statistics. (2003b). Digest of Education Statistics, 2002 (NCES 2003–060). Washington, DC: U.S. Department of Education.

68 High and low levels of victimization are indicated by a cutoff at the mean score of victimization: students above the mean were characterized as "Experiencing Higher Levels of Victimization."

69 To test differences in dropping out by severity of victimization, two chi-square tests were conducted. *Severity of victimization based on sexual orientation:* $\chi^2$ = 100.153, *df* = 1, *p* < .001, Cramer's V = .114. Students who had experienced higher levels of victimization based on sexual orientation were less likely to say they planned to graduate from high school. *Severity of victimization based on gender expression:* $\chi^2$ = 102.046, *df* = 1, *p* < .001, Cramer's V = .116. Students who had experienced higher levels of victimization based on gender expression were less likely to say they planned to graduate from high school.

70 Allensworth, E. M., & Easton, J. Q. (2007). What matters for staying on track and graduating in Chicago Public High Schools. *Chicago, IL:* Consortium on Chicago School Research. *Retrieved from https://consortium.uchicago.edu/sites/default/files/publications/07%20What%20Matters%20Final.pdf*

Balfanz, R., Bridgeland, J. M., Bruce, M., & Fox, J. H. (2012). *Building a grad nation: Progress and challenge in ending the high school dropout epidemic.* (Annual Update, 2012). *Civic Enterprises.*

Harris, K. D. (2013). *In school and on track: Attorney General's 2013 report on California's elementary school truancy and absenteeism crisis.* Sacramento, CA: California Office of the Attorney General.

Rumberger, R. W. (1995). Dropping out of middle school: A multilevel analysis of students and schools. *American Educational Research Journal, 32*(3), 583–625.

71 The relationship between missing school and severity of victimization was examined through Pearson correlations. *Victimization based on sexual orientation:* r = .531, *p* < .001; *Victimization based on gender expression:* r = .401, *p* < .001. Percentages are shown for illustrative purposes.

72 To test differences in missing school by experiencing discriminatory policies and practices at school, an analysis of variance (ANOVA) was conducted, with missing school as the dependent variable, and experiencing discrimination as the independent variable. The main effect for experiencing discrimination was significant: $F(1, 7050) = 663.883$, $p < 0.001$, $\eta p^2 = .086$. Percentages are shown for illustrative purposes. Note further analyses demonstrated that these relationships between discriminatory practices and missing school held even after controlling for peer victimization.

73 Gruber, J. E. & Fineran, S. (2008). Comparing the impact of bullying and sexual harassment victimization on the mental and physical health of adolescents. *Sex Roles, 59*, 1–13.

Hatzenbuehler, M. L., Birkett, M., Van Wagenen, A., & Meyer, I. H. (2014). Protective school climates and reduced risk for suicide ideation in sexual minority youths. *American Journal of Public Health, 104*(2), 279–286.

Kaltiala-Heino, R., Rimpela, M., Rantanen, P. & Rimpela, A. (2000). Bullying at school—an indicator of adolescents at risk for mental disorders. *Journal of Adolescence, 23*, 661–674

Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN

Salmon, G. James, A. Cassidy, E. L. & Javaloyes, M. A. (2000). Bullying a review: Presentations to an adolescent psychiatric service and within a school for emotionally and behaviourally disturbed children. *Clinical Child Psychology and Psychiatry, 5*, 563–579.

Toomey, R. B., Ryan, C., Diaz, R. M., Card, N. A., & Russell, S. T. (2010). Gender-nonconforming lesbian, gay, bisexual, and transgender youth: school victimization and young adult psychosocial adjustment. *Developmental Psychology, 46*(6), 1580.

74 Klein, A., & Golub, S. A. (2016). Family rejection as a predictor of suicide attempts and substance misuse among transgender and gender nonconforming adults. *LGBT Health.*

Ryan, C., Huebner, D., Diaz, R. M., & Sanchez, J. (2009). Family rejection as a predictor of negative health outcomes in White and Latino lesbian, gay, and bisexual young adults. *Pediatrics, 123*(1), 346–352.

75 Hatzenbuehler, M. L., McLaughlin, K. A., Keyes, K. M., & Hasin, D. S. (2010). The impact of institutional discrimination on psychiatric disorders in lesbian, gay, and bisexual populations: A prospective study. *American Journal of Public Health, 100*(3), 452–459.

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: conceptual issues and research evidence. *Psychological Bulletin, 129*(5), 674.

76 To examine whether mental health was related to plans to drop out, a binary logistic regression was conducted with the two mental health variables (depression—assessed by CES-D scale) and self-esteem assessed through the Rosenberg Self-Esteem Scale (see Kosciw et al., 2013 for more information) as predictors and the dichotomous variable of planning to drop out (or not sure if would drop out) as the outcome. The model was significant: $\chi^2$ = 201.984, df = 2, *p* < .001. The coefficients for both predictor variables were significant: depression: β = 0.721, p < .001; self-esteem: β = - 1.094, p < .001.

77 Kosciw, J. G., Palmer, N. A., & Kull, R. M. (2014). Reflecting resiliency: Openness about sexual orientation and/or gender identity and its relationship to well-being and educational outcomes for LGBT students. *American Journal of Community Psychology.*

78 Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: The Council of State Governments Justice Center.

Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852–862.

79 To test differences in educational aspirations by experiences of school discipline, a chi-square test was conducted using a dichotomized variable indicating that students did not plan to graduate from high school: $\chi^2$ = 15.726, *df* = 1, *p* < .001, Cramer's V = .045. Students who had been disciplined at school were less likely to plan to graduate from high school compared to students who had not been disciplined at school.

80 Christle, C. A., Jolivette, K., & Nelson, C. M. (2005). Breaking the school to prison pipeline: Identifying school risk and protective factors for youth delinquency. *Exceptionality, 13*(2), 69–88.

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: The Council of State Governments Justice Center.

Kang-Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Monahan, K. C., Vanderhei, S., Bechtold, J., & Cauffman, E. (2014). From the school yard to the squad car: School discipline, truancy, and arrest. *Journal of Youth and Adolescence, 43*(7), 1110–1122.

Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852–862.

81 Aizer, A., & Doyle Jr, J. J. (2013). Juvenile incarceration, human capital and future crime: Evidence from randomly-assigned judges (No. w19102). National Bureau of Economic Research.

Raphael, S. (2007). Early incarceration spells and the transition to adulthood. In S. H. Danziger & C. E. Rouse (Eds.), *The price of independence: The economics of early adulthood* (Ch. 11, pp. 278–305). New York: Russell Sage Foundation.

82 Aizer, A., & Doyle Jr, J. J. (2013). Juvenile incarceration, human capital and future crime: Evidence from randomly-assigned judges (No. w19102). National Bureau of Economic Research.

83 Bishop, D. M., Frazier, C. E., Lanza-Kaduce, L., & Winner, L. (1996). The transfer of juveniles to criminal court: Does it make a difference? *Crime & Delinquency, 42*(2), 171–191.

84 Wilson, H. A., & Hoge, R. D. (2013). The effect of youth diversion programs on recidivism: A meta-analytic review. *Criminal Justice and Behavior, 40*(5), 497–518.

85 Hunt, J., & Moodie-Mills, A. (2012). *The unfair criminalization of gay and transgender youth.* Washington: Center for American Progress.

Irvine, A. (2010). 'We've had three of them': Addressing the invisibility of lesbian, gay, bisexual, and gender nonconforming youths in the juvenile justice system. *Columbia Journal of Gender & Law, 19*, 675–701.

86 Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: Council of State Governments Justice Center.

Monahan, K. C., Vanderhei, S., Bechtold, J., & Cauffman, E. (2014). From the school yard to the squad car: School discipline, truancy, and arrest. *Journal of Youth and Adolescence, 43*(7), 1110–1122.

87 Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852–862.

88 Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: Council of State Governments Justice Center.

Monahan, K. C., Vanderhei, S., Bechtold, J., & Cauffman, E. (2014). From the school yard to the squad car: School discipline, truancy, and arrest. *Journal of Youth and Adolescence, 43*(7), 1110–1122.

89 High and low levels of victimization are indicated by a cutoff at the mean score of victimization: students above the mean were characterized as "Experiencing Higher Levels of Victimization."

90 To compare involvement in the justice system due to school discipline by severity of victimization based on sexual orientation, four chi-square tests were conducted using a dichotomized variable indicating that students had experienced higher than average victimization. *Appeared before a juvenile or criminal court:* $\chi^2$ = 61.957, *df* = 1, *p* < .001, Cramer's V = .090. Students who had experienced higher levels of victimization were more likely to have appeared before a court than students who had experienced lower levels of victimization. *Been arrested:* $\chi^2$ = 45.853, *df* = 1, *p* < .001, Cramer's V = .077. Students who had experienced higher levels of victimization were more likely to have been arrested than students who had experienced lower levels of victimization. *Served time in a juvenile or adult detention facility:* $\chi^2$ = 25.455, *df* = 1, *p* < .001, Cramer's V = .057. Students who had experienced higher levels of victimization were more likely to have served time in a detention facility than students who had experienced lower levels of victimization. *Experienced any of these*

*forms of contact with the juvenile or criminal justice system:* $\chi^2 = 84.752$, $df = 1$, $p < .001$, Cramer's V = .105. Students who had experienced higher levels of victimization reported higher rates of involvement with the justice system than students who had experienced lower levels of victimization.

To compare involvement in the justice system due to school discipline by severity of victimization based on gender expression, four chi-square tests were conducted using a dichotomized variable indicating that students had experienced higher than average victimization. A*ppeared before a juvenile or criminal court:* $\chi^2 = 23.672$, $df = 1$, $p < .001$, Cramer's V = .056. Students who had experienced higher levels of victimization were more likely to have appeared before a court than students who had experienced lower levels of victimization. *Been arrested:* $\chi^2 = 18.436$, $df = 1$, $p < .001$, Cramer's V = .049. Students who had experienced higher levels of victimization were more likely to have been arrested than students who had experienced lower levels of victimization. *Served time in a juvenile or adult detention facility:* $\chi^2 = 7.326$, $df = 1$, $p < .01$, Cramer's V = .031. Students who had experienced higher levels of victimization were more likely to have served time in a detention facility than students who had experienced lower levels of victimization. E*xperienced any of these forms of contact with the juvenile or criminal justice system:* $\chi^2 = 34.572$, $df = 1$, $p < .001$, Cramer's V = .068. Students who had experienced higher levels of victimization reported higher rates of involvement with the justice system than students who had experienced lower levels of victimization.

91 Snapp, S. D., Hoenig, J. M., Fields, A., & Russell, S. T. (2014). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. *Journal of Adolescent Research, 30*, 57–82.

92 To compare involvement in the justice system due to school discipline by missing school due to safety reasons, four chi-square tests were conducted using a dichotomized variable indicating that students had missed school at least once due to feeling unsafe or uncomfortable. *Appeared before a juvenile or criminal court:* $\chi^2 = 38.175$, $df = 1$, $p < .001$, Cramer's V = .070. Students who had missed school were more likely to have appeared before a court than students who had not missed school. *Been arrested:* $\chi^2 = 27.254$, $df = 1$, $p < .001$, Cramer's V = .059. Students who had missed school were more likely to have been arrested than students who had not missed school. *Served time in a juvenile or adult detention facility:* $\chi^2 = 30.660$, $df = 1$, $p < .001$, Cramer's V = .063. Students who had missed school were more likely to have served time in a detention facility than students who had not missed school. *Experienced any of these forms of contact with the juvenile or criminal justice system:* $\chi^2 = 52.990$, $df = 1$, $p < .001$, Cramer's V = .083. Students who had missed school reported higher rates of involvement with the justice system than students who had not missed school.

93 To compare disciplinary experiences by experiences of discrimination at school, four chi-square tests were conducted. *Appeared before a juvenile or criminal court:* $\chi^2 = 21.144$, $df = 1$, $p < .001$, Cramer's V = .052. Students who had experienced discriminatory policies or practices at school were more likely to have appeared before a juvenile or criminal court than students who had not experienced these policies or practices. *Been arrested:* $\chi^2 = 27.237$, $df = 1$, $p < .001$, Cramer's V = .059. Students who had experienced discriminatory policies or practices at school were more likely to have been arrested than students who had not experienced these policies or practices. *Served time in a juvenile or adult detention facility:* $\chi^2 = 22.418$, $df = 1$, $p < .001$, Cramer's V = .054. Students who had experienced discriminatory policies or practices at school were more likely to have served time in a juvenile or adult detention facility than students who had not experienced these policies or practices. *Experienced any of these types of disciplinary action:* $\chi^2 = 37.477$, $df = 1$, $p < .001$, Cramer's V = .070. Students who had experienced discriminatory policies or practices at school were more likely to have experienced any of these types of disciplinary action than students who had not experienced these policies or practices. Note further analyses demonstrated that these relationships between discriminatory practices and justice involvement held even after controlling for peer victimization.

94 Rates of suspension and expulsion for this sample of LGBTQ youth were slightly lower than the general youth population. For example, 15.1% of the LGBTQ sample said they had ever been suspended, compared to 21.6% of the NCES sample; 1.3% of the LGBTQ sample had been expelled, compared to 3.2% of the NCES sample. However, this sample of LGBTQ youth included only those who were in school in the past school year, whereas values on the general youth population come from a query of parents, and thus report on all youth, and a different viewpoint. Thus, this sample of LGBTQ youth likely underestimates rates of disciplinary experiences, including suspension and expulsion, for LGBT youth, as many such youth may no longer be in school.

95 Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

96 Anyon, Y., Jenson, J. M., Altschul, I., Farrar, J., McQueen, J., Greer, E., Downing, B., & Simmons, J. (2014). The persistent effect of race and the promise of alternatives to suspension in school discipline outcomes. *Children and Youth Services Review, 44*, 379–386.

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: The Council of State Governments Justice Center.

Hilberth, M., & Slate, J. R. (2014). Middle school Black and White student assignment to disciplinary consequences: A clear lack of equity. *Education and Urban Society, 46*(3), 312–328

Losen, D. J., Hodson, C., Keith II, M. A., Morrison, K., & Belway, S. (2015). *Are we closing the school discipline gap?* Los Angeles: The Center for Civil Rights Remedies.

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 320 of 434 - Page ID#: 4244

Krezmien, M. P., Leone, P. E., Zablocki, M. S., & Wells, C. S. (2010). Juvenile court referrals and the public schools: Nature and extent of the practice in five states. *Journal of Contemporary Criminal Justice, 26*(3), 273–293.

Metro Justice, Center for Teen Empowerment, Alliance for Quality Education, & Advancement Project. (2014). *Breaking the school-to-prison pipeline: The crisis affecting Rochester's students and what we can do to fix it.* Rochester: Metro Justice.

Quinn, M. M., Osher, D. M., Poirier, J. M., Rutherford, R. B., & Leone, P. E. (2005). Youth with disabilities in juvenile corrections: A national survey. *Exceptional Children, 71*(3), 339–345.

Taylor, J., Cregor, M., & Lane, P. (2014). *Not measuring up: The state of school discipline in Massachusetts.* Boston: Lawyers' Committee for Civil Rights and Economic Justice.

Wallace Jr, J. M., Goodkind, S., Wallace, C. M., & Bachman, J. G. (2008). Racial, ethnic, and gender differences in school discipline among US high school students: 1991–2005. *The Negro Educational Review, 59*(1–2), 47

97 Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: Justice Center & Council of State Governments.

Hannon, L., DeFina, R., & Bruch, S. (2013). The relationship between skin tone and school suspension for African Americans. *Race and Social Problems, 5*(4), 281–295.

Losen, D. J., & Gillespie, J. (2012). *Opportunities suspended: The disparate impact of disciplinary exclusion from school.* Los Angeles, CA: The Civil Rights Project, The Center for Civil Rights Remedies.

Metro Justice, Center for Teen Empowerment, Alliance for Quality Education, & Advancement Project. (2014). *Breaking the school-to-prison pipeline: The crisis affecting Rochester's students and what we can do to fix it.* Rochester: Metro Justice.

Office for Civil Rights. (2014, March 2014). *School discipline.* Washington, DC: Office for Civil Rights, United States Department of Education. Retrieved from http://www2.ed.gov/about/offices/list/ocr/docs/crdc-discipline-snapshot.pdf

Office for Civil Rights. (2012, March 2012). *The transformed civil rights data collection.* Washington, DC: Office for Civil Rights, United States Department of Education. Retrieved from http://www2.ed.gov/about/offices/list/ocr/docs/crdc-2012-data-summary.pdf

Poe-Yamagata, E. (2009). *And justice for some: Differential treatment of minority youth in the justice system.* DIANE Publishing.

Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852–862.

Taylor, J., Cregor, M., & Lane, P. (2014). *Not measuring up: The state of school discipline in Massachusetts.* Boston: Lawyers' Committee for Civil Rights and Economic Justice.

U.S. Department of Education, National Center for Education Statistics, Parent and Family Involvement in Education Survey of the National Household Education Surveys Program (PFI-NHES), 1999, 2003, and 2007. Retrieved from http://nces.ed.gov/pubs2012/2012026/tables/table_14.asp

Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852–862.

98 Anyon, Y., Jenson, J. M., Altschul, I., Farrar, J., McQueen, J., Greer, E., Downing, B., & Simmons, J. (2014). The persistent effect of race and the promise of alternatives to suspension in school discipline outcomes. *Children and Youth Services Review, 44*, 379–386.

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: The Council of State Governments Justice Center.

Hilberth, M., & Slate, J. R. (2014). Middle school Black and White student assignment to disciplinary consequences: A clear lack of equity. *Education and Urban Society, 46*(3), 312–328.

Office for Civil Rights. (2012, March 2012). *The transformed civil rights data collection.* Washington, DC: Office for Civil Rights, United States Department of Education. Retrieved from http://www2.ed.gov/about/offices/list/ocr/docs/crdc-2012-data-summary.pdf

U.S. Department of Education, National Center for Education Statistics, Parent and Family Involvement in Education Survey of the National Household Education Surveys Program (PFI-NHES), 1999, 2003, and 2007. Retrieved from http://nces.ed.gov/pubs2012/2012026/tables/table_14.asp

Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852–862.

99 Poe-Yamagata, E. (2009). *And justice for some: Differential treatment of minority youth in the justice system.* DIANE Publishing.

100 Losen, D. J., Hodson, C., Keith II, M. A., Morrison, K., & Belway, S. (2015). *Are we closing the school discipline gap?* Los Angeles: The Center for Civil Rights Remedies.

Gregory, A., Skiba, R. J., & Noguera, P. A. (2010). The achievement gap and the discipline gap: Two sides of the same coin? *Educational Researcher, 39*(1), 59–68.

Office for Civil Rights. (2014, March 2014). *School discipline.* Washington, DC: Office for Civil Rights, United States Department of Education. Retrieved from http://www2.ed.gov/about/offices/list/ocr/docs/crdc-discipline-snapshot.pdf

Padres & Jóvenes Unidos and Advancement Project (2014). Lessons in racial justice and movement building: Dismantling the School-to-Prison Pipeline in Colorado and nationally. Retrieved from http://b.3cdn.net/advancement/ad2cf09c7de156e4d2_b9m6i8ubh.pdf

Ross, T., Kena, G., Rathbun, A., KewalRamani, A., Zhang, J., Kristapovich, P., & Manning, E. (2012). *Higher education: Gaps in access and persistence study* (NCES 2012-046). U.S. Department of Education. National Center for Education Statistics. Washington, DC: Government Printing Office.

Skiba, R. J., Trachok, M., Chung, C. G., Baker, T. L., Sheya, A., & Hughes, R. (2014). Parsing disciplinary disproportionality: Contributions of infraction, student, and school characteristics to out-of-school suspension and expulsion. *American Educational Research Journal, 51*(4), 640–670.

101 Hoffman, S. (2014). Zero benefit estimating the effect of zero tolerance discipline policies on racial disparities in school discipline. *Educational Policy, 28*(1), 69–95.

102 Heckman, J. J., & LaFontaine, P. A. (2010). The American high school graduation rate: Trends and levels. *The Review of Economics and Statistics, 92*(2), 244–262.

U.S. Department of Education, National Center for Education Statistics, Common Core of Data. Annual diploma counts and the Averaged Freshmen Graduation Rate (AFGR) in the United States by race/ethnicity: School years 200708 through 201112. Retrieved from http://nces.ed.gov/ccd/tables/AFGR0812.asp

U.S. Department of Education, National Center for Education Statistics. The Condition of Education. Public high school graduation rates. Retrieved from http://nces.ed.gov/programs/coe/indicator_coi.asp

103 Himmelstein, K. E., & Brückner, H. (2011). Criminal-justice and school sanctions against nonheterosexual youth: A national longitudinal study. *Pediatrics, 127*(1), 49–57.

Hunt, J., & Moodie-Mills, A. (2012). *The unfair criminalization of gay and transgender youth.* Washington: Center for American Progress.

Irvine, A. (2010). 'We've had three of them': Addressing the invisibility of lesbian, gay, bisexual, and gender nonconforming youths in the juvenile justice system. *Columbia Journal of Gender & Law, 19*, 675–701.

104 Burdge, H., Licona, A. C., Hyemingway, Z. T. (2014). *LGBTQ youth of color: Discipline disparities, school push-out, and the school-to-prison pipeline.* San Francisco, CA: Gay-Straight Alliance Network and Tucson, AZ: Crossroads Collaborative at the University of Arizona.

105 Given the relatively small sample sizes of Middle Eastern/Arab American and Native American/American Indian LGBT students and LGBT students with "other" races/ethnicities, we did not include these three groups in the comparisons of school experiences by race or ethnicity.

106 Anyon, Y., Jenson, J. M., Altschul, I., Farrar, J., McQueen, J., Greer, E., Downing, B., & Simmons, J. (2014). The persistent effect of race and the promise of alternatives to suspension in school discipline outcomes. *Children and Youth Services Review, 44*, 379–386.

Losen, D. J., Hodson, C., Keith II, M. A., Morrison, K., & Belway, S. (2015). *Are we closing the school discipline gap?* Los Angeles: The Center for Civil Rights Remedies.

Skiba, R. J., Trachok, M., Chung, C. G., Baker, T. L., Sheya, A., & Hughes, R. (2014). Parsing disciplinary disproportionality: Contributions of infraction, student, and school characteristics to out-of-school suspension and expulsion. *American Educational Research Journal, 51*(4), 640–670.

107 Tajalli, H., & Garba, H. A. (2014). Discipline or prejudice? Overrepresentation of minority students in disciplinary alternative education programs. *The Urban Review, 46*(4), 620–631.

108 To compare disciplinary experiences by race/ethnicity, four chi-square tests were conducted. *Received detention:* $\chi^2 = 43.717$, $df = 4$, $p < .001$, Cramer's V = .078. Hispanic/Latino and Multiracial students were more likely to have received detention than White/European American students and Asian/South Asian/Pacific Islander students. Black/African American students were also more likely to have received detention than White/European American students, but were not different from Asian/South Asian/Pacific Islander students. *Been suspended from school:* $\chi^2 = 46.821$, $df = 4$, $p < .001$, Cramer's V = .081. Black/African American and Multiracial students were more likely to have been suspended than Hispanic/Latino, White/European American, and Asian/South Asian/Pacific Islander students. *Been expelled from school:* $\chi^2 = 16.200$, $df = 4$, $p < .01$, Cramer's V = .047. Multiracial students were more likely to have been expelled than Hispanic/Latino and White/European American students. Black/African American and Asian/South Asian/Pacific Islander students were not different from Multiracial, Hispanic/Latino, or White/European American students. *Experienced any of these forms of school discipline:* $\chi^2 = 53.359$, $df = 4$, $p < .001$, Cramer's V = .086. Hispanic/Latino, Black/African American, and Multiracial students reported higher rates of school disciplinary action than White/European American and Asian/South Asian/Pacific Islander students. Note further analyses demonstrated that these differences remained even after controlling for school characteristics, such as locale (urban, rural, suburban), type (public, religious, private non-religion) and region (Northeast, South, Midwest, West).

109 To compare disciplinary experiences by school racial composition, four chi-square tests were conducted. *Received detention:* $\chi^2 = 49.929$, $df = 5$, $p < .001$, Cramer's V = .084. Youth of color in schools predominantly of students of color of a different race were more likely to have received detention, followed by youth of color in predominantly White schools. White students in predominantly White schools and White students in schools predominantly of students of color were least likely to have received detention. *Been suspended from school:* $\chi^2 = 37.310$, $df = 5$, $p < .001$, Cramer's V = .072. White students in predominantly White schools were less likely to have been suspended than all other students, who were not different from one another. *Been expelled from school:* $\chi^2 = 17.504$, $df = 5$, $p < .01$, Cramer's V = .050. Youth of color in predominantly White schools, youth of color in schools

predominantly of students of color of their race/ethnicity, and White students in schools predominantly of students of color were more likely to have been expelled than White students in predominantly White schools. *Experienced any of these forms of school discipline:* $\chi^2 = 58.534$, $df = 5$, $p < .001$, Cramer's V = .091. Youth of color in schools predominantly of their race/ethnicity and youth of color in predominantly White schools reported the highest rates of school disciplinary action, followed by youth of color in schools predominantly of students of color of a different race and White students in schools predominantly of students of color. White students in predominantly White schools reported the lowest rates of school disciplinary action.

110 To test differences in dropping out by race/ethnicity, a chi-square test was conducted using a dichotomized variable indicating that students did not plan to graduate from high school or were not sure: $\chi^2 = 10.785$, $df = 4$, $p < .05$, Cramer's V = .039. Multiracial students were marginally significant different from Black/African-American students, and were significantly different from all other students. There were no differences between other racial/ethnic groups. Note further analyses demonstrated that these differences remained even after controlling for school characteristics, such as locale (urban, rural, suburban), type (public, religious, private non-religion) and region (Northeast, South, Midwest, West).

111 To compare disciplinary experiences in justice involvement resulting from school discipline by race/ethnicity, four chi-square tests were conducted. *Appeared before a juvenile or criminal court:* $\chi^2 = 2.198$, $df = 4$, $p > .10$, Cramer's V = .017. Students did not differ from one another by race/ethnicity in their rates of having appeared before a court. *Been arrested:* $\chi^2 = 4.295$, $df = 4$, $p > .10$, Cramer's V = .024. Students did not differ from one another by race/ethnicity in their rates of having been arrested. *Served time in a juvenile or adult detention facility:* $\chi^2 = 2.135$, $df = 4$, $p > .10$, Cramer's V = .017. Students did not differ from one another by race/ethnicity in their rates of having served time in a detention facility. *Experienced any of these forms of contact with the juvenile or criminal justice system:* $\chi^2 = 3.083$, $df = 4$, $p > .10$, Cramer's V = .021. Students did not differ from one another by race/ethnicity in their overall contact with the justice system. Note further analyses demonstrated that there were no differences in justice involvement as result of school discipline, even after controlling for school characteristics, such as locale (urban, rural, suburban), type (public, religious, private non-religion) and region (Northeast, South, Midwest, West).

112 Taskforce to Study Dropout Rates of Persons in the Criminal Justice System. (2012). *School dropouts and their impact on the criminal justice system.* Maryland General Assembly.

Baker, M. L.; Sigmon, J. N.; Nugent, M. E. (2001). Truancy reduction: Keeping students in school. *Juvenile Justice Bulletin.* Washington, DC.: Department of Justice, Office of Juvenile Justice and Delinquency Prevention.

113 Heckman, J. J., & LaFontaine, P. A. (2010). The American high school graduation rate: Trends and levels. *The Review of Economics and Statistics, 92*(2), 244–262.

Goldin, C., Katz, L. F., & Kuziemko, I. (2006). The homecoming of American college women: The reversal of the college gender gap. *The Journal of Economic Perspectives, 20*(4), 133–156.

Krezmien, M. P., Leone, P. E., Zablocki, M. S., & Wells, C. S. (2010). Juvenile court referrals and the public schools: Nature and extent of the practice in five states. *Journal of Contemporary Criminal Justice, 26*(3), 273–293.

Wallace Jr, J. M., Goodkind, S., Wallace, C. M., & Bachman, J. G. (2008). Racial, ethnic, and gender differences in school discipline among US high school students: 1991–2005. *The Negro Educational Review, 59*(1–2), 47.

114 Burdge, H., Hyemingway, Z. T., Licona, A. C. (2014). *Gender nonconforming youth: Discipline disparities, school push-out, and the school-to-prison pipeline.* San Francisco, CA: Gay-Straight Alliance Network and Tucson, AZ: Crossroads Collaborative at the University of Arizona.

Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

Mitchum, P., & Moodie-Mills, A. (2014). *Beyond bullying: How hostile school climate perpetuates the school-to-prison pipeline for LGBT youth.* Washington, DC: Center for American Progress.

115 To compare disciplinary experiences by gender identity, four chi-square tests were conducted. *Received detention:* $\chi^2 = 26.474$, $df = 4$, $p < .001$, Cramer's V = .060. Transgender and other gender students were more likely to have received detention than genderqueer, cisgender male, and cisgender female students. *Been suspended from school:* $\chi^2 = 21.352$, $df = 4$, $p < .05$, Cramer's V = .054. Transgender and other gender students were more likely to have been suspended than genderqueer, cisgender male, and cisgender female students. *Been expelled from school:* $\chi^2 = 9.684$, $df = 4$, $p < .05$, Cramer's V = .036. Other gender students were more likely to have been expelled than genderqueer, cisgender male, and cisgender female students; transgender students were not different from other students. *Experienced any of these forms of school discipline:* $\chi^2 = 27.914$, $df = 4$, $p < .001$, Cramer's V = .061. Transgender and other gender students reported higher rates of school disciplinary action than genderqueer, cisgender male, and cisgender female students.

To test differences in disciplinary experiences among transgender youth, a chi-square test was conducted with the composite measure of experiencing any form of school discipline with additional transgender categories: $\chi^2 = 32.720$, $df = 6$, $p < .001$, Cramer's V = .066. Transgender females reported higher rates of school disciplinary action than transgender males, but were not different from other transgender students or students

with "another" gender identity. Transgender females were not different from transgender youth with "another" transgender identity, or from genderqueer youth or youth with "another" gender identity.

116 To test differences in dropping out by gender identity, a chi-square test was conducted using a dichotomized variable indicating that students did not plan to graduate from high school or were not sure: $\chi^2 = 85.146$, $df = 4$, $p < .001$, Cramer's V = .107. Cisgender students (both male and female) were less likely than other three groups (transgender, genderqueer, and students with another gender identity) to plan not to graduate high school. There were no differences between male and female cisgender students, and there were no differences among the non-cisgender students.

To test differences in plans to complete high school among transgender youth, a chi-square test was conducted using a dichotomized variable indicating that students did not plan to graduate from high school or were not sure: $\chi^2 = 1.447$, $df = 2$, $p < .05$, Cramer's V = .045. Transgender males, transgender females, and non-binary transgender students did not significant differ from one another.

117 To compare justice involvement due to school discipline by gender identity, four chi-square tests were conducted. *Appeared before a juvenile or criminal court:* $\chi^2 = 5.699$, $df = 4$, $p < .10$, Cramer's V = .028. Transgender students were more likely than genderqueer students to have appeared before a court. Other gender, cisgender male, and cisgender female students did not differ from one another or from transgender and other gender students in their rates of having appeared before a court. *Been arrested:* $\chi^2 = 5.144$, $df = 4$, $p < .10$, Cramer's V = .026. Students did not differ from one another by gender identity in their rates of having been arrested. *Served time in a juvenile or adult detention facility:* $\chi^2 = 2.135$, $df = 4$, $p < .10$, Cramer's V = .017. Students did not differ from one another by gender identity in their rates of having served time in a detention facility. *Experienced any of these forms of contact with the juvenile or criminal justice system:* $\chi^2 = 15.944$, $df = 4$, $p < .01$, Cramer's V = .046. Transgender and other gender students reported higher rates of justice system contact than cisgender males and genderqueer students, who were not different from one another. Cisgender females reported higher rates of justice system contact compared to cisgender males, but were not different from transgender, genderqueer, or other gender students.

To test differences in justice involvement due to school among transgender youth, a chi-square test was conducted with the composite measure of experiencing any form of contact with the juvenile or criminal justice system was performed with additional transgender categories. $\chi^2 = 17.799$, $df = 6$, $p < .01$, Cramer's V = .049. Transgender youth were not different from one another in their overall rates of justice system contact.

118 Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). The 2013 National School Climate Survey: *The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

119 Burdge, H., Hyemingway, Z. T., Licona, A. C. (2014). *Gender nonconforming youth: Discipline disparities, school push-out, and the school-to-prison pipeline.* San Francisco, CA: Gay-Straight Alliance Network and Tucson, AZ: Crossroads Collaborative at the University of Arizona.

Irvine, A. (2010). 'We've had three of them': Addressing the invisibility of lesbian, gay, bisexual, and gender nonconforming youths in the juvenile justice system. *Columbia Journal of Gender & Law, 19*, 675–701.

120 To compare disciplinary experiences by gender conformity, four chi-square tests were conducted among cisgender students. *Received detention:* $\chi^2 = 22.577$, $df = 1$, $p < .001$, Cramer's V = .064. Gender nonconforming students were more likely to have received detention than gender conforming students. *Been suspended from school:* $\chi^2 = 27.830$, $df = 1$, $p < .05$, Cramer's V = .071. Gender nonconforming students were more likely to have been suspended than genderqueer, cisgender male, and cisgender female students. *Been expelled from school:* $\chi^2 = 3.277$, $df = 1$, $p > .05$, Cramer's V = .024. Cisgender students did not differ from one another by gender expression in their rates of expulsion. *Experienced any of these forms of school discipline:* $\chi^2 = 34.236$, $df = 1$, $p < .001$, Cramer's V = .079. Gender nonconforming students reported higher rates of school disciplinary action than gender conforming students.

121 To test differences in dropping out by gender nonconformity, a chi-square test was conducted using a dichotomized variable indicating that students did not plan to graduate from high school or were not sure among cisgender LGBQ students: $\chi^2 = 5.445$, $df = 1$, $p < .05$, Cramer's V = .031.

122 To compare justice involvement experiences by gender conformity, four chi-square tests were conducted among cisgender students. *Appeared before a juvenile or criminal court:* $\chi^2 = 1.676$, $df = 1$, $p > .10$, Cramer's V = .017. Cisgender students did not differ from one another by gender expression in their rates of having appeared before a court. *Been arrested:* $\chi^2 = .014$, $df = 1$, $p > .10$, Cramer's V = .002. Cisgender students did not differ from one another by gender expression in their rates of having been arrested. *Served time in a juvenile or adult detention facility:* $\chi^2 = .002$, $df = 1$, $p > .10$, Cramer's V = .001. Cisgender students did not differ from one another by gender expression in their rates of having served time in a detention facility. *Experienced any of these forms of contact with the juvenile or criminal justice system:* $\chi^2 = 1.302$, $df = 1$, $p < .01$, Cramer's V = .015. Cisgender students did not differ from one another by gender expression in their rates of overall justice system contact.

123 Irvine, A. (2010). 'We've had three of them': Addressing the invisibility of lesbian, gay, bisexual, and gender nonconforming youths in the juvenile justice system. *Columbia Journal of Gender & Law, 19*, 675–701.

Wilson, B. D. M., Cooper, K., Kastanis, A., & Nezhad, S. (2014). Sexual and gender minority youth in foster care: Assessing disproportionality and disparities in Los Angeles. Los Angeles: The Williams Institute, UCLA School of Law.

124 Estrada, R., & Marksamer, J. (2006). Lesbian, gay, bisexual, and transgender young people in state custody: Making the child welfare and juvenile justice systems safe for all youth through litigation, advocacy, and education. *Temple Law Review, 79*, 415–438.

Irvine, A. (2010). 'We've had three of them': Addressing the invisibility of lesbian, gay, bisexual, and gender nonconforming youths in the juvenile justice system. *Columbia Journal of Gender & Law, 19*, 675–701.

Mountz, S. (2011). Revolving doors: LGBTQ youth at the interface of the child welfare and juvenile justice systems. *LGBTQ Policy Journal at the Harvard Kennedy School, 2011 Edition.*

Wilson, B. D. M., Cooper, K., Kastanis, A., & Nezhad, S. (2014). Sexual and gender minority youth in foster care: Assessing disproportionality and disparities in Los Angeles. Los Angeles: The Williams Institute, UCLA School of Law.

125 Majd, K., Marksamer, J., & Reyes, C. (2009). *Hidden injustice: Lesbian, gay, bisexual, and transgender youth in juvenile courts.* Equity Project. Retrieved from www.equityproject.org/pdfs/hidden_injustice.pdf

Snapp, S. D., Hoenig, J. M., Fields, A., & Russell, S. T. (2014). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. *Journal of Adolescent Research, 30*, 57–82.

126 Dank, M., Yahner, J., Madden, K., Bañuelos, I., Yu, L., Ritchie, A., Mora, M., & Conner, B. (2015). Surviving the streets of New York: Experiences of LGBTQ youth, YMSM, and YWSW engaged in survival sex. Washington, DC: Urban Insitute.

127 Cray, A., Miller, K., & Durso, L. E. (2013). *Seeking shelter: The experiences and unmet needs of LGBT homeless youth.* Washington: Center for American Progress.

Dank, M., Yahner, J., Madden, K., Bañuelos, I., Yu, L., Ritchie, A., Mora, M., & Conner, B. (2015). Surviving the streets of New York: Experiences of LGBTQ youth, YMSM, and YWSW engaged in survival sex. Washington, DC: Urban Insitute.

Majd, K., Marksamer, J., & Reyes, C. (2009). *Hidden injustice: Lesbian, gay, bisexual, and transgender youth in juvenile courts.* Equity Project. Retrieved from www.equityproject.org/pdfs/hidden_injustice.pdf

128 To compare disciplinary experiences by housing status, four chi-square tests were conducted. *Received detention:* $\chi^2 = 13.141$, $df = 2$, $p < .001$, Cramer's V = .042. Homeless students and students who were living with relatives were more likely to have received detention than students who were living at home with their parents. *Been suspended from school:* $\chi^2 = 23.717$, $df = 2$, $p < .001$, Cramer's V = .057. Homeless students were more likely to have been suspended than students who were living with relatives and students who were living at home with their parents. *Been expelled from school:* $\chi^2 = 1.539$, $df = 2$, $p > .05$, Cramer's V = .014. Students did not differ from one another by housing status in their rates of expulsion. *Experienced any of these forms of school discipline:* $\chi^2 = 16.151$, $df = 2$, $p < .001$, Cramer's V = .047. Homeless students and students who were living with relatives reported higher rates of school disciplinary action than students who were living at home with their parents.

129 Based upon the definition of youth homelessness from Subtitle B of Title VII of the McKinney-Vento Homeless Assistance Act (42 U.S.C. 11431 et seq.), students were considered homeless if they were living with friends — accompanied by parent/guardian or not; living in a group home; waiting for transitional placement; or living in any of the following: hotel/motel, streets, couch, car or van, park, campground, or abandoned building

130 To test differences in dropping out by housing status, a chi-square test was conducted using a dichotomized variable indicating that students did not plan to graduate from high school: $\chi^2 = 14.136$, $df = 2$, $p < .01$, Cramer's V = .044. Homeless students and students living with relatives were less likely to plan to graduate from high school compared to students who were living at home with their parents.

131 To compare justice involvement due to school discipline by housing status, four chi-square tests were conducted. *Received detention:* $\chi^2 = 13.141$, $df = 2$, $p < .001$, Cramer's V = .042. Homeless students and students who were living with relatives were more likely to have received detention than students who were living at home with their parents. *Appeared before a juvenile or criminal court:* $\chi^2 = 16.102$, $df = 2$, $p < .001$, Cramer's V = .047. Homeless students and students who were living with relatives were more likely to have appeared before a court than students who were living at home with their parents. *Been arrested:* $\chi^2 = 26.634$, $df = 2$, $p < .001$, Cramer's V = .060. Homeless students and students who were living with relatives were more likely to have been arrested than students who were living at home with their parents. *Served time in a juvenile or adult detention facility:* $\chi^2 = 25.163$, $df = 2$, $p < .001$, Cramer's V = .059. Homeless students were more likely to have served time in a detention facility than students who were living with relatives and students who were living at home with their parents. *Experienced any of these forms of contact with the juvenile or criminal justice system:* $\chi^2 = 37.037$, $df = 2$, $p < .001$, Cramer's V = .071. Homeless students and students who were living with relatives reported higher rates of overall justice system contact than students who were living at home with their parents.

132 Losen, D. J., Hodson, C., Keith II, M. A., Morrison, K., & Belway, S. (2015). *Are we closing the school discipline gap?* Los Angeles: The Center for Civil Rights Remedies.

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: The Council of State Governments Justice Center.

Metro Justice, Center for Teen Empowerment, Alliance for Quality Education, & Advancement Project. (2014). *Breaking the school-to-prison pipeline: The crisis affecting Rochester's students and what we can do to fix it.* Rochester: Metro Justice.

Quinn, M. M., Osher, D. M., Poirier, J. M., Rutherford, R. B., & Leone, P. E. (2005). Youth with disabilities in juvenile corrections: A national survey. *Exceptional Children, 71*(3), 339–345.

Taylor, J., Cregor, M., & Lane, P. (2014). *Not measuring up: The state of school discipline in Massachusetts.* Boston: Lawyers' Committee for Civil Rights and Economic Justice.

133 Stetser, M., & Stillwell, R. (2014).Public high school four-year on-time graduation rates and event dropout rates: School years 2010–11 and 2011–12. First look (NCES 2014–391). U.S. Department of Education. Washington, DC: National Center for Education Statistics. Retrieved from http://nces.ed.gov/pubsearch

134 Students in the *2013 National School Climate Survey* were asked if they had ever received special accommodations or been in a special class or program for an educational or physical disability at your school. Those who indicated that they had were coded as having a disability.

135 To compare disciplinary experiences by disability status, four chi-square tests were conducted. *Received detention:* $\chi^2 = 41.785$, $df = 1$, $p < .001$, Cramer's V = .077. Students with a disability were more likely to have received detention than students without a disability. *Been suspended from school:* $\chi^2 = 25.008$, $df = 1$, $p < .001$, Cramer's V = .060. Students with a disability were more likely to have been suspended than students without a disability. *Been expelled from school:* $\chi^2 = 6.862$, $df = 1$, $p < .01$, Cramer's V = .031. Students with a disability were more likely to have been expelled than students without a disability. *Experienced any of these forms of school discipline:* $\chi^2 = 40.990$, $df = 1$, $p < .001$, Cramer's V = .077. Students with a disability reported higher rates of school disciplinary action than students without a disability.

136 To test differences in dropping out by disability status, a chi-square test was conducted using a dichotomized variable indicating that students did not plan to graduate from high school: $\chi^2 = 29.056$, $df = 1$, $p < .001$, Cramer's V = .065. Students with a disability were less likely to plan to graduate from high school compared to students without a disability.

137 To compare justice involvement due to school discipline by disability status, four chi-square tests were conducted. *Appeared before a juvenile or criminal court:* $\chi^2 = 27.076$, $df = 1$, $p < .001$, Cramer's V = .062. Students with a disability were more likely to have appeared before a court than students without a disability. *Been arrested:* $\chi^2 = 26.506$, $df = 1$, $p < .001$, Cramer's V = .062. Students with a disability were more likely to have been arrested than students without a disability. *Served time in a juvenile or adult detention facility:* $\chi^2 = 9.186$, $df = 1$, $p < .01$, Cramer's V = .036. Students with a disability were more likely to have served time in a detention facility than students without a disability. *Experienced any of these forms of contact with the juvenile or criminal justice system:* $\chi^2 = 30.753$, $df = 1$, $p < .001$, Cramer's V = .066. Students with a disability reported higher rates of overall contact with the justice system than students without a disability.

138 Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

139 Hamilton, M. (2014, August 19). Los Angeles schools decriminalize discipline. Associated Press. Retrieved from http://www.cnsnews.com/news/article/los-angeles-schools-decriminalize-discipline

140 *Public opinion on juvenile justice in America.* (2014, November). Philadelphia, PA: The Pew Charitable Trusts. Retrieved from http://www-aws.pewtrusts.org/~/media/Assets/2014/12/PSPP_juvenile_poll_web.pdf?la=en

141 Allyn, R. (2016, May 19). Restorative justice takes hold in San Diego schools. CBS 8.com. Retrieved from http://www.cbs8.com/story/32011538/restorative-justice-takes-hold-in-san-diego-schools

Friedenberger, A. (2016, May 15) School system looks to restorative justice to curb police interventions. The Roanoke Times. Retrieved from http://www.roanoke.com/news/education/roanoke/school-system-looks-to-restorative-justice-to-curb-police-interventions/article_d2522ea9-b66e-53ae-81aa-f3de551b84cd.html

Richmond, E. (2015, December 29). When restorative justice works. The Atlantic. Retrieved from http://www.theatlantic.com/education/archive/2015/12/when-restorative-justice-works/422088/

142 Irby, D. J. (2014). Trouble at school: Understanding school discipline systems as nets of social control. *Equity & Excellence in Education, 47*(4), 513–530.

Mitchell, M. M., & Bradshaw, C. P. (2013). Examining classroom influences on student perceptions of school climate: The role of classroom management and exclusionary discipline strategies. *Journal of School Psychology, 51*(5), 599–610.

143 Morgan, E., Salomon, N., Plotkin, M., & Cohen, R. (2014). *The school discipline consensus report: Strategies from the field to keep students engaged in school and out of the juvenile justice system.* New York, NY: The Council of State Governments Justice Center.

144 Santamaria, L. J. (2009). Culturally responsive differentiated instruction: Narrowing gaps between best pedagogical practices benefiting all learners. *The Teachers College Record, 111*(1), 214–247.

Zirkel, S. (2008). The influence of multicultural educational practices on student outcomes and intergroup relations. *The Teachers College Record, 110*(6), 1147–1181.

145 Greytak, E.A., & Kosciw, J.G. (2013). Responsive classroom curriculum for lesbian, gay, bisexual, transgender, and questioning students. In Fisher, E.S. & K. Komosa-Hawkins (Eds.), *Creating School Environments to Support Lesbian, Gay, Bisexual, Transgender, and Questioning Students and Families: A Handbook for School Professionals.* (156–173). Routledge: New York.

Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 326 of 434 - Page ID#: 4250

Snapp, S. D., McGuire, J. K., Sinclair, K. O., Gabrion, K., & Russell, S. T. (2015). LGBTQ-inclusive curricula: why supportive curricula matter. *Sex Education, 15*(6), 580–596.

146 Morgan, E., Salomon, N., Plotkin, M., & Cohen, R. (2014). *The school discipline consensus report: Strategies from the field to keep students engaged in school and out of the juvenile justice system.* New York, NY: The Council of State Governments Justice Center.

147 Mitchum, P., & Moodie-Mills, A. (2014). *Beyond bullying: How hostile school climate perpetuates the school-to-prison pipeline for LGBT youth.* Washington, DC: Center for American Progress.

148 National Opportunity to Learn Campaign (2014). Restorative practices: Fostering healthy relationships & promoting positive discipline in schools. A Guide for Educators. Retrieved from www.otlcampaign.org/restorative-practices

149 Gregory, A., Clawson, K., Davis, A., & Gerewitz, J. (2014). The promise of restorative practices to transform teacher-student relationships and achieve equity in school discipline. *Journal of Educational and Psychological Consultation*, (ahead-of-print), 1–29.

Simson, D. (2012, May). Restorative Justice and its Effects on (Racially Disparate) Punitive School Discipline. In *7th Annual Conference on Empirical Legal Studies Paper.*

150 Gregory, A., Bell, J., & Pollock, M. (2014, March). How educators can eradicate disparities in school discipline: A briefing paper on school-based interventions. Bloomington, IN: The Equity Project at Indiana University.

151 Clifford, A. (n.d.). Teaching restorative practices with classroom circles. Center for Restorative Process Retrieved from http://www.healthiersf.org/RestorativePractices/Resources/documents/RP%20Curriculum%20and%20Scripts%20and%20PowePoints/Classroom%20Curriculum/Teaching%20Restorative%20Practices%20in%20the%20Classroom%207%20lesson%20Curriculum.pdf

152 National Opportunity to Learn Campaign (2014). Restorative practices: Fostering healthy relationships & promoting positive discipline in schools. A Guide for Educators. Retrieved from www.otlcampaign.org/restorative-practices

Zalaznick, M. (2014, October). Closing the school-to-prison pipeline. *District Administration.* Retrieved from http://www.districtadministration.com/article/closing-school-prison-pipeline

153 Carter, P. Skiba, R., Arredondo, M., & Pollock. M. (2014, December). You can't fix what you don't look at: Acknowledging race in addressing racial discipline disparities. Bloomington, IN: The Equity Project at Indiana University.

Vincent, C. G., Sprague, J. R., & Gau, J. (2013, January). The effectiveness of School-wide Positive Behavior Support for reducing racially inequitable disciplinary exclusions in middle schools. Paper presented at the Conference on Closing the Discipline Gap, Washington, DC.

Vincent, C. G., & Tobin, T. J. (2011). An examination of the relationship between implementation of School-wide Positive Behavior Support (SWPBS) and exclusion of students from various ethnic backgrounds with and without disabilities. *Journal of Emotional and Behavioral Disorders, 19,* 217–232.

154 Morgan, E., Salomon, N., Plotkin, M., & Cohen, R. (2014). *The school discipline consensus report: Strategies from the field to keep students engaged in school and out of the juvenile justice system.* New York, NY: The Council of State Governments Justice Center.

155 Brown, B. (2006). Understanding and assessing school police officers: A conceptual and methodological comment. *Journal of Criminal Justice, 34*(6), 591–604.

Theriot, M. T. (2009). School resource officers and the criminalization of student behavior. *Journal of Criminal Justice, 37*(3), 280–287.

156 Na, C., & Gottfredson, D. C. (2013). Police officers in schools: Effects on school crime and the processing of offending behaviors. *Justice Quarterly, 30*(4), 619–650.

Sneed, T. (2015, Jan. 30). School resource officers: Safety priority or part of the problem? *U.S. News & World Report.* Retrieved from http://www.usnews.com/news/articles/2015/01/30/are-school-resource-officers-part-of-the-school-to-prison-pipeline-problem?int=95ce08

Theriot, M. T. (2009). School resource officers and the criminalization of student behavior. *Journal of Criminal Justice, 37*(3), 280–287.

157 Servoss, T. J., & Finn, J. D. (2014). School security: For whom and with what results? *Leadership and Policy in Schools, 13*(1), 61–92.

158 Robles-Piña, R. A., & Denham, M. A. (2012). School resource officers for bullying interventions: A mixed-methods analysis. *Journal of school violence, 11*(1), 38–55.

159 Fisher, B. W., & Tanner-Smith, E. E. (2014). Examining school security measures as moderators of the association between homophobic victimization and school avoidance. *Journal of School Violence.*

160 Lambda Legal. (2014) Protected and Served? Survey of LGBT/HIV Contact with Police, Prisons, Courts and Schools. Retrieved from http://www.lambdalegal.org/protected-and-served

161 Rumberger, R. (2011). *Dropping out. Why students drop out of high school and what can be done about it.* Cambridge: Harvard University Press.

Rumberger, R.W. (1987). High school dropouts: A review of issues and evidence. *Review of Educational Research, 57*(2), 101–121.

162 Majd, K., Marksamer, J., & Reyes, C. (2009). *Hidden injustice: Lesbian, gay, bisexual, and transgender youth in juvenile courts.* Equity Project. www.equityproject.org/pdfs/hidden_injustice.pdf.

163 Beck, A., Cantor, D., & Hartge, J. (2013). *Sexual victimization in juvenile facilities reported by youth, 2012.* Bureau of Justice Statistics.

Belknap, J., Holsinger, K., & Little, J. (2012). Sexual minority status, abuse, and self-harming behaviors among incarcerated girls. *Journal of Child & Adolescent Trauma, 5*(2), 173–185.

164 Moodie-Mills, A. C., & Gilbert, C. (2014). *Restoring justice: A blueprint for ensuring fairness, safety, and supportive treatment of LGBT youth in the juvenile justice system*. Washington, DC: Center for American Progress, The Equity Project, and FIRE.

165 Curtin, M. (2002). Lesbian and bisexual girls in the juvenile justice system. *Child and Adolescent Social Work Journal, 19*(4), 285–301.

Feinstein, R., Greenblatt, A., Hass, L., Kohn, S., & Rana, J. (2001). *Justice for all? A report on lesbian, gay, bisexual, and transgendered youth in the New York juvenile justice system*. New York: Lesbian and Gay Project of the Urban Justice Center.

Holsinger, K., Hodge, J. P. (2016). The experiences of lesbian, gay, bisexual, and transgender girls in juvenile justice system. Feminist Criminology, 11 (1), 23–47.

166 Yu, J. (2012, September 11). Partnerships to develop new policies for LGBTQ youth in NY's juvenile justice system. Vera Institute of Justice. Retrieved from: http://www.vera.org/blog/partnerships-develop-new-policies-lgbtq-youth-ny%E2%80%99s-juvenile-justice-system

167 "Introduction of the Student Nondiscrimination Act." (2013). GLSEN. Retrieved from http://glsen.org/connect/press/safe-schools-improvement-act-reintroduced-2013

168 "Safe Schools Improvement Act (S. 403 / H.R. 1199)." (2013). GLSEN. Retrieved from http://glsen.org/learn/policy/safe-schools-improvement-act

169 Hunt, J., & Moodie-Mills, A. (2012). *The unfair criminalization of gay and transgender youth*. Washington: Center for American Progress.

JJDPA Statement of Principles. (2008, March 21). Act4JJ Campaign. Retrieved from http://www.nami.org/Content/ContentGroups/CAAC/JJDPAStatementofPrinciples.pdf

"Reauthorize the Juvenile Justice and Delinquency Prevention Act (JJDPA): Invest in what works." (2013, April 8). Washington, DC: Coalition for Juvenile Justice.

The Equity Project, & The Equity Project Advisory Committee (2014). Fact sheet: LGBT youth & juvenile justice. Washington, DC: National Juvenile Justice & Delinquency Prevention Coalition. Retrieved from http://act4jj.org/sites/default/files/ckfinder/files/ACT4JJ%20LGBT%20Fact%20Sheet%20November%202014.pdf

170 Title IX of the Education Amendments of 1972, 20 U.S.C.A. §§ 1681–1688 (West Supp. 2014)

171 Lhamon, C. E. & Gupta, V. (May 13, 2016). Dear Colleague Letter on Transgender Students. Washington, DC: U.S. Department of Education, U.S. Department of Justice, Retrieved from http://www2.ed.gov/about/offices/list/ocr/letters/colleague-201605-title-ix-transgender.pdf

172 For model policies for state, districts, and schools: http://www.glsen.org/article/model-laws-policies

173 For information about filing a discrimination complaint with the Civil Rights Office for the U.S. Department of Education: http://www2.ed.gov/about/offices/list/ocr/docs/howto.html

174 Baker, A. (2012, August 28). New code aims to ease suspension of students. *New York Times*. Retrieved from http://www.nytimes.com/2012/08/29/education/new-york-education-department-revises-student-disciplinary-code.html?_r=2&ref=education&

Deam, J., & Blume, H. (2012, May 23). Colorado is latest to reconsider zero-tolerance school policies. *Los Angeles Times*. Retrieved from http://articles.latimes.com/2012/may/23/nation/la-na-zero-tolerance-20120523

Frey, S. (2014, September 28). New law limits student discipline measure. *EdSource*. Retrieved from http://edsource.org/2014/new-law-limits-student-discipline-measure/67836#.VLgq0cnumRN

Morgan, E., Salomon, N., Plotkin, M., & Cohen, R. (2014). *The school discipline consensus report: Strategies from the field to keep students engaged in school and out of the juvenile justice system*. New York, NY: The Council of State Governments Justice Center.

St. George, D. (2014, January 28). Maryland school board approves new discipline regulations. *Washington Post*. Retrieved from http://www.washingtonpost.com/local/education/maryland-approves-new-school-discipline-regulations/2014/01/28/c11ad4de-8385-11e3-bbe5-6a2a3141e3a9_story.html?tid=hpModule_13097a0c-868e-11e2-9d71-f0feafdd1394

"State schools chief Tom Torlakson reports significant drops in suspension and expulsions for second year in a row." (2015, Jan. 14). Sacramento, CA: California Department of Education. Retrieved from http://www.cde.ca.gov/nr/ne/yr15/yr15rel5.asp

175 "Dept of Ed survey to ask questions about anti-LGBT bullying." (2013, June 21). GLSEN. Retrieved from http://glsen.org/press/department-education-survey-begin-asking-questions

Kim, A. (2013, June 28). Depts. of Education and Justice to collect data about LGBT student experiences. Robert F. Kennedy Center for Justice & Human Rights. Retrieved from http://bullying.rfkcenter.org/depts-of-education-and-justice-to-collect-data-about-lgbt-student-experiences/

McNeil, M. (2013, December 5). Education Department to delay new civil rights data survey questions. *Education Week*. Retrieved from http://blogs.edweek.org/edweek/campaign-k-12/2013/12/education_department_delays_ne.html

176 Himmelstein, K. E., & Brückner, H. (2011). Criminal-justice and school sanctions against nonheterosexual youth: A national longitudinal study. *Pediatrics, 127*(1), 49–57.

177 Losen, D., Hewitt, D., & Toldson, I. (2014, March). Eliminating excessive and unfair exclusionary discipline in schools: Policy recommendations for reducing disparities. Bloomington, IN. The Equity Project at Indiana University.

Morgan, E., Salomon, N., Plotkin, M., & Cohen, R. (2014). *The school discipline consensus report:*

Case: 2:24-cv-00072-DCR-CJS Doc #: 132-3 Filed: 08/16/24 Page: 328 of 434 - Page ID#: 4252

*Strategies from the field to keep students engaged in school and out of the juvenile justice system.* New York, NY: The Council of State Governments Justice Center.

178 Local School Climate Survey. GLSEN. Retrieved from localschoolclimatesurvey.org

179 Adams, J. M. (2014, November 30). Positive discipline gets boost in district plans. *EdSource.* Retrieved from http://edsource.org/2014/positive-discipline-gets-boost-in-district-plans/70577?utm_source = JFSF+Newsletter&utm_campaign = 78e5068481-Newsletter_December_2014&utm_medium = email&utm_term = 0_2ce9971b29-78e5068481-356428381#.VJNSicgEC

180 Losen, D., Hewitt, D., & Toldson, I. (2014, March). Eliminating excessive and unfair exclusionary discipline in schools: Policy recommendations for reducing disparities. Bloomington, IN: The Equity Project at Indiana University.

Morgan, E., Salomon, N., Plotkin, M., & Cohen, R. (2014). *The school discipline consensus report: Strategies from the field to keep students engaged in school and out of the juvenile justice system.* New York, NY: The Council of State Governments Justice Center.

181 GLSEN & Harris Interactive. (2012). *Playgrounds & prejudice: Elementary school climate in the United States.* New York: Gay, Lesbian & Straight Education Network.

GLSEN & Harris Interactive. (2008). *The Principal's Perspective: School Safety, Bullying and Harassment, A Survey of Public School Principals.* New York: GLSEN.

Gorski, P. C., Davis, S. N., & Reiter, A. (2013). An examination of the (in) visibility of sexual orientation, heterosexism, homophobia, and other LGBTQ concerns in US multicultural teacher education coursework. *Journal of LGBT Youth, 10*(3), 224–248.

Jennings, T. (2007). Addressing diversity in US teacher preparation programs: A survey of elementary and secondary programs' priorities and challenges from across the United States of America. *Teaching and Teacher Education, 23*, 1258–1271.

Jennings, T., & Sherwin, G. (2008). Sexual orientation topics in elementary teacher preparation programs in the USA. *Teaching Education, 19*(4), 261–278.

182 Arredondo, M. Gray, C., Russell, S., Skiba, R. & Snapp, R. (2016). *Documenting disparities for LGBT students: Expanding the collection and reporting of data on sexual orientation and gender identity.* Discipline Disparities: A Research-To-Practice Collaborative. The Equity Project at Indiana University.

AR_283512

AR_283513

GLSEN®

110 William Street
New York, NY 10038
Ph: 212.727.0135
Fax: 212.727.0254
www.glsen.org

ISBN 978-1-934092-18-7





GLSEN

# Involved, Invisible, Ignored:

## The Experiences of Lesbian, Gay, Bisexual and Transgender Parents and Their Children in Our Nation's K–12 Schools.

A Report from the Gay, Lesbian and Straight Education Network
www.glsen.org
In Partnership with COLAGE and the Family Equality Council

# Involved, Invisible, Ignored:

## The Experiences of Lesbian, Gay, Bisexual and Transgender Parents and Their Children in Our Nation's K–12 Schools

by Joseph G. Kosciw, Ph.D.
Elizabeth M. Diaz

In Partnership with:

**National Headquarters**
90 Broad Street, 2nd floor
New York, NY 10004
Ph: 212-727-0135 Fax: 212-727-0254

**DC Policy Office**
1012 14th Street, NW, Suite 1105
Washington, DC 20005
Ph: 202-347-7780 Fax: 202-347-7781

glsen@glsen.org

www.glsen.org

© 2008 Gay, Lesbian and Straight Education Network

ISBN 1-934092-02-9

When referencing this document, we recommend the following citation:
Kosciw, J. G. and Diaz, E. M. (2008). *Involved, Invisible, Ignored: The Experiences of Lesbian, Gay, Bisexual and Transgender Parents and Their Children in Our Nation's K–12 Schools*. New York: GLSEN.

The **Gay, Lesbian and Straight Education Network** is the leading national education organization focused on ensuring safe schools for all lesbian, gay, bisexual and transgender students. Established nationally in 1995, GLSEN envisions a world in which every child learns to respect and accept all people, regardless of sexual orientation or gender identity/expresssion.

Cover photography: David J. Martin
Inside photography: Page 49 – Jen Gilomen, courtesy of COLAGE, from the documentary *In My Shoes*
All other pages – Gigi Kaeser, courtesy of the Family Diversity Project, from the exhibit: *Love Makes a Family: Portraits of LGBT People and their Families*

Graphic design: Adam Fredericks

# TABLE OF CONTENTS

PREFACE vii
ACKNOWLEDGEMENTS xi
EXECUTIVE SUMMARY xiii
INTRODUCTION 1
METHODS 7
Instrument Development 9
Data Collection 10
Community Organizations 10
Internet Survey 10
Respondent Demographics 11
RESULTS 15
Parental Decision-Making About School Selection 17
Family Composition and School Selection 21
School Selection by Locality and Region 22
Parental Involvement in School 25
Parental Activity in School 25
Parent-School Communication 28
Parent-Child Involvement Regarding Education 33
Parent-School Engagement Regarding LGBT Family Issues 35
Students' Safety in School 43
Parental Concerns about Child Safety in School 43
Students' Reports on General Safety in School 46
Students' Negative School Experiences 49
Biased Language at School 49
Students' Experiences of Harassment and Assault 52
Students' Experiences of Other Types of Harassment and Mistreatment by Their Peers 57
Demographic Differences in Students' School Experiences of Victimization 58
Comparisons with General Population of Secondary School Students 62
Mistreatment by Adult Members of the School Community 62
Students' Experiences of Exclusion and Discrimination in School 64
Other Negative Events Experienced at School 68
Reporting Incidents of Harassment and Assault 69
Parental Intervention with School Personnel Regarding Harassment 71
Parents' Negative Experiences in School or With School Personnel 77
Types of Negative Experiences 78
Effects of Parents' Negative Experiences on Family-School Relationship 85
Inclusivity of LGBT Issues in School and Other School Supports 89
Access to Information About LGBT Families and Other LGBT-Related Topics 91
Supportive Student Clubs 93
Supportive Members of the School Community 93
Safe School Policies 94
Other School Supports 95
Utility of School Resources and Supports 100
DISCUSSION AND RECOMMENDATIONS 109
Limitations 111
Conclusions and Recommendations 113

# LIST OF TABLES AND FIGURES

Table 1: Racial/Ethnic Characteristics of Survey Participants 12
Table 2: School Characteristics 13
Table 3: Reasons for School Selection by School Type 18
Table 4: Reasons for School Selection by School Level 19
Table 5: Parental Seeking of Information About LGBT Issues by School Type 20
Table 6: Parental Seeking of Information About LGBT Issues by School Level 20
Table 7: Parents Choosing Schools with Diverse School Population: Comparison by Family Race/Ethnicity 22
Table 8: Parental Involvement in School by School Level 26
Table 9: Parental Involvement in School by School Type 26
Table 10: Parent-School Communication: School Contacting Parents 29
Table 11: Parent-School Communication: Parents Contacting School 29
Table 12: Parental Involvement in Child's Education 33
Table 13: Parental Involvement in Child's Education by School Level 34
Table 14: Parent-Child Discussions About School 36
Table 15: Parent-Child Discussions About School by School Level 36
Table 16: Parental Beliefs About School Acceptance by School Level 36
Table 17: Parental Beliefs About School Acceptance by School Type 37
Table 18: Parents' Comfort in Talking with School Personnel by School Type 38
Table 19: Parents' Talking with School Personnel About LGBT Issues 38
Table 20: Parents' Talking with School Personnel About LGBT Issues by School Level 39
Table 21: Parents' Talking with School Personnel About LGBT Issues by School Type 39
Table 22: Parental Concerns About Their Child's Experiences in School: Safety, Bullying and Peer Relations 44
Table 23: Most Commonly Reported Subject Areas in which LGBT Issues are Included 92
Table 24: Students' Reports Regarding Safe School Policies 99
Table 25: Parents' Reports Regarding Safe School Policies by School Type 99

Figure 1: Parents' Reasons for Choosing School: Comparison by Locality 23
Figure 2: Parents' Reasons for Choosing School: Comparison by Region 23
Figure 3a: Comparisons of Parental Involvement in School Activities: LGBT Parents versus National Sample of Parents 27
Figure 3b: Comparisons of Parental Involvement in School Activities: LGBT Parents versus National Sample of Parents 27
Figure 4a: Parent-School Communication by School Level: Communication from School 30
Figure 4b: Parent-School Communication By School Level: Communication from Parent 30
Figure 5a: Parent-School Communication: Comparison Between LGBT Parents and National Sample of Parents, School Contacted Parents 31
Figure 5b: Parent-School Communication: Comparison Between LGBT Parents and National Sample of Parents, Parents Contacted School 32
Figure 6: Parents' Comfort Talking with School Personnel 38
Figure 7a: Parents' Feelings of Exclusion and Contact with School: Not Fully Acknowledged by School 40
Figure 7b: Parents' Feelings of Exclusion and Contact with School: Not Feeling Able to Participate Fully in School 40
Figure 8: Parents' Feelings of Exclusion and School Involvement: Not Feeling Able to Participate Fully in School 40
Figure 9: Parental Worries About Child Safety in School 45
Figure 10: Percentage of Students Who Felt Unsafe at School 46
Figure 11: Frequency of Hearing Biased Remarks at School 50
Figure 12: "How often have you heard negative remarks about your family having an LGBT parent or parents?" 51
Figure 13: Percentage of Students Who Heard Biased Remarks From School Staff 53
Figure 14: Frequency of Intervention by School Staff When Hearing Biased Language in School 53
Figure 15: Frequency of Verbal Harassment in the Past Year 54
Figure 16: Percentage of Students Experiencing Verbal Harassment Based on Family Constellation and/or Own Sexual Orientation 54

| | | |
|---|---|---|
| Figure 17a: | Relationship Between Severity of In-School Harassment and Missing Classes | 55 |
| Figure 17b: | Relationship between Severity of In-School Harassment and Missing Days of School | 55 |
| Figure 18: | Percentage of Students Physically Harassed or Assaulted in the Past Year | 56 |
| Figure 19: | Percentage of Students Experiencing Physical Harassment or Assault Based on Family Constellation and/or Own Sexual Orientation | 56 |
| Figure 20: | Frequency of Other Types of Harassment in the Past Year | 57 |
| Figure 21: | Experiences of Verbal Harassment by Sexual Orientation | 59 |
| Figure 22: | Experiences of Physical Harassment and Assault by Sexual Orientation | 59 |
| Figure 23: | Experiences of Harassment by Gender: Male versus Female Students | 61 |
| Figure 24: | Experiences of Safety and Harassment Based on Race/Ethnicity: Students of Color versus White Students | 61 |
| Figure 25: | Comparisons of Students' Experiences of Verbal Harassment: Students with LGBT Parents versus National Sample of Students | 63 |
| Figure 26: | Other Negative Events in School Experienced by Students with LGBT Parents | 63 |
| Figure 27: | Mistreatment by Peers in Relation to Mistreatment by School Staff | 65 |
| Figure 28: | Negative Remarks from Peers in Relation to Negative Remarks from Teachers and Other School Staff | 65 |
| Figure 29: | Frequency of Reporting Incidents of Harassment and Assault | 70 |
| Figure 30: | Parental Reports on Frequency of Harassment Child Has Experienced in School: General and Specific to Being From an LGBT Family | 70 |
| Figure 31: | Parental Reports on Frequency of Harassment Child Has Experienced in School: General and Specific to Being From an LGBT Family | 70 |
| Figure 32: | Relationship Between Parents Addressing Child Harassment with School Personnel and Frequency of Reported Harassment | 72 |
| Figure 33: | Parents' Reports on the Frequency of Addressing Bullying and Harassment with School Personnel | 72 |
| Figure 34: | Parents' Reports of the Effectiveness of Addressing Bullying and Harassment with School Personnel | 72 |
| Figure 35: | Parents' Reports of the Receptiveness of School Personnel to Parents' Addressing Bullying and Harassment | 73 |
| Figure 36: | Parental Intervention Regarding Child's Harassment in School by School Level: Frequency of Intervention, Effectiveness and Receptiveness of Staff | 73 |
| Figure 37: | Parents' Negative Experiences with School Community | 78 |
| Figure 38a: | Negative Treatment at School and Parents' Feelings of Exclusion: Participation in School Community | 86 |
| Figure 38b: | Negative Treatment at School and Parents' Feelings of Exclusion: Acknowledged as an LGBT Family | 86 |
| Figure 39: | Relationship Between Negative Experiences With and Comfort Talking to School Personnel About One's Family | 87 |
| Figure 40: | Parents' Reports on Inclusivity of their Child's School: LGBT and Other "Nontraditional" Families | 90 |
| Figure 41: | Parents' Reports on Inclusivity of Their Child's School by School Characteristics | 90 |
| Figure 42: | Students' Reports on Quality of Representations of LGBT-Related Issues in Class | 96 |
| Figure 43: | Students' Reports on Representation of LGBT Families in Family-Related Curriculum | 96 |
| Figure 44: | Parents' Reports of Other LGBT-Related Resources in School by School Level | 96 |
| Figure 45: | Parents' Reports of Other LGBT-Related Resources in School by School Type | 97 |
| Figure 46: | Percentage of Students Who Were "Somewhat" or "Very Comfortable" Talking with School Community Members About Their LGBT Parents or Family | 97 |
| Figure 47: | Percentage of Students Who Were "Somewhat" or "Very Comfortable" re: Various School and Home Activities | 98 |
| Figure 48: | Parents' Report on Teachers Supportive of LGBT Issues by School Characteristics | 98 |
| Figure 49: | Parents' Reports on Teachers Supportive of LGBT Issues by Locale and Region | 99 |
| Figure 50: | Student Achievement and Supportive School Staff | 100 |
| Figure 51: | Parent' Reports of LGBT-Related Educator Trainings in School and Indicators of School Climate | 101 |
| Figure 52: | Parents' Reports of Safe School Policy and Indicators of School Climate | 103 |
| Figure 53: | Safe School Policies and Students' Experiences of Mistreatment in School | 105 |
| Figure 54: | State Safe Schools Legislation and Students' Reports of Biased Remarks | 105 |
| Figure 55: | State Safe School Legislation and Indicators of School Climate for LGBT Parents | 106 |

vi

AR_283575



# PREFACE

On any given day in elementary school classrooms across the country, students are engaged in conversations and activities about their families. Yet not all discussions of family are equally welcome in schools. In 2007, when a nine-year-old girl at Tucker Elementary School in Milton, MA told her fellow third-graders that her mother is a lesbian, she was verbally abused and physically threatened by her classmates. Sadly, this third grader may not be alone in her experiences of a hostile school climate. Current estimates indicate that there are more than 7 million lesbian, gay, bisexual and transgender (LGBT) parents with school-age children in the United States, yet little is known about the experiences of this growing number of LGBT-headed families in schools across the country. Incidents like that faced by the Milton third grader indicate that this is an area in urgent need of attention. In order to fill this crucial gap in our knowledge of LGBT issues in schools, GLSEN undertook this study to examine and highlight the school experiences of LGBT-headed families in partnership with COLAGE and the Family Equality Council.

This report, *Involved, Invisible, Ignored*, reveals a complex picture of experiences for both students and parents. The LGBT parents we surveyed are more likely than other parents to be actively engaged in the life of their child's school—more likely to volunteer, to attend parent-teacher conferences or back-to-school nights and to contact the school about their child's academic performance or school experience. Such findings suggest that LGBT parents are, as a group, potential assets for any school community, engaged and concerned

about the quality of their children's education and the school of which they are part. Yet many LGBT parents report feeling neglected, excluded or even mistreated by other members of their school communities, especially other parents. Students with LGBT parents also report school experiences that indicate that action is urgently needed—nearly a fifth of the students in our survey report hearing negative remarks about having LGBT parents from other students, and, even more disturbingly, nearly one-third hear such comments made by school staff.

Results from this study also provide insights into solutions to make schools safer and more welcoming for all members of the school community. Professional development for school staff must include multicultural diversity training, that incorporates accurate information and representations of all family constellations, including LGBT families. Schools must also have comprehensive anti-bullying and anti-discrimination policies that protect all students from harassment and include clear and effective systems for reporting and addressing incidents that students experience. Given that the number of supportive faculty and staff available to students has a direct correlation to how safe students feel in schools as well as academic achievement, it is imperative that school staff are trained on effective interventions regarding bullying and harassment. And given that LGBT parents and their children often report that harassment or mistreatment at school comes from the parents of other students, parent-teacher associations must more diligently recognize the diversity of their school communities and ensure that all parents, in addition to students, feel welcome and respected in their school.

LGBT parents must, and often times do, work harder than other parents to ensure safe and effective learning environments for their children. This study reveals that LGBT parents are highly engaged in their children's school experiences, qualities which can be of great benefit to teachers, school administrators and parent-teacher associations in America's schools. When LGBT parents are made to feel invisible in their children's school, schools risk alienating these parents and risk losing the rewards of actively engaged school community members. And when children from LGBT families are subjected to harassment and other mistreatment at school, schools are not providing a safe learning environment and are failing an entire community of students.

Kevin Jennings
Executive Director
GLSEN

Eliza Byard
Deputy Executive Director
GLSEN

Dear Readers,

From classrooms to courthouses to Congress, people who may have no experience with lesbian, gay, bisexual, transgender or queer (LGBTQ) families have debated what's best for children with LGBTQ parents in the United States: Will they "turn out" all right? Don't they wish they had "normal" families? Don't the children need a mother and a father? In the face of such constant public debate about us, there has sadly been very little dialogue *with* us about what it's truly like to have one or more LGBTQ parents, much less about the extent to which anti-LGBTQ bias and discrimination in American schools hurt us and our families. Therefore, COLAGE warmly welcomed the opportunity to partner with GLSEN and the Family Equality Council on this landmark research project to document the actual perceptions of middle school and high school students with LGBTQ parents about their school environments.

*Involved, Invisible, Ignored* provides an unprecedented window into the experiences of COLAGE youth. Students with LGBTQ parents face harassment and bullying each day when they go to school. Although this should never be the case, school staff and administration are often part of the problem.

COLAGE works with thousands of youth like those surveyed for this report. Youth such as Alex, who was left no choice but to transfer to a new middle school in California after facing relentless bullying about his lesbian mothers and gay fathers; and Caroline, a student in Massachusetts who is a leader in her school's Gay Straight Alliance and speaks out about her experience of having LGBT parents in order to create a safer school environment. In all their personal diversity and complexity, these young people are resilient, and have tremendous capacity to heal from such attacks, prevent future harm and be vibrant contributors to their communities. They are also driven by an inspiring vision of strong families, safe schools, and supportive communities. COLAGE is dedicated to bringing their voices and perspectives to bear in every American school.

We hope this report will spark dialogue and lead to more community-based research and action to create safe school environments across the country for all students. We also hope that this report will contribute to greater opportunities for the experiences of youth with LGBTQ parents to be reflected and understood. We encourage you to share these findings with your own community to begin or deepen the conversation.

In solidarity,

Beth Teper
Executive Director
COLAGE

Meredith Fenton
National Program Director
COLAGE

Dear Readers,

When I began as the executive director of Family Equality Council, I knew we had to get serious about collecting, disseminating, and encouraging more research on lesbian, gay, bisexual, transgendered and queer-parented families. To that end, the Family Equality Council and others convened the *Real Families, Real Facts* academic symposium in May 2006. More than 120 researchers across disciplines shared 25+ years of scientifically valid research available on LGBTQ-parented families. We learned that LGBTQ parents are as capable in raising children as are non-LBGTQ parents, and the children of LGBTQ parents fare just as well as their peers in all key areas of social development.

The research gathered at the symposium has already impacted legal fights around the country. Judges, legislators, and others are swayed by the facts we present. By and large, these decision makers want what's best for each and every child. The better educated they are about our community, the better the decisions they can make.

The study before you takes this research-based approach to the next level by examining the experiences of LGBTQ families in our nation's K through 12 schools.. LGBTQ-parented families go to great lengths to ensure their children's health and safety, especially in schools. Yet too often these families are harassed, discriminated against, and marginalized in their own communities. This pattern of prejudice and exclusion has real consequences for the quality of education *all* children receive.

*Involved, Invisible, Ignored* speaks directly to the experiences of LGBTQ-parented families in schools, providing a rich resource. I encourage you to share these findings with principals, teachers, PTA leaders, school board members, legislators and more. The knowledge we gain in research is only as helpful as we make it.

I'm proud of the Family Equality Council's involvement in this groundbreaking study and I thank GLSEN and COLAGE for their collaboration in this very important work.

Sincerely,

Jennifer Chrisler
Executive DirectorFamily Equality Council



## ACKNOWLEDGEMENTS

We are very grateful to the Spencer Foundation whose generous grant helped to make this research possible. The authors wish to thank the parents and students who participated in this project for enlightening us about their experiences with their schools. We also wish to acknowledge the staff and volunteers at COLAGE (Children Of Lesbians And Gays Everywhere) and Family Equality Council (formerly know as Family Pride Coalition) for their assistance in the project, including Jennifer Chrisler, Executive Director of Family Equality Council and Beth Teper, Executive Director of COLAGE. In addition, we would like to thank Jesse Carr and Andrea Wachter of COLAGE and Trina Olson formerly of Family Pride for their help in obtaining participants and to acknowledge the local programs and summer camps serving LGBT families that had their constituents participate in the research and disseminated information about the on-line version of the questionnaire. We appreciate the assistance provided by Aimee Gelnaw and Ruti Kadish, formerly of Family Pride, in developing the survey questions, and to Meredith Fenton of COLAGE for her continued support throughout the project. We also wish We are grateful to Sean Fischer and Maria Garcia for their assistance with data collection and Shameka White for her assistance with data entry, and to Emily Greytak and Kate Jerman for their keen proofreading and editing. Much gratitude goes to Kevin Jennings, GLSEN's Founder and Executive Director for his comments on early drafts of this report and to Dr. Eliza Byard, GLSEN's Deputy Executive Director, for her feedback and commentary throughout the project.

## About the Authors

Joseph G. Kosciw, GLSEN's Research Director, has a PhD in psychology from New York University and a BA in psychology and MSEd in counseling from the University of Pennsylvania. He trained as a family therapist and has worked as a school counselor and psychoeducational consultant in elementary and secondary schools. Dr. Kosciw has been conducting community-based research for over 15 years, program evaluations for non-profit social service organizations and for local government, including Gay Men's Health Crisis, Safe Horizons, the New York City Mayor's Office for AIDS Policy Coordination and the New York State Department of Health. He has been involved in GLSEN's research efforts since 1999 and has been with GLSEN full time since November 2004. Dr. Kosciw's doctoral dissertation was on the family processes of LGB-headed families and, in particular, examined how families address and understand family diversity, as well as bias and discrimination.

Elizabeth Diaz, GLSEN's Research Associate, has a BA in Sociology and a BA in Chicano/Latino Studies from the University of Minnesota. In addition to her work with GLSEN, Ms. Diaz is currently completing her Master's thesis, which examines the production of knowledge about Latinos/as in the U.S., for a degree in Sociology from George Washington University. Her other research interests include abstinence-only sexuality education and school climate, and the experiences of LGBTQ youth of color in school. She has been with GLSEN since November 2004.



# EXECUTIVE SUMMARY

For more than a decade, GLSEN has been documenting the problem of anti-LGBT bias in our nation's K–12 schools, particularly the school-related experiences of lesbian, gay, bisexual and transgender (LGBT) students. GLSEN's on-going research about the experiences of LGBT students has proved important in its efforts to make schools safe for all students, regardless of sexual orientation or gender identity/expression. Through its research, GLSEN has been able to identify some of the issues LGBT students face in school—such as hearing derogatory language from other students and faculty, being subjected to harassment and assault because of their sexual orientation or gender expression—as well as important resources for improving school climate—such as supportive faculty, Gay-Straight Alliances and comprehensive safe schools policies.

Students with LGBT parents may also be subjected to and negatively affected by anti-LGBT bias in schools. For some, being open about their family structure may result in bullying, harassment and other negative repercussions. LGBT parents of children in K–12 schools may face difficulties in their school communities related to their own sexual orientation or gender identity, difficulties which non-LBGT parents may not encounter. However, little is known about the school-related experiences of LGBT parents and their children. Although some prior research has examined whether children with same-sex parents are different from other children on school-related outcomes, but there is limited research that explores the family-school relationship, school climate and other school-related experiences for LGBT parents as well as their children. For this reason, GLSEN

worked with two national LGBT family organizations, COLAGE and the Family Equality Council, on this current study. The purpose of this research was to document the school-related experiences of both LGBT parents and students with LGBT parents, including parental decision-making about school enrollment, the family-school relationship, parent-child discussions about school, negative experiences of both parent and child at school, and the presence and potential benefits of LGBT-related supports in school.

The results are intended to inform educators, policymakers and the general public about the school-related experiences of LGBT parents and their children, as part of GLSEN's on-going efforts to ensure that schools are places in which all students are free to learn in a safe environment. Results from this study demonstrate the urgent need for action to create safe and inclusive schools for all students and their families, and provide insight into ways in which this can be accomplished.

## METHODS

We obtained national samples of children of LGBT parents currently enrolled in middle school or high school, and of LGBT parents of a child currently enrolled in a K–12 school. Two methods of obtaining participants were implemented: participation of community groups and organizations for LGBT families and Internet surveying. For both methods, data collection was conducted from May to August 2005. Community-based groups and service organizations serving LGBT parents and their children were contacted and paper versions of the surveys were sent to them. Both the parent and student surveys were also made available on the Internet via GLSEN's website. Notices about the on-line survey were posted on LGBT community listservs and electronic bulletin boards, emailed to GLSEN chapters and to national LGBT organizations addressing family issues. A total of 588 surveys from parents with a child in K–12 school were obtained and 154 surveys from students in middle school or high school with an LGBT parent.

## KEY FINDINGS

### *Parental Involvement in School*

Results from this study illustrate that LGBT parents are highly involved with their children's education and may be even more likely to be involved than the general population of parents. Compared to a national sample of K–12 parents, LGBT parents were more likely to have volunteered at their child's school (67% vs. 42%) and attended events such as Back-to-School night or parent-teacher conferences (94% vs. 77%). LGBT parents of high school students were more likely than a national sample of parents to be members of the school's parent-teacher organization (41% vs. 26%). In addition,

LGBT parents reported a higher level of contact with school personnel regarding their child's future education, school program and information about how to assist their child with specific skills and homework. For example, 68% of LGBT parents reported contacting their child's school about his or her school program for that year, compared to 38% of parents nationally.

LGBT parents were often proactive in addressing issues related to their family constellation. Almost half (48%) of parents reported that at the start of the school year they had talked with school personnel about their family. About two-thirds (67%) of parents reported that they had spoken with teachers at their child's school about being an LGBT parent and 45% had such discussions with the principal during the school year. In addition to communication with school personnel, a majority (56%) of LGBT parents reported having discussions with their child about what he or she was learning in school related to LGBT people.

## Experiences of Students and Parents in the School Community

### *Biased Language in School*

Hearing biased language at school is an important indicator of the nature and quality of a school's environment for students. Sexist remarks (e.g., hearing someone called a "bitch" in a derogatory way) and homophobic remarks were the most frequent types of biased language that students reported hearing at school. Almost three-quarters (72%) of students reported hearing sexist remarks "often" or "frequently" at school." Three-quarters of students heard the expressions "that's so gay" or "you're so gay" frequently in school, and 65% heard blatantly derogatory homophobic remarks, such as "faggot" or "dyke." A smaller number of students (17%) reported hearing negative remarks specifically about their family and having an LGBT parent.

Unfortunately, intervention by school personnel when biased remarks were made in their presence was not common—only 38% of students said that staff frequently intervened when hearing negative remarks about LGBT parents and less than a third (28%) reported frequent staff intervention with homophobic remarks. Even more disturbing, school staff were identified by some students as being perpetrators of derogatory remarks—49% heard sexist remarks and 39% heard homophobic remarks from teachers or other school staff in their schools.

### *Student Experiences of Harassment, Assault and Other Mistreatment in School*

For many students with LGBT parents, school is not a very safe environment. Half (51%) of all students in our study reported feeling

unsafe in school because of a personal characteristics, such as their actual or perceived sexual orientation, gender, or race/ethnicity. The most commonly reported reasons for feeling unsafe were because of their family constellation, i.e., having LGBT parents (23%) and because of their actual or perceived sexual orientation (21%).

Although most students in our study did not report being victimized in school, a not insignificant number reported that they had been verbally harassed in school because of their family (40%). In addition to experiencing harassment based on having LGBT parents, some students from LGBT families also experienced difficulties in terms of their peers' assumptions or perceptions about their own sexual orientation, that is they were presumed to be gay or lesbian simply because they had a parent who was LGBT. Although the vast majority of students in the study identified as heterosexual, 38% reported being verbally harassed in school because of their actual or perceived sexual orientation.

Mistreatment did not always come from other students but also from adult members of the school community. Nearly a quarter of students had been mistreated by or received negative comments from the parents of other students specifically because they had an LGBT parent (23% for both).

A small percentage of students reported being directly mistreated by or receiving negative comments from a teacher because of their family (11% and 15%, respectively). However, many students with LGBT parents may experience more subtle forms of exclusion from their school. More than a quarter (25%) of students in our study reported feeling that they could not fully participate in school specifically because they had an LGBT parent, and 36% felt that school personnel did not acknowledge that they were from an LGBT family (e.g., not permitting one parent to sign a school form because he or she was not the student's legal parent or guardian). In addition, about a fifth of students reported that they had been discouraged from talking about their parents or family at school by a teacher, principal or other school staff person (22%) and feeling excluded from classroom activities because they had an LGBT parent (20%). For example, some students described incidents in which representations of LGBT families were not included in class activities, such as when constructing a family tree.

### *Reporting Incidents of Harassment and Assault*

Most students did not tell school authorities when they experienced harassment and assault in school. Less than half (48%) of students who had experienced harassment or assault in school said that they ever reported the incident to a teacher or other school staff. Students were more likely to report incidents to family members—66% of students who experienced school-based victimization told their parent or guardian about the incident, and 43% told another family member. Among LGBT parents, over half (58%) reported that their child had

ever told them about being harassed in school for any reason, and 28% had been told about harassment that was specific to their family constellation. The majority of parents also reported that they intervened with school personnel after having learned about harassment their child experienced.

### *Parent Experiences of Harassment, Exclusion and Discrimination*

Parents were asked whether they had experienced any mistreatment or heard negative comments from various members of the school community: teachers, principals, other school staff, other parents at school and students at school. Overall, parents in the survey reported a relatively low incidence of negative experiences from school personnel. However, LGBT parents were more likely to report that they had had been mistreated by other parents at school (26%). In addition, a fifth (21%) reported hearing negative comments about being LGBT from other students at their child's school.

As we found with students, LGBT parents had at times experienced more indirect ways of exclusion from their children's schools. Almost a fifth of parents reported that they felt that school personnel failed to acknowledge their type of family (15%) or felt that they could not fully participate in their child's school community because they were an LGBT parent (16%). Parents described events in which they were excluded from the school community, subjected to hostile behaviors from school staff and other parents, having to deal with general discomfort and ignorance, or having their parenting skills called into questions because they were LGBT.

Results from the survey of parents demonstrated how feeling excluded from the school community might have negative implications for the quality of the family-school relationship. Parents who felt that they could not fully participate in their child's school were much less likely than parents who did not feel excluded in this way to have been involved in a parent-teacher organization (44% vs. 63%), to volunteer at school (47% vs. 72%) and to belong to other community groups (e.g., neighborhood associations) with parents from their child's school (25% vs. 40%).

## School-Related Resources and Support

### *Access to Information about LGBT Families and Other LGBT-Related Topics*

GLSEN asserts that curricula and other school-based resources that provide positive representations of LGBT people, history and events are important indicators of school climate and positively affect students' experiences at school. Unfortunately, less than a third of both students (27%) and parents (29%) reported that the school curriculum included representations of LGBT people, history or

events in the past school year. When asked specifically about the inclusion of representations of LGBT families in classroom activities, less than a third (31%) of all students said that representations of LGBT families were included when the topic of families came up during class activities.

### *Supportive Student Clubs*

Student clubs that provide support to LGBT students, such as Gay-Straight Alliances (GSAs), may also be a resource and source of support for youth from LGBT families. However, only about a third (34%) of the students in our study reported that their school had a GSA or other kind of student club that provided support to LGBT students and their allies.

### *Supportive Members of the School Community*

For students, having a supportive adult at school can benefit their academic experience and may be particularly important for those who receive negative reactions from other members of the school community because of their family. For LGBT parents, as with any parent, positive family-school communication is also beneficial for the child's educational attainment. The vast majority (87%) of students reported that they had at least one teacher or other school staff member who was supportive of LGBT issues, such as students with LGBT parents, and more than half (55%) said they had six or more supportive school staff people. The majority of LGBT parents also reported that there were at least a few supportive teachers or school staff at their child's school (67%).

The presence of supportive school staff was, in fact, related to students' academic achievement. For example, students in our survey who could identify many (six or more) supportive staff at their school reported a GPA half a grade higher than students with no supportive school staff (3.4 versus 2.9). A greater number of supportive educators was also related to fewer missed days of school due to safety concerns.

### *Training for School Personnel*

Another consideration for LGBT parents in assessing their child's school climate would be whether school personnel had had any training on LGBT issues. Parents were asked whether such trainings had occurred at their child's school, and few parents (10%) reported being aware that school personnel had any training on LGBT issues. However, LGBT parents who said their child's school had trainings on LGBT-related issues for school personnel were less likely than other parents to report that their child had been bullied or harassed in school, both in general (14% vs. 31%) and specifically related to their family (7% vs. 20%). In addition, parental reports of educator trainings were associated with a more positive response from school personnel when parents addressed their child's harassment. These parents

were also less likely to report that they themselves had experienced mistreatment in school related to being LGBT.

### *Safe School Policies*

Comprehensive safe schools policies that enumerate categories of protections, such as sexual orientation and gender identity/expression, may provide students with greater protection against bullying and harassment in that they offer explicit protections. Although three-quarters of parents (75%) and students (73%) reported that their school had some type of policy for dealing with incidents of harassment and assault, far fewer reported that the school's policy explicitly mentioned sexual orientation and/or gender identity/expression (42% of parents and 35% of students).

Students whose school had a comprehensive safe school policy reported fewer negative experiences in school, particularly with regard to being mistreated by teachers and other students at school because of their family constellation. Parents who reported that their child's school had a comprehensive policy were more likely to report that addressing their child's harassment was an effective intervention (89%), compared to parents who said their child's school had a generic policy (72%) or no policy at all (62%). Parents themselves reported a lower frequency of mistreatment in school when the school had a comprehensive policy, and were less likely to feel unacknowledged as an LGBT family.

### *State-Level Comprehensive Safe School Legislation*

A growing number of states across the country have added explicit protections for LGBT students in their state education anti-discrimination and harassment statutes. As with school-level policies, whereas such laws perhaps have primary importance for protecting students from bullying and harassment, they may also afford protection to the children of LGBT parents with regard to harassment related to their actual or perceived sexual orientation and harassment related to their family constellation. Currently, ten states plus the District of Columbia prohibit discrimination or harassment on the basis of sexual orientation in schools and four of these states also include protections on the basis of gender identity. State-level comprehensive safe school legislation was associated with better school climate for LGBT families. Students in these states were less likely than students in states with generic "anti-bullying" laws or no laws at all to hear certain types of biased language in school, such as homophobic remarks (73% versus 92% and 95%, respectively. Parents from states with comprehensive legislation were least likely to report not feeling acknowledged by the school community as an LGBT family and were most likely to report that the school was inclusive of LGBT families (9% versus 15% and 20%, respectively).

Results from this study provide no evidence that generic "anti-bullying" or safe schools legislation has any benefits over having no

legislation on these indicators of climate. Although there may be many contributing factors that might result in differences across states by type of safe school legislation, these findings nevertheless lend evidence to the claim that comprehensive safe school laws may be more effective than generic laws or no law at all in creating safer schools for LGBT students and families.

## Conclusions and Recommendations

Results from this survey highlight the experiences of LGBT parents and their children in K–12 schools, and the need for schools to understand school climate and school safety for both students with LGBT parents and LGBT parents themselves. Educational experts maintain that the family-school relationship is an important factor in academic success for the student. To the extent that certain parents are excluded or not welcome in school activities or are mistreated by school staff and other parents, they may feel that they have less access to school information or educational resources for their children or may not have the same rights to voice problems or concerns than other parents, which in turn, could have negative consequences for student academic performance. It is important for school personnel to understand that harassment of anyone in the school community, whether it be a student or a parent of a student, should not be tolerated. Furthermore, school personnel must consider that their responsibility for maintaining a safe environment for all members of the school community extends beyond students, teachers and staff.

The findings from the survey remind us that school climate is much more than a safety issue; it is also an issue of a student's right to an education. Students in our survey who experienced frequent harassment in school reported skipping classes and missing more days of school than other students. Thus, steps that schools take to improve school climate are also an investment in better educational outcomes. Results from this study also highlight the important role that institutional supports can play in making schools safer for these students, especially supportive faculty, school personnel trainings and comprehensive safe schools policies.

It is clear that there is an urgent need for action to create a safer school climate for all students. There are steps that all concerned stakeholders can take to remedy the situation. Results from this study illustrate the ways in which the presence of effective legislation or policy and in-school resources and supports can have positive effects on school climate, students' sense of safety, and, ultimately, on students' academic achievement and educational aspirations. Furthermore, these results show how such school resources also enhance the family-school relationship, which in turn could further benefit student achievement. Therefore, we recommend educators and education leaders and policymakers:

- Advocate for comprehensive anti-bullying and anti-discrimination legislation at the state and federal level that specifically enumerate sexual orientation and gender identity/expression as protected categories alongside others such as race, faith and age;
- Adopt and implement comprehensive anti-bullying policies in individual schools and districts, with clear and effective systems for reporting and addressing incidents that students experience;
- Provide training for school staff to improve rates of intervention regarding bullying and harassment and increase the number of supportive faculty and staff available to students;
- Include multicultural diversity training into professional development that includes information about LGBT families;
- Support student clubs, such as GSAs, that address LGBT issues in education; and
- Increase student access to appropriate and accurate information regarding LGBT people, history and events.

Parent-teacher associations must also acknowledge the diversity of their school communities and take steps to ensure that no one experiences mistreatment—students and parents alike. Thus, we advocate that they:

- Endorse policies and practices about appropriate and acceptable conduct for parents at school, and
- Offer educational programs for parents in the school community that include information about LGBT families.

xxii

AR_283591



# INTRODUCTION

AR_283592

2

AR_283593

GLSEN strives to make America's schools safe and effective for all students, regardless of sexual orientation or gender identity/expression. As seen in the experiences of lesbian, gay, bisexual and transgender (LGBT) students, harassment and victimization based on sexual orientation or gender identity/expression is common in our schools and the hostile school climate can hinder access to quality education and diminish educational aspirations.[1] For the children of LGBT parents, being open about their family constellation may result in homophobic harassment and victimization from other students regardless of their own sexual orientation. However, little is known about the relationship between family and school for LGBT parents and their children.

Current estimates suggest there are upwards of 7 million lesbian and gay parents with dependent children in the United States, and it is likely that these numbers have been increasing over recent years.[2] Despite these increases, legal and moral controversy over whether or not gay men and lesbians should be permitted to rear children persists. Several states have or are considering laws or regulations that prohibit gay men and lesbians from becoming adoptive or foster parents,[3] and current fervent controversies about same-sex marriage undoubtedly may affect public perceptions of gay and lesbian families. In addition to potential difficulties faced in school by their children, perceptions of a negative social climate by LGBT parents would undoubtedly influence their relationship with their children's schools. These parents may be concerned about disclosing to school personnel that they are LGBT parents and may be unsure how teacher attitudes may affect their child's education or whether their children will experience homophobic teasing or harassment from their peers.

Little is known about the life experiences of this population of families in general and what research that has been done has largely included only gay or lesbian parents and has not been inclusive of parents who identify as bisexual or transgender. Much of this research has focused on comparing children of heterosexual parents regarding general well-being, gender identity and gender role behavior and sexual orientation with little attention to the social context of family life, such as external forces that might account for any differences, or to family processes, such as family communication or family functioning. The research on the parents themselves has largely compared them to heterosexual parents regarding their parenting abilities. In a recent meta-analysis of 21 studies on families with gay and lesbian parents published between 1981 and 1998, the authors, Stacey and Biblarz, found strong empirical support for the claim that there are no differences between children of heterosexual parents and those of gay or lesbian parents in psychological well-being or cognitive functioning.[4] Further, they found across studies that the parenting styles or levels of investment in the children among gay and lesbian parents are the same as or higher than those for heterosexual parents. The authors concluded that in the interest of producing evidence directly relevant to the questions of "harm" often

proposed by judicial and legislative deliberations over child custody, foster parenting and adoption, prior research has hampered scholarly progress in the field by minimizing or not examining how children of gay or lesbian parents differ from other children in theoretically interesting or meaningful ways.

Several recent studies have examined whether children with same-sex parents are different from other children on school-related outcomes. One recent study, using a nationally representative sample from the United States census, compared the children of lesbian and gay couples to those from other types of family structures and found that children of the same-sex couples were as likely to make normal progress through school as children from other family structures, particularly when family income was taken into acount.[5] Another study of a nationally representative sample of adolescents found that children that same-sex parents were more connected to school than children with oppositve-sex parents.[6]

Although it is useful to demonstrate that children with LGBT parents function in school as well as the children of non-LGBT parents, this research has not explored the school-related experiences of these families, such as the family-school relationship, school climate or the in-school experiences of the students with LGBT parents and only a few empirical studies have begun to examine these issues. Casper, Schultz and Wickens explored the relationship that gay- and lesbian-headed families have with educational institutions.[7] From qualitative interviews with 17 gay and lesbian parents, the authors found that when children of gay or lesbian parents entered school for the first time, they became cognizant of how their family configuration counters the norm and that the children must contend with the fact that their family constellation is either not represented at school or is represented as deviant. Some research has shown that these families have negative encounters with the school. Gartrell, Hamilton, Banks, Mosbacher, Reed, Sparks and Bishop, in their longitudinal study of lesbian-headed families, found that 18% of these mothers reported that their school-age children had had homophobic interactions with peers or teachers.[8] Morris, Balsam and Rothblum found in a large sample of lesbian mothers that 16% of their sample reported that they had experienced harassment, threats, or discrimination at their children's school or by other parents.[9] In previous research on lesbian- and gay-headed families by one of the authors of this current study, 16% of the parents reported having been mistreated or received negative reactions by their child's teacher or daycare provider.[10]

The above studies are consistent in reporting that a sizeable percentage of lesbian and gay parents report that they themselves or their children have had difficulties in school because of their family constellation. Only one study has documented reports from the children's perspective about their school experiences. Tasker and Golombok interviewed young adults with lesbian mothers and found

that 36% of the participants reported that they had been teased by peers sometime during their school years because of their mother's sexual orientation and 44% reported that they had been teased during their school years about their own sexual orientation or "inappropriate" gender-role behavior.[11]

One recent study has examined the ways in which LGBT parents may try to prevent school-related problems. Mercier and Harold, in a recent qualitative study, found that in order to minimize any potential for problems, the parents often selected their child's school because it was known for openness and multiculturalism, had direct communication with teachers and administrators about their type of family constellaiton and were frequently involved in school activities.[12]

Given that little prior research has examined family-school relationships among this population of families and even less research has explored the perspective of the children of LGBT parents, the purpose of this study was to explore the school-related experiences of families with lesbian and gay parents. In particular, we explore parental decision-making about school enrollment, the family-school relationship, parent-child discussions about school, negative experiences of both parent and child at school and the presence and potential benefits of LGBT-related supports in school.

## Notes

1 Kosciw, J. G. (2004). *The 2003 National School Climate Survey: The school-related experiences of our nation's lesbian, gay, bisexual and transgender youth.* New York: GLSEN.

Kosciw, J. G. and Diaz, E. M. (2006). *The 2005 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* New York: GLSEN.

2 Kantrowitz, B. (1996, November 4). Gay families come out. Newsweek, 128, 50-53.

Patterson, C. J. & Freil, L. V. (2000). Sexual orientation and fertility. In G. Bentley & N. Mascie-Taylor (Eds.), *Infertility in the modern world: Biosocial perspectives* (pp. 238–260). Cambridge, England: Cambridge University Press.

3 Cahill, S., Ellen, M., & Tobias, S. (2003). *Family policy: Issues affecting gay, lesbian, bisexual and Transgender families*. New York: The National Gay and Lesbian Task Force Policy Institute.

4 Stacey, J. & Biblarz, T. J. (2001). (How) does the sexual orientation of parents matter? *American Sociological Review*, 66, 159-183.

5 Rosenfeld, M. J. (2007). Nontraditional families and childhood progress through school. Paper presentation for the 2007 American Sociological Association Meetings.

6 Wainright, J. L., Russell, S. T. & Patterson, C. J. (2004). Psychosocial adjustment, school outcomes, and romantic relationships of adolescents with same-sex parents. *Child Development*, 75, 1886–1898.

7 Casper, V., Schultz, S., & Wickens, E. (1992). Breaking the silences: Lesbian and gay parents and the schools. *Teachers College Record*, 94, 109137.

8 Gartrell, N., Banks, A., Hamilton, J., Reed, N., Bishop, H. and Rodas, C. (2000). The National Lesbian Family Study: 2. Interviews with mothers of toddlers. *American Journal of Orthopsychiatry*, 69, 362–369.

9 Morris, J. F., Balsam, K. F.; Rothblum, E. D. (2002). Lesbian and bisexual mothers and nonmothers: DemograPHics and the coming-out process. *Journal of Family Psychology*, 16, 144–156.

10 Kosciw, J.G. (2003). The relationship of homophobic harassment and discrimination to family processes, parenting and children's well-being in families with lesbian and gay parents. Unpublished doctoral dissertation, New York University.

11 Tasker, F. L. & Golombok, S. (1997). *Growing up in a lesbian family: Effects on child development.* New York: The Guilford Press.

12 Mercier, L. M. & Harold, R. D. (2003) At the interface: Lesbian-parent families and their children's schools. *Children & Schools*, 25, 35–47.

6

AR_283597



# METHODS

8

AR_283599

## Instrument Development

Given the paucity of prior research on the educational experiences of LGBT families, we collaborated with two national organizations that work specifically with LGBT families in developing the parent and student survey instruments: 1) COLAGE (Children of Lesbians and Gays Everywhere), an organization for children of LGBT parents, and 2) Family Equality Council, an organization for LGBT families. GLSEN researchers met with representatives from both organizations, including LGBT parents and adult children of LGBT parents, on several occasions to determine what were the most salient educational issues that needed to be explored with LGBT families and, in some instances, to craft the actual language to be used for certain survey items. We believe that the expertise of GLSEN's Research Department in examining LGBT issues in education along with the knowledge from COLAGE and Family Equality Council of the issues facing LGBT families when interacting with schools resulted in comprehensive and accurate measures.

For the child survey, we used a modified version of GLSEN's National School Climate Survey (NSCS). The NSCS assesses two dimensions of school climate: indicators of a hostile climate and indicators of support for LGBT issues.[13] Indicators of a hostile climate include the frequency of hearing biased language in school (i.e., homophobic, racist and sexist remarks), and experiences of verbal and physical harassment and physical assault based on sexual orientation, gender, gender expression, race/ethnicity, disability and religion. To this dimension, we added specific questions about negative remarks and harassment students may have encountered because of their parents' sexual orientation. Indicators of support for LGBT issues included the presence of student clubs that address LGBT issues (e.g., a Gay-Straight Alliances or diversity clubs), curricula that are inclusive of the lives of LGBT persons, the presence of supportive teachers or school personnel and the presence of a safe school policy that includes explicit protection based on sexual orientation and/or gender identity. The parent survey contained measures assessing: basic demographic information, reports of their interactions with school personnel, reports of any negative school experiences reported by their children, concerns about their children's safety in school, community involvement, parenting activities as well as their perceptions of indicators of support for LGBT issues in their child's school. On certain sections of the survey, such as questions about their child's school and specific parent-child activities, parents with more than one school-age child were asked to answer these sections about only one child and were asked to choose the oldest of their school-age children.

## Data Collection

This report reflects survey responses from national samples of LGBT parents of children enrolled in K–12 schools as well as a separate sample of secondary school students with LGBT parents. In order to create a more representative sample of parents and students, we implemented two methods of obtaining participants: participation of community groups for LGBT families and Internet surveying. For both methods, data collection was conducted from May to August 2005.

### *Community Organizations*

Participants were obtained through community-based groups or service organizations serving LGBT parents and their children. Our original intent was to randomly sample seventy-five of such groups or organizations from a master list of 137 groups. However, as we began contacting these organizations we learned that many of the groups were not currently active. Further, many of the organizations did not hold regular in-person meetings or activities and were primarily in contact with their members through e-mail listservs or newsletters. Of the original list, 91 groups appeared to be currently active.[14] We were successful in making contact with 35 of the 91 groups. All of the groups agreed to notify their constituents about the study. Most (23 of the 35 groups) agreed to have their members complete paper surveys. Three of these groups had their members complete the survey at a group event and sent the completed surveys to GLSEN's Research Department. Several other groups simply instructed their members to complete the survey and mail it directly to GLSEN. Almost all of the contact persons for these groups reported that many of their constituents were not in the appropriate age range for our study: many of the parents had children who were not yet school-age and most of the children were not 13 years of older and would not eligible to take the student survey.

In addition to contacting community groups, we recruited participants at several summer events for LGBT families, including Family Week in Saugatuck, MI and Family Week in Provincetown, MA. Further, we contacted summer camp programs specifically for children of LGBT families. Of the 11 camps, 6 agreed to have their campers complete the student survey and 2 allowed GLSEN Research staff to visit the camp to collect the data.

### *Internet Survey*

Obtaining LGBT families solely from community-based groups or service organizations could potentially lead to a biased sample—parents involved in these groups or organizations may be more "out" or more comfortable with their sexual orientation or parental status in the LGBT community, and the children in these groups may be more comfortable talking about LGBT family issues. In addition, these groups or organizations may be more likely to attract families who are

in close geographic vicinity, and therefore families who live in areas without such supports would not be represented. For these reasons, we implemented this second method of obtaining participants: both the parent and child surveys were made available on the Internet via GLSEN's website. Notices about our on-line survey were posted on LGBT community listservs and electronic bulletin boards. Notices were also emailed to GLSEN chapters and to national LGBT organizations addressing family issues, such as Family Equality Council, COLAGE (Children of Lesbians and Gays Everywhere), PFLAG (Parents and Friends of Lesbians and Gays) and HRC (Human Rights Campaign) FamilyNet. A total of 588 surveys from parents with a child in K–12 school were obtained (508 Internet, 80 paper surveys) and 154 surveys from students in middle school or high school with an LGBT parent (58 Internet, 96 paper).

## Respondent Demographics

**Parents of K–12 Students.** A total of 588 LGBT parents with children in K–12 schools participated in the study. The majority of the parents were women, less than one-fifth were men (17%) and only 2% of the sample identified as transgender. The vast majority identified as lesbian or gay, however 5% identified as bisexual and 2% as other orientations. The average age of these parents was 43 years. Most parents had one or two children (41% and 45%, respectively); fewer than 10% reported having three or more children living at home. Over half the sample reported that only one child was currently attending a K–12 school (58%) and a third reported they had two children in school (33%). Most of the parents reported that their children were in elementary school grades and less than a quarter reported that their children were in middle school (22%) or in high school (20%).

Table 1 shows the racial/ethnic composition of both samples, as well as information about the family racial/ethnic make-up from the parents' survey. Although the vast majority of parents were white or European American, about 40% of the reported family racial compositions were multiracial—about 16% of the families represented had white parent(s) and a child of color, and about 14% of the families represented had two parents, one of whom was white and one of whom was a person of color.

**Secondary School Students.** A total of 154 youth participated in this study and were between the ages of 13 and 20, with the average age of respondents being 15 years. Most respondents were female, less than a third (30%) were male and 2% were transgender. As also shown in Table 1, almost two-thirds were white and about a tenth were African American or Black (11%) or Hispanic or Latino (7%). The majority of respondents were in high school (58%), nearly three-quarters of which were located in a large city or a suburb of a large city (see Table 2). The students most commonly attended schools in the northeastern and the western regions of the country (40% and 32%, respectively).

## Table 1. Racial/Ethnic Characteristics of Survey Participants

| Race/Ethnicity of Participants | Students | Parents |
|---|---|---|
| White | 64% | 88% |
| African American or Black | 11% | 1% |
| Hispanic or Latino | 7% | 4% |
| Asian or Pacific Islander | 2% | 1% |
| Native American | 5% | 1% |
| Multiracial | 9% | 1% |
| Other race/ethnicity | 2% | 1% |
| **Family Racial Composition (Parent Sample Only)** | | |
| White Couple, White Children | | 53% |
| White Couple, Children of Color | | 16% |
| Mixed Race Couple, White Children | | 5% |
| Mixed Race Couple, Children of Color | | 9% |
| Couples of Color, Children of Color | | 3% |
| Single White Parent, White Children | | 8% |
| Single White Parent, Children of Color | | 3% |
| Single Parent of Color, Children of Color | | 3% |

The majority of students in the survey identified as heterosexual or straight, while 10% identified as lesbian or gay and 9% as bisexual. Given that a large portion of the survey respondents learned about the survey via GLSEN's website and that GLSEN provides information and resources for LGBT-identified students, it is likely that the percentages of students in this study who identified as lesbian, gay or bisexual is greater than would be expected in the general population of adolescents with LGBT parents. In fact, this hypothesis is borne out by the differences between the sample of students who completed paper surveys and those who responded online—only 5% of the students who completed paper versions of the survey at summer camps, COLAGE events or LGBT family events identified as lesbian or gay compared to 18% of the students who learned of the survey via the GLSEN website. Thus, this demographic information on sexual orientation from the survey is not necessarily an accurate reflection of the population of adolescents with LGBT parents as a whole.

## Table 2. School Characteristics

| Grade Levels | Students | Parents |
|---|---|---|
| K through 12 school | 5% | 9% |
| Elementary school | 1% | 43% |
| Lower school (elementary and middle school grades) | 7% | 15% |
| Middle school | 18% | 15% |
| Upper school (middle and high school grades) | 11% | 2% |
| High school | 58% | 16% |
| **Community Type** | **Students** | **Parents** |
| Urban | 45% | 30% |
| Suburban | 26% | 19% |
| Rural/Small Town | 29% | 15% |
| **School Type** | **Students** | **Parents** |
| Public school | 81% | 78% |
| Charter school | 19% | 4% |
| Magnet school | 22% | 11% |
| Religious-affiliated school | 8% | 7% |
| Other private or independent school | 11% | 16% |
| **Region** | **Students** | **Parents** |
| Northeast | 40% | 35% |
| South | 10% | 17% |
| Midwest | 18% | 20% |
| West | 32% | 28% |

## Notes

13 Kosciw & Diaz 2006.

14 It was not always possible to be certain that the local group was, in fact, truly active. In most cases, the contact information was only an email address or a phone number with an outgoing voicemail that did not mention the name of the group. Thus, if an email address was not returned as invalid or the phone number was not disconnected or was not a wrong listing, we considered the group to be active.

14

AR_283605

# RESULTS

AR_283606

16

AR_283607



## Parental Decision-Making About School Selection

Although the majority of parents reported that their children attended public schools, the percentage was significantly lower than the national percentage (78% vs. 89%).[15] Furthermore, of those parents who sent their children to non-public school, they were less likely to be religious-affiliated schools (7%) and more likely to be independent schools (16%), which again is different from national percentages.[16]

In order to understand parents' decision-making about the schools they select (if they select them) for their children, parents were asked about their reasons for selecting their child's school. Table 3 shows the overall percentages of parents who identified each reason for school selection and the percentages. Overall, parents most commonly reported that they chose the local or neighborhood school (59%) and that they chose the school based on its academic reputation (54%). Over a quarter of parents also reported that they considered the diversity of the school population (31%), that they knew other families at the school (29%), as well as a non-academic reputation of the school, such as arts or music (29%).

Parents were also able to indicate other reasons why they selected their child's school. Of the 138 parents who provided another reason, the largest percentage (16%) was related to the academic approach of the school (e.g., using Montessori method, "a progressive approach," an "alternative learning model" and "an emphasis on global studies"). Another 12% of these parents reported that their school selection was related to special education services provided (e.g., school for the blind, a program for children with Asperger's syndrome, a program for children with "learning differences"). Ten percent of parents said that

they selected the school based on language programs, such as a Spanish or Chinese immersion program or a bilingual school. An additional 10% selected the school because of a previous history with the school (e.g., the parent is an alumnus/alumna, an older sibling of the child attended the same school).

Table 3 also shows reasons for school selection by type of school (public, private-religious, private-other). It is not surprising that there were differences across the types of school. For public school parents, the overwhelming majority reported having chosen the local school whereas the majority of private school parents reported having chose the school based on its academic reputation.

Parents were specifically asked whether their school selection was related to knowing other LGBT families in the school or the school having a reputation for being welcoming of LGBT families. As also shown in Table 3, these reasons were more common for parents of children attending non-religious private schools. Nearly half of these private school parents (46%) reported that the school's reputation for being welcoming of LGBT families was a consideration compared to less than a quarter of parents of children in religious schools and in public schools (15% and 11%, respectively).[17]

## Table 3. Reasons for School Selection by School Type

| | Total | Public | Private–Religious | Private Other |
|---|---|---|---|---|
| It's our neighborhood school. [a,b] | 59% | 72% | 23% | 9% |
| I know there are other students with LGBT parents there. [b] | 17% | 14% | 18% | 32% |
| I know that the school has a diverse population of students and families. [b,c] | 31% | 29% | 23% | 45% |
| It had a reputation for valuing and working on diversity. [b,c] | 22% | 16% | 23% | 53% |
| It had a good reputation for academics [a,b] | 54% | 49% | 67% | 73% |
| It had a good reputation for other programs, such as art, music or athletics. [b,c] | 29% | 24% | 21% | 53% |
| It had a reputation for being welcoming of LGBT families. [b,c] | 17% | 11% | 15% | 46% |
| I know other families with children there. [b] | 29% | 27% | 36% | 40% |
| I know some of the teachers there. | 14% | 14% | 23% | 10% |
| Other Reasons | 24% | 19% | 31% | 44% |

[a] Public v. Religious; [b] Public v. Private; [c] Religious v. Private

LGBT parents may choose schools that are more tolerant of diverse family forms. Aside from inclusion of LGBT parents, a sizeable percentage of all parents reported that the school having a diverse population of students and families was a consideration in selection—about a quarter of public school parents and private religious school parents (29% and 23%, respectively) and nearly half of private school parents (45%). Even among parents whose child attended their local public school, about a quarter reported that they chose their school, in part, because of reasons related to diversity. This finding suggests that LGBT parents may not only seek out what schools would be most accepting, but they may seek to live in communities that would be more tolerant of families like their own.

Results from the survey further indicate that familiarity with the school and the inclusivity and diversity of the school may be greater concerns for parents of elementary school students. As shown in Table 4, the percentage of elementary school parents who based their school selection on knowing that the school included other LGBT families, that it had a reputation for a diverse population and had a reputation for welcoming LGBT families was significantly higher than parents of children in middle or high school.[18]

Parents were also asked whether they had specifically sought out information from the schools pertaining to how they would be with

**Table 4. Reasons for School Selection by School Level**

| | Total | Elementary School | Middle School | High School |
|---|---|---|---|---|
| It's our neighborhood school. | 59% | 56% | 60% | 66% |
| I know there are other students with LGBT parents there. [a] | 17% | 22% | 8% | 8% |
| I know that the school has a diverse population of students and families. [a] | 31% | 38% | 23% | 17% |
| It had a reputation for valuing and working on diversity.a | 22% | 29% | 13% | 13% |
| It had a good reputation for academics. [a] | 54% | 61% | 46% | 41% |
| It had a good reputation for other programs, such as art, music or athletics. | 28% | 30% | 25% | 28% |
| It had a reputation for being welcoming of LGBT families. [a] | 17% | 22% | 8% | 8% |
| I know other families with children there. [a] | 29% | 36% | 24% | 16% |
| I know some of the teachers there. | 14% | 14% | 13% | 13% |
| Other Reasons | 24% | 23% | 28% | 22% |

[a] Elementary v. Middle & High Schools

## Table 5. Parental Seeking of Information About LGBT Issues by School Type

Did you seek out information about the school your child attends pertaining to how they would be with LGBT issues before enrolling your child? [a]

| | Total | Public | Private-Religious | Private Other |
|---|---|---|---|---|
| Yes | 45% | 39% | 44% | 78% |
| No | 55% | 61% | 56% | 22% |

How important was this information in making your decision to enroll your child at that school?

| | Total | Public | Private-Religious | Private Other |
|---|---|---|---|---|
| Very Important | 78% | 61% | 71% | 79% |
| Somewhat Important | 33% | 27% | 29% | 21% |
| Not at all Important | <1% | <1% | 0% | 0% |

[a] Private-Other significantly higher than other two groups.

## Table 6. Parental Seeking of Information About LGBT Issues by School Level

Did you seek out information about the school your child attends pertaining to how they would be with LGBT issues before enrolling your child? [a]

| | Total | Elementary School | Middle School | High School |
|---|---|---|---|---|
| Yes | 45% | 54% | 37% | 27% |
| No | 55% | 46% | 63% | 73% |

How important was this information in making your decision to enroll your child at that school? [a]

| | Total | Elementary School | Middle School | High School |
|---|---|---|---|---|
| Very Important | 66% | 73% | 45% | 53% |
| Somewhat Important | 34% | 27% | 55% | 47% |
| Not at all Important | <1% | <1% | 0% | 0% |

[a] Elementary group significantly higher than other two groups.

LGBT issues before enrolling their child and, if so, how important this information was in their decision to enroll the child. As shown in Table 5, about half (45%) of parents overall reported that they had sought out this information. Of these parents, over three-quarters (78%) reported that the information gained was very important in making a decision to enroll their child. With regard to difference by type of school, private school parents were much more likely to have sought out information about LGBT issues from the school compared to other parents (see also Table 5).[19] The information learned about the school and LGBT issues was somewhat less important in decision-making for public school parents than non-religious private school parents.[20] Elementary school parents were also much more likely to seek out information from the school about LGBT issues (see Table 6). Also, the average rating on the importance of this information for school enrollment decision-making was marginally higher for elementary school parents than for middle and high school parents.[21]

It is important to note that parents who enroll their children in public school may be less able to make their school selection based on issues of tolerance related to LGBT families or the diversity of the school. Depending on the school district, some parents may actually have no choice as to which public school their child attends. Thus, it is important that one not interpret these results related to decision-making about school selection as an indication of interest or concern in the child's education. Although the difference between public school and non-religious private school parents in seeking information was quite large (39% vs. 78%), the difference in the level of importance that this information had, although statistically significant, was not nearly as vast (61% vs. 79%). Similarly, parents who base their school selection on the family's religion or who wish their child to receive religious instruction in school may also have fewer options available to them.

### *Family Composition and School Selection*

Although many LGBT parents consider issues of school diversity when making a school selection, this may be even more true for LGBT multiracial families and families of color. As shown in Table 7, families with a student of color were more likely to choose a school based on its diverse population than families with a white student regardless of the race/ethnicity of the parent or parents (43% v. 25%).[22]

Single-parent and two-parent families did not differ on their reasons for school selection except for choosing the local school. Single parents were less likely to report that they chose their local school compared to partnered parents—44% vs. 61%.[23]

### *School Selection by Locality and Region*

We also were interested in whether parents' decision-making about school selection varied by their locale (urban, suburban, small town/rural) or the region of the country in which they live (Northeast, South, Midwest, West). Figure 1 shows that parents from urban areas were less likely to have chosen their local neighborhood school and further illustrates those reasons for school selection that were different across locales.[24] With the exception of choosing a school because of knowing one or more of the teachers, parents from urban areas were more likely to have considered all the reasons for selecting their child's school. One of the strongest differences between urban parents and others was selecting the school because it had a diverse school population: 42% of urban parents compared to 25% of suburban parents and 15% of small town/rural parents. It may be that parents in urban areas have a greater variety of schools to consider when enrolling their children. It may also be that in some urban school districts, schools vary widely with regard to school climate, safety and academic reputation and parents in such districts may consider more factors when selecting their child's school.

Figure 2 illustrates differences across regions with regard to reasons for school selection. Parents in the West were least likely and parents in the South most likely to have chosen their neighborhood schools. Parents in the Northeast and West were more likely to have considered most of the reasons for school selection than parents in the South and Midwest.[25] As shown in Figure 2, parents in the Northeast and West were more likely to have reported selecting the school because they knew other families there, because of the school reputation for diversity and for accepting LGBT families as well as because of its diverse school population. With regard to selecting a school because of its non-academic reputation, parents from the West were higher than parents from all other regions.

**Table 7. Parents Choosing Schools with Diverse School Population: Comparison by Family Race/Ethnicity [a]**

| | White Student | Student of Color | Total |
|---|---|---|---|
| White Parent(s) | 25% | 43% | 29% |
| Multiracial Couple | 32% | — | 32% |
| Parent(s) of Color | — | 40% | 40% |
| Total | 25% | 42% | 30% [b] |

[a] The differences between families with a student of color and families with a white student were significantly different, $p<.01$, regardless of the race/ethnicity of the parent(s).
[b] Note: This percentage is different than the 31% shown in Tables 4 and 5 because the responses of parents who did not identify the race/ethnicity of themselves or their child were excluded.



**Figure 1. Parents' Reasons for Choosing School: Comparison by Locality**

**Figure 2. Parents' Reasons for Choosing School: Comparison by Region**

[a] South > all, West < all; [b] Northeast and West > South; [c] West > all. Differences significant at $p<.01$.

## Notes

15 Wirt, J., Choy, S., Rooney, P., Provasnik, S., Sen, A., and Tobin, R. (2004). *The Condition of Education 2004* (NCES 2004-077). U.S. Department of Education, National Center for Education Statistics. Washington, DC: U.S. Government Printing Office.

16 Ibid.

17 $\chi^2$=64.87, $\phi$=.33, $p$<.01, $df$=2.

18 Other LGBT Families at School: $\chi^2$=21.29, $\phi$=.19; Reputation for Diverse School: $\chi^2$=23.51, $\phi$=.20; Reputation for Welcoming LGBT Families: $\chi^2$=18.71, $\phi$=.18. All significant, $p$<.01, $df$=2.

19 $\chi^2$=47.20, Cramer's V=.28

20 $F$(2,564)=10.41, $p$<.001. Univariate effects were considered at $p$<.01.

21 School level differences in information seeking were examined using Chi-square analysis: $\chi^2$=30.47, Cramer's V=.23. Differences in the level of importance of the information was examined using a one-way analysis of variance: $F$(2,563)=4.33, $p$<.05; post-hoc analyses were considered at $p$<.05.

22 Differences across the family racial composition groups were tested with a series of Chi-square analyses. Results for the overall comparison was significant: $\chi^2$=17.31, Cramer's V=.17, $p$<.01, $df$=3.

23 To compare differences between these types of family constellations, a series of Chi-square tests were performed. Given the large number of variables, a more restrictive p-value was employed, $p$<.01. The variable "Chose neighborhood school" was significant, $\chi^2$=8.20, $\phi$=.12, $p$<.01, $df$=2.

24 To compare differences across localities, a series of Chi-square tests were performed. Given the large number of variables, a more restrictive p-value was employed, $p$<.01. Chose local school: $\chi^2$=24.36, Cramer's V=.20; Know LGBT Families: $\chi^2$=11.90, Cramer's V=.18; Diverse Population: $\chi^2$=18.04, Cramer's V=.18; Commitment to Diversity: $\chi^2$=14.48, Cramer's V=.16; Other Reputation: $\chi^2$=21.06, Cramer's V=.19; Accepting of LGBT Families: $\chi^2$=10.42, Cramer's V=.13. All significant, $p$<.01, $df$=3. Post-hoc differences across localities were tested with subsequent chi-square tests between pairs of localities.

25 To compare differences across regions, a series of Chi-square tests were performed. Given the large number of variables, a more restrictive p-value was employed, $p$<.01. Chose local school: $\chi^2$=46.6, $df$=2, $\phi$=.28; Know LGBT Families: $\chi^2$=21.6, $\phi$=.19; Diverse Population: $\chi^2$=34.7, $\phi$=.24; Commitment to Diversity: $\chi^2$=19.25, $\phi$=.18; Academics: $\chi^2$=13.9, $\phi$=.15; Other Reputation: $\chi^2$=26.5, $\phi$=.21; Accepting of LGBT Families: $\chi^2$=8.13, $\phi$=.12; Know Other Families: $\chi^2$=20.6, $\phi$=.19. All significant, $p$<.01, $df$=3. Post-hoc differences across regions were tested with subsequent chi-square tests between pairs of regions.



## Parental Involvement in School

Research has shown that positive relationships between the family and the school result in better academic achievement for children.[26] For this reason, we examined the level of parental involvement in school activities among LGBT parents and the frequency of parent-school communication about the child's experiences in school.

### *Parental Activity in School*

As shown in Table 8, the majority of parents in the study had been involved in their child's school in the past year. Nearly all parents (94%) reported that they had attended a parent-teacher conference or Back-to-School night and two-thirds (67%) had volunteered at the school. About half (51%) of the parents reported that they belonged to the school's parent-teacher organization (e.g., PTA or PTO) and an even higher percentage reported that they had taken part in activities of this organization in the past year (regardless of belonging to the organization). LGBT parents may also be proactive in addressing issues related to their particular family constellation. About half of the parents (48%) reported that they had gone to the school at the start of the school year to talk to them about their family.

The level of parent-school interaction may vary with the age of the student. In addition to overall percentages, Table 8 shows percentages of parent-school involvement by school level. With the exception of attending parent-teacher conferences, parents of elementary school students were more likely to report involvement in all school activities.[27] For example, whereas 58% of elementary school parents reported having attending meetings of the parent-teacher

## Table 8. Parental Involvement in School by School Level

| | Total | Elementary School | Middle School | High School |
|---|---|---|---|---|
| Belong to the school's parent-teacher org. [a] | 51% | 57% | 46% | 41% |
| Attend meetings of the parent-teacher org. [a] | 49% | 58% | 41% | 33% |
| Take part in the activities of the parent-teacher organization. [a] | 60% | 71% | 51% | 34% |
| Act as a volunteer at the school. [a] | 67% | 80% | 52% | 46% |
| Belong to any other organization with several parents from your child's school (e.g., neighborhood or religious organizations). [a] | 37% | 41% | 39% | 24% |
| Attend parent-teacher conference or Back-to-School night. | 94% | 96% | 93% | 89% |
| Make a special trip to school at the start of the school year to talk to school personnel about your family. [a] | 48% | 58% | 41% | 27% |

[a] Elementary School Group higher than other two groups.

## Table 9. Parental Involvement in School by School Type

| | Total | Public | Private–Religious | Private Other |
|---|---|---|---|---|
| Belong to the school's parent-teacher org. | 51% | 50% | 39% | 63% |
| Attend meetings of the parent-teacher org. [b] | 49% | 46% | 54% | 68% |
| Take part in the activities of the parent-teacher organization. [a] | 60% | 56% | 56% | 79% |
| Act as a volunteer at the school. [a] | 67% | 64% | 64% | 84% |
| Belong to any other organization with several parents from your child's school (e.g., neighborhood or religious organizations). | 37% | 36% | 44% | 43% |
| Attend parent-teacher conference or Back-to-School night. | 94% | 94% | 95% | 92% |
| Make a special trip to school at the start of the school year to talk to school personnel about your family. | 48% | 49% | 41% | 49% |

[a] Private School group higher than other two groups.

[b] Private School group higher than Public School group.

organization, 41% of middle school parents and 33% of high school parents reported this type of involvement.

There were also a few differences in parent-school involvement across the types of schools the children attended.[28] Although parents from private schools (non-religious) were no more likely to be a member of the parent-teacher organization, they were more likely to attend meetings and take part in the activities of the organization compared to other parents (see Table 9). These parents were also more likely to act as a volunteer in the school.

In order to examine whether the involvement of LGBT parents in their children's schools was similar to the involvement of parents generally, we compared results from this sample of LGBT parents to available national statistics on parental involvement in school. Figure 3a compares the percentages of LGBT parents and a national sample of K–12 parents available from the National Center for Education Statistics (NCES) on two indicators of parental involvement: attending parent-teacher conferences and acting as a volunteer in school. On both indicators, LGBT parents were more likely to be involved in their children's school than parents in the national sample.[29] With regard to parent-teacher conferences, nearly all of the LGBT parents (94%) reported having participated in the past year compared to 77% of the national sample of parents.[30] When considering the school level, the two samples are not different at the elementary school level but the gap between LGBT parents and the national sample of parents widens at middle school and further at high

**Figure 3a. Comparisons of Parental Involvement in School Activities: LGBT Parents versus National Sample of Parents**

**Figure 3b. Comparisons of Parental Involvement in School Activities: LGBT Parents versus National Sample of Parents**

school. As also shown in Figure 3a, LGBT parents were more likely to volunteer in their child's school than parents nationally (67% vs. 42%).[31] Although the differences between the samples of parents were significant across all school levels, the differences were more pronounced among elementary school parents.

Figure 3b compares those LGBT parents in the survey whose child attended high school with a national sample of parents of 10th graders from the NCES Educational Longitudinal Survey.[32] The LGBT parents in our survey were more likely to be a member of the school's parent-teacher organization than parents of 10th graders nationally.[33,34] However, there were no differences between the groups in their level of activity: attending meetings and taking part in the organization's activities. LGBT parents were also more likely than parents in the national sample to participate in volunteer activity in their child's school.[35]

### *Parent-School Communication*

Parents were also asked about the frequency with which they communicate with the school—both the school contacting the parents and the parents contacting the school. Tables 10 and 11 demonstrate the frequency with which parents have communicated with the school regarding their child's school performance and behavior and the parents' own involvement in school-related activities. Parents reported a higher frequency of communication with their child's school (both hearing from the school and contacting the school themselves) regarding volunteer work, their child's school program for the year and information on how to help their child at home with school work. Parents of elementary school children, in general, reported a higher frequency of communication with the school than other parents, with the exception of children's problem behavior and poor attendance about which they reported a lower frequency of communication (see Figures 4a and 4b).[36,37] Figures 5a and 5b compare LGBT parents of secondary school students with a national sample of parents of 10th graders from the NCES Educational Longitudinal Survey on parent-school communication.[38] Overall, LGBT parents reported a higher level of contact with school personnel about their child than parents from the national sample.[39,40] Specifically, LGBT parents reported a higher frequency of contact with the school (both hearing from school personnel and contacting the school) regarding their child's future education, their child's school program for the year and information on doing schoolwork with their child at home. LGBT parents reported a higher frequency of contact by the school about doing volunteer work and about their children's problem behavior. They also reported a higher frequency of contacting the school regarding their child's positive behavior or poor performance.

## Table 10. Parent-School Communication: School Contacting Parents

Since the beginning of this school year, how many times have you (or your partner) been contacted by the school about each of the following?

| | None | Once or Twice | 3 or 4 Times | 5 or More Times |
|---|---|---|---|---|
| Your child's poor performance in school. | 79% | 14% | 4% | 3% |
| Your child's school program for this year. | 38% | 29% | 15% | 16% |
| Your child's poor attendance record at school. | 95% | 4% | 1% | 0% |
| Your child's problem behavior in school. | 77% | 16% | 4% | 3% |
| Your child's positive or good behavior in school. | 40% | 28% | 20% | 12% |
| Participating in school fund-raising activities or doing volunteer work. | 19% | 22% | 25% | 34% |
| Information on how to help your child at home with specific skills or homework. | 41% | 29% | 16% | 14% |
| Obtaining information for school records. | 43% | 51% | 5% | 2% |
| Your child's future education. | 49% | 36% | 11% | 4% |
| Your child was having problems with other students. | 82% | 14% | 3% | 1% |
| Attend parent-teacher conference or Back-to-School night. | 94% | 96% | 93% | 89% |
| Make a special trip to school at the start of the school year to talk to school personnel about your family. [a] | 48% | 58% | 41% | 27% |

[a] Elementary School Group higher than other two groups.

## Table 11. Parent-School Communication: Parents Contacting School

Since the beginning of this school year, how many times have you (or your partner) contacted the school about each of the following?

| | None | Once or Twice | 3 or 4 Times | 5 or More Times |
|---|---|---|---|---|
| Your child's school program for this year. | 32% | 43% | 17% | 8% |
| Your child's poor attendance record at school. | 95% | 4% | 1% | 0% |
| Your child's problem behavior in school. | 76% | 16% | 5% | 3% |
| Your child's positive or good behavior in school. | 59% | 26% | 10% | 4% |
| Participating in school fund-raising activities or doing volunteer work. | 28% | 33% | 20% | 18% |
| Information on how to help your child at home with specific skills or homework. | 34% | 35% | 21% | 10% |
| Obtaining information for school records. | 55% | 40% | 4% | 1% |
| Your child's future education. | 40% | 42% | 13% | 5% |
| Your child was having problems with other students. | 82% | 14% | 3% | 1% |



**Figure 4a. Parent-School Communication by School Level: Communication From School**

[a] Elementary School different from Middle School. [b] Elementary School different from High School.
[c] Middle School different from High School

**Figure 4b. Parent-School Communication by School Level: Communication From Parent**

[a] Elementary School different from Middle School. [b] Elementary School different from High School.
[c] Middle School different from High School



**Figure 5a. Parent-School Communication: Comparison Between LGBT Parents and National Sample of Parents**
School Contacted Parents

Your child's poor perfromance in school
25%
29%
Your child's school program for this year [a]
36%
58%
Your child's poor attendance record at school
13%
12%
Your child's problem behavior in school [a]
12%
21%
Your child's positive or good behavior in school
36%
46%
Participating in school fund-raising activities or doing volunteer work [a]
40%
58%
Information on how to help your child at home with specific skills or homework [a]
22%
41%
Obtaining information for school records
38%
49%
Your child's future education [a]
26%
61%
National Sample of Parents (Grade 10)
LGBT Parents (Grades 9–12)
0%
20%
40%
60%
80%
100%
Percentage of Parents Reporting Any Contact in the Past School Year

[a] Groups significantly different, $p<.01$

31

AR_283622

**Figure 5b. Parent-School Communication: Comparison Between LGBT Parents and National Sample of Parents**
Parents Contacted School

Your child's poor perfromance in school [a]
30%
43%
Your child's school program for this year [a]
38%
68%
Your child's poor attendance record at school
11%
12%
Your child's problem behavior in school
11%
18%
Your child's positive or good behavior in school [a]
18%
30%
Participating in school fund-raising activities or doing volunteer work
30%
45%
Information on how to help your child at home with specific skills or homework [a]
30%
52%
Obtaining information for school records
41%
43%
Your child's future education [a]
27%
72%
National Sample of Parents (Grade 10)
LGBT Parents (Grades 9–12)
0%
20%
40%
60%
80%
100%
Percentage of Parents Reporting Any Contact in the Past School Year

[a] Groups significantly different, $p<.01$

32

AR_283623

## *Parent-Child Involvement Regarding Education*

Parents were asked specifically about their involvement in their children's education, such as checking their child's homework, discussing their child's report card or problems he or she may be having in school. As shown in Table 12, about two-thirds of parents reported that they always checked their child's homework and discussed problems their child was having with other students in school. Nearly all parents reported that they always discussed their child's report card, knew the whereabouts of their child when he or she was not at home and enforced curfews on school nights. This level of reported involvement was not significantly different from nationally available data of K–12 parents.[41] Elementary school parents were more likely to check their child's homework than middle school and high school parents (see Table 13).[42] With regard to discussing problems with other students—elementary school parents were not significantly different than middle school parents but both these groups reported a higher frequency than high school parents.

The majority of LGBT parents reported that they have discussions with their child about what he or she is learning in school (see Table 14)—with nearly all parents reporting that they have these discussions frequently or often. In contrast, LGBT parents reported a lower frequency of discussing what their child is learning in school related to LGBT people, with only about a quarter of parents reporting these discussions frequently or often (see also Table 14). Elementary school parents were more likely than other parents to discuss what their child is learning in general than other parents. However, elementary school parents were less likely to discuss what their child is learning related to LGBT people than middle and high school parents (see Table 15).[43]

### Table 12. Parental Involvement in Child's Education

How often do you (or your partner)…

| | Never | Seldom | Usually | Always |
|---|---|---|---|---|
| Check that your child has completed all homework? | 1% | 7% | 30% | 62% |
| Discuss your child's report card with him/her? | 1% | 2% | 7% | 90% |
| Know where your child is when he/she is not at home or in school? | 0% | 0% | 8% | 91% |
| Make and enforce curfews for your child on school nights? | 2% | 1% | 10% | 87% |
| Discuss problems you child is having with other students at school? | 6% | 6% | 18% | 70% |

## Table 13. Parental Involvement in Child's Education by School Level

How often do you (or your partner)...

| | Percent Reporting "Always" | | |
|---|---|---|---|
| | **Elementary School** | **Middle School** | **High School** |
| Check that your child has completed all homework? [a] | 80% | 48% | 23% |
| Discuss your child's report card with him/her? | 88% | 97% | 88% |
| Know where your child is when he/she is not at home or in school? [b] | 97% | 91% | 74% |
| Make and enforce curfews for your child on school nights? | 88% | 90% | 81% |
| Discuss problems you child is having with other students at school? [b] | 74% | 74% | 53% |

[a] Elementary School group higher than other two groups.
[b] High School group lower than other two groups.

## Table 14. Parent-Child Discussions about School

| | **Never** | **Rarely** | **Sometimes** | **Frequently** | **Often** |
|---|---|---|---|---|---|
| In general, how often do you talk with your child about what she or he is learning in school? | 0% | <1% | 5% | 28% | 68% |
| How often do you talk with your child about what she or he is learning in school related to LGBT people? | 17% | 26% | 34% | 13% | 9% |

## Table 15. Parent-Child Discussions about School by School Level

| | Percent Reporting "Frequently" or "Often" | | |
|---|---|---|---|
| | **Elementary School** | **Middle School** | **High School** |
| In general, how often do you talk with your child about what she or he is learning in school? [a] | 98% | 95% | 87% |
| How often do you talk with your child about what she or he is learning in school related to LGBT people? [b] | 18% | 30% | 30% |

[a] High School group lower than other two groups.
[b] Elementary School group lower than other two groups.

## *Parent-School Engagement Regarding LGBT Family Issues*

Previous research has shown that when the children of lesbian or gay parents enter school, the family must contend with how their family configuration counters the norm—they may find that families like theirs are invisible or not represented and may even encounter representations that their family configuration is deviant.[44] Yet, results from our study on parental involvement illustrate that LGBT parents may be as likely or even more likely to be involved in their child's education than parents generally and that LGBT parents may also be proactive in addressing issues related to their particular family constellation. Nevertheless, a number of parents in our survey reported that they did not feel acknowledged or accepted by school personnel. As shown in Table 16, 15% of LGBT parents reported that they felt like school personnel did not acknowledge their type of family at least some of the time with this percentage being even higher for middle and high school parents.[45] Similarly, 16% of LGBT parents also reported that they felt they could not participate fully in their child's school community. As shown in Table 17, parents of children attending public schools and private religious schools were more likely to feel disenfranchised from the school community than parents from non-religious private schools.[46]

Parents were asked how comfortable they would be talking to school personnel about their family as well as how often they had actually discussed being an LGBT parent with school personnel. Overall, parents in the survey reported high levels of comfort with school personnel—two-thirds or more reported that they would be very comfortable discussing their family with teachers, the principal, school counselor and other staff (see Figure 6). Although these findings were consistent across school level (elementary, middle and high school), there were differences regarding the type of school the child attended. As shown in Table 18, parents of non-religious private school students reported higher levels of comfort discussing family issues with school personnel than other parents.[47] With the exception of comfort with the principal, public school parents reported higher levels of comfort with school staff than parents of children in religious private schools.

Although many LGBT parents in the study reported frequent communication with school personnel and were comfortable discussing LGBT issues with them, actual discussions about LGBT issues were most commonly had with teachers and the principal. As shown in Table 19, about two-thirds (67%) of parents reported that they had spoken with teachers at their child's school about being an LGBT parent and nearly half (45%) reported discussions with the principal in the past year. In contrast, less than a third had reported discussions with the school counselor and less than a quarter with other school personnel, such as the school psychologist, nurse or librarian. Parents of elementary school students and of students attending non-religious private schools were typically more likely to

have discussed LGBT family issues with teachers, the principal and the school librarian than other parents (see Tables 20 and 21).[48]

Feeling excluded from the school community could have serious implications for the quality of the family-school connection—parents may not have the same access to resources and information related to their child's education compared to parents who feel more a part of the school community. We examined whether parents who reported feeling excluded from their child's school more frequently, either not being acknowledged as an LGBT family or not being able to participate fully in school activities, reported different levels of participation in school activities and communication with school personnel than other parents.[49] As shown in Figure 7a, parents who reported a high frequency of feeling that their family was not fully acknowledged by the school had a lower frequency of contact from the school about their child's education.[50] Similarly, parents who

## Table 16. Parental Beliefs about School Acceptance by School Level

In the past 12 months, how often have you....?

Felt like school personnel don't acknowledge your type of family? [a]

| | Total | Elementary School | Middle School | High School |
|---|---|---|---|---|
| Frequently, Often or Sometimes | 15% | 12% | 20% | 21% |
| Frequently | 3% | 3% | 3% | 4% |
| Often | 4% | 4% | 3% | 6% |
| Sometimes | 8% | 5% | 14% | 11% |
| Rarely | 7% | 6% | 10% | 6% |
| Never | 78% | 82% | 70% | 73% |

Felt that you are not able to fully participate in your child's school community because you are an LGBT parent? [b]

| | Total | Elementary School | Middle School | High School |
|---|---|---|---|---|
| Frequently, Often or Sometimes | 16% | 14% | 24% | 17% |
| Frequently | 4% | 4% | 4% | 5% |
| Often | 5% | 4% | 6% | 7% |
| Sometimes | 7% | 6% | 14% | 5% |
| Rarely | 8% | 6% | 8% | 13% |
| Never | 76% | 80% | 69% | 70% |

[a] Elementary school group significantly lower than other groups.

[b] Groups not significantly different.

reported a high frequency of feeling that they were not able to participate fully in their child's school because of being LGBT parents also had a lower frequency of contact from the school (see Figure 7b).[51] Yet there was no relationship between feelings of exclusion and the frequency with which parents contacted the school about their child's education (see also Figures 7a and 7b). Parents' beliefs about acceptance and inclusion of school personnel may be informed by a lack of contact from the school. However, it may also be that this lack of contact is an indicator of a less welcoming environment for LGBT families, and LGBT parents from these schools may be denied resources and information about their child's education relative to other parents.

Parents who did not feel fully able to participate in their child's school community were also less likely to participate in certain school activities. As shown in Figure 8, parents who reported more often feeling excluded from the school in this way were much less likely to have been involved in the parent-teacher organization and to volunteer at school.[52] These parents were also less likely to belong to other community groups with parents from their child's school.

## Table 17. Parental Beliefs about School Acceptance by School Type

In the past 12 months, how often have you....?

Felt like school personnel don't acknowledge your type of family? [a]

| | Total | Public | Private–Religious | Private Other |
|---|---|---|---|---|
| Frequently, Often or Sometimes | 15% | 17% | 20% | 3% |
| Frequently | 3% | 3% | 3% | 0% |
| Often | 4% | 5% | 3% | 0% |
| Sometimes | 8% | 9% | 14% | 3% |
| Rarely | 7% | 8% | 10% | 5% |
| Never | 78% | 75% | 70% | 92% |

Felt that you are not able to fully participate in your child's school community because you are an LGBT parent? [a]

| | Total | Public | Private–Religious | Private Other |
|---|---|---|---|---|
| Frequently, Often or Sometimes | 16% | 17% | 30% | 7% |
| Frequently | 4% | 4% | 8% | 0% |
| Often | 5% | 6% | 11% | 1% |
| Sometimes | 7% | 7% | 11% | 6% |
| Rarely | 8% | 9% | 5% | 4% |
| Never | 76% | 74% | 66% | 89% |

[a] Private school group significantly lower than other two groups

## Table 18. Parents' Comfort in Talking with School Personnel by School Type [a]

In general, how comfortable would you be talking to school personnel about your family?

| | Percent Reporting Very or Somewhat Comfortable | | | |
|---|---|---|---|---|
| | Total | Public | Private–Religious | Private Other |
| Your child's teacher [a] | 88% | 88% | 69% | 97% |
| Your child's guidance counselor [a] | 89% | 89% | 77% | 97% |
| Your child's principal [b] | 85% | 84% | 69% | 96% |
| Other school staff (e.g., school nurse) [a] | 86% | 85% | 68% | 98% |

[a] All groups significantly different.

[b] Private-Other significantly different from Public and Private-Religious.

## Table 19. Parents' Talking with School Personnel about LGBT Issues

For each of the following types of school staff, please indicate how many times you have talked with each one about being an LGBT parent in the previous school year.

| | None | Once | 2 to 5 Times | More than 5 Times |
|---|---|---|---|---|
| Teachers | 33% | 23% | 38% | 6% |
| Principal | 55% | 24% | 17% | 4% |
| Guidance Counselor | 70% | 15% | 12% | 3% |
| Psychologist | 83% | 9% | 6% | 2% |
| Nurse | 88% | 9% | 3% | 0% |
| Librarian or Other Resource Staff | 83% | 10% | 7% | 2% |

**Figure 6. Parents' Comfort Talking with School Personnel**

## Table 20. Parents' Talking with School Personnel about LGBT Issues by School Level

For each of the following types of school staff, please indicate how many times you have talked with each one about being an LGBT parent in the previous school year.

| | Percent Reporting One or More Occurrence | | |
|---|---|---|---|
| | Elementary School | Middle School | High School |
| Teachers [a] | 79% | 56% | 45% |
| Principal [b] | 50% | 46% | 28% |
| Guidance Counselor [c] | 24% | 39% | 35% |
| Psychologist [d] | 15% | 20% | 17% |
| Nurse [d] | 14% | 12% | 7% |
| Librarian or Other Resource Staff [a] | 23% | 13% | 6% |

[a] Elementary School group higher than other two groups.
[b] High School group lower than other two groups.
[c] Elementary School group lower than other two groups.
[d] Groups not significantly different.

## Table 21. Parents' Talking with School Personnel about LGBT Issues by School Type

For each of the following types of school staff, please indicate how many times you have talked with each one about being an LGBT parent in the previous school year.

| | Percent Reporting One or More Occurrence | | |
|---|---|---|---|
| | Public | Private–Religious | Private–Other |
| Teachers [a] | 66% | 51% | 81% |
| Principal [a] | 42% | 44% | 62% |
| Guidance Counselor [b] | 31% | 13% | 29% |
| Psychologist [b] | 17% | 13% | 13% |
| Nurse [c] | 14% | 3% | 6% |
| Librarian or Other Resource Staff [a] | 15% | 13% | 32% |

[a] Private School group higher than other two groups.
[b] Groups not significantly different.
[c] Public School group higher than other two groups.



**Figure 7a. Parents' Feelings of Exclusion and Contact with School: Not Fully Acknowledged by School**

**Figure 7b. Parents' Feelings of Exclusion and Contact with School: Not Feeling Able to Participate Fully in School**

**Figure 8. Parents' Feelings of Exclusion and School Involvement: Not Feeling Able to Participate Fully in School**

## Notes

26 For a review of this literature, see: Henderson, A. T. & Mapp, K. L. (2002). *A new wave of evidence: The impact of school, family, and community connections on student achievement.* Austin, TX: Southwest Educational Development Laboratory.

27 To compare differences across school level, a series of Chi-square tests were performed. Given the large number of variables, a more restrictive p-value was employed, $p<.01$. Attend parent-teacher org.: $\chi^2$=25.51, Cramer's V=.21; Take part parent-teacher org.: $\chi^2$=54.77, Cramer's V=.31; Volunteer: $\chi^2$=60.94, Cramer's V=.33. All significant, $p<.01$, $df$=2. Post-hoc differences across school types were tested with subsequent chi-square tests between pairs of school level.

28 To compare differences across school types, a series of Chi-square tests were performed. Given the large number of variables, a more restrictive p-value was employed, $p<.01$. Attend parent-teacher org.: $\chi^2$=14.42, Cramer's V=.16; Take part parent-teacher org.: $\chi^2$=14.66, Cramer's V=.16; Volunteer: $\chi^2$=13.31, Cramer's V=.15; All significant, $p<.01$, $df$=2. Post-hoc differences across school types were tested with subsequent chi-square tests between pairs of school types.

29 Vaden-Kiernan, N., and McManus, J. (2005). *Parent and Family Involvement in Education: 2002–03* (NCES 2005–043). U.S. Department of Education, National Center for Education Statistics. Washington, DC: U.S. Government Printing Office.

Certain variables used in the LGBT parent survey were also used in the National Center for Education Statistics Parent and Family Involvement in Education Survey of the 2003 National Household Education Surveys Program: attending meetings of the parent-teacher organization, attending parent-teacher conference and acting as a volunteer in the school.

30 Using available population parameters from NCES, a one-sample Chi-square test was performed comparing the percentages from the GLSEN sample to the NCES sample: $\chi^2$=97.03, $p<.001$, $df$=1.

31 Using available population parameters from NCES, a one-sample Chi-square test was performed comparing the percentages from the GLSEN sample to the NCES sample: $\chi^2$=153.97, $p<.001$, $df$=1.

32 Given the relatively small number of parents whose children attended any high school grade, it was not feasible to compare the parents of 10th graders in our survey with the national survey of parents of 10th graders. Although parental involvement may vary across grades within high school, we believe that differences across high school grades would be small relative to parental involvement between high school parents and elementary school and middle school parents. For this reason, we compared the national sample of 10th grade parents to all LGBT parents in the survey with children in high school.

33 Education Longitudinal Study: 2002/04 Data Files and Electronic Codebook System. (First follow-up) [ECB/CD-ROM Public Use]. (2005). Washington, DC: National Center for Education Statistics, U.S. Department of Education, Institute of Education Services [Producer and Distributor].

34 Using publicly available data from the 2002 baseline data from the NCES Educational Longitudinal Study, we compared the national set of 10th grade parents with the LGBT parents of secondary school students (grades 9 to 12): $\chi^2$=12.22, $p<.001$, $df$=1.

35 $\chi^2$=12.22, $p<.001$, $df$=1. $\chi^2$=10.22, $p<.001$, $df$=1.

36 Differences between groups were tested by a multivariate analysis of variance and percentages shown are for illustrative purposes. The multivariate effect was significant, Pillai's trace=.29, F(20,888)=7.5, $p<.001$. Univariate effects were considered at $p<.01$.

37 Differences between groups were tested by a multivariate analysis of variance and percentages shown are for illustrative purposes. The multivariate effect was significant, Pillai's trace=.25, F(18,1020)=8.0, $p<.001$. Univariate effects were considered at $p<.01$.

38 Education Longitudinal Study: 2002/04 Data Files and Electronic Codebook System. (First follow-up) [ECB/CD-ROM Public Use]. (2005). Washington, DC: National Center for Education Statistics, U.S. Department of Education, Institute of Education Services [Producer and Distributor].

39 Differences between the GLSEN and national samples in the frequency of contact were tested by a multivariate analysis of variance and percentages shown are for illustrative purposes. The multivariate effect was significant, Pillai's trace=.01, F(9,11775)=13.6, $p<.001$. Univariate effects were considered at $p<.01$.

40 Differences between the GLSEN and national samples in the frequency of contact were tested by a multivariate analysis of variance and percentages shown are for illustrative purposes. The multivariate effect was significant, Pillai's trace=.02, F(9,11591)=23.4, p<.001. Univariate effects were considered at p<.01.

41 Vaden-Kiernan, N., and McManus, J. (2005). *Parent and Family Involvement in Education: 2002–03* (NCES 2005–043). U.S. Department of Education, National Center for Education Statistics. Washington, DC: U.S. Government Printing Office.

42 Differences between groups were tested by a multivariate analysis of variance and percentages shown are for illustrative purposes. The multivariate effect was significant, Pillai's trace=.31, $F$(10,1058)=19.0, $p<.001$. Univariate effects were considered at $p<.01$.

43 Differences between groups were tested by a series of analyses of variance (ANOVA) and percentages shown are for illustrative purposes. For both variables, the group differences were significantly different: general "talking about learning" – $F$(2,578)=28.7, $p<.001$; LGBT-related "talking about learning" - $F$(2,576)=6.3, $p<.01$ Post-hoc t-tests were considered at $p<.01$.

44 Casper, V., Schultz, S., & Wickens, E. (1992). Breaking the silences: Lesbian and gay parents and the schools. *Teachers College Record*, 94, 109137.

45 Differences between groups with a oneway analysis of variance (ANOVA) and percentages shown are for illustrative purposes. The group differences for "school personnel don't acknowledge" were significantly different: $F$(2,578)=3.7, $p<.05$. Post-hoc t-tests were considered at $p<.05$.

46 Differences between groups with a series of oneway analyses of variance (ANOVAs) and percentages shown are for illustrative purposes. The group differences for "school personnel don't acknowledge" were significantly different, $F(2,569)=6.7$, $p<.001$, and for "not fully participate," $F(2,572)=7.0$, $p<.001$. Post-hoc t-tests were considered at $p<.05$.

47 Differences between groups were tested by a multivariate analysis of variance and percentages shown are for illustrative purposes. The multivariate effect was significant, Pillai's trace=.05, $F(8,1068)=3.6$, $p<.001$. Univariate effects were considered at $p<.01$.

48 Differences between groups were tested by a multivariate analysis of variance and percentages shown are for illustrative purposes. For school level, the multivariate effect was significant, Pillai's trace=.15, $F(12,1038)=6.5$, $p<.001$. For school type, the multivariate effect was significant, Pillai's trace=.10, $F(12,1038)=4.7$, $p<.001$. Univariate effects were considered at $p<.01$.

49 Given that we were primarily interested in overall contact to/from school, we computed two overall contact variables taking the mean of the variables regarding the school contacting parents and the mean of the variables regarding parents contacting the school. To examine the relationship between frequency of contact to and from the school and feelings of exclusion (not being fully able to participate and feeling not fully acknowledged), we examined the Pearson correlations among the scale variables.

50 Contact From: Pearson $r=-.17$, $p<.001$. Contact To: Pearson $r=-.05$, NS. Percentages shown are for illustrative purposes. The two exclusion variables were each dummy coded into any occurrence ("Rarely," "Sometimes," "Often," and "Frequently") and no occurrence ("Never"). The contact variables were split at the means to create high/low contact.("contact from school": X= 1.60; "contact to school": X=1.70).

51 Contact From: Pearson $r=-.13$, $p<.001$. Contact To: Pearson $r=.02$, NS.

52 To examine the relationship between parents' feelings of exclusion and school involvement, a series of Chi-square tests were performed given the involvement variables were dichotomous. A more conservative significant level was used ($p<.01$) because of the number of tests required. The chi-square analysis was significant for: active in parent-teacher organization – $\chi^2=11.7$, $p<.001$, $df=1$, $\phi=.14$; volunteering at school – $\chi^2=20.9$, $p<.001$, $df=1$, $\phi=.19$; participation in other organizations – $\chi^2=8.2$, $p<.001$, $df=1$, $\phi=.12$.



## Students' Safety in School

### *Parental Concerns about Child Safety in School*

Although many parents, in general, worry about their child's safety in school with regard to bullying and harassment, LGBT parents may have further concerns about their child's safety in school because of societal attitudes toward LGBT people and LGBT parents specifically. For these reasons, we asked parents about their concerns for their child's safety in school, both general concerns as well as concerns that their child will have problems in school or be excluded from peers because of having LGBT parents. As shown in Table 22, more than two-thirds (66%) of parents reported that they had ever worried about their child's general safety in school, with over a quarter (29%) reporting that they worried at least some of the time. A higher percentage of parents worried that their child might have problems in school because of having an LGBT parent—over half of the parents (57%) reported this concern at least some of the time. Nearly half of the parents (48%) also reported that they worried at least sometimes about whether their child would have problems making friends or being excluded from peers because of having an LGBT parent (see also Table 22). Although elementary school parents, on average, worried less frequently about their child's safety in general, it was the high school parents who were least often concerned about their child experiencing LGBT-related harassment and being excluded from peers because of having LGBT parents than other parents (see Figure 9).[53] Overall, parents of children attending non-religious private schools least often were worried about their child's well-being at school.[54]

## Table 22. Parental Concerns about Their Child's Experiences in School: Safety, Bullying and Peer Relations

| | Never | Rarely | Sometimes | Often | Frequently |
|---|---|---|---|---|---|
| How often do you worry that your child is safe in school? | 34% | 37% | 22% | 5% | 2% |
| How often do you worry that your child will have problems in school because of having LGBT parents? | 13% | 30% | 41% | 12% | 4% |
| How often do you worry that your child will have problems making friends in school or being excluded from classmates because of having LGBT parents? | 20% | 32% | 35% | 10% | 3% |

LGBT parents may have greater concern about their child's welfare in school than parents in general. According to a Gallup Poll conducted around the same time as our parent survey (August 8–11, 2005), only about a fifth (21%) of parents with a child in K–12 school reported that they feared for their child's physical safety at school.[55] This national percentage is far lower than the two-thirds (66%) of LGBT parents who ever reported worrying about their child's safety in school and lower than the more conservative percentage of parents who reported worrying at least sometimes (29% reported "sometimes," "often" or "frequently").[56] It is important to note that the question from Gallup and that from GLSEN were slightly different—Gallup asked specifically about physical safety whereas we did not. Nevertheless, the finding may demonstrate that LGBT parents are highly concerned about their child's safety in school. It is possible that LGBT parents are simply more concerned parents and this heightened concern has nothing to do with their family form. However, given the high percentage of LGBT parents who are specifically concerned about their child having problems in school because of their family constellation, it is also possible that this heightened sense of concern regarding school safety is because these parents anticipate the child being a likelier target for bullying and harassment because of having LGBT parents.

**Figure 9. Parental Worries about Child Safety in School**

How often do you worry that your child is safe in school? [a]

How often do you worry that your child will have problems in school because of having LGBT parents? [b]

How often do you worry that your child will have problems making friends in school or being excluded from classmates because of having LGBT parents? [b]

[a] Elementary group significantly lower than other two groups. Public school group significantly higher than other two groups. [b] High school group significantly lower than other two groups. Private – Other group significantly lower than Public School group.

### *Students' Reports on General Safety in School*

In order to better understand the safety concerns of children from LGBT families, we asked students about their own feelings of safety in school, both general feelings of safety and safety based on specific personal characteristics, such as their family constellation, gender expression (i.e., how traditionally "masculine" or "feminine" they were), gender, and actual or perceived sexual orientation, race/ethnicity, disability and religion. Half (51%) of all students said they felt unsafe at school because of any of these characteristics, with family constellation and actual or perceived sexual orientation being the most commonly reported reasons for feeling unsafe. As shown in Figure 10, nearly a quarter (23%) felt unsafe at school because they had an LGBT parent, and a fifth (21%) felt unsafe because of their actual or perceived sexual orientation. Almost a fifth (16%) of the students in our study felt unsafe at school because of how they expressed their gender. Some students also reported feeling unsafe at school because of their gender (10%), or their actual or perceived religion (9%), race/ethnicity (6%) or a disability (3%).

Attending a school that does not provide a safe learning environment may lead to greater absenteeism among students who do not feel safe. Nearly a fifth of the students in this study said they had skipped a class at least one time (15%) or missed at least one day of school (17%) in the past month because they felt unsafe at school.

Compared to a national sample of the general student population, students with LGBT parents were much more likely to indicate that they were made to feel unsafe in school because of their actual or perceived sexual orientation (21% v. 6%), gender (10% v. 2%), how they expressed their gender (16% v. 8%), and their actual or perceived religion (10% v. 5%).[57] These differences may be indicative of experiences that are unique to youth with LGBT parents, experiences that their peers may not encounter when at school.

**Figure 10. Percentage of Students Who Felt Unsafe at School**

## Notes

53 Differences across elementary, middle and high schools were tested by a multivariate analysis of variance with the three worry-related dependent variables. Percentages shown are for illustrative purposes. The multivariate effect was significant, Pillai's trace=.06, $F(6,1150)=6.3$, $p<.001$. Univariate effects and post-hoc group comparisons were considered at $p<.01$.

54 Differences across school type were tested by a multivariate analysis of variance with the three worry-related dependent variables. Percentages shown are for illustrative purposes. The multivariate effect was significant, Pillai's trace=.07, $F(6,1152)=6.8$, $p<.001$. Univariate effects and post-hoc group comparisons were considered at $p<.01$.

55 Gallup (2007). Gallup's pulse of democracy: Education. Retrieved September 13, 2007, from http://www.galluppoll.com/content/default.aspx?ci=1612.

56 Chi-square goodness of fit test was used to compare the percentages of parents in the LGBT Family study with the percentages of parents from the national population on parental worry about child safety in school. The percentage of LGBT parents who ever worried about their child's safety in school was significantly higher than the percentage of the general population of parents who worried about their child's physical safety in school: $\chi^2=724.4$, $df=1$, $p<.001$. The percentage of LGBT parents who worried more often was also significantly higher than that of the general population: $\chi^2=21.0$, $df=1$, $p<.001$.

57 Harris Interactive, Inc. & GLSEN Study: 2005 Data File. New York: GLSEN. Chi-square nonparametric test was used to compare the percentages of students in the LGBT Family study who reported feeling unsafe with the percentages of students from the national population. Sexual orientation: $\chi^2=64.9$, $df=1$, $p<.001$. Gender: $\chi^2=55.3$, $df=1$, $p<.001$. Gender expression: $\chi^2=12.0$, $df=1$, $p<.01$. Religion: $\chi^2=5.4$, $df=1$, $p<.05$.

48

AR_283639



## Students' Negative School Experiences

Although there is a growing body of literature documenting safety issues, such as bullying and harassment, in U.S. schools, little is known about the school experiences of youth who have an LGBT parent or guardian. In order to better understand the school experiences of students from LGBT families, we asked students a range of questions about their safety and comfort at school, including their exposure to biased language and their experiences of bullying, harassment and other forms of mistreatment.

### *Biased Language at School*

Hearing biased language at school is an important indicator of the nature and quality of a school's environment for students. Thus, students were asked about the frequency of hearing homophobic, racist and sexist remarks at schools, hearing negative remarks about how people expressed their gender, and hearing negative remarks about LGBT parents and families.

**Biased Language from Students.** Figure 11 shows the frequency of the different types of biased language made by other students in school. Sexist remarks (e.g., hearing someone called a "bitch" in a derogatory way) and homophobic remarks were the most frequent types of biased language that students reported hearing at school. As shown in Figure 11, almost three-quarters (72%) of students reported hearing sexist remarks "often" or "frequently" at school." Although not usually considered as derogatory as terms such as "faggot" the expressions "that's so gay" and "you're so gay" are often used to refer to someone or something as "stupid" or worthless. Three-quarters of



**Figure 11. Frequency of Hearing Biased Remarks at School**

students in our survey indicated that they heard these expressions often or frequently in school. With regard to more blatantly derogatory homophobic remarks, almost two-thirds (64%) heard remarks such as "faggot" or "dyke" often or frequently. Many students also reported hearing negative remarks regarding gender expression at school, such as comments about a student not acting "masculine" or "feminine" enough—about a third heard these comments often or frequently. In addition, a sizable percentage of students reported hearing racist remarks (e.g., "nigger" or "spic") at school—about a third (34%) of students reported hearing such remarks often or frequently.

In addition to the frequency of this language in school, we also asked students about the pervasiveness of biased language use—how many students make these types of remarks in school.[58] Many students reported hearing sexist and homophobic remarks from "most" of their peers (43% and 32%, respectively). Smaller percentages of students heard negative remarks about gender expression (21%) and racist remarks (17%) from most of the students at their school.

Although homophobic remarks could add to a negative environment for students with LGBT parents in that it relates to their parent or parents, it is possible that members of the school community make negative remarks specifically about having lesbian or gay parents. For this reason, we asked students how often they heard these types of remarks in school. Although these types of remarks were less common than other types of biased remarks, 18% of students had heard negative remarks about having an LGBT parent often or

frequently while at school (see Figure 12). With regard to the prevalence of these comments among the student body, about a tenth of students (11%) reported that they heard these types of comments from most of the students in their school.

In order to examine whether the school experiences of students with LGBT parents were similar to the experiences of the general population of secondary school students, we compared results from this sample to findings from a recent study that examined the experiences of the general student with issues related to school climate.[59] There were some important differences between the general student population and students from LGBT families with regard to their reports about biased language in school. Students from LGBT families were more likely to report that they frequently heard homophobic (64% v. 52%), sexist (72% v. 51%), and racist remarks (34% v. 26%) at school.[60] These differences may, in part, be due to the differences in sample demographics. For example, there were higher percentages of female students in the sample of students with LGBT parents than in the sample from the general population, and female students may be more likely to be aware of sexist language use in their schools.

**Biased Language from School Staff.** Any degree of biased or derogatory language from school staff should be considered unacceptable and not tolerated in our schools. Hearing biased language from teachers or other school authority figures may send a message to students that such language use is to be tolerated and possibly acceptable. Unfortunately, many students said they heard teachers or other school personnel use sexist, homophobic, and racist language at school, as shown in Figure 13.

Similar to students' reports regarding biased language from students, sexist remarks were the most frequently heard type of biased language—about half (49%) of students reported hearing school staff make sexist remarks. More than a third (39%) reported that school staff made homophobic remarks at school, and more than a quarter said they heard staff make negative comments about gender expression (30%), LGBT families (28%) and racist remarks (26%) in school.

**Intervention by School Staff with Biased Language.** While hearing biased remarks was a common occurrence in students' schools, according to students' reports intervention by school staff when such language was used in their presence was not. Only 59% of students reported that a teacher or other school staff frequently ("most of the time" or "always") intervened when hearing racist remarks, and less than half (42%) said staff frequently intervened when sexist remarks were made in their presence (see Figure 14). School staff were much less likely to intervene when hearing negative remarks about LGBT parents, homophobic remarks and negative remarks about gender expression. Only 38% of students reported that staff frequently intervened when hearing remarks about LGBT parents, less than a

**Figure 12. "How often have you heard negative remarks about your family having an LGBT parent or parents?"**

third (28%) of students said that school staff frequently intervened when hearing homophobic remarks, and less than a quarter (22%) indicated frequent staff intervention when remarks related to gender expression were made. Although students with LGBT families were more likely than the general population of secondary school students to report hearing racist remarks in school, they were also more likely report that school staff frequently intervened when racist remarks were made in their presence (59% v. 37%).[61]

### *Students' Experiences of Harassment and Assault*

In addition to their overall feelings of safety at school, students were asked about their experiences of serious types of harassment at school. Although most students did not report experiencing difficulties at school, some experienced verbal harassment (e.g., called names or threatened), physical harassment (e.g., shoved or pushed) and assault (e.g., punched, kicked or injured with a weapon). In fact, for sizable percentages of students, family constellation, actual or perceived sexual orientation, and gender expression resulted in them being targeted for harassment and other mistreatment at school.

**Students' Experiences of Verbal Harassment.** As noted above, students often heard homophobic remarks and other kinds of biased language in school, and a substantial percentage of students heard negative remarks about having an LGBT parent—remarks that may or may not have been directed specifically at them. In addition to the frequency of hearing negative remarks in their school about LGBT parents, we also asked students about any incidents of verbal harassment they may have experienced, incidents in which behaviors such as name-calling or verbal threats were directed at them personally because they had an LGBT parent. As shown in Figure 15, 42% of students said they had been verbally harassed at school in the past year because their parents were LGBT. In addition to family constellation, students were asked about the frequency of experiencing verbal harassment based on other characteristics. Over a third (37%) of students reported that they had been verbally harassed because of their actual or perceived sexual orientation and nearly a third had experienced verbal harassment because of their gender (30%) or the way in which they expressed their gender (33%). Fewer students reported that they had experienced verbal harassment based on their actual or perceived race/ethnicity (26%), a disability (18%) or religion (21%).

In addition to experiencing harassment based on having LGBT parents, some students from LGBT families may also experience difficulties at school in terms of their peers' assumptions or perceptions about their own sexual orientation. Specifically, some students may experience harassment in school because their peers believe that they are lesbian, gay or bisexual simply because they have an LGBT parent, regardless of their actual sexual orientation. As shown in Figure 16, more than a third of students in our study reported being



**Figure 13. Percentage of Students Who Heard Biased Remarks From School Staff**

**Figure 14. Frequency of Intervention by School Staff When Hearing Biased Language in School**

verbally harassed in the past year because of their actual or perceived sexual orientation. A fifth (21%) of all students had been verbally harassed at school both because of their family constellation and because of their actual or perceived sexual orientation.

Being the target of frequent harassment can severely affect a student's access to her or his education. As shown in Figures 17a and 17b, students who reported high levels of harassment were much more likely to report that they missed classes or entire days of school because of feeling unsafe. For example, compared to students who were never or rarely harassed at school, students who experienced high levels of harassment because of having LGBT parents were more than three times as likely to miss classes (34% vs. 10%) and four times as likely to miss entire days of school (44% vs. 11%) because they feared for their safety.[62]

**Figure 15. Frequency of Verbal Harassment in the Past Year**

**Figure 16. Percentage of Students Experiencing Verbal Harassment Based on Family Constellation and/or Own Sexual Orientation**

**Figure 17a. Relationship Between Severity of In-School Harassment and Missing Classes**
(all differences statistically significant, $p<.05$)

**Figure 17b. Relationship Between Severity of In-School Harassment and Missing Days of School**
(all differences statistically significant, $p<.05$)

**Students' Experiences of Physical Harassment and Assault.** For some students, experiences of victimization did not end with verbal offenses but escalated to physical harassment (e.g., being shoved or pushed) and assault (e.g., being punched or injured with a weapon). Although these events were not as common as verbal harassment, they were not uncommon.[63] As shown in Figure 18, about a tenth of students had been physically harassed or assaulted in the past year because they had LGBT parents (12%), because of their actual or perceived sexual orientation (11%) or because of their gender (11%) or gender expression (13%).

As with verbal harassment, students with LGBT parents may experience physical forms of harassment or assault because of having LGBT parents or because they themselves are LGBT or others assume that they are LGBT. As shown in Figure 19, nearly a fifth of students had reported either type of LGBT-related physical harassment or assault and 5% reported both.

**Figure 18. Percentage of Students Physically Harassed or Assaulted in the Past Year**

**Figure 19. Percentage of Students Experiencing Physical Harassment or Assault Based on Family Constellation and/or Own Sexual Orientation**

### *Students' Experiences of Other Types of Harassment and Mistreatment by Their Peers*

Students may also experience victimization events in school that are not clearly related to a personal characteristic. Unlike the previously discussed frequencies of verbal harassment and physical harassment and assault, students were not asked whether these types of harassment were specifically related to a personal characteristic. For example, a student may be the target of mean rumors or lies because of their sexual orientation or race or for no apparent reason. Thus, we asked students about other types of harassment they may have experienced at school, such as being sexually harassed or having their property deliberately damaged.

As Figure 20 illustrates, 40% of students had experienced sexual harassment (e.g., receiving sexual remarks or someone touching their body inappropriately) at school, and 43% had their property stolen or deliberately damaged at school in the past school year. Relational aggression—harm caused by damage to peer relationships—is a common type of harassment occurring in schools. The students in our survey were asked how often they had experienced one of the most common forms of relational aggression—the spreading of mean rumors or lies about a peer. Students were asked two questions with regard to rumors and lies: the first asked how often they had rumor/lies spread about them in general (or for no specific reason),

**Figure 20. Frequency of Other Types of Harassment in the Past Year**

AR_283648

and the second asked how often they had rumor/lies spread about them specifically because they had an LGBT parent. Three-quarters (76%) had rumors or lies spread about them in general in the past year, and 22% said this had occurred often or frequently. Many students (42%) reporting having rumors or lies spread about them in school specifically because they had an LGBT parent (12% reporting often or frequently).

Students with LGBT parents may be subjected to other forms of mistreatment in school, mistreatment which they may not describe as being harassment or assault. In order to better understand the unique experiences of students with LGBT parents, they were asked how often they had experienced other kinds of mistreatment or received negative comments from their peers specifically because they had an LGBT parent. In addition, students were asked about other negative experiences they may have experienced, such as being excluded from classroom activities, because of their family structure. More than a third (40%) of the students had experienced mistreatment by other students at school specifically because they had an LGBT parent, and almost half (47%) had received negative comments from their peers for this reason (see Figure 20).

### *Demographic Differences in Students' School Experiences of Victimization*

GLSEN's mission is to make all schools safe for all students. Whereas many students with LGBT parents experience harassment in school based on their family constellation or their actual or perceived sexual orientation, many experience further harassment based on other personal characteristics, such as race/ethnicity or gender. Thus, we examined whether there were differences in the experience of school climate based on sexual orientation, race/ethnicity and gender in order to understand more fully the experiences of students with LGBT parents.

**Comparisons by Sexual Orientation.** Students who identified as lesbian, gay or bisexual (LGB) were much more likely to report feeling unsafe at school because of their sexual orientation (57% vs. 13%) and gender expression (39% vs. 11%) than non-LGB students.[65] In addition, LGB students experienced higher levels of victimization at school than their peers (see Figures 21 and 22). For example, LGB students were more than four times as likely to have experienced verbal harassment based on their sexual orientation (81% vs. 18%) and more than twice as likely to have been verbally harassed based on their gender (47% vs. 21%).[66] LGB students were also more likely to have experienced physical harassment and assault based on their sexual orientation, gender and gender expression than students who were not LGB.[67] Even though LGB students experienced more harassment, it is important to note that about one in ten non-LGB students reported having been harassed because other students perceived them to be lesbian, gay or bisexual. This finding demonstrates that heterosexual students may experience harassment



**Figure 21. Experiences of Verbal Harassment by Sexual Orientation**

**Figure 22. Experiences of Physical Harassment and Assault by Sexual Orientation**

because other students believe that they are LGB simply because their parents are LGBT.

Although one might expect there to be differences between LGB and heterosexual students in their experiences of harassment based on sexual orientation, it is interesting to note that the only other significant differences in victimization were those related to gender and gender expression. Although LGB students were in the minority in the sample, differences in gender-based victimization may be a result of the greater number of LGB female students in our study. Our sample of students in this study was predominately female; the female students in the sample were more likely to identify as LGB than male students in the sample, and female students historically report more in-school victimization based on gender than male students. Nevertheless, these findings may also speak to the relationship between sexual orientation and gender and to the ways in which homophobia and bias about

"gender-appropriate" behavior and appearance intersect. Previous research has demonstrated how sexual orientation, gender and gender expression are inextricably linked, particularly for LGBT students: students who are LGBT often experience higher levels of victimization based on sexual orientation, gender and gender expression than non-LGBT students, and students who have a non-normative gender expression are often targets for harassment as they are perceived to be lesbian or gay.[68]

**Comparisons by Gender.** There were some significant differences by gender in reported experiences of safety and harassment.[69] None of the male students in the study reported feeling unsafe because of their gender compared to more than a tenth of female students (14%).[70] In addition, whereas about a fifth of male students reported that they had been verbally harassed in school based on gender, 35% of female students had experienced this form of harassment (see Figure 23).[71] Female students were almost twice as likely to have been sexually harassed at school compared to male students (47% vs. 25%), and were also more likely to have experienced relational aggression (81% vs. 64%).[72] Male students were more likely, however, to report experiencing harassment that was physical in nature: 20% had been physically harassed or assaulted at school because they had an LGBT parent, compared to 8% of female students.[73]

**Comparisons Between Students of Color and White Students.** We also found significant differences in the experiences of students of color versus white students in our study, with regard to negative experiences related to their race or ethnicity.[74] As shown in Figure 24, students of color in our study were more likely to report feeling unsafe at school because of their race or ethnicity than white students (12% vs. 3%).[75] Students of color were also more likely to report that they experienced harassment and assault at school based on their race or ethnicity. Almost half (43%) of the students of color had experienced racially or ethnically motivated verbal harassment at school, compared to 18% of their white peers.[76] Sixteen percent of students of color reported being physically harassed or assaulted at school because of their race/ethnicity, versus only 2% of white students (see also Figure 24).[77]

**Comparisons by School Type and Level.** We were also interested in whether students' experiences varied by the type (public, private-religious, private-other) and level (middle or high school) of school they attended, and found some differences in terms of students' being discouraged by school staff from talking about their family or LGBT parent in school. Students who were in religious-affiliated private schools were almost twice as likely as students in public schools to have been discouraged by school staff (43% vs. 23%), and seven times as likely as students in non-religious private schools (43% vs. 6%).[78] High school students were twice as likely as middle school students to say that school staff had discouraged them from talking about their parents or family in school (27% vs. 13%).[79]

**Figure 23. Experiences of Harassment by Gender: Male vs. Female Students**

Percentage of Students Who Were Harassed at School

100%
80%
60%
40%
20%
0%

Male Students
Female Students

18%
35%
20%
8%
25%
47%
64%
81%

Verbal Harassment re: Gender
Physical Harassment/Assault re: LGBT Parents
Sexual Harassment
Relational Aggression: Rumors/Lies

**Figure 24. Experiences of Safety and Harassment Based on Race/Ethnicity: Students of Color vs. White Students**

### *Comparisons with General Population of Secondary School Students*

Given that this study was focused solely on the experiences of LGBT families, it does not provide any relative comparison with the experiences of students in general. The experiences of students from LGBT families may differ from the experiences of other students. For example, students with LGBT parents may experience unique forms of harassment not experienced by other students, such as being verbally harassed because they are from an LGBT family. Furthermore, because they may already experience victimization based on their family composition, students with LGBT parents may also be more likely to experience forms of harassment that more commonly occur in schools, such as harassment based on actual or perceived sexual orientation. For this reason, we compared the experiences of students with LGBT parents in this study with those of a national sample of secondary school students.[80] Specifically, we examined differences in experiences of verbal harassment, which were the most common forms of harassment, as well as sexual harassment, relational aggression (i.e., target of mean rumors or lies) and personal property damage in school.

Figure 25 shows significant differences between the two samples on harassment. Students with LGBT parents were somewhat more likely than the general population of secondary school students to report that they had experienced verbal harassment in school because of their actual or perceived sexual orientation, gender, and an actual or perceived disability. Furthermore, students in the current study were more likely to have been sexually harassed in school (40% v. 25%) and more likely to have been the target of mean rumors or lies (75% v. 50%).[81]

We also examined differences in the frequency of skipping classes or missing days of school because of feeling unsafe and found that some students with LGBT parents may have more limited access to their education than students in general. Students in the current study were more than twice as likely to have skipped a class in the past year because of feeling unsafe (15% v. 6%) and to have missed at least one entire day of school also because of feeling unsafe (17% v. 5%).[82]

### *Mistreatment by Adult Members of the School Community*

Mistreatment did not always come from other students but also from adult members of the school community. Students were asked whether they had experienced mistreatment or had received negative comments from members of the school community, including teachers, the principal, other school staff and the parents of other students. As shown in Figure 26, students most commonly reported that they had negative interactions with parents of other students in their school: nearly a quarter of students had been mistreated by or



**Figure 25. Comparisons of Students' Experiences of Verbal Harassment: Students with LGBT Parents vs. National Sample of Students**

**Figure 26. Other Negative Events in School Experienced by Students with LGBT Parents**

received negative comments from the parents of other students because they had an LGBT parent (23% for both). About a tenth of the students also reported mistreatment or negative comments from a teacher (11% and 15%, respectively) and nearly a tenth reported such behaviors from other school staff.

What is particularly disturbing is the fact that so many students reported being mistreated by teachers and other staff at their school. Such actions, of course, may have direct, detrimental effects for the student with LGBT parents. Furthermore, any adult in the school community who mistreats a student because he or she has an LGBT parents, whether it is a teacher or another school staff person, may be sending a message to other students that there is something wrong with having an LGBT parent and that mistreating people who come from an LGBT family is acceptable. This message may influence how students react to and treat their peers who have an LGBT parent. There were, in fact, significant differences in relation to the behavior of school staff toward students with LGBT parents, and the behavior of other students. As shown in Figure 27, all of the students who had been mistreated by teachers or by other school staff because they had an LGBT parent also reported being mistreated by their peers (versus only a third of students who had not been mistreated by school staff).[83] Furthermore, students who reported that they heard negative remarks about having an LGBT parent from staff at their school were much more likely to have heard these remarks from other students (see Figure 28).[84] These findings speak to the impact that the actions of teachers and other school personnel have on young people and to the importance of educating staff as well as students about family diversity and the importance of demonstrating respect for all types of families.

### *Students' Experiences of Exclusion and Discrimination in School*

In our discussion of the parent-school relationship, we illustrated that many parents in the survey felt excluded from the school community or felt that they were not able to participate fully in school activities because of being LGBT. For the children of LGBT parents, exclusion from classroom activities, whether direct or indirect, may be yet another form of mistreatment in school and another indicator of a negative school climate. Thus, we asked students several questions in order to document how often they may have experienced feeling excluded from their school community specifically because they had an LGBT parent. When asked how often they had ever felt like they could not fully participate at school, 30% of students said that this occurred. Furthermore, about a fifth (22%) of students said that a teacher, principal or other school staff person had discouraged them from talking about their family at school, and more than a third (36%) had felt that school personnel did not acknowledge their LGBT family (e.g., not permitting one parent to sign a student's form because s/he was not the legal parent/guardian).



**Figure 27. Mistreatment by Peers in Relation to Mistreatment by School Staff**

**Figure 28. Negative Remarks from Peers in Relation to Negative Remarks from Teachers and Other School Staff**

A fifth (20%) of students reported feeling excluded from school or classroom activities in the past school year specifically because they had LGBT parents. Students who said they had felt excluded were asked to describe a recent experience. There were three major themes across these students' experiences: 1) feeling excluded because they received negative responses about having LGBT parents, 2) feeling excluded because they were discouraged by school staff from being open about their parents or family, and 3) feeling excluded because LGBT families were not included in school activities.

**Negative Responses to LGBT Families.** Many students described situations where they felt excluded because they did not feel they could talk openly about their family at school without there being negative repercussions. Several students commented that they did not want their peers to know that they had an LGBT parent, often for fear of being harassed or receiving negative comments from other students. For example, a 7th grade student did not discuss her family at school because she was "afraid of getting made fun of for having 2 moms and not a 'normal' family." During a classroom discussion about families, a 9th grader described how he talked about "generic things" rather than share real details about his family. A student in the 8th grade described how other students reactions to discussion about LGBT people caused her to avoid mentioning her own family:

> *When people and our teacher talk about LGBT people in class and everyone laughs because they think it's gross or something I feel uncomfortable because I'm the only one not laughing. It's like there [they're] making fun of me in a way.*

Some students avoided talking about their parents in school because they had already experienced negative responses. For example, a student in the 10th grade described how he was "verbally attacked at a school dance because his Mom is Gay" and the event became physically violent when both students "started punching each other." An 11th grade student described the following experience:

> *In speech class we were told to tell a speech about the person who has influenced us the most. I wanted to talk about my mother, who is a lesbian. Students made comments on how a "sinner" couldn't be a good influence.*

**Discouraged from Being Open About Family by Faculty/School Staff.** Several students described feeling excluded because teachers or other school staff discouraged them from talking about their family at school or from including their parents in school events:

> *In Spanish [class], we were doing a project that involved describing our home and introducing our family. I talked to my teacher and explained my situation, and she said it would be better for me to say i had a single mother and not mention her partner at all. It made me mad, so I made a point of including my other mom, and I ended up failing the project. (11th grader)*

> *We had a dance team banquet and we were supposed to have*

> *our parents come, but our directors said it would be better if i only brought one of my moms so i would not cause a disruption. (9th grader)*

> *They said I couldn't put a picture of my parents kissing on a picture collage even though other children could. (9th grader)*

> *I was doing a family tree and got told to put my step mom down as an aunt… (8th grader)*

**School Activities Not Inclusive of LGBT Families.** Many students described situations where they felt excluded from classroom activities, particularly activities that involved discussion of families, because there were no representations of LGBT families or the activity was based on the assumption that students' came from "traditional" families with two heterosexual parents. For example, an 8th grade student described the following experience about completing a class assignment:

> *I was told on the worksheet to list my extended family. There [were] options of what to put about divorced families and etc., but nothing about lesbian parents. I felt excluded and bad so I didn't complete the assignment.*

Another 8th grade student described how her "teacher insisted I put my birth mother and birth father" on her family tree. A student in the 12th grade explained a recent incident as follows:

> *My biology class discussed genetics and my class assignment was to go home and record the hair color, eye color and other physical attributes of my MOTHER AND FATHER, when I returned my information with the data from my two mothers, my teacher told me I had done the assignment wrong and told me to go home and ask my mother about my father's attributes, as all students have a mother and father, and my mother must at least know the color of my father's eyes and hair.*

In addition to classroom assignments, students described other types of experiences at school where their family structure was not acknowledged. For example, an 11th grader was not permitted to go home sick from school with his "other dad" unless the school had permission from his "first dad." A 12th grade student described difficulties in filling out parental information on college application forms:

> *College applications have a space for parent/guardian information, however, there is only space for two parents, under the titles: MOTHER and FATHER. This upset me not only because I have three "parents" but also because I am aware of many GLBTQ families who would not be able to fill out a form that is so rigid in its definition of parents.*

Although most students in our survey did not report experiencing overt acts of exclusion or discrimination, many described situations in which they were kept from fully participating in school activities or events because they had LGBT parents (e.g., not having the option to

include both parents on a family tree; being told that they should not go out for sports because they had gay parents). Furthermore, some students described being subjected to biased remarks about LGBT parents (from teachers as well as students), and experiencing incidents of name-calling and harassment at school based on their family constellation.

### *Other Negative Events Experienced at School*

About a quarter (24%) of students in our study said that in the past year they had experienced other negative events at school specifically because they had LGBT parents. These students were asked to describe a recent event and among those who provided a description, most described experiences in which they were harassed at school. For example, a student in the 10th grade wrote that he frequently heard derogatory remarks about his family in the school hallways. Several other students described incidents of homophobic name-calling and verbal harassment at school, incidents in which the students themselves were often the target:

> *People saying that I was a lesbian just because my moms were. (8th grader)*
>
> *They called my dad a fag once [and] this kid called me a fag because of my dads. (7th grader)*
>
> *When some people found out that my dad was gay they said "Oh, that explains why [name of respondent] acts like fag." (8th grader)*
>
> *Called "devil's daughter" "Lesbo." Someone said "At least my mom's not gay" + " I'd kill myself if my mom was gay." (8th grader)*

One 8th grade student commented that another student spread lies about her parent at school: "A girl at school told a lie that my mom was making out with another woman behind the bleacher at a school event."

Interestingly, some students described how some people at school questioned their athletic abilities based on the fact that they had LGBT parents. For example, a 10th grade student who had two gay fathers described how "some teachers do not think I should do sports because I have gay parents." A 12th grader reported:

> *I play basketball and softball and when my moms come to see me some of my peers insist on making fun of me and ask how I got into sports with no dad in the house...*

## *Reporting Incidents of Harassment and Assault*

Previous research on secondary school students has shown that students often do not report harassment to school officials or even their parents and the results from the current survey on students with LGBT parents were no exception.[85] Students who had experienced harassment and/or assault at school were asked how often they reported these events to school authorities. As shown in Figure 29, less than half (48%) of students who had experienced verbal or physical harassment or physical assault at school in the past year said that they ever reported the incident to a teacher, principal or other school staff. Students were much more likely to report incidents to their own parent or guardian than to school staff or other family members—two-thirds (66%) indicated that they had told their parent or guardian about incidents of victimization. In addition, 43% of students said that they had reported incidents to a family member other than a parent or guardian.[86]

Having a parent who is LGBT may make it easier for students to discuss problems with harassment in school, particularly for LGBT students. Compared to available data on the experiences of LGBT students, students in our study who were LGBT were much likelier to report incidents of harassment or assault to their parents.[87] About two-thirds (67%) of LGBT students with LGBT parents said they had ever reported harassment to a parent or guardian, with more than a quarter (29%) doing so always. Less than half (41%) of the LGBT students in GLSEN's 2005 National School Climate Survey ever reported harassment to a parent or guardian and only 8% reported doing so always. Unfortunately, we do not have comparable data for non-LGBT students so we cannot determine whether all students with LGBT parents are more likely to report harassment to their parents.

Parents were also asked about their level of awareness of their child's experiences in school with regard to harassment. In particular, parents were asked how often their child had told them about being harassed, bullied or having problems with other students at school, in general, and because of having an LGBT parent, specifically. As shown in Figure 30, over half (58%) of parents reported that their child had ever told them about being harassed in school for any reason, with nearly a quarter reporting at least some of the time ("Sometimes," "Often," or "Frequently"). A smaller percentage of parents disclosed that their child had told them about being bullied or harassed because of having an LGBT parent—28% of parents reporting any occurrence and 11% reporting at least sometimes. In general, parents of middle school students were more likely to report that their child told them about being harassed or bullied in school (see Figure 31). Parents of children in elementary school were less likely than other parents to report their child had been harassed or bullied because of having LGBT parents than secondary school parents.[88]



**Figure 29. Frequency of Reporting Incidents of Harassment and Assault**

**Figure 30. Parental Reports on Frequency of Harassment Child Has Experienced in School: General and Specific to Being From an LGBT Family**

**Figure 31. Parental Reports on Frequency of Harassment Child Has Experienced in School: General and Specific to Being From an LGBT Family**

### *Parental Intervention with School Personnel Regarding Harassment*

Students who had reported harassment to their parents or other family members were asked whether the adults had intervened on their behalf with school personnel. More than half (57%) of students who reported incidents to their parent/guardian said that their parent/guardian then talked with school staff, and a quarter of those who reported incidents to other family members said that they addressed the matter with school personnel.

Parents who had been told by their child that she or he had been harassed or bullied in school were also asked whether they had addressed the matter with school personnel. Not surprisingly, the frequency with which parents' intervened with school staff was related to the frequency with which their child reported harassment in school. Figure 32 illustrates that a higher frequency of reported harassment was related to a higher frequency of intervention—whereas about half (47%) of parents whose child reported harassment rarely intervened with school personnel frequently or often, three-quarters (75%) of parents whose child reported harassment intervened frequently or often.[89] Given that we did not ask parents specific information about the nature of the harassment that their child reported to them, we cannot make any determinations about how LGBT parents decided to intervene or not intervene. Future research would be needed to understand parents' decision-making about when and how often they decide to speak to school staff about their child's harassment in school.

Parents were also asked how effective they believed the intervention to be and how receptive school personnel were. As shown in Figure 33, over half (52%) of these parents had addressed their child's being harassed frequently or often. When asked how effective their intervention with school personnel was, the majority of parents (77%) reported that it was very or somewhat effective (see Figure 34). The vast majority of parents also reported that the school personnel were receptive to them, with nearly two-thirds (64%) reporting that they were very receptive (see Figure 35).

Parent's level of intervention, their perceptions of the effectiveness of the intervention and of staff's receptiveness to them varied significantly by school level (see Figure 36).[90] Parents of high school students were less likely to intervene than parents of elementary or middle school students. High school parents were also less likely to think their intervention was effective than elementary school parents. Although the majority of parents at all school levels found the school personnel to be receptive when they had intervened regarding their child's harassment in school, elementary school parents found them to be more receptive than other parents.

As with LGBT students, the problem still remains for students with LGBT parents that they do not report harassment to school

authorities and often do not think school personnel will effectively address the problem. Fortunately, most of the students with LGBT parents had told their parent or guardian when victimized in school and most also reported that the parent or guardian addressed the matter with the school. The reports from the LGBT parents in this study were consistent. The percentage of parents who reported being aware of their child being harassed was similar to the percentage of students reporting harassment. Furthermore, most parents in the study reported that they had addressed the harassment with the school. Thus, in contrast to other populations of students such as LGBT students, it appears that students with LGBT parents may have more supports in that they may feel they can talk to their parents about negative experiences in school, particularly if these experiences are related to their family or perhaps even to their own sexual orientation or gender identity/expression.

**Figure 32. Relationship Between Parents Addressing Child Harassment with School Personnel and Frequency of Reported Harassment**

**Figure 33. Parents' Reports on the Frequency of Addressing Bullying and Harassment with School Personnel**

**Figure 34. Parents' Reports of the Effectiveness of Addressing Bullying and Harassment with School Personnel**

**Figure 35. Parents' Reports of the Receptiveness of School Personnel to Parents' Addressing Bullying and Harassment**

**Figure 36. Parental Intervention Regarding Child's Harassment in School by School Level: Frequency of Intervention, Effectiveness and Receptiveness of Staff**

## Notes

58 Respondents were asked if they heard biased remarks from "a few of the students," "some of the students" or "most of the students" at their school.

59 Harris Interactive & GLSEN (2005). *From teasing to torment: School climate in America, a survey of students and teachers.* New York: GLSEN.

60 Chi-square nonparametric test was used to compare the percentages of students in the LGBT Family study who heard biased language "often" or "frequently" with the percentages of students who heard biased language "often" or "very often" from the national population. Homophobic remarks: $\chi^2$=10.3, *df*=1, *p*<.01. Sexist remarks: $\chi^2$=27.4, *df*=1, *p*<.001. Racist remarks: $\chi^2$=4.3, *df*=1, *p*<.05.

61 Chi-square nonparametric test was used to compare the percentages of students in the LGBT family study who said that school staff intervened "most of the time" or "always" when hearing racist remarks with students who said that school staff intervened "often" or "very often" from the national population: $\chi^2$=19.6, *df*=1, *p*<.001.

62 Differences between groups were tested by a multivariate analysis of variance and percentages shown are for illustrative purposes. The variables for missing classes and missing days of schools were dummy-coded into new variables representing no occurrence/any occurrence of the event and were treated as dependent variables. The multivariate effect was significant for both independent variables: missing classes, Pillai's trace=.20, *F*(7,144)=5.1, *p*<.001; missing days of school, Pillai's trace=.17, *F*(7,144)=4.3, *p*<.001. Univariate effects were considered at *p*<.01.

63 The variables for physical harassment and physical assault were combined into new variables and dummy-coded to represent no occurrence/any occurrence of the event. Given the low incidence of physical harassment and assault, Figure 18 represents only whether students ever experienced the particular event, i.e., those who reported "rarely," "sometimes," "often" or "frequently."

64 Given that this research question was examining harassment based on sexual orientation, we use "LGB" and not "LGBT" in this instance.

65 Chi-square tests were performed: Unsafe because of sexual orientation: $\chi^2$=26.0, *df*=1, *p*<.001, $\phi$=.42; unsafe because of gender expression: $\chi^2$=13.7, *df*=1, *p*<.001, $\phi$=.30.

66 Differences between groups were tested by multivariate analysis of variance. Percentages shown are for illustrative purposes. For verbal harassment, the multivariate effect was significant: Pillai's trace=.35, *F*(7, 114)=8.8, *p*<.001. The univariate effects were significant at *p*<.05.

67 The variables for physical harassment and physical assault were combined into new variables and dummy-coded to represent no occurrence/any occurrence of the event. Chi-square tests were performed. Physical harassment/assault based on sexual orientation: $\chi^2$=7.2, *df*=1, *p*<.05, $\phi$=.22. Physical harassment/assault based on gender: $\chi^2$=11.3, *df*=1, *p*<.01, $\phi$=.28. Physical harassment/assault based on gender expression: $\chi^2$=11.5, *df*=1, *p*<.01, $\phi$=.28

68 D'Augelli, A.R., Grossman, A. H., & Starks, M. T. (2006) Childhood gender atypicality, victimization, and PTSD among lesbian, gay, and bisexual youth. *Journal of Interpersonal Violence*, 21, 1462–1482.

Bochenek, M. & Brown, A. W. (2001). *Hatred in the hallways: Violence and discrimination against lesbian, gay, bisexual, and transgender students in U.S. schools.* New York: Human Rights Watch.

Harris Interactive & GLSEN (2005). *From teasing to torment: School climate in America.* New York: GLSEN.

Fineran, S. (2001). Sexual minority students and peer sexual harassment in high school. *Journal of School Social Work*, 11, 50–69.

Kosciw, J. & Diaz, E. (2006). *The 2005 National School Climate Survey: The school-related experiences of lesbian, gay, bisexual and transgender students in our nation's schools.* New York: GLSEN.

69 Due to the low number of respondents who identified as transgender (n=3), this analysis compares female- and male-identified respondents only.

70 Chi-square test was performed: $\chi^2$=6.7, *df*=1, *p*<.01, $\phi$=-.22.

71 Differences were examined using independent samples t-tests and percentages are for illustrative purposes. The t-statistic was significant: t= -4.1, *df*=130.3, *p*<.001.

72 Differences were examined using independent samples t-tests and percentages are for illustrative purposes. The t-statistic was significant for both sexual harassment (t= -3.447, *df*=123.8, *p*=.001) and relational aggression (t= -2.4, *df*=139, *p*<.05).

73 Chi-square test was performed: $\chi^2$=3.8, *df*=1, *p*=.05, $\phi$=.17.

74 "Students of color" were respondents who identified as African American, Latino or Hispanic, Asian or Pacific Islander, Native American, or multiracial. It does not represent a monolithic group and we recognize that there may be significant differences in the experiences of youth who are categorized as "students of color." Due to the small size of the overall sample and the relatively small number of respondents who were students of color, we were unable to examine differences between or within the different racial/ethnic groups of respondents (e.g., the experiences of African American youth compared to white youth, or differences by gender within a racial/ethnic group).

75 Chi-square test was performed: $\chi^2$=4.3, *df*=1, *p*<.05, $\phi$=.17.

76 Percentages are for illustrative purposes. Differences between groups were tested by a multivariate analysis of variance, using all the variables for verbal harassment. The multivariate effect was marginally significant, Pillai's trace=.09, *F*(7,136)=2.0, *p*=.05. Verbal harassment based on race/ethnicity: Univariate effects were significant (*p*=.001). Additional analysis was conducted using an independent t-test and the t-statistic was significant: t= 2.9, *df*=71.4, *p*<.01.

77 Chi-square test was performed: $\chi^2$=9.6, *df*=1, *p*<.05, $\phi$=.26.

78 Percentages shown are for illustrative purposes. Group differences were examined using one-way analyses of variance. There were significant mean differences: $F(2, 148)= 3.3$, $p<.05$. Post hoc t-tests were significant at $p<.05$.

79 Percentages shown are for illustrative purposes. Differences were examined using independent samples t-test. The t-statistic was significant: $t= 2.6$, $df=144.8$, $p=.01$.

80 Harris Interactive, Inc. & GLSEN Study: 2005 Data File. New York: GLSEN.

81 Differences between samples were tested by a multivariate analysis of covariance and percentages shown are for illustrative purposes. Because of the larger percentage of students identifying as LGB in the family study, LGB status was used as a covariate. The multivariate effect was significant: Pillai's trace=.01, $F(9,3434)=4.9$, $p<.001$. Because of the large sample size in the Harris Interactive and GLSEN study, univariate effects were considered at $p<.01$.

82 The percentages given are for illustrative purposes. Differences between samples were tested by a multivariate analysis of covariance controlling for LGB status. The multivariate effect was significant: Pillai's trace=.01, $F(2,3501)=19.4$, $p<.001$. Univariate effects were considered at $p<.01$ and were significant for both dependent variables.

83 Mistreatment by teachers and mistreatment by students; $\chi^2=25.6$, $df=1$, $p<.001$, $\phi=.43$. Pearson correlation for original interval level variables: $r=.58$, $p<.001$. Mistreatment by other school staff and mistreatment by students: $\chi^2=21.4$, $df=1$, $p<.001$, $\phi=.37$. Pearson correlation for original interval level variables: $r=.53$, $p=<.001$.

84 Negative remarks from teachers and negative remarks from students: $\chi^2=20.8$, $df=1$, $p<.001$, $\phi=.37$. Pearson correlation for original interval level variables: $r=.42$, $p<.001$. Negative remarks from other school staff and negative remarks from students: $\chi^2=13.7$, $df=1$, $p<.001$, $\phi=.30$. Pearson correlation for original interval level variables: $r=.42$, $p<.001$.

85 Harris Interactive & GLSEN (2005). *From teasing to torment: School climate in America.* New York: GLSEN.

Kosciw, J. & Diaz, E. (2006). *The 2005 National School Climate Survey: The school-related experiences of lesbian, gay, bisexual and transgender students in our nation's schools.* New York: GLSEN.

86 Differences were examined using paired samples t-tests: "reporting to parents/guardians" versus "reporting to school staff:" $t(63)=-4.4$, $p<.001$; "reporting to parents/guardians" versus "reporting to other family members:" $t(62)=4.4$, $p<.001$.

87 GLSEN National School Climate Survey Study: 2005 Data File. New York; GLSEN. Chi-square nonparametric test performed to compare the percentage of LGBT students in the LGBT Family study who reported incidents of harassment/assault to their parents with the percentage of students from the 2005 NSCS: $\chi^2=4.0$, $df=1$, $p<.05$.

88 To examine differences in types of bullying and harassment by school level, we computed a new variable indicating whether a child had reported: no harassment, harassment in general but not including LGBT-related harassment and harassment including LGBT harassment. Differences across categories by school level were significant: $\chi^2=34.1$, $p<.001$, $df=4$, Cramer's V=.24.

89 Percentages are for illustrative purposes. The relationship between frequency of reported harassment and frequency of parental intervention was tested using correlation: Pearson $r=.18$, $p<.001$.

90 Differences across school type were tested by a series of oneway analyses of variance: Frequency of intervention, $F(2,329)=8.7$, $p<.001$; Effectiveness, $F(2,252)=4.5$, $p<.01$; Receptiveness: $F(2,263)=6.1$, $p<.01$. Post-hoc group comparisons were considered at $p<.05$. Percentages shown in Figure 32 are for illustrative purposes.

76

AR_283667



## Parents' Negative Experiences in School or With School Personnel

For students of LGBT parents, bullying and harassment may affect their in-school relationships and their ability to learn and be part of the school community. For LGBT parents, negative experiences related to being LGBT or to their family constellation may affect their relationship with school personnel. Thus, we were interested in understanding whether the LGBT parents in our study had had any negative experiences at school or with school personnel related to their LGBT family. Specifically, parents were asked whether they had experienced any mistreatment, heard negative comments about being LGBT or received negative comments about parenting from various members of the school community: teachers, principals, other school staff, other parents at school and students at school. Overall, as shown in Figure 37, LGBT parents reported a relatively low incidence of negative experiences from school personnel. However, they were more likely to have reported mistreatment and hearing negative comments about being LGBT from other parents and from students at the school. A quarter (26%) of LGBT parents in the survey reported mistreatment from other parents and nearly a quarter (21%) reported hearing negative comments about being LGBT from students at the school. There were no significant differences in the frequency of parental mistreatment or negative experiences at school by the type of school (public, private-religious, private-other) or the school level (elementary, middle, high school).



**Figure 37. Parents' Negative Experiences with School Community**

## *Types of Negative Experiences*

In addition to the specific negative experiences queried, parents were also asked whether they had experienced other discrimination or negative events at their child's school related to being an LGBT parent. Again, about a quarter (25%) of parents reported they had experienced some additional type of negative event in the past year. Parents who indicated that they had experienced a negative event or mistreatment at their child's school in the past year were given the opportunity to describe a recent event. A total of 130 parents provided a description of their experiences. Several major themes emerged from the analysis of responses: exclusion from the school community, hostile behavior from school staff and parents, dealing with general discomfort and ignorance and having one's parenting skills called into question because of being an LGBT parent.

**Exclusion from School Activities and Events.** More than half (53%) of parents described various forms of exclusion from their school communities: being excluded or prevented from fully participating in school activities and events, being excluded by school policies and procedures, and being ignored and feeling invisible. Almost a fifth (15%) of parents described experiences of being or feeling excluded from activities in the school community. Parents described situations in which they, their partner or significant other,

and/or their child were not able to participate in school activities because they were an LGBT parent. For example, several parents described incidents in which their child was not able to fully participate in or were left out of school activities:

> *For mother's day my son's teacher did not allow him to make 2 items for each mother.*
>
> *Only permitting my son to make one mother's day gift when clearly the teacher knows there are two mothers.*
>
> *We are a lesbian couple and they had a few father and child activities that left us and our son out.*
>
> *When the children were asked to make a family colage, [my child] included both sides of our family, when we went to parent night, hers had conveniently fallen off the wall and the teacher didn't have enough time to put it back up. The teacher told us we could just take it home with us.*

The following are some of the comments from parents who described situations in which they or their partner/significant other were excluded from school activities because they were LGBT:

> *We have been told by our pastor that we cannot be an aid in our children's classes and that the two of us cannot be on the school campus at the same time.*
>
> *There was a program on sexuality issues, and despite having talked with the principle numerous times about my skills and willingness to organize this, I did not know about a meeting regarding these issues until the day before....she was uncomfortable having me, as an out lesbian, be the leader of this program.*

One parent talked about how she and her partner do not attend school events because they are afraid of possible negative repercussions: "the only time I really feel mistreated is when my partner and I choose not to go to things with the school because of the fear someone might discriminate against us as a couple or a family."

**Lack of Inclusive School Policies and Procedures.** Some parents (12%) described situations in which they felt that the needs of their children and family were not addressed by their school. For example, the absence of positive representations of LGBT people and families from school curricula, and school policies that fail to acknowledge LGBT families were described. One parent said she/he often felt that they were not accepted in their school community "partly because the school [did] not do enough to educate the kids and staff about different kinds of families." Another parent commented that her/his "main concern with the elementary staff is their lack of materials which reflect families with same-sex parents." Furthermore, a couple of parents commented that their offers of assistance with regard to incorporating LGBT-inclusive materials into their child's school were ignored, dismissed or denied:

*Dismissed would be a better word. The principal doesn't acknowledge a need for any additional training or understanding of GLBT families and she stated this curtly and repeatedly in our interactions with her.*

*I offered to read 'Heather has Two Mommies' to the class and the teacher said 'no.'*

Many responses were about school policies that discriminated against LGBT parents by failing to acknowledge the status of partners as legitimate parents or guardians:

*I didn't feel 'mistreated' but we were both annoyed with the school sending multiple letters home as if we were roommates or neighbors, when we both have children at that school (her one, my one).*

*My partner was not allowed to vote at our parent meeting because she is not considered a legal guardian.*

*When my son broke his collarbone at school my partner and I went to pick him up and the nurse didn't want to listen to her because she was not 'his parent.'*

A few parents specifically mentioned district- and state-wide policies that prohibited schools from providing positive portrayals of lesbian and gay people:

*[The] school board has a 'no promo homo' policy, so I can't, for example, volunteer to read a book with positive models of LGBT people:*

*It is hard to describe how one feels mistreated in the school here in [name of state]. We have state statue that says schools cannot promote positive images of gay/lesbian people. It is even against this policy that teachers aren't allow to post safe triangle stickers, although some at the high school have done so. I think some teachers and administrators would be more positive and receptive if they weren't restricted by state statue. Our daughter participated in the National Day of Silence and it was well received by her teachers as well as the student body. She commented in some of her classes over half the students participated.*

**Invisibility.** A quarter (25%) of the parents who said they felt excluded from the school community experienced this exclusion as an overall feeling of neglect and invisibility. For example, a parent described feeling "shunned or ignored" and said that "people do not engage me like they do others, even when I am overtly helpful and friendly." Another parent said that although he/she had not experienced overt discrimination, he/she felt unwelcome and neglected in their child's school. Several other comments illustrate this experience:

*[We] just don't get invited to participate or volunteer at school functions or outings*

> *Not mistreat just cold towards us…at a parent teacher meeting*
>
> *Being treated like not in the room when other parents are around*
>
> *The teacher's assistant most always ignores my partner or is short with her, especially if she picks up my daughter without me.*
>
> *When our daughter first started to attend the school all of the questions were directed to me and the teacher turned her back to my partner. This occurred several times initially, but after the first month it did not occur again. Also people always want to know who is the 'real' parent meaning who gave birth to our girls.*
>
> *I have felt less mistreated than ignored, as the single Caucasian lesbian adoptive parent of two Latina girls. There are some economic assumptions (this is a wealthy liberal community) that are a struggle (cost of field trips etc.)*
>
> *It was more neglect. The AP [Assistant Principal] could not bring herself to even acknowledge we were a lesbian couple. It came out as 'folks like you.'*
>
> *Mostly I feel invisible.*

Whereas many parents described being made to feel invisible, a few parents (6%) chose to not be out about their sexual orientation or gender identity to their child's school, often in order to protect their children from harassment and discrimination at school. For example, two parents said the following:

> *My son is very concerned about his peers and what they will think of my relationship. Since he is in middle school and there is a lot of homophobia among his peers, I have agreed to let him be the one to tell people. As far as I know, he has only told one other person.*
>
> *This line of questions don't apply to my family because other than the principal, no faculty in my daughter's school is aware of our situation. Thankfully, our principal is supportive but suggested not sharing any personal information with teachers or parents because it's a Catholic school. We all agreed to allow my daughter to 'come out' as she felt comfortable.*

**Hostile Behavior.** A little more than a quarter (27%) of parents described hostile behavior from school staff, parents and, at times, students. These experiences ranged from receiving "dirty looks" and hearing derogatory language to actual physical violence. For example, one parent said the following: "During my son's annual meeting with staff to discuss his special needs issues, when it came up that I have a 'partner' I was given dirty looks through the remainder of the meeting." Several parents had similar experiences:

> *There is nothing overt since this is [a major metropolitan area], but we know that comments are made behind our backs.*
>
> *Mostly just stares and side-bar comments.*