# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, et al., <br><br> *Defendants*. | Case No. 2:24-cv-00072-DCR-CJS <br><br> Chief District Judge Danny C. Reeves <br> Magistrate Judge Candace J. Smith |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendants' Cross-Motion for Summary Judgment, the motion is hereby **GRANTED.** Judgment is hereby **ENTERED** for Defendants on all of Plaintiffs' and Intervenor-Plaintiffs' claims. The Clerk is directed to **CLOSE** this matter.

**SO ORDERED.**

_____        _____
Date                                              Chief Judge Danny C. Reeves