# INTERVENOR PLAINTIFF'S INDEX OF EXHIBITS TO THEIR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Natalie Thompson |
| 2 | Supplemental Declaration of David Schmus, the Executive Director of Christian Educators Association International |
| 3 | Supplemental Declaration of Christian Winkler |
| 4 | Second Supplemental Declaration of Joshua Taylor |
| 5 | Expert Report of Stephen B. Levine, M.D. |
| 6 | Excerpt from *Carroll ISD v. ED* Transcript |
| 7 | Morandini, et al., *Is Social Gender Transition Associated with Mental Health Status in Children and Adolescents with Gender Dysphoria?*, 52 Archive Sexual Behavior 1045 (April 4, 2023) |
| 8 | Ruth Hall, et al., *Impact of social transition in relation to gender for children and adolescents: a systematic review*, 109 Archive Disease Childhood (April 9, 2024) |
| 9 | Excerpt from Hilary Cass, *The Cass Review: Independent review of gender identity services for children and young people* (April 2024), Chapter 12: Social Transition |