# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, | |
| *Plaintiffs,* | **Case No.** 2:24-cv-00072-DCR-CJS |
| and | District Judge Danny C. Reeves |
| **Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross, | Magistrate Judge Candace J. Smith |
| *Intervenor-Plaintiffs,* | |
| v. | |
| **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, | |
| *Defendants.* | |

## DECLARATION OF NATALIE THOMPSON

1

I, Natalie Thompson, under penalty of perjury, declare as follows:

1.  I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. I have personal knowledge of the information below.

2.  I am an attorney on the legal team for Plaintiffs-Intervenors A.C. and Christian Educators Association International in this litigation. I testify to the following based on my own knowledge.

3.  Exhibit 5 to the Reply is a true and correct copy of the Expert Report of Stephen B. Levine, M.D. that was filed in the U.S. District Court of Colorado in *Darren Patterson Christian Academy v. Roy, et al.* Dr. Levine is a Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine and maintains an active private clinical practice. Dr. Levine is a highly respected expert who has been involved in diagnosing and treating gender dysphoria since the early 1970s.

4.  Exhibit 6 to the Reply is an excerpt of the transcript from the motions hearing held on July 8, 2024 in *Carroll ISD v. United States Department of Education*, No. 4:24-CV-00461-O (N.D. Tex.). The excerpt is pages 1-4, 83-90, and 116 of the transcript. The complete transcript is part of the court's record and is accessible via the Northern District of Texas's CM/ECF system.

5.  In their Reply in Support of Motion for Summary Judgment and Response to Defendants' Cross-motion for Summary Judgment ("Reply"), Intervenors cite certain medical studies and reports.

6.  Exhibit 7 is a true and correct copy of Morandini, et al., *Is Social Gender Transition Associated with Mental Health Status in Children and Adolescents with Gender Dysphoria?*, 52 Archive Sexual Behavior 1045 (April 4, 2023).

7. Exhibit 8 is a true and correct copy of Ruth Hall, et al., *Impact of social transition in relation to gender for children and adolescents: a systematic review*, 109 Archive Disease Childhood (April 9, 2024).

8. Exhibit 9 is a true and correct copy of chapter 12 of *The Cass Review: Independent review of gender identity services for children and young people* (April 2024) by Dr. Hilary Cass. The Cass Review is the final report submitted by Dr. Cass in her role as Chair of the Independent Review of gender identity services for children and young people commissioned by the National Health Service of England. The full report is available at https://cass.independent-review.uk/home/publications/final-report/.

3

Under 28 U.S.C. § 1776, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2024, at Austin, Texas.

_____
Natalie D. Thompson