# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br><br>*Plaintiffs,*<br><br>and<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DCR-CJS<br><br>District Court Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

**SUPPLEMENTAL DECLARATION OF CHRISTIAN WINKLER**

1

I, Christian Winkler, under penalty of perjury, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. I have personal knowledge of the information below.

2. I am a member of the Christian Educators Association International, which I joined in 2023. I joined Christian Educators because I wanted to be part of something that supports others. I wanted to receive benefits from an organization that supports me and others who share my beliefs.

3. I have been a teacher for almost three years, and I feel that it is a calling in my life. I have dedicated my life to serving children, and I want to make sure I do my job well.

4. I am a teacher at Bluegrass Middle School in Elizabethtown, Kentucky, in 2023. I am starting my third year as a teacher. Bluegrass Middle School is a public school bound by Title IX.

5. I am a Christian, and I believe that God created each person male or female and that sex is immutable. I do not want to be forced to express a message that violates my religious beliefs about these issues or any other issues.

6. As I said in my previous declaration, I have spoken according to my religious beliefs the last two years I have taught at Bluegrass Middle School.

7. I have had a few students ask me to use names and pronouns that conflict with their biological sex. But I referred to these students according to their names listed on their online profiles.

8. I have also discussed my faith with students at lunch, in the hallway, and in my classroom once the class discussions end.

9. On all these occasions that I expressed my views, I did not witness any disruption to the educational process or environment caused by my speech in referring to my students according to their biological sex. I also did not witness any

disruption when I spoke about my faith to students outside of the classroom or with my colleagues.

10. School officials have never indicated to me that they thought my speech in the classroom or around the school caused any disruption to the school environment. In fact, to my knowledge, no school official has ever suggested to me or to someone else (that I know about) that a school official considered my expression problematic. I have never been subject to any investigation or discipline by the school because I expressed my religious views at school.

11. I am thankful for the current injunction that is in place in Kentucky that protects my ability to speak according to my religious beliefs.

12. I do not want to be forced to express messages that violate my deeply held religious beliefs.

## DECLARATION UNDER PENALTY OF PERJURY

I, Christian Winkler, a citizen of the United States and a resident of the State of Kentucky, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of September, 2024 at Elizabethtown, Kentucky.

_____
Christian Winkler