# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**,<br><br>*Plaintiffs,*<br><br>and<br><br>**Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross,<br><br>*Intervenor-Plaintiffs,*<br><br>v.<br><br>**Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**,<br><br>*Defendants.* | **Case No.** 2:24-cv-00072-DLB-CJS<br><br>District Court Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

**SECOND SUPPLEMENTAL DECLARATION OF JOSHUA TAYLOR**

1

I, Joshua Taylor, declare as follows:

1. I am over the age of eighteen and competent to testify. I have personal knowledge of the information below.

2. I am a Christian and a resident of Coffee County, Tennessee.

3. I am a member of Christian Educators and am in my 11th year of teaching in public schools and my sixth year of teaching at Coffee County Central High School.

4. I filed two declarations earlier in this case and explained how I engage in certain speech in my role as a teacher at Coffee County Central High, where I teach statistics, geometry, and the Bible as Literature.

5. When I engaged in this speech that aligned with my religious beliefs, I did not experience or witness any disruption to the educational opportunities or educational process with my students. I did not experience or witness any disruption when I referred to my students according to their biological sex, or when I spoke about my faith with students and colleagues outside the classroom setting.

6. In fact, I have never been told by any school official that my speech in my classroom or around the school has disrupted the educational setting. And to my knowledge, no school official has ever initiated any discipline or investigation against me based on my expression related to gender-identity topics at school or based on any disruption caused by this expression.

7. I am thankful that an injunction covers my school in Tennessee and that the Title IX rule changes did not take effect on August 1, 2024. I want to continue speaking according to my religious beliefs at my workplace. If the Title IX rule changes were implemented in my school, I fear that my school could punish me.

# DECLARATION UNDER PENALTY OF PERJURY

I, Joshua Taylor, a citizen of the United States and a resident of the State of Tennessee, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of September, 2024 at Manchester, Tennessee.

_____
Joshua Taylor