# EXHIBIT 8

Original research



**OPEN ACCESS**

# Impact of social transition in relation to gender for children and adolescents: a systematic review

Ruth Hall, Jo Taylor ⓘ, Catherine Elizabeth Hewitt ⓘ, Claire Heathcote, Stuart William Jarvis, Trilby Langton, Lorna Fraser

► Additional supplemental material is published online only. To view, please visit the journal online (https://doi.org/10.1136/archdischild-2023-326112).

Department of Health Sciences, University of York, York, UK

**Correspondence to**
Professor Catherine Elizabeth Hewitt, Department of Health Sciences, University of York, York, UK; dohs-gender-research@york.ac.uk

Received 25 July 2023
Accepted 28 October 2023



► http://dx.doi.org/10.1136/archdischild-2023-326347
► http://dx.doi.org/10.1136/archdischild-2023-326348
► http://dx.doi.org/10.1136/archdischild-2023-326499
► http://dx.doi.org/10.1136/archdischild-2023-326500
► http://dx.doi.org/10.1136/archdischild-2023-326669
► http://dx.doi.org/10.1136/archdischild-2023-326670
► http://dx.doi.org/10.1136/archdischild-2023-326760
► http://dx.doi.org/10.1136/archdischild-2023-326681



© Author(s) (or their employer(s)) 2024. Re-use permitted under CC BY-NC. No commercial re-use. See rights and permissions. Published by BMJ.

**To cite:** Hall R, Taylor J, Hewitt CE, et al. Arch Dis Child Epub ahead of print: [please include Day Month Year]. doi:10.1136/archdischild-2023-326112

## ABSTRACT

**Background** Increasing numbers of children and adolescents experiencing gender dysphoria or incongruence are being referred to specialist gender services. Historically, social transitioning prior to assessment was rare but it is becoming more common.
**Aim** To identify and synthesise studies assessing the outcomes of social transition for children and adolescents (under 18) experiencing gender dysphoria/incongruence.
**Methods** A systematic review and narrative sythesis. Database searches (Medline, Embase, CINAHL, PsycINFO, Web of Science) were perfomed in April 2022. Studies reporting any outcome of social transition (full or partial) for children and adolescents experiencing gender dysphoria/incongruence were included. An adapted version of the Newcastle-Ottawa Scale for cohort studies was used to appraise study quality.
**Results** Eleven studies were included (children (n=8) and adolescents (n=3)) and most were of low quality. The majority were from the US, featured community samples and cross-sectional analyses. Different comparator groups were used, and outcomes related to mental health and gender identity reported. Overall studies consistently reported no difference in mental health outcomes for children who socially transitioned across all comparators. Studies found mixed evidence for adolescents who socially transitioned.
**Conclusions** It is difficult to assess the impact of social transition on children/adolescents due to the small volume and low quality of research in this area. Importantly, there are no prospective longitudinal studies with appropriate comparator groups assessing the impact of social transition on mental health or gender-related outcomes for children/adolescents. Professionals working in the area of gender identity and those seeking support should be aware of the absence of robust evidence of the benefits or harms of social transition for children and adolescents.
**PROSPERO registration number** CRD42021289659.

### WHAT IS ALREADY KNOWN ON THIS TOPIC

⇒ Increasing numbers of children and adolescents experiencing gender dysphoria/incongruence are being referred for care at specialist paediatric gender services.
⇒ Historically, social transitioning prior to assessment in gender services was rare. Social role transition is increasingly common in children and adolescents.
⇒ The rates of mental health conditions in children/adolescents experiencing gender dysphoria/incongruence are higher than those of the general population.

### WHAT THIS STUDY ADDS

⇒ The evidence base for all outcomes of social transitioning in childhood or adolescence is both limited and of low quality.

### HOW THIS STUDY MIGHT AFFECT RESEARCH, PRACTICE OR POLICY

⇒ Guidelines should reflect the limited evidence regarding the outcomes of social transition for children and adolescents experiencing gender dysphoria/incongruence. Robust high-quality research is needed.

a preferred name or clothing may be limited to home while others may change their name officially and seek to make changes across all social settings. Additionally, some may publicly acknowledge that they have made a social transition while others may wish to keep their birth-registered sex private and only known by a few significant others.

Social transition is becoming more common with children and adolescents changing key social characteristics to fit more closely with a different gender role. Children and adolescents presenting at gender services are increasingly likely to have undergone a full social transition. In the UK, 54.6% of children and adolescents referred to the Gender Identity Development Service in 2012–2013 had socially transitioned,[4] with increasing numbers internationally.[5–7]

Social transition among children is contentious with diverging views between clinicians as to its role and potential benefits or harms.[3 8] Social transition can be regarded as important for a child's mental health and well-being with a child leading the way in their gender expression, in line with a model of gender affirming care.[3 8] Social transition is also seen as a significant intervention which

Arch Dis Child: first published as 10.1136/archdischild-2023-326112 on 9 April 2024. Downloaded from http://adc.bmj.com/ on September 4, 2024 by guest. Protected by copyright.

## INTRODUCTION

The number of children and adolescents identifying as a gender different from the sex they were registered as at birth has increased markedly across the world over the last 10-15 years.[1] While there is no single definition of the term social transition, it is broadly understood to refer to social changes such as name change, using different pronouns or altering hair or clothing in order to live socially as a different gender,[2 3] but the degree and context of a social transition can vary widely. For some, using



Original research

may alter the course of gender development with medical and surgical interventions being sought by children whose gender dysphoria/incongruence might not have otherwise persisted beyond puberty.[9] Guidelines for children and adolescents experiencing gender dysphoria/incongruence published by the World Professional Association for Transgender Health (WPATH),[10] with version 8 published in 2022,[11] have shifted from recommending an approach to social transition of 'watchful waiting' for children, to a position of advocating for social transition as a way to improve a child's mental health. Social transitioning among adolescents has not received the same level of interest in academic debate, nor do WPATH version 7 or 8 contain any specific discussion about the risks or benefits for adolescents.

Understanding what the evidence shows about possible benefits or harms is important for children and adolescents experiencing gender dysphoria/incongruence, parents who may be contemplating their child socially transitioning and for healthcare professionals and others whose advice and support may be sought on this question. Therefore, this systematic review aimed to synthesise primary research on outcomes related to social transition for children and adolescents experiencing gender dysphoria/incongruence.

## METHODS
The review forms part of a linked series of systematic reviews examining the epidemiology, care pathways, outcomes and experiences for children and adolescents experiencing gender dysphoria/incongruence and is reported according to Preferred Reporting Items for Systematic Reviews and Meta-Analyses guidelines.[12] The protocol was registered on PROSPERO (CRD42021289659).[13]

### Search strategy
A single search strategy was developed to identify studies examining gender dysphoria/incongruence in children/adolescents (see online supplemental file 1). The following bibliographic databases were searched with no date restrictions: MEDLINE (OVID), EMBASE (OVID), CINAHL (EBSCO), PsycINFO (OVID) and Web of Science (Social Science Citation Index). The first search was conducted between 13 and 23 May 2021 and updated on 27 April 2022. The reference lists of eligible studies and any relevant systematic reviews or clinical guidelines that were identified were also checked.

### Inclusion criteria
Studies were included in relation to the following criteria:

Population: children and adolescents up to age 18, or adults who experienced as a child/adolescent, gender dysphoria/incongruence or gender-related distress, or referral to a paediatric/adolescent gender identity service.

Intervention/exposure: a broad definition of social transition was adopted including any element of what is commonly understood to comprise a social transition,[3] for example, name change, use of pronouns, change in appearance.

Outcomes: any outcome of social transition in childhood or adolescence (eg, mental health).

Study design: primary studies published in English in a peer-reviewed journal of any design apart from case series and case reports.

### Study selection
All search results were entered into Covidence and deduplicated.[14] Two reviewers independently assessed all titles and abstracts and full texts of those identified as potentially eligible. Conflicts were resolved through discussion or consensus with a third reviewer.

### Data extraction
Data were extracted by one reviewer and second-checked by another. Replication of participants across studies was noted.

### Quality assessment
Quality was assessed using a modified version of the Newcastle-Ottawa Scale,[15] a validated scale of eight items assessed across three domains: selection, comparability and outcome. Modification included, not scoring question(s) related to cross-sectional or longitudinal studies where relevant. The maximum possible score was 8. A score of 0–3.5 was deemed low quality, 4–5.5 moderate and 6–8 high. Two reviewers rated the papers independently with discussion to reach consensus.

### Synthesis methods
Due to extensive differences in definition of social transition and measurement and reporting of outcomes, a narrative approach to synthesis and, where feasible an analysis of p values, effect direction and vote counting were used. The synthesis of data was led by the main comparisons in the included studies: child/adolescent, outcome and comparison group. Strength and direction of effects of social transition on outcomes was analysed from reported p values using albatross plots.[16] Vote counting[17] was also conducted and combined with quality assessment scores using harvest plots[18] and bar charts showing the number of studies reporting effects by direction and quality scores.

## RESULTS
Overall, the searches identified 28 147 records, of which 3181 were considered as potentially relevant for the linked series of systematic reviews. From these, 13 studies were identified as relevant to this review of social transition.[19–31] On closer inspection, four studies were excluded: social transition not treated as an exposure (n=3)[22 24 26] or replication of analyses already published (n=1).[25] Two studies were identified as meeting the inclusion criteria from reference lists of guidelines[32 33] (figure 1). Therefore, 11 studies were included in this review.

### Study characteristics
Of the included studies, eight were cross-sectional,[19–21 23 27 28 30 33] one was a reanalysis of previously published cross-sectional data,[31] one a prospective longitudinal study,[32] and one a retrospective cohort study.[29] The majority (n=7) were conducted in the US and/or Canada[19 21 23 27 30–32]; two in the Netherlands[29 33]; one in Brazil[20] and one in Germany.[28] Community samples were recruited in eight studies[19–21 23 27 30–32] and gender service patients were recruited in three studies[28 29 33] (online supplemental table 1).

Five US studies[19 21 23 30 32] included participants from the TransYouth Project, which is a longitudinal study of gender development among socially transitioned prepubertal children experiencing gender dysphoria/incongruence (age 3–12 years at start of study in 2013).[24] Four studies reported results from cross-sectional analyses of the cohort,[19 21 23 30] and one study from longitudinal analyses.[32] Children and their families were recruited to this cohort using convenience sampling from support groups (online and face to face) and the sample includes more children from affluent families than expected. Most had parents supportive of early social transition. There is some crossover

Hall R, *et al. Arch Dis Child* 2024;**0**:1–7. doi:10.1136/archdischild-2023-326112

Arch Dis Child: first published as 10.1136/archdischild-2023-326112 on 9 April 2024. Downloaded from http://adc.bmj.com/ on September 4, 2024 by guest. Protected by copyright.

Original research



**Figure 1**  Study flow diagram.

of the samples between these studies but, as they are reporting different outcomes or child versus parent reports, all five studies were included. Two studies from the Amsterdam clinical population may also include overlapping samples, but this cannot be quantified so both were included.[29 33]

Children and/or adolescents were recruited in eight studies,[19 21 23 28 29 31–33] and two studies recruited a mixed group of adolescents and young adults.[20 27] The final study recruited adults with a history of childhood/adolescent gender dysphoria/incongruence and created subgroups based on age of social transition (3–9 years childhood, 10–17 years adolescence, 18+ years adulthood).[30] How gender identity and/or gender dysphoria/incongruence were determined and definitions of social transition and how this was established varied between studies (online supplemental table 1).

A range of mental health outcomes were reported across nine studies[19–21 23 27 28 30 31 33]; internalising symptoms, externalising symptoms, self-worth, self-esteem, self-perception, suicidality, severe psychological distress, and drug and alcohol misuse. One study also included measures of gender positivity and gender distress.[20] The remaining two studies focused on the constancy of gender identity across time as the outcome.[29 32]

## Quality assessment

Overall, the quality of the papers was low to moderate with scores ranging from 1.5 to 5 (figure 2). Across all studies, the key methodological limitation was the approach to recruitment, relying on self-selecting groups or referral to gender services leading to samples which were unrepresentative of the broader population. A follow-up period between social transition and outcomes being measured was reported in three studies,[29 30 32] one of which relied on recall from adulthood.[30]



**Figure 2**  Quality scores for included studies assessed using a modified Newcastle-Ottawa Scale. The grid indicates individual scores for each study on each of the criteria. Bars at the top (and numbers at top of bars) indicate overall score. SES, socioeconomic status.

Arch Dis Child: first published as 10.1136/archdischild-2023-326112 on 9 April 2024. Downloaded from http://adc.bmj.com/ on September 4, 2024 by guest. Protected by copyright.

Original research

Arch Dis Child: first published as 10.1136/archdischild-2023-326112 on 9 April 2024. Downloaded from http://adc.bmj.com/ on September 4, 2024 by guest. Protected by copyright.

Three studies used a standardised method of ascertaining social transition.[28 29 33] The remaining studies used parent or self-report measures. All studies controlled or matched to some extent for age, birth-registered sex or gender identity, and socioeconomic status, however, three additionally controlled for baseline parental/family support.[27 28 30]

Seven studies used a comparison group drawn from the same population.[20 27–31 33] None of the studies using community samples of children included a suitable comparison group. Three studies compared children experiencing gender dysphoria/incongruence who had socially transitioned with a comparator group presumed not to experience gender dysphoria/incongruence, which included average population scores, and/or sibling and matched controls.[19 21 23] One study used previously published data for children with the same level of gender variance who had not socially transitioned,[31] however, they were reported by parents as having a gender identity that matched their birth-registered sex and so were not from the same population.

### FINDINGS

The findings are presented in online supplemental table 2 and a visual summary of key outcomes is provided in figure 3.

### Socially transitioned children

Six studies reported outcomes related to mental health[19 21 23 28 31 33] and two studies reported gender stability/persistence.[29 32]

#### Comparison group A: children not experiencing gender dysphoria/incongruence

Four studies reported mental health outcomes[19 21 23 31] (figure 3A). Three studies using the TransYouth Project data[19 21 23] found no significant difference in depressive symptoms compared with population averages,[19 23] siblings or matched controls across parent[19 21 23] and self-reported measures.[19 21]

Variation was seen in results for levels of anxiety across groups and between parent and self-report measures.[19 21 23] Parent-reported levels of anxiety were significantly higher than population averages[19 23] or matched controls,[19 21 23] but this was not seen for self-report comparisons to population averages,[19] and there were inconsistent results for the comparisons with matched controls.[19 23] No significant, although some marginal, differences were seen in anxiety levels when compared to siblings across parent and self-reported measures.[19 21 23] Self-worth was explored in a single study and not found to be significantly different from matched controls or siblings.[19]

One study used data from three published studies[22 23 34] to make comparisons between children who socially transitioned and children who were gender variant but who identified with their birth-registered sex.[31] They found no significant differences in parent-reported internalising scores, externalising symptoms or poor peer relations.

#### Comparison group B: children experiencing gender dysphoria/incongruence who have not socially transitioned

Three studies used this comparator[28 30 33] (figure 3B).

One clinic-based study found that the degree to which a child had socially transitioned was not associated with psychological functioning,[28] rather, socioeconomic status and poor peer relations were associated with internalising problems, and general family functioning and poor peer relations were associated with externalising problems. Another clinic-based study found no association between social transition status and any element of self-perception.[33] However, it found some differences when

the sample was stratified by sex; birth-registered males who had socially transitioned reported poorer self-perception in scholastic competence and behavioural conduct compared with non-socially transitioned birth-registered males.[33] Conversely, birth-registered females who had socially transitioned scored higher on athletic competence than non-socially transitioned birth-registered females.

The third study's comparison group were transgender adults who experienced gender dysphoria/incongruence as a child but did not socially transition until adulthood.[30] They looked at past-month severe psychological distress, lifetime illicit drug use, lifetime marijuana use, past-month binge drinking, and various measures of suicidality. The only significant result in either direction was lower odds of lifetime use of marijuana for those socially transitioning in childhood. Harassment based on gender identity during kindergarten to year 12 was not considered within the initial analysis, but post hoc analyses found that those who socially transitioned in childhood were significantly more likely to have been subject to harassment due to being thought of as transgender than those socially transitioning in adulthood. The study made no adjustment for other confounding variables when considering likelihood of harassment between groups that socially transitioned at different ages.

### Socially transitioned adolescents

#### Comparison group C: adolescents experiencing gender dysphoria/incongruence who have not socially transitioned

Three studies used this comparator group[20 27 30] (figure 3C).

Internalising symptoms were assessed by two studies.[20 27] Adolescents who preferred to be called by another name compared with no preferred name use reported fewer symptoms of depression but there was no signficant difference in anxiety.[20] In another study it was found that among those with a preferred name, chosen name use in more social contexts was associated with fewer depressive symptoms.[27]

One study assessed severe psychological distress and found no significant association between social transition in adolescence compared with adulthood.[30] Outcomes related to suicide and suicidal ideation were assessed in two studies.[27 30] It was found that chosen name use in more contexts was associated with lower suicidal ideation and behaviour,[27] and social transition during adolescence was associated with greater odds of past-year suicidal ideation and lifetime suicide attempts compared with transition during adulthood.[30] In the latter paper, six different measures of suicidality were explored and these were the only significant findings (online supplemental table 2).

A single study reported gender-related outcomes.[20] Adolescents who preferred to be called by another name compared with no preferred name use reported higher levels of gender distress but there was no signficant difference in gender positivity.

#### Comparison group: socially transitioned children

Only one study compared outcomes between children who socially transitioned and those transitioning in adolescence, and found no difference on any measure of mental health, suicidality or drug and alcohol use between the two groups.[30]

#### Gender identity outcomes

Two studies assessed gender identity outcomes.[29 32] One study found a higher odds of persistence of gender dysphoria/incongruence in adolescence for children who had socially transitioned compared with those who had not socially transitioned. Analysis by birth-registered sex showed significant findings for

Hall R, *et al. Arch Dis Child* 2024;**0**:1–7. doi:10.1136/archdischild-2023-326112

Original research



Arch Dis Child: first published as 10.1136/archdischild-2023-326112 on 9 April 2024. Downloaded from http://adc.bmj.com/ on September 4, 2024 by guest. Protected by copyright.

**Figure 3** Harvest plots showing direction of effect and quality scores (left) and albatross plots showing direction of effect, statistical significance and sample size (right) for included studies. Panels a, b and c separate studies into those comparing social transition against either those not experiencing gender dysphoria/incongruence (a) or those experiencing gender dysphoria/incongruence who have not socially transitioned (b, c), and also separates studies for children (a, b) and adolescents (c). SMD, standardised mean difference.

birth-registered males but not for birth-registered females.[29] Another study found that 92.7% of those who socially transitioned between ages 3 and 12 continued to experience gender dysphoria/incongruence at the end of the study (on average, 5.4 years after socially transitioning).[32] The other 7.3% 're-transitioned' at least once; 2.5% identified with their birth-registered sex, 3.5% identified as non-binary and 1.3% had retransitioned twice. They found those socially transitioning before age 6 were more likely to retransition than those socially transitioning after age 6. There was no association between birth-registered sex and retransitioning.[32]

## DISCUSSION

There is limited, low-quality evidence on the impact of social transition for children and adolescents experiencing gender dysphoria/incongruence. Most published studies are cross-sectional with non-representative samples and lack an appropriate comparator group, and most studies were undertaken in the US. Of note, there are no prospective longitudinal studies with appropriate comparator groups which have assessed the impact of social transition on the mental health or gender-related outcomes for children or adolescents.

Given the poor quality of studies and multiple comparisons across studies, all findings from this review should be interpreted with caution. There were also inconsistent results between studies. For example, two studies suggest there may be some benefit associated with use of chosen name in adolescence.[20–27] However, in another study lifetime suicide attempt and past-year suicidal ideation was higher among those socially transitioning as adolescents compared with those socially transitioning in adulthood.[30]

Social transition has become the subject of clinical and academic debate, mainly centred on whether social transition is an active intervention with potential for benefits as well as risks or longer term consequences. Questions focus on the ways in which a social transition might alter the trajectory and development of gender identity and dysphoria/incongruence over time. Those concerned about altering the course of gender development in children cite previous studies demonstrating that only small numbers of prepubertal children who experienced gender dysphoria/incongruence continued to experience this after puberty. Published estimates on those 'persisting' range from 2% to 39% with an average of 15%.[35] The concern then is that if children undergo an early social transition they may find it difficult to socially revert to their former gender.[2] By extension, some children may also then unnecessarily pursue medical and surgical interventions, so raising concerns about iatrogenic harm.[9]

In this review, two studies suggest that children who socially transition are more likely to continue to experience gender dysphoria/incongruence in adolescence, though one study found differences by birth-registered sex.[29 32] One of these studies also reported that the majority of those who socially transitioned progressed to medical interventions.[32]

There has been a shift over time in recommendations around social transitioning for children. In WPATH version 7[10] the evidence base was insufficient to understand long-term outcomes of an early social transition and therefore it advised, in line with a watchful waiting approach, that parents treat social transition as ongoing exploration rather than an 'irreversible situation'. Furthermore, it suggested that healthcare professionals could provide support in finding 'in-between' solutions rather than recommending full social transition. However, WPATH version 8[11] advocates more strongly in favour of childhood

social transition, although continues to recommend psychosocial care to support gender exploration for prepubertal children. Three main arguments are put forward for supporting social transition; first, that there is now evidence of improved mental health outcomes; second, that fluidity of identity is an insufficient justification not to socially transition; and third, that not allowing a child to socially transition may in itself be harmful. These statements are not supported from the findings of this systematic review.

Social transitioning among adolescents has not been subject to the same level of debate as for children and there are no specific recommendations in either version of the WPATH guidelines. Version 7 states that adolescents are more likely to persist in their gender identity than children, citing a study in which adolescents were prescribed puberty suppression[36] and acknowledge the lack of prospective studies. Version 8 includes a separate chapter for adolescents containing recommendations that healthcare professionals should '*work with parents, schools and other organisations to promote acceptance and affirmation for instance through using preferred pronouns, preferred name, and supporting choices of clothing and hairstyle*'. There is not, however, discussion about potential benefits or harms of social transition and indeed no mention of this term.

This review has shown that we have little evidence of the benefits or harms of social transition for children and adolescents.

### Strengths and limitations

Strengths include a published protocol with robust search strategies and comprehensive synthesis. The review only included studies published in English which is a limitation. The primary research included in this review was of low quality which limited the conclusions that could be drawn. As searches were conducted in April 2022 this review does not include more recently published studies; as this is a rapidly evolving area this is a limitation.

There is an urgent need to undertake high-quality and robust research to address the key unanswered questions:

1. Does social transition alter the trajectory of gender development?
2. Does social transition improve (or worsen) gender dysphoria?
3. Does social transition improve mental health outcomes?
4. What is the relationship between socially transitioning and outcomes not examined (eg, impact on peer relations/social difficulties, quality of life, body satisfaction)?
5. What are the long-term outcomes of social transition?

### CONCLUSIONS

The studies included in this review are of low quality, therefore, it is difficult to assess the impact of social transition in this population. Importantly, there are no prospective longitudinal studies with appropriate comparator groups which have assessed the impact of social transition on the mental health or gender-related outcomes for children or adolescents experiencing gender dysphoria/incongruence. Healthcare professionals, clinical guidelines and advocacy organisations should acknowledge the lack of robust evidence of the benefits or harms of social transition when working with children, adolescents and their families.

**Contributors** LF, CEH and TL contributed to the conception and design of this review. Data collection was led by CH, JT and RH. Analyses were undertaken by RH, SWJ and LF. RH drafted the first version of the manuscript. All authors reviewed the manuscript prior to submission. CEH accepts full responsibility for the finished work

Arch Dis Child: first published as 10.1136/archdischild-2023-326112 on 9 April 2024. Downloaded from http://adc.bmj.com/ on September 4, 2024 by guest. Protected by copyright.

Arch Dis Child: first published as 10.1136/archdischild-2023-326112 on 9 April 2024. Downloaded from http://adc.bmj.com/ on September 4, 2024 by guest. Protected by copyright.

and/or the conduct of the study, had access to the data, and controlled the decision to publish.

**Funding** This work was funded by NHS England to inform the Cass Review (Independent review of gender identity services for children and young people). The funder and Cass Review team had a role in commissioning the research programme but no role in the study conduct, interpretation or conclusion.

**Competing interests** None declared.

**Patient consent for publication** Not applicable.

**Provenance and peer review** Commissioned; externally peer reviewed.

**Data availability statement** Data sharing is not applicable as no datasets were generated and/or analysed for this study.

**Supplemental material** This content has been supplied by the author(s). It has not been vetted by BMJ Publishing Group Limited (BMJ) and may not have been peer-reviewed. Any opinions or recommendations discussed are solely those of the author(s) and are not endorsed by BMJ. BMJ disclaims all liability and responsibility arising from any reliance placed on the content. Where the content includes any translated material, BMJ does not warrant the accuracy and reliability of the translations (including but not limited to local regulations, clinical guidelines, terminology, drug names and drug dosages), and is not responsible for any error and/or omissions arising from translation and adaptation or otherwise.

**Open access** This is an open access article distributed in accordance with the Creative Commons Attribution Non Commercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the original work is properly cited, appropriate credit is given, any changes made indicated, and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/.

**ORCID iDs**
Jo Taylor http://orcid.org/0000-0001-5898-0900
Catherine Elizabeth Hewitt http://orcid.org/0000-0002-0415-3536

## REFERENCES

1 Thompson L, Sarovic D, Wilson P, et al. A PRISMA systematic review of adolescent gender dysphoria literature: 1) epidemiology. *PLOS Glob Public Health* 2022;2:e0000245.
2 Steensma TD, Cohen-Kettenis PT. Gender transitioning before puberty. *Arch Sex Behav* 2011;40:649–50.
3 Ehrensaft D, Giammattei SV, Storck K, et al. Prepubertal social gender transitions: what we know; what we can learn—a view from a gender affirmative lens. *Int J Transgend* 2018;19:251–68.
4 Holt V, Skagerberg E, Dunsford M. Young people with features of gender dysphoria: demographics and associated difficulties. *Clin Child Psychol Psychiatry* 2016;21:108–18.
5 Chiniara LN, Bonifacio HJ, Palmert MR. Characteristics of adolescents referred to a gender clinic: are youth seen now different from those in initial reports. *Horm Res Paediatr* 2018;89:434–41.
6 Condat A, Mendes N, Cohen D. Variations in genital development, gender identities and consent to care. Rue Camille Desmoulins, Issy Les Moulineaux Elsevier Masson SAS; 2022. 418–23.
7 De Castro C, Solerdelcoll M, Plana MT, et al. High persistence in Spanish transgender minors: 18 years of experience of the gender identity unit of catalonia. *Revista de Psiquiatría y Salud Mental* 2022.
8 Hidalgo MA, Ehrensaft D, Tishelman AC, et al. The gender affirmative model: what we know and what we aim to learn. *Hum Dev* 2013;56:285–90.
9 Zucker KJ. Debate: different strokes for different folks. *Child Adolesc Ment Health* 2020;25:36–7.
10 Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *Int J Transgend* 2012;13:165–232.
11 Coleman E, Radix AE, Bouman WP, et al. Standards of care for the health of transgender and gender diverse people, version 8. *Int J Transgend Health* 2022;23(Suppl 1):S1–259.
12 Page MJ, McKenzie JE, Bossuyt PM, et al. Updating guidance for reporting systematic reviews: development of the PRISMA 2020 statement. *J Clin Epidemiol* 2021;134:103–12.
13 Fraser L, Hall R, Taylor J, et al. The epidemiology, management and outcomes of children with gender-related distress / gender dysphoria: a systematic review. *PROSPERO 2021:CRD42021289659*.
14 Veritas Health Innovation. *Covidence systematic review software*. Melbourne, Australia: Veritas Health Innovation, 2023.
15 Stang A. Critical evaluation of the Newcastle-Ottawa scale for the assessment of the quality of nonrandomized studies in meta-analyses. *Eur J Epidemiol* 2010;25:603–5.
16 Harrison S, Jones HE, Martin RM, et al. The albatross plot: a novel graphical tool for presenting results of diversely reported studies in a systematic review. *Res Synth Methods* 2017;8:281–9.
17 McKenzie JE, Brennan SE. Synthesizing and presenting findings using other methods. In: *Cochrane handbook for systematic reviews of interventions*. 2019: 321–47.
18 Ogilvie D, Fayter D, Petticrew M, et al. The harvest plot: a method for Synthesising evidence about the differential effects of interventions. *BMC Med Res Methodol* 2008;8:8.
19 Durwood L, McLaughlin KA, Olson KR. Mental health and self-worth in socially transitioned transgender youth. *J Am Acad Child Adolesc Psychiatry* 2017;56:116–23.
20 Fontanari AMV, Vilanova F, Schneider MA, et al. Gender affirmation is associated with transgender and gender nonbinary youth mental health improvement. *LGBT Health* 2020;7:237–47.
21 Gibson DJ, Glazier JJ, Olson KR. Evaluation of anxiety and depression in a community sample of transgender youth. *JAMA Netw Open* 2021;4:e214739.
22 Kuvalanka KA, Weiner JL, Munroe C, et al. Trans and gender-nonconforming children and their caregivers: gender presentations, peer relations, and well-being at baseline. *J Fam Psychol* 2017;31:889–99.
23 Olson KR, Durwood L, DeMeules M, et al. Mental health of transgender children who are supported in their identities. *Pediatrics* 2016;137:e20153223.
24 Olson KR, Gülgöz S. Early findings from the transyouth project: gender development in transgender children. *Child Dev Perspectives* 2018;12:93–7.
25 Pollitt AM, Ioverno S, Russell ST, et al. Predictors and mental health benefits of chosen name use among transgender youth. *Youth Soc* 2019;2019:320–41.
26 Rae JR, Gülgöz S, Durwood L, et al. Predicting early-childhood gender transitions. *Psychol Sci* 2019;30:669–81.
27 Russell ST, Pollitt AM, Li G, et al. Chosen name use is linked to reduced depressive symptoms, suicidal Ideation, and suicidal behavior among transgender youth. *J Adolesc Health* 2018;63:503–5.
28 Sievert ED, Schweizer K, Barkmann C, et al. Not social transition status, but peer relations and family functioning predict psychological functioning in a German clinical sample of children with gender dysphoria. *Clin Child Psychol Psychiatry* 2021;26:79–95.
29 Steensma TD, McGuire JK, Kreukels BPC, et al. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *J Am Acad Child Adolesc Psychiatry* 2013;52:582–90.
30 Turban JL, King D, Li JJ, et al. Timing of social transition for transgender and gender diverse youth, K-12 harassment, and adult mental health outcomes. *J Adolesc Health* 2021;69:991–8.
31 Wong WI, van der Miesen AIR, Li TGF, et al. Childhood social gender transition and psychosocial well-being: a comparison to cisgender gender-variant children. *Clin Pract Pediatr Psychol* 2019;7:241–53.
32 Olson KR, Durwood L, Horton R, et al. Gender identity 5 years after social transition. *Pediatrics* 2022;150:e2021056082.
33 van der Vaart LR, Verveen A, Bos HM, et al. Differences in self-perception and social gender status in children with gender Incongruence. *Clin Child Psychol Psychiatry* 2022;27:1077–90.
34 van der Miesen AIR, Nabbijohn AN, Santarossa A, et al. Behavioral and emotional problems in gender-nonconforming children: a Canadian community-based study. *J Am Acad Child Adolesc Psychiatry* 2018;57:491–9.
35 Ristori J, Steensma TD. Gender dysphoria in childhood. *Int Rev Psychiatry* 2016;28:13–20.
36 de Vries ALC, Steensma TD, Doreleijers TAH, et al. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med* 2011;8:2276–83.

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the authors

Supplemental Table 1 – Study Characteristics. Please note terminology is reported as per authors of original papers.

| Author, year, country | Study design and setting | Population | Criteria for inclusion | Intervention | Comparison group/s | Follow up period | Outcomes | Method of outcome measurement |
|---|---|---|---|---|---|---|---|---|
| Durwood, 2017 (19), US and Canada | Cross-sectional with matched controls Community | For anxiety and depression measures: N = 164 (n = 63 socially transitioned transgender children, age 9-14y, mean age 10.8, SD 1.3, birth-registered males 48%; n = 63 cisgender controls, mean age 10.9, SD 1.4, birth-registered males 52%; n = 38 cisgender siblings, mean age 10.6, SD 1.2, birth-registered males 55%) For self-worth measures N = 310 (n = 116 socially transitioned transgender children, age 6-14y, mean age 9.3y, SD 2.0), birth-registered males 59%; n = 122, mean age 9.2, SD 2.0, birth-registered males 40%; n = 72 siblings, mean age 9.1, SD 1.8, birth- | Children included as transgender if they were reported by parents as identifying as the gender opposite to their birth-registered sex in everyday life | Full social transition: use of the pronouns associated with their asserted gender in all contexts | Two control groups of non-transgender children: 1.Age and gender identity matched controls 2.Siblings of transgender participants in the broader Trans Youth Project | None | Depression Anxiety Self-worth | Depression and anxiety symptoms - children completed paediatric short form PROMIS, and parents completed parental proxy short form For self-worth, children completed the Global self-worth Subscale from the Harter Self-perception profile for children |

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Arch Dis Child

Case: 2:24-cv-00072-DCR-CJS    Doc #: 136-9    Filed: 09/04/24    Page: 10 of 25 - Page ID#: 5450

| Author, year, country | Study design and setting | Population | Criteria for inclusion | Intervention | Comparison group/s | Follow up period | Outcomes | Method of outcome measurement |
|---|---|---|---|---|---|---|---|---|
| | | registered males 56%) | | | | | | |
| Fontanari, 2020 (20), Brazil | Cross-sectional Community | N = 350 transgender and nonbinary youth Of the total with a preferred name, n = 326 Of the total able to express their true gender n = 349 Age 16-24y (mean 18.61, SD not reported) birth-registered sex % not reported.149 self- identified as transgender boys, 85 as transgender girls and 116 as nonbinary. | Participants included if their answers to a two-part question about self-reported gender identity and sex at birth did not align. Participants then divided into categories 'transgender girls', 'transgender boys' or 'gender nonbinary' by researchers | Social affirmation: Use of preferred name by mother and/or father Able to express their gender identity in everyday life (no further detail provided) | For those with a preferred name a comparison was made between those whose mother or father used their name always, sometimes, or never  For those able to express their true gender a comparison was made between those able to do so all of the time, half of the time, or never. | None | Anxiety Depression Gender Distress Gender positivity | The Overall Anxiety Severity and Impairment Scale (OASIS), the Modified Depression Scale (MDS), the Gender Distress Scale, and Gender positivity scale (GPS) |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case: 2:24-cv-00072-DCR-CJS     Doc #: 136-9     Filed: 09/04/24     Page: 11 of 25 -
Page ID#: 5451

| Author, year, country | Study design and setting | Population | Criteria for inclusion | Intervention | Comparison group/s | Follow up period | Outcomes | Method of outcome measurement |
|---|---|---|---|---|---|---|---|---|
| Gibson, 2021 (21) US and Canada | Cross-sectional with matched controls Community | N = 375 (n = 148 socially transitioned transgender children, age 8-14y, mean age 10.1, SD 1.0), birth-registered males: 64%; n = 139 cisgender controls, mean age 10.1, SD 1.0, birth-registered males 35%; n = 88 cisgender siblings, mean age 10.2, SD 1.2, birth-registered males 53%) | Children needed to use the pronouns opposite their birth-registered sex in all contexts to be included as 'transgender' | Full social transition: Use of the pronoun 'opposite' their sex in all contexts | Two control groups of non-transgender children: 1.Age and gender identity matched controls 2.Siblings of transgender participants in the broader Trans Youth Project | None | Depression and anxiety | Depression and anxiety symptoms - children completed paediatric short form PROMIS, and parents completed parental proxy short form |
| Olson, 2016 (23) US and Canada | Cross-sectional with matched controls Community | N = 195 (n = 73 socially transitioned transgender children, age 3-12y, mean age 7.7y, SD 2.2, birth-registered males 70%; n = 73 cisgender controls, mean age 7.8y, SD 2.2, birth-registered males 30%; n = 49 cisgender siblings, mean age 8.3y, SD 2.5, birth-registered males 61% ) | Children included as 'transgender' if they were reported by parents as identifying as the gender opposite their birth-registered sex in everyday life | Full social transition: Presenting in all contexts (at school and in public) as the gender consistent with their identity and use of the pronouns associated with gender identity rather than sex | Two control groups of non-transgender children: 1.Age and gender identity matched controls 2.Siblings of transgender participants | None | Anxiety and depression | National Institute of Health Patient Reported Outcomes Measurement Information System (PROMIS) parental proxy short forms for anxiety and depression |

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case: 2:24-cv-00072-DCR-CJS    Doc #: 136-9    Filed: 09/04/24    Page: 12 of 25 - Page ID#: 5452

Arch Dis Child

| Author, year, country | Study design and setting | Population | Criteria for inclusion | Intervention | Comparison group/s | Follow up period | Outcomes | Method of outcome measurement |
|---|---|---|---|---|---|---|---|---|
| Olson, 2022 (32), US and Canada | Longitudinal Community | N = 317 socially transitioned, initially transgender youth Age at recruitment 3-12 (mean age 8.1y, SD 2.36), birth-registered males: 66% | Children included as 'transgender' if they were reported by parents as identifying as the gender opposite their birth-registered sex in everyday life | Full social transition: Presenting in all contexts (at school and in public) as the gender consistent with their identity and use of the pronouns associated with gender identity rather than sex | Comparisons made between those socially transitioning before or after age 6 and between males and females. | Average of 5.37 years (SD = 1.74 years) after their initial social transition (average of 3.8 years in the study) | Gender identity based on use of pronouns and classified as binary transgender, non-binary, or cisgender | Notes review of last recorded interaction with research team to ascertain which pronouns used |
| Russell, 2018 (27), US | Cross-sectional Community | N = 129 youth aged 15-21 (mean age 18.70, SD 1.74) self-identified as transgender or gender queer (n = 74 with a chosen name, mean age 19.05, SD 1.66, birth-registered males: 45%; n = 55 without a chosen name, mean age 18.22, SD 1.75, birth-registered males: 45%) | No description of how gender identity was established. Participants were categorised into male birth sex to female gender identity (MTF), female birth sex to male gender identity (FTM), male birth sex to a different gender (MTDG), female birth sex to a different gender identity (FTDG) | Part of social transition: chosen name use in different contexts (home, school, work) | Comparison between those able to use their chosen name in different contexts and those not able to | None | Depressive symptoms Suicidal ideation and behaviour | Beck Depression Inventory for Youth scale Self-harm Behaviour Questionnaire |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Author, year, country | Study design and setting | Population | Criteria for inclusion | Intervention | Comparison group/s | Follow up period | Outcomes | Method of outcome measurement |
|---|---|---|---|---|---|---|---|---|
| Sievert, 2021 (28), Germany | Cross-sectional Gender clinic | N = 54 children diagnosed with Gender Dysphoria Age 11 and under (mean age 9.05 years, SD 2.08). Birth-registered males: 54% | Participants included if they met the diagnostic criteria for Gender Dysphoria (DSM 5). This was established by clinicians during a comprehensive diagnostic and psychological evaluation | Social transition - classified as no social transition, partial, almost complete, and complete social transition, scale 1-4 based on whether the child was living in preferred gender role at home/with peers / at school | Comparison between children who had undergone different degrees of social transition | None | Internalising and Externalising problems. | Child Behaviour Checklist (CBCL). |
| Steensma, 2013 (29), The Netherlands | Retrospective cohort study Gender clinic | N = 127 adolescents who were referred and assessed in childhood (<12y) Age at follow up, range 15-19 years, age in childhood range 6-12 years. No overall mean age and SD reported. Birth-registered males: 62% | Participants were included if they were assessed for Gender Identity Disorder (DSM IV). Included both those meeting the full diagnostic criteria and those subthreshold for a diagnosis | Social transition: classified as no social transition, partial transition (clothing and hairstyle but not name and pronouns) or complete transition (clothing, hairstyle, name and pronouns). Established by 2 questions posed to parents around time of referral. | Those who had either partially or completely socially transitioned in childhood were compared to those who had not socially transitioned in childhood | Minimum follow up 3 years (from age 12 to 15 years). Mean follow up period not reported | 'Persistence' or 'desistance' of Gender Dysphoria in adolescence. | Outcome established by reviewing clinical notes. Re-applying to the gender clinic in adolescence, being diagnosed with GID and being eligible for medical treatment counted as persistence. Those not returning to the gender clinic in adolescence were counted as desisters. |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Author, year, country | Study design and setting | Population | Criteria for inclusion | Intervention | Comparison group/s | Follow up period | Outcomes | Method of outcome measurement |
|---|---|---|---|---|---|---|---|---|
| Turban, 2022 (30), US | Cross-sectional retrospective Community | N = 9711 socially transitioned trans and gender diverse adults aged 18+. Mean age 34.8 (SD 13.9). Birth-registered male 45.8% (Sub groups: childhood social transition n = 165, adolescent social transition n = 1196, adult social transition n = 8350) | The US Trans Survey 2015 included participants with a diverse range of gender identities, included in this study if they reported having a different gender identity to birth sex during childhood. Categorised as: woman, man, transwoman, transman, Nonbinary/Genderqueer | Social transition: self-reported by answering yes to the question 'do you currently live full time in a gender that is different to the one assigned to you at birth?' | Three groups compared based on age of social transition in 1. Childhood (age 3-9 years), 2. Adolescence (10-17 years) or 3. Adulthood (age 18 years and older) | None | Past month severe psychological distress; Lifetime illicit drug use; Lifetime marijuana use; Past-month binge drinking; Suicidality (6 sub-measures) | Kessler-6 psychological distress scale Other outcomes measured by survey questions (non-validated) |
| van der Vaart, 2022 (33), The Netherlands | Cross-sectional Gender clinic | N = 312 children aged 7-13y, mean age 9.4 years (SD 1.2). Birth-registered male 47.1% (Sub-groups; socially transitioned children n=194; and not socially transitioned n=118) | Children referred to the Gender clinic for assessment of Gender Dysphoria. Not reported if diagnostic criteria were met. | Social transition: defined as using preferred name and pronouns and, or, wearing clothing and hairstyle incongruent to birth assigned sex | Socially transitioned and non-socially transitioned children. | None | Aspects of self-perception: scholastic, social, athletic competence, physical appearance, behavioural conduct, global self-worth | Dutch version of the self-perception profile for children (SPPC) |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case: 2:24-cv-00072-DCR-CJS    Doc #: 136-9    Filed: 09/04/24    Page: 15 of 25 - Page ID#: 5455

| Author, year, country | Study design and setting | Population | Criteria for inclusion | Intervention | Comparison group/s | Follow up period | Outcomes | Method of outcome measurement |
|---|---|---|---|---|---|---|---|---|
| Wong, 2019 (31), US and Canada | Re-analysis of data from 3 cross-sectional studies using statistical bootstrapping to match samples Community | N = 266 gender variant children aged 3-12 years (n = 162 cisgender gender-variant children, mean age 8.8 years, SD 2.01, birth-registered males 36%; n = 31, socially transitioned cross-gender identified children, mean age 8.7 years, SD 1.9, birth-registered males 55%; n = 73 socially transitioned transgender children, mean age 7.7 years, SD 2.2, birth-registered males 70%) | Cisgender gender variant (CGV) children included if they had levels of gender variance similar to clinic-referred children on Gender Identity Questionnaire for Children but gender identity and birth-registered sex were aligned. Children included as transgender or cross-gender identified, if they identified as the opposite gender to their birth-registered sex. | Social transition not defined by Wong. Original studies defined social transition as switching pronouns; presenting in all contexts and changing pronouns | Non-socially transitioned, cisgender gender-variant children compared to socially transitioned transgender and cross-gender identified children | None | Emotional (internalising) and behavioural (externalising) problems | Child Behaviour Checklist (CBCL) Patient reported outcome measurement information system (PROMIS) |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Supplemental Table 2: Summary of findings. Please note terminology is reported as per authors of original papers.

| Outcome | Paper | Comparison group(s) | Reported measure | Reported value | Total sample (socially transitioned sample) | Direction of reported effect (* =significant at p < 0.05) | Reported value for socially transitioned (SD or 95%CI) | Reported value for comparison(s) (SD or 95%CI) | P-value (method used) | Additional relevant reported comparisons |
|---|---|---|---|---|---|---|---|---|---|---|
| Socially transitioned children compared to non-transgender children | | | | | | | | | | |
| Anxiety | Olson 2016 | Non-transgender age and gender-identify matched controls; siblings | Parent - PROMIS (Patient-Reported Outcomes Measurement Information System). | Mean scores | 146 (73) | Favours comparison | 54.2 | Matched controls: 50.9; Siblings 52.3 | 0.057 (ANOVA, three groups) | National average, favours comparison, p <0.001 |
| | Durwood 2017 | | | | 164 (63) | Favours comparison* | 54.9 (9) | Matched: 49.6 (8.6); Siblings: 51.0 (8.2) | 0.002 (ANOVA, three groups) | Matched controls, favours comparison, p = 0.002; National average, favours comparison, p<0.001 |
| | Gibson 2021 | | | | 287 (148) | Favours comparison* | 52.62 (9.41) | Matched: 49.94 (8.84); Siblings: 50.23 (9.32) | 0.03 (ANOVA, three way) | |
| | Durwood 2017 | | Self - PROMIS (Patient-Reported Outcomes Measurement Information System). | | 164 (63) | Favours comparison | 52 (9.6) | Matched: 49.0 (7.7); Siblings: 52.8 (10.5) | 0.076 (ANOVA, three groups) | Matched controls, favours comparison, p = 0.16; national average, favours comparison, p=0.29 |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case: 2:24-cv-00072-DCR-CJS    Doc #: 136-9    Filed: 09/04/24    Page: 17 of 25 - Page ID#: 5457

| Outcome | Paper | Comparison group(s) | Reported measure | Reported value | Total sample (socially transitioned sample) | Direction of reported effect (* =significant at p < 0.05) | Reported value for socially transitioned (SD or 95%CI) | Reported value for comparison(s) (SD or 95%CI) | P-value (method used) | Additional relevant reported comparisons |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gibson 2021 | | | | 287 (148) | Favours comparison | 52.21 (8.92) | Matched: 50.53 (8.25); Siblings: 52.41 (8.82) | 0.17 (ANOVA, three way) | |
| Depression | Olson 2016 | Non-transgender age and gender-identify matched controls; siblings | Parent - PROMIS (Patient-Reported Outcomes Measurement Information System). | Mean scores | 146 (73) | Favours comparison | 50.1 | Matched controls: 48.4; Siblings 49.3 | 0.32 (ANOVA, three groups) | National average, favours comparison, p = 0.883 |
| | Durwood 2017 | | | | 164 (63) | Favours comparison | 50.2 (8.8) | Matched: 49.4 (7.8); 48.9 (7.1) | 0.728 (ANOVA, three groups) | National average, favours comparison, p=0.14 |
| | Gibson 2021 | | | | 287 (148) | Favours comparison | 51.41 (8.06) | Matched: 49.86 (7.65); Siblings: 51.1 (8.52) | 0.24 (ANOVA, three way) | |
| | Durwood 2017 | | Self - PROMIS (Patient-Reported Outcomes Measurement Information System). | | 164 (63) | Favours comparison | 48.7 (9.4) | Matched: 46.4 (8.0); Siblings: 47.9 (7.9) | 0.311 (ANOVA, three groups) | National average, favours social transition, p=0.96) |
| | Gibson 2021 | | | | 287 (148) | Favours social transition | 46.38 (9.13) | Matched: 46.46 (8.99); Siblings: 48.01 (9.05) | 0.36 (ANOVA, three way) | |
| Self-worth | Durwood 2017 | Cisgender age and gender-identify matched controls; siblings | Self - Global Self-Worth Subscale from Harter Self-Perception Profile for Children | Mean scores | 309 (116) | Favours comparison | 3.46 (0.54) | Matched: 3.61 (0.42); Siblings: 3.62 (0.44) | 0.142 (ANOVA, three way) | |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Outcome | Paper | Comparison group(s) | Reported measure | Reported value | Total sample (socially transitioned sample) | Direction of reported effect (* =significant at p < 0.05) | Reported value for socially transitioned (SD or 95%CI) | Reported value for comparison(s) (SD or 95%CI) | P-value (method used) | Additional relevant reported comparisons |
|---|---|---|---|---|---|---|---|---|---|---|
| Behavioural problems | Wong 2019 | Non-transgender children (bootstrap matched sample) | Self - CBCL (Child Behaviour Check List) Total Problem score | Mean scores | 193 (31) | Favours social transition | 27.97 (19.59) | 33.49 (4.36) | 0.127 (T-test) | |
| | | | Self - CBCL (Child Behaviour Check List) Internalizing score | Mean scores | 193 (31) | Favours social transition | 53.23 (9.92) | 54.57 (1.92) | 0.458 (T-test) | |
| | | | Self -CBCL (Child Behaviour Check List) Externalizing score | Mean scores | 193 (31) | Favours social transition | 51.16 (10.29) | 52.4 (1.97) | 0.508 (T-test) | |
| | | | Self - CBCL (Child Behaviour Check List) Peer relations score | Mean scores | 193 (31) | Favours social transition | 0.74 (1.21) | 0.84 (0.22) | 0.649 (T-test) | |
| Socially transitioned children compared to non-socially transitioned transgender children | | | | | | | | | | |
| Behavioural problems | Sievert 2021 | Extent of social transition compared | Self - CBCL (Child Behaviour Check List) Total Problem score | Linear regression coefficient | 54 (not disclosed, four level scoring)) | Favours comparison | 2.64 (linear regression coefficient with ST score) | 0 (ref) | 0.097 (linear regression) | |
| Scholastic competence | Van der Vaart 2022 | Non-socially transitioned transgender children | Self - Dutch version of Self-Perception profile for Children (SPPC) | Mean | 312 (194) | Favours social transition | 50.9 (33.8) | 47.7 (29.1) | 0.061 (ANCOVA) | |
| Social competence | Van der Vaart 2022 | Non-socially transitioned transgender children | Self - Dutch version of Self-Perception | Mean | 312 (194) | Favours social transition | 58.3 (31.2) | 50.1 (31.8) | 0.720 (ANCOVA) | |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Outcome | Paper | Comparison group(s) | Reported measure | Reported value | Total sample (socially transitioned sample) | Direction of reported effect (* =significant at p < 0.05) | Reported value for socially transitioned (SD or 95%CI) | Reported value for comparison(s) (SD or 95%CI) | P-value (method used) | Additional relevant reported comparisons |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | profile for Children (SPPC) | | | | | | | |
| Athletic competence | Van der Vaart 2022 | Non-socially transitioned transgender children | Self - Dutch version of Self-Perception profile for Children (SPPC) | Mean | 312 (194) | Favours social transition | 61.3 (30.6) | 47.8 (31.5) | 0.791 (ANCOVA) | |
| Physical appearance | Van der Vaart 2022 | Non-socially transitioned transgender children | Self - Dutch version of Self-Perception profile for Children (SPPC) | Mean | 312 (194) | Favours comparison | 29.7 (26.4) | 32.2 (30.5) | 0.621 (ANCOVA) | |
| Behavioural conduct | Van der Vaart 2022 | Non-socially transitioned transgender children | Self - Dutch version of Self-Perception profile for Children (SPPC) | Mean | 312 (194) | Favours comparison | 42.9 (31.5) | 53.4 (31.6) | 0.069 (ANCOVA) | |
| Global self-worth | Van der Vaart 2022 | Non-socially transitioned transgender children | Self - Dutch version of Self-Perception profile for Children (SPPC) | Mean | 312 (194) | Favours comparison | 27.9 (30.8) | 33.4 (31.7) | 0.322 (ANCOVA) | |
| Lifetime suicidal ideation | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 8515 (165) | Favours social transition | 0.8 (0.4-2.0) | 1 (ref) | 0.80 (logistic regression | |
| Past-year suicidal ideation | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 8515 (165) | None | 1.0 (0.6-1.8) | 1 (ref) | 0.89 (logistic regression) | |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Outcome | Paper | Comparison group(s) | Reported measure | Reported value | Total sample (socially transitioned sample) | Direction of reported effect (* =significant at p < 0.05) | Reported value for socially transitioned (SD or 95%CI) | Reported value for comparison(s) (SD or 95%CI) | P-value (method used) | Additional relevant reported comparisons |
|---|---|---|---|---|---|---|---|---|---|---|
| Past-year suicidal ideation with plan | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 8515 (165) | Favours comparison | 1.3 (0.7-2.6) | 1 (ref) | 0.45 (logistic regression) | |
| Lifetime suicide attempt | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 8515 (165) | Favours comparison | 1.5 (0.9-2.6) | 1 (ref) | 0.12 (logistic regression) | |
| Past-year attempt | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 8515 (165) | Favours comparison | 1.3 (0.5-3.1) | 1 (ref) | 0.63 (logistic regression) | |
| Past-year suicide attempt resulting in medical attention | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 8515 (165) | Favours comparison | 1.8 (0.5-6.7) | 1 (ref) | 0.36 (logistic regression) | |
| Severe psychological distress | Turban 2022 | People who socially transitioned as adults | Self - Kesler 6 (score >= 13) | Odds ratio | 8515 (165) | Favours social transition | 0.8 (0.4-1.4) | 1 (ref) | 0.43 (logistic regression) | |
| Persistence of gender dysphoria | Steensma 2013 | Non-socially transitioned transgender children | Records - Return to clinic | Odds ratio | 127 (37) | Social transition increases persistence* | 5.06 (1.61-15.87) | 1 (ref) | <0.01 (logistic regression) | |
| Socially transitioned adolescents compared to non-socially transitioned transgender adolescents | | | | | | | | | | |
| Anxiety | Fontanari 2020 | Non-socially transitioned transgender adolescents | Self - OASIS (Overall Anxiety Severity and | Mean | 115 (87) | Favours social transition* | Full ST: 9.23 (8.17-10.30); Partial ST: | 12.00 (10.13-13.89) | 0.036 (ANCOVA) | |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Outcome | Paper | Comparison group(s) | Reported measure | Reported value | Total sample (socially transitioned sample) | Direction of reported effect (* =significant at p < 0.05) | Reported value for socially transitioned (SD or 95%CI) | Reported value for comparison(s) (SD or 95%CI) | P-value (method used) | Additional relevant reported comparisons |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Impairment Scale) | | | | 10.38 (9.12-11.63) | | | |
| Depression | Fontanari 2020 | Non-socially transitioned transgender adolescents | Self - MDS (Modified Depression Scale) | Mean | 120 (88) | Favours social transition* | Full ST: 16.74 (15.88-17.59) | 19.38 (17.96-20.81) | 0.007 (ANCOVA) | |
| | Russell 2018 | | Self - Beck Depression Inventory for Youth | Linear regression coefficient | 129 (74) | Favours social transition* | '-5.37 (-8.20 - -2.55) | 0 | 0.045 (calculated from linear regression 95% CI) | |
| Gender distress | Fontanari 2020 | Non-socially transitioned transgender adolescents | Self - GDS (Gender Distress Scale) | Mean | 182 (132) | Favours social transition | Full ST: 4.10 (3.99-4.21); Partial ST: 3.94 (3.81-4.06) | 4.16 (3.98-4.34) | 0.066 (ANCOVA) | |
| Gender positivity | Fontanari 2020 | Non-socially transitioned transgender adolescents | Self - GPS (Gender Positivity Scale) | Mean | 184 (135) | Favours social transition | Full ST: 3.36 (3.32-3.49); Partial ST: 3.38 (3.24-3.52) | 3.19 (2.97-3.41) | 0.346 (ANCOVA) | |
| Lifetime suicidal ideation | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 9546 (1196) | None | 1 (0.7-1.3) | 1 (ref) | 0.90 (logistic regression) | |
| Past-year suicidal ideation | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 9546 (1196) | Favours comparison* | 1.2 (1.0-1.5) | 1 (ref) | 0.04 (logistic regression) | |
| Past-year suicidal ideation with plan | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 9546 (1196) | Favours comparison | 1.2 (0.9-1.5) | 1 (ref) | 0.22 (logistic regression) | |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Outcome | Paper | Comparison group(s) | Reported measure | Reported value | Total sample (socially transitioned sample) | Direction of reported effect (* =significant at p < 0.05) | Reported value for socially transitioned (SD or 95%CI) | Reported value for comparison(s) (SD or 95%CI) | P-value (method used) | Additional relevant reported comparisons |
|---|---|---|---|---|---|---|---|---|---|---|
| Lifetime suicide attempt | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 9546 (1196) | Favours comparison* | 1.3 (1.1-1.7) | 1 (ref) | 0.004 (logistic regression) | |
| Past-year suicide attempt | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 9546 (1196) | Favours comparison | 1.2 (0.9-1.7) | 1 (ref) | 0.28 (logistic regression) | |
| Past-year suicide attempt resulting in medical attention | Turban 2022 | People who socially transitioned as adults | Self - Survey question | Odds ratio | 9546 (1196) | Favours comparison | 1.1 (0.8-1.3) | 1 (ref) | 0.82 (logistic regression) | |
| Severe psychological distress | Turban 2022 | People who socially transitioned as adults | Self - Kesler 6 (score >= 13) | Odds ratio | 9546 (1196) | Favours comparison | 1.1 (0.8-1.3) | 1 (ref) | 0.60 (logistic regression) | |
| Suicidal ideation | Russell 2018 | Non-socially transitioned transgender adolescents | Self - Self-Harm Behaviour Questionnaire | Incidence rate ratio | 129 (74) | Favours social transition* | 0.71 (0.52-0.95) | 1 (ref) | 0.026 (calculated from Poisson regression 95% CI) | |
| Suicidal behaviour | Russell 2018 | Non-socially transitioned transgender adolescents | Self - Self-Harm Behaviour Questionnaire | Incidence rate ratio | 129 (74) | Favours social transition* | 0.44 (0.25-0.78) | 1 (ref) | 0.005 (calculated from Poisson regression 95% CI) | |
| Observational follow-up of socially transitioned children | | | | | | | | | | |
| Persistence of transgender | Olson 2022 | N/A (longitudinal | Self - maintaining pronouns | % | 317 (317) | N/A | Persistence: 94%; | N/A | N/A | Retransition more likely |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance
placed on this supplemental material which has been supplied by the author(s)

| Outcome | Paper | Comparison group(s) | Reported measure | Reported value | Total sample (socially transitioned sample) | Direction of reported effect (* =significant at p < 0.05) | Reported value for socially transitioned (SD or 95%CI) | Reported value for comparison(s) (SD or 95%CI) | P-value (method used) | Additional relevant reported comparisons |
|---|---|---|---|---|---|---|---|---|---|---|
| identity after social transition | | follow-up of socially transitioned group) | associated with transgender identity | | | | Retransition to cisgender: 2.5%; Retransition to non-binary: 3.5% | | | when social transition before age 6 (p=0.02) |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

**Supplementary file 1: Final search strategy for Ovid MEDLINE**

1    exp Child/ or Child Behavior/ or Child Health/ or Child Welfare/ or Psychology, Child/ or Child Psychiatry/ or Child Health Services/ or Child Development/ (1984459)

2    Minors/ (2638)

3    (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or emerging adult$).ti,ab,kf,jn. (1862660)

4    (young$ adj (people$ or person$1 or adult$ or man$1 or men$1 or woman$ or women$ or male$1 or female$1)).ti,ab,kf,jn. (224878)

5    pediatrics/ (55388)

6    (pediatric$ or paediatric$ or peaediatric$).ti,ab,kf,jn. (543516)

7    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ or Psychology, Adolescent/ or Adolescent Psychiatry/ or Adolescent Health Services/ or Adolescent Medicine/ or Adolescent Development/ (2088552)

8    Puberty/ (13562)

9    (adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or underage$ or under-age$).ti,ab,kf,jn. (522801)

10   Schools/ or Schools, Nursery/ (42221)

11   exp Child Day Care Centers/ or Child Care/ (11287)

12    (school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1).ti,ab,kf,jn. (356157)

13   or/1-12 (4333601)

14   Gender Dysphoria/ (581)

15   "Sexual and Gender Disorders"/ (79)

16   Transsexualism/ (3895)

17   Transgender Persons/ (3835)

18   Health Services for Transgender Persons/ (152)

19   exp Sex Reassignment Procedures/ (969)

20   "Sexual and Gender Minorities"/ (4924)

21   ((gender$ and dysphori$) or (gender$ adj5 incongru$) or sexual dysphori$).ti,ab,kf. (1784)

22   (gender$ adj (disorder$ or identi$)).ti,ab,kf. or (gender identity/ and dysphori$.ti,ab,kf.) (4568)

23   (GID or GIDS or GIDC or GIDCS).ti,ab,kf. (456)

24   (gender$ adj5 (confusion or confused or questioning or distress$ or discomfort)).ti,ab,kf. (980)

25   (gender$ adj5 (minority or minorities)).ti,ab,kf. (1593)

26    (gender$ adj5 (variant$ or variance$ or nonconform$ or non-conform$ or diverse or diversity or atypical$)).ti,ab,kf. (3409)

27   (non-binary or nonbinary or enby or genderqueer or gender-queer or neutrois).ti,ab,kf. (796)

28    (agender$ or genderless$ or gender-less$ or genderfree or gender-free or ungender$ or un-gender$ or non-gender$ or nongender$ or bigender$ or bi-gender$ or dual gender$ or dualgender$ or demi-gender$ or demigender$ or genderfluid$ or gender-fluid$ or trigender$ or tri-gender$).ti,ab,kf. (315)

29   two spirit$.ti,ab,kf. (84)

30   (trans adj3 (female$ or feminin$ or woman$ or womens$ or male$1 or man or mans or men or mens or masculin$ or person$1 or peopl$ or population$ or individual$)).ti,ab,kf. (1362)

31   (transgend$ or trans-gend$ or transex$ or transsex$ or trans-sex$ or transfemale$ or transfeminin$ or transwom$ or transmale$ or transman$ or transmasculin$ or transmen$ or transperson$ or transpeopl$ or transpopulation$ or transindividual$).ti,ab,kf. (10832)

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance
Supplemental material placed on this supplemental material which has been supplied by the author(s)

32      (trans adj3 identi$).ti,ab,kf. or (gender identity/ and trans.ti,ab,kf.) or (trans and dysphori$).ti,ab,kf. (1447)

33      (crossgender$ or cross-gender$ or crossex$ or crosssex$ or cross-sex$).ti,ab,kf. (836)

34      ((sex or gender$) adj3 (reassign$ or re-assign$ or affirm$ or confirm$ or transition$)).ti,ab,kf. (3963)

35      ((gender$ or sex) adj (change or changes or changing or changed)).ti,ab,kf. (825)

36      (detransition$ or de-transition$ or desister$ or de-sister$).ti,ab,kf. (134)

37      ((desist$ or persist$) adj5 (transition$ or trans or dysphori$)).ti,ab,kf. (823)

38      or/14-37 (28731)

39      (trans and (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or young$ people$ or young$ person$ or young$ adult$ or young$ man$1 or young$ men$1 or young$ woman$ or young$ women$ or young$ male$1 or young$ female$ or adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or emerging adult$ or underage$ or under-age$ or school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1 or pediatric$ or paediatric$ or peadiatric$)).ti. (339)

40      (trans adj5 (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or young$ people$ or young$ person$ or young$ adult$ or young$ man$1 or young$ men$1 or young$ woman$ or young$ women$ or young$ male$1 or young$ female$ or adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or emerging adult$ or underage$ or under-age$ or school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1 or pediatric$ or paediatric$ or peadiatric$)).ab,kf. (397)

41      (transchild$ or transminor$ or transboy$ or transgirl$ or transkid or transkids or transyoung$ or transyouth$ or transteen$ or transtween$ or transadoles$ or transjuvenil$).ti,ab,kf. (15)

42      13 and 38 (9819)

43      39 or 40 or 41 or 42 (10343)

44      exp animals/ not humans/ (4823832)

45      (editorial or news or comment or case reports).pt. or case report.ti. (3692318)

46      43 not (44 or 45) (9429)

47      limit 46 to english language (9029)


Key to Ovid symbols and commands:

$           Unlimited right-hand truncation symbol

$N          Limited right-hand truncation - restricts the number of characters following the word to N

ti,ab,kf,   Searches are restricted to the Title (ti), Abstract (ab), Keyword Heading Word (kf) fields

.jn         Searches are restricted to the Journal name field

adj         Retrieves records that contain terms next to each other (in the shown order)

adjN        Retrieves records that contain terms (in any order) within a specified number (N) of words of each other

/           Searches are restricted to the Subject Heading field

exp         The subject heading is exploded

pt.         Search is restricted to the publication type field

or/1-12     Combines sets 1 to 12 using OR

Hall R, *et al. Arch Dis Child* 2024;0:1–7. doi: 10.1136/archdischild-2023-326112