Case No. 24-5588

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

STATE OF TENNESSEE; COMMONWEALTH OF KENTUCKY; STATE OF OHIO; STATE OF INDIANA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA

    Plaintiffs - Appellees

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL; A.C., by her next friend and mother Next Friend, Abigail Cross

    Intervenors - Plaintiffs - Appellees

v.

MIGUEL CARDONA, in his official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION;

    Defendants - Appellants

Upon consideration of the motion for leave to file a corrected Amicus Brief, it is **ORDERED** that the motion be, and it hereby is **GRANTED**.  The Amicus Brief filed on October 16, 2024 is accepted as properly filed.

                                   **ENTERED BY ORDER OF THE COURT**
                                   Kelly L. Stephens, Clerk

Issued: October 22, 2024