# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee**; **Commonwealth of Kentucky**; **State of Ohio**; **State of Indiana**; **Commonwealth of Virginia**; and **State of West Virginia**, *Plaintiffs,* and **Christian Educators Association International**; **A.C.**, by her next friend and mother, Abigail Cross, *Intervenor-Plaintiffs,* v. **Miguel Cardona**, in his official capacity as Secretary of Education; and **United States Department of Education**, *Defendants.* | **Case No. 2:24-cv-00072-DCR-CJS** District Court Judge Danny C. Reeves Magistrate Judge Candace J. Smith |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenor-Plaintiffs A.C. and Christian Educators respectfully submit this notice to inform the Court of a recent change in authority.

On November 1, 2024, the Sixth Circuit vacated the panel's decision in *Parents Defending Education v. Olentangy Local School District Board of Education*, 109 F.4th 453 (6th Cir. 2024) (*PDE*), and granted rehearing en banc. The Department cited the panel opinion to support expanding Title IX's definition of hostile-environment harassment beyond the standard set in *Davis ex rel. LaShonda D. v. Monroe County Board of Education*, 526 U.S. 629 (1999). *See* Defs.' Consolidated Opp'n to Pls.' and Intervenor-Pls.' Mot. for Summ. J and Supp. Mem.,

ECF No. 134 at 30–31; Defs.' Reply in Supp. of Cross-Mot. for Summ. J., ECF No. 137 at 15, 17. As plaintiffs have explained, the panel decision in *PDE* did not support the Department's new harassment rule in any event. *See* State Consolidated Reply Supp. Their Summ. J. Mot. and Opp'n to Defs.' Cross-Mot. for Summ. J. and Supp. Mem., ECF No. 135 at 16. Now the Sixth Circuit has vacated it, so any reliance would be misplaced.

A copy of the Sixth Circuit's order vacating the panel's opinion and judgment and granting rehearing en banc is attached.

Respectfully submitted this 8th day of November, 2024.

By: */s/ Natalie D. Thompson*

Rachel A. Rouleau, *pro hac vice*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

Jonathan A. Scruggs, *pro hac vice*
Arizona Bar No. 030505
Henry W. Frampton, IV, *pro hac vice*
South Carolina Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Natalie D. Thompson, *pro hac vice*
DC Bar No. 90026665
**Alliance Defending Freedom**
440 First Street NW, Suite 600

Edward L. Metzger III
Kentucky Bar No. 94138
**Omega Law PLLC**
P.O. Box 559
Union, KY 41091
(859) 898-2140
Lee@nkylaw.net

2

Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for Intervenor-Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

> By: */s/ Natalie D. Thompson*
> Natalie D. Thompson
> **Alliance Defending Freedom**
> 440 First Street NW, Suite 600
> Washington, DC 20001