IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs*,<br><br>and<br><br>CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, and A.C., by her next friend and mother, Abigail Cross,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 2:24-cv-00072-DCR-CJS<br>District Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

## NOTICE OF WITHDRAWAL

Counsel for the State of Tennessee, in accordance with LR 83.6, respectfully provides notice that Brian Daniel Mounce, counsel in the Office of the Tennessee Attorney General, is withdrawing from representation. Undersigned counsel is leaving his current position, has notified parties, and is entering private practice. The State of Tennessee is currently represented by Whitney Hermandorfer, Director of Strategic Litigation, J. Matthew Rice, Solicitor General, Steven Griffin, Senior Strategic Litigation Counsel, and Virginia Adamson, Strategic Litigation Counsel and

Assistant Solicitor General. Litigation will not be impeded by the undersigned's withdrawal nor will the parties face any prejudice.

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL & REPORTER

s/ *Brian Daniel Mounce*
BRIAN DANIEL MOUNCE, BPR 39545
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-1400
Brian.mounce@ag.tn.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Brian Daniel Mounce, certify that on November 19, 2024, a true copy of the foregoing was forwarded to all counsel of record via the Court's electronic filing system.

/s/ *Brian Daniel Mounce*
BRIAN DANIEL MOUNCE