UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| STATE OF TENNESSEE, et al. ) | |
| ) | Civil Action No. 2:24-72-DCR-CJS |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MIGUEL CARDONA, et al. ) | |
| ) | |
| Defendants. ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the Notice of Withdrawal filed by Attorney Brian Daniel Mounce. (R. 140). Upon review of the Notice, the Court observes that it complies with Local Rule 83.6(b); accordingly, **IT IS ORDERED** that the Notice of Withdrawal (R. 140) is hereby **APPROVED**. Following service of this Order to counsel of record, Attorney Mounce may be termed from the docket sheet and removed from the case electronic service list.

Signed this 3rd day of December, 2024.



Signed By:
Candace J. Smith
United States Magistrate Judge

G:\Judge-CJS\DATA\Orders\civil cov\2024\24-72-DCR order re Notice of Withdrawal.docx