UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| STATE OF TENNESSEE, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 2:24-cv-00072-DCR-CJS<br>District Judge Danny C. Reeves<br>Magistrate Judge Candace J. Smith |

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned attorney, Benjamin Takemoto, of the United States Department of Justice, Civil Division, Federal Programs Branch, withdraws his appearance in the above-captioned case on behalf of all Defendants. Defendants have been notified of this withdrawal, and all other attorneys for Defendants remain attorneys of record in this case. *See* E.D. Ky. L.R. 83.6(b).

Date: January 4, 2025

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Benjamin Takemoto*
BENJAMIN TAKEMOTO
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 532-4252
Email: benjamin.takemoto@usdoj.gov

*Counsel for the Defendants*