UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| STATE OF TENNESSEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 24-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIGUEL CARDONA, in his Official Capacity as Secretary of Education, et al., | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Court having been advised that the Memorandum Opinion and Order entered January 9, 2025, contains an inadvertent omission, it is hereby

**ORDERED** that Section V. paragraph 1. (page 15) of the Memorandum Opinion and Order entered January 9, 2025, [Record No. 143] is amended as follows:

1. The motion for summary judgment filed by Plaintiffs Commonwealth of Kentucky, Commonwealth of Virginia, State of Indiana, State of Tennessee, State of West Virginia, and State of Ohio [Record No. 126] is **GRANTED**.

Dated: January 10, 2025.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky