# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| STATE OF TENNESSEE et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, et al., <br><br> *Defendants*. | No. 2:24-cv-00072 |

## NOTICE OF WITHDRAWAL

Notice is hereby given that John T. Lewis withdraws as counsel for Defendants in the above-captioned matter and requests that his name be removed from the docket. Defendants will continue to be represented by the other counsel of record who have entered an appearance.

Dated: January 16, 2025

Respectfully submitted,

*/s/ John T. Lewis*
JOHN T. LEWIS (D.C. Bar No. 1033826)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 16, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ John T. Lewis*
John T. Lewis
