# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00072 |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.6(b), Brendan T. Chestnut provides notice of his withdrawal as counsel for the Commonwealth of Virginia. The Commonwealth will continue to be represented in this case by Kevin M. Gallagher as attorney of record and has been notified of the withdrawal.

Dated: February 10, 2025                             Respectfully submitted,

*/s/ Brendan T. Chestnut*
BRENDAN T. CHESTNUT
  *Deputy Solicitor General*

| | |
|---|---|
| JASON S. MIYARES<br>  *Attorney General*<br><br>Kevin M. Gallagher<br>  *Principal Deputy Solicitor General* | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 692-0551 – Telephone<br>(804) 371-2087 – Facsimile<br>BChestnut@oag.state.va.us<br>*Counsel for Plaintiffs* |

## CERTIFICATE

I certify that on February 10, 2025, this document was filed electronically with the Court through CM/ECF and served upon all registered parties.

                                        */s/ Brendan T. Chestnut*
                                        BRENDAN T. CHESTNUT
                                          *Deputy Solicitor General*