**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)**

| | |
|---|---|
| STATE OF TENNESSEE, et al., | |
| Plaintiffs, | |
| and | |
| CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, et al., | Case No. 2:24-072-DCR |
| Plaintiffs-Intervenors, | |
| v. | |
| DENISE CARTER, in her interim official capacity as Secretary of Education, et al., | |
| Defendants, | |
| and | |
| A BETTER BALANCE, | |
| [Proposed] Intervenor-Defendant. | |

**PROPOSED INTERVENOR-DEFENDANT A BETTER BALANCE'S
MOTION TO INTERVENE**

Proposed Intervenor A Better Balance ("ABB") moves to intervene as a defendant under Federal Rule of Civil Procedure 24. ABB is a national nonprofit organization that advocates for pregnant, parenting, and caregiving workers and students. The regulation at issue in this case includes provisions that protect pregnant and postpartum students. *See* 34 C.F.R. § 106.40. ABB seeks to intervene in this case to file an appeal and try to revive those portions of the regulation. For the reasons explained in the attached memorandum of law, ABB is entitled to both mandatory

and permissive intervention. The existing parties have informed ABB, through counsel, that they oppose ABB's motion to intervene.

Dated: February 26, 2025

Respectfully Submitted,

/s/ *Ned Pillersdorf*
Ned Pillersdorf
Janet Stumbo
PILLERSDORF LAW OFFICES
124 West Court Street
Prestonsburg, KY 41653
Phone: (606) 886-6090
pillersn@gmail.com
jstumbo@gmail.com

Matthew Borden*
Kory DeClark*
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808
borden@braunhagey.com
declark@braunhagey.com

Christman Rice*
Marissa R. Benavides*
Lily (Haeun) Kim*
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (415) 276-1808
rice@braunhagey.com
benavides@braunhagey.com
kim@braunhagey.com

[Continued on next page]

        Alexandra Z. Brodsky*
        Sean Ouellette*
        Adele P. Kimmel*
        PUBLIC JUSTICE
        1620 L Street NW
        Suite 630
        Washington, DC 20036
        Phone: (202) 797-8600
        abrodsky@publicjustice.net
        souellette@publicjustice.net
        akimmel@publicjustice.net

        Leila Nasrolahi*
        PUBLIC JUSTICE
        475 14th Street
        Unit 610
        Oakland, CA 94612
        Phone: (510) 622-8250
        lnasrolahi@publicjustice.net

        *Pro hac vice motions forthcoming*

        *Counsel for Proposed Intervenor-Defendant*

## CERTIFICATE OF SERVICE

I certify that on February 26, 2025, the above document was filed with the CM/ECF filing system, which electronically serves a copy to all counsel of record.

DATED: February 26, 2025                                     /s/ *Ned Pillersdorf*
                                                              Ned Pillersdorf