**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)**

| | |
|---|---|
| STATE OF TENNESSEE, et al., | |
| Plaintiffs, | |
| and | |
| CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, et al., | Case No. 2:24-072-DCR |
| Plaintiffs-Intervenors, | |
| v. | |
| DENISE CARTER, in her interim official capacity as Secretary of Education, et al., | |
| Defendants, | |
| and | |
| A BETTER BALANCE, | |
| [Proposed] Intervenor-Defendant. | |

**PROPOSED INTERVENOR-DEFENDANT A BETTER BALANCE'S
ANSWER TO INTERVENOR-PLAINTIFFS' COMPLAINT**

Proposed Intervenor-Defendant A Better Balance ("ABB"), by and through their undersigned counsel, hereby answers Intervenor-Plaintiffs' complaint as follows:

<u>**ANSWER**</u>

**JURISDICTION AND VENUE**

1.      Paragraph 1 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

2.      Paragraph 2 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

3.      Paragraph 3 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that 28 U.S.C. § 1361 provides generally that federal district courts have "original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." ABB denies that an injunction is appropriate in this case.

4.      Paragraph 4 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that the APA waives sovereign immunity and provides the right to judicial review of agency action in appropriate cases. ABB denies that Plaintiffs have a valid cause of action under the APA in this case.

5.      Paragraph 5 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that this Court has the power to review and enjoin unlawful agency actions. ABB denies that an injunction is appropriate in this case.

6.      Paragraph 6 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that the Declaratory Judgment Act, the APA, and Federal Rule of Civil Procedure 57 authorize federal courts to issue declaratory judgments. ABB denies that a declaratory judgment is appropriate in this case.

7.      Paragraph 7 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that 28 U.S.C. § 1343 and Federal Rule of Civil Procedure 65 authorize federal courts to issue injunctions. ADD denies that an injunction is appropriate in this case.

8.      Paragraph 8 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that 28 U.S.C. § 2412 authorize courts to award costs and attorneys' fees in appropriate cases against the United States. ABB denies that Plaintiffs should be awarded costs and attorneys' fees in this case.

9.      ABB admits that Plaintiff Kentucky resides in this District. The remaining allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to their truth of the allegations contained in paragraph 9 and therefore denies them.

## INTERVENORS

10.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and therefore denies them.

11.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 and therefore denies them.

12.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 and therefore denies them.

13.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 and therefore denies them.

14.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 and therefore denies them.

## DEFENDANTS

15.    ABB denies the allegations contained in paragraph 15. Miguel Cardona ended his tenure as Secretary of the United States Department of Education on January 17, 2025. As such, his address is no longer 400 Maryland Avenue, SW, Washington, D.C. 20202.

16.    ABB denies the allegations contained in paragraph 16. Mr. Cardona is no longer employed at the United States Department of Education.

17.    ABB admits that Defendant United States Department of Education (Department) is an agency under 5 U.S.C. §§ 551 and 701(b)(1), that the Department's address is 400 Maryland Avenue SW, Washington, D.C. 20202. ABB admits in part and denies in part that the Department implements and enforces Title IX and the rule. The Department implements and enforces rules and regulations with respect to Title IX, including the rule at issue in this litigation. Title IX is also enforceable through a private right of action.

## BACKGROUND

18.    ABB admits the allegations contained in paragraph 18.

19.    ABB admits the allegations contained in paragraph 19.

20.    Paragraph 20 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted to the extent that Title IX was enacted in part to protect women and girls from sex discrimination. ABB otherwise denies paragraph 20 because Title IX protects other people from sex discrimination as well.

21.    Paragraph 21 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted to the extent that women have faced discrimination in educational opportunities. ABB otherwise denies paragraph 21.

22.     ABB admits that before 1972, many schools and colleges did not field women's and girls' teams that were comparable to men's and boys' teams—if they had any women's teams at all. ABB denies the remainder of the allegations in paragraph 22.

23.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 and therefore denies them.

24.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 and therefore denies them.

25.     ABB admits the allegations contained in paragraph 25.

26.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 and therefore denies them.

27.     Paragraph 27 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits the allegations contained in paragraph 27.

28.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 and therefore denies them.

29.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 and therefore denies them.

30.     ABB admits the allegations contained in paragraph 30.

31.     ABB admits the allegations contained in paragraph 31.

32.     ABB admits the allegations contained in paragraph 32.

33.     ABB admits the allegations contained in paragraph 33.

34.     Paragraph 34 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits the allegations contained in paragraph 34.

35.    ABB admits the allegations contained in paragraph 35.

36.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 and therefore denies them.

37.    ABB denies the allegations in paragraph 37.

38.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 and therefore denies them.

39.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 and therefore denies them.

40.    Paragraph 40 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

41.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 and therefore denies them.

42.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 and therefore denies them.

43.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 and therefore denies them.

44.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 and therefore denies them.

45.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 and therefore denies them.

46.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 and therefore denies them.

47.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 and therefore denies them.

48.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 and therefore denies them.

49.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 and therefore denies them.

50.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 and therefore denies them.

51.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 and therefore denies them.

52.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 and therefore denies them.

53.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 and therefore denies them.

54.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 and therefore denies them.

55.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 and therefore denies them.

56.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 and therefore denies them.

57.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 and therefore denies them.

58.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 and therefore denies them.

59.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 and therefore denies them.

60.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 and therefore denies them.

61.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 and therefore denies them.

62.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 and therefore denies them.

63.     ABB admits that certain states have passed the statutes cited in paragraph 63. ABB is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 and therefore denies them.

64.     ABB admits that certain states have passed the statutes cited in paragraph 64. ABB is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 and therefore denies them.

65.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 and therefore denies them.

66.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 and therefore denies them.

67.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 and therefore denies them.

68.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 and therefore denies them.

69.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 and therefore denies them.

70.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 and therefore denies them.

71.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 and therefore denies them.

72.     ABB admits the allegations contained in paragraph 72.

73.     ABB denies the allegations contained in paragraph 73.

74.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 and therefore denies them.

75.     ABB admits the allegations in paragraph 77.

76.     ABB admits the allegations in paragraph 76.

77.     ABB admits the allegations in paragraph 77.

78.     ABB admits that on April 16, 2024, the Fourth Circuit ruled that West Virginia's Act violates Title IX as applied to B.P.J., but denies the remainder of the allegations in Paragraph 78.

79.     Paragraph 79 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

80.     ABB admits the allegations in paragraph 80.

81.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 and therefore denies them.

82.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 and therefore denies them.

83.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 and therefore denies them.

84.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 and therefore denies them.

85.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 and therefore denies them.

86.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 and therefore denies them.

87.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 and therefore denies them.

88.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 and therefore denies them.

89.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 and therefore denies them.

90.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 and therefore denies them.

91.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 and therefore denies them.

92.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 and therefore denies them.

93.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 and therefore denies them.

94.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 and therefore denies them.

95.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 and therefore denies them.

96.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 and therefore denies them.

97.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 and therefore denies them.

98.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 and therefore denies them.

99.     ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 and therefore denies them.

100.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 and therefore denies them.

101.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 and therefore denies them.

102.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 and therefore denies them.

103.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 and therefore denies them.

104.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 and therefore denies them.

105.    Paragraph 105 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

106.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 and therefore denies them.

107.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 and therefore denies them.

108.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 and therefore denies them.

109.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 and therefore denies them.

110.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110 and therefore denies them.

111.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 and therefore denies them.

112.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 and therefore denies them.

113.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 and therefore denies them.

114.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 and therefore denies them.

115.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115 and therefore denies them.

116.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 and therefore denies them.

117.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 and therefore denies them.

118.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 and therefore denies them.

119.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 and therefore denies them.

120.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 and therefore denies them.

121.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 and therefore denies them.

122.    ABB denies the allegations contained in paragraph 122.

123.    Paragraph 123 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

124.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 and therefore denies them.

125.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 and therefore denies them.

126.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 and therefore denies them.

127.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 and therefore denies them.

128.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 and therefore denies them.

129.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 and therefore denies them.

130.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 and therefore denies them.

131.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 and therefore denies them.

132.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 and therefore denies them.

133.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 133 and therefore denies them.

134.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 and therefore denies them.

135.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 and therefore denies them.

136.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 and therefore denies them.

137.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137 and therefore denies them.

138.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 138 and therefore denies them.

139.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 139 and therefore denies them.

140.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 140 and therefore denies them.

141.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 141 and therefore denies them.

142.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 142 and therefore denies them.

143.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 143 and therefore denies them.

144.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 144 and therefore denies them.

145.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 145 and therefore denies them.

146.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 146 and therefore denies them.

147.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 147 and therefore denies them.

148.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 148 and therefore denies them.

149.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 149 and therefore denies them.

150.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 150 and therefore denies them.

151.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 151 and therefore denies them.

152.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 152 and therefore denies them.

153.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 153 and therefore denies them.

154.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 154 and therefore denies them.

155.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 155 and therefore denies them.

156.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 156 and therefore denies them.

157.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 157 and therefore denies them.

158.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 158 and therefore denies them.

159.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 159 and therefore denies them.

160.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 160 and therefore denies them.

161.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 161 and therefore denies them.

162.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 162 and therefore denies them.

163.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 163 and therefore denies them.

164.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 164 and therefore denies them.

165.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 165 and therefore denies them.

166.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 and therefore denies them.

167.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 and therefore denies them.

168.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 168 and therefore denies them.

169.    ABB denies the allegations in paragraph 169.

170.    Paragraph 170 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

171.    Paragraph 171 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

172.    Paragraph 172 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

173.    Paragraph 173 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that the Supreme Court stated that "other federal or state laws that prohibit sex discrimination" were not before the Supreme Court *Bostock v. Clayton County*. The allegations in paragraph 173 are otherwise denied.

174.    Paragraph 174 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that the Supreme Court's decision in *Bostock v. Clayton County* did not compare the text of Title VII with the text of Title IX. ABB otherwise denies the allegations in paragraph 174.

175.    Paragraph 175 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that the Supreme Court's decision in *Bostock* did not discuss Title IX. ABB otherwise denies the allegations in paragraph 175.

176.    ABB admits the allegations contained in paragraph 176.

177.    ABB admits the allegations contained in paragraph 177.

178.    ABB admits the allegations contained in paragraph 178.

179.    ABB admits the allegations contained in paragraph 179.

180. ABB admits the allegations contained in paragraph 180.

181. ABB admits the allegations in paragraph 181.

182. ABB admits the allegations in paragraph 182.

183. ABB admits the allegations in paragraph 183.

184. ABB admits the allegations in paragraph 184.

185. Paragraph 185 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations are admitted.

186. ABB admits the allegations contained in paragraph 186.

187. ABB admits the allegations contained in paragraph 187.

188. ABB admits the allegations contained in paragraph 188.

189. Paragraph 189 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied to the extent that it states that the Department of Education relied solely on *Bostock* in its 2022 notice of proposed rulemaking.

190. Paragraph 190 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

191. Paragraph 191 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

192. Paragraph 192 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that the final rule contains the quoted language. ABB otherwise denies the allegations in paragraph 192.

193.    Paragraph 193 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

194.    Paragraph 194 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

195.    Paragraph 195 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

196.    Paragraph 196 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

197.    Paragraph 197 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

198.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198 and therefore denies them.

199.    ABB admits the allegations contained in paragraph 199.

200.    ABB admits the allegations contained in paragraph 200.

201.    ABB denies the allegations in paragraph 201 as stated.

202.    Paragraph 202 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

203.    Paragraph 203 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

204.    Paragraph 204 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

205.     Paragraph 205 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of paragraph 205 because it is vague.

206.     Paragraph 206 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

207.     ABB denies the allegations in paragraph 207 as stated.

208.     Paragraph 208 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or sufficient information to form a belief as to the allegations in paragraph 208 and therefore denies them.

209.     Paragraph 209 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or sufficient information to form a belief as to the allegations in paragraph 209 and therefore denies them.

210.     Paragraph 210 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

211.     Paragraph 211 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or sufficient information to form a belief as to the allegation in paragraph 211 because the word "replace" is vague in context.

212.     Paragraph 212 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

213.     Paragraph 213 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

214.    Paragraph 214 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

215.    Paragraph 215 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted

216.    Paragraph 216 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

217.    Paragraph 217 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

218.    Paragraph 218 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

219.    Paragraph 219 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

220.    Paragraph 220 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

221.    Paragraph 221 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

222.    Paragraph 222 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

223.    Paragraph 223 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

224.    ABB denies the allegations in paragraph 224 as stated.

225.    Paragraph 225 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations are denied.

226.    Paragraph 226 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

227.    Paragraph 227 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

228.    Paragraph 228 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

229.    Paragraph 229 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

230.    Paragraph 230 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

231.    Paragraph 231 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

232.    ABB admits that the rules at issue were scheduled to take effect on August 1, 2024. ABB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 232 and therefore denies them.

233.    Paragraph 233 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

234.    Paragraph 234 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

235.    Paragraph 235 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

236.    Paragraph 236 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB admits that Tennessee passed Tenn. Code Ann. § 49-2-805. The allegations in paragraph 236 are otherwise denied.

237.    Paragraph 237 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

238.    Paragraph 238 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 238 and therefore denies them.

239.    Paragraph 239 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

240.    Paragraph 240 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

241.    Paragraph 241 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

242.    Paragraph 242 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

243.    Paragraph 243 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

244.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 244 and therefore denies them.

245.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 245 and therefore denies them.

246.    ABB denies the allegations in paragraph 246.

247.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 247 and therefore denies them.

248.    Paragraph 248 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

249.    Paragraph 249 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

250.    Paragraph 250 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

251.    Paragraph 251 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

252.    ABB denies the allegations contained in paragraph 252.

253.    ABB denies the allegations contained in paragraph 253.

254.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 254 and therefore denies them.

255.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 256 and therefore denies them.

256.    Paragraph 256 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

257.    Paragraph 257 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

258.    Paragraph 258 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

259.    Paragraph 259 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

260.    Paragraph 260 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

261.    Paragraph 261 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 261 and therefore denies them.

262.    Paragraph 262 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 262 and therefore denies them.

263.    Paragraph 263 contains a legal conclusion to which no response is required. To the extent a response is required, ABB denies the allegations in paragraph 263 as stated.

264.    Paragraph 264 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations in 264 because they are vague.

265.    Paragraph 265 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to

form a belief as to the truth of the allegations contained in paragraph 265 and therefore denies them.

266.    Paragraph 266 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 266 and therefore denies them.

267.    Paragraph 267 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 267 and therefore denies them.

268.    Paragraph 268 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

269.    Paragraph 269 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

270.    Paragraph 270 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or sufficient information to form a belief as to the truth of the allegations in paragraph 270 because they are vague.

271.    Paragraph 271 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 271 and therefore denies them.

272.    Paragraph 272 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to

27

form a belief as to the truth of the allegations contained in paragraph 272 and therefore denies
them.

273.    Paragraph 273 contains a legal conclusion to which no response is required. To
the extent a response is deemed required, ABB is without knowledge or information sufficient to
form a belief as to the truth of the allegations contained in paragraph 273 and therefore denies
them.

274.    Paragraph 274 contains a legal conclusion to which no response is required. To
the extent a response is deemed required, ABB is without knowledge or information sufficient to
form a belief as to the truth of the allegations contained in paragraph 274 and therefore denies
them.

275.    Paragraph 275 contains a legal conclusion to which no response is required. To
the extent a response is deemed required, ABB is without knowledge or information sufficient to
form a belief as to the truth of the allegations contained in paragraph 275 and therefore denies
them.

276.    Paragraph 276 contains a legal conclusion to which no response is required. To
the extent a response is deemed required, ABB is without knowledge or information sufficient to
form a belief as to the truth of the allegations contained in paragraph 276 and therefore denies
them.

277.    Paragraph 277 contains a legal conclusion to which no response is required. To
the extent a response is deemed required, ABB is without knowledge or information sufficient to
form a belief as to the truth of the allegations contained in paragraph 277 and therefore denies
them.

278.    Paragraph 278 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

279.    Paragraph 279 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 279 and therefore denies them.

280.    ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 280 and therefore denies them.

281.    Paragraph 280 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 280 and therefore denies them.

282.    Paragraph 282 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 282 because they are vague.

283.    Paragraph 283 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 283 and therefore denies them.

284.    Paragraph 284 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

285.    Paragraph 285 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 285 and therefore denies them.

286.    Paragraph 286 contains a legal conclusion to which no response is required. To the extent a response is required, ABB denies the allegations in paragraph 286.

287.    Paragraph 287 contains a legal conclusion to which no response is required. To the extent a response is required, ABB is without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations contained in paragraph 287 and therefore denies them.

288.    Paragraph 288 contains a legal conclusion to which no response is required. To the extent a response is required, ABB denies the allegations in paragraph 288.

289.    Paragraph 289 contains a legal conclusion to which no response is required. To the extent a response is required, ABB denies the allegations in paragraph 289.

290.    Paragraph 290 contains a legal conclusion to which no response is required. To the extent a response is required, ABB denies the allegations in paragraph 290.

291.    Paragraph 291 contains a legal conclusion to which no response is required. To the extent a response is required, ABB is without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations contained in paragraph 291 and therefore denies them.

292.    Paragraph 292 contains a legal conclusion to which no response is required. To the extent a response is required, ABB is without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations contained in paragraph 292 and therefore denies them.

## CLAIM I

293.    ABB incorporates by reference its answer to all other paragraphs.

294.    ABB admits the allegations in paragraph 294.

295.    Paragraph 295 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

296.    Paragraph 296 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

297.    Paragraph 297 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

298.    Paragraph 298 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

299.    Paragraph 299 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

300.    Paragraph 300 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

301.    Paragraph 301 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

302.    Paragraph 302 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

303.    Paragraph 303 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

304.    Paragraph 304 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

305.    Paragraph 305 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

306.    Paragraph 306 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

307.    Paragraph 307 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

308.    Paragraph 308 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

309.    Paragraph 309 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

310.    Paragraph 310 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

311.    Paragraph 311 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

312.    Paragraph 312 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

313.    Paragraph 313 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

314.    Paragraph 314 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

315.    Paragraph 315 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

316.     Paragraph 316 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

317.     Paragraph 317 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

318.     Paragraph 318 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

319.     Paragraph 319 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

320.     Paragraph 320 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

321.     Paragraph 321 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

322.     Paragraph 322 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

323.     Paragraph 323 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

324.     Paragraph 324 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

## CLAIM II

325.     ABB incorporates by reference its answer to all other paragraphs.

326.     ABB admits the allegations in paragraph 326.

33

327.    Paragraph 327 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

328.    Paragraph 328 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

329.    Paragraph 329 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

330.    Paragraph 330 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted to the extent that the First Amendment protects certain speech on matters of public concern by individuals who are educators. The allegations contained in paragraph 330 are otherwise denied.

331.    Paragraph 331 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

332.    Paragraph 332 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

333.    Paragraph 333 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

334.    Paragraph 334 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations contained in paragraph 334 and therefore denies them.

335.    Paragraph 335 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied as stated.

336.    Paragraph 336 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations contained in paragraph 336 and therefore denies them.

337.    Paragraph 337 contains a legal conclusion to which no response is required. To the extent a response is deemed required, ABB is without knowledge or information sufficient to form a belief in the truth of the allegations of paragraph 337 because it is vague.

338.    Paragraph 338 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

339.    Paragraph 339 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

340.    Paragraph 340 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

341.    Paragraph 341 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

342.    Paragraph 342 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

**CLAIM III**

343.    ABB incorporates by reference its answer to all other paragraphs.

344.    Paragraph 344 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

345.    Paragraph 345 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is admitted.

346.    Paragraph 346 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

347.    Paragraph 347 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

348.    Paragraph 348 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

349.    Paragraph 349 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

350.    Paragraph 350 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

351.    Paragraph 351 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

352.    Paragraph 352 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

353.    Paragraph 353 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

354.    Paragraph 354 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

355.    Paragraph 355 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

356.    Paragraph 356 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

357.    Paragraph 357 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

358.    Paragraph 358 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

359.    Paragraph 359 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

360.    Paragraph 360 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

361.    Paragraph 361 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

362.    Paragraph 362 contains a legal conclusion to which no response is required. To the extent a response is deemed required, the allegation is denied.

## AFFIRMATIVE DEFENSES

ABB sets forth below its defenses and affirmative defenses. Each defense and affirmative defense is asserted as to all causes of action. By setting forth these defenses and affirmative defenses, ABB does not assume the burden of proving any fact, issue, or element of a claim where such burden properly belongs to Plaintiffs. ABB also reserves the right to allege additional defenses and affirmative defenses as they become known or as they evolve during litigation.

## **FIRST DEFENSE**
### **(Failure to State a Claim)**

363.    The Complaint fails to state a claim upon which relief may be granted regarding 34 C.F.R. § 106.40.

## **PRAYER FOR RELIEF**

Wherefore, Proposed Intervenor A Better Balance respectfully requests that the Court dismiss Intervenor-Plaintiffs' claims with prejudice with respect to 34 C.F.R. § 106.40.

DATED: February 26, 2025

Respectfully submitted,

/s/ *Ned Pillersdorf*
Ned Pillersdorf
Janet Stumbo
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, KY 41653
Phone: (606) 886-6090
pillersn@gmail.com
jstumbo@gmail.com

Matthew Borden*
Kory DeClark *
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Phone: (415) 599-0210
borden@braunhagey.com
declark@braunhagey.com

Christman Rice*
Marissa Benavides*
Lily (Haeun) Kim*
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Phone: (646) 829-9403
rice@braunhagey.com
benavides@braunhagey.com
kim@braunhagey.com

Alexandra Z. Brodsky*
Sean Ouellette*
Adele P. Kimmel*
PUBLIC JUSTICE
1620 L Street NW
Suite 630
Washington, DC 20036
Phone: (202) 797-8600
abrodsky@publicjustice.net
souellette@publicjustice.net
akimmel@publicjustice.net

[continued on next page]

Leila Nasrolahi*
PUBLIC JUSTICE
475 14th Street
Unit 610
Oakland, CA 94612
Phone: (510) 622-8250
lnasrolahi@publicjustice.net

*Pro hac vice motions forthcoming*

*Attorneys for Proposed Intervenor-Defendant*