**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, <br><br> *Plaintiffs,* <br><br> and <br><br> CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, and A.C., by her next friend and mother, Abigail Cross, <br><br> *Intervenor-Plaintiffs,* <br><br><br> v. <br><br> DENISE CARTER, in her interim official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants.* | Case No. 2:24-cv-00072-DCR-CJS <br> District Judge Danny C. Reeves <br> Magistrate Judge Candace J. Smith |

**THE STATES' NOTICE OF INTENTION TO FILE AN OPPOSITION TO
MOTIONS OF PROPOSED INTERVENOR-DEFENDANT**

On February 26, 2025, a nonprofit organization called A Better Balance filed a Motion to Intervene in this action for purposes of taking an appeal, Doc. # 152, as well as a Motion for Extension of Time to File a Notice of Appeal, Doc. # 153. A Better Balance also has requested expedited consideration and disposition of its motions; most relevant here, it requests that this Court resolve the motion to intervene by March 6, 2025 should the Court not grant the requested extension of the appeal deadline. *See* Doc. # 153, at 5.

Consistent with the pending filings' representations, the Plaintiff-States previously informed A Better Balance that they oppose both motions.  Although the default 21-day response time would otherwise apply, the Plaintiff-States respectfully write to inform the Court that they intend to file a consolidated opposition to the motions no later than 12:00pm on Thursday, March 6, 2025.


Dated: February 27, 2025

**RUSSELL COLEMAN**
  Attorney General

/s/ *Justin D. Clark*
JUSTIN D. CLARK
  Civil Chief
VICTOR B. MADDOX
  Counsel for Special Litigation
LINDSEY R. KEISER
  Assistant Attorney General
**Kentucky Office of the Attorney General**
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
victor.maddox@ky.gov
justind.clark@ky.gov
lindsey.keiser@ky.gov

*Counsel for the Commonwealth of Kentucky*


Respectfully Submitted,

**JONATHAN SKRMETTI**
  Attorney General and Reporter

/s/ *Whitney D. Hermandorfer*
J. MATTHEW RICE*
  Solicitor General
WHITNEY D. HERMANDORFER*
  Director of Strategic Litigation
STEVEN J. GRIFFIN*
  Senior Counsel for Strategic Litigation &
Assistant Solicitor General
VIRGINIA N. ADAMSON*
  Counsel for Strategic Litigation &
Assistant Solicitor General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
matt.rice@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
steven.griffin@ag.tn.gov
jenna.adamson@ag.tn.gov

*Counsel for the State of Tennessee*

**THEODORE E. ROKITA**
  Attorney General

*/s/ James A. Barta*
JAMES A. BARTA*
  Solicitor General
CORRINE L. YOUNGS*
  Policy Director and Legislative Counsel
JOSHUA DAVID*
  Deputy Attorney General - Policy
**Indiana Attorney General's Office**
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov
corrine.youngs@atg.in.gov
joshua.david@atg.in.gov

*Counsel for the State of Indiana*


**JASON S. MIYARES**
  Attorney General

*/s/ Kevin M. Gallagher*
KEVIN M. GALLAGHER*
  Principal Deputy Solicitor General
**Virginia Attorney General's Office**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for the Commonwealth of Virginia*


**DAVE YOST**
  Attorney General

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER*
  Solicitor General
MATHURA SRIDHARAN*
  Deputy Solicitor General
**Office of the Ohio Attorney General**
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
thomas.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov

*Counsel for the State of Ohio*


**JOHN B. MCCUSKEY**
  Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS*
  Solicitor General
**Office of the West Virginia Attorney General**
State Capitol, Bldg. 1, Room E-26
1900 Kanawha Blvd. E.
Charleston, West Virginia 25305
304-558-2021
michael.r.williams@wvago.gov

*Counsel for the State of West Virginia*


*\*Admitted pro hac vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2025 a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system, which provided copies of the foregoing to all counsel of record.

/s/ *Whitney D. Hermandorfer*
WHITNEY D. HERMANDORFER