# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

**State of Tennessee; Commonwealth of Kentucky; State of Ohio; State of Indiana; Commonwealth of Virginia; and State of West Virginia**,
*Plaintiffs*,

and

**Christian Educators Association International; A.C., by her next friend and mother, Abigail Cross**,
*Intervenor-Plaintiffs*,

v.

**Miguel Cardona, in his official capacity as Secretary of Education; and United States Department of Education**,
*Defendants,*

**A Better Balance,**
*[Proposed] Intervenor-Defendant,*

and

**Victim Rights Law Center and Jane Doe,**
*[Proposed] Intervenor-Defendants*

2:24-cv-00072-DCR-CJS
Judge Danny C. Reeves

**PROPOSED INTERVENOR-DEFENDANTS VICTIM RIGHTS LAW CENTER AND JANE DOE'S MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24, proposed Intervenor-Defendants, the Victim Rights Law Center (VRLC), a nonprofit advocacy organization that provides legal assistance to student survivors of sex-based harassment, and Jane Doe, a student who was sexually assaulted in fall 2024, move to intervene.  They seek to intervene to appeal vacatur of the 2024 Title IX Rule's provisions that pertain to sex-based harassment, including the longstanding definition of hostile-environment sex-based harassment that the U.S. Department of Education had enforced for decades before the 2020 Title IX Rule.[1]  They also intend to defend numerous protections for survivors in the 2024 Title IX Rule that Plaintiffs and Intervenor-Plaintiffs did not specifically challenge.  Motions to extend the time to notice an appeal, to expedite the briefing schedule, and to permit Jane Doe to proceed pseudonymously are filed herewith.

In support of this motion, VRLC and Jane Doe rely on the memorandum of law filed herewith and state:

1.　　The vacatur of the 2024 Rule and resulting reversion to the 2020 Rule are inflicting direct and ongoing injuries on VRLC and Jane Doe.

---

[1] *See* Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance, 89 Fed. Reg. 33474 (Apr. 29, 2024) (the "2024 Rule"); Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance, 85 Fed. Reg. 30026 (May 19, 2020) (the "2020 Rule").

2

2.	VRLC and Jane Doe are entitled to intervene as of right to defend their interests in this matter, which are likely now unrepresented by the U.S. Department of Education.  Fed. R. Civ. P. 24(a).

3.	VRLC and Jane Doe also satisfy the requirements for permissive intervention.  Fed. R. Civ. P. 24(b).

For these reasons and those set forth in the accompanying memorandum of law, VRLC and Jane Doe respectfully ask this Court to grant their motion to intervene.

February 28, 2025

Respectfully submitted,

/s/ Jack S. Gatlin
Jack S. Gatlin (KBA 88899)
Gatlin Voelker PLLC
50 East Rivercenter, Suite 1275
Covington, KY 41011
Telephone: (859) 781-9100
jgatlin@gatlinvoelker.com

Shiwali Patel*
Rachel Smith*
Elizabeth Tang*
Elizabeth Theran*
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
spatel@nwlc.org
rsmith@nwlc.org
etang@nwlc.org
etheran@nwlc.org

3

Ellen Eardley*
Andrea Forsee*
Mehri & Skalet PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100
eeardley@findjustice.com
aforsee@findjustice.com

*Pro Hac Vice motions forthcoming

*Attorneys for Proposed Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Jack Gatlin*
Jack S. Gatlin (KBA 88899)
