# EXHIBIT C

Case: 2:24-cv-00072-DCR-CJS   Doc #: 164-4   Filed: 02/28/25   Page: 2 of 5 - Page
Case 4:24-cv-00461-O   Document 85   Filed 02/17/25   Page 1 of 4   PageID 4994
ID#: 5808

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT**,<br><br>*Plaintiff*,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION**; **DENISE CARTER**, in her official capacity as Acting Secretary of the United States Department of Education; **ASSISTANT SECRETARY FOR CIVIL RIGHTS AT THE UNITED STATES DEPARTMENT OF EDUCATION**, in her official capacity; **UNITED STATES DEPARTMENT OF JUSTICE**; **PAM BONDI**, in her official capacity as Attorney General of the United States; and **ASSISTANT ATTORNEY GENERAL FOR THE CIVIL RIGHTS DIVISION OF THE UNITED STATES DEPARTMENT OF JUSTICE**, in her official capacity,<br><br>*Defendants*. | Case No.: 4:24-cv-00461-O |

### JOINT STATUS REPORT

Pursuant to this Court's February 11 order, ECF No. 84, the parties submit this joint status report. The parties agree that this case is not moot.

This lawsuit challenges a Department of Education rule entitled "Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance," 89 Fed. Reg. 33,474 (Apr. 29, 2024) ("2024 Title IX Rule"). On January 9, the United States District Court for the Eastern District of Kentucky entered judgment vacating the Rule. *See Tennessee v. Cardona*, No. 2:24-072-DCR, ECF No. 143, 2025 WL 63795, at *7 (E.D. Ky. Jan. 9, 2025), *judgment*

1

*corrected*, ECF No. 146 (Jan. 10, 2025). The deadline for Defendants to appeal that judgment is March 10, 2025. Fed. R. App. P. 4(a)(1)(B).

Accordingly, the parties agree that this case remains a live controversy until either (1) the *Tennessee* judgment is affirmed on appeal and no further appellate review is available, or (2) the deadline to appeal passes without Defendants noticing an appeal.

Respectfully submitted this 17th day of February, 2025.

| | |
|---|---|
| **Brett A. Shumate** <br> Acting Assistant Attorney General <br><br> **Elizabeth Tulis** <br> Assistant Director <br> Federal Programs Branch <br><br> /s/ *Elizabeth Tulis* <br> **Pardis Gheibi** <br> Trial Attorney <br> **US DEPARTMENT OF JUSTICE, CIVIL DIVISION** <br> Federal Programs Branch <br> 1100 L Street NW <br> Washington, DC 20005 <br> Telephone: (202) 305-3246 <br> Fax: (202) 616-8470 <br> pardis.gheibi@usdoj.gov <br><br> **Counsel for Defendants** | /s/ *Mathew W. Hoffmann* <br> **Tyson C. Langhofer*** <br> Virginia Bar No. 95204 <br> **Mathew W. Hoffmann*** <br> Virginia Bar No. 100102 <br> **ALLIANCE DEFENDING FREEDOM** <br> 44180 Riverside Pkwy <br> Lansdowne, Virginia 20176 <br> Telephone: (571) 707-4655 <br> Facsimile: (571) 707-4656 <br> tlanghofer@ADFlegal.org <br> mhoffmann@ADFlegal.org <br><br> **Natalie D. Thompson** <br> Texas Bar No. 24088529 <br> **ALLIANCE DEFENDING FREEDOM** <br> 440 First Street NW, Suite 600 <br> Washington, DC 20001 <br> Telephone: (202) 393-8690 <br> Facsimile: (202) 347-3622 <br> nthompson@ADFlegal.org <br><br> **Jonathan A. Scruggs*** <br> Arizona Bar No. 030505 <br> **ALLIANCE DEFENDING FREEDOM** <br> 15100 N. 90th Street <br> Scottsdale, Arizona 85260 <br> Telephone: (480) 444-0020 <br> Facsimile: (480) 444-0028 <br> jscruggs@ADFlegal.org <br><br> **Tim Davis** <br> Texas Bar No. 24086142 <br> **Allison Allman** <br> Texas Bar No. 24094023 <br> **Trevor Paul** <br> Texas Bar No. 24133388 <br> **JACKSON WALKER LLP** <br> 777 Main Street, Suite 2100 <br> Fort Worth, Texas 76102 <br> Telephone: (817) 334-7200 <br> tdavis@jw.com <br> aallman@jw.com <br> tpaul@jw.com <br><br> **Counsel for Plaintiff Carroll ISD** <br><br> **Admitted pro hac vice* |

3

## CERTIFICATE OF SERVICE

I certify that on February 17, 2025, this document was served on all counsel of record via the Court's CM/ECF system.

<u>/s/ Mathew W. Hoffmann</u><br>
Mathew W. Hoffmann<br>
<b>Counsel for Plaintiff Carroll ISD</b>