# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee; Commonwealth of Kentucky; State of Ohio; State of Indiana; Commonwealth of Virginia; and State of West Virginia**, *Plaintiffs*, and **Christian Educators Association International; A.C., by her next friend and mother, Abigail Cross**, *Intervenor-Plaintiffs*, v. **Miguel Cardona, in his official capacity as Secretary of Education; and United States Department of Education,** *Defendants,* **A Better Balance,** *[Proposed] Intervenor-Defendant,* and **Victim Rights Law Center and Jane Doe,** *[Proposed] Intervenor-Defendants* | 2:24-cv-00072-DCR-CJS<br>Judge Danny C. Reeves |

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANTS VICTIM RIGHTS LAW CENTER AND JANE DOE'S MOTION TO INTERVENE

Upon consideration of proposed Intervenor-Defendants Victim Rights Law Center and Jane Doe's motion to intervene, Intervenor-Defendants' motion is hereby GRANTED.

IT IS SO ORDERED.

Date: _____    _____
United States District Judge