# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# (at Covington)

| | |
|---|---|
| STATE OF TENNESSEE et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, et al., <br><br> *Defendants*. | No. 2:24-cv-00072-DCR-CJS <br> District Judge Danny C. Reeves <br> Magistrate Judge Candace J. Smith |

## NOTICE OF WITHDRAWAL

In accordance with L.R. 83.6(b), notice is hereby given that Rebecca Kopplin withdraws as counsel for Defendants in the above-captioned matter. Undersigned counsel is leaving the Department of Justice and has notified Defendants of her withdrawal. Defendants will continue to be represented by the other counsel of record who have entered an appearance, including Pardis Gheibi and Elizabeth Tulis. Litigation will not be impeded by the undersigned's withdrawal nor will the parties face any prejudice.

Dated: March 4, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH TULIS
Assistant Branch Director

*/s/ Rebecca Kopplin*
Rebecca Kopplin (Cal. Bar No. 313970)
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 514-3953
Fax: (202) 616-8470
E-mail: rebecca.m.kopplin@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Rebecca Kopplin*
Rebecca Kopplin