# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **State of Tennessee; Commonwealth of Kentucky; State of Ohio; State of Indiana; Commonwealth of Virginia; and State of West Virginia**, *Plaintiffs*, and **Christian Educators Association International; A.C., by her next friend and mother, Abigail Cross**, *Intervenor-Plaintiffs*, v. **Miguel Cardona, in his official capacity as Secretary of Education; and United States Department of Education**, *Defendants*, **A Better Balance**, *[Proposed] Intervenor-Defendant*, and **Victim Rights Law Center and Jane Doe**, *[Proposed] Intervenor-Defendants* | 2:24-cv-00072-DCR-CJS<br>Judge Danny C. Reeves |

# [PROPOSED] INTERVENOR-DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that [Proposed] Intervenor-Defendants Victim Rights Law Center and Jane Doe hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on January 9, 2025 (docket entry no. 144), and from the amended final judgment entered in this action on January 10, 2025 (docket entry no. 146).

Dated: March 10, 2025

Shiwali Patel*
Rachel Smith*
Elizabeth Tang*
Elizabeth Theran*
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
spatel@nwlc.org
rsmith@nwlc.org
etang@nwlc.org
etheran@nwlc.org

Respectfully submitted,

/s/ Jack S. Gatlin
Jack S. Gatlin
Gatlin Voelker PLLC
50 East Rivercenter, Suite 1275
Covington, KY 41011
Telephone: (859) 781-9100
jgatlin@gatlinvoelker.com

Ellen Eardley*
Andrea Forsee*
Mehri & Skalet PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100
eeardley@findjustice.com
aforsee@findjustice.com

*Pro Hac Vice motions pending
*Attorneys for Proposed Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 10, 2025, a true and accurate copy of the foregoing Notice of Appeal was filed electronically via CM/ECF and served on all counsel of record.

<u>/s/ Jack S. Gatlin</u>
Jack S. Gatlin
Gatlin Voelker PLLC
50 East Rivercenter, Suite 1275
Covington, KY 41011
Telephone: (859) 781-9100
jgatlin@gatlinvoelker.com
