Form 1A

**Notice of Appeal to a Court of Appeals From a
Judgment of a District Court**

United States District Court for the Eastern District of Kentucky
District of Covington
Docket Number 2:24-072-DCR

| | |
|---|---|
| STATE OF TENNESSEE, et al., <br><br> Plaintiffs, <br><br> and <br><br> CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, et al., <br><br> Plaintiffs-Intervenors, <br><br> v. <br><br> LINDA MCMAHON, in her interim official capacity as Secretary of Education, et al., <br><br> Defendants, <br><br> and <br><br> A BETTER BALANCE, <br><br> [Proposed] Intervenor-Defendant. | Notice of Appeal |

[Proposed] Intervenor-Defendant A Better Balance appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on January 10, 2025.

*/s/Ned Pillersdorf*
Attorney for Intervenor-Defendant A Better Balance
Address: 124 West Court Street
  Prestonburg, KY 41653