**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 12, 2025

Mr. Jack Scott Gatlin
Gatlin Voelker
2500 Chamber Center Drive
Suite 203
Ft. Mitchell, KY 45017

          Re:  Case No. 25-5205, *TN, et al v. Linda McMahon, et al*
                Originating Case No. : 2:24-cv-00072

Dear Counsel,

   This appeal has been docketed as case number **25-5205** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **March 26, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

                Appellant:    Appearance of Counsel
                              Civil Appeal Statement of Parties & Issues
                              Disclosure of Corporate Affiliations
                              Application for Admission to 6th Circuit Bar (if applicable)

    Appellee:    Appearance of Counsel
                      Disclosure of Corporate Affiliations
                      Application for Admission to 6th Circuit Bar (if applicable)

   If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                                Sincerely yours,

                                                s/Roy G. Ford
                                                Case Manager
                                                Direct Dial No. 513-564-7016

cc:  Mr. James A. Barta
      Mr. John J. Bursch
      Mr. Thomas Elliot Gaiser
      Mr. Kevin Michael Gallagher
      Ms. Whitney D. Hermandorfer
      Mr. Matthew Franklin Kuhn
      Mr. Steven A. Myers
      Ms. Mathura Jaya Sridharan
      Mr. Michael Ray Williams

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 25-5205

STATE OF TENNESSEE; COMMONWEALTH OF KENTUCKY; STATE OF OHIO; STATE OF INDIANA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA

      Plaintiffs - Appellees

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL; A.C., by her next friend and mother,, Abigail Cross

      Intervenor - Plaintiffs - Appellees

LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION

      Defendants - Appellees

VICTIM RIGHTS LAW CENTER; JANE DOE

      Proposed Intervenors - Defendants - Appellants