**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 12, 2025

Mr. Ned B. Pillersdorf
Law Offices
124 W. Court Street
Prestonsburg, KY 41653

Re: Case No. 25-5206, *TN, et al v. Linda McMahon, et al*
Originating Case No. : 2:24-cv-00072

Dear Counsel,

This appeal has been docketed as case number **25-5206** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **March 26, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

        Appellee:    Appearance of Counsel
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                        Sincerely yours,

                                        s/Roy G. Ford
                                        Case Manager
                                        Direct Dial No. 513-564-7016

cc:  Mr. James A. Barta
      Mr. John J. Bursch
      Mr. Thomas Elliot Gaiser
      Mr. Kevin Michael Gallagher
      Ms. Whitney D. Hermandorfer
      Mr. Matthew Franklin Kuhn
      Mr. Steven A. Myers
      Mr. Michael Ray Williams

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-5206

STATE OF TENNESSEE; COMMONWEALTH OF KENTUCKY; STATE OF OHIO; STATE OF INDIANA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA

    Plaintiffs - Appellees

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL; A.C., by her next friend and mother Next Friend, Abigail Cross

    Intervenors - Plaintiffs - Appellees

v.

LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION

    Defendants - Appellees

A BETTER BALANCE

    Proposed Intervenor Defendant - Appellant