UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| STATE OF TENNESSEE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> LINDA MCMAHON, in her Official ) <br> Capacity as Secretary of Education,[1] et ) <br> al., ) <br> Defendants. ) | Civil Action No. 2: 24-072-DCR <br><br> **ORDER** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

A Better Balance ("ABB") filed a motion to intervene on February 26, 2025, for the limited purpose of appealing this Court's vacatur of the Department of Education's 2024 Final Rule entered on January 9, 2025. [Record No. 152] In another motion, ABB requested that the Court extend the time to file an appeal by thirty days. [Record No. 153] ABB also filed several *pro hac vice* motions. [*See* Record Nos. 154–162.]

Two days later, the Victims Right Law Center ("VRLC") by Jane Doe filed a motion to intervene to appeal this Court's order vacating the 2024 Final Rule. [Record No. 164] It also filed a motion to expand the time to file a notice of appeal, a motion to proceed pseudonymously as Jane Doe, and a motion for an expedited briefing schedule and a hearing. [Record Nos. 165–67] They, too, filed a litany of *pro hac vice* motions. [*See* Record Nos. 168–73.]

---

[1] Former Secretary of Education, Miguel Cardona, was replaced by Linda McMahon, who was confirmed by the Senate on March 3, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Linda McMahon is properly substituted for Miguel Cardona as a defendant in this suit.

- 1 -

On March 7, 2025, ABB filed an emergency motion to expedite the Court's ruling on the motion for an extension of time to file an appeal. [Record No. 179] It sought a ruling no later than March 10, 2025, at 6:00 p.m. so that it could timely file a notice of appeal Otherwise, it planned to timely file a notice of appeal that would divest this Court of jurisdiction to resolve the pending motions related to the appeal.

No ruling having been issued, both ABB and VRLC filed notices of appeal on March 10, 2025. [Record Nos. 181–82]

"'The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" *Taylor v. KeyCorp*, 680 F.3d 609, 616 (6th Cir. 2012) (quoting *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982)). Therefore, once a notice of appeal is filed, the district court lacks jurisdiction to rule on a pending motion to intervene. *See Taylor*, 680 F.3d at 616. Because the filing of a notice of appeal divests this Court of jurisdiction on "aspects of the case involved in the appeal" this Court no longer has jurisdiction to resolve those pending motions. *Id.* Accordingly, it is hereby

**ORDERED** as follows:

1. A Better Balance's motion to intervene [Record No. 152], motion to extend the time to file an appeal [Record No. 153], and emergency motion to expedite [Record No. 179] are **DENIED** as moot.

2. The motions to appear *pro hac vice* on behalf of A Better Balance for Alexandra Brodsky [Record No. 154], Adele Kimmel [Record No. 155], Leila Nasrolahi [Record No. 156], Sean Ouellette [Record No. 157], Marissa Benavides [Record No. 158], Christman Rice

[Record No. 159], Kory DeClark [Record No. 160], Matthew Borden [Record No. 161], and Lily Haeun Kim [Record No. 162] are **DENIED** as moot.

3.  The Victims Right Law Center and Jane Doe's motion intervene [Record No. 164], motion to expand the time to file a notice of appeal [Record No. 165], motion for an expedited briefing schedule and a hearing [Record No. 166] and motion to proceed pseudonymously as Jane Doe [Record No. 167] are **DENIED** as moot.

4.  The motions to appear *pro hac vice* on behalf of the Victims Right Law Center, by Jane Doe, for Shiwali Patel [Record No. 168], Rachel Smith [Record No. 169], Elizabeth Tang [Record No. 170], Elizabeth Theran [Record No. 171], Ellen Eardley [Record No. 172], and Andrea Forsee [Record No. 173] are **DENIED** as moot.

Dated: March 14, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky