# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-5588

_____

Filed: May 12, 2025

STATE OF TENNESSEE; COMMONWEALTH OF KENTUCKY; STATE OF OHIO; STATE OF INDIANA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA

       Plaintiffs - Appellees

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL; A.C., by her next friend and mother Next Friend, Abigail Cross

       Intervenors - Plaintiffs - Appellees

v.

MIGUEL CARDONA, in his official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION;

       Defendants - Appellants

### <u>MANDATE</u>

   Pursuant to the court's disposition that was filed 03/18/2025 the mandate for this case hereby issues today.

COSTS:  None