# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 12, 2025

Mr. Robert R. Carr
Eastern District of Kentucky at Covington
35 W. Fifth Street
Covington, KY 41011

      Re: Case No. 24-5588, *TN, et al v. Linda McMahon, et al*
           Originating Case No. : 2:24-cv-00072

Dear Mr. Carr:

  Enclosed is a copy of the mandate filed in this case.

                      Sincerely yours,

                      s/Patricia J. Elder, Senior Case Administrator
                        for Roy Ford, Case Manager

cc:  Ms. Virginia Adamson
     Ms. Jessica Ring Amunson
     Ms. Martha Astor
     Mr. James A. Barta
     Mr. Luke N. Berg
     Mr. Joseph Bingham
     Mr. William Bock III
     Ms. Lauren Adams Bone
     Ms. Cory Jennifer Brewer
     Mr. John J. Bursch
     Mr. James A. Campbell
     Ms. Sunu Chandy
     Mr. Donald Albert Daugherty Jr.
     Mr. James Patrick Davy
     Ms. Lisa Eisenberg
     Ms. Katie Eyer
     Ms. Laura Faer
     Mr. Benjamin Michael Flowers
     Mr. Thomas Elliot Gaiser

Mr. Kevin Michael Gallagher
Ms. Madeline Gitomer
Ms. Kaitlyn Golden
Mr. Steven James Griffin
Ms. Whitney D. Hermandorfer
Mr. John Hail Heyburn
Mr. Dylan L. Jacobs
Mr. Harrison Gray Kilgore
Mr. Matthew Franklin Kuhn
Ms. Sylvia May Mailman
Mr. Christopher Ernest Mills
Mr. Brian Daniel Mounce
Mr. Steven A. Myers
Mr. Robert Niles-Weed
Mr. Edward Nugent
Mr. William Jeffrey Olson
Ms. Jessica L. Palmer
Ms. Melissa N. Patterson
Mr. Joshua Kerry Payne
Mr. David Peters
Mr. James Matthew Rice
Ms. Christina Riehl
Mr. Jonathan Andrew Scruggs
Ms. Mathura Jaya Sridharan
Mr. Jack Starcher
Mr. David H. Thompson
Mr. William R. Wagner
Mr. Jacob P. Warner
Mr. John Marc Wheat

Enclosure