# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
### (at Covington)

STATE OF TENNESSEE,
COMMONWEALTH OF KENTUCKY,
STATE OF OHIO, STATE OF INDIANA,
COMMONWEALTH OF VIRGINIA, and
STATE OF WEST VIRGINIA,

                    Plaintiffs,

    and

CHRISTIAN EDUCATORS ASSOCIATION
INTERNATIONAL, and A.C., by her next
friend and mother, Abigail Cross,

                  Intervenor-Plaintiffs,

    v.

LINDA MCMAHON, in her official capacity
as Secretary of Education, and UNITED
STATES DEPARTMENT OF EDUCATION,

                  Defendants,

    and

A BETTER BALANCE,

         Proposed Intervenor-Defendants,

    and

VICTIM RIGHTS LAW CENTER,

         Proposed Intervenor-Defendants.

Case No. 2:24-00072-SCM-CJS

## DEFENDANTS AND PROPOSED INTERVENOR-DEFENDANTS'
## MOTION FOR EXTENSION OF TIME

COME NOW Defendants LINDA MCMAHON, *et al*. ("Defendants") and Proposed Intervenor-Defendants A BETTER BALANCE and VICTIM RIGHTS LAW CENTER ( "Proposed Intervenor-Defendants" and, together with Defendants, the "Movants"), by and through their respective counsel of record, and respectfully move the Court for an extension of time to file Defendants' second response to Proposed Intervenor-Defendants' Motions to Intervene and Proposed Intervenor-Defendants' Reply in support of their Motions to Intervene, on the following grounds:

1.    Following the United States Court of Appeals for the Sixth Circuit's remand of this action for the limited purpose of resolving previously mooted motions to intervene, on October 20, 2025, the Court reinstated the Proposed Intervenor-Defendants' Motions to Intervene [Record No. 199].

2.    In its October 20 Order, the Court noted that Eastern District of Kentucky Chief Judge David L. Bunning had entered General Order 25-12 ("Holding Certain Civil Matters in Abeyance"), which suspended and held in abeyance all civil litigation involving the United States of America due to the lapse in congressional appropriation, and stayed this matter pending the expiration of General Order 25-12 or any extension of that order. *Id.*

3.    In the same order, the Court instructed that, once the stay lifts, Defendants will have fourteen days to file second responses to Proposed Intervenor-Defendants' Motions to Intervene, and Proposed Intervenor-Defendants will then have five days to file replies. *Id.* The Court did not instruct any other party to file responsive papers. *Id.*

4.    General Order 25-12 expired on October 29, but General Order 25-14 extended the district court's abeyance order for an additional fourteen days, through November 12. *See* General Order No. 25-14, In Re: Holding Certain Civil Matters in Abeyance (E.D. Ky. Oct. 29, 2025), https://www.kyed.uscourts.gov/sites/kyed/files/gen25-14_Holding_Certain_Civil_Matters_In_Abeyance.pdf.

5.    General Order 25-14 expired on November 12 and was not further extended.

6.      Defendants' second responses to Proposed Intervenor-Defendants' Motions to Intervene are due November 26, 2025, the day before Thanksgiving Day.

7.      Proposed Intervenor-Defendants' replies are due December 1, 2025, the first Monday after Thanksgiving Day.

8.      In order to accommodate Defendants' counsel's other obligations and the Thanksgiving holiday, the Movants jointly agree and consent to request the Court's leave for an extension of time for Defendants' second responses to Proposed Intervenor-Defendants' Motions to Intervene through and including December 2, 2025, and an extension of the Proposed Intervenor-Defendants to file replies in support of their Motions to Intervene, through and including December 12, 2025.

9.      Good cause exists because the Movants' briefing schedule was only recently established due to the effects of General Order No. 25-14, and now falls during a period where counsel for the Movants have both personal and professional obligations.

10.     The proceedings will not be unduly delayed nor will any party be prejudiced by the requested extension, which is de minimis in nature.

11.     To the best of the Movants' knowledge, no prior extension of time has been requested.

12.     Plaintiffs oppose the Movants' request for an extension of time on grounds that the Proposed Intervenor-Defendants will not agree to stipulate to Plaintiffs filing second responses to Proposed Intervenor-Defendants' Motions to Intervene absent express leave of the Court, as the Movants do not have the authority to rewrite the Court's October 20 Order specifying only that Defendants may file second responses to the Motions to Intervene.

WHEREFORE, the Movants respectfully request that the Court extend the filing date for Defendants' second responses to Proposed Intervenor-Defendants' Motions to Intervene through and including December 2, 2025, and extend the filing date for Proposed Intervenor-Defendants' replies in support of their Motions to Intervene through and including December 12, 2025.

3

Dated: November 19, 2025

Respectfully Submitted,

*/s/Ned Pillersdorf*
Ned Pillersdorf
Janet Stumbo
PILLERSDORF LAW OFFICES
124 West Court Street
Prestonsburg, KY 41653
Phone: (606) 886-6090
pillersn@gmail.com
jstumbo@gmail.com

Matthew Borden**
Kory DeClark**
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808
borden@braunhagey.com
declark@braunhagey.com

Christman Rice**
Marissa R. Benavides**
Lily (Haeun) Kim**
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (415) 276-1808
rice@braunhagey.com
benavides@braunhagey.com
kim@braunhagey.com

Alexandra Z. Brodsky**
Sean Ouellette**
Adele P. Kimmel**
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Suite 630
Washington, DC 20036
Phone: (202) 797-8600
abrodsky@publicjustice.net
souellette@publicjustice.net
akimmel@publicjustice.net

[CONTINUED ON NEXT PAGE]

*/s/Jack S. Gatlin*
Jack S. Gatlin
Gatlin Voelker PLLC
50 East Rivercenter, Suite 1275
Covington, KY 41011
Telephone: (859) 781-9100
jgatlin@gatlinvoelker.com

Ellen Eardley*
Andrea Forsee*
Mehri & Skalet PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100
eeardley@findjustice.com
aforsee@findjustice.com

Shiwali Patel**
Rachel Smith**
Elizabeth Tang**
Elizabeth Theran**
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
spatel@nwlc.org
rsmith@nwlc.org
etang@nwlc.org
etheran@nwlc.org

*Attorneys for Proposed Intervenor- Defendant Victim Rights Law Center*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DIANE KELLEHER
Branch Director

[CONTINUED ON NEXT PAGE]

4

Leila Nasrolahi**
PUBLIC JUSTICE
475 14th Street
Unit 610
Oakland, CA 94612
Phone: (510) 622-8250
lnasrolahi@publicjustice.net

*Counsel for Proposed Intervenor-Defendant*
*A Better Balance*

*/s/Pardis Gheibi*
Pardis Gheibi
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Washington, DC 20005
Phone: 202-305-3246
pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

*Admitted pro hac vice
**Pro hac vice motions submitted