# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, COMMONWEALTH OF KENTUCKY, STATE OF OHIO, STATE OF INDIANA, COMMONWEALTH OF VIRGINIA, and STATE OF WEST VIRGINIA, | |
| *Plaintiffs*, | |
| and | Case No. 2:24-cv-00072-SCM-CJS |
| CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, and A.C., by her next friend and mother, Abigail Cross, | District Judge S. Chad Meredith Magistrate Judge Candace J. Smith |
| *Intervenor-Plaintiffs*, | |
| v. | |
| LINDA McMAHON, in her official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*, | |
| and | |
| A BETTER BALANCE, | |
| *Proposed Intervenor-Defendant*, | |
| and | |
| VICTIM RIGHTS LAW CENTER and JANE DOE, | |
| *Proposed Intervenor Defendants.* | |

**THE STATES' RESPONSE TO DEFENDANTS AND PROPOSED INTERVENOR-DEFENDANTS' MOTION FOR EXTENSION AND REQUEST FOR CLARIFICATION**

On October 20, 2025, this Court (under the previously assigned judge) granted proposed intervenor-defendants' motion to vacate the Court's prior order denying their motions to intervene as moot. Doc. 199 at 1. The Court's order stated that the "Department of Education is entitled to an opportunity to respond to the motions to intervene, considering that Jane Doe's claims have since been mooted and considering the Sixth Circuit's opinion remanding." *Id.* at 1-2. It therefore directed that the Department of Education could respond to proposed intervenor-defendants' reinstated motions and that proposed intervenor-defendants could file a reply. *Id.* at 2.

The Department of Education is not the only party interested in proposed intervenor-defendants' intervention, however. When proposed intervenor-defendants first filed their motions to intervene last spring, Plaintiff States, Intervenor-Plaintiffs, and Defendants each filed responses. *See* Docs. 175, 176, 177, 180. As the States explained in opposition, allowing proposed intervenors to enter this case would prejudice the States by shifting the focus of the appeal from the claims advanced by the States and briefed by the parties to the continued operability of other provisions never meaningfully addressed in this Court. Doc. 175 at 17-18. In light of that potential prejudice, Plaintiffs are just as "entitled to an opportunity to respond to" the reinstated motions to intervene in light of the subsequent events highlighted in the Court's order. *See* Doc. 199 at 1-2. Indeed, under the local rules, any "party opposing a motion" may file a response. E.D.K.Y. LR 7.1(c).

The States planned to file a timely response to proposed intervenor-defendants' motions to intervene based on the understanding that the Court did not intend to prevent other parties with an interest in responding from doing so. When proposed intervenor-defendants proposed extending the response and reply deadlines, however, they made clear that they read the Court's order to do just that. Accordingly, the States declined to consent to an agreed extension order that did not also reflect that Plaintiffs and Intervenor-Plaintiffs, like Defendants, may respond to the motions to intervene.

2

The States do not oppose the requested extensions of the deadlines for filing a second response to the motions to intervene and reply in support of the motions. *See* Doc. 203 at 3. However, to the extent necessary, the States request that any order granting an extension clarify that Plaintiffs may also file a second response to proposed intervenor-defendants' motions to intervene.

Defendants and Intervenor-Plaintiffs do not object to Plaintiffs' filing a second response to the motions to intervene. Proposed intervenor-defendants do not object based on the parties' agreement (reached this morning) to extend their reply deadline to December 19.

Dated: November 20, 2025                                                           Respectfully Submitted,

**RUSSELL COLEMAN**                                                              **JONATHAN SKRMETTI**
  Attorney General                                                                   Attorney General and Reporter

*/s/ Justin D. Clark*                                                                   */s/ Virginia N. Adamson*
JUSTIN D. CLARK                                                                     J. MATTHEW RICE*
  Civil Chief                                                                             Solicitor General
VICTOR B. MADDOX                                                              STEVEN J. GRIFFIN*
  Counsel for Special Litigation                                              Deputy Attorney General
LINDSEY R. KEISER                                                                VIRGINIA N. ADAMSON*
  Assistant Attorney General                                                   Assistant Solicitor General
**Kentucky Office of the Attorney General**                        **Office of the Tennessee Attorney General**
700 Capital Avenue, Suite 118                                              P.O. Box 20207
Frankfort, Kentucky 40601                                                   Nashville, Tennessee 37202
(502) 696-5300                                                                       (615) 741-3491
victor.maddox@ky.gov                                                          matt.rice@ag.tn.gov
justind.clark@ky.gov                                                             steven.griffin@ag.tn.gov
lindsey.keiser@ky.gov                                                           jenna.adamson@ag.tn.gov

*Counsel for the Commonwealth of Kentucky*                 *Counsel for the State of Tennessee*


**THEODORE E. ROKITA**                                                     **DAVE YOST**
  Attorney General                                                                   Attorney General

*/s/ James A. Barta*                                                                 */s/Mathura Sridharan*
JAMES A. BARTA*                                                                   MATHURA SRIDHARAN*
  Solicitor General                                                                     Solicitor General
**Indiana Attorney General's Office**                                    **Office of the Ohio Attorney General**
IGCS – 5th Floor                                                                      30 East Broad Street, 17th Floor

3

<div style="display: flex;">

<div>

302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov

*Counsel for the State of Indiana*


**JASON S. MIYARES**
  Attorney General

*/s/ Kevin M. Gallagher*
KEVIN M. GALLAGHER*
  Solicitor General
**Virginia Attorney General's Office**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

</div>

<div>

Columbus, Ohio 43215
(614) 466-8980
mathura.sridharan@ohioago.gov

*Counsel for the State of Ohio*


**JOHN B. McCUSKEY**
  Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS*
  Solicitor General
**Office of the West Virginia Attorney General**
State Capitol, Bldg. 1, Room E-26
1900 Kanawha Blvd. E.
Charleston, West Virginia 25305
304-558-2021
michael.r.williams@wvago.gov

*Counsel for the State of West Virginia*

</div>

</div>

*\*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of November 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system, which provided copies of the foregoing to all counsel of record.

<div align="right">

*/s/ Virginia N. Adamson*
VIRGINIA N. ADAMSON

</div>