Case No. 25-5205/25-5206

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

STATE OF TENNESSEE; COMMONWEALTH OF KENTUCKY; STATE OF OHIO; STATE OF INDIANA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA

       Plaintiffs - Appellees

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL; A.C., by her next friend and mother,, Abigail Cross

       Intervenor - Plaintiffs - Appellees

v.

LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION

       Defendants - Appellees

VICTIM RIGHTS LAW CENTER; JANE DOE; A BETTER BALANCE

       Proposed Intervenors - Defendants - Appellants

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

       **ENTERED PURSUANT TO RULE 45(a),**
       **RULES OF THE SIXTH CIRCUIT**
       Kelly L. Stephens, Clerk

Issued:  May 13, 2026