**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 13, 2026

Ms. Rachel Elizabeth Smith
National Women's Law Center
1350 I Street, N.W.
Suite 700
Washington, DC 20005

Re:  Case No. 25-5205/25-5206
*TN, et al v. Linda McMahon, et al*
Originating Case No. 2:24-cv-00072

Dear Counsel,

   The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Ms. Virginia Adamson
    Mr. James A. Barta
    Ms. Marissa Benavides
    Mr. Matthew Borden
    Ms. Alexandra Zoe Brodsky
    Mr. John J. Bursch
    Mr. Robert R. Carr
    Ms. Andrea Dobson-Forsee
    Ms. Ellen Eardley
    Mr. Kevin Michael Gallagher
    Mr. Jack Scott Gatlin
    Ms. Adele P. Kimmel
    Mr. Matthew Franklin Kuhn

Ms. Sophie Lenihan
Mr. Steven A. Myers
Ms. Shiwali Patel
Ms. Tara S. Patel
Mr. David Peters
Mr. Ned B. Pillersdorf
Mr. James Matthew Rice
Mr. Thomas Christman Rice
Mr. Charles W. Scarborough
Mr. Jonathan Andrew Scruggs
Ms. Mathura Jaya Sridharan
Ms. Elizabeth Tang
Mr. Richard Trent Taylor
Ms. Elizabeth Ellen Theran
Ms. Natalie Thompson
Mr. Jacob P. Warner
Mr. Michael Ray Williams


Enclosure

No mandate to issue